**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **EdgeMarc Energy Holdings, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **80-0766900** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1800 Main Street**<br>**Suite 220**<br>**Canonsburg, PA 15317**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Washington**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website (URL)** | http://www.edgemarcenergy.com/ | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor __**EdgeMarc Energy Holdings, LLC**_____     Case number (*if known*) _____
　　　　　Name

**7.  Describe debtor's business**

  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

  B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__2111__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Schedule 1** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **EdgeMarc Energy Holdings, LLC**                                         Case number (*if known*) _____
_____
Name

**11. Why is the case filed in**     *Check all that apply:*
**this district?**

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

■    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**     ■ **No**
**have possession of any**     ☐ **Yes.**    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

███    **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
**available funds**
☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ☐ 1-49                   ■ 1,000-5,000              ☐ 25,001-50,000
**creditors**             ☐ 50-99                  ☐ 5001-10,000             ☐ 50,001-100,000
☐ 100-199                ☐ 10,001-25,000           ☐ More than100,000
☐ 200-999

**15. Estimated Assets**     ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ■ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ■ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **EdgeMarc Energy Holdings, LLC**
Name

Case number (*if known*) _____

�as▮ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/15/2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Callum Streeter**
Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   5/15/2019
MM / DD / YYYY

**Adam G. Landis 3407**
Printed name

**Landis Rath & Cobb LLP**
Firm name

**919 Market Street**
**Suite 1800**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 467-4400**      Email address   **landis@lrclaw.com**

**3407 DE**
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC,[1] | Case No. 19-_____ (___) |
| Debtor. | Tax I.D. No. 80-0766900 |

## SCHEDULE 1 TO PETITION

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for procedural purposes only.

> EM Energy Manager, LLC
> EM Energy Employer, LLC
> EM Energy Ohio, LLC
> EM Energy Pennsylvania, LLC
> EM Energy West Virginia, LLC
> EM Energy Keystone, LLC
> EM Energy Midstream Ohio, LLC
> EM Energy Midstream Pennsylvania, LLC

---

[1] The last four digits of the Debtor's federal tax identification number are 6900. The Debtors' corporate headquarters and the mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

Fill in this information to identify the case:

Debtor name | **EdgeMarc Energy Holdings, LLC, *et al.***

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BP Energy Company<br>201 Helios Way<br>Houston, TX 77079 | Attn: Bart Brooks<br>Fax: 713-323-5925<br>Ph: 832-664-4505<br>Bart.brooks@bp.com | Trade Debt | | | | $41,353,390 |
| Rover Pipeline LLC<br>1300 Main Street<br>Houston, TX 77002 | Attn: Beth Hickey<br>Ph: 713-989-7633<br>Beth.hickey@energytransfer.com | Trade Debt | | | | $3,773,623 |
| Rockies Express Pipeline LLC<br>370 Van Gordon Street Lakewood, CO 80228-8304 | Attn: Samantha Richardson<br>Ph: 303-763-3295<br>Samantha.richardson@tallgrassenergylp.com | Trade Debt | | | | $1,638,319 |
| Texas Gas Transmission LLC<br>610 W. Second Street Owensboro, KY 42301 | Attn: Rick Whitworth<br>Ph: 270-688-6847<br>Rick.whitworth@bwpmlp.com | Trade Debt | | | | $1,283,500 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

| Debtor | **EdgeMarc Energy Holdings, LLC, *et al.*** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Markwest Liberty Bluestone, LLC 1515 Arapahoe Street Tower 1 Suite 1600 Denver, CO 80202 | Attn: Jim Crews Vice President, Business Development Ph: 304-343-6580 james.crews@markwest.com | Trade Debt | | | | $711,635 |
| ETC Northeast Pipeline, LLC 6051 Wallace Road Ext., 3rd Floor Wexford, PA 15090 | Attn: Alan Vaina Fax: 214-981-0703 Ph: 214-981-0700 Alan.vaina@energytransfer.com | Trade Debt | | | | $615,995 |
| Ernst & Young LLP Pittsbg Ntnl Bnk-Pitt 640382 Pittsburgh, PA 15264 0382 | Attn: Carmen Alfieri Ph: 212-360-9188 Carmen.Alfieri@EY.com | Professional Services | | | | $528,400 |
| AXIP Energy Services 1301 McKinney Suite 900 Houston, TX 77010 | Attn: Ed Piper Senior Director - Sales and Business Development Ph: 832-294-6700 epiper@axip.com | Trade Debt | | | | $502,939 |
| Gateway Royalty IV LLC Corporation Service Company 50 West Broad Street, Suite 1330 Columbus, OH 43215 | Attn: Gateway Royalty IV LLC Ph: 817-614-8529 Email: info@gatewayroyaltyllc.com | Royalties | | | | $275,954 |
| Anthony Nazar, Aka Anthony Nazar, Jr. 2751 Robindale Avenue Akron, OH 44312 | Attn: Anthony Nazar, Aka Anthony Nazar, Jr. Ph: 330-690-0157 | Royalties | | | | $192,643 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **EdgeMarc Energy Holdings, LLC,** *et al.*

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Christopher J. And Lynda M. Keylor 363 West Main Street Barnesville, OH 43713 | Attn: Christopher J. And Lynda M. Keylor Ph: 740-312-8320 | Royalties | | | | $187,968 |
| Paul F. And Patty S. Keylor 321 Eastern Avenue Woodsfield, OH 43793 | Attn: Paul F. And Patty S. Keylor Ph: 740-312-8320 | Royalties | | | | $183,012 |
| Dominion Energy Transmission, Inc 707 E Main Street 18th Floor Richmond, VA 23219 | Attn: Travis O'Berry Interstate Marketing Manager Ph:804-771-3810 Fax: 804-771-6786 Travis.v.oberry@dominionenergy.com | Trade Debt | | | | $181,366 |
| Michael Christman And Crystal L. Christman 37758 State Rd 800 Sardis, OH 43946 | Attn: Michael Christman And Crystal L. Christman Ph: 740-213-6400 | Royalties | | | | $153,226 |
| Ronald Krisher And Karen Krisher 4510 Highland Avenue Warren, OH 44481 | Attn: Ronald Krisher And Karen Krisher Ph: 330-394-6190 | Royalties | | | | $148,161 |
| Robert L. Shapley And Nancy Gail Shapley 410 Fairview Ridge Rd. New Matamoras, OH 45767 | Attn: Robert L. Shapley And Nancy Gail Shapley Ph: 740-865-2444 | Royalties | | | | $138,759 |
| CSML Farms, LLC 34685 Oldfield Road New Matamoras, OH 45767 | Attn: CSML Farms, LLC Ph: 740-865-2231 | Royalties | | | | $123,200 |
| Marilyn S. Haynes 2333 North Fork Rd. New Matamoras, OH 45767 | Attn: Marilyn S. Haynes Ph: 740-865-2129 | Royalties | | | | $115,500 |
| Dale A. Dietz And Diane Dietz, H/W 2376 Howard Ln Akron, OH 44312 | Attn: Dale A. Dietz And Diane Dietz, H/W Ph: 330-699-2507 | Royalties | | | | $93,600 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **EdgeMarc Energy Holdings, LLC, *et al.***
_____        Case number *(if known)*   _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Neal Hensel And Barbara Hensel 40670 Greenbrier Rd. New Matamoras, OH 45767 | Attn: Neal Hensel And Barbara Hensel Ph: 740-934-2339 | Royalties | | | | $89,199 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC,[1] | Case No. 19-_____ (___) |
| Debtor. | Tax I.D. No. 80-0766900 |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of debtor EdgeMarc Energy Holdings, LLC's equity security

holders.  This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing

this chapter 11 case.

| Name and Address of Holder | Percentage |
|---|---|
| **GSCP VI EdgeMarc Holdings, LLC**<br>GS Capital Partners VI Fund LP MB<br>30 Hudson Street, FL 15<br>Jersey City, NJ 07302 | 46% |
| **GSCP VI Parallel EdgeMarc Holdings, LLC**<br>GS Capital Partners VI Parallel<br>30 Hudson Street, FL 15<br>Jersey City, NJ 07302 | 7% |
| **BSEP and Bridge 2012 Edgemarc Holdings, LLC**<br>30 Hudson Street, FL 15<br>Jersey City, NJ 07302 | 19% |
| **Ontario Teachers' Pension**<br>5650 Yonge Street<br>Toronto, Ontario, CA M2M 4H5 Canada | 28% |

---

[1] The last four digits of the Debtor's federal tax identification number are 6900. The Debtors' corporate headquarters and the mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC,[1] | Case No. 19-_____ (___) |
| Debtor. | Tax I.D. No. 80-0766900 |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1)**
**AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, the above-captioned debtor and debtor-in-possession (the "Debtor") hereby discloses that the following are corporations, other than the Debtor or a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests:

**GSCP VI EdgeMarc Holdings, LLC**
GS Capital Partners VI Fund LP MB
30 Hudson Street, FL 15
Jersey City, NJ 07302

**BSEP and Bridge 2012 Edgemarc Holdings, LLC**
30 Hudson Street, FL 15
Jersey City, NJ 07302

**Ontario Teachers' Pension**
5650 Yonge Street
Toronto, Ontario, CA M2M 4H5 Canada

---

[1] The last four digits of the Debtor's federal tax identification number are 6900. The Debtors' corporate headquarters and the mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

Fill in this information to identify the case:

Debtor name __**EdgeMarc Energy Holdings, LLC**__

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended Schedule
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 15, 2019___          x _____
                                              Signature of individual signing on behalf of debtor

                                              **Callum Streeter**
                                              Printed name

                                              **Chief Executive Officer**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**EdgeMarc Energy Holdings, LLC**

**Written Consent of the Restructuring Committee Authorizing the Filing Voluntary Petition
Under Chapter 11 of the Bankruptcy Code and Related Matters**

May 14, 2019

The undersigned, being the member of the Restructuring Committee of the Board of Managers (the "**Restructuring Committee**") of EdgeMarc Energy Holdings, LLC, a Delaware limited liability company (the "**Company**"), acting by written consent without a meeting pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act and the provisions of the Eleventh Amended and Restated Limited Liability Company Agreement of the Company dated as of March 19, 2019 (as amended, supplemented and restated from time to time, the ("**LLC Agreement**"), hereby authorize, approve and adopt, by written consent, the following resolutions to the same extent and to have the same force and effect as if such resolutions were adopted at a meeting of the Restructuring Committee duly called and held for the purpose of adopting such resolutions.

**WHEREAS**, the Company is the sole member and managing member of EM Energy Manager, LLC, a Delaware limited liability company ("**EM Energy Manager**");

**WHEREAS**, the Company is the managing member of EM Energy Employer, LLC, a Delaware limited liability company ("**EM Energy Employer**");

**WHEREAS**, EM Energy Employer is the sole member and managing member of each of EM Energy Ohio, LLC ("**EM Energy Ohio**"), EM Energy Pennsylvania, LLC ("**EM Energy Pennsylvania**"), EM Energy West Virginia, LLC ("**EM Energy West Virginia**"), EM Energy Midstream Ohio, LLC ("**EM Energy Midstream Ohio**"), EM Energy Midstream Pennsylvania, LLC ("**EM Energy Midstream Pennsylvania**") and EM Energy Keystone, LLC ("**EM Energy Keystone**"), each a Delaware limited liability company (EM Energy Ohio, EM Energy Pennsylvania, EM Energy West Virginia, EM Energy Midstream Ohio, EM Energy Pennsylvania and EM Energy Keystone collectively, the "**Subsidiaries**" and together with EM Energy Manager and EM Energy Employer, the ("**Company Group**");

**WHEREAS**, the Restructuring Committee was formed by Written Consent of the Board of Managers of EdgeMarc Energy Holdings, LLC on March 27, 2019 to review and evaluate restructuring alternatives for the Company Group, including any financing or use of cash collateral in connection with a potential petition commencing voluntary bankruptcy cases ("**Insolvency Event**") under chapter 11 of title 11 of the United States Code (as amended or modified, the "**Bankruptcy Code**");

**WHEREAS**, the Board of Managers of EdgeMarc Energy Holdings, LLC has expanded the authority of the Restructuring Committee to include review, evaluation and approval of potential asset sales in connection with an Insolvency Event;

**WHEREAS**, the Restructuring Committee deems it advisable and in the best interest of the Company, in the Company's capacity as the sole member of EM Energy Manager and as the

managing member of EM Energy Employer, and in EM Energy Employer's capacity as the sole member of each of the Subsidiaries, to cause the Company and the members of the Company Group to take certain actions and enter into certain agreements as further described herein;

**WHEREAS**, the Restructuring Committee has considered the financial and operational conditions of the Company;

**WHEREAS**, the Restructuring Committee has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the strategic alternatives available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under the Bankruptcy Code;

**WHEREAS**, the Restructuring Committee deems is advisable and in the best interests of the Company to cause the Company to take certain actions and to enter into certain agreements as further described herein;

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Restructuring Committee has determined in its business judgment that it is in the best interest of the Company, its creditors, employees, other interested parties, and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that the Board and any officer of the Company (collectively, the "**Authorized Persons**") hereby are, and each of them is, authorized and empowered to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that the Company be, and it hereby is, authorized and empowered to guarantee the indebtedness incurred under that certain Senior Secured Superpriority Debtor-In-Possession Credit Agreement by and among EM Energy Employer, LLC, the several lenders from time to time parties thereto, and Keybank, National Association (the "**DIP Credit Agreement**"); and the Authorized Persons are, and each of them is, authorized and empowered to obtain postpetition financing according to the terms of the DIP Credit Agreement, including debtor-in-possession credit facilities or the use of cash collateral (the "**DIP Financing**"); and to enter into any guarantees and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such DIP Financing; and in connection therewith,

the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is further

**RESOLVED**, that the retention of Landis Rath & Cobb LLP pursuant to the March 27, 2019 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Landis Rath & Cobb LLP as the Company's bankruptcy counsel; and it is further

**RESOLVED**, that the retention of Davis Polk & Wardwell LLP pursuant to the November 4, 2016 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Davis Polk & Wardwell LLP as the Company's corporate counsel; and it is further

**RESOLVED**, that the retention of Evercore Partners pursuant to the February 20, 2019 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Evercore Partners as the Company's investment banker; and it is further

**RESOLVED**, that the retention of Opportune LLC and Dacarba LLC pursuant to the March 26, 2019 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Opportune LLC and Dacarba LLC as the Company's financial advisors; and it is further

**RESOLVED**, that the retention of Prime Clerk LLC pursuant to the March 22, 2019 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Prime Clerk LLC as the Company's notice and claims agent; and it is further

**RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Persons in connection with the chapter 11 case, the DIP Credit Agreement, the DIP Financing, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that the acts, actions and transactions heretofore taken by the Authorized Persons or the Member in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before the resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned member of the Restructuring Committee of the Board of Managers of EdgeMarc Energy Holdings, LLC has executed this consent as of the date first written above.

Patrick J. Bartels, Jr.

4

**EdgeMarc Energy Holdings, LLC**

**Written Consent of the Board of Managers Authorizing the Filing Voluntary Petition
Under Chapter 11 of the Bankruptcy Code and Related Matters**

May 14, 2019

The undersigned, being members of the Board of Managers (the "**Board**") of EdgeMarc Energy Holdings, LLC, a Delaware limited liability company (the "**Company**"), acting by written consent without a meeting pursuant to Section 18-404 of the Delaware Limited Liability Company Act and the provisions of the Eleventh Amended and Restated Limited Liability Company Agreement of the Company dated as of March 19, 2019 (as amended, supplemented and restated from time to time, the "**LLC Agreement**"), hereby authorize, approve and adopt, by written consent, the following resolutions to the same extent and to have the same force and effect as if such resolutions were adopted at a meeting of the Board duly called and held for the purpose of adopting such resolutions.

**WHEREAS**, the Company is the sole member and managing member of EM Energy Manager, LLC, a Delaware limited liability company ("**EM Energy Manager**");

**WHEREAS**, the Company is the managing member of EM Energy Employer, LLC, a Delaware limited liability company ("**EM Energy Employer**");

**WHEREAS**, EM Energy Employer is the sole member and managing member of each of EM Energy Ohio, LLC ("**EM Energy Ohio**"), EM Energy Pennsylvania, LLC ("**EM Energy Pennsylvania**"), EM Energy West Virginia, LLC ("**EM Energy West Virginia**"), EM Energy Midstream Ohio, LLC ("**EM Energy Midstream Ohio**"), EM Energy Midstream Pennsylvania, LLC ("**EM Energy Midstream Pennsylvania**") and EM Energy Keystone, LLC ("**EM Energy Keystone**"), each a Delaware limited liability company (EM Energy Ohio, EM Energy Pennsylvania, EM Energy West Virginia, EM Energy Midstream Ohio, EM Energy Pennsylvania and EM Energy Keystone collectively, the "**Subsidiaries**" and together with EM Energy Manager and EM Energy Employer, the "**Company Group**");

**WHEREAS**, the Board deems it advisable and in the best interest of the Company, in the Company's capacity as the sole member of EM Energy Manager and as the managing member of EM Energy Employer, and in EM Energy Employer's capacity as the sole member of each of the Subsidiaries, to cause the Company and the members of the Company Group to take certain actions and enter into certain agreements as further described herein;

**WHEREAS**, the Restructuring Committee was formed by Written Consent of the Board of Managers of EdgeMarc Energy Holdings, LLC on March 27, 2019 ("**RC Resolution**") to review and evaluate restructuring alternatives for the Company Group, including any financing or use of cash collateral in connection with a potential petition commencing voluntary bankruptcy cases ("**Insolvency Event**") under chapter 11 of title 11 of the United States Code (as amended or modified, the "**Bankruptcy Code**");

**WHEREAS**, the Board has considered the financial and operational conditions of the Company;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of the Restructuring Committee, senior management of the Company and the advice of the Company's professionals and advisors with respect to the strategic alternatives available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under the Bankruptcy Code;

**WHEREAS**, the Board deems is advisable and in the best interests of the Company to cause the Company to take certain actions and to enter into certain agreements as further described herein;

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of the Restructuring Committee, senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, employees, other interested parties, and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that the Board and any officer of the Company (collectively, the "**Authorized Persons**") hereby are, and each of them is, authorized and empowered to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that the Company be, and it hereby is, authorized and empowered to guarantee the indebtedness incurred under that certain Senior Secured Superpriority Debtor-In-Possession Credit Agreement by and among EM Energy Employer, LLC, the several lenders from time to time parties thereto, and Keybank, National Association (the "**DIP Credit Agreement**"); and the Authorized Persons are, and each of them is, authorized and empowered to obtain postpetition financing according to the terms of the DIP Credit Agreement, including debtor-in-possession credit facilities or the use of cash collateral (the "**DIP Financing**"); and to enter into any guarantees and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such DIP Financing; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is further

**RESOLVED**, that the Authorized Persons are authorized and empowered to execute, verify and file on behalf of EM Energy Manager and EM Energy Employer all documents, including, but not limited to, a written consent or resolutions, necessary or appropriate to approve the filing of a bankruptcy petition on behalf of EM Energy Manager, EM Energy Manager and the Subsidiaries; and it is further

**RESOLVED,** that the Restructuring Committee is authorized and empowered to review, evaluate, approve and authorize a potential sale of all or substantially all of the Company's assets in connection with an Insolvency Event and that a potential sale of all or substantially all of the Company's assets in connection with an Insolvency Event shall be included in the definition of Restructuring under the delegation of authority in the RC Resolution; and it is further

**RESOLVED**, the Board does hereby ratify and approve the actions taken by the Restructuring Committee in connection with a Restructuring as lawfully taken within the delegation of authority established by the RC Resolution and all such actions are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Persons or the Restructuring Committee in connection with the chapter 11 case, the DIP Credit Agreement, the DIP Financing, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that the acts, actions and transactions heretofore taken by the Authorized Persons, the Restructuring Committee or the Board in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before the resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

This consent may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall be deemed to constitute one and the same instrument.

**IN WITNESS WHEREOF**, the undersigned members of the Board of Managers of the Company have executed this consent or a counterpart thereof, all of which counterparts together constitute one and the same instrument, as of the date first written above.

_____
**Scott Lebovitz**

_____
**Sebastien Gagnon**

_____
**Baird Whitehead**

_____
**Zvi Orvitz**

_____
**Romeo Leemrijse**

_____
**Verlyn W. Holt**

_____
**Jack Golden**

_____
**George Dotson**

_____
**Patrick Bartels Jr.**

_____
**Callum Streeter**

_____
**Alan Shepard**

**IN WITNESS WHEREOF**, the undersigned members of the Board of Managers of the Company have executed this consent or a counterpart thereof, all of which counterparts together constitute one and the same instrument, as of the date first written above.

_____
**Scott Lebovitz**


_____
**Sebastien Gagnon**


_____
**Baird Whitehead**


_____
**Zvi Orvitz**


_____
**Romeo Leemrijse**


_____
**Verlyn W. Holt**


_____
**Jack Golden**


_____
**George Dotson**


_____
**Patrick Bartels Jr.**


_____
**Callum Streeter**


_____
**Alan Shepard**

US 6169597

**IN WITNESS WHEREOF**, the undersigned members of the Board of Managers of the Company have executed this consent or a counterpart thereof, all of which counterparts together constitute one and the same instrument, as of the date first written above.

_____
**Scott Lebovitz**


_____
**Sebastien Gagnon**


_____
**Baird Whitehead**


_____
**Zvi Orvitz**


_____
**Romeo Leemrijse**


_____
**Verlyn W. Holt**


_____
**Jack Golden**


_____
**George Dotson**


_____
**Patrick Bartels Jr.**


_____
**Callum Streeter**


_____
**Alan Shepard**

**IN WITNESS WHEREOF,** the undersigned members of the Board of Managers of the Company have executed this consent or a counterpart thereof, all of which counterparts together constitute one and the same instrument, as of the date first written above.

_____
**Scott Lebovitz**


_____
**Sebastien Gagnon**


_____
**Baird Whitehead**


_____
**Zvi Orvitz**


_____
**Romeo Leemrijse**

_____
**Verlyn W. Holt**


_____
**Jack Golden**


_____
**George Dotson**


_____
**Patrick Bartels Jr.**


_____
**Callum Streeter**


_____
**Alan Shepard**

**IN WITNESS WHEREOF**, the undersigned members of the Board of Managers of the Company have executed this consent or a counterpart thereof, all of which counterparts together constitute one and the same instrument, as of the date first written above.

_____
**Scott Lebovitz**


_____
**Sebastien Gagnon**


_____
**Baird Whitehead**


_____
**Zvi Orvitz**


_____
**Romeo Leemrijse**


_____
**Verlyn W. Holt**


_____
**Jack Golden**


_____
**George Dotson**


_____
**Patrick Bartels Jr.**


_____
**Callum Streeter**


_____
**Alan Shepard**

**IN WITNESS WHEREOF**, the undersigned members of the Board of Managers of the Company have executed this consent or a counterpart thereof, all of which counterparts together constitute one and the same instrument, as of the date first written above.

_____
Scott Lebovitz


_____
Sebastien Gagnon


_____
Baird Whitehead


_____
Zvi Orvitz


_____
Romeo Leemrijse


_____
Verlyn W. Holt


_____
Jack Golden

_George S. Dotson_
_____
George Dotson


_____
Patrick Bartels Jr.


_____
Callum Streeter


_____
Alan Shepard

SIGNATURE PAGE TO
WRITTEN CONSENT OF THE BOARD OF MANAGERS OF
EDGEMARC ENERGY HOLDINGS, LLC

US 6169597

**IN WITNESS WHEREOF**, the undersigned members of the Board of Managers of the Company have executed this consent or a counterpart thereof, all of which counterparts together constitute one and the same instrument, as of the date first written above.

_____
**Scott Lebovitz**


_____
**Sebastien Gagnon**


_____
**Baird Whitehead**


_____
**Zvi Orvitz**


_____
**Romeo Leemrijse**


_____
**Verlyn W. Holt**


_____
**Jack Golden**


_____
**George Dotson**


_____
**Patrick Bartels Jr.**


_____
**Callum Streeter**


_____
**Alan Shepard**

**IN WITNESS WHEREOF**, the undersigned members of the Board of Managers of the Company have executed this consent or a counterpart thereof, all of which counterparts together constitute one and the same instrument, as of the date first written above.

_____

**Scott Lebovitz**

_____

**Sebastien Gagnon**

_____

**Baird Whitehead**

_____

**Zvi Orvitz**

_____

**Romeo Leemrijse**

_____

**Verlyn W. Holt**

_____

**Jack Golden**

_____

**George Dotson**

_____

**Patrick Bartels Jr.**

_____

**Callum Streeter**

_____

**Alan Shepard**

SIGNATURE PAGE TO
WRITTEN CONSENT OF THE BOARD OF MANAGERS OF
EDGEMARC ENERGY HOLDINGS, LLC

***THE FOREGOING RESOLUTION REGARDING THE WAIVER OF EM HOLDCO LLC'S RIGHT UNDER SECTION 8.2(n) OF THE LLC AGREEMENT IS ACKNOWLEDGED AND AGREED TO BY THE UNDERSIGNED IN ITS CAPACITY AS A MEMBER OF EDGEMARC ENERGY HOLDINGS, LLC.***

**EM HOLDCO LLC**

By: Ontario Teachers' Pension Plan Board,
    its sole member

By: _____
    Name:  Zvi Orvitz
    Title:   Authorized Signatory

SIGNATURE PAGE TO
WRITTEN CONSENT OF THE BOARD OF MANAGERS OF
EDGEMARC ENERGY HOLDINGS, LLC

US 6169597