IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered) |
| GSCP VI Edgemarc Holdings, L.L.C., GSCP VI Parallel Edgemarc Holdings, L.L.C., WSEP and Bridge 2012 Edgemarc Holdings, L.L.C. and EM Holdco LLC<br><br>Plaintiff,<br><br>ETC Northeast Pipeline, LLC<br><br>Defendant. | Adv. Proc. No. 19-50269 (JTD)<br><br>**Re: Docket No. 318 & Adv. Docket No. 28** |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   §
                                     §
NEW CASTLE COUNTY  §

I, Cathy M. Greer, being duly sworn according to law, deposes and says that I am a paralegal employed by Drinker Biddle & Reath LLP, Counsel to GSCP VI Edgemarc Holdings, L.L.C., GSCP VI Parallel Edgemarc Holdings, L.L.C., WSEP and Bridge 2012 Edgemarc Holdings, L.L.C. and EM Holdco LLC in the above-captioned cases, and that on July 10, 2019, I caused a copy of the following document(s) to be served on the parties identified on the attached service list by email.

- **Letter to the Honorable John T. Dorsey regarding briefing schedule [Docket No. 318 and Adv. Docket No. 28]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: EdgeMarc Energy Holdings, LLC (80-0766900), EM Energy Manager, LLC (30-0745334), EM Energy Employer, LLC (80-0838026), EM Energy Ohio, LLC (80-0846935), EM Energy Pennsylvania, LLC (38-3881541), EM Energy West Virginia, LLC (9000883771), EM Energy Keystone, LLC (82-0857506), EM Energy EM Energy Midstream Ohio, LLC (46-3841268), EM Energy Midstream Pennsylvania, LLC (46-3843963). The Debtors' corporate headquarters and mailing addresses is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

119839361.1

- 2 -

Dated:  July 10, 2019

_____
Cathy M. Greer, Paralegal

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated:   July 10, 2019

_____
Notary Public



## Email Service List

Laura Davis Jones
ljones@pszjlaw.com

Beth Levine
blevine@pszlaw.com

John S. Adams
jadams@lynnllp.com

Michael P. Lynn
mlynn@lynnllp.com

Kimberly A. Brown
brown@lrclaw.com

Lara S. Buchwald
Lara.buchwald@davispolk.com

Aryeh E. Falk
Aryeh.falk@davispolk.com

Darren S. Klein
Darren.klein@davispolk.com

Adam G. Landis
landis@lrclaw.com

Kerri K. Mumford
mumford@lrclaw.com

Jonah Peppiatt
Jonah.peppiatt@davispolk.com