IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11104 (BLS) <br><br> (Jointly Administered) <br><br> **Ref. No. 13** |

**CERTIFICATION OF COUNSEL**

I, Kimberly A. Brown, proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certify as follows to the best of my knowledge, information and belief:

1. On May 15, 2019 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On the Petition Date, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief* [D.I. 13] (the "DIP Motion").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

{1239.002-W0056030.}

3.  On May 16, 2019, the Court held a hearing (the "Hearing") to consider, among other things, entry of an order approving the DIP Motion on an interim basis (the "Interim DIP Order").

4.  To address the comments from the office of the United States Trustee (the "UST") and certain other parties in interest (the "Parties") and in accordance with the Court's requests made at the Hearing, the Debtors, in consultation with the DIP Lenders, have revised the Interim DIP Order (the "Revised Interim DIP Order"), a copy of which is attached hereto as **Exhibit A**. A copy of the Revised Interim DIP Order compared against the proposed order attached to the DIP Motion is attached hereto as **Exhibit B**.

5.  The Revised Interim DIP Order has been circulated to the UST, the Parties and the DIP Lenders. The Parties and the DIP Lenders have no objection to the entry of Revised Interim DIP Order. Additionally, the UST has advised that she believes the modifications are consistent with the Court's rulings and the agreement of the various parties, and does not object to its entry. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

[*Remainder of page intentionally left blank*]

6. Accordingly, the Debtors respectfully request that the Court enter the Interim Order at its earliest convenience.

| | |
|---|---|
| Dated: May 16, 2019<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP** |

/s/ *Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
   mumford@lrclaw.com
   brown@lrclaw.com
   smith@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (*pro hac vice* application pending)
Lara Samet Buchwald (*pro hac vice* application pending)
Aryeh E. Falk (*pro hac vice* application pending)
Jonah A. Peppiatt (*pro hac vice* application pending)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
   lara.buchwald@davispolk.com
   aryeh.falk@davispolk.com
   jonah.peppiatt@davispolk.com

*Proposed Counsel to the Debtors
and Debtors-In-Possession*