**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| EdgeMarc Energy Holdings, LLC *et al.* | : | Case No. 19-11104 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **BP Energy Company**, Attn: Andrea Kunkel, Esq., 201 Helios Way, Houston, Texas 77079, Phone: 713-323-3735, Fax: 281-366-3491

2. **Texas Gas Transmission, LLC**, Attn: E. Adina Owen, Esq., 9 Greenway Plaza, Suite 2800, Houston, Texas 77046, Phone: 713-479-8030, Fax: 713-479-1730

3. **Markwest Liberty Bluestone, L.L.C.** Attn: Christopher Rimkus, Esq., 1515 Arapahoe Street, Tower 1, Suite 1600, Denver, CO 80202, Phone: 303-925-9205, Fax: 303-925-9308

4. **Castelli Oil & Gas,** Attn: Martin Castelli, 1868 Lions Club Road, New Alexandria, PA 15670, Phone: 724-668-8775, Ext. 6, Fax: 724-668-8862

5. **Baker Hughes Oilfield Operations LLC,** Attn: Kristin McLaurin, Esq., 2001 Rankin Road, Houston, Texas 77073, Phone: 713-879-1033, Fax: 713-416-0149


                                              ANDREW R. VARA
                                              Acting United States Trustee, Region 3


                                              /s/ *Juilet Sarkessian* for
                                              T. PATRICK TINKER
                                              ASSISTANT UNITED STATES TRUSTEE

DATED: May 29, 2019

Attorney assigned to this Case: Juliet Sarkessian, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Kerri Mumford, Esq., Phone: 302-467-4400, Fax: 302-467-4450