## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.,*[1] | Case No. 19-11104 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

**SECOND AMENDED**[2] **NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 17, 2019 AT 10:00 A.M.**[3] **(PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

## CONTINUED MATTERS:

1.     Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC As Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 103, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 21, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee

Responses Received:

A.     Informal comments from the Office of the United States Trustee

Related Documents:

B.     Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.     Omnibus Notice of Hearing [D.I. 108, filed on May 23, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] **Amended items appear in bold.**

[3] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

Status: This matter has been adjourned to the July 25, 2019 omnibus hearing by agreement of all parties.

2.  Application of the Debtors for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Evercore Group L.L.C. as Investment Banker for the Debtors and Debtors In Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 102, filed on May 23, 2019]

    Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 12, 2019, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and extended to July 18, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee

    Responses Received:

    A.  Informal comments from the Office of the United States Trustee

    Related Documents:

    B.  Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

    C.  Omnibus Notice of Hearing [D.I. 108, filed on May 23, 2019]

    Status: This matter has been adjourned to the July 25, 2019 omnibus hearing by agreement of all parties.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION/ CERTIFICATION OF COUNSEL:

3.  Motion of Debtors for Entry of (I) Interim and Final Orders Authorizing (A) the Debtors to (i) Pay Prepetition Employee Obligations and Other Compensation and (ii) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (B) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims and (C) Financial Institutions to Honor and Process Related Checks and Transfers and (II) Final Order Authorizing the Debtors to Pay Amounts Under the Non-Insider Retention Plan [D.I. 6, filed on May 15, 2019]

    Response Deadline: June 10, 2019 at 4:00 p.m. (ET); extended to June 12, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee

    Responses Received:

    A.  Informal comments from the Office of the United States Trustee

    B.  Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

D.      Interim Order Authorizing (I) the Debtors to (A) Pay Prepetition Employee Obligations and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 44, entered on May 16, 2019]

E.      Notice of Hearing [D.I. 53, filed on May 16, 2019]

F.      Declaration of Callum Streeter in Further Support of the Motion of Debtors for Entry of Final Order Authorizing the Debtors to Pay Amounts Under the Non-Insider Retention Plan [D.I. 171, filed on June 13, 2019]

G.      Certification of Counsel  [D.I. 172, filed on June 13, 2019]

H.      Final Order Authorizing (A) the Debtors to (i) Pay Prepetition Employee Obligations and Other Compensation and (ii) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (B) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims and (C) Financial Institutions to Honor and Process Related Checks and Transfers and (II) Final Order Authorizing the Debtors to Pay Amounts Under the Non-Insider Retention Plan [D.I. 185, entered June 13, 2019]

Status:   On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

4.      Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [D.I. 7, filed on May 15, 2019]

Response Deadline: June 10, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

D.      Interim Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [D.I. 45, entered on May 16, 2019]

E.      Omnibus Notice of Second Day Hearing [D.I. 52, filed on May 16, 2019]

F.      Certification of Counsel  [D.I. 160, filed on June 12, 2019]

G.      Final Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [D.I. 178, entered on June 13, 2019]

Status:   On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

5.      Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 8, filed on May 15, 2019]

Response Deadline: June 10, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

D.      Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 46, entered on May 16, 2019]

E.      Omnibus Notice of Second Day Hearing [D.I. 52, filed on May 16, 2019]

F.      Certification of Counsel  [D.I. 161, filed on June 12, 2019]

G.      Final Order Granting Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 179, entered on June 13, 2019]

Status:  On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

6.      Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew their (A) Liability, Property, Casualty and Other Insurance Policies and (B) Surety Bond Program and Honor all Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 9, filed on May 15, 2019]

Response Deadline: June 10, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

D.      Interim Order Authorizing (I) the Debtors to Continue and Renew their (A) Liability, Property, Casualty and Other Insurance Policies and (B) Surety Bond Program and Honor all Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 47, entered on May 16, 2019]

E.      Omnibus Notice of Second Day Hearing [D.I. 52, filed on May 16, 2019]

F.      Certification of Counsel  [D.I. 162, filed on June 12, 2019]

G.      Final Order Authorizing (I) the Debtors to Continue and Renew their (A) Liability, Property, Casualty and Other Insurance Policies and (B) Surety Bond Program and Honor all Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 182, entered on June 13, 2019]

Status:  On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

7.      Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue to Maintain Existing Cash Management System, Bank Accounts and Business Forms, (II) Continued Engagement in Intercompany Transactions, (III) Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the United States Trustee Operating Guidelines [D.I. 10, filed on May 15, 2019]

Response Deadline: June 10, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Informal comments from the Official Committee of Unsecured Creditors

C.      Informal comments from KeyBank National Association

Related Documents:

D.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions
        and First Day Pleadings [D.I. 3, filed on May 15, 2019]

E.      Interim Order Authorizing (I) the Debtors to Continue to Maintain Existing Cash
        Management System, Bank Accounts and Business Forms, (II) Continued
        Engagement in Intercompany Transactions, (III) Financial Institutions to Honor
        and Process Related Checks and Transfers, and (IV) Granting Limited Relief from
        the Requirements of Bankruptcy Code Section 345(b) and the United States
        Trustee Operating Guidelines [D.I. 48, entered on May 16, 2019]

F.      Omnibus Notice of Second Day Hearing [D.I. 52, filed on May 16, 2019]

G.      Certification of Counsel  [D.I. 173, filed on June 13, 2019]

H.      Final Order Authorizing (I) the Debtors to Continue to Maintain Existing Cash
        Management System, Bank Accounts and Business Forms, (II) Continued
        Engagement in Intercompany Transactions, (III) Financial Institutions to Honor
        and Process Related Checks and Transfers, and (IV) Granting Limited Relief from
        the Requirements of Bankruptcy Code Section 345(b) and the United States
        Trustee Operating Guidelines [D.I. 184, entered on June 13, 2019

Status:  On June 13, 2019, the Court entered an order granting the relief requested.
Accordingly, a hearing regarding this matter is not required.

8.      Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to
        Honor Pre-Petition and Post-Petition Royalty Obligations, Working Interest Obligations
        and Other Obligations Related to Oil and Gas Leases [D.I. 11, filed on May 15, 2019]

Response Deadline: June 10, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

D.      Interim Order Authorizing the Debtors to Honor Pre-Petition and Post-Petition Royalty Obligations, Working Interest Obligations and Other Obligations Related to Oil and Gas Leases [D.I. 49, entered on May 16, 2019]

E.      Omnibus Notice of Second Day Hearing [D.I. 52, filed on May 16, 2019]

F.      Certification of Counsel  [D.I. 163, filed on June 12, 2019]

G.      Final Order Authorizing the Debtors to Honor Pre-Petition and Post-Petition Royalty Obligations, Working Interest Obligations and Other Obligations Related to Oil and Gas Leases [D.I. 187, entered on June 13, 2019]

Status:  On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

9.      Motion of Debtors for Entry of Interim and Final Orders Authorizing, but not Directing, the Payment of Prepetition Claims of Certain Lienholders [D.I. 12, filed on May 15, 2019]

Response Deadline: June 10, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

D.      Interim Order Authorizing, but not Directing, the Payment of Prepetition Claims of Certain Lienholders [D.I. 50, entered on May 16, 2019]

E.      Omnibus Notice of Second Day Hearing [D.I. 52, filed on May 16, 2019]

F.      Certification of Counsel  [D.I. 164, filed on June 12, 2019]

G.      Final Order Authorizing, but not Directing, the Payment of Prepetition Claims of Certain Lienholders [D.I. 186, entered on June 13, 2019]

Status:  On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

10.    Motion of Debtors for Entry of an Order Authorizing the Rejection of Firm Transportation Service Agreements with Rover Pipeline LLC and Rockies Express Pipeline LLC Pursuant to Section 365(a) of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [D.I.15, filed on May 15, 2019]

Response Deadline: May 30, 2019 at 4:00 p.m. (ET); extended to June 6, 2019, at 4:00 p.m. (ET) for Rockies Express Pipeline LLC; extended to June 10, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee, BP Energy Company and Official Committee of Unsecured Creditors

Responses Received:

A.    Informal comments from Rockies Express Pipeline LLC

B.    Informal comments from Rover Pipeline LLC

Related Documents:

C.    Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

D.    Notice of Hearing [D.I. 58, filed on May 16, 2019]

E.    Certification of Counsel  [D.I. 174, filed on June 13, 2019]

F.    Order Authorizing (I) the Rejection of the FT Contracts Pursuant to Section 365(a) of the Bankruptcy Code and (II) Granting Related Relief [D.I. 188, entered on June 13, 2019]

G.    Order Approving Stipulation Between the Debtors and Rockies Express Pipeline LLC [D.I. 191, entered on June 14, 2019]

Status:  On June 13, 2019 and June 14, 2019, the Court entered the orders granting the relief requested.  Accordingly, a hearing regarding this matter is not required.

11.    Motion of Debtors for Entry of an Order Authorizing the Rejection of the BP Marketing Agreements Pursuant to Section 365(a) of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [D.I. 17, filed on May 15, 2019]

Response Deadline: May 30, 2019 at 4:00 p.m. (ET); extended to June 10, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee, BP Energy Company and Official Committee of Unsecured Creditors.

Responses Received: None.

Related Documents:

A.    Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

B.    Notice of Hearing [D.I. 57, filed on May 16, 2019]

C.    Certificate of No Objection [D.I. 158, filed on June 12, 2019]

D.    Order Authorizing (I) the Rejection of the BP Marketing Contracts Pursuant to Section 365(a) of the Bankruptcy Code and (II) Granting Related Relief [D.I. 183, entered on June 13, 2019]

Status:  On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

12.    Motion of Debtors for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs, (II) Extending the Time to Schedule the Meeting of Creditors, and (III) Authorizing the Debtors to File a Consolidated List of the Debtors' Twenty (20) Largest Unsecured Creditors [D.I. 18, filed on May 15, 2019]

Response Deadline: May 30, 2019 at 4:00 p.m. (ET).; extended to June 10, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee and Official Committee of Unsecured Creditors

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.    Notice of Hearing [D.I. 54, filed on May 16, 2019]

D.    Certification of Counsel  [D.I. 165, filed on June 12, 2019]

E.    Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs, (II) Extending the Time to Schedule the Meeting of Creditors, and (III) Authorizing the Debtors to File a Consolidated List of the Debtors' Twenty (20) Largest Unsecured Creditors [D.I. 181, entered on June 13, 2019]

Status:  On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

13.    Application of Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Their Delaware Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 [D.I. 100, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 10, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee and Official Committee of Unsecured Creditors

Responses Received:

A.      Informal comments from the Office of the United States Trustee

Related Documents:

B.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.      Notice of Hearing [D.I. 108, filed on May 23, 2019]

D.      Certification of Counsel  [D.I. 166, filed on June 12, 2019]

E.      Order Approving the Application of Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Their Delaware Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 [D.I. 180, entered on June 13, 2019]

Status:   On June 13, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

## CONTESTED MATTERS GOING FORWARD:

14.     Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, And (VII) Granting Related Relief [D.I. 13, filed on May 15, 2019]

Response Deadline: June 10, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Limited Objection and Reservation to Motion of Debtors for Entry of Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing (II) Granting Liens and Superpriority Administrative Expense Claims, (iii) Authorizing the Use of Cash Collateral, and (iv) Granting Related Relief [D.I. 143, filed on June 10, 2019]

C.    Limited Objection of U.S. Specialty Insurance Company to the DIP Motion [D.I. 144, filed on June 10, 2019]

D.    [SEALED] Objection of Official Committee of Unsecured Creditors to Debtors' (I) DIP Financing Motion, and (II) Bidding Procedures Motion [D.I. 145, filed on June 10, 2019]

E.    Phoenix Technology Services USA, Inc's Reservation of Rights of Phoenix Technology Services USA, Inc. to the Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, And (VII) Granting Related Relief [D.I. 146, filed on June 10, 2019]

F.    [REDACTED - PUBLIC VERSION] Objection of Official Committee of Unsecured Creditors to Debtors' (I) DIP Financing Motion, and (II) Bidding Procedures Motion  [D.I. 147, filed on June 10, 2019]

G.    Objection of Anchor Drilling Fluids USA, LLC to Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [D.I. 148, filed on June 10, 2019]

H.    Joinder B&L Pipeco Services, Inc. Reservation of Rights and Joinder Regarding the Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [D.I. 152, filed on June 10, 2019]

Related Documents:

I.    Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

J.    Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, And (VII) Granting Related Relief [D.I. 62, entered on May 17, 2019]

K.     Notice of Hearing [D.I. 64, filed on May 17, 2019]

L.     Declaration of Elliot Ross in Support of the Debtors' Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, And (VII) Granting Related Relief [D.I. 13, Exhibit A thereto; Filed on May 15, 2019]

M.     Omnibus Reply Memorandum in Support of DIP Motion and Bid Procedures Motion [D.I. 190, Exhibit 1, filed June 13, 2019]

N.     Debtors' Motion for Leave to File Late Omnibus Reply Memorandum in Support of DIP Motion [ECF No. 13] and Bidding Procedures Motion [ECF No. 19] [D.I. 190, filed on June 13, 2019]

Status:  This matter is going forward.

15.    Motion of Debtors for Entry of an Order Authorizing the Rejection of Firm Transportation Service Agreements with Texas Gas Transmissions, LLC, Pursuant to Section 365(a) of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [D.I. 16, filed on May 15, 2019]

Response Deadline: May 30, 2019 at 4:00 p.m. (ET); extended to June 10, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee, BP Energy Company and Official Committee of Unsecured Creditors

Responses Received:

A.     Texas Gas Transmission, LLC's Limited Objection to Motion of Debtors for Entry of an Order Authorizing the Rejection of Firm Transportation Service Agreements With Texas Gas Transmission, LLC Pursuant to Section 365(a) of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [D.I. 126, filed May 30, 2019]

Related Documents:

B.     Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.     Notice of Hearing [D.I. 56, filed on May 16, 2019]

D.     Reply in Support of the Motion of Debtors for Entry of an Order Authorizing the Rejection of Firm Transportation Service Agreements with Texas Gas Transmission, LLC Pursuant to Section 365(A) of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [D.I. 157, filed on June 12, 2019]

Status:  This matter is going forward.

16.     Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of
        Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for,
        and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of
        Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment
        Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors'
        Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing
        Assumption and Assignment of Executory Contracts and Unexpired Leases and (C)
        Granting Related Relief [D.I. 19, filed on May 15, 2019]

        Response Deadline: May 30, 2019 at 4:00 p.m. (ET); extended to June 6, 2019, at 4:00
        p.m. (ET) for U.S. Specialty Insurance Company and KeyBank National Association;
        extended to June 10, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee
        and the Official Committee of Unsecured Creditors

        Responses Received:

        A.      Informal comments from the Office of the United States Trustee

        B.      Informal comments from KeyBank National Association

        C.      Limited Objection of U.S. Specialty Insurance Company to the Bidding
                Procedures Company [D.I. 139, filed on June 6, 2019]

        D.      Limited Objection and Reservation to Motion of Debtors for Entry of Orders
                (I)(A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving
                Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to
                Approve Sale of Debtors Assets, (D) Approving Form and Manner and Notices of
                Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment
                Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of
                Debtors Assets Free and Clear of Liens, Claims, Interest and Encumbrances and
                (B) Authorizing Assumption and Assignment of Executory Contracts and
                Unexpired Leases and (C) Granting Related Relief [D.I. 142, filed on June 10,
                2019]

        E.      [SEALED] Objection of Official Committee of Unsecured Creditors to Debtors'
                (I) DIP Financing Motion, and (II) Bidding Procedures Motion [D.I. 145, filed on
                June 10, 2019]

        F.      [REDACTED - PUBLIC VERSION] Objection of Official Committee of
                Unsecured Creditors to Debtors' (I) DIP Financing Motion, and (II) Bidding
                Procedures Motion  [D.I. 147, filed on June 10, 2019]

        Related Documents:

        G.      Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions
                and First Day Pleadings [D.I. 3, filed on May 15, 2019]

H.   Notice of Hearing [D.I. 59, filed on May 16, 2019]

I.   Motion to Permit Filing of Limited Objection and Reservation to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Debtors Assets, (D) Approving Form and Manner and Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interest and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 141, filed on June 10, 2019]

J.   Declaration of Elliot Ross in Support of the Debtors' Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 19, Exhibit B thereto; Filed on May 15, 2019]

K.   Omnibus Reply Memorandum in Support of DIP Motion and Bid Procedures Motion [D.I. 190, Exhibit 1, filed June 13, 2019]

L.   Debtors' Motion for Leave to File Late Omnibus Reply Memorandum in Support of DIP Motion [ECF No. 13] and Bidding Procedures Motion [ECF No. 19] [D.I. 190, filed on June 13, 2019]

Status:  This matter is going forward.

17.   Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 99, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 10, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Responses Received:

A.   Informal comments from the Office of the United States Trustee

Related Documents:

B.    Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.    Notice of Hearing [D.I. 108, filed on May 23, 2019]

Status: The Debtors and the Office of the United States Trustee are working to resolve any outstanding issues in advance of the hearing on June 17, 2019.  To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing.  This matter is going forward.

18.    Application of Debtors to Approve Employment and Retention of Opportune LLP as Restructuring Advisor Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code, *Nunc Pro Tunc* to the Petition Date [D.I. 101, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 10, 2019, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors  and extended to June 12, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee and

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.    Notice of Hearing [D.I. 108, filed on May 23, 2019]

**D.    First Supplemental Declaration of Ryan Bouley in Support of Application for an Order Authorizing Retention and Employment of Opportune LLP as Restructuring Advisor for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date [D.I. 193, filed on June 14, 2019]**

**E.    Certification of Counsel [D.I. 194, filed on June 14, 2019]**

**Status: A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.**

19.    Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [D.I. 104, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 10, 2019, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and extended to June 12, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee

Responses Received:

A.     Informal comments from the Office of the United States Trustee

Related Documents:

B.     Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.     Notice of Hearing [D.I. 108, filed on May 23, 2019]

Status: The Debtors and the Office of the United States Trustee are working to resolve any outstanding issues in advance of the hearing on June 17, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

20.     Motion of Debtors for Entry of an Order Authorizing the Employment and Retention of Professionals Utilized in the Ordinary Course of Business [D.I. 105, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 10, 2019, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and extended to June 12, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee

Responses Received:

A.     Informal comments from the Office of the United States Trustee

Related Documents:

B.     Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.     Notice of Hearing [D.I. 108, filed on May 23, 2019]

Status: The Debtors and the Office of the United States Trustee are working to resolve any outstanding issues in advance of the hearing on June 17, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

21.     Motion of Debtors for Entry of an Order Authorizing the Debtors to Include Corporate Address only on Creditor Matrix for Debtors' Employees and Directors [D.I. 107, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 10, 2019, at 4:00 p.m. (ET) for the Office of the United States Trustee and Official Committee of Unsecured Creditors

Responses Received:

A.     Objection of U.S. Trustee to the Debtors Motion for Entry of an Order Authorizing the Debtors to Include Corporate Address Only on Creditor Matrix for Debtors Employees and Directors [D.I. 140, filed on June 10, 2019]

Related Documents:

B.     Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.     Notice of Hearing [D.I. 108, filed on May 23, 2019]

Status:  This matter is going forward.

22.     Motion of Official Committee of Unsecured Creditors for Entry of an Order Authorizing Official Committee of Unsecured Creditors to File Under Seal the Objection of Official Committee of Unsecured Creditors to Debtors' (I) DIP Financing Motion and (II) Bidding Procedures Motion [D.I. 150, filed on June 10, 2019]

Response Deadline: June 17, 2019 at 4:00 p.m. (ET).

Responses Received: None to date.

Related Documents:

A.     [SEALED] Objection of Official Committee of Unsecured Creditors to Debtors' (I) DIP Financing Motion, and (II) Bidding Procedures Motion [D.I. 145, filed on June 10, 2019]

B.     [REDACTED - PUBLIC VERSION] Objection of Official Committee of Unsecured Creditors to Debtors' (I) DIP Financing Motion, and (II) Bidding Procedures Motion  [D.I. 147, filed on June 10, 2019]

Status:  This matter is going forward.

## POTENTIAL MATTERS GOING FORWARD

23.    Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 167, filed on June 12, 2019]

Response Deadline: (Requested) Prior to the hearing.

Responses Received: None to date.

Related Documents:

A.    Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 168, filed on June 12, 2019]

**B.    Letter from the Honorable Brendan L. Shannon Regarding Rule 2004 Motion to Shorten [D.I. 195, filed on June 14, 2019]**

**Status: At the Court's direction, this matter is going forward as a status conference.**

24.    Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 168, filed on June 12, 2019]

Response Deadline: N/A

Responses Received:

A.    Informal response in opposition received from ETC Northeast Pipeline LLC; formal response anticipated to be filed.

B.    Informal response in favor received from the Debtors; formal response anticipated to be filed.

Related Documents:

C.    Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 167, filed on June 12, 2019]

D.    Debtor's Statement in Support of the Official Committee of Unsecured Creditors' Motion to Shorten Notice [D.I. 177, filed on June 13, 2019]

E.    ETC Northeast Pipeline LLC's Objection to the Official Committee of Unsecured Creditors ' Motion to Shorten Notice [D.I. 189, filed on June 13, 2019]

    **F.**    **Letter from the Honorable Brendan L. Shannon Regarding Rule 2004 Motion to Shorten [D.I. 195, filed on June 14, 2019]**

    **Status: At the Court's direction, this matter is going forward as a status conference.**

## ADDITIONAL MATTER:

25.    Debtors' Motion for Leave to File Late Omnibus Reply Memorandum in Support of DIP Motion [ECF No. 13] and Bidding Procedures Motion [ECF No. 19] [D.I. 190, filed on June 13, 2019]

    Response Deadline: at or prior to the hearing

    Responses Received: None to date.

    Related Documents:

    A.    Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, And (VII) Granting Related Relief [D.I. 13, filed on May 15, 2019]

    B.    Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 19, filed on May 15, 2019]

Status:  This matter is going forward.

Dated:  June 14, 2019
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mumford@lrclaw.com
      brown@lrclaw.com
      smith@lrclaw.com

*-and-*

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
      lara.buchwald@davispolk.com
      aryeh.falk@davispolk.com
      jonah.peppiatt@davispolk.com

*Proposed Counsel to the Debtors
and Debtors-In-Possession*