IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, et al.,[1] | Case No. 19-11104 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

### AMENDED[2] NOTICE OF AGENDA FOR TELEPHONIC STATUS CONFERENCE SCHEDULED FOR JUNE 21, 2019 AT 10:00 A.M.[3] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON

**STATUS CONFERENCE:**

1.  Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 167, filed on June 12, 2019]

    Response Deadline: June 17, 2019 at 10:00 a.m.

    Responses Received:

    A.  **ETC Northeast Pipeline LLC's Objection to the Official Committee of Unsecured Creditors' Motion to Shorten Notice [D.I. 189, filed on June 13, 2019]**

    Related Documents:

    A.  Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 168, filed on June 12, 2019]

    B.  Letter from the Honorable Brendan L. Shannon Regarding the Motion to Shorten Relating to the Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 195, filed on June 14, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] **Amended items appear in bold.**

[3] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1239.002-W0056557.}

  C.  **Letter Regarding Status Conference Scheduled for Friday, June 21, 2019 at 10:00 A.M. [D.I. 238, filed on June 20, 2019]**

  D.  **Letter to the Honorable Brendan L. Shannon Regarding Rule 2004 Motion [D.I. 239, filed on June 20, 2019]**

  E.  **Letter Regarding Status Conference Scheduled for Friday, June 21, 2019 at 10:00 A.M. [D.I. 241, filed on June 20, 2019]**

<u>Status</u>: This matter is going forward as a status conference.

Dated: June 20, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
   mumford@lrclaw.com
   brown@lrclaw.com
   smith@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
   lara.buchwald@davispolk.com
   aryeh.falk@davispolk.com
   jonah.peppiatt@davispolk.com

*Counsel to the Debtors
and Debtors-In-Possession*