## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.,*[1] | Case No. 19-11104 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA FOR TELEPHONIC STATUS CONFERENCE SCHEDULED FOR JUNE 27, 2019 AT 9:30 A.M.[2] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON

### STATUS CONFERENCE:

1.    Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 167, filed on June 12, 2019]

Response Deadline: June 17, 2019 at 10:00 a.m.

Responses Received:

A.    Informal response from ETC Northeast Pipeline LLC

Related Documents:

B.    Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 168, filed on June 12, 2019]

C.    Letter from the Honorable Brendan L. Shannon Regarding the Motion to Shorten Relating to the Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 195, filed on June 14, 2019]

D.    Letter Regarding Status Conference Scheduled for Friday, June 21, 2019 at 10:00 A.M. [D.I. 238, filed on June 20, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

E.    Letter to the Honorable Brendan L. Shannon Regarding Rule 2004 Motion [D.I. 239, filed on June 20, 2019]

F.    Letter Regarding Status Conference Scheduled for Friday, June 21, 2019 at 10:00 A.M. [D.I. 241, filed on June 20, 2019]

G.    ETC Northeast Pipeline LLC's Objection to the Official Committee of Unsecured Creditors' Motion to Shorten Notice [D.I. 189, filed on June 13, 2019]

Status: This matter is going forward as a status conference.

Dated: June 25, 2019
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com
       smith@lrclaw.com

    -and-

**DAVIS POLK & WARDWELL LLP**

Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
       lara.buchwald@davispolk.com
       aryeh.falk@davispolk.com
       jonah.peppiatt@davispolk.com

*Counsel to the Debtors*
*and Debtors-In-Possession*