IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, et al.,[1] | Case No. 19-11104 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA FOR TELEPHONIC STATUS CONFERENCE SCHEDULED FOR JULY 9, 2019 AT 10:00 A.M.[2] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY**

**STATUS CONFERENCE:**

1. Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 167, filed on June 12, 2019]

   Response Deadline: June 17, 2019 at 10:00 a.m.

   Responses Received:

   A. Informal response from ETC Northeast Pipeline LLC

   Related Documents:

   B. Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 168, filed on June 12, 2019]

   C. Letter from the Honorable Brendan L. Shannon Regarding the Motion to Shorten Relating to the Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 195, filed on June 14, 2019]

   D. Letter Regarding Status Conference Scheduled for Friday, June 21, 2019 at 10:00 A.M. [D.I. 238, filed on June 20, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] This status conference is telephonic, please schedule your appearance with CourtCall prior to the status conference. The telephone number for CourtCall is (866) 582-6878.

{1239.002-W0056663.2}

  E. Letter to the Honorable Brendan L. Shannon Regarding Rule 2004 Motion [D.I. 239, filed on June 20, 2019]

  F. Letter Regarding Status Conference Scheduled for Friday, June 21, 2019 at 10:00 A.M. [D.I. 241, filed on June 20, 2019]

  G. ETC Northeast Pipeline LLC's Objection to the Official Committee of Unsecured Creditors' Motion to Shorten Notice [D.I. 189, filed on June 13, 2019]

<u>Status</u>: This matter is going forward.

### POTENTIAL MATTER GOING FORWARD

2. Letter to the Honorable John T. Dorsey Requesting a Status Conference on July 9, 2019 at 10:00 a.m. with respect to Section 2(c) of the Bidding Procedures [D.I. 293, filed on July 3, 2019]

<u>Response Deadline</u>: N/A

<u>Responses Received</u>: None to date.

<u>Related Documents</u>:

  A. Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Setting Procedures to Seek Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (V) Approving Assumption and Assignment Procedures and (VI) Granting Related Relief [D.I. 247, entered on June 21, 2019]

<u>Status</u>: This matter may go forward.

Dated: July 3, 2019  
   Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown

Adam G. Landis (No. 3407)  
Kerri K. Mumford (No. 4186)  
Kimberly A. Brown (No. 5138)  
Holly M. Smith (No. 6497)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: landis@lrclaw.com  
    mumford@lrclaw.com  
    brown@lrclaw.com  
    smith@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
      lara.buchwald@davispolk.com
      aryeh.falk@davispolk.com
      jonah.peppiatt@davispolk.com

*Counsel to the Debtors*
*and Debtors-In-Possession*