## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.,*[1] | Case No. 19-11104 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 25, 2019 AT 2:00 P.M.[2] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801

## CONTINUED MATTER:

1.    Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC As Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 103, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended August 21, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.    Omnibus Notice of Hearing [D.I. 108, filed on May 23, 2019]

Status: This matter has been adjourned to the August 28, 2019 omnibus hearing by agreement of the parties.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1239.002-W0056662.5}

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL:

2.    Application of the Debtors for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Evercore Group L.L.C. as Investment Banker for the Debtors and Debtors In Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 102, filed on May 23, 2019]

Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to June 12, 2019, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and extended to July 18, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

C.    Omnibus Notice of Hearing [D.I. 108, filed on May 23, 2019]

D.    [SEALED] Supplemental Declaration of Stephen Goldstein in Support of the Application of the Debtors for Entry of An Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Evercore Group L.L.C. as Investment Banker for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 326, file on July 11, 2019]

E.    [REDACTED] Supplemental Declaration of Stephen Goldstein in Support of the Application of the Debtors for Entry of An Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Evercore Group L.L.C. as Investment Banker for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 330, filed on July 12, 2019]

F.    Certification of Counsel [D.I. 328, filed on July 11, 2019]

G.    Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Evercore Group L.L.C. as Investment Banker for the Debtors and Debtors In Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 363, entered on July 19, 2019]

Status: On July 19, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

3.    Motion of the Debtors for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim, (B) Approving the Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof [D.I. 283, filed on June 28, 2019]

Response Deadline: July 12, 2019 at 4:00 p.m. (ET)

Responses Received: Informal comments from the Office of the United States Trustee

Related Documents:

A.    Certification of Counsel [D.I. 351, filed on July 15, 2019]

B.    Order Granting Motion of the Debtors for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim, (B) Approving the Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof [D.I.352, entered on July 16, 2019]

Status: On July 16, 2019, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

4.    Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328 (A); Fed. R. Bankr. P. 2014, 2016, and 5002; and Del. Bankr. L.R. 2014-1 for an Order Authorizing Retention and Employment of Morris Nichols, Arsht & Tunnell LLP as Delaware Co-Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 29, 2019 [D.I. 273, filed on June 27, 2019]

Response Deadline: July 11, 2019 at 4:00 p.m. (ET); extended to July 18, 2019 at 4:00 p.m. for the Debtors and July 19, 2019 at 4:00 p.m. for the United States Trustee

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

B.    First Supplemental Declaration of Robert J. Dehney in Support of the Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328 (a); Fed. R. Bankr. P. 2014, 2016, and 5002; and Del. Bankr. L.R. 2014-1 for an Order Authorizing Retention and Employment of Morris Nichols, Arsht & Tunnell LLP as Delaware Co-Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 29, 2019 [D.I. 296, filed on July 3, 2019]

C.    Second Supplemental Declaration of Robert J. Dehney in Support of the Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328 (a); Fed. R. Bankr. P. 2014, 2016, and 5002; and Del. Bankr. L.R. 2014-1 for an Order Authorizing Retention and Employment of Morris Nichols, Arsht & Tunnell LLP as Delaware Co-Counsel for the Official Committee of

Unsecured Creditors *Nunc Pro Tunc* to May 29, 2019 [D.I. 361, filed on July 18, 2019]

D.  Third Supplemental Declaration of Robert J. Dehney in Support of the Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328 (a); Fed. R. Bankr. P. 2014, 2016, and 5002; and Del. Bankr. L.R. 2014-1 for an Order Authorizing Retention and Employment of Morris Nichols, Arsht & Tunnell LLP as Delaware Co-Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 29, 2019 [D.I. 368, filed on July 22, 2019]

E.  Supplemental Declaration of William S. Sugden in Support of the Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328 (a); Fed. R. Bankr. P. 2014, 2016, and 5002; and Del. Bankr. L.R. 2014-1 for an Order Authorizing Retention and Employment of Morris Nichols, Arsht & Tunnell LLP as Delaware Co-Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 29, 2019 [D.I. 369, filed on July 22, 2019]

F.  Certification of Counsel [D.I. 373, filed on July 22, 2019]

Status:  The informal comments from the Office of United States Trustee have been resolved. A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

5.  Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328 (a); Fed. R. Bankr. P. 2014, 2016, and 5002; and Del. Bankr. L.R. 2014-1 for Authorization to Retain and Employ Conway Mackenzie, Inc. as Financial Advisor *Nunc Pro Tunc* to May 30, 2019 [D.I. 274, filed on June 27, 2019]

Response Deadline:  July 11, 2019 at 4:00 p.m. (ET); extended to July 18, 2019 at 4:00 p.m. for the Debtors and July 19, 2019 at 4:00 p.m. for the United States Trustee

Responses Received:

A.  Informal comments from the Debtors

B.  Informal comments from the Office of the United States Trustee

Related Documents:

C.  Supplemental Declaration of John T. Young, Jr. in Support of the Retention and Employment of Conway Mackenzie, Inc. as Financial Advisor Pursuant to Bankruptcy Rule 2014(a) [D.I. 367, filed on July 22, 2019]

D.  Certification of Counsel [D.I. 372, filed on July 22, 2019]

Status: The informal comments from the Debtors and the Office of the United States Trustee have been resolved. A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

6.      Application for Order Authorizing the Official Committee of Unsecured Creditors of EdgeMarc Energy Holdings, LLC, *et al.*, to Retain and Employ Leech Tishman Fuscaldo & Lampl, LLC as Special Counsel , *Nunc Pro Tunc* to May 29, 2019 [D.I. 275, filed on June 27, 2019]

Response Deadline: July 11, 2019 at 4:00 p.m. (ET); extended to July 18, 2019 at 4:00 p.m. for the Debtors and July 19, 2019 at 4:00 p.m. for the United States Trustee

Responses Received:

A.      Informal comments from the Debtors

B.      Informal comments from the Office of the United States Trustee

Related Documents:

C.      Declaration of William S. Sugden in Support of the Application for Order Authorizing the Official Committee of Unsecured Creditors of EdgeMarc Energy Holdings, LLC, *et al.*, to Retain and Employ Leech Tishman Fuscaldo & Lampl, LLC as Special Counsel , *Nunc Pro Tunc* to May 29, 2019 [D.I. 370, filed on July 22, 2019]

D.      Amended Declaration of John M. Steiner, Esq. of Leech Tishman Fuscaldo & Lampl, LLC Pursuant to Bankruptcy Rule 2014(a) [D.I 375, filed on July 23, 2019]

E.      Certification of Counsel [D.I. 376, filed on July 23, 2019]

Status: The informal comments from the Debtors and the Office of the United States Trustee have been resolved. A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

## CONTESTED MATTERS:

7.      Application for Order Authorizing Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of EdgeMarc Energy Holdings, LLC, *et al.*, *Nunc Pro Tunc* to May 29, 2019 [D.I. 276, filed on June 28, 2019]

Response Deadline: July 12, 2019 at 4:00 p.m. (ET); extended to July 18, 2019 at 4:00 p.m. for the Debtors and July 19, 2019 at 4:00 p.m. for the United States Trustee.

Responses Received:

A.      Informal comments from the Office of the United States Trustee

Related Documents: None.

Status: This matter is going forward.

8.    Debtors' Motion to File Under Seal Certain Information Contained in the Supplemental
      Declaration of Stephen Goldstein in Support of Application for an Order, Pursuant to
      Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and
      Employment of Evercore Group L.L.C. as Investment Banker for the Debtors and
      Debtors in Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-
      Keeping Requirements of Local Rule 2016-2 [D.I. 327, filed on July 11, 2019]

      Response Deadline: July 18, 2019 at 4:00 p.m. (ET)

      Responses Received:

      A.    United States Trustee's Objection to Debtors' Motion to File Under Seal Certain
            Information Contained in the Supplemental Declaration of Stephen Goldstein in
            Support of Application for an Order, Pursuant to Sections 327(a) and 328(a) of
            the Bankruptcy Code, Authorizing the Retention and Employment of Evercore
            Group L.L.C. as Investment Banker for the Debtors and Debtors in Possession,
            *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-Keeping
            Requirements of Local Rule 2016-2 [D.I. 360, filed on July 18, 2019]

      Related Documents:

      B.    [SEALED] Supplemental Declaration of Stephen Goldstein in Support of the
            Application of the Debtors for Entry of An Order, Pursuant to Sections 327(a) and
            328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of
            Evercore Group L.L.C. as Investment Banker for the Debtors and Debtors in
            Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-
            Keeping Requirements of Local Rule 2016-2 [D.I. 326, file on July 11, 2019]

      C.    [REDACTED] Supplemental Declaration of Stephen Goldstein in Support of the
            Application of the Debtors for Entry of An Order, Pursuant to Sections 327(a) and
            328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of
            Evercore Group L.L.C. as Investment Banker for the Debtors and Debtors in
            Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-
            Keeping Requirements of Local Rule 2016-2 [D.I. 330, filed on July 12, 2019]

      Status: This matter is going forward.

**POTENTIAL MATTER GOING FORWARD:**

9.    Letter to the Honorable John T. Dorsey from Sigmund S. Wissner-Gross, Esq., Proposed
      Counsel to the Official Committee of Unsecured Creditors, Requesting a Discovery
      Conference with regards to Material Discovery Disputes [D.I. 366, filed on July 19,
      2019]

Response Deadline: N/A

Responses Received: None as of the date hereof.

Related Documents:

A.    Emergency Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery of ETC Northeast Pipeline LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure [D.I. 167, filed on June 12, 2019]

B.    Notice of 30(b)(6) Deposition of ETC Northeast Pipeline, LLC [D.I. 300, filed on July 3, 2019]

Status: The Official Committee of Unsecured Creditors has requested a status conference on this matter.

Dated: July 23, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  landis@lrclaw.com
        mumford@lrclaw.com
        brown@lrclaw.com
        smith@lrclaw.com

*-and-*

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
        lara.buchwald@davispolk.com
        aryeh.falk@davispolk.com
        jonah.peppiatt@davispolk.com

*Counsel to the Debtors*
*and Debtors-In-Possession*