# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 6, 2019 at 1:30 p.m. (ET)**<br>**Obj. Deadline: August 5, 2019 at 4:00 p.m. (ET)**<br><br>**Ref. Nos. 247, 329** |

## NOTICE OF DESIGNATION OF STALKING HORSE BIDDER FOR MONROE/WASHINGTON ASSETS AND REQUEST FOR APPROVAL OF STALKING HORSE BID PROTECTIONS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court") on May 15, 2019 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that, on June 21, 2019, the Court entered an *Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Setting Procedures to Seek Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (V) Approving Assumption and Assignment Procedures and (VI) Granting Related Relief* [D.I. 247] (as amended on July 12, 2019 by the *Order Approving Amended Bidding Procedures for Sale of Debtors' Assets* [D.I. 329], the "Bidding Procedures Order")[2] which authorized the Debtors to, subject to Court approval, among other things, (i) designate one or more Stalking Horse Bidders for the Debtors' assets, (ii) enter into a stalking horse purchase agreement with a Stalking Horse Bidder, and (iii) provide Bid Protections to a Stalking Horse Bidder.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Debtors, in consultation with the Consultation Parties, hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268) and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order and Bidding Procedures approved therein.

designate the bid submitted by Diversified Gas and Oil Corporation ("DGOC") for the Debtors' Monroe/Washington Assets as a Stalking Horse Bid, and the Debtors will enter into the transaction contemplated in DGOC's Stalking Horse Bid unless a higher or otherwise better Qualified Bid or Subsequent Bid is submitted with respect to such assets (as determined by the Debtors in accordance with the Bidding Procedures).

**PLEASE TAKE FURTHER NOTICE** that the Debtors and DGOC have executed an *Asset Purchase Agreement* (the "Stalking Horse Agreement") for the purchase of the Debtors' Monroe/Washington Assets, a copy of which is attached hereto as **Exhibit A**. The Purchase Price payable to the Debtors under the Stalking Horse Agreement consists of $50,000,000 in cash, subject to certain adjustments pursuant to the terms of the Stalking Horse Agreement, and the assumption of the Assumed Liabilities (as defined in the Stalking Horse Agreement).[3]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures, the Debtors are seeking authorization to provide the Stalking Horse Bidder with certain protections (the "Bid Protections"). The Bid Protections are as follows:

- Break-Up Fee: The Bid Protections provide for payment of a Break-Up Fee of $1,500,000 (three percent (3%) of the Unadjusted Purchase Price under the Stalking Horse Agreement), payable to the Stalking Horse Bidder pursuant to the terms of Section 12.03 of the Stalking Horse Agreement.

- Expenses Reimbursement: The Bid Protections provide for reimbursement of reasonable documented fees and expenses of the Stalking Horse Bidder, payable to the Stalking Horse Bidder pursuant to the terms of Section 12.03 of the Stalking Horse Agreement, in an amount equal to the lesser of (a) $500,000 (one percent (1%) of the Unadjusted Purchase Price under the Stalking Horse Agreement) and (b) all documented, out-of-pocket costs and expenses of DGOC (including the reasonable, documented fees, costs and expenses of counsel, investment bankers, and other outside advisors) incurred in connection with the Stalking Horse Agreement and other agreements, pleadings, documents, hearings, discovery, and transactions related thereto.

- Initial Minimum Overbid: The Bid Protections provide for an initial minimum overbid amount of $250,000.

- Administrative Expense: Until paid, DGOC's right to payment of the Bid Protections shall constitute an administrative expense under sections 503(b) and 507(a)(2) of the Bankruptcy Code.

---

[3] To the extent of any inconsistencies between the Stalking Horse Agreement and the summary descriptions of the Stalking Horse Agreement in this notice, the terms of the Stalking Horse Agreement shall control in all respects.

*See* Stalking Horse Agreement, §§ 1.01 (definitions of "Break-Up Fee", "Expense Reimbursement" and "Bid Protections"), 7.04(b), 12.03.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the designation of DGOC as a Stalking Horse Bidder or to any of the terms of DGOC's Stalking Horse Bid (a "Stalking Horse Objection") must (a) be in writing, (b) comply with the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules, (c) state, with specificity, the legal and factual bases thereof, (d) filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 5, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "Stalking Horse Objection Deadline")**. At the same time, you must also serve a copy of the objection upon the following parties so as to be **received no later than the Stalking Horse Objection Deadline**: (i) counsel for the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Ave., New York, New York 10017, Attn: Darren S. Klein (darren.klein@davispolk.com) and Aryeh Falk (aryeh.falk@davispolk.com) and (z) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kerri K. Mumford (mumford@lrclaw.com), (ii) counsel to KeyBank National Association, the administrative agent under the Debtors' postpetition secured credit facility, Hunton Andrews Kurth LLP, 600 Travis Street, Suite 4200, Houston, TX 77002, Attn: Tad Davidson (taddavidson@huntonak.com) and Joseph Rovira (josephrovira@huntonak.com), (iii) counsel to the Committee (y) Brown Rudnick LLP, 7 Times Square, New York, NY 10036, Attn: Robert Stark (rstark@brownrudnick.com) and Andrew Carty (acarty@brownrudnick.com) and (z) Morris, Nichols, Arsht & Tunnel LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899, Attn: Robert J. Dehney (rdehney@mnat.com), (iv) counsel to the Stalking Horse Bidder, Baker Botts L.L.P., 2001 Ross Ave., Suite 900, Dallas, Texas 75201, Attn: Jim Prince (jim.prince@bakerbotts.com), and (v) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Juliet Sarkessian (juliet.m.sarkessian@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF A TIMELY STALKING HORSE OBJECTION IS FILED, A HEARING REGARDING SUCH STALKING HORSE OBJECTION WILL BE HELD ON **AUGUST 6, 2019 AT 1:30 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801. IF NO TIMELY STALKING HORSE OBJECTION IS FILED AND SERVED WITH RESPECT TO DGOC'S STALKING HORSE BID, UPON THE EXPIRATION OF THE OBJECTION DEADLINE, THE COURT MAY ENTER THE ORDER SUBSTANTIALLY IN THE FORM ATTACHED HERETO AS **EXHIBIT B** APPROVING DGOC'S STALKING HORSE BID AND THE BID PROTECTIONS WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: July 24, 2019<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ Kimberly A. Brown<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>Kimberly A. Brown (No. 5138)<br>Holly M. Smith (No. 6497)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>      mumford@lrclaw.com<br>      brown@lrclaw.com<br>      smith@lrclaw.com<br><br>-and-<br><br>**DAVIS POLK & WARDWELL LLP**<br>Darren S. Klein (admitted *pro hac vice*)<br>Lara Samet Buchwald (admitted *pro hac vice*)<br>Aryeh E. Falk (admitted *pro hac vice*)<br>Jonah A. Peppiatt (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Email: darren.klein@davispolk.com<br>      lara.buchwald@davispolk.com<br>      aryeh.falk@davispolk.com<br>      jonah.peppiatt@davispolk.com<br><br>*Counsel to the Debtors and Debtors-In-Possession* |