# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1]<br>       Debtors. | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, please take notice that Steven K. Kortanek, of Drinker Biddle & Reath LLP, hereby withdraws his appearance as counsel to Goldman Sachs & Co. LLC, Ontario Teachers' Pension Plan Board, GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC in the above-captioned cases. Undersigned counsel from Wachtell, Lipton, Rosen & Katz and Drinker Biddle & Reath LLP will continue as counsel to Goldman Sachs & Co. LLC, Ontario Teachers' Pension Plan Board, GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: EdgeMarc Energy Holdings, LLC (80-0766900), EM Energy Manager, LLC (30-0745334), EM Energy Employer, LLC (80-0838026), EM Energy Ohio, LLC (80-0846935), EM Energy Pennsylvania, LLC (38-3881541), EM Energy West Virginia, LLC (9000883771), EM Energy Keystone, LLC (82-0857506), EM Energy EM Energy Midstream Ohio, LLC (46-3841268), EM Energy Midstream Pennsylvania, LLC (46-3843963). The Debtors' corporate headquarters and mailing addresses is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

120083036.1

Dated: July 31, 2019
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

*/s/ Steven K. Kortanek*
Steven K. Kortanek (Del. Bar No. 3106)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
steven.kortanek@dbr.com

*Withdrawing Counsel for Goldman Sachs & Co. LLC, Ontario Teachers' Pension Plan Board, GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC*

**DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
patrick.jackson@dbr.com
joseph.argentina@dbr.com

-and-

**WACHTELL, LIPTON, ROSEN & KATZ**

Richard G. Mason
Emil A. Kleinhaus
Michael H. Cassel
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
rgmason@wlrk.com
eakleinhaus@wlrk.com
mhcassel@wlrk.com

*Counsel for Goldman Sachs & Co. LLC, Ontario Teachers' Pension Plan Board, GSCP VI EdgeMarc Holdings, L.L.C., GSCP VI Parallel EdgeMarc Holdings, L.L.C., WSEP and Bridge 2012 EdgeMarc Holdings, L.L.C., and EM Holdco LLC*