IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
: 
*In re* : Chapter 11
:
EDGEMARC ENERGY HOLDINGS, LLC, *et al.*, : Case No. 19-11104 (BLS)
:
Debtors.[1] : Jointly Administered
-----------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below appear on behalf of Diversified Gas & Oil Corporation ("**Diversified**"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended, that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| John H. Knight (No. 3848) | Jim Prince |
| RICHARDS, LAYTON & FINGER, P.A. | BAKER BOTTS L.L.P. |
| One Rodney Square | 2001 Ross Avenue, Suite 900 |
| 920 North King Street | Dallas, Texas 75201-2980 |
| Wilmington, Delaware 19801 | Telephone: (214) 953-6500 |
| Telephone: (302) 651-7700 | Facsimile: (214) 953-6503 |
| Facsimile: (302) 651-7701 | E-mail: jim.prince@bakerbotts.com |
| Email: knight@rlf.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing addresses is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

RLF1 21805152v.1

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of the Diversified to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Diversified's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Diversified's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Diversified's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Diversified is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Diversified expressly reserves.

Dated: August 2, 2019
      Wilmington, Delaware

*/s/ John H. Knight*
John H. Knight (No. 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com

-and-

Jim Prince
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
E-mail: jim.prince@bakerbotts.com

*Co-Counsel for Diversified Gas & Oil Corporation*