## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.*, | Case No. 19-11104 (JTD) |
| Debtors.[1] | (Jointly Administered) |
|  | **Ref. Nos. 247, 329, 444** |

## NOTICE OF (I) DESIGNATION OF SUCCESSFUL BID AND CANCELLATION OF AUCTION FOR THE DEBTORS' MONROE/WASHINGTON ASSETS AND (II) EXTENSION OF SALE TIMELINE FOR THE SALE OF THE DEBTORS' BUTLER ASSETS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court") on May 15, 2019 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that, on June 21, 2019, the Court entered the *Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Setting Procedures to Seek Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (V) Approving Assumption and Assignment Procedures and (VI) Granting Related Relief* [D.I. 247] (as amended on July 12, 2019 by the *Order Approving Amended Bidding Procedures for Sale of Debtors' Assets* [D.I. 329], the "Bidding Procedures Order")[2] which authorized the Debtors to extend the deadlines set forth therein in their Permitted Discretion.

### *Monroe/Washington Assets*

**PLEASE TAKE FURTHER NOTICE** that, on August 6, 2019, the Court entered the *Order (I) Designating Stalking Horse Bidder, (II) Approving Bid Protections, and (III) Granting Related Relief* [D.I. 444], which authorized the designation of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268) and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order and Bidding Procedures approved therein.

Diversified Gas and Oil Corporation as the Stalking Horse Bidder for the Debtors' Monroe/Washington Assets.

**PLEASE TAKE FURTHER NOTICE** that prior to the Bid Deadline, the Debtors did not receive any Qualified Bids for the Debtors' Washington/Monroe Assets other than the Stalking Horse Bid submitted by Diversified Gas and Oil Corporation. In accordance with the Bidding Procedures Order, the Debtors have selected the Stalking Horse Bid submitted by Diversified Gas and Oil Corporation (the "<u>Successful Bidder</u>") as the Successful Bid for the Debtors' Monroe/Washington Assets.

**PLEASE TAKE FURTHER NOTICE** that <u>**in accordance with the Bidding Procedures Order, the Debtors, in their Permitted Discretion, hereby cancel the Auction for the Debtors' Monroe/Washington Assets scheduled for August 23, 2019 at 10:00 a.m. (prevailing Eastern Time)**</u>.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the proposed sale of the Debtors' Monroe/Washington Assets to the Successful Bidder shall be held on **<u>August 28, 2019 at 11:00 a.m.</u>** (prevailing Eastern Time) before the Honorable John T. Dorsey in the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

### *<u>Butler Assets</u>*

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Debtors, in their Permitted Discretion, hereby revise the sale timeline for the Debtors' Butler Assets as follows:

| <u>Date</u> | <u>Event</u> |
|---|---|
| **September 10, 2019, at 5:00 p.m.** | Bid Deadline for the Debtors' Butler Assets |
| **September 12, 2019, at 4:00 p.m.** | Solely for the Creditors' Committee and Each Member Thereof and the U.S. Trustee, Deadline to Object to the Sale of the Debtors' Butler Assets; Solely for ETC Northeast Pipeline LLC and Each Member of the Committee, Assumption and Assignment Objection Deadline; Service of Notices of Qualified Bidder Status |
| **September 19, 2019, at 10:00 a.m.** | Auction for the Debtors' Butler Assets |
| **September 19, 2019, at 4:00 p.m.** | Debtors' Reply Deadline and Deadline for Parties-in-Interest to File Statements in Support of the Sale of the Debtors' Butler Assets |
| **As soon as reasonably practicable after the Auction is completed, and in any case no later September 20, 2019, at 4:00 p.m.** | Deadline for Debtors to File and Serve the Notice of Auction Results |
| **Prior to or at Sale Hearing** | Adequate Assurance Objection Deadline for Counterparties to Executory Contracts Relating to the Debtors' Butler Assets |

| Date | Event |
|------|-------|
| **September 24, 2019, at 11 a.m. (prevailing Eastern Time)** | Sale Hearing |

       **PLEASE TAKE FURTHER NOTICE** that the deadline to file objections to the sale of the Debtors' Butler Assets, the calculation of Cure Claims with respect to executory contracts related to the Debtors' Butler Assets, or the assumption and assignment of executory contracts related to the Debtors' Butler Assets, passed on August 21, 2019 at 4:00 p.m. (prevailing Eastern Time) (except as set forth above for the Creditors' Committee and each member thereof, U.S. Trustee and ETC Northeast Pipeline LLC or as agreed between the Debtors and a particular party-in-interest).

       **PLEASE TAKE FURTHER NOTICE** that the Bid Procedures and the Bidding Procedures Order remain in full force and effect, without modification, except as expressly set forth herein.  Potential Bidders and other interested parties are urged to carefully review the Bid Procedures and Bidding Procedures Order.  The Debtors reserve their right to adopt other or further modifications to the Bid Procedures in accordance with the terms thereof and of the Bidding Procedures Order.


Dated: August 21, 2019          **LANDIS RATH & COBB LLP**
       Wilmington, Delaware

                               */s/ Kimberly A. Brown*
                                 Adam G. Landis (No. 3407)
                                 Kerri K. Mumford (No. 4186)
                                 Kimberly A. Brown (No. 5138)
                                 Holly M. Smith (No. 6497)
                                 919 Market Street, Suite 1800
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 467-4400
                                 Facsimile: (302) 467-4450
                                 Email:  landis@lrclaw.com
                                          mumford@lrclaw.com
                                          brown@lrclaw.com
                                        smith@lrclaw.com

                                 *-and-*

{1239.002-W0057381.}

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
        lara.buchwald@davispolk.com
        aryeh.falk@davispolk.com
        jonah.peppiatt@davispolk.com

*Counsel to the Debtors and Debtors-In-Possession*