## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.,*[1] | Case No. 19-11104 (JTD) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR THE HEARING ON AUGUST 28, 2019, AT 11:00 A.M.[3] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

## CONTINUED MATTER:

1.  Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 103, filed on May 23, 2019]

    Response Deadline: June 6, 2019 at 4:00 p.m. (ET); extended to September 11, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee

    Responses Received:

    A.  Informal comments from the Office of the United States Trustee

    Related Documents:

    B.  Declaration of Callum Streeter in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] **Amended items appear in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)

C.      Omnibus Notice of Hearing [D.I. 108, filed on May 23, 2019]

Status:  This matter has been adjourned to the September 18, 2019 omnibus hearing by agreement of the parties.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION/RESOLVED MATTERS:

2.      Motion to Extend the Time Period within which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 450, filed on August 7, 2019]

Response Deadline: August 21, 2019 at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A.      Certificate of No Objection [D.I. 505, filed on August 22, 2019]

B.      Order Granting the Debtors' Motion to Extend the Time Period within which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 507, entered on August 23, 2019]

Status: On August 23, 2019, the Court entered an Order granting the relief requested. Accordingly a hearing regarding this matter is not required.

3.      Motion for Protective Order Barring Requested Deposition [D.I. 452, filed on August 7, 2019]

Response Deadline: August 21, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Letter to the Honorable John T. Dorsey from the Official Committee of Unsecured Creditors Dated August 8, 2019 [D.I. 457, filed on August 8, 2019]

Related Documents:

B.      Discovery Order [D.I. 422, entered on July 31, 2019]

Status: This matter is resolved. Accordingly, a hearing regarding this matter is not required.

## MATTERS GOING FORWARD:

4.      Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for,

and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 19, filed on May 15, 2019].

Sale Response Deadline:  August 21, 2019 at 4:00 p.m. (ET); extended to August 22, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors, Bedrock Petroleum Consultants LLC, Phoenix Technology Services USA Inc., Keystone Clearwater Solutions, LLC, Anchor Drilling Fluids USA, LLC & B&L Pipeco Services, Inc.

Cure Response Deadline: August 21, 2019 at 4:00 p.m. (ET); extended to August 23, 2019 at 4:00 p.m. (ET) for EGO Water Solutions LLC

Assumption and Assignment Responses Received Relating to the Monroe/Washington Assets:

A.      Informal response from EGO Water Solutions LLC

B.      Objection of Timothy L. Blake and Paula J. Rush-Blake to Cure Claim Amount [D.I. 487, filed on August 19, 2019]

C.      Limited Assumption and Assignment Objection and Reservation to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount of Eureka Midstream, LLC and EQM Gathering OPCO, LLC [D.I. 490, filed on August 20, 2019]

D.      Objection of Tyrone J. Allen and Diane L. Allen to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 492, filed on August 21, 2019]

E.      Objection of Waste Management to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 494, filed on August 21, 2019]

Sale Responses Received Relating to the Monroe/Washington Assets:

F.      Informal comments from the Office of the United States Trustee

G.      Informal comments from the Official Committee of Unsecured Creditors

H.      Limited Objection and Reservation to Bankruptcy Sale [D.I. 491, filed on August 20, 2019]

I.      Limited Objection of U.S. Specialty Insurance Company to the Sale [D.I. 493, filed on August 21, 2019]

J.      Limited Objection of Oil and Gas Mechanic's Lien Claimant, Anchor Drilling Fluids USA, LLC to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 498, filed on August 22, 2019]

K.      Limited Objection and Reservation of Rights of B&L Pipeco Services, Inc. to Debtors' Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances [D.I. 499, filed on August 22, 2019]

L.      Bedrock Petroleum Consultants, LLC's Objection to Sale [D.I. 500, filed on August 22, 2019]

M.      Limited Objection and Reservation of Rights of Keystone Clearwater Solutions, LLC to Debtors' Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances [D.I. 501, filed on August 22, 2019]

N.      Phoenix Technology Services USA, Inc.'s Limited Objection and Preservation of Rights to Debtors' Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances [D.I. 502, filed on August 22, 2019]

O.      Response and Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Motion of Debtors for Entry of Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 504, filed on August 22, 2019]

P.      Debtors' (I) Brief in Support of their Motion for Entry of an Order (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief and (II) Omnibus Reply to Objections to Sale of Monroe/Washington Assets [D.I. 511, filed on August 26, 2019]

Status: The cure objection of EGO Water Solutions, LLC (item 4.A) has been resolved. The cure objections at items 4.B through 4.E have been continued to September 18, 2019 at 10:00 a.m. (ET) by agreement of the parties. The sale responses of the Office of the

United States Trustee (item 4.F) and the Official Committee of Unsecured Creditors (item 4.G) have been resolved. The Debtors are working to resolve all other unresolved sale objections. This matter is going forward solely with respect to the Monroe/Washington assets.

Sale and Cure Responses Received Relating to the Butler Assets:

Q.      Informal response from Axip Energy Services

R.      Limited Objection and Reservation of Rights of Dominion Energy Transmission, Inc. f/k/a Dominion Transmission, Inc. to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 488, filed on August 19, 2019]

S.      Objection from Brenda Shaffer and Phillip Shaffer [D.I. 489, filed on August 20, 2019]

T.      Limited Objection of U.S. Specialty Insurance Company to the Sale [D.I. 493, filed on August 21, 2019]

U.      Objection to Sale of Ronald Smith and Marianne Smith [D.I. 495, filed on August 21, 2019]

V.      Markwest Liberty Bluestone, LLC's Limited Objection and Reservation of Rights of to Notice of Potential Assumption and Assignment of Executory Contracts, Unexpired Leases and Cure Amount [D.I. 496, filed on August 21, 2019]

W.      Limited Objection of Oil and Gas Mechanic's Lien Claimant, Anchor Drilling Fluids USA, LLC to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 498, filed on August 22, 2019]

X.      Limited Objection and Reservation of Rights of Keystone Clearwater Solutions, LLC to Debtors' Sale of Assets Free and Clear of Liens, Claims, Interest and Encumbrances [D.I. 501, filed on August 22, 2019]

Status: The sale and cure objections with regard to the Butler Assets and all responses related thereto are continued to September 24, 2019 at 11:00 a.m. (ET).

Related Documents:

Y.      Declaration of Callum Streeter in Further Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

Z.      Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Setting Procedures to Seek Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (V) Approving Assumption and Assignment Procedures and (VI) Granting Related Relief [D.I. 247, entered on June 21, 2019]

AA.     Notice of Sale, Bidding Procedures, Auction and Sale Hearing [D.I. 249, filed on June 21, 2019]

BB.     Order Approving Amended Bidding Procedures for Sale of Debtors' Assets [D.I. 329, entered on July 12, 2019]

CC.     Notice of Filing of Forms of Sale Order and Asset Purchase Agreement [D.I. 399, filed on July 24, 2019]

DD.     Notice of Designation of Stalking Horse Bidder for Monroe/Washington Assets and Request for Approval of Stalking Horse Bid Protections [D.I. 401, filed on July 24, 2019]

EE.     Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [D.I. 402, filed on July 24, 2019]

FF.     Notice of Filing Amended Exhibits to the Stalking Horse Agreement [D.I. 437, filed on August 5, 2019]

GG.     Order (I) Designating Stalking Horse Bidder , (II) Approving Bid Protections, and (III) Granting Related Relief [D.I. 444, entered on August 6, 2019]

HH.     Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 462, filed on August 9, 2019]

II.     Notice of (I) Designation of Successful Bid and Cancellation of Auction for the Debtors' Monroe/Washington Assets and (II) Extension of Sale Timeline for the Sale of the Debtors' Butler Assets [D.I. 497, filed on August 21, 2019]

JJ.     **[REDACTED] Declaration of Darren S. Klein in Support of Debtors' (I) Brief in Support of Their Motion for Entry of an Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment**

**of Executory Contracts and Unexpired Leases and (C) Granting Related Relief and (II) Omnibus Reply to Objections Thereto [D.I. 514, filed on August 26, 2019]**

5.    Debtors' Motion to Extend the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) and Rule 6006 of the Federal Rules of Bankruptcy Procedure [D.I. 451, filed on August 7, 2019]
<u>Response Deadline</u>: August 21, 2019 at 4:00 p.m. (ET)

<u>Responses Received</u>:

A.    Objection from Brenda Shaffer and Phillip Shaffer [D.I. 489, filed on August 20, 2019]

<u>Related Documents</u>: None.

<u>Status</u>: This matter is going forward.

## POTENTIAL STATUS CONFERENCE IN ADV. PRO. NO. 19-50269 (JTD):

6.    Letter to the Honorable John T. Dorsey from Kerri K. Mumford, Esq., counsel to the Debtors, Requesting a Status Conference at the Omnibus Hearing Scheduled for August 28, 2019 at 11:00 a.m. (ET) [D.I. 510, filed on August 26, 2019]

<u>Response Deadline</u>: N/A

<u>Responses Received</u>: None as of the date hereof.

<u>Related Documents</u>: N/A

<u>Status</u>: The Debtors have requested a status conference.

## ADDITIONAL MATTER:

7.    **Debtors' Motion to File Under Seal Certain Information Contained in Exhibit A to the Declaration of Darren S. Klein in Support of Debtors' (I) Brief in Support of their Motion for Entry of an Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief and (II) Omnibus Reply to Objections Thereto [D.I. 517, filed on August 26, 2019]**

**<u>Response Deadline</u>: At or prior to the hearing.**

**<u>Responses Received</u>: None as of the date hereof.**

**Related Documents:**

A.    [REDACTED] Declaration of Darren S. Klein in Support of Debtors' (I) Brief in Support of Their Motion for Entry of an Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief and (II) Omnibus Reply to Objections Thereto [D.I. 514, filed on August 26, 2019]

B.    [SEALED] Declaration of Darren S. Klein in Support of Debtors' (I) Brief in Support of Their Motion for Entry of an Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief and (II) Omnibus Reply to Objections Thereto [D.I. 515, filed on August 26, 2019]

**Status:** The matter is going forward.

Dated: August 26, 2019
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com
       smith@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
         lara.buchwald@davispolk.com
         aryeh.falk@davispolk.com
         jonah.peppiatt@davispolk.com

*Counsel to the Debtors*
*and Debtors-In-Possession*