## Exhibit A

**Asset Purchase Agreement**

**CONFIDENTIAL**

**ASSET PURCHASE AGREEMENT**

DATED AS OF JULY 24, 2019

BY AND AMONG

EDGEMARC ENERGY HOLDINGS, LLC,

THE EM SUBSIDIARIES

AND

DIVERSIFIED GAS & OIL CORPORATION

# TABLE OF CONTENTS

PAGE

## ARTICLE 1

DEFINITIONS                                                                    2

Section 1.01.      *Definitions.* ..............................................................2
Section 1.02.      *Other Definitions and Interpretive Matters.* ...........................17

## ARTICLE 2

PURCHASE AND SALE                                                              18

Section 2.01.      *Purchase and Sale.* ................................................18
Section 2.02.      *Excluded Assets.* ...................................................20
Section 2.03.      *Assumed Liabilities.* ...............................................21
Section 2.04.      *Excluded Liabilities.* ..............................................22
Section 2.05.      *Cure Costs; Desired 365 Contracts.* ...............................23
Section 2.06.      *Assignment of Assets Subject to Consent Requirements.* .....................24
Section 2.07.      *Misallocated Assets.* ...............................................25
Section 2.08.      *Further Assurances.* ................................................25

## ARTICLE 3

PURCHASE PRICE                                                                 25

Section 3.01.      *Purchase Price.* .....................................................25
Section 3.02.      *Good Faith Deposit.* ................................................25
Section 3.03.      *Closing Payment and Post-Closing Adjustments* ..................................26

## ARTICLE 4

CLOSING                                                                        27

Section 4.01.      *Closing Date.* .......................................................27
Section 4.02.      *Payments on the Closing Date* ......................................28
Section 4.03.      *Buyer's Deliveries.* ................................................28
Section 4.04.      *Sellers' Deliveries.* ...............................................29
Section 4.05.      *Withholding.* ........................................................30

## ARTICLE 5

REPRESENTATIONS AND WARRANTIES OF SELLERS                                      30

Section 5.01.      *Organization and Good Standing.* ...................................30
Section 5.02.      *Authority; Validity.* ...............................................30
Section 5.03.      *No Conflict.* ........................................................30
Section 5.04.      *Material Contracts.* ................................................31
Section 5.05.      *Permits.* ............................................................31
Section 5.06.      *Wells; Plug and Abandon Notice.* ..................................31
Section 5.07.      *Imbalances.* ........................................................32

i

Section 5.08.    *Hedging.* ...................................................................................32
Section 5.09.    *Preferential Purchase Rights.* ...................................................32
Section 5.10.    *Intellectual Property.* ...............................................................32
Section 5.11.    *Legal Proceedings.* ...................................................................32
Section 5.12.    *No Take-or-Pay Obligations.* ....................................................33
Section 5.13.    *Payments.* .................................................................................33
Section 5.14.    *Brokers or Finders.* ..................................................................33
Section 5.15.    *Non-Consent Operations.* .........................................................33
Section 5.16.    *Environmental Matters.* ............................................................34
Section 5.17.    *Title; Assets.* .............................................................................34
Section 5.18.    *Operatorship.* ...........................................................................35
Section 5.19.    *Casualty Losses.* .......................................................................35
Section 5.20.    *Taxes.* .......................................................................................35
Section 5.21.    *Employees.* ................................................................................36
Section 5.22.    *AFEs; Capital Commitments.* ....................................................36

## ARTICLE 6
## REPRESENTATIONS AND WARRANTIES OF BUYER                     36

Section 6.01.    *Organization and Good Standing.* .............................................36
Section 6.02.    *Authority; Validity; Consents.* ..................................................37
Section 6.03.    *No Conflict.* ..............................................................................37
Section 6.04.    *Litigation.* .................................................................................37
Section 6.05.    *Bankruptcy.* ..............................................................................38
Section 6.06.    *Brokers or Finders.* ..................................................................38
Section 6.07.    *Financial Capability.* ................................................................38

## ARTICLE 7
## ACTIONS PRIOR TO THE CLOSING DATE                           38

Section 7.01.    *Access and Reports.* ..................................................................38
Section 7.02.    *Operations Prior to the Closing Date.* .......................................39
Section 7.03.    *Commercially Reasonable Efforts.* .............................................41
Section 7.04.    *Bankruptcy Court Approval and Bankruptcy Cases.* ...................41
Section 7.05.    *Bidding Procedures.* ..................................................................43
Section 7.06.    *Backup Bidder.* .........................................................................43
Section 7.07.    *Solicitation of Alternative Transactions.* ...................................43
Section 7.08.    *Hedge Contracts.* ......................................................................44
Section 7.09.    *Exhibit Matters.* ........................................................................44

## ARTICLE 8
## ADDITIONAL AGREEMENTS                                       44

Section 8.01.    *Taxes.* .......................................................................................44
Section 8.02.    *Assigned Contracts; Adequate Assurance and Performance.* ......46
Section 8.03.    *Employee Matters.* .....................................................................46
Section 8.04.    *Post-Closing Books and Records and Personnel.* .........................47

Section 8.05.    *Disclaimers.* ........................................................................47
Section 8.06.    *Successor Operator.*..............................................................49
Section 8.07.    *Additional Transaction Documents.* ......................................49

## ARTICLE 9
## CONDITIONS PRECEDENT TO OBLIGATIONS OF BUYER TO CLOSE    50

Section 9.01.    *Accuracy of Representations.* ...............................................50
Section 9.02.    *Sellers' Performance.* ...........................................................50
Section 9.03.    *Sellers' Deliveries.*................................................................50
Section 9.04.    *Sale Order.*............................................................................50
Section 9.05.    *Midstream Agreement.*...........................................................50

## ARTICLE 10
## CONDITIONS PRECEDENT TO THE OBLIGATION OF BUYER AND SELLERS    51

Section 10.01.    *No Order.* ..............................................................................51

## ARTICLE 11
## CONDITIONS PRECEDENT TO THE OBLIGATION OF SELLERS TO CLOSE    51

Section 11.01.    *Accuracy of Representations.* ...............................................51
Section 11.02.    *Buyer's Performance.* ...........................................................51
Section 11.03.    *Buyer's Deliveries.*................................................................51
Section 11.04.    *Sale Order.*............................................................................51

## ARTICLE 12
## TERMINATION    52

Section 12.01.    *Termination Events.* ..............................................................52
Section 12.02.    *Effect of Termination.* ...........................................................53
Section 12.03.    *Break-Up Fee and Expense Reimbursement.* ........................54
Section 12.04.    *Procedures Upon Termination.* .............................................55

## ARTICLE 13
## GENERAL PROVISIONS    55

Section 13.01.    *No Survival of Representations and Warranties.*....................55
Section 13.02.    *Notices.* .................................................................................56
Section 13.03.    *Waiver; Waiver of Damages.*.................................................57
Section 13.04.    *Entire Agreement; Amendment.* ............................................57
Section 13.05.    *Assignment.* ...........................................................................57
Section 13.06.    *Severability.* ..........................................................................58
Section 13.07.    *Expenses.*...............................................................................58
Section 13.08.    *Specific Performance.* ...........................................................58
Section 13.09.    *Governing Law; Consent to Jurisdiction and Venue; Jury Trial Waiver.* 58
Section 13.10.    *Counterparts.* ........................................................................59

Section 13.11.    *Parties in Interest; No Third Party Beneficiaries.*.................................59
Section 13.12.    *No Recourse.* ........................................................................60
Section 13.13.    *Disclosure Schedules; Materiality.*........................................................60
Section 13.14.    *Liquidating Trustee.* .................................................................61
Section 13.15.    *Seller Representative.* ...............................................................61
Section 13.16.    *Frustration of Closing Conditions.* ........................................................62

**Schedules:**

| | |
|---|---|
| Schedule 1.1(a) | EM Subsidiaries |
| Schedule 1.1(b) | Sellers' Knowledge Persons |
| Schedule 1.1(c) | Buyer's Knowledge Persons |
| Schedule 1.1(d) | Allocated Values |
| Schedule 2.01(b)(vii)-1 | Operating Agreements |
| Schedule 2.05(a) | 365 Contracts |
| Schedule 2.05(b) | Desired 365 Contracts |

**Exhibits:**

| | |
|---|---|
| Exhibit A-1 | Assigned Leases and Interests |
| Exhibit A-2 | Excluded Leases and Interests |
| Exhibit B | Wells |
| Exhibit C | Form of Master Assignment |
| Exhibit D | Reserved |
| Exhibit E | Equipment |
| Exhibit F | Surface Rights |
| Exhibit G | Certain Terms of Transition Services Agreement |
| Exhibit H | Form of Sale Order |

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (this "**Agreement**"), dated as of July 24, 2019 (the "**Execution Date**"), is by and among EdgeMarc Energy Holdings, LLC, a Delaware limited liability company, whose address is 1800 Main Street, Suite 220, Canonsburg, PA 15317 ("**EdgeMarc**"), the EM Subsidiaries set forth on Schedule 1.1(a), each of whose address is 1800 Main Street, Suite 220, Canonsburg, PA 15317 (collectively, the "**EM Subsidiaries**," each individually an "**EM Subsidiary**," and the EM Subsidiaries collectively with EdgeMarc, "**Sellers**", and, each individually, a "**Seller**"), and Diversified Gas & Oil Corporation, a Delaware corporation, whose address is 1800 Corporate Drive, Birmingham, AL 35242 (together with any permitted designees or assignees under this Agreement, "**Buyer**").  Capitalized terms used but not otherwise defined herein have the meanings set forth in Article 1.  Sellers and Buyer are sometimes referred to collectively herein as the "**Parties**" and individually as a "**Party**".

## RECITALS

WHEREAS, Sellers are engaged in the business of onshore oil and natural gas exploration, development and production in, among other areas, the State of Ohio, and own, in varying proportions, certain oil and gas leases and associated assets more particularly described in Section 2.01;

WHEREAS, on May 15, 2019 (the "**Petition Date**"), EdgeMarc and the EM Subsidiaries each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

WHEREAS, Sellers desire to sell to Buyer all of the Assets, and Buyer desires to purchase from Sellers all of the Assets, Free and Clear and assume all of the Assumed Liabilities, upon the terms and conditions hereinafter set forth;

WHEREAS, the Parties intend to effectuate the transactions contemplated by this Agreement through a sale of the Assets, Free and Clear pursuant to Sections 105, 363 and 365 of the Bankruptcy Code; and

WHEREAS, Sellers' ability to consummate the transactions set forth in this Agreement is subject to, among other things, the entry of the Sale Order by the Bankruptcy Court.

NOW, THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

ARTICLE 1
DEFINITIONS

Section 1.01.  *Definitions.*

For purposes of this Agreement, the following terms have the meanings specified or referenced below.

"**365 Contracts**" means all unexpired leases and Contracts constituting or pertaining to the Assets that may be assumed and assigned by one or more Sellers pursuant to Section 365 of the Bankruptcy Code.  For the avoidance of doubt, none of the Hedge Contracts shall be deemed to be 365 Contracts for purposes of this Agreement.

"**365 Schedule**" has the meaning set forth in Section 2.05(a).

"**Acquired Hedge Contract**" has the meaning set forth in Section 7.08.

"**Acquired Permits**" has the meaning set forth in Section 2.01(b)(vi).

"**Adjusted Cash Amount**" has the meaning set forth in Section 3.01(a).

"**Adverse Determination**" has the meaning set forth in Section 12.01(b)(iii).

"**AFEs**" has the meaning set forth in Section 5.22(a).

"**Affiliate**" means, with respect to any Person, any other Person that directly or indirectly (through one or more intermediaries) Controls, is Controlled by or is under common Control with such specified Person.

"**Agreement**" has the meaning set forth in the introductory paragraph.

"**Allocated Value**" means, with respect to each Asset, the portion of the Unadjusted Cash Amount allocated to such Asset as set forth on Schedule 1.1(d), as such amount shall be increased or decreased by the portion of each adjustment to the Unadjusted Cash Amount under Section 2.1 of Appendix A attributable to such Asset, with the portion of the Unadjusted Cash Amount allocated to each specific Asset within such Asset to be determined as necessary.

"**Allocation**" has the meaning set forth in Appendix A.

"**Alternative Transaction**" means, other than the transactions contemplated by this Agreement and the other Transaction Documents, whether by one transaction or any series of transactions, any (a) sale, transfer, assignment, or other disposition, directly or indirectly, of any material portion of the Assets to any Person or Persons other than Buyer or Buyer's designee pursuant to the terms of this Agreement, including any Successful Bid or Successful Bidder at the Auction if not submitted by Buyer or Buyer's designee; (b) issuance, sale, transfer or other disposition, in each case by any Seller, of any class of equity securities, ownership interests or voting securities of any Seller; (c) merger, consolidation, recapitalization, business combination, partnership, joint venture, reorganization, restructuring, dissolution, liquidation, tender offer,

share exchange, debt-for-equity exchange, rights offering, structured dismissal or other similar transaction involving any Seller; (d) the consummation of any state court foreclosure action as to any material portion of the Properties; (e) successful credit bid transaction with respect to the Assets; and (f) the consummation of any of the foregoing (a)–(e) pursuant to a chapter 11 plan of reorganization or liquidation or pursuant to Section 363 of the Bankruptcy Code.

"**Applicable Employees**" means each of the employees and contractors of Sellers that are engaged as of the Execution Date in the conduct of Sellers' business related to the Assets.

"**Asset Taxes**" means ad valorem, sales or use, property, excise, severance, production and similar Taxes based upon or measured by the acquisition, operation or ownership of the Assets or the production of Hydrocarbons therefrom or the receipt of proceeds therefrom, but excluding, for the avoidance of doubt, any income, capital gains, franchise or similar Taxes and any Transfer Taxes.

"**Assets**" has the meaning set forth in Section 2.01(b).

"**Assigned Contracts**" has the meaning set forth in Section 2.01(b)(vii).

"**Assigned Leases and Interests**" has the meaning set forth in Section 2.01(b)(i).

"**Assignment**" means the Assignment, Bill of Sale, Deed, and Conveyance with respect to all Assets located in the State of Ohio, prepared by Sellers and in a form reasonably acceptable to Buyer.

"**Assumed Liabilities**" has the meaning set forth in Section 2.03.

"**Auction**" has the meaning set forth in the Bidding Procedures.

"**Backup Bid Termination Date**" means the first to occur of (a) 60 days after the completion of the Auction, or (b) consummation of the transaction with the Successful Bidder in respect of the Assets at the Auction.

"**Backup Bidder**" shall mean the bidder with the next-highest or otherwise second-best bid as determined in accordance with the Bidding Procedures.

"**Bankruptcy Cases**" means the cases commenced by Sellers under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court, styled *In re EdgeMarc Energy Holdings, LLC*, *et al.*, jointly administered under Case No. 19-11104 (JTD), and pending before the Bankruptcy Court.

"**Bankruptcy Code**" means Title 11 of the United States Code, Sections 101 *et seq.*

"**Bankruptcy Court**" has the meaning set forth in the recitals.

"**Bid Protections**" means, together, the Break-Up Fee and the Expense Reimbursement.

"**Bidding Procedures**" means the bidding procedures set forth in the Bidding Procedures Order entered by the Bankruptcy Court on June 21, 2019, Docket No. 247.

"**Bidding Procedures Order**" means the *Order (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief*, entered by the Bankruptcy Court on June 21, 2019, Docket No. 247.

"**Bidding Procedures Supplement**" means the supplement to the Sale Motion referred to in paragraph 8 of the Bidding Procedures Order, which supplement shall be in form and substance reasonably acceptable to Buyer and will seek approval from the Bankruptcy Court of this Agreement, the Bid Protections, and the payment and priority of such Bid Protections as provided herein.

"**Bidding Procedures Supplemental Order**" means an Order of the Bankruptcy Court, in form and substance reasonably acceptable to Buyer, granting the relief requested in the Bidding Procedures Supplement, including approving the Bid Protections and the priority and payment thereof to Buyer as provided herein.

"**Break-Up Fee**" means a fee payable as set forth in this Agreement in an amount equal to up to $1,500,000, which shall constitute an administrative expense of Sellers in the Chapter 11 Cases under sections 503(b) and 507(a)(2) of the Bankruptcy Code.

"**Business Day**" means any day, other than Saturday or Sunday, on which commercial banks are open for commercial business with the public in New York City, New York.

"**Buyer**" has the meaning set forth in the introductory paragraph.

"**Buyer Releasors**" has the meaning set forth in Section 13.12(b).

"**Casualty Loss**" means any loss, damage or destruction of the Assets that occurs during the period between the Execution Date and the Closing for any reason, including any act of God, fire, explosion, collision, earthquake, windstorm, flood, hurricane, tropical storm, terrorism, or other casualty or condemnation taking under the right of eminent domain, but excluding any loss, damage, or destruction as a result of depreciation, ordinary wear and tear, and any change in condition of the Assets for production of Hydrocarbons through normal depletion (which exclusion will include the watering-out of any Well, collapsed casing, sand infiltration of any Well, or other reservoir changes relating to production issues).

"**Claim**" means a right to (a) a payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

"**Closing**" has the meaning set forth in Section 4.01.

"**Closing Date**" has the meaning set forth in Section 4.01.

"**Closing Payment**" means an amount equal to (a) the estimate of the Adjusted Cash Amount determined in accordance with Section 3.03 *minus* (b) the Deposit Amount.

"**Closing Statement**" has the meaning set forth in Section 3.03(c).

"**Code**" means the Internal Revenue Code of 1986.

"**Confidentiality Agreement**" has the meaning set forth in Section 7.01(b).

"**Consultation Parties**" has the meaning ascribed to such term in the Bidding Procedures.

"**Contract**" means any agreement, contract, undertaking or obligation (in each case, whether written or oral) that is legally binding.

"**Control**" means the ability (directly or indirectly through one or more intermediaries) to direct or cause the direction of the management or affairs of a Person, whether through the ownership of voting interests, by contract or otherwise.

"**Copyrights**" means any copyright, any copyrightable work, any registration or recording of any copyright or copyrightable work, and any application in connection therewith, including any such registration, recording, or application in the United States Copyright Office or in any similar office or agency of the United States, any State thereof, or any other country, and any renewal of any of the foregoing.

"**Cure Costs**" means all monetary Liabilities, including pre-petition monetary Liabilities, of Sellers that must be paid or otherwise satisfied to cure all of Sellers' monetary and other defaults under the Assigned Leases and Interests and Assigned Contracts pursuant to Section 365 of the Bankruptcy Code at the time of the assumption thereof and assignment of such Assigned Leases and Interests and Assigned Contracts to Buyer as provided hereunder as such amounts are determined by the Bankruptcy Court or approved pursuant to the assignment and assumption procedures provided for in the Bidding Procedures Order.

"**Defensible Title**" means the record and beneficial title in and to the Assets which, as of the Execution Date and through Closing:

(a)     as to each Well listed on Exhibit B, entitles Sellers (and Buyer as of immediately following the Closing) to receive and retain, in the aggregate, a Net Revenue Interest not less than the Net Revenue Interest set forth for such Well in Exhibit B, except for any decrease (i) caused by orders of the appropriate Governmental Authority having jurisdiction that are promulgated after the Execution Date that concern pooling, unitization, communization or spacing matters, or (ii) caused by Buyer, its successors or assigns;

(b)     as to each Well listed on Exhibit B, obligates Sellers (and Buyer as of immediately following the Closing), to bear a Working Interest, in the aggregate, for such Well not more than the Working Interest set forth for such Well in Exhibit B, except for any increase

(i) caused by Buyer, its successors or assigns, (ii) that also results in at least a proportional increase in the Net Revenue Interest associated with such Well, or (iii) caused by orders of the appropriate Governmental Authority having jurisdiction that are promulgated after the Execution Date that concern pooling, unitization, communization or spacing matters; and

(c)      is Free and Clear; excepting, in any case, matters of title that, individually and in the aggregate, would reduce the value of the Assets by an amount not in excess of $100,000 (and provided that if an Asset has not been given an Allocated Value, Sellers shall be deemed to have Defensible Title to such Asset).

"**Deposit Agreement**" means that certain deposit agreement, dated as of the Execution Date, by Landis Rath & Cobb LLP in favor of EdgeMarc and Buyer.

"**Deposit Amount**" has the meaning set forth in Section 3.02.

"**Desired 365 Contracts**" has the meaning set forth in Section 2.05(b).

"**Effective Time**" means 7:00 a.m. (New York time) on August 1, 2019.

"**Elected Hedge Contract**" has the meaning set forth in Section 7.08.

"**EM Subsidiaries**" has the meaning set forth in the preamble.

"**Encumbrance**" means all liens, whether consensual or statutory (including mechanic's, materialman's, carrier's, repairer's, contractor's and other similar liens arising under any Legal Requirement), replacement liens, adequate protection liens or other liens granted under Sections 361, 363 or 364 of the Bankruptcy Code, mortgages, deeds of trust, hypothecations, pledges, security interests, charges, options and transfer restrictions, including without limitation, rights of first refusal or first offer, defect or objection liens, easements, encroachments or servitudes, including without limitation those charges or interests in property within the meaning of "lien" under Bankruptcy Code § 101(37) or any other limitation, restriction or interest that constitutes an "interest" for the purposes of Bankruptcy Code § 363(f).

"**Environmental Laws**" means any and all Legal Requirements in effect at the relevant date or for the relevant period relating to the protection of human health and safety (with respect to exposure to hazardous substances) or the environment or natural resources, including the Comprehensive Environmental Response, Compensation and Liability Act (42 U.S.C. §§ 9601, et seq.), the Hazardous Materials Transportation Act (49 U.S.C. App. §§ 1801, et seq.), the Resource Conservation and Recovery Act (42 U.S.C. §§ 6901, et seq.), the Clean Water Act (33 U.S.C. §§ 1251, et seq.), the Clean Air Act (42 U.S.C. §§ 7401, et seq.) the Toxic Substances Control Act (15 U.S.C. §§ 2601, et seq.), and the Federal Insecticide, Fungicide, and Rodenticide Act (7 U.S.C. §§ 136, et seq.).

"**Equipment**" has the meaning set forth in Section 2.01(b)(iv).

"**Estimated Closing Statement**" has the meaning set forth in Section 3.03(a).

"**Excluded Assets**" has the meaning set forth in Section 2.02.

"**Excluded Contracts**" means all Contracts of Sellers other than the Assigned Contracts.

"**Excluded Leases and Interests**" means, collectively, all Leases and Mineral Interests other than the Assigned Leases and Interests, including, for the avoidance of doubt, all Leases and Mineral Interests described on Exhibit A-2 attached hereto.

"**Excluded Liabilities**" has the meaning set forth in Section 2.04.

"**Excluded Records**" means (a) the general corporate files and records of Sellers, insofar as they relate to Sellers' business generally and are not required for the future ownership or operation of the Assets, (b) all legal files and records (other than title opinions with respect to the Assets and files exclusively related to Assumed Liabilities), (c) Sellers' federal, state, local or non-U.S. income, franchise or margin tax files and records, (d) employee files (other than files of Transferred Employees that are permitted to be transferred pursuant to applicable Legal Requirement), (e) records relating to the sale of the Assets, including competing bids, (f) proprietary data that is not specifically related to the Assets, (g) information and data that is subject to Third Party contractual restrictions on assignment or disclosure, (h) privileged information not specifically related to the Assets or the Assumed Liabilities, (i) copies of records stored for archival and/or back up purposes, and (j) any other files or records to the extent relating to any Excluded Assets or expressly excluded from the Assets pursuant to Section 2.01(b)(ix).

"**Execution Date**" has the meaning set forth in the introductory paragraph.

"**Expense Reimbursement**" means an amount equal to the lesser of (a) $500,000 and (b) all reasonable, documented, out-of-pocket costs and expenses of Buyer (including the reasonable, documented fees, costs and expenses of counsel, investment bankers, and other outside advisors) incurred in connection with this Agreement and other agreements, pleadings, documents, hearings, discovery, and transactions specifically related hereto, which amount, upon entry of the Bidding Procedures Supplemental Order, shall constitute an administrative expense of Sellers in the Chapter 11 Cases under sections 503(b) and 507(a)(2) of the Bankruptcy Code.

"**Final Order**" means a judgment or Order of the Bankruptcy Court (or any other court of competent jurisdiction) entered by the clerk of the Bankruptcy Court (or such other court) on the docket in the Bankruptcy Case (or the docket of such other court), which has not been modified, amended, reversed, vacated or stayed (other than such modifications or amendments that are consented to by Buyer) and as to which (A) the time to appeal, petition for certiorari, or move for a new trial, stay, re-argument or rehearing has expired and as to which no appeal, petition for certiorari or motion for new trial, stay, re-argument or rehearing will then be pending or (B) if an appeal, writ of certiorari, new trial, stay, re-argument or rehearing thereof has been sought, such Order or judgment of the Bankruptcy Court (or other court of competent jurisdiction) will have been affirmed by the highest court to which such Order was appealed, or certiorari will have been denied, or a new trial, stay, re-argument or rehearing will have expired, as a result of which such Proceeding or Order will have become final in accordance with Bankruptcy Rule 8002; *provided*, that the possibility that a motion under Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules, may be filed relating to such Order, will not cause an Order not to be a Final Order.

"**Free and Clear**" means free and clear of all Claims, Encumbrances (other than Permitted Encumbrances) or Liabilities, in each case, other than Assumed Liabilities.

"**Governmental Authority**" means any court or tribunal in any jurisdiction (domestic or foreign) or any federal, tribal, state, parish, county, municipal or other governmental or quasi-governmental body, agency, authority, department, board, commission, bureau, official or other authority or instrumentality.

"**Governmental Authorization**" means any approval, consent, license, permit, waiver or other authorization issued, granted or otherwise made available by or under the authority of any Governmental Authority.

"**Hazardous Substance**" means any pollutants, contaminants, NORM and other radioactive materials, chemicals, petroleum, petroleum products, crude oil, gasoline, natural gas, fuel oil, motor oil, waste oil, diesel fuel, and other petroleum hydrocarbons whether refined or unrefined, or industrial, toxic or hazardous substances and any "contaminant," "hazardous waste," "hazardous material", "hazardous substance", "extremely hazardous substance" or "toxic substance" or words of similar import under any provision of Environmental Law.

"**Hedge Contracts**" means any Contract to which any Seller is a party with respect to any swap, forward, future or derivative transaction or option or similar agreement, whether exchange traded, "over the counter," or otherwise, involving, or settled by reference to, one or more rates, currencies, commodities, equity or debt instruments or securities, or economic, financial or pricing indices or measures of economic, financial or pricing risk or value or any similar transaction or any combination of these transactions.

"**Hydrocarbons**" means oil, gas, minerals, and other gaseous and liquid hydrocarbons, or any combination of the foregoing, produced from and attributable to the Properties.

"**Imbalances**" means over-production or under-production or over-deliveries or under-deliveries with respect to Hydrocarbons produced from or allocated to the Properties, regardless of whether such over- production or under-production or over-deliveries or under-deliveries arise at the wellhead, pipeline (taking into account any line fill), gathering system, transportation system, processing plant, or other location, including any imbalances under gas balancing or similar agreements, imbalances under production handling agreements, imbalances under processing agreements, imbalances under the Assigned Leases and Interests, imbalances under gathering or transportation agreements, and imbalances under Operating Agreements.

"**Intellectual Property**" means all intellectual property, including all Copyrights, Patents, Trademarks, software, owned, used or licensed by Sellers (or any of them) that are used or held for use primarily in connection with the ownership and operation of the Assets, but specifically excluding, for the avoidance of doubt, all seismic, geological, geochemical or geophysical data owned or licensed by Sellers and any of Sellers' interpretations of such data (which data and interpretations thereof will constitute Records under this Agreement).

"**Interim Environmental Defect**" has the meaning set forth in Appendix A.

"**IRS**" means the Internal Revenue Service.

8

"**Knowledge**" means, with respect to any matter in question, (a) in the case of Sellers, the actual knowledge, following reasonable inquiry, as of the date hereof of any of the individuals listed on Schedule 1.1(b) with respect to such matter, and (b) in the case of Buyer, the actual knowledge, following reasonable inquiry, as of the date hereof of any of the individuals listed on Schedule 1.1(c) with respect to such matter.

"**Lease**" means any oil and gas lease, oil, gas and mineral lease or sublease, and other leasehold interest, and the leasehold estates created thereby, including carried interests, rights of recoupment, options, reversionary interests, convertible interests and rights to reassignment.

"**Legal Requirement**" means any applicable federal, state, provincial, local, municipal, foreign, international, multinational, or other administrative Order, constitution, law, statute, ordinance, principle of common law, regulation, statute or treaty.

"**Liability**" means any debt, liability or obligation (whether direct or indirect, known or unknown, absolute or contingent, accrued or unaccrued, liquidated or unliquidated, or due or to become due), including costs or expenses related thereto.

"**Lowest Cost Response**" means, with respect to an Interim Environmental Defect, the response required or allowed under Environmental Laws that addresses such Interim Environmental Defect in a commercially reasonable manner at the lowest cost (considered as a whole, taking into consideration any material negative impact such response may have on the operations of the relevant Assets and any potential material additional costs that may likely arise as a result of such response) as compared to any other response that is required or allowed under Environmental Laws, and may include taking no action, leaving the condition unaddressed, periodic monitoring or the recording of notices in lieu of remediation, to the extent permitted allowed under Environmental Laws. The Lowest Cost Response shall not include remedial or corrective action that is designed to achieve standards that are more stringent than those required for similar facilities or that fails to reasonably take advantage of applicable risk reduction or risk assessment principles allowed under applicable Environmental Laws.

"**Master Assignment**" means the Master Assignment, Bill of Sale, Deed, and Conveyance in the form attached hereto as Exhibit C.

"**Material Adverse Effect**" means any events, changes or circumstances that, individually or in the aggregate, has or would reasonably be expected to (a) result in a material adverse effect on the value, operation or financial condition of the Assets, considered as a whole; or (b) result in a material adverse effect on Sellers' ability to consummate the transactions contemplated by this Agreement or perform their obligations under this Agreement; *provided*, that, with respect to clause (a) only, none of the following will be taken into account in determining whether there is a Material Adverse Effect: (i) any change in the United States or foreign economies, financial markets, credit markets or political conditions, including any change in supply, demand, price levels or interest or exchange rates, embargo, sanctions or interruptions in trade; (ii) any change that generally affects the businesses or areas in which Assets operate, including changes in the prices of Hydrocarbons, any increase in operating costs or capital expenses or any reduction in drilling activity or production; (iii) any change arising in connection with earthquakes, hostilities, acts of war, civil unrest, sabotage or terrorism or

9

military actions or any escalation or material worsening of any such hostilities, acts of war, sabotage or terrorism or military actions existing or underway as of the date hereof; (iv) any act of God, hurricane, flood, tornado, fire, explosion, weather event, earthquake, landslide or other act of nature or disaster; (v) any change in applicable Legal Requirements or accounting rules; (vi) any actions taken or proposed to be taken by Buyer or any of its Affiliates; (vii) any effect resulting from the public announcement of this Agreement, compliance with terms of this Agreement or the consummation of the transactions contemplated by this Agreement; (viii) any effect resulting from the filing of the Bankruptcy Case, including Sellers' inability to pay certain obligations as a result of the filing of the Bankruptcy Case; (ix) any natural decline in well performance; (x) any failure to meet any projections, budgets, forecasts, estimates, plans, predictions, performance metrics or operating statistics; and (xi) any matter disclosed on the Disclosure Schedules or in any filings by Sellers with the Bankruptcy Court prior to the date of this Agreement.

"**Material Contracts**" means any Contract (other than any master services agreements) relating to the Assets that are binding on a Seller that: (a) resulted in aggregate payments by or revenues to one or more Sellers of more than $250,000 during the fiscal year ended December 31, 2018 or is reasonably expected to result in aggregate payments by or revenues to one or more Sellers of more than $250,000 during the fiscal year ended December 31, 2019; (b) is a Hydrocarbon purchase and sale, exchange, marketing, compression, gathering, transportation, processing, refining, or similar Contract that is not terminable without penalty on 90 days or less notice (including any such Contract providing for volumetric or monetary commitments or indemnification therefor or for dedication of future production); (c) binds any Seller to sell, lease, farmout, or otherwise dispose of or encumber any interest in any of the Assets after the Effective Time, other than (i) conventional rights of reassignment arising in connection with a Seller's surrender or release of any of the Assets or (ii) conventional rights of reassignment arising in connection with a payout, risk penalty, recoupment period or similar obligation where a Seller's Net Revenue Interest or after-payout interest is reflected on Exhibit B; (d) by its express terms would obligate Buyer to drill additional wells or conduct other material development operations after the Closing; (e) constitutes a non-competition agreement or purports to restrict, limit, or prohibit in any material respect the manner in which, or the locations in which, a Seller conducts business, including areas of mutual interest; (f) provides for any call upon, option to purchase, or similar rights with respect to the Assets or to the production therefrom or the processing thereof, or is a dedication of production or otherwise requires production to be transported, processed, or sold in a particular fashion; (g) constitutes an Operating Agreement; (h) constitutes a farmout agreement, partnership agreement, participation agreement, joint venture agreement, or similar Contract; and (i) is between a Seller and any Affiliate of such Seller.

"**Midstream Agreement**" means that certain Gas Gathering Services Agreement, dated March 27, 2015, by and between Eureka Midstream, LLC and EM Energy Ohio, LLC, in each case, as may have been amended prior to the date hereof.

"**Mineral Interests**" means all mineral fee interests, mineral interests, mineral rights (excluding Leases) and mineral servitudes in which Sellers own an interest, including royalty interests, mineral royalty interests, overriding royalty interests, net profits interests, production payments, carried interests, reversionary interests (including rights under non-consent

provisions), possibilities of reverter, conversion rights and options and other rights of a similar nature, whether legal or equitable, whether vested or contingent.

"**Miscellaneous Corporate Property**" means all vehicles and other rolling stock, office leases, field offices, and storage yards of Sellers primarily used in connection with the Properties.

"**Necessary Consent**" has the meaning set forth in Section 2.06.

"**Net Revenue Interest**" means, with respect to any Asset, the percentage interest in and to all production of Hydrocarbons saved, produced and marketed from or allocated to such Asset after satisfaction of all Royalties.

"**NORM**" means naturally occurring radioactive materials.

"**Objection Statement**" has the meaning set forth in Section 3.03(c).

"**Operating Agreement**" means an operating agreement, joint operating agreement or similar agreement governing the development and/or production operations from one or more Wells or otherwise burdening one or more Assigned Lease and Interests.

"**Order**" means any award, writ, injunction, judgment, order or decree entered, issued, made or rendered by any Governmental Authority.

"**Outside Date**" has the meaning set forth in Section 12.01(b)(ii).

"**Party**" and "**Parties**" each have the meaning set forth in the introductory paragraph.

"**Party Affiliate**" has the meaning set forth in Section 13.11.

"**Patents**" means any letters patent, applications for letters patent, and any reissues, divisionals, continuations, and continuations-in-part thereof, including any patents or patent applications in the United States Patent and Trademark Office, the World Intellectual Property Organization, or any other country.

"**Permits**" means any approvals, authorizations, consents, licenses, permits or certificates of any Governmental Authority (including with respect to Environmental Laws).

"**Permitted Encumbrances**" means, subject to the proviso at the end of this definition, any of the following:

(a)    any rights, obligations, or duties reserved to or vested in any municipality or other Governmental Authority to: (i) control or regulate any Asset in any manner including all applicable Legal Requirements, (ii) purchase, condemn, expropriate, or recapture any Asset, (iii) consent to a purchase of any Asset, including the Necessary Consents, or (iv) use any Asset in any manner;

(b)      the terms and conditions of all options, servitudes, contracts for sale, purchase, exchange, refining or processing of Hydrocarbons, Operating Agreements, unitization, pooling, and communitization agreements, declarations, or orders, construction agreements, construction and operation agreements, participation agreements, shoot-to-earn agreements, exploration agreements, partnership agreements, processing agreements, plant agreements, pipeline, gathering, exchange, and transportation agreements, disposal agreements, permits, licenses, and any other agreements affecting the Assets, in each case, solely to the extent constituting Assigned Contracts;

(c)      easements, rights-of-way, servitudes, permits, surface leases and other similar rights on, over or in respect of any of the Assets that do not (i) materially impair the use, operation or ownership of the Assets for the purposes of Hydrocarbon development; (ii) operate to reduce the Net Revenue Interest of any Seller in any Well to an amount less than the Net Revenue Interest set forth on Exhibit B for such Well; nor (iii) obligate any Seller to bear a Working Interest for such Well in any amount greater than the Working Interest set forth on the Exhibit B for such Well (unless there is at least a proportional increase in the Net Revenue Interest associated with such Well);

(d)      lessor's Royalties with respect to a Well; provided that for the avoidance of doubt all Royalties attributable to time periods prior to the Effective Time are an Excluded Liability;

(e)      defects or irregularities of title (i) as to which the relevant statute(s) of limitations or prescription would bar any attack or claim against Sellers' title, (ii) arising out of lack of corporate authorization or a variation in corporate name, (iii) consisting of the failure to recite marital status or omissions of heirship proceedings in documents, (iv) resulting from lack of survey unless a survey is required by applicable Legal Requirements, or (v) disclosed in policies of title insurance or any judicial lien searches which have been made available to Buyer (other than any judicial or other lien that will be released from the Assets pursuant to the Sale Order);

(f)      statutory liens for (i) Asset Taxes not yet due or (ii) Asset Taxes that, if delinquent, are being contested in good faith by appropriate proceedings in the normal course of business, in each case with respect to Asset Taxes that accrued prior to the Effective Time, that will be released from the Assets pursuant to the Sale Order;

(g)      materialman's liens, mechanic's liens, repairman's liens, employee's liens, contractor's liens, operator's liens and other similar Encumbrances arising in the ordinary course of business and (i) existing prior to the commencement of the Bankruptcy Case or (ii) perfected after the Petition Date to the extent permitted by section 546(b) of the Bankruptcy Code, in each case, that will be released from the Assets pursuant to the Sale Order;

(h)      Assumed Liabilities;

(i)      Imbalances associated with the Assets;

(j)      conventional rights of reassignment that have not been triggered on or prior to Closing;

(k)      calls on Hydrocarbon production under any Assigned Contract; and

(l)      any other Encumbrances to the extent released from the Assets by the Sale Order;

provided, however, and for the avoidance of doubt, the items described in (x) the parenthetical to sub-paragraph (e)(v) and (y) sub-paragraphs (f) (to the extent accrued prior to the Effective Time), (g), and (l) will not be considered Permitted Encumbrances for purposes of the Sale Order and the Free and Clear relief granted therein and rather all such items will be released by the Sale Order.

"**Person**" means any individual, corporation (including any non-profit corporation), partnership, limited liability company, joint venture, estate, trust, association, organization or other entity or Governmental Authority.

"**Petition Date**" has the meaning ascribed to such term in the recitals.

"**Post-Closing Covenant**" means any covenant required to be performed by any Seller or by Buyer, as applicable, under this Agreement following the Closing, including, with respect to Buyer, the obligation to deliver to the applicable operator of a Well and/or Assigned Leases and Interests a copy of the recorded Assignment evidencing the conveyance of Sellers' interest in such Well and/or Assigned Leases and Interests to Buyer, as provided in Section 7.03.

"**Preferential Purchase Right**" means any right or agreement that enables any Person to purchase or acquire any Asset or any interest therein or portion thereof as a result of or in connection with the execution or delivery of this Agreement or the consummation of the transactions contemplated hereby.

"**Proceeding**" means any action, arbitration, audit, hearing, litigation or suit (whether civil, criminal, administrative or investigative) commenced, brought, conducted, or heard by or before, or otherwise involving, any Governmental Authority or arbitrator.

"**Properties**" has the meaning set forth in Section 2.01(b)(ii).

"**Property Costs**" means all direct operating expenses paid or payable to Third Parties and capital expenditures paid or payable to Third Parties incurred in the ownership and operation of the Assets and overhead costs charged by Third Parties to the Properties under any Operating Agreement that is an Assigned Contract, but excluding (without limitation): (a) liabilities, losses, costs, and expenses attributable to claims, investigations, administrative proceedings or litigation directly or indirectly arising out of or resulting from actual or claimed personal injury or death, property damage or violation of any Legal Requirements (including private rights or causes of action under any Legal Requirements); (b) any costs or expenses incurred with respect to any title defect, environmental defect, environmental conditions or matters or title claims other than costs or expenses that would be incurred by a reasonably prudent operator engaged in the business of owning and operating oil and natural gas properties; (c) Casualty Loss; (d) any penalties, fees and fines (including any applicable interest) attributable to any pre-Closing violation of Legal Requirements; (e) Taxes; and (f) any claims for indemnification, contribution, or reimbursement from any Third Party with respect to costs of the type described in the preceding clauses (a) through (e).

"**Purchase Price**" has the meaning set forth in Section 3.01.

"**Records**" has the meaning set forth in Section 2.01(b)(ix).

"**Receivables**" means all accounts receivable, notes receivable, take or pay amounts receivable, checks in process of collection, trade credits, escrow accounts and escrow holdback, rights to the return or use of deposits and retainers, refunds, and all other accounts, instruments and general intangibles, and other rights and economic benefits of every kind and character accruing or payable to a Seller or its Affiliates.

"**Release**" means any release, spill, emission, leaking, pumping, injection, deposit, disposal, discharge, dispersal or leaching into the environment.

"**Remediation Cost**" means, with respect to any Interim Environmental Defect, the cost to implement and complete, including any post-completion maintenance and monitoring, any remedial, removal, response, construction, closure, disposal or other corrective actions, including any monitoring required under Environmental Laws to correct or remove such Interim Environmental Defect, in each case, employing the Lowest Cost Response for investigation, remediation, removal, corrective action, containment and/or monitoring permitted by applicable Environmental Laws determined from the perspective of a reasonable business person action (without regard to the availability of indemnification hereunder) to achieve compliance with applicable Environmental Law or to minimize liability under Environmental Laws or to third parties, it being understood that such Lowest Cost Response shall where appropriate include the use of risk-based remedies, institutional or engineering controls, or deed restrictions.

"**Representative**" means, with respect to a particular Person, any director, officer, member, manager, partner, employee, agent, consultant, advisor, investor, shareholder, contractor, subcontractor or other representative of such Person, including legal counsel, accountants and financial advisors.

"**Royalties**" means royalties (including landowner's and lessor's royalties), overriding royalties, nonparticipating royalties, convertible interests, sliding scale royalties, compensatory royalties, production payments, carried interests, net profits interests, reversionary interests and other burdens upon, measured by or payable out of production therefrom, and any delay rentals or shut in royalties or similar payments.

"**Sale Motion**" has the meaning assigned to such term in the Bidding Procedures Order, as supplemented by the Bidding Procedures Supplement, and which seeks entry of the Sale Order.

"**Sale Order**" means an Order of the Bankruptcy Court substantially in the form of Exhibit H attached hereto, with such modifications, if any, as may be reasonably acceptable to Buyer, pursuant to, but not limited to, Sections 105, 363 and 365 of the Bankruptcy Code.

"**Seller Credit Obligations**" has the meaning set forth in Section 8.02(c).

"**Seller Group**" means each Seller, its respective Affiliates and the former, current or future partners, co-owners, equity holders and Representatives of each of the foregoing.

"**Seller Taxes**" means (a) any and all Taxes of, imposed on or attributable to any member of the Seller Group, or any affiliated, combined, consolidated or unitary group of which any member of the Seller Group is or was a member, including any such Taxes that become a liability of Buyer under any common law doctrine of de facto merger, as a result of assumption, transferee, or successor liability, by Contract or operation of Legal Requirement, or otherwise (but excluding any Asset Taxes allocable to Buyer pursuant to Section 8.01(b)(i) and any Transfer Taxes for which Buyer is responsible under Section 8.01(a)), (b) Asset Taxes allocable to any Seller pursuant to Section 8.01(b)(i), (c) any Taxes imposed on or with respect to the ownership or operation of any Excluded Asset, (d) any Taxes (other than Asset Taxes and Taxes described in clauses (a), (b), or (c)) imposed on or with respect to the ownership or operation of the Assets or the production of Hydrocarbons therefrom or the receipt of proceeds therefrom for any Tax period (or portion thereof) ending at or before the Effective Time and (e) any Transfer Taxes for which Sellers are responsible under Section 8.01(a).

"**Sellers**" has the meaning set forth in the introductory paragraph, and "**Seller**" will mean any of them.

"**Straddle Period**" means any Tax period beginning before, and ending after, the Effective Time.

"**Subject Area**" means the State of Ohio.

"**Subsidiary**" means any entity with respect to which a specified Person (or a Subsidiary thereof) has the power, through the ownership of securities or otherwise, to elect a majority of the directors or similar managing body; *provided* that, for purposes of this Agreement, solely the Persons listed in Schedule 1.1(a) attached hereto will constitute Subsidiaries of EdgeMarc.

"**Successful Bid**" has the meaning set forth in the Bidding Procedures.

"**Successful Bidder**" has the meaning set forth in the Bidding Procedures.

"**Surface Rights**" means all transferable surface leases, subsurface leases, rights-of-way, licenses, easements, use or joint use agreements and other surface or subsurface rights agreements, used or held for use primarily in connection with the ownership, operation, maintenance or repair of, or the production, gathering, treatment, processing, fractionating, storing, sale or disposal of Hydrocarbons or produced water from, the Properties, together with all surface fee interests in the lands covered by the Assigned Leases and Interests.

"**Suspense Funds**" means proceeds of production and associated penalties and interest in respect of any of the Assets that are payable to Third Parties and are being held in suspense by a Seller as the operator of such Assets.

"**Tax**" or "**Taxes**" (and with correlative meaning, "**Taxable**", "**Taxation**" "**Taxing**") means (a) all federal, state, local and foreign taxes, including all net income, gross receipts, capital, sales, use, ad valorem, value added, transfer, franchise, profits, inventory, capital stock, license, withholding, payroll, employment, social security, unemployment, excise, severance, stamp, occupation, disability, alternative or add-on minimum, escheat, transportation, production, unclaimed property, real property transfer or gain, real property, personal property,

estimated and other taxes of any kind whatsoever, and all other fees, levies, assessments, customs, duties and other charges, in each case in the nature of a tax and (b) all interest, penalties, fines and additions to tax imposed by any Tax Authority in connection with any item described in clause (a), whether disputed or not, and (c) any Liability in respect of any item described in clause (a) or clause (b) that arises by reason of being a member of an affiliated, combined, consolidated or unitary group (including pursuant to Treasury Regulations Section 1.1502-6), assumption, transferee or successor liability, by Contract or operation of Legal Requirement, or otherwise.

"**Tax Authority**" means any Governmental Authority charged with the administration of any Legal Requirement relating to Taxes, including the imposition, assessment or collection of Taxes.

"**Tax Return**" means any return, declaration, report, estimate, information return and statement required to be filed in respect of any Taxes (including any attachment thereto, and including any amendment thereof).

"**Third Party**" means any Person other than a Seller, Buyer or any of their respective Affiliates.

"**Trademarks**" means any trademark, trade name, corporate name, business name, domain name, trade style, trade dress, service mark, logo, source identifier, business identifier, or design of like nature, and all goodwill associated therewith, any registration of the foregoing, and any application in connection therewith, including any such registration or application in the United States Patent and Trademark Office or in any similar office or agency of the United States, any State thereof, or any other country, and all extensions or renewals of any of the foregoing.

"**Transaction Documents**" means this Agreement, the Deposit Agreement, the Transition Services Agreement (if any) and any other agreements, instruments or documents entered into pursuant to this Agreement.

"**Transfer Taxes**" has the meaning set forth in Section 8.01(a).

"**Transferred Employees**" has the meaning set forth in Section 8.03(a).

"**Transition Services Agreement**" has the meaning set forth in Section 8.07.

"**Trustee**" has the meaning set forth in Section 13.14.

"**Unadjusted Cash Amount**" has the meaning set forth in Section 3.01(a).

"**Wells**" has the meaning set forth in Section 2.01(b)(ii).

"**Working Interest**" means, for any Asset, the percentage of costs and expenses associated with the exploration, drilling, development, operation, maintenance and abandonment on or in connection with such Asset required to be borne with respect thereto, but without regard to the effect of any Royalties, measured by or payable out of production.

16

Section 1.02.    *Other Definitions and Interpretive Matters.*

(a)    Unless otherwise expressly provided, for purposes of this Agreement, the following rules of interpretation will apply:

(i)    *Calculation of Time Period*.  When calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period will be excluded.  If the last day of such period is a day other than a Business Day, the period in question will end on the next succeeding Business Day.

(ii)    *Dollars*.  Any reference in this Agreement to "**Dollars**" or "**$**" means United States dollars.

(iii)    *Exhibits; Schedules; Disclosure Schedules*.  All Exhibits, Schedules and Disclosure Schedules attached or annexed hereto or referred to herein are hereby incorporated in and made a part of this Agreement as if set forth in full herein.  Any capitalized terms used in any Exhibit, Schedule or Disclosure Schedule but not otherwise defined therein will be defined as set forth in this Agreement.

(iv)    *Gender and Number*.  Any reference in this Agreement to gender includes all genders, and words imparting the singular number only include the plural and vice versa.

(v)    *Headings*.  The provision of a table of contents, the division of this Agreement into Articles, Sections and other subdivisions and the insertion of headings are for convenience of reference only and will not affect or be utilized in the construction or interpretation of this Agreement.  All references in this Agreement to any "Section" or "Article" are to the corresponding Section or Article of this Agreement unless otherwise specified.

(vi)    *Herein*.  Words such as "herein," "hereof" and "hereunder" refer to this Agreement as a whole and not merely to a subdivision in which such words appear, unless the context otherwise requires.

(vii)    *Including*.  The word "including" or any variation thereof means "including, without limitation", and will not be construed to limit any general statement that it follows to the specific or similar items or matters immediately following it.

(viii)    *Statute*.  Unless otherwise specified, references to a statute means such statute as amended from time to time and includes any successor legislation thereto and any rules or regulations promulgated thereunder; *provided* that, for the purposes of the representations and warranties set forth herein, with respect to any violation of or non-compliance with, or alleged violation of or non- compliance with, any Legal Requirement, the reference to such Legal Requirement means such Legal Requirement as in effect at the time of such violation or non-compliance or alleged violation or non-compliance.

(ix)   *Contract*.  References to a Contract means such Contract as amended from time to time.

(b)   *No Strict Construction*.  Buyer, on the one hand, and Sellers, on the other hand, participated jointly in the negotiation and drafting of this Agreement, and, in the event an ambiguity or question of intent or interpretation arises, this Agreement will be construed as jointly drafted by Buyer, on the one hand, and Sellers, on the other hand, and no presumption or burden of proof will arise favoring or disfavoring any Party by virtue of the authorship of any provision of this Agreement.  Without limitation as to the foregoing, no rule of strict construction construing ambiguities against the draftsperson will be applied against any Person with respect to this Agreement.

ARTICLE 2
PURCHASE AND SALE

Section 2.01.  *Purchase and Sale.*

(a)   Upon the terms and subject to the conditions of this Agreement, at the Closing, Sellers will sell, transfer, assign, convey and deliver to Buyer, and Buyer will purchase, acquire and accept from Sellers, the Assets, Free and Clear (except for Permitted Encumbrances and Assumed Liabilities).

(b)   The "**Assets**" means all right, title and interest of any Seller in, to or solely under the following:

(i)   all Leases and Mineral Interests located within the Subject Area, including those described on Exhibit A-1 attached hereto but excluding those described on Exhibit A-2 attached hereto, and those Leases and Mineral Interests located in, under or that may be produced from or attributable to (1) the lands covered by such Leases or Mineral Interests, and (2) the Leases, Mineral Interests and lands included in any units with which such Leases, Mineral Interests or lands covered thereby may have been pooled, unitized or communitized (collectively, the "**Assigned Leases and Interests**"), and all other interests of every kind and character in, to, under or derived from the Assigned Leases and Interests, as to all lands and depths covered thereby;

(ii)   all of the oil, gas, water, disposal, observation, injection or other wells located on or traversing the Assigned Leases and Interests, on lands pooled, unitized or communitized with any portion thereof, on lands located within any governmental or voluntary drilling or spacing unit (if applicable) which includes any portion thereof, or on portions thereof associated with proved undeveloped reserves, whether producing, non-producing, plugged, unplugged, shut-in or permanently or temporarily abandoned located on or used in connection with the Assigned Leases and Interests, including those described on Exhibit B (collectively, the "**Wells**", and together with the Assigned Leases and Interests, the "**Properties**");

(iii)   all Hydrocarbons in, on, under or that may be produced from or attributable to the Properties, in each case, at or after the Closing Date;

(iv)     all equipment, machinery, fixtures and other tangible personal property and improvements located in or on the Properties and primarily used in connection with the ownership or operation of the Properties, including tanks, boilers, plants, injection facilities, saltwater disposal facilities, compressors and other compression facilities (whether installed or not), pumping units, flow lines, pipelines, gathering systems, Hydrocarbon treating or processing systems or facilities, meters, machinery, pumps, motors, gauges, valves, power and other utility lines, roads, computer and automation equipment, telecommunications equipment, field radio telemetry and associated frequencies and licenses, pressure transmitters, central processing equipment and other appurtenances, improvements and facilities, including the items described on <u>Exhibit E</u> (collectively, the "**Equipment**");

(v)     all pipes, casing, tubing, tubulars, fittings, meters, and other spare parts, supplies, tools, and materials located on the Properties that are primarily used in connection with the ownership or operation of the Properties or Equipment;

(vi)     to the extent transferable under Legal Requirements, all Permits held by Sellers primarily for the ownership, operation or use of the Assets (collectively, the "**Acquired Permits**");

(vii)     (A) each Operating Agreement set forth on Schedule 2.01(b)(vii)-1, (B) each Acquired Hedge Contract, and (C) all other Contracts that constitute, as of the Closing Date, Desired 365 Contracts, excluding Surface Rights, the Assigned Leases and Interests and the assignments or conveyances in Sellers' chain of title thereto (collectively, the "**Assigned Contracts**");

(viii)     all Surface Rights, including those described on Exhibit F;

(ix)     subject to Section 2.02(s), all books, databases, files, records and data (other than the Excluded Records) in Sellers' possession, whether in written or electronic format, to the extent specifically relating to any Asset, Transferred Employee and/or to any Assumed Liabilities, including, for the avoidance of doubt, all seismic, geological, geochemical or geophysical data owned or licensed by Sellers to the extent specifically related to any Asset (collectively, the "**Records**");

(x)     all Imbalances and Suspense Funds associated with the Assets;

(xi)     all rights to Receivables of Sellers to the extent related to or attributable to the ownership or operation of the Assets or the sale of Hydrocarbons produced from or attributable to the Properties on and after the Effective Time;

(xii)     all insurance benefits, including rights and proceeds, to the extent arising from or relating to any Casualty Loss and not committed or applied by any Seller prior to the Closing to repair, restore or replace any lost, damaged, destroyed or taken portion of the Assets, and to the extent such insurance benefits are taken into account for purposes of any adjustment to the Unadjusted Cash Amount as set forth in Section 3.2 of Appendix A;

(xiii)    all Intellectual Property;

(xiv)    any rights, claims, causes of action and defenses of Seller under any Legal Requirement or Contracts, including any and all warranties and indemnities and all similar claims against Third Parties arising from or relating to any of the Assumed Liabilities;

(xv)    all claims of any Seller against Buyer or any of its Controlled Affiliates, other than claims under this Agreement or any other Transaction Document;

(xvi)    all avoidance actions or similar causes of action arising under sections 544 through 553 of the Bankruptcy Code related to the Assets, including any proceeds thereof; and

(xvii)    the proceeds (net of any reasonable transaction costs) received by Sellers from the sale of any Asset pursuant to the exercise of a Preferential Purchase Right.

Section 2.02.    *Excluded Assets.*

Notwithstanding the foregoing, nothing herein will be deemed to constitute an agreement to sell, transfer, assign or convey the Excluded Assets to Buyer, and Sellers will retain all right, title and interest to, in and under the Excluded Assets.  The term "**Excluded Assets**" means all assets of any Seller other than the Assets, including:

(a)    the Purchase Price delivered to Sellers pursuant to this Agreement;

(b)    cash and cash equivalents of Sellers (other than Suspense Funds);

(c)    all rights to Receivables of Sellers to the extent related to or attributable to the ownership or operation of the Assets or the sale of Hydrocarbons produced from or attributable to the Properties prior to the Closing Date;

(d)    all prepayments and overpayments to any Seller by any Third Party prior to the Closing Date;

(e)    any shares of capital stock or other equity interest of Sellers or any of Sellers' Subsidiaries or any securities convertible into, exchangeable or exercisable for shares of capital stock or other equity interest of any Seller or any of Sellers' Subsidiaries;

(f)    all minute books, stock ledgers, corporate seals and stock certificates of Sellers;

(g)    all Hedge Contracts that are not Acquired Hedge Contracts;

(h)    all Excluded Records;

(i)    all Excluded Leases and Interests;

(j)    all Excluded Contracts;

(k)      all equipment, machinery, fixtures and other tangible personal property (including the Miscellaneous Corporate Property), other than the Equipment;

(l)      all pipes, casing, tubing, tubulars, fittings, meters, and other spare parts, supplies, tools, and materials located on and used, or held for use, primarily as inventory in connection with the ownership or operation of the Excluded Leases and Interests;

(m)      all surface leases, subsurface leases, rights-of-way, licenses, easements, use or joint use agreements and other surface or subsurface rights agreements to the extent applicable to, or used or held in connection with, the ownership, operation, maintenance or repair of, or the production, gathering, treatment, processing, storing, sale or disposal of Hydrocarbons or produced water from, the Excluded Leases and Interests, together with all surface fee interests in the lands covered by the Excluded Leases and Interests (in each case, to the extent not constituting a Surface Right);

(n)      all rights to any refunds, credits, receivables or rebates for Taxes or other costs paid by Sellers and attributable to any period (or portion thereof) ending at or prior to the Effective Time; *provided*, that any such amounts received by Buyer shall be retained by Buyer to the extent necessary to offset the amount of Seller Taxes paid or otherwise economically borne by Buyer and not otherwise taken into account pursuant to this Agreement, if any;

(o)      all insurance policies and rights to proceeds thereof other than to the extent specifically provided in Section 2.01(b)(xii);

(p)      all rights, claims or causes of action and defenses by or in the right of Sellers other than to the extent specifically provided in Section 2.01(b)(xiv) or Section 2.01(b)(xvi) (including as against any current or former director or officer of Sellers and under this Agreement or any other Transaction Document);

(q)      all avoidance actions or similar causes of action arising under sections 544 through 553 of the Bankruptcy Code, including any proceeds thereof, not constituting Assets pursuant to Section 2.01(b)(xv);

(r)      each 365 Contract that, as of the Closing Date, is not designated as a Desired 365 Contract; and

(s)      any seismic, geological, geochemical or geophysical data or information covered by Section 2.01(b)(ix) and any rights arising under any associated Contracts, to the extent the transfer of such data, information or rights would require the consent of, or any payment of a fee, penalty or other consideration to, any other Person.

Section 2.03.    *Assumed Liabilities.*

Upon the terms and subject to the conditions of this Agreement, at the Closing, Buyer will assume and agree to discharge, when due (in accordance with their respective terms and subject to the respective conditions thereof), the following Liabilities, other than any Liabilities related to, caused by or attributable to Seller Taxes (collectively, the "**Assumed Liabilities**"):

(a)    *Generally*.  All Liabilities (including Liabilities for Taxes) arising from the ownership and operation of the Assets by Buyer after the Closing (including the amount of any Asset Taxes allocable to Buyer as determined pursuant to Section 8.01(b)(i));

(b)    *Assigned Contract*s.  All of Sellers' Liabilities under the Assigned Contracts, to the extent arising after the Closing or arising at or prior to the Closing to the extent requiring performance only (and not payment relating to periods prior to Closing) after the Closing;

(c)    *Assigned Leases and Interests*.  All of Sellers' Liabilities under the Assigned Leases and Interests, to the extent arising after the Closing or arising at or prior to the Closing to the extent requiring performance only (and not payment relating to periods prior to Closing) after the Closing;

(d)    *Properties*.  All of Sellers' unsatisfied plugging and abandonment obligations relating to the Properties, whether arising prior to, at or after the Closing (but, for clarity, excluding any plugging and abandonment obligations relating to the Excluded Assets);

(e)    *Cure Costs*.  All Cure Costs (if any) required to be paid by Buyer pursuant to Section 2.05;

(f)    *Suspense Funds*.  All obligations of Sellers in respect of the Suspense Funds, limited to the aggregate of the amount of cash in respect of the Suspense Funds actually transferred to Buyer by Sellers at the Closing and the amount of any adjustments to the Unadjusted Cash Amount pursuant to Section 2.1(h) of Appendix A;

(g)    *Transferred Employees*.  All Liabilities arising with respect to any Transferred Employee during periods from and after the Closing;

(h)    *Environmental*.  All Liabilities relating to the Properties or Assets arising from or relating to any Environmental Laws (i) arising on or after the Closing or (ii) arising prior to the Closing, in the case of this clause (ii), solely to the extent required by Environmental Laws or other Legal Requirements, including all plugging and abandonment obligations relating to the Properties or Assets or Liabilities arising from or relating to any presence or Release of any Hazardous Substance at, on, under or migrating from any Properties or Assets, except that, for the avoidance of doubt, all Liabilities relating to the Sellers' slip in the Valenka Pad that is set forth on Disclosure Schedule 5.16 and which occurred prior to the Execution Date are Excluded Liabilities; and

(i)    *Property Costs*.  To the extent not already described in Section 2.03(a) through Section 2.03(h), all Property Costs arising from, related to or associated with the Properties, in each case, to the extent arising on or after the Effective Time.

Section 2.04.  *Excluded Liabilities.*

Buyer will not assume and will not be obligated to assume or be obliged to pay, perform or otherwise discharge, and Sellers will remain liable with respect to, any Liability of Sellers or their predecessors (including any Liabilities caused by or attributable to Seller Taxes) other than the Assumed Liabilities (such Liabilities, collectively, the "**Excluded Liabilities**").

Notwithstanding anything herein to the contrary, in no event shall (i) Buyer or any of its Affiliates assert any Claim or right against any Seller or any of its Affiliates or (ii) Seller or any of its Affiliates have any Liability to Buyer or any of its Affiliates, in each case, with respect to any Liability relating to the Properties or Assets arising from or relating to any Environmental Laws arising prior to the Closing.

Section 2.05.  *Cure Costs; Desired 365 Contracts.*

(a)     Schedule 2.05(a) and, for purposes of this Agreement, Exhibit A-1 set forth a complete list of all 365 Contracts as of the Execution Date (as such schedule or exhibit may from time to time be amended or supplemented pursuant to this Section 2.05(a), the "**365 Schedule**"). The Sellers agree to amend or supplement the 365 Schedule from time to time promptly, and to provide Buyer written notice thereof, upon its determination that any Seller is party to a 365 Contract that is not then set forth on the 365 Schedule, provided that all such amendments and supplements shall be completed prior to or on the third day prior to the Bid Deadline (as defined in the Bidding Procedures Order).  If the Sellers have not previously provided or made available to Buyer a true, correct and complete copy of any 365 Contract that is added to the 365 Schedule after the Execution Date, including any amendments, waivers or other modifications thereof, the Sellers shall promptly provide or otherwise make available a copy of such 365 Contract to Buyer.

(b)     Schedule 2.05(b) and Exhibit A-1, for purposes of this Agreement, set forth a complete list of all 365 Contracts that Buyer intends to assume at the Closing (the "**Desired 365 Contracts**").  Upon Closing, Sellers will assign the Desired 365 Contracts and Assigned Leases and Interests to Buyer.  Subject to Section 2.05(c)(ii), Sellers, and not Buyer, will pay or cause to be paid, pursuant to Section 365 of the Bankruptcy Code and the Sale Order, all Cure Costs relating thereto.  Notwithstanding anything herein to the contrary, in no event will Buyer be permitted pursuant to this Section 2.05 to designate (1) any master services agreements, Leases or Mineral Interests with any Cure Costs relating thereto (other than any Leases or Mineral Interests set forth on Exhibit A-1 following the completion of the amendments thereto, if any, in accordance with Section 7.09) or (2) any Excluded Lease and Interest (except for those deemed to be Assets pursuant to Section 7.09), in each case, as a Desired 365 Contract.

(c)     At any time prior to the Closing Date, Buyer will have the right, in consultation with Sellers, to provide written notice to Sellers of Buyer's election to:

(i)     designate a 365 Contract (including any 365 Contract that is a Desired 365 Contract immediately before such designation) as an Excluded Contract and Excluded Asset, and upon such designation such 365 Contract will constitute an Excluded Contract and Excluded Asset (and, if applicable, will cease to constitute an Asset); and

(ii)     designate a 365 Contract as a Desired 365 Contract, and upon such designation such 365 Contract will constitute an Asset and Assigned Contract or Assigned Lease and Interest, as applicable, and will be conveyed to Buyer under this Agreement at Closing (and, if applicable, will cease to constitute an Excluded Asset), so long as (A) such 365 Contract is added to the Assigned Contracts or the Assigned Leases and Interests, as applicable, prior to the entry of any Order of the Bankruptcy Court

approving the rejection of such 365 Contract, (B) the Third Party to such 365 Contract receives information evidencing Buyer's adequate assurance of future performance and has an opportunity to object within such period of time set forth in an Order of the Bankruptcy Court and (C) if such 365 Contract was set forth on the 365 Schedule as of the Execution Date, Buyer will pay or cause to be paid (without any adjustment to the Unadjusted Cash Amount), pursuant to Section 365 of the Bankruptcy Code and the Sale Order, all Cure Costs relating thereto.

(d)     To the extent that Buyer makes a valid designation with respect to any 365 Contracts pursuant to Section 2.05(c), the applicable Exhibits and Schedules to this Agreement will be deemed to have automatically been updated (without action of any Party or Person) to reflect such designation.

(e)     If Buyer exercises its rights in Section 2.05(c) to designate a 365 Contract as a Desired 365 Contract or as an Excluded Asset (as the case may be), then the Parties acknowledge and agree that there will be no reduction in the Purchase Price as a result of such designation or change in designation; *provided*, however, that either such designation may increase or decrease (as applicable) the extent of (i) the Assumed Liabilities or (ii) the Cure Costs; *provided,* that, for the avoidance of doubt, unless Buyer elects to designate a 365 Contract as a Desired 365 Contract and such Desired 365 Contract was included on the 365 Schedule as of the Execution Date, Sellers shall pay all Cure Costs associated with such Desired 365 Contract.

Section 2.06.  *Assignment of Assets Subject to Consent Requirements.*

Notwithstanding any other provision of this Agreement to the contrary, this Agreement will not constitute an agreement to assign or transfer and will not implement the assignment or transfer of any Asset if (a) an attempted assignment or transfer thereof, without the approval, authorization or consent of, or granting or issuance of any license or permit by, any Third Party thereto (each such action, a "**Necessary Consent**"), would (i) constitute a breach thereof or of any Legal Requirement or Order, (ii) in any material respect either adversely affect the rights or increase the obligations of Buyer thereunder, or (iii) reasonably be likely to result in assignment of the Assets to Buyer that is void or voidable and (b) the Bankruptcy Court has not entered an Order providing that such Necessary Consent is not required, and none of the Parties shall have any further obligations or Liability thereunder after Closing with respect to non-compliance with any consent provision as part of the consummation of the transactions contemplated by this Agreement.  In such event, Sellers and Buyer will use their commercially reasonable efforts to obtain the Necessary Consents with respect to any such Asset or any claim or right or any benefit arising thereunder for the assignment or transfer thereof to Buyer as Buyer may reasonably request; *provided*, *however*, that neither Sellers nor Buyer will be obligated to pay any consideration or grant any accommodation therefor to any Third Party from whom consent or approval is requested or to initiate any Proceedings to obtain any such consent or approval.  If such Necessary Consent is not obtained on or prior to Closing, then Buyer may elect to exclude the applicable Assets subject to such Necessary Consent from the Assets conveyed at Closing and such Assets shall no longer be considered Assets and shall instead constitute Excluded Assets for all purposes hereunder (without any reduction to the Purchase Price). If any such Necessary Consent requirement with respect to an Asset that Buyer elected to exclude from the Assets conveyed at Closing is subsequently satisfied within 120 days following the Closing Date,

(1) Sellers shall, promptly after such Necessary Consent requirement is satisfied, convey the applicable Assets (including all net proceeds from the Assets from the Closing to the date of assignment) to Buyer, (2) the Parties shall deliver all instruments and documents that would have been required under the terms hereof to be delivered at Closing with respect to such Assets at Closing, and (3) such Assets shall no longer be deemed to be Excluded Assets and shall instead be considered Assets hereunder.

Section 2.07.  *Misallocated Assets.*

Subject to Section 2.06, if after the Closing (i) Buyer holds any Excluded Assets or Excluded Liabilities or (ii) any Seller holds any Assets or Assumed Liabilities, Buyer or the applicable Seller will promptly transfer (or cause to be transferred) such assets or assume (or cause to be assumed) such Liabilities to or from (as the case may be) the other Party.  Prior to any such transfer, the Party receiving or possessing any such asset will hold it in trust for such other Party.

Section 2.08.  *Further Assurances.*

From time to time following the Closing, the Parties will execute, acknowledge and deliver all such further conveyances, notices, assumptions, assignments, releases and other instruments, and will take such further actions, as may be reasonably necessary or appropriate to assure fully to Buyer and its respective successors or assigns, all of the properties, rights, titles, interests, estates, remedies, powers and privileges intended to be conveyed to Buyer under this Agreement and to assure fully to each Seller and their successors and assigns, the assumption of the liabilities and obligations intended to be assumed by Buyer under this Agreement, and to otherwise make effective the transactions contemplated hereby; *provided*, that nothing in this Section 2.08 will prohibit any Seller from ceasing operations or winding up its affairs following the Closing.

## ARTICLE 3
## PURCHASE PRICE

Section 3.01.  *Purchase Price.*

The aggregate purchase price for the purchase, sale, assignment and conveyance of Sellers' right, title and interest in, to and under the Assets will consist of the following (collectively, the "**Purchase Price**"):

(a)    $50,000,000 in cash (the "**Unadjusted Cash Amount**"), as may be adjusted pursuant to the terms of Section 2.1 of Appendix A and Section 3.03 (such adjusted amount, the "**Adjusted Cash Amount**"); and

(b)    the assumption of the Assumed Liabilities.

The Purchase Price will be delivered by Buyer as set forth in Section 4.02.

Section 3.02.  *Good Faith Deposit.*

Pursuant to the terms of the Bidding Procedures and the Deposit Agreement, Buyer has deposited in an account designated by EdgeMarc prior to the Execution Date (the "**Trust Account**") $5,000,000 (the "**Deposit Amount**"), which will be held in trust by Landis Rath & Cobb LLP and released from the Trust Account and delivered to either Buyer or Sellers in accordance with the provisions hereof and the Bidding Procedures.  The Deposit Amount will be distributed as follows:

(a)      if the Closing occurs, the Deposit Amount will be delivered to Sellers;

(b)      if this Agreement is terminated by EdgeMarc pursuant to Section 12.01(d) or Section 12.01(e)(i), the Deposit Amount will be delivered to Sellers, which the Parties acknowledge and agree does not constitute a penalty but rather shall constitute liquidated damages in lieu of all other damages in a reasonable amount that will compensate Sellers for the disposition of their rights under this Agreement in the circumstances in which such amounts are due and payable, which amounts would otherwise be impossible to calculate with precision (and the delivery of the Deposit Amount will be Sellers' sole remedy in such event, other than termination of this Agreement); *provided*, that, for the avoidance of doubt, Sellers shall not be entitled to receive both the Deposit Amount and to specific performance pursuant to Section 13.08 unless the Closing occurs; and

(c)      if this Agreement is terminated for any reason (including by reason of the first sentence of Section 12.01) other than by EdgeMarc pursuant to Section 12.01(d) or Section 12.01(e)(i), Sellers shall cause the Deposit Amount to be returned to Buyer by the earlier of (i) the Outside Date and (ii)(1) if Buyer is not the Backup Bidder, four Business Days after the Auction or (2) if Buyer is the Backup Bidder, four Business Days after the consummation of any Alternative Transaction; provided, that if this Agreement is terminated pursuant to Section 12.01(a), Section 12.01(b)(iii), Section 12.01(c)(i), Section 12.01(c)(ii), Section 12.01(c)(iii)(x), Section 12.01(c)(iv) or Section 12.01(c)(v), the Deposit Amount shall be returned to Buyer four Business Days after such termination.

Section 3.03.  *Closing Payment and Post-Closing Adjustments*.

(a)      Not later than three Business Days prior to the Closing Date, or such later period as agreed to by Buyer and Sellers, Sellers shall prepare and deliver to Buyer a statement (the "**Estimated Closing Statement**") setting forth Sellers' good faith estimates of the Adjusted Cash Amount as of the Closing Date after giving effect to all adjustments set forth in Section 2.1 of Appendix A.

(b)      The Parties shall attempt in good faith to agree upon the Estimated Closing Statement and the Estimated Closing Statement, as agreed upon by the Parties, will be used to adjust the Unadjusted Cash Amount at Closing; *provided*, *however*, that if the Parties cannot agree on all adjustments set forth in the Estimated Closing Statement prior to the Closing, then, with respect to any disputed adjustment, the amount of such adjustment as set forth in the Estimated Closing Statement as presented to Buyer will be used to adjust the Unadjusted Cash Amount at Closing.

(c)    As soon as reasonably practicable after the Closing, but in no event later than 30 days after the Closing Date, Sellers shall prepare and deliver to Buyer a statement (the "**Closing Statement**") setting forth the final calculation of the Adjusted Cash Amount and showing the calculation of each adjustment under Sections 2.1 of Appendix A.  As soon as reasonably practicable, but not later than ten Business Days following its receipt of the Closing Statement hereunder, Buyer may deliver to Sellers a statement (the "**Objection Statement**") setting forth any changes that Buyer proposes be made to the amounts set forth in the Closing Statement.  If Buyer does not deliver an Objection Statement within such ten Business Day period, then the Closing Statement delivered by Sellers shall be conclusive, final and binding on the Parties.  If Buyer delivers an Objection Statement, during the 15 days following delivery of such Objection Statement, Sellers and Buyer shall use their commercially reasonable efforts to reach agreement on the Closing Statement.  Any such agreement in writing shall be conclusive, final and binding on the Parties.  In the event that the Parties are unable to reach agreement as to the Closing Statement, any Party may refer the items of adjustment which are in dispute or the interpretation or effect of this Section 3.03 or Section 2.1 of Appendix A to the Bankruptcy Court for review and final determination.

(d)    In determining the amount of any disputed adjustment to the Unadjusted Cash Amount, the Bankruptcy Court shall apply the terms of Section 2.1 of Appendix A and this Section 3.03 and shall select only the applicable adjustment as proposed by Buyer or by Sellers. The Bankruptcy Court's determination of any disputed adjustment shall be conclusive, final and binding on the Parties.  The Parties waive any right to damages, interest or penalties with respect to any such disputed adjustment.  Buyer and each Seller shall bear its own legal fees and other costs of presenting its case.  No later than five days after the Closing Statement becomes final pursuant to this Section 3.03 (including following any resolution or adjudication by the Bankruptcy Court of any disputed adjustment to the Unadjusted Cash Amount), (i) Buyer shall pay to Sellers (by wire transfer of immediately available funds to accounts designated in writing by EdgeMarc) the amount, if any, by which (1) the final Adjusted Cash Amount exceeds (2) the sum of the Closing Payment and the Deposit Amount or (ii) Sellers shall pay to Buyer (by wire transfer of immediately available funds to accounts designated in writing by Buyer) the amount, if any, by which (1) the sum of the Closing Payment and Deposit Amount exceeds (2) the final Adjusted Cash Amount.

(e)    Buyer shall assist Sellers in the preparation of the Closing Statement under Section 3.03(c) as may be reasonably requested by Sellers to facilitate such process.

## ARTICLE 4
## CLOSING

Section 4.01.  *Closing Date.*

Subject to the satisfaction of the conditions set forth in Article 9, Article 10 and Article 11 hereof (or the waiver thereof by the Party entitled to waive that condition), the closing of the sale of the Assets and the assumption of the Assumed Liabilities contemplated hereby (the "**Closing**") will take place remotely via the exchange of electronic documents and signatures by electronic mail and/or facsimile, on the date that is three Business Days after the satisfaction or waiver of the conditions set forth in Article 9, Article 10 and Article 11 (other than conditions

that by their nature are to be satisfied at the Closing, but subject to the satisfaction or waiver of such conditions), unless another place, date or time are agreed to in writing by EdgeMarc and Buyer.  The date and time at which the Closing actually occurs is hereinafter referred to as the "**Closing Date.**"

Section 4.02.    *Payments on the Closing Date*.

At the Closing:

(a)    Buyer will pay an amount equal to the Closing Payment, in cash by wire transfer of immediately available funds to the accounts designated in writing by EdgeMarc; and

(b)    Buyer will pay the Cure Costs required to be paid by Buyer pursuant to Section 2.05 by wire transfer of immediately available funds to the accounts designated in writing by EdgeMarc, if applicable; and

(c)    Sellers will pay the Cure Costs required to be paid by Sellers pursuant to Section 2.05 by wire transfer of immediately available funds.

Section 4.03.    *Buyer's Deliveries.*

At the Closing, Buyer will deliver or cause to be delivered to Sellers (or such other Persons where so designated):

(a)    the payments required to be made at the Closing pursuant to Section 4.02;

(b)    a Master Assignment, an Assignment for each jurisdiction in which the Assets are located and each other Transaction Document to which Buyer is a party, duly executed (and acknowledged, where applicable) by Buyer, including letters-in-lieu of transfer orders, change of operator forms to be prepared by Sellers for Buyer's execution, change of operator notices required under applicable Operating Agreements, and any other applicable forms and declarations required by federal and state agencies relative to Buyer's assumption of operations and plugging and abandonment Liabilities with respect to all of the Assets, in each case, in form and substance reasonably acceptable to Buyer and Sellers;

(c)    the certificates of Buyer to be received by Sellers pursuant to Section 11.01 and Section 11.02;

(d)    if agreed by the Parties pursuant to Section 8.07, an executed copy of the Transition Services Agreement;

(e)    letters-in-lieu of transfer orders with respect to the Properties, prepared by Sellers and in forms reasonably acceptable to Buyer, duly executed by the applicable Seller(s);

(f)    evidence (including evidence of satisfaction of, or ability to satisfy upon Closing, all applicable bonding or insurance requirements) as Sellers may reasonably request demonstrating that Buyer is qualified with the applicable Governmental Authorities and pursuant

to any applicable Operating Agreement to succeed Sellers as the owner and, where applicable, the operator of the Assets; and

(g)     such other assignments and other good and sufficient instruments of assumption and transfer, in form reasonably satisfactory to the Parties, as Sellers may request to transfer and assign the Assumed Liabilities to Buyer.

Section 4.04.   *Sellers' Deliveries.*

At the Closing, each Seller will deliver to Buyer:

(a)     a Master Assignment, an Assignment for each jurisdiction in which the Assets are located and each other Transaction Document to which such Seller is a party (including letters-in-lieu of transfer orders and change of operator forms), and any other applicable forms required by federal and state agencies relative to the transfer of the ownership and/or operation of the Assets from Sellers to Buyer, in each case in form and substance reasonably acceptable to Buyer and Sellers, duly executed (and acknowledged, where applicable) by such Seller;

(b)     the certificates of such Seller to be received by Buyer pursuant to Section 9.01 and Section 9.02;

(c)     if agreed by the Parties pursuant to Section 8.07, an executed copy of the Transition Services Agreement;

(d)     letters-in-lieu of transfer orders with respect to the Properties, prepared by Sellers and in forms reasonably acceptable to Buyer, duly executed by Buyer;

(e)     counterparts of such documents as are required to transfer the regulatory authority to the Wells operated by a Seller to Buyer;

(f)     recordable releases (in sufficient counterparts to facilitate recording in the applicable counties where the Asserts are located) in form reasonably acceptable to Buyer of any mortgages or security interests over the Assets, in each case, securing indebtedness for borrowed money of Sellers or any of their Affiliates;

(g)     a certificate of non-foreign status of each Seller (or, if such Seller is a disregarded entity within the meaning of Treasury Regulations Section 1.1445-2(b)(2)(iii), the Person that is treated as the transferor of property for U.S. federal income tax purposes) meeting the requirements of Treasury Regulations Section 1.1445-2(b)(2), in form and substance reasonably satisfactory to Buyer and dated as of the Closing Date; and

(h)     such other bills of sale, deeds, endorsements, assignments and other good and sufficient instruments of conveyance and transfer, in form reasonably satisfactory to the Parties, as Buyer may reasonably request to vest in Buyer all the right, title and interest of such Seller in, to or under any or all the Assets.

Section 4.05.   *Withholding.*

Each of Buyer, any of its Affiliates, and the Escrow Agent shall be entitled to deduct and withhold from any proceeds payable to any Person pursuant to this Agreement such amounts that are required to be deducted and withheld under applicable Tax law.  Any amounts that are so deducted and withheld shall be treated for all purposes of this Agreement as having been paid to the Person in respect of which such deduction and withholding was made.

ARTICLE 5
REPRESENTATIONS AND WARRANTIES OF SELLERS

Each Seller, severally and not jointly, represents and warrants the following to Buyer:

Section 5.01.   *Organization and Good Standing.*

Each Seller is an entity duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization.  Subject to the limitations imposed on such Seller as a result of having filed a petition for relief under the Bankruptcy Code, each Seller has the requisite power and authority to own or lease and to operate and use its properties and to carry on its business as now conducted.  Each Seller is duly qualified or licensed to do business and is in good standing in each jurisdiction where the character of its business or the nature of its properties makes such qualification or licensing necessary, except for such failures to be so qualified or licensed or in good standing as would not, individually or in the aggregate, have a Material Adverse Effect.

Section 5.02.   *Authority; Validity.*

Subject to entry of the Sale Order and such other authorization as is required by the Bankruptcy Court, each Seller has the requisite power and authority necessary to enter into and perform their obligations under this Agreement and the other Transaction Documents to which it is a party and to consummate the transactions contemplated hereby and thereby, and the execution, delivery and performance of this Agreement and such other Transaction Documents by Sellers and the consummation by Sellers of the transactions contemplated herein and therein have been duly and validly authorized by all requisite corporate action.  This Agreement has been duly and validly executed and delivered by each Seller and each other Transaction Document required to be executed and delivered by each Seller at the Closing will be duly and validly executed and delivered by such Seller at the Closing.  Subject to entry of the Sale Order and assuming the due authorization, execution and delivery by the other Parties, this Agreement and the other Transaction Documents constitute the legal, valid and binding obligations of Sellers, enforceable against Sellers in accordance with their respective terms, subject to general principles of equity, including principles of commercial reasonableness, good faith and fair dealing (regardless of whether enforcement is sought in a proceeding at law or in equity).

Section 5.03.   *No Conflict.*

Except for (a) entry of the Sale Order, (b) notices, filings and consents required in connection with the Bankruptcy Case, and (c) items listed on Disclosure Schedule 5.03, no Seller

is required to give any notice to, make any filing with or obtain any consent from any Person (including any Governmental Authority) in connection with the execution and delivery of this Agreement and the other Transaction Documents or the consummation or performance of any of the transactions contemplated hereby and thereby.  When the consents and other actions described in the preceding sentence, including entry of the Sale Order, have been obtained and taken, the execution and delivery of this Agreement and the other Transaction Documents and the consummation of the transactions provided for herein and therein will not result in the breach of any of the terms and provisions of, or constitute a default (with or without notice or lapse of time or both) under, or conflict with, or cause any acceleration of any obligation of any Seller under (i) the certificate of incorporation, bylaws or other governing documents of any Seller, (ii) any Assigned Contract to which any Seller is or the Assets are bound, (iii) any Order applicable to any Seller or any of the Assets or (iv) any Legal Requirement, except, in the case of clauses (ii), (iii) and (iv), as would not, individually or in the aggregate, reasonably be expected to have a Material Adverse Effect.

Section 5.04.   *Material Contracts.*

Disclosure Schedule 5.04 lists all Material Contracts in effect as of the Execution Date. Each Material Contract is a valid and binding obligation of Seller(s) party thereto and, to the Knowledge of Sellers, the other parties thereto in accordance with its terms and conditions, except as such validity and enforceability may be limited by (a) bankruptcy, insolvency, or other similar laws affecting the enforcement of creditors' rights generally, (b) equitable principles of general applicability (whether considered in a proceeding at law or in equity), and (c) the obligation to pay Cure Costs.  No event has occurred which, with the passage of time or the giving of notice, or both, would constitute a default under or a violation of any Material Contract or would cause the acceleration of any obligation of any Seller or, to the Knowledge of Sellers, any other party thereto or the creation of a Lien upon any Asset, except for such events that would not reasonably be expected to have, individually or in the aggregate, a Material Adverse Effect.

Section 5.05.   *Permits.*

To Sellers' Knowledge, (a) all necessary Permits with regard to the ownership or operation of the Assets have been obtained and maintained except as would not reasonably be expected to be, individually or in the aggregate, material to Sellers, taken as a whole, (b) no Seller has received written notice of material default under any such material Permit and (c) no material violations exist in respect of such material Permits, except for such non-compliance and such facts, conditions or circumstances, the subject of which have been finally resolved.

Section 5.06.   *Wells; Plug and Abandon Notice.*

Except as set forth on Disclosure Schedule 5.06, to the Knowledge of Sellers, as of the date of this Agreement:

(a)      There are no Wells (i) in respect of which a Seller has received a written notice, demand or order from any Governmental Authority or other Person requiring that such Wells be plugged and abandoned or requiring any mechanical integrity tests which have not been resolved

to such Governmental Authority's or other Person's satisfaction, (ii) that are shut-in or are temporarily abandoned, or (iii) for which such Seller is currently obligated by applicable Legal Requirement or applicable Contract to plug and abandon;

(b)    During the period of Sellers' ownership and operation of the Assets, all Wells have been either in use for purposes of production or injection or suspended or temporarily abandoned in accordance with applicable Legal Requirements, Lease or Contract;

(c)    All Wells drilled by a Seller or any of its Affiliates and, to Sellers' Knowledge, all other Wells, have been drilled and completed within the limits permitted by all applicable Leases, contracts and pooling or unit agreements and by applicable Legal Requirements;

(d)    There are no Wells that are subject to exceptions to a requirement to plug and abandon issued by a Governmental Authority having jurisdiction over the applicable Well, Lease or Mineral Interest;

(e)    There are no temporarily abandoned or shut-in Wells; and

(f)    With respect to any Wells in which a Seller is the operator, no consent or notice is required to be obtained by Sellers from, or delivered by Sellers to, any Third Party to transfer such operatorship to Buyer.

Section 5.07.   *Imbalances.*

Disclosure Schedule 5.07 lists the Imbalances relating to the Assets as of the date stated therein.

Section 5.08.   *Hedging.*

Disclosure Schedule 5.08 lists each Hedge Contract as of the date hereof.

Section 5.09.   *Preferential Purchase Rights.*

There are no Preferential Purchase Rights to which any Assets are subject that would be triggered by this Agreement.

Section 5.10.   *Intellectual Property.*

Except as limited by Section 365(c)(1)(A) of the Bankruptcy Code, to the Knowledge of Sellers, Sellers own all material Intellectual Property or have valid licenses to use all material Intellectual Property used by them in the ordinary course of business.  As of the date hereof, no Proceedings are pending or, to the Knowledge of Sellers, threatened against Sellers before a Governmental Authority with regard to the ownership by Sellers of any material Intellectual Property.

Section 5.11.   *Legal Proceedings.*

(a)        Except for the Bankruptcy Case and any adversary proceedings or contested motions commenced in connection therewith, or as set forth on Disclosure Schedule 5.11, after giving effect to the Sale Order, there is no Proceeding or Order pending, outstanding or, to Sellers' Knowledge, threatened relating to the Assets that would reasonably be expected to give rise to any material Liability of Buyer or be materially adverse to the ownership or use by Buyer of the Assets after the Closing, as such Assets are presently owned and used.  Except for the Bankruptcy Case and any adversary proceedings or contested motions commenced in connection therewith or as set forth on Disclosure Schedule 5.11, there is no Proceeding or Order pending, outstanding or, to Sellers' Knowledge, threatened against any Seller that seeks to restrain or prohibit or otherwise challenge the consummation, legality or validity of the transactions contemplated hereby.

(b)        Each Seller and each its Affiliates (a) are in material compliance with all Legal Requirements applicable to the operation of the Assets; and (b) have all material Permits, licenses, consents, authorizations, permit applications and other approvals of Governmental Authorities as are required for the operation of the Assets as presently operated. Notwithstanding anything herein to the contrary, nothing in this Section 5.11(b) shall apply with respect to matters arising under or relating to environmental matters or Taxes.

Section 5.12.   *No Take-or-Pay Obligations.*

No Seller is obligated by virtue of any take-or-pay payment (including any process-or-pay or fractionate-or-pay), advance payment or other similar payment (other than gas balancing arrangements or Royalties that are reflected in the Net Revenue Interest figures set forth in Exhibit A or Exhibit B) to deliver Hydrocarbons, or proceeds from the sale thereof, attributable to the Assets at some future time without receiving payment therefor at or within a customary period after the time of delivery.  No Seller or its Affiliates is obligated to pay any penalties or other amounts under any agreement as a result of the sale, gathering, delivery, processing, fractionation or transportation of quantities of Hydrocarbons produced from the Assets under or in excess of any such agreement's requirements.

Section 5.13.   *Payments.*

Except as set forth on Disclosure Schedule 5.13, and excluding the Suspense Funds, all Royalties due with respect to the Properties, in each case, to the extent attributable to the period of time prior to the Closing Date, have been properly and correctly paid by Sellers, and, to the Knowledge of Sellers, if payable by Third Parties, have been properly and correctly paid.

Section 5.14.   *Brokers or Finders.*

Except as set forth on Disclosure Schedule 5.14 of this Agreement, no Seller has incurred any obligation or liability, contingent or otherwise, for brokerage or finders' fees or agents' commissions or other similar payments in connection with this Agreement, the other Transaction Documents or the transactions contemplated hereby or thereby for which Buyer is or will become liable.

Section 5.15.   *Non-Consent Operations.*

Except as set forth on Disclosure Schedule 5.15, no operations are being conducted on the Assets with respect to which any Seller has elected to be a non-consenting party under the applicable Operating Agreement and with respect to which all of such Seller's rights have not yet reverted to it.  Disclosure Schedule 5.15 contains the payout status of each Well as of the Execution Date (or such other recent date as shown on such schedule) in which a possible reversion of interest may occur at payout.

Section 5.16.  *Environmental Matters.*

Except for facts, circumstances or conditions that would not reasonably be expected to have, individually or in the aggregate, a Material Adverse Effect or as set forth on Disclosure Schedule 5.16, as of the date of this Agreement:

(a)      To the Knowledge of Sellers, the Assets and their operations are in compliance with applicable Environmental Laws and such compliance includes each Seller's or its Affiliates' obtaining, maintaining and renewing all Permits related to Environmental Laws required for the operation of the Assets;

(b)      With respect to Sellers' operation of the Assets, no Seller has received any written notice from any Governmental Authority or any other Person (i) alleging non-compliance with or violation of applicable Environmental Law or (ii) any actual or potential liability for the investigation or remediation of any Release or disposal, in each case, the subject of which is unresolved; and

(c)      There is no Proceeding or Order pending, outstanding, or, to the Knowledge of Sellers, threatened in writing against any Seller pursuant to Environmental Law with respect to the Assets or any Seller's operation of the Assets that could reasonably be expected to result in a Seller or its Affiliates incurring any Liability pursuant to any applicable Environmental Law in connection with the Assets. No Seller has entered into any commitments or restrictions under Environmental Laws or through voluntary conservation easements or agreements, in either case, with respect to protected species or their habitats that would create a material burden on the use and enjoyment of the Property after the Closing.

Section 5.17.  *Title; Assets.*

Sellers have Defensible Title to the Assets, including the Properties, and, subject to the entry of the Sale Order, Buyer will be vested with good title to the Assets Free and Clear, to the fullest extent permissible under Section 363(f) of the Bankruptcy Code.  Exhibit A sets forth a true, correct and complete list of all Assigned Leases and Interests in which any Seller owns an interest, including Sellers' Working Interest, Net Revenue Interest and net acres.  Exhibit B sets forth a true, correct and complete list of all Wells owned by Sellers and used in connection with the Assets as of the Execution Date. All Equipment is in a state of reasonable repair (ordinary wear and tear excepted) so as to be suitable for the purposes of which such equipment was constructed, obtained or is currently being used in all material respects. Sellers have made available to Buyer true and complete copies of each Lease that is an Assigned Lease and Interest, and any and all amendments, modifications, supplements, exhibits, restatements, guarantees and other agreements (whether written or oral), in each case related thereto, in its

possession and control. To Sellers' Knowledge, each Lease that is an Assigned Lease and Interest is in full force and effect, and is valid, binding and enforceable in accordance with its terms. As of the Execution Date, no Seller has received any written notice of (i) any default or event that with notice or lapse of time, or both, would constitute a default by a Seller under any of the Leases that are Assigned Leases and Interests, or (ii) any condemnation, zoning or other similar proceeding affecting any Property.

Section 5.18. *Operatorship.*

Exhibit B indicates the Wells in which a Seller is the operator as of the Execution Date. As of the date hereof, there is no pending vote, or any outstanding formal request for a vote (whether written or oral), to have the applicable Seller removed as operator of any of the Wells for which a Seller is currently designated as the operator.

Section 5.19. *Casualty Losses.*

As of the Execution Date, there has been no material Casualty Loss (whether or not covered by insurance) affecting any of the Assets that has not subsequently been completely repaired, replaced or restored.

Section 5.20. *Taxes.*

(a)    All Asset Taxes that have become due and payable by any Seller (whether or not shown on any Tax Return) have been properly and timely paid in full.

(b)    All Tax Returns that are required to be filed by Seller with respect to Asset Taxes have been duly and timely filed and all such Tax Returns are true, correct and complete in all material respects.

(c)    There is not currently in effect any extension or waiver of any statute of limitations of any jurisdiction with respect to the assessment or collection of any Asset Tax. All Tax withholding and deposit requirements, including all information reporting and backup withholding requirements, imposed by applicable Tax Legal Requirements with respect to any of the Assets have been satisfied in all material respects.

(d)    No audits, examinations, lawsuits or other Proceedings are commenced, ongoing, pending or, to Sellers' Knowledge, proposed or threatened, against any Seller or the Assets with respect to any Asset Tax. Except for Encumbrances for Asset Taxes not yet due, (i) there are no Encumbrances for Taxes on any of the Assets, and (ii) no claim for unpaid Taxes has been made by any Governmental Authority that could give rise to any such Encumbrance.

(e)    No Asset is subject to any tax partnership agreement or provisions or is otherwise treated, or required to be treated, as held in an arrangement requiring a partnership income Tax Return to be filed under Subchapter K of Chapter 1 of Subtitle A of the Code for U.S. federal income tax purposes.

Section 5.21.  *Employees.*

(a)    With respect to each Applicable Employee, Sellers have provided or made available to Buyer a list setting forth such Applicable Employee's (i) name; (ii) employer; (iii) department/function; (iv) title or job/position; (v) job designation (i.e., salaried or hourly); (vi) location of employment; (vii) employment status (active, on leave or on unpaid leave); and (viii) annual base rate of compensation and target bonus amount for the current fiscal year to which he or she is entitled.

(b)    No Seller is a party to any labor or collective bargaining agreement and there are no labor or collective bargaining agreements that pertain to the Applicable Employees. No labor organization or group of employees of Sellers that includes any Applicable Employee has made a pending demand for recognition, and there are no representation proceedings or petitions seeking a representation currently pending or, to the Knowledge of Sellers, threatened to be brought or filed with the National Labor Relations Board or other labor relations tribunal. There is no organizing activity involving a Seller pending, or to the Knowledge of Sellers, threatened by any labor organization or group of employees of a Seller. There are no strikes, work stoppages, slowdowns, lockouts or similar labor disputes, unfair labor practice charges, arbitrations, material grievances, unfair employment practice charges or complaints, or other claims or complaints against a Seller, pending or, to the Knowledge of Sellers, threatened by or on behalf of any Applicable Employee.

Section 5.22.  *AFEs; Capital Commitments.*

(a)    Disclosure Schedule 5.22 contains a list, true and correct as of the date of this Agreement, of all authorities for expenditures (collectively, "**AFEs**") for capital expenditures with respect to the Properties that have been proposed by any Person having authority to do so (including internal AFEs of a Seller not delivered to Third Parties) or other commitment to make expenditures in respect of the ownership or operation of the Properties requiring expenditures after the Closing Date, in each case, in an amount in excess of $100,000 (net to Sellers' interest).

(b)    Sellers are not legally obligated to make any future capital commitments under any Material Contract requiring an expenditure by Sellers in excess of $350,000 (net to Sellers' interest) relating to any of the Assets.

ARTICLE 6
REPRESENTATIONS AND WARRANTIES OF BUYER

Buyer represents and warrants to Sellers as follows:

Section 6.01.  *Organization and Good Standing.*

Buyer is a corporation, duly organized, validly existing and in good standing under the laws of the State of Delaware.  Buyer has the requisite power and authority to own or lease and to operate and use its properties and to carry on its business as now conducted.  Buyer is (or at the Closing will be) duly qualified or licensed to do business in the State(s) where the Assets are

located and Buyer or Buyer's Affiliates will be duly qualified or licensed to own or lease and to operate and use oil and gas assets in the State(s) where the Assets are located.

Section 6.02.  *Authority; Validity; Consents.*

Buyer has the requisite power and authority necessary to enter into and perform its obligations under this Agreement and the other Transaction Documents to which it is a party and to consummate the transactions contemplated hereby and thereby.  The execution, delivery and performance of this Agreement by Buyer and the consummation by Buyer of the transactions contemplated herein have been duly and validly authorized by all requisite limited liability company or corporate actions in respect thereof.  This Agreement has been duly and validly executed and delivered by Buyer and each other Transaction Document to which Buyer is a party will be duly and validly executed and delivered by Buyer, as applicable, at the Closing.  This Agreement and the other Transaction Documents to which Buyer is a party constitute the legal, valid and binding obligation of Buyer, enforceable against Buyer in accordance with their respective terms, except in each case as such enforceability may be limited by applicable bankruptcy, insolvency, reorganization, fraudulent conveyance, moratorium or other similar Legal Requirements affecting the enforcement of creditors' rights generally and by general principles of equity, regardless of whether such principles are considered in a proceeding at law or in equity.

Section 6.03.  *No Conflict.*

Except for any applicable notices, filing, consents or approvals under any applicable antitrust, competition or trade regulation or other Legal Requirements, Buyer is not and will not be required to give any notice to, make any filing with or obtain any consent from any Person (including any Governmental Authority) in connection with the execution and delivery of this Agreement and the other Transaction Documents or the consummation or performance of any of the transactions contemplated hereby and thereby, except as would not, individually or in the aggregate, reasonably be expected to affect Buyer's ability to perform its obligations under this Agreement or any other Transaction Documents or to consummate the transactions contemplated hereby or thereby.  When the consents and other actions described in the preceding sentence have been obtained and taken, the execution and delivery of this Agreement and the other Transaction Documents and the consummation of the transactions provided for herein and therein will not result in the breach of any of the terms and provisions of, or constitute a default (with or without notice or lapse of time or both) under, or conflict with, or cause any acceleration of any obligation of any Buyer under (i) any agreement, indenture or other instrument to which it or its assets is bound, (ii) the certificate of incorporation, bylaws or other governing documents of Buyer, (iii) any Order applicable to Buyer or its assets or (iv) any Legal Requirement, except as would not, individually or in the aggregate, reasonably be expected to affect Buyer's ability to perform its obligations under this Agreement or any other Transaction Documents or to consummate the transactions contemplated hereby or thereby.

Section 6.04.  *Litigation.*

There are no Proceedings or Orders pending, outstanding or, to the Knowledge of Buyer, threatened against Buyer, that seek to restrain or prohibit or otherwise challenge the

consummation, legality or validity of the transactions contemplated hereby or that would, individually or in the aggregate, reasonably be expected to have an adverse effect on Buyer's performance of any of its obligations and covenants hereunder that are to be performed prior to, at or after Closing.

Section 6.05.  *Bankruptcy.*

There are no bankruptcy, reorganization or arrangement proceedings pending, being contemplated by or, to the Knowledge of Buyer, threatened against Buyer.

Section 6.06.  *Brokers or Finders.*

Neither Buyer nor any Person acting on behalf of Buyer has paid or become obligated to pay any fee or commission to any broker, finder, investment banker, agent or intermediary for or on account of the transactions contemplated by this Agreement for which Sellers are or will become liable.

Section 6.07.  *Financial Capability.*

Buyer has, and will have at the Closing, sufficient funds available in cash to pay the Purchase Price, the Cure Costs required to be paid by Buyer pursuant to Section 2.05, if any, and any fees and expenses incurred by or otherwise required to be paid by Buyer in connection with the transactions contemplated by this Agreement.  Upon the consummation of the transactions contemplated hereby, (a) Buyer will not be insolvent as defined in Section 101 of the Bankruptcy Code, (b) Buyer will not be left with unreasonably small capital, (c) Buyer will not have incurred debts beyond its ability to pay such debts as they mature, and (d) the capital of Buyer will not be impaired.  For the avoidance of doubt, Buyer's obligations to complete the transactions contemplated hereby are not dependent upon or conditioned on receipt of financing.

## ARTICLE 7
## ACTIONS PRIOR TO THE CLOSING DATE

Section 7.01.  *Access and Reports.*

(a)    Subject to applicable Legal Requirements, upon receipt of written request from Buyer of any such activities no less than three Business Days in advance, Sellers will afford Buyer's officers and other authorized Representatives reasonable access, during normal business hours until the Closing, to its officers, consultants and authorized Representatives (including its legal advisors and accountants), to make such investigation of the Assets and the Assumed Liabilities as it reasonably requests; *provided*, *however*, in connection with such access, Buyer's authorized Representatives will (i) abide by any safety rules, regulations and operating policies provided in writing by Sellers or its Representatives and (ii) at Seller's option, be accompanied by at least one Representative of Sellers.  All requests for information made pursuant to this Section 7.01 must be submitted in accordance with Section 13.02.  Notwithstanding anything herein to the contrary, no such investigation or examination will be permitted to the extent that it would require unreasonably interfere with the conduct of the business of Sellers, would require Sellers to disclose information that would cause material competitive harm to a Seller, would

violate the attorney-client privilege or any other applicable privileges or immunities or involves intrusive sampling or monitoring of any environmental media.  For the avoidance of doubt, Sellers' provision of access to Buyer under this Section 7.01(a) shall not be construed to provide Buyer with the right to conduct or cause to be conducted any Phase I environmental site assessments of any of the Assets, except with respect to actual or alleged Interim Environmental Defects.  Buyer shall indemnify each member of the Seller Group and hold them harmless against any Liabilities, damages, penalties, costs and expenses, including reasonable attorneys' fees, that the Seller Group incurs by reason of access afforded to Buyer and its Representatives pursuant to this Section 7.01(a).

(b)     Buyer acknowledges that Confidential Information (as defined in the Confidentiality Agreement) has been, and in the future will be, provided to it in connection with this Agreement, including under Section 7.01(a), and is subject to the terms of the confidentiality agreement dated May 20, 2019 between EdgeMarc and Buyer (the "**Confidentiality Agreement**"), the terms of which are incorporated herein by reference.  Buyer acknowledges and understands that this Agreement may be provided to the Consultation Parties or be publicly filed in the Bankruptcy Court and further made available by Sellers to prospective bidders and that, except as prohibited herein, such disclosure will not be deemed to violate any confidentiality obligations owing to Buyer, whether pursuant to this Agreement, the Confidentiality Agreement or otherwise.  In addition, notwithstanding anything to the contrary in this Agreement or the Confidentiality Agreement, Sellers acknowledges and understands that this Agreement or the transactions contemplated hereby may be disclosed by Buyer to the extent required by applicable securities Legal Requirements; *provided*, that, prior to making any such disclosure, Buyer shall have (i) provided notice to EdgeMarc of such disclosure, (ii) provided EdgeMarc with a reasonable opportunity to comment on the form of such disclosure and (iii) considered in good faith any comments made by EdgeMarc with respect to the form of such disclosure. Effective upon, and only upon, the Closing, the Confidentiality Agreement will terminate.  Sellers acknowledge that from and after the Closing, all non-public information relating to the Assets and the Assumed Liabilities will be valuable and proprietary to Buyer and its Affiliates.  Sellers agree that, from and after the Closing, no Seller will disclose to any Person any information relating to the Assets or the Assumed Liabilities, except as required by Legal Requirements or as otherwise becomes available (i) in the public domain other than through any action by any Seller in violation of its obligations under this Section 7.01(b) or (ii) from a source that is not known by Sellers to have a confidentiality obligation with respect to such information. Sellers acknowledge and agree that the remedies at law for any breach or threatened breach of this Section 7.01(b) by any Seller are inadequate to protect Buyer and its Affiliates and that the damages resulting from any such breach are not readily susceptible to being measured in monetary terms.  Accordingly, without prejudice to any other rights or remedies otherwise available to Buyer or its Affiliates, each party acknowledges and agrees that upon any breach or threatened breach by a Seller of the terms and conditions of this Section 7.01(b), Buyer and its Affiliates, as applicable, will be entitled to seek immediate injunctive relief and an order restraining any threatened or future breach from any court of competent jurisdiction without proof of actual damages or posting of any bond in connection with any such remedy.  The provisions of this Section 7.01(b) will survive the Closing.

Section 7.02.   *Operations Prior to the Closing Date.*

Except (1) as expressly contemplated by this Agreement, (2) as disclosed in Disclosure Schedule 7.02, (3) with the prior written consent of Buyer (which consent will not be unreasonably withheld, conditioned or delayed) or the approval of the Bankruptcy Court, (4) as otherwise required by Legal Requirements or any Contract to which Sellers are bound, or (5) as ordered by the Bankruptcy Court or limited by restrictions or limitations under the Bankruptcy Code on Chapter 11 debtors, including (x) the exercise of its fiduciary duties to maximize the value of its estate and (y) limitations on Sellers' ability to pay amounts relating to the period prior to the Petition Date and the impact of Sellers' filing for bankruptcy with respect to any Contract to which it is a party, from the Execution Date until the Closing Date:

(a)     Sellers will use commercially reasonable efforts to (i) operate the Assets operated by Sellers in the ordinary course of business consistent with past practices, (ii) maintain books, accounts and records relating to the Assets in accordance with past custom and practice, (iii) preserve the present business operations, organization and goodwill related to the Assets and the present relationships with customers, (iv) pay or cause to be paid when due all Asset Taxes and file all Tax Returns with respect thereto, (v) pay or cause to be paid all Royalties, development and operating expenses, and other payments incurred with respect to the Properties in the same manner as a reasonably prudent operator engaged in the business of owning and operating oil and natural gas properties, (vi) maintain all Leases that are Assigned Leases and Interests in full force and effect and (vii) maintain Suspense Funds in the ordinary course of business and not exercise any rights of set off against the Suspense Funds or otherwise against the Assets.

(b)     Sellers will not:

(i)     abandon or permit any material Asset to lapse (except any abandonment of Leases to the extent any such Leases terminate pursuant to their terms or as required by any Governmental Authority pursuant to applicable Legal Requirement);

(ii)     (A) enter into any Contract that would constitute a Material Contract or (B) terminate, reject, cancel, materially amend or modify, or extend any (x) Assigned Contract that has been identified as such as of the Execution Date or Assigned Lease and Interest or (y) Acquired Hedge Contract;

(iii)     enter into any Hydrocarbon sales, supply, exchange, processing or transportation contract with respect to the Assets, other than in the ordinary course of business consistent with past practice;

(iv)     sell, lease, encumber, transfer, assign or otherwise dispose any portion of any Assigned Leases or Interests or other material Assets, except sales of Hydrocarbons in the ordinary course of business;

(v)     commence, propose, or agree to participate in any single operation with respect to the Properties with an anticipated cost in excess of $75,000 individually or $250,000 in the aggregate (in each case, net to Sellers' interest), except for emergency operations, AFEs existing as of the date hereof and set forth on Disclosure Schedule 5.22(a) or operations required by any Governmental Body;

(vi)    increase the compensation payable or potentially payable to any Applicable Employee other than in the ordinary course of business consistent with past practice or as required by the terms of any employee benefit plan or compensation arrangement of Sellers applicable to such Applicable Employee;

(vii)    voluntarily relinquish its position as operator with respect to any Properties operated by any such Seller; or

(viii)    agree to do anything prohibited by this Section 7.02(b).

(c)    Sellers will inform Buyer as promptly as practicable, but in no event later than two Business Days after receipt thereof, of having Knowledge of any written notice delivered to Sellers regarding (i) any default or event that, with notice or lapse of time or both, would constitute a material default by a Seller under any of the Leases that are Assigned Leases and Interests or (ii) any material condemnation, zoning or other similar proceeding affecting any Property.

Section 7.03.    *Commercially Reasonable Efforts.*

Sellers, on the one hand, and Buyer, on the other hand, will use commercially reasonable efforts to take, or cause to be taken, all actions, and to do, or cause to be done, and to assist and cooperate with the other in doing, all things necessary, proper or advisable to consummate and make effective, in the most expeditious manner practicable, the transactions contemplated hereby, including using commercially reasonable efforts to accomplish the following: (i) the taking of all reasonable acts necessary to cause the conditions precedent to the other party's obligations to consummate the Closing set forth in Article 9, Article 10 and Article 11 to be satisfied, (ii) the obtaining, at the earliest practicable date, of all necessary Governmental Authorizations and the making of all necessary registrations, declarations and filings (including registrations, declarations and filings with Governmental Authorities, if any) and the taking of all reasonable steps as may be necessary to avoid any Proceeding by any Governmental Authority, and (iii) the execution or delivery of any additional instruments necessary to consummate the transactions contemplated hereby and to fully carry out the purposes of this Agreement, including the conveyance of any Assets.  Additionally, with regard to each Well operated by a party other than a Seller, Buyer will, as soon as reasonably practicable after the Closing Date, deliver to the applicable operator of such Well a copy of the recorded Assignment evidencing the conveyance of Sellers' interest in such Well to Buyer, as well as any other documentation reasonably requested by such operator to evidence such conveyance.  Nothing in this Section 7.03 will require a Seller to pay any consideration to any Third Party, to initiate any Proceedings or to incur any obligation or to waive any right under this Agreement.

Section 7.04.    *Bankruptcy Court Approval and Bankruptcy Cases.*

(a)    Sellers will file the Bidding Procedures Supplement on the Execution Date.

(b)    Prior to the Execution Date, Sellers, in consultation with Buyer or its counsel, will set a hearing for the Court to consider entry of the Bidding Procedures Supplemental Order on the first available hearing date and time after the expiration of 10 calendar days following the filing of the Bidding Procedures Supplement. Sellers agree that the Bidding Procedures

Supplement will also seek approval for (i) a condition that to be considered by the Debtors as a Qualified Bid (as defined in the Bidding Procedures), bidders must be Qualified Bidders (as defined in the Bidding Procedures) and submit a Qualified Bid and propose a purchase price in their bid that is equal to or greater than $52,250,000, which is the sum of the Unadjusted Cash Amount, *plus* the Break-Up Fee *plus* the maximum Expense Reimbursement provided for herein, plus $250,000 and (ii) a requirement that if an Auction is required in accordance with the Bidding Procedures, Buyer shall receive a credit of $2,000,000, representing the Break-Up Fee and the maximum Expense Reimbursement in each round of bidding. Sellers further agree that the Bidding Procedures Supplemental Order shall provide that the Bid Protections, if due under this Agreement, will be paid from the proceeds of any Alternative Transaction, including a Successful Bid, and ahead of the DIP Loans, as defined and more fully described in that certain order of the Bankruptcy Court dated June 18, 2019 Dkt. No. 223 and that the Expense Reimbursement, if due under Section 12.03(a)(3) of the Agreement, shall be paid within five days of such Expense Reimbursement becoming due and owing under this Agreement.

(c)     Sellers will take commercially reasonable efforts to obtain entry by the Bankruptcy Court of the Bidding Procedures Supplemental Order as soon as possible after the Execution Date and in no event later than 15 days after the Execution Date.

(d)     Sellers will take commercially reasonable efforts to obtain entry of the Sale Order by August 30, 2019.

(e)     Sellers will not seek to reject any 365 Contract without Buyer's consent.

(f)     From and after the Execution Date and prior to the Closing or the termination of this Agreement in accordance with Section 12.01, Sellers shall not take any action which is intended to (or is reasonably likely to), or fail to take any action the intent (or the reasonably likely result) of which failure to act is to, result in the delay in entry, reversal, withdrawal, voiding, modification, or staying of the Bidding Procedures Supplemental Order or this Agreement. If Buyer is the Successful Bidder, or if no Qualified Bid is submitted by the Bid Deadline (as defined in the Bidding Procedures) in respect of the Assets, Sellers shall not take any action which is intended to (or is reasonably likely to), or fail to take any action the intent (or the reasonably likely result) of which failure to act is to, result in the delay in entry, reversal, withdrawal, voiding, modification, or staying of the Sale Order or this Agreement.

(g)     Sellers and Buyer each acknowledge that this Agreement and the sale of the Assets and the assumption of the Assigned Contracts by Buyer and assignment of the Assets to Buyer are subject to Bankruptcy Court approval. Buyer acknowledges that (i) to obtain such approval, Sellers must demonstrate that they have taken reasonable steps to obtain the highest and otherwise best offer possible for the Assets, and that such demonstration shall include giving notice of the transactions contemplated by this Agreement to creditors and other interested parties as ordered by the Bankruptcy Court, and, if necessary, conducting the Auction, and (ii) Buyer must provide adequate assurance of future performance as required under the Bankruptcy Code with respect to each Applicable Contract.

(h)     Buyer agrees that it will promptly take such actions as are reasonably requested by Sellers to assist in obtaining entry of the Bidding Procedures Supplemental Order and the Sale

Order and a finding of adequate assurance of future performance by Buyer of the Assigned Contracts, including furnishing affidavits or other documents or information for filing with the Bankruptcy Court for the purposes, among others, of providing necessary assurances of performance by Buyer under this Agreement and demonstrating that Buyer is a "good faith" purchaser under Section 363(m) of the Bankruptcy Code.  In the event the entry of the Bidding Procedures Supplemental Order or the Sale Order is appealed, Sellers and Buyer will use their respective commercially reasonable efforts to defend such appeal(s).

(i)     Sellers shall, prior to filing, and as early in advance as is practicable, provide Buyer with a reasonable opportunity to review and comment on all proposed pleadings, motions, notices, statements schedules, applications, reports and other material papers to be filed by the Sellers in the Bankruptcy Court to the extent related to the consummation or approval of the transactions contemplated hereby or by the other Transaction Documents and shall include in any such filing thereof such revisions as may be reasonably requested by Buyer.  Sellers shall provide Buyer with a reasonable opportunity to review all notice and mailing lists to be used to notify known and potential creditors and parties-in-interest of the proposed Free and Clear sale of the Assets, and Sellers shall accept Buyer's reasonable comments.  Seller shall not seek to amend the Bidding Procedures Order, the Bidding Procedures Supplemental Order or the Sale Order in a manner that would reasonably be expected to adversely impact Buyer without Buyer's prior written consent, not to be unreasonably withheld, conditioned or delayed.

(j)     Sellers and Buyer agree that, in the event that Buyer is not the Successful Bidder, Buyer shall not be required to be the Backup Bidder beyond the Backup Bid Termination Date.

Section 7.05.   *Bidding Procedures.*

Buyer agrees and acknowledges that Sellers, including through their representatives, are and may continue soliciting inquiries, proposals, or offers from third parties for the Assets, in accordance with the Bidding Procedures.

Section 7.06.   *Backup Bidder.*

If an Auction is conducted, and Sellers do not choose Buyer as the Successful Bidder, but instead choose Buyer as the Backup Bidder, Buyer shall be the Backup Bidder. If Buyer is chosen as the Backup Bidder, Buyer shall be required to keep its bid to consummate the transactions contemplated by this Agreement on the terms and conditions set forth in this Agreement (as the same may be improved upon by Buyer prior to or at the Auction) open and irrevocable until the Backup Bid Termination Date.

Section 7.07.   *Solicitation of Alternative Transactions*.

From and after the Execution Date, Sellers shall not, shall cause their Subsidiaries and Affiliates to not, and shall use best efforts to cause their representatives and agents to not, solicit, knowingly facilitate or knowingly encourage the submission of any other "stalking horse" bids with respect to the Assets, or have discussions or negotiations with any Person (including, for the avoidance of doubt, any other Person with whom Sellers and/or their Subsidiaries, Affiliates or representatives have already had discussions) other than Buyer, its Affiliates, agents, or representatives in connection with any such bids, in each case, prior to the entry of the Bidding

Procedures Supplemental Order.  In the event that Sellers receive an unsolicited "stalking horse" bid with respect to the Assets during the period from the Execution Date until the entry of the Bidding Procedures Supplemental Order, Sellers shall within 24 hours of receipt of such bid notify Buyer of its receipt of such bid (but, for the avoidance of doubt, (a) Sellers shall not be required to disclose any confidential terms of such bid or the identity of the Third Party that submitted such bid and (b) nothing in this sentence shall be construed to permit Sellers to respond to or otherwise discuss or negotiate a "stalking horse" bid (as opposed to a bid that could be made at the Auction) with such Third Party until the entry of the Bidding Procedures Supplemental Order). Sellers shall not enter into a definitive agreement for an Alternative Transaction prior to entry of Bidding Procedures Supplemental Order.

Section 7.08.  *Hedge Contracts*.

Buyer shall have the option, in its sole discretion, to elect to acquire any of the Hedge Contracts set forth on Disclosure Schedule 5.08 (along with the rights and obligations thereunder) by notifying EdgeMarc of such election in writing no later than the Effective Time (any such Hedge Contracts that Buyer elects to acquire, the "**Elected Hedge Contracts**"). Subject to Section 2.06, Sellers shall novate, and shall use commercially reasonable efforts to cause the counterparty thereto to novate, the Elected Hedge Contracts to Buyer at the Closing, and, if such Elected Hedge Contracts are so novated (such novated Elected Hedge Contracts, the "**Acquired Hedge Contracts**"), the Unadjusted Cash Amount shall be adjusted as set forth in Section 2.1 of Appendix A. Elected Hedge Contracts for which final settlement occurs after the Effective Time but prior to the Closing shall not be novated to Buyer but shall be considered Acquired Hedge Contracts and the Unadjusted Cash Amount shall be adjusted as set forth in Section 2.1 of Appendix A.

Section 7.09.  *Exhibit Matters*.

Notwithstanding anything in this Agreement to the contrary (including on the Exhibits), at any time on or prior to August 2, 2019, EdgeMarc or Buyer may propose to such other Party any amendment to Exhibit A-1 or Exhibit A-2, as the case may be, and the Parties shall enter into such amendment promptly thereafter, to the extent required so that (a) all Leases related to producing Wells or drilled but uncompleted Wells shall be set forth on Exhibit A-1, and (b) all Leases that are not related to producing Wells or drilled but uncompleted Wells for which there are Cure Costs associated therewith shall be set forth on Exhibit A-2.  Sellers shall be responsible for, and Buyer shall have no Liability with respect to, any Cure Costs related to Leases set forth on Exhibit A-1 (as modified to reflect clauses (a) and (b)).

ARTICLE 8
ADDITIONAL AGREEMENTS

Section 8.01.  *Taxes.*

(a)    *Transfer Taxes*.  Buyer, on the one hand, and Sellers, on the other hand, will each be responsible for 50% of the documentary, stamp, transfer (including real property transfer), motor vehicle registration, sales, use, value added, excise and other similar non-income Taxes and all filing and recording fees (and any interest, penalties and additions with respect to such

Taxes and fees) arising from or relating to the consummation of the transactions contemplated by this Agreement (collectively, "**Transfer Taxes**"), regardless of the party on whom liability is imposed under the provisions of the Legal Requirements relating to such Transfer Taxes.  Sellers and Buyer will consult and cooperate on a reasonable basis in preparing and timely filing all Tax Returns with respect to any Transfer Taxes and will cooperate on a reasonable basis and otherwise take commercially reasonable efforts to obtain any available exemptions from or reductions in such Transfer Taxes.

(b)    *Asset Taxes*.

(i)    Sellers shall be allocated and bear all Asset Taxes attributable to any Tax period ending prior to the Effective Time and the portion of any Straddle Period ending at the Effective Time.  Buyer shall be allocated and bear all Asset Taxes attributable to any Tax period that begins after the Effective Time and the portion of any Straddle Period beginning immediately after the Effective Time.

(ii)    For purposes of determining the allocations in Section 8.01(b)(i), (A) Asset Taxes that are attributable to the severance or production of Hydrocarbons (other than such Asset Taxes described in clause (C), below) shall be allocated to the period in which the severance or production giving rise to such Asset Taxes occurred, (B) Asset Taxes that are based upon or related to sales or receipts or imposed on a transactional basis (other than such Asset Taxes described in clause (A) or (C)), shall be allocated to the period in which the transaction giving rise to such Asset Taxes occurred, and (C) Asset Taxes that are ad valorem, property or other Asset Taxes imposed on a periodic basis pertaining to a Straddle Period shall be allocated between the portion of such Straddle Period ending at the Effective Time and the portion of such Straddle Period beginning immediately after the Effective Time by prorating each such Asset Tax based on the number of days in the applicable Straddle Period that occur on or before the date on which the Effective Time occurs, on the one hand, and the number of days in such Straddle Period that occur after the date on which the Effective Time occurs, on the other hand.

(iii)    To the extent the actual amount of an Asset Tax or Transfer Tax is not known at the time an adjustment is to be made with respect to such Asset Tax or Transfer Tax pursuant to Section 2.1 of Appendix A or Section 3.03, as applicable, the Parties shall utilize the most recent information available in estimating the amount of such Asset Tax or Transfer Tax for purposes of such adjustment.

(c)    *Cooperation and Audits*.  Buyer and Sellers will, and will cause their Affiliates to, cooperate on a reasonable basis with each other regarding the filing of Tax Returns, any audit, litigation, or other Proceeding with respect to Taxes relating to the Assets and any other Tax matters governed by this Agreement, and will make available to the other Party as reasonably requested all information, records and documents relating to Taxes governed by this Agreement until the expiration of the applicable statute of limitations or extension thereof or the conclusion of all audits, appeals, litigation or other Proceedings with respect to such Taxes.

Section 8.02.  *Assigned Contracts; Adequate Assurance and Performance.*

(a)     With respect to each Assigned Contract, Buyer will deliver within 24 hours of being declared by Sellers as the Successful Bidder information sufficient to demonstrate Buyer's adequate assurance of the future performance by Buyer of each such Assigned Contract as required under section 365 of the Bankruptcy Code, which information Sellers will be permitted to disseminate to any Third Party to any 365 Contract.

(b)     From and after Closing, Buyer will pay, perform or satisfy the Assumed Liabilities from time to time and as such Assumed Liabilities become due and payable or are required to be performed or satisfied in accordance with their respective terms.

(c)     Without limiting the provisions of Section 8.02(a), Buyer acknowledges that Sellers have no duty to maintain any bonds, letters of credit, guarantees, cash deposits and insurance to secure performance or payment under any Assigned Contracts (collectively, the "**Seller Credit Obligations**") after the Closing, and Buyer agrees to reasonably cooperate with Sellers in Sellers' efforts to secure the release of any Seller Credit Obligations posted by Sellers set forth on Disclosure Schedule 8.02(c).  On or before the Closing, Buyer will obtain, or cause to be obtained in the name of Buyer, replacements for the Seller Credit Obligations.  If any Seller Credit Obligation remains outstanding as of the Closing Date, Buyer will indemnify each member of the Seller Group and hold them harmless against any Liabilities that the Seller Group may incur under any such Seller Credit Obligations attributable to periods from and after the Closing Date.

Section 8.03.  *Employee Matters.*

(a)     *Transferred Employees*.  Effective as of the Execution Date, EdgeMarc hereby (i) waives any and all restrictions imposed on Buyer or any of its Affiliates pursuant to Section 11 of the Confidentiality Agreement and (ii) agrees that Buyer and its Affiliates may solicit for employment, or hire, any of the Applicable Employees on employment terms that are in Buyer's sole discretion.  Such individuals who accept such offer prior to the Closing Date are hereinafter referred to as the "**Transferred Employees**."  For the avoidance of doubt, in no event shall any of the matters contemplated by this Section 8.03(a) (including the acceptance of such offer by any Applicable Employee) be a condition to Closing.

(b)     *No Obligations*.  No provision in this Section 8.03 or otherwise in this Agreement, whether express or implied, will (i) create any third-party beneficiary or other rights in any employee or former employee of Sellers or any of their subsidiaries or Affiliates (including any beneficiary or dependent thereof), any other participant in any seller benefit plan or any other Person; (ii) create any rights to continued employment with Sellers, Buyer or any of their respective subsidiaries or Affiliates or in any way limit the ability of Sellers, Buyer or any of their respective subsidiaries or Affiliates to terminate the employment of any individual at any time and for any reason; or (iii) constitute or be deemed to constitute an amendment to any seller benefit plan or any other employee benefit plan, program, policy, agreement or arrangement sponsored or maintained by Sellers, Buyer or any of their subsidiaries or Affiliates. For the avoidance of doubt, Buyer shall not be obligated to take any existing employment agreements or

arrangements, including benefit plans or benefit arrangements, with respect to any Transferred Employee.

Section 8.04.  *Post-Closing Books and Records and Personnel.*

For three years after the Closing Date, (a) Buyer will not dispose of or destroy any of the Records received by Buyer as Assets and (b) Buyer will allow Sellers (including, for clarity, any trust established under a Chapter 11 plan of Sellers or any other successors of Sellers) and any of its directors, officers, employees, counsel, representatives, accountants and auditors reasonable access during normal business hours, upon reasonable advance notice, to any Records included in the Assets for purposes relating to the Bankruptcy Case, the wind-down of the operations of Sellers or any such trusts or successors and Sellers (including any such trust or successors) and such directors, officers, employees, counsel, representatives, accountants and auditors will have the right to make copies of any such Records for such purposes.  Until the liquidation and winding up of Sellers' estate, Sellers may keep a copy of the Records.  In the event any Party desires to destroy any such Records prior to the time during which they must be maintained pursuant to this Section 8.04, such Party will first give 90 days' prior written notice to the other Party and such other Party will have the right at their option and expense, upon prior written notice given within such 90 day period to the Party desiring to destroy such Records or records, to take possession of the Records within 180 days after the date of such notice, or such shorter period as the liquidation and winding up of Sellers' estate will permit.  Except as required by Legal Requirements or to the extent required to enforce its rights with respect to the Excluded Liabilities, from and after the Closing, each Seller will keep confidential and not use the Records and any proprietary or non-proprietary engineering, geological, geophysical and seismic data, files and records that would have been included in the Records but for the failure to obtain a material Third Party consent.

Section 8.05.  *Disclaimers.*

(a)    *General Disclaimer.*  To the extent required by applicable Legal Requirements to be operative, the disclaimers of certain warranties contained in this Section 8.05 are "conspicuous disclaimers" for purposes of any applicable Legal Requirements.

(b)    **EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES OF THE PARTIES EXPRESSLY SET FORTH IN THIS AGREEMENT (AS MODIFIED BY THE SCHEDULES HERETO), (I) NO PARTY HERETO NOR ANY OTHER PERSON MAKES ANY REPRESENTATIONS OR WARRANTIES, EXPRESS, STATUTORY OR IMPLIED OR OTHERWISE, WITH RESPECT TO, OR IN RELATION TO, ANY OF THE ASSETS OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT, AND EACH OF THE PARTIES EXPRESSLY WAIVE AND ACKNOWLEDGE THAT NONE OF THE OTHER PARTIES MAKES ANY SUCH WARRANTY OR REPRESENTATION, AND SUCH PARTY IS NOT RELYING ON ANY SUCH WARRANTY OR REPRESENTATION BY ANY OTHER PARTY, (II) EACH PARTY EXPRESSLY DISCLAIMS ALL LIABILITY AND RESPONSIBILITY FOR ANY REPRESENTATION, WARRANTY, STATEMENT OR INFORMATION MADE OR COMMUNICATED (ORALLY, IN WRITING OR OTHERWISE) TO THE OTHER PARTIES OR ANY OF THEIR AFFILIATES, EMPLOYEES, AGENTS,**

47

**CONSULTANTS OR REPRESENTATIVES (INCLUDING ANY STATEMENT, OPINION, INFORMATION, PROJECTION OR ADVICE THAT MAY HAVE BEEN PROVIDED TO BUYER BY ANY OFFICER, DIRECTOR, EMPLOYEE, AGENT, CONSULTANT, REPRESENTATIVE OR ADVISOR OF SELLERS OR ANY OF THEIR AFFILIATES) AND (III) ALL PROPERTIES INCLUDED IN THE ASSETS WILL BE CONVEYED BY SELLERS AND ACCEPTED BY BUYER PRECISELY AND ONLY AS IS, WHERE IS, AND WITH ALL DEFECTS AND FAULTS WITHOUT RECOURSE AND WITHOUT WARRANTY (INCLUDING WITHOUT ANY WARRANTY OF TITLE).**

(c)      **EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES OF SELLERS EXPRESSLY SET FORTH IN ARTICLE 5, BUYER ACKNOWLEDGES AND AGREES THAT SELLERS ARE CONVEYING THE ASSETS WITHOUT REPRESENTATION OR WARRANTY, EITHER EXPRESS OR IMPLIED AT COMMON LAW, BY STATUTE, OR OTHERWISE (ALL OF WHICH SELLERS HEREBY DISCLAIM), RELATING TO (I) TITLE, (II) THE MERCHANTABILITY, DESIGN, OPERATING CONDITION, OR QUALITY OF THE WELLS AND THE EQUIPMENT, (III) THE FITNESS OF THE WELLS AND THE EQUIPMENT FOR ANY PARTICULAR PURPOSE, (IV) THE ABSENCE OF PATENT, LATENT OR REDHIBITORY VICES OR DEFECTS, (V) THE ENVIRONMENTAL OR PHYSICAL CONDITION OF THE ASSETS (SURFACE AND SUBSURFACE), (VI) THE QUANTITY, RECOVERABILITY, OR VALUE OF HYDROCARBON RESERVES, (VII) COMPLIANCE WITH LEGAL REQUIREMENTS, (VIII) THE CONTENTS, CHARACTER OR NATURE OF ANY INFORMATION MEMORANDUM, OR ANY REPORT OF ANY PETROLEUM ENGINEERING CONSULTANT, OR ANY ENGINEERING, GEOLOGICAL OR SEISMIC DATA OR INTERPRETATION, RELATING TO THE ASSETS, (IX) GEOGRAPHIC, GEOLOGIC OR GEOPHYSICAL CHARACTERISTICS, OR THE EXISTENCE, QUANTITY, QUALITY OR RECOVERABILITY OF HYDROCARBONS IN OR FROM THE ASSETS, (X) ANY ESTIMATES OF THE VALUE OF THE ASSETS OR FUTURE REVENUES GENERATED BY THE ASSETS, (XI) CONTRACTUAL, ECONOMIC, FINANCIAL INFORMATION AND/OR OTHER DATA AND ANY RELATED MAPS, ESTIMATIONS OR PROJECTIONS MADE IN SALE PRESENTATIONS, MARKETING MATERIALS, (XII) CONTINUED FINANCIAL VIABILITY, INCLUDING PRESENT OR FUTURE VALUE OR ANTICIPATED INCOME OR PROFITS, (XIII) THE CONTENT, CHARACTER OR NATURE OF ANY INFORMATION MEMORANDUM, REPORTS, BROCHURES, CHARTS OR STATEMENTS PREPARED BY THIRD PARTIES, (XIV) ANY OTHER MATERIALS OR INFORMATION THAT MAY HAVE BEEN MADE AVAILABLE OR COMMUNICATED TO BUYER OR ITS AFFILIATES, OR ITS OR THEIR EMPLOYEES, AGENTS, CONSULTANTS, REPRESENTATIVES OR ADVISORS IN CONNECTION WITH THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT OR ANY DISCUSSION OR PRESENTATION RELATING THERETO, (XV) ANY IMPLIED OR EXPRESS WARRANTY OF FREEDOM FROM PATENT OR TRADEMARK INFRINGEMENT, (XVI) THE CONTINUING EXISTENCE OR MAINTENANCE OF ANY LEASE, (XVII) ABILITY TO PRODUCE, INCLUDING PRODUCTION DECLINE RATES, (XVIII) COSTS, EXPENSES, REVENUES,**

**RECEIPTS, PRICES, ACCOUNTS RECEIVABLE, OR ACCOUNTS PAYABLE, OR (XIX) ANY OTHER MATTER WHATSOEVER, IT BEING EXPRESSLY UNDERSTOOD AND AGREED BY THE PARTIES THAT BUYER WILL BE DEEMED TO BE OBTAINING THE ASSETS IN THEIR PRESENT STATUS, CONDITION AND STATE OF REPAIR, "AS IS" AND "WHERE IS" WITH ALL FAULTS AND THAT BUYER HAS MADE OR CAUSED TO BE MADE SUCH INSPECTIONS AS BUYER DEEMS APPROPRIATE AND BUYER IRREVOCABLY WAIVES ANY AND ALL CLAIMS THEY MAY HAVE AGAINST SELLERS ASSOCIATED WITH SAME.**

(d)    **EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES OF SELLERS EXPRESSLY SET FORTH IN ARTICLE 5, SELLERS HAVE NOT AND WILL NOT MAKE ANY REPRESENTATION OR WARRANTY REGARDING ANY MATTER OR CIRCUMSTANCE RELATING TO ENVIRONMENTAL LAW, ASSUMED LIABILITIES RELATING TO ENVIRONMENTAL LAW, THE RELEASE OF MATERIALS INTO THE ENVIRONMENT OR THE PROTECTION OF HUMAN HEALTH, SAFETY, NATURAL RESOURCES OR THE ENVIRONMENT, OR ANY OTHER ENVIRONMENTAL CONDITION OF THE ASSETS, AND NOTHING IN THIS AGREEMENT OR OTHERWISE WILL BE CONSTRUED AS SUCH A REPRESENTATION OR WARRANTY, AND BUYER IS DEEMED TO BE TAKING THE ASSETS "AS IS" AND "WHERE IS" FOR PURPOSES OF THEIR ENVIRONMENTAL CONDITION.**

(e)    Buyer hereby acknowledges and agrees that Buyer's sole remedy with respect to any failure of Sellers to have Defensible Title to the Assets (or to deliver the Assets Free and Clear) shall be the closing condition set forth in Section 9.01 with respect to the representations and warranties made in Section 5.17, and in no event shall (i) Buyer or any of its Affiliates assert any Claim or right against any Seller or any of its Affiliates or (ii) Seller or any of its Affiliates have any Liability to Buyer or any of its Affiliates with respect to any such failure at any time after the Closing.

Section 8.06.    *Successor Operator.*

Sellers will use commercially reasonable efforts to support Buyer's efforts to be appointed or to have a designee appointed as the successor operator of those Properties that any Seller currently operates; *provided*, *however*, that Sellers will not be obligated to pay any consideration or grant any accommodation in connection therewith.  Notwithstanding the foregoing, Sellers makes no representations or warranties to Buyer as to the transferability of operatorship of any Properties which a Seller currently operates.  Rights and obligations associated with operatorship of the Properties are governed by operating agreements or similar agreements and, to the extent such agreements are Assigned Contracts, will be determined in accordance with the terms of such agreements.

Section 8.07.    *Additional Transaction Documents*.

Between the Execution Date and the Closing Date, the Parties shall use their reasonable best efforts to negotiate in good faith the terms and conditions of a definitive transition services agreement (the "**Transition Services Agreement**"), which Transition Services Agreement shall

(a) provide for the provision of services within the categories set forth on Exhibit G, together with any other mutually agreed services, to the extent the provision of such services is not prohibited by Contract or applicable Legal Requirements, (b) include provisions governing (i) the delivery of the services and (ii) the liability of the parties thereunder that, in each case, are consistent with the terms set forth on Exhibit G and (c) contemplate such services being provided for such fees set forth on Exhibit G or as otherwise mutually agreed by the parties thereunder.

<div align="center">ARTICLE 9<br>CONDITIONS PRECEDENT TO OBLIGATIONS OF BUYER TO CLOSE</div>

The obligation of Buyer to consummate the transactions contemplated by this Agreement is subject to the satisfaction or waiver in writing by Buyer, at or prior to the Closing, of each of the following conditions:

Section 9.01.  *Accuracy of Representations.*

The representations and warranties of Sellers contained in Section 5.01, Section 5.02 and Section 5.14 shall be true and correct in all material respects on and as of the Closing, except to the extent expressly made as of an earlier date, in which case as of such earlier date, and the other representations and warranties of Sellers contained in this Agreement (without giving effect to any qualifications or exceptions as to "materiality" or "Material Adverse Effect" set forth therein) shall be true and correct on and as of the Closing, except to the extent expressly made as of an earlier date, in which case as of such earlier date, except for such failures to be so true and correct, individually or in the aggregate, as would not have a Material Adverse Effect, and Buyer shall have received a certificate of EdgeMarc to such effect signed by a duly authorized officer thereof.

Section 9.02.  *Sellers' Performance.*

Sellers shall not have materially breached their covenants that they are required to perform pursuant to this Agreement prior to the Closing, and Buyer shall have received a certificate of each Seller to such effect signed by a duly authorized officer thereof.

Section 9.03.  *Sellers' Deliveries.*

Each of the deliveries required to be made to Buyer pursuant to Section 4.04 shall have been delivered (or Sellers shall be ready, willing and able to make such deliveries).

Section 9.04.  *Sale Order.*

The Bankruptcy Court shall have entered the Sale Order and the Sale Order shall be a Final Order and the effectiveness of such Sale Order shall not be stayed.

Section 9.05.  *Midstream Agreement.*

If a Necessary Consent is required for the Midstream Agreement, either (a) the Bankruptcy Court shall have entered an Order providing that such consent is not required or (b)

the counterparty to the Midstream Agreement shall have consented to the assignment to Buyer of such Midstream Agreement.

## ARTICLE 10
## CONDITIONS PRECEDENT TO THE OBLIGATION OF BUYER AND SELLERS

The respective obligations of Buyer and Sellers to consummate the transactions contemplated by this Agreement are subject to the satisfaction or waiver in a joint writing by Buyer and Sellers, at or prior to the Closing, of each of the following conditions:

Section 10.01. *No Order.*

There shall not be in effect any Order by a Governmental Authority of competent jurisdiction restraining, enjoining or otherwise prohibiting the consummation of the transactions contemplated hereby.

## ARTICLE 11
## CONDITIONS PRECEDENT TO THE OBLIGATION OF SELLERS TO CLOSE

Sellers' obligation to consummate the transactions contemplated by this Agreement is subject to the satisfaction or waiver in writing by EdgeMarc, at or prior to the Closing, of each of the following conditions:

Section 11.01. *Accuracy of Representations.*

The representations and warranties of Buyer contained in this Agreement that are not qualified by materiality shall be true and correct in all material respects on and as of the Closing, except to the extent expressly made as of an earlier date, in which case as of such earlier date, and the representations and warranties of Buyer contained in this Agreement that are qualified by materiality shall be true and correct in all respects on and as of the Closing, except to the extent expressly made as of an earlier date, in which case as of such earlier date, and Sellers shall have received a certificate of Buyer to such effect signed by a duly authorized officer thereof.

Section 11.02. *Buyer's Performance.*

Buyer shall not have materially breached its covenants that it is required to perform pursuant to this Agreement prior to the Closing, and Sellers shall have received a certificate of Buyer to such effect signed by a duly authorized officer thereof.

Section 11.03. *Buyer's Deliveries.*

Each of the deliveries required to be made to Sellers pursuant to Section 4.03 shall have been delivered (or Buyer shall be ready, willing and able to make such deliveries).

Section 11.04. *Sale Order.*

The Bankruptcy Court shall have entered the Sale Order and the effectiveness of such Sale Order shall not be stayed.

ARTICLE 12
TERMINATION

Section 12.01. *Termination Events.*

Notwithstanding anything herein to the contrary, this Agreement may be terminated at any time prior to the Closing:

(a)    by mutual written agreement of EdgeMarc and Buyer;

(b)    by written notice of either EdgeMarc or Buyer to such other Party if:

(i)    Buyer is not the Successful Bidder or the Backup Bidder at the Auction; *provided*, *however*, that EdgeMarc shall not have a right to terminate this Agreement pursuant to this Section 12.01(b)(i) prior to the entry of the Bidding Procedures Supplemental Order;

(ii)    the Closing has not occurred by the close of business on October 31, 2019 (the "**Outside Date**"); *provided*, *however*; that a Party may not terminate this Agreement pursuant to this Section 12.01(b)(ii) if such Party is in material breach of any of its representations, warranties, covenants or agreements contained herein;

(iii)    there is in effect a final and non-appealable Order by a Governmental Authority of competent jurisdiction restraining, enjoining or otherwise prohibiting the consummation of the transactions contemplated by this Agreement (an "**Adverse Determination**"); or

(iv)    the Bankruptcy Court shall have entered an Order approving or authorizing any Alternative Transaction or Sellers shall have entered into any definitive agreement with respect to an Alternative Transaction; *provided*, *however*, that (x) EdgeMarc shall not be permitted to terminate this Agreement pursuant to this Section 12.01(b)(iv) either (a) prior to the entry of the Bidding Procedures Supplemental Order or (b) if Buyer is the Successful Bidder or if no Qualified Bids are submitted by the Bid Deadline, each as defined in the Bidding Procedures and (y) Buyer shall not be permitted to terminate this Agreement pursuant to this Section 12.01(b)(iv) prior to the Backup Bid Termination Date if Buyer is the Back-up Bidder;

(c)    so long as Buyer is not in material breach under this Agreement, by Buyer by written notice to EdgeMarc if:

(i)    (A) Sellers breach any representation or warranty or any covenant or agreement contained in this Agreement, (B) such breach would result in a failure of a condition set forth in Article 9 or Article 10 and (C) such breach has not been cured by the earlier of (1) 20 Business Days after the giving of written notice by Buyer to Sellers of such breach and (2) the Outside Date;

(ii)    Sellers file a motion to have the Bankruptcy Court enter an Order dismissing, or converting the Bankruptcy Case into cases under chapter 7 of the

Bankruptcy Code or appointing a trustee in the Bankruptcy Cases or appointing an examiner with enlarged power related to the operation of the Business (beyond those set forth in Section 1106(a)(3) or (4) of the Bankruptcy Code) under Section 1106(b) of the Bankruptcy Code;

      (iii)    Sellers (x) withdraw or seek authority to withdraw the Bidding Procedures, the Bidding Procedures Supplement or the Sale Motion at any time after the filing thereof without Buyer's written consent or (y) announce any stand-alone plan of reorganization or liquidation with respect to the Assets, a support agreement in respect of any such plan of reorganization or liquidation, or support any such plan filed by another party;

      (iv)    Sellers have not filed the Bidding Procedures Supplement on the Execution Date or by 4:00 p.m. (New York time) on the first Business Day after the Execution Date; or

      (v)    the Bidding Procedures Supplemental Order has not been entered by the Bankruptcy Court within 15 days after the Execution Date (excluding any delay based on the Bankruptcy Court's availability or entry of such Order following the hearing on the Bid Procedures);

    (d)    so long as Sellers are not in breach of their obligations under this Agreement, by EdgeMarc by written notice to Buyer if (i) Buyer breaches any representation or warranty or any covenant or agreement contained in this Agreement, (ii) such breach would result in a failure of a condition set forth in Article 10 or Article 11 and (iii) such breach has not been cured by the earlier of (1) 20 Business Days after the giving of written notice by EdgeMarc to Buyer of such breach and (2) the Outside Date; or

    (e)    by EdgeMarc, if (i) Buyer fails to consummate the transactions contemplated hereby, including payment of the Purchase Price, as and when required by Article 4 or (ii) the board of managers of EdgeMarc determines, in good faith based on the advice of outside legal counsel, that proceeding with the transactions contemplated hereby or failing to terminate this Agreement would be inconsistent with the board's fiduciary obligations under applicable Legal Requirements; *provided*, *however*, that EdgeMarc shall not have a right to terminate this Agreement pursuant to this Section 12.01(e)(ii) prior to the entry of the Bidding Procedures Supplemental Order.

    Section 12.02. *Effect of Termination.*

    In the event of a valid termination of this Agreement by Buyer or Sellers pursuant to this Article 12, all rights and obligations under this Agreement will terminate without any Liability of any Party or Person to any other Party or Person; *provided*, *however*, that nothing herein will relieve any Party from Liability for any intentional and knowing breach of this Agreement prior to such termination.  The provisions of this Section 12.02, Section 3.02, Section 7.01(b), Section 12.03, and Section 13.07 (and, to the extent applicable to the interpretation or enforcement of such provisions, Article 1 and Article 13) will expressly survive the termination of this Agreement.

Section 12.03. *Break-Up Fee and Expense Reimbursement.*

(a)    Subject to entry of the Bidding Procedures Supplemental Order, in the event that this Agreement is terminated (1) by EdgeMarc or Buyer pursuant to Section 12.01(b)(i) or 12.01(b)(iv) or (2) by Buyer pursuant to Section 12.01(c)(iii)(y) and, in each case, the applicable Alternative Transaction is consummated, Buyer shall be entitled to payment of the Bid Protections from the proceeds of such Alternative Transaction upon consummation thereof, or (3) by Buyer pursuant to Section 12.01(c)(iii)(x), Buyer shall be entitled to payment of the Expense Reimbursement as set forth in Section 12.03(c)(ii).

(b)    Subject to entry of the Bidding Procedures Supplemental Order, additionally, if (i) this Agreement is terminated (A) by EdgeMarc pursuant to Section 12.01(e)(ii), (B) by Buyer pursuant to Section 12.01(c)(i), or (C) by EdgeMarc pursuant to Section 12.01(b)(ii) and, in the case of this clause (C), at the time of such termination all of Buyer's conditions to Closing had been satisfied or waived (other than the condition set forth in Section 9.03), (ii) at the time of such termination, Buyer was not in material breach under this Agreement and any Person shall have made to Sellers a bona fide proposal to consummate an Alternative Transaction and such proposal shall not have been withdrawn or rejected by Sellers prior to such termination, and (iii) within six months following the date of such termination, Sellers consummate an Alternative Transaction with such Person, Buyer shall be entitled to payment of the Bid Protections from the proceeds of such Alternative Transaction upon the consummation thereof.

(c)    If any of the Bid Protections are payable to Buyer pursuant to Section 12.03, EdgeMarc shall pay or cause to be paid to Buyer the Break-Up Fee and/or Expense Reimbursement, as applicable, by wire transfer of immediately available funds as follows:

(i)    in the event this Agreement has been terminated pursuant to Section 12.01(b)(i), Section 12.01(b)(iv), Section 12.01(c)(iii)(y), Section 12.01(c)(i) or Section 12.01(e)(ii), in each case, as set forth in Section 12.03(a) or Section 12.03(b), from the proceeds of the applicable Alternative Transaction upon the consummation thereof; *provided*, *however*, that if the applicable invoices for purposes of determining the amount of the Expense Reimbursement have not been received by EdgeMarc from Buyer by two Business Days prior to such time, EdgeMarc shall pay or cause to be paid the Expense Reimbursement within two Business Days after the receipt by EdgeMarc of such invoices; and

(ii)    in the event this Agreement has been terminated pursuant to Section 12.01(c)(iii)(x) requiring payment of the Expense Reimbursement only, within five Business Days of the termination of this Agreement; *provided, however*, that if the applicable invoices for purposes of determining the amount of the Expense Reimbursement have not been received by EdgeMarc from Buyer by two Business Days prior to such time, EdgeMarc shall pay or cause to be paid the Expense Reimbursement within three Business Days after the receipt by EdgeMarc of such invoices.

(d)    Subject to entry of the Bidding Procedures Supplemental Order, Buyer's right to payment of the Bid Protections shall constitute an administrative expense in the Bankruptcy Cases under sections 503(b) and 507(a)(2) of the Bankruptcy Code.

(e)    Each Party acknowledges that the agreements contained in this Section 12.03 are an integral part of this Agreement and that, without these agreements, the other Parties would not have entered into this Agreement.  Seller acknowledges that this Section 12.03 is a condition precedent to Buyer's execution of this Agreement and is, necessary to ensure that Buyer will continue to pursue the proposed acquisition of the Assets, and Seller acknowledges and agrees that the Bid Protections, if payable hereunder, (i) constitute actual and necessary costs and expenses of preserving Sellers' estates, within the meaning of Section 503(b) of the Bankruptcy Code, (ii) are of substantial benefit to Sellers' estates by, among other things, establishing a bid standard or minimum for other bidders and placing estate property in a sales configuration mode attracting other bidders to a potential auction, (iii) are reasonable and appropriate, including in light of the size and nature of the sale of the Assets by Sellers to Buyer contemplated hereby and the efforts that have been or will be expended by Buyer, notwithstanding that such sale is subject to higher and better offers, and (iv) were negotiated by the Parties at arm's-length and in good faith.

Section 12.04. *Procedures Upon Termination.*

In the event of termination pursuant to Section 12.01, the terminating Party will give written notice thereof to the other Party or Parties, and this Agreement will terminate (subject to Section 12.02) and the purchase of the Assets hereunder will be abandoned without further action by Buyer or Sellers.  If this Agreement is terminated as provided herein, each Party will redeliver all documents, work papers and other materials of any other Party relating to the transactions contemplated hereby, whether so obtained before or after the execution hereof, to the Party furnishing the same.

## ARTICLE 13
## GENERAL PROVISIONS

Section 13.01. *No Survival of Representations and Warranties.*

The representations and warranties contained herein and in any certificate or other Transaction Document delivered by any Party pursuant to this Agreement will terminate upon and not survive the Closing and there will be no Liability thereafter in respect thereof.  Each Party's covenants and other agreements contained in this Agreement will terminate upon the Closing, except the Post-Closing Covenants applicable to such Party, which will survive the Closing until the earlier of (a) performance of such Post-Closing Covenant in accordance with this Agreement or, (b)(i) if time for performance of such Post-Closing Covenant is specified in this Agreement, thirty (30) days following the expiration of the time period for such performance, or (ii) if time for performance of such Post-Closing Covenant is not specified in this Agreement, the expiration of the applicable statute of limitations with respect to any claim for any failure to perform such Post-Closing Covenant; *provided* that if a written notice of any claim with respect to any Post-Closing Covenant is given prior to the expiration thereof then such Post-Closing Covenant will survive until, but only for purposes of, the resolution of such claim by final, non-appealable judgment or settlement.

Section 13.02. *Notices.*

All notices, consents, waivers and other communications under this Agreement must be in writing and will be deemed to have been duly given (a) when delivered by hand (with written confirmation of receipt), (b) when sent by email (with read receipt received), (c) one Business Day following the day sent by overnight courier (with written confirmation of receipt), or (d) when received by the addressee, if sent by registered or certified mail (postage prepaid, return receipt requested), in each case to the appropriate addresses and representatives (if applicable) set forth below (or to such other addresses and representatives as a Party may designate by notice to the other Parties):

    (i)    If to any Seller, then to:

        EdgeMarc Energy Holdings, LLC.
        Attn: Callum Streeter
        1800 Main Street, Suite 220
        Canonsburg, PA 15317
        Phone: 412-564-1290
        E-mail: CStreeter@edgemarcenergy.com

        with a copy (which will not constitute notice) to:

        Davis Polk & Wardwell LLP
        Attn: Darren S. Klein
            Brian Wolfe
        450 Lexington Avenue
        New York, New York 10017
        Phone: (212) 450-4725
            (212) 450-4140
        E-mail: darren.klein@davispolk.com
            brian.wolfe@davispolk.com

    (ii)    If to Buyer:

        Diversified Gas & Oil Corporation
        Attn: Ben Sullivan, Executive Vice President & General Counsel
        1800 Corporate Drive
        Birmingham, AL 35242
        Phone: (304) 353-5012
        E-mail: bsullivan@dgoc.com

        with a copy (which will not constitute notice) to:

        Baker Botts L.L.P.
        Attn: Mike L. Bengtson
            Jim Prince
        30 Rockefeller Plaza

> New York, New York 10112
> Phone: (212) 408-2504
>           (214) 953-6612
> E-mail: mike.bengtson@bakerbotts.com
>           jim.prince@bakerbotts.com

Section 13.03. *Waiver; Waiver of Damages.*

(a)      Neither the failure nor any delay by any Party in exercising any right, power or privilege under this Agreement or the documents referred to in this Agreement will operate as a waiver of such right, power or privilege, and no single or partial exercise of any such right, power or privilege will preclude any other or further exercise of such right, power or privilege or the exercise of any other right, power or privilege.  To the maximum extent permitted by applicable Legal Requirements, (i) no waiver that may be given by a Party will be applicable except in the specific instance for which it is given, and (ii) no notice to or demand on one Party will be deemed to be a waiver of any right of the party hereto that gives such notice or demand to take further action without notice or demand.

(b)      NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, NO PARTY WILL BE LIABLE TO ANY OTHER PARTY HERETO FOR SPECIAL, INDIRECT, EXEMPLARY, CONSEQUENTIAL (INCLUDING LOST PROFITS) OR PUNITIVE DAMAGES ARISING OUT OF, ASSOCIATED WITH, OR RELATING TO THIS AGREEMENT AND THE PARTIES HEREBY WAIVE ALL CLAIMS FOR ANY SUCH DAMAGES.

Section 13.04. *Entire Agreement; Amendment.*

This Agreement (including the Schedules, Disclosure Schedules and the Exhibits) and the other Transaction Documents supersede all prior agreements between Buyer and Sellers with respect to its subject matter and constitute a complete and exclusive statement of the terms of the agreements between Buyer and Sellers with respect to the subject matter hereof and thereof. This Agreement, including all exhibits hereto, may not be amended, modified or supplemented, or the terms hereof waived, except by a written agreement executed by all of the Parties.

Section 13.05. *Assignment.*

This Agreement, and the rights, interests and obligations hereunder, may not be assigned (a) by Sellers to the purchaser of Sellers' assets in the State of Pennsylvania or (b) by any Party (by operation of law or otherwise) without the express written consent of the other Parties; *provided*, *however*, that, upon prior written notice to Buyer, Sellers may assign some or all of their rights or delegate some or all of their obligations hereunder to successor entities pursuant to a plan of reorganization confirmed by the Bankruptcy Court; *provided*, *further*, that, upon prior written notice to EdgeMarc, Buyer may assign some or all of its rights or delegate some or all of their obligations hereunder to one or more wholly-owned Subsidiaries of Buyer so long as Buyer remains fully responsible for the performance of the delegated obligations.  Any assignment in violation of this Section 13.05 will be deemed void *ab initio*.  This Agreement will be binding upon and inure to the benefit of the Parties and their respective successors and permitted assigns.

Section 13.06. *Severability.*

The provisions of this Agreement will be deemed severable, and the invalidity or unenforceability of any provision will not affect the validity or enforceability of the other provisions hereof. If any provision of this Agreement, or the application thereof to any Person or any circumstance, is invalid or unenforceable, (a) the Parties will negotiate in good faith to modify this Agreement so as to effect the original intent of the Parties as closely as possible in an acceptable manner in order that the transactions contemplated hereby are consummated as originally contemplated to the greatest extent possible and (b) the remainder of this Agreement and the application of such provision to other Persons or circumstances will not be affected by such invalidity or unenforceability.

Section 13.07. *Expenses.*

Each of Sellers, on the one hand, and Buyer, on the other hand, will bear its own respective expenses incurred in connection with the negotiation and execution of this Agreement, the other Transaction Documents and the transactions contemplated hereby and thereby; provided, that Sellers shall be responsible for 100% of the fees, costs and expenses of Landis, Rath & Cobb LLP under the Deposit Agreement or with respect to the handling of the Deposit Amount. The Parties acknowledge and agree that Buyer's entitlement to the Bid Protections (to the extent applicable) shall constitute liquidated damages (and not a penalty) and shall be deemed to be the sole and exclusive remedy of Buyer and any other Person against Sellers in connection with this Agreement and the transactions contemplated hereby.

Section 13.08. *Specific Performance.*

The Parties agree that irreparable damage would occur if any provision of this Agreement is not performed in accordance with the terms hereof, including if any of the Parties fails to take any action required of it hereunder to consummate the transactions contemplated by this Agreement, and, accordingly, (a) prior to the Closing, each Party will be entitled to an injunction or injunctions without proof of damages or posting a bond or other security to prevent breaches of this Agreement or to enforce specifically the performance of the terms and provisions hereof, including specific performance of such covenants, promises or agreements or an order enjoining such party hereto from any threatened, or from the continuation of any actual, breach of the covenants, promises or agreements contained in this Agreement, and (b) from and after the Closing, any Party will be entitled to an injunction or injunctions without proof of damages or posting a bond or other security to prevent breaches of this Agreement or to enforce specifically the performance of the terms and provisions hereof, in addition to any other remedy to which they are entitled at law or in equity. Unless otherwise expressly stated in this Agreement, no right or remedy described or provided in this Agreement is intended to be exclusive or to preclude a Party from pursuing other rights and remedies to the extent available under this Agreement, at law or in equity. The right of specific performance and other equitable relief is an integral part of the transactions contemplated by this Agreement and without that right, neither Sellers nor Buyer would have entered into this Agreement.

Section 13.09. *Governing Law; Consent to Jurisdiction and Venue; Jury Trial Waiver.*

(a)     **Except (i) to the extent the mandatory provisions of the Bankruptcy Code apply and (ii) except for any real or immovable property issues, which will be governed by and construed and enforced in accordance with the internal laws of the State in which such real or immovable property is located (without reference to the choice of law rules of such State), this Agreement will be governed by, and construed in accordance with, the laws of the State of Delaware applicable to contracts made and to be performed entirely in such state without regard to principles of conflicts or choice of laws or any other law that would make the laws of any other jurisdiction other than the State of Delaware applicable hereto.**

(b)     Without limitation of any Party's right to appeal any Order of the Bankruptcy Court, (i) the Bankruptcy Court will retain exclusive jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes which may arise or result from, or be connected with, this Agreement, any breach or default hereunder, or the transactions contemplated hereby and (ii) any and all claims relating to the foregoing will be filed and maintained only in the Bankruptcy Court, and the Parties hereby consent and submit to the exclusive jurisdiction and venue of the Bankruptcy Court and irrevocably waive the defense of an inconvenient forum to the maintenance of any such Proceeding; *provided*, however, that, if the Bankruptcy Case is closed pursuant to Section 350 of the Bankruptcy Code, the Parties agree to unconditionally and irrevocably submit to the exclusive jurisdiction of the state courts of Pennsylvania and any state appellate court within the State of Pennsylvania (or, in the event (but only in the event) that such court does not have subject matter jurisdiction over such Proceeding, in the United States District Court for the Western District of Pennsylvania) and any appellate court from any thereof for the resolution of any such claim or dispute. The Parties each hereby irrevocably waive, to the fullest extent permitted by applicable Legal Requirements, the defense of an inconvenient forum to the maintenance of any such Proceeding. The Parties each consent to service of process by mail (in accordance with Section 13.02) or any other manner permitted by law.

(c)     THE PARTIES HEREBY IRREVOCABLY WAIVE ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER BASED IN CONTRACT, TORT OR OTHERWISE) ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE ACTIONS OF ANY PARTY OR SUCH PARTY'S REPRESENTATIVES IN THE NEGOTIATION OR PERFORMANCE HEREOF.

Section 13.10. *Counterparts.*

This Agreement and any amendment hereto may be executed in one (1) or more counterparts, each of which will be deemed to be an original of this Agreement or such amendment and all of which, when taken together, will constitute one and the same instrument. Notwithstanding anything to the contrary in Section 13.02, delivery of an executed counterpart of a signature page to this Agreement or any amendment hereto by facsimile or email attachment will be effective as delivery of a manually executed counterpart of this Agreement or such amendment, as applicable.

Section 13.11. *Parties in Interest; No Third Party Beneficiaries.*

This Agreement will inure to the benefit of and be binding upon Buyer, Sellers and their respective successors and permitted assigns. This Agreement is for the sole benefit of the Parties

and their permitted assigns, and nothing herein, express or implied, is intended to or will confer upon any other Person any legal or equitable benefit, claim, cause of action, remedy or right of any kind, except that Section 13.02 is intended for the benefit of and is enforceable by any former, current or future Affiliate, incorporator, controlling Person, fiduciary, Representative, co-owner or equity holder of any Party (or any of their successors or permitted assignees) (the "**Party Affiliates**"), *provided* that in each case such party will be subject to all the limitations and procedures of this Agreement as if it were a Party hereunder.

Section 13.12. *No Recourse.*

(a)    Any claim or cause of action based upon, arising out of, or related to this Agreement or any agreement, document or instrument contemplated hereby may only be brought against the Parties hereto, and then only with respect to the specific obligations set forth herein or therein.  Other than the Parties hereto, no other Person (including any Party Affiliate) shall have any liability or obligation for any of the representations, warranties, covenants, agreements, obligations or Liabilities of any party under this Agreement, the other Transaction Documents, or any other agreement contemplated hereto and thereto or of or for any Proceeding based on, in respect of, or by reason of, the transactions contemplated hereby or thereby (including the breach, termination or failure to consummate such transactions), in each case whether based on contract, tort, fraud, strict liability, other Legal Requirements or otherwise and whether by piercing the corporate veil, by a claim by or on behalf of a Party hereto or another Person or otherwise.

(b)    Effective at and after the Closing, Buyer hereby waives and releases on behalf of itself and each of its Party Affiliates (the "**Buyer Releasors**"), to the fullest extent permitted by applicable Legal Requirements, any and all rights and claims (whether absolute or contingent, liquidated or unliquidated, known or unknown, determined, determinable or otherwise) that any of the Buyer Releasors may now or hereafter have against any of the Sellers or their respective Party Affiliates, whether in law or in equity, to the extent relating to the Assets or the management or operation thereof (other than any relationships wholly unrelated to the transactions contemplated hereby entered into after the Closing), or the Assumed Liabilities, except that Buyer Releasors expressly retain all rights and claims arising under this Agreement or any other Transaction Document.  The rights and claims waived and released by the Buyer Releasors hereunder include claims for damages, indemnification, contribution and other rights of recovery arising out of or relating to any breach of contract, misrepresentation or breach of warranty, negligent misrepresentation and all other claims for breach of duty.  From and after the Closing, the Buyer shall not, and shall cause each of the other Buyer Releasors not to, bring any action, suit or proceeding against any of the Seller Indemnified Persons, whether at law or in equity, with respect to any of the rights or claims waived and released by the Buyer Releasors hereunder.

Section 13.13. *Disclosure Schedules; Materiality.*

The inclusion of any matter in any Disclosure Schedule will be deemed to be a disclosure in all other Disclosure Schedules, without the need for repetition or cross reference, to the extent that the relevance of such disclosure to the other Disclosure Schedules is reasonably apparent. The inclusion of any matter in any Disclosure Schedule will not be deemed to constitute an

admission, or otherwise imply, that any such matter is material or creates a measure for materiality for purposes of this Agreement.  The disclosure of any particular fact or item in any Disclosure Schedule will not be deemed an admission as to whether the fact or item is "material" or would constitute a "Material Adverse Effect." From time to time prior to the Closing, Sellers will have the right to supplement or amend the Disclosure Schedules with respect to any matter hereafter arising or discovered after the delivery of the Disclosure Schedules pursuant to this Agreement; *provided* that no such supplement or amendment after the execution of this Agreement will have any effect on the satisfaction of the condition to Closing set forth in Section 9.01.

Section 13.14. *Liquidating Trustee.*

If at any time any Seller liquidates, its estate is converted to Chapter 7, or otherwise has a trustee or other representative appointed by the Bankruptcy Court (as applicable, a "**Trustee**"), then (a) such Trustee will be bound to perform the obligations of Sellers and will be entitled to exercise the rights of Sellers under this Agreement, and (b) with respect to all of Sellers' assets that are abandoned (if any) following the Execution Date, Sellers grant to such Trustee a power of attorney for purposes performing Sellers' obligations under Section 2.06 with respect to such abandoned assets.  Sellers acknowledge and agree that the power of attorney granted to such Trustee (if any) pursuant to the foregoing clause (b) is coupled with an interest and will be irrevocable.  Further, such power of attorney will also be granted to Buyer for purposes of performing Sellers' obligations under Section 2.06 with respect to such abandoned assets, as determined by Buyer, and in the event Buyer exercises such power of attorney, the Trustee will not commit any act or take any action that is inconsistent with such exercise by Buyer, except as requested in writing by Buyer.

Section 13.15. *Seller Representative.*

(a)     Each EM Subsidiary, by executing this Agreement, irrevocably constitutes and appoints EdgeMarc and its successors, acting as hereinafter provided, as such appointing Person's attorney-in- fact to act on behalf of such Person in connection with the authority granted to EdgeMarc pursuant to this Section 13.15, and acknowledges that such appointment is coupled with an interest.

(b)     Each EM Subsidiary, by the appointment described in Section 13.15(a), (i) authorizes EdgeMarc subsequent to the Execution Date (A) to give and receive written consents, reports, notices and communications to or from Buyer relating to this Agreement, the transactions contemplated by this Agreement and the other Transaction Documents, (B) to act on such appointing Person's behalf with respect to any and all matters affecting such appointing Person in this Agreement, including giving and receiving all notices and communications to be given or received with respect to any such matters, and (C) to negotiate, compromise and resolve any dispute that may arise under this Agreement; *provided*, however, that in each of clauses (A) through (C) preceding, EdgeMarc will not have the authority to execute any agreements or documents (other than consents, reports, notices and communications) on behalf of each EM Subsidiary, and (ii) agrees to be bound by all agreements and determinations made by and documents executed and delivered by EdgeMarc pursuant to the authority granted to EdgeMarc hereunder.

(c)    Each EM Subsidiary, by the execution of this Agreement, expressly acknowledges and agrees that (i) EdgeMarc is authorized to act on its behalf with respect to this Agreement, notwithstanding any dispute or disagreement between such appointing Person and EdgeMarc, and (ii) Buyer will be entitled to solely interact with, and rely on any and all actions taken by, EdgeMarc under this Agreement without any liability to, or obligation to inquire of, such appointing Person.  Any notice or communication given or received by, and any decision, action, failure to act within a designated period of time, agreement, consent, settlement, resolution or instruction of, EdgeMarc that is within the scope of EdgeMarc's authority under this Section 13.15 will constitute a notice or communication to or by, or a decision, action, failure to act within a designated period of time, agreement, consent, settlement, resolution or instruction of Sellers and will be final, binding and conclusive upon such appointing Person.  Buyer will be entitled to rely upon any such notice, communication, decision, action, failure to act within a designated period of time, agreement, consent, settlement, resolution or instruction as being a notice or communication to or by, or a decision, action, failure to act within a designated period of time, agreement, consent, settlement, resolution or interaction of, such appointing Person and Sellers.

Section 13.16. *Frustration of Closing Conditions.*

No Party may rely on the failure of any condition set forth in Articles 9, 10 or 11, as the case may be, if such failure was caused by such Party's failure to comply with any provision of this Agreement.

[*Signature page follows.*]

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed and delivered by their duly authorized representatives, all as of the day and year first above written.

**EdgeMarc Energy Holdings, LLC**

By:
Name: ALAN SHEPARD
Title: CFO

**EM Subsidiaries:**

**EM Energy Manager, LLC**

By:
Name: ALAN SHEPARD
Title: CFO

**EM Energy Employer, LLC**

By:
Name: ALAN SHEPARD
Title: CFO

**EM Energy Ohio, LLC**

By:
Name: ALAN SHEPARD
Title: CFO

**EM Energy Pennsylvania, LLC**

By:
Name: ALAN SHEPARD
Title: CFO

*[Signature Page to Asset Purchase Agreement]*

**EM Energy West Virginia, LLC**

By: _____
Name: _____ ALAN SHEPARD _____
Title: _____ CFO _____

**EM Energy Midstream Ohio, LLC**

By: _____
Name: _____ ALAN SHEPARD _____
Title: _____ CFO _____

**EM Energy Midstream Pennsylvania, LLC**

By: _____
Name: _____ ALAN SHEPARD _____
Title: _____ CFO _____

**EM Energy Keystone, LLC**

By: _____
Name: _____ ALAN SHEPARD _____
Title: _____ CFO _____

**Diversified Gas & Oil Corporation**

By:

Name:   Bradley G. Gray

Title:   Executive Vice President and
       Chief Operating Officer

**Appendix A**
**Oil and Gas Provisions**

# ARTICLE 1

## DEFINITIONS

Section 1.1    **Certain Definitions**. As used herein, capitalized terms either have the meanings set forth (a) below or (b) in that certain Asset Purchase Agreement, dated July 24, 2019 (the "**Agreement**"), among EdgeMarc Energy Holdings, LLC, Diversified Gas & Oil Corporation, and the other parties thereto, to which this Appendix A forms a part.

# ARTICLE 2

## PURCHASE AND SALE

Section 2.1    **Adjustments to Unadjusted Cash Amount**. The Unadjusted Cash Amount shall be adjusted, without duplication, as follows:

(a)    the Unadjusted Cash Amount shall be decreased in accordance with (i) Section 3.2 of this Appendix A with respect to Casualty Losses and (ii) Section 3.3 of this Appendix A with respect to Interim Environmental Defects;

(b)    increased by the amount of all Asset Taxes that are allocated to Buyer in accordance with Section 8.01(b)(i) of the Agreement but that have been paid by Sellers on or before the Closing Date (which increase, for the avoidance of doubt, shall satisfy Buyer's obligations for Asset Taxes under Section 8.01(b)(i));

(c)    increased by the mark-to-market value, as of July 31, 2019, of the Acquired Hedge Contracts pursuant to Section 7.08;

(d)    decreased by the amount of all Asset Taxes that are allocated to any Seller in accordance with Section 8.01(b)(i) of the Agreement but that have not been paid by Sellers on or before the Closing Date (which reduction, for the avoidance of doubt, shall satisfy Sellers' obligations for Asset Taxes under Section 8.01(b)(i));

(e)    decreased by an amount equal to the aggregate amounts paid to Sellers in cash or cash equivalents prior to the Closing with respect to all income and proceeds earned with respect to the Assets from and after the Effective Time to (but excluding) the Closing Date, including all amounts earned from the sale, during the period from and after the Effective Time to (but excluding) the Closing Date, of Hydrocarbons produced from or attributable to the Assets during any period on or after the Effective Time to (but excluding) the Closing Date; *provided*, that, (1) notwithstanding anything herein to the contrary, for purposes of allocating production under this Section 2.1(e), (x) liquid Hydrocarbons shall be deemed to be "from or attributable to" the Assets when they are produced into the tank batteries related to or connected to each Well and (y) gaseous Hydrocarbons shall be deemed to be "from or attributable to" the Assets when they pass through the delivery point sales meters or similar meters at the point of entry into the

pipelines through which they are transported, (2) Sellers shall use reasonable interpolative procedures to arrive at an allocation of production when exact meter readings, gauging or strapping data are not available and (3) for the avoidance of doubt, this Section 2.1(e) shall not apply with respect to any amounts paid to the Sellers that are taken into account for purposes of the adjustment set forth in Section 2.1(g) of this Appendix A;

(f)    increased by $1,321 per day from and including the Effective Time to (but excluding) the Closing Date;

(g)    decreased by the net amounts paid to the Sellers in cash or cash equivalents prior to the Closing under the Acquired Hedge Contracts attributable to settlements that occur during the period between the Effective Time and the Closing Date;

(h)    decreased by the difference between the aggregate amount of the Suspense Funds and the amount of cash transferred to Buyer in respect of Suspense Funds pursuant to this Agreement;

(i)    decreased by the amount of 50% of Transfer Taxes (which reduction, for the avoidance of doubt, shall satisfy Sellers' obligation for Transfer Taxes pursuant to Section 8.01(a)); and

(j)    increased by an amount equal to (i) the aggregate amount of all Property Costs incurred by Sellers attributable to periods after the Effective Time that are paid by Sellers to Third Parties prior to the Closing Date *minus* (ii) any insurance proceeds actually received by Sellers under third-party, non-captive insurance policies in connection with Property Costs attributable to periods after the Effective Time.

Section 2.2    **Allocation of Purchase Price**. EdgeMarc and Buyer shall use commercially reasonable efforts to agree within 30 days after the Closing Date to an allocation of the Adjusted Cash Amount, the Assumed Liabilities and any other items properly treated as consideration for U.S. federal income tax purposes among the Assets in accordance with Section 1060 of the Code and the Treasury Regulations promulgated thereunder and, to the extent allowed by any Legal Requirement, in a manner consistent with the Allocated Values (the "**Allocation**"). If EdgeMarc and Buyer reach an agreement with respect to the Allocation, (i) Buyer and EdgeMarc shall use commercially reasonable efforts to update the Allocation in accordance with Section 1060 of the Code following any adjustment to the Adjusted Cash Amount pursuant to the Agreement (including this Appendix A), and (ii) Buyer and Seller shall, and shall cause their Affiliates to, report consistently with the Allocation, as adjusted, on all Tax Returns, including IRS Form 8594 (Asset Acquisition Statement under Section 1060), which Buyer and Seller shall timely file with the IRS, and neither Seller nor Buyer shall take any position for Tax purposes that is inconsistent with the Allocation, as adjusted, unless otherwise required by any Legal Requirement or with the consent of the other Party; *provided, however*, that neither Party shall be unreasonably impeded in its ability and discretion to negotiate, compromise and/or settle any Tax audit, claim or similar Proceeding in connection with such Allocation.  In the event that EdgeMarc and Buyer are unable to agree to the Allocation within 30 days after the Closing Date, then each Party shall be entitled to adopt its own position

regarding the Allocation; *provided,* that such position shall, to the extent allowed under applicable federal income Tax Legal Requirements, be consistent with the Allocated Values.

## ARTICLE 3

## COVENANTS OF THE PARTIES

Section 3.1    **Notice to Holders of Consent and Preferential Purchase Rights**. Promptly after the execution of the Agreement, EdgeMarc shall use commercially reasonable efforts to prepare and send, or cause to be prepared and sent, (a) notices to the holders of any Necessary Consents, approvals and authorizations that are set forth on Disclosure Schedule 5.03, requesting consents to the transactions contemplated by the Agreement, and (b) notices to the holders of any applicable Preferential Purchase Rights in compliance with the terms of such rights and requesting waivers of such rights. Sellers and Buyer shall cooperate and use commercially reasonable efforts to cause such consents, approvals and authorizations required to be obtained and delivered prior to Closing and all such Preferential Purchase Rights to be waived; *provided*, that Seller shall not be required to make payments or undertake obligations or grant any accommodation therefor to obtain the Necessary Consents, approvals or authorizations (but any such payments actually made shall be the sole expense of Sellers); *provided*, *further*, that in no event will there be any adjustment to the Unadjusted Cash Amount in respect of the failure to obtain any Necessary Consent or in connection with the exercise of Preferential Purchase Rights. If prior to Closing, Buyer discovers any Necessary Consents or Preferential Purchase Rights that are not set forth on the applicable Disclosure Schedules and that are applicable to the Assets, Buyer shall promptly (but in any event within three Business Days) after discovery provide written notice to EdgeMarc of such Necessary Consents or Preferential Purchase Rights, whereupon Sellers shall promptly thereafter address such Necessary Consents and Preferential Purchase Rights in accordance with this Article 3 and Section 2.05 of the Agreement, as applicable.

Section 3.2    **Casualty and Condemnation**. If, after the Execution Date but prior to or on the Closing Date, any portion of the Assets is subject to a Casualty Loss, Buyer and Sellers shall, subject to the satisfaction (or waiver) of the conditions to Closing set forth in Sections 9, 10 and 11 of the Agreement, nevertheless be required to proceed with Closing and, unless Sellers have caused the portion of the Assets affected by such Casualty Loss to be completely repaired, remediated, replaced or restored prior to Closing, the Unadjusted Cash Amount shall be reduced by (i) the aggregate cost to completely remediate, repair, restore or replace such Assets affected by such Casualty Loss (A) to the extent (x) with respect to any individual Casualty Loss, the cost to completely remediate, repair, restore or replace such Assets affected is greater than $25,000 and (y) the aggregate costs to completely remediate, repair, restore or replace such Assets affected by all such Casualty Losses exceeds $100,000 and (B) up to a maximum of the amount of the Allocated Value of such Assets (in all cases, less any reasonable and documented amounts applied by any Seller prior to Closing to remediate, repair, restore or replace such Assets affected by such Casualty Loss), *minus* (ii) any insurance proceeds actually received by Sellers prior to Closing under third-party, non-captive insurance policies in connection with such Casualty Loss attributable to periods after the Execution Date.

Appendix A
Asset Purchase Agreement

Section 3.3    **Interim Environmental Defects**.

(a)    If, after the Execution Date but prior to the Interim Environmental Defect Claim Date, a condition first arises with respect to or related to any Asset that causes (i) such Asset to fail to be in compliance with any Environmental Law or (ii) any environmental pollution, contamination or degradation requiring remedial or corrective action by Sellers under Environmental Laws (either or both of clauses (i) and (ii), an "**Interim Environmental Defect**"), Buyer may deliver to Sellers a notice specifying in reasonable detail a description of such Interim Environmental Defect and the anticipated Remediation Cost associated therewith (the "**Interim Environmental Defect Notice**"). Buyer shall deliver any such Interim Environmental Defect Notice as soon as reasonably practical after the discovery of such condition but in no event after three calendar days prior to the Closing Date (the "**Interim Environmental Defect Claim Date**"). Sellers shall notify Buyer of any conditions of which they have Knowledge that arise after Execution and before the Interim Environmental Defect Claim Date that may constitute an Interim Environmental Defect. To be effective, each Interim Environmental Defect Notice shall be in writing, and shall include (i) a description of the alleged Interim Environmental Defect(s) (including the applicable Environmental Law violated or implicated thereby), (ii) a description of the Assets that are affected by the alleged Interim Environmental Defect (each, an "**Interim Environmental Defect Property**"), (iii) supporting documents reasonably necessary for Sellers to verify the existence of the alleged Interim Environmental Defect, and (iv) a calculation of the cost to implement and complete, including any post-completion maintenance and monitoring, any remedial, removal, response, construction, closure, disposal or other corrective actions, including any monitoring required under Environmental Laws to correct or remove such Interim Environmental Defect for which Buyer would be liable after Closing, in each case, by employing the Lowest Cost Response (the "**Remediation Cost**") (itemized in reasonable detail) that Buyer asserts is attributable to such alleged Interim Environmental Defect. For the purposes of this Agreement and notwithstanding anything herein to the contrary, Buyer shall be deemed to have waived, and Sellers shall have no liability for, any Interim Environmental Defect that Buyer fails to assert by an Interim Environmental Defect Notice received by Sellers on or before the Interim Environmental Defect Claim Date. For the avoidance of doubt, none of the matters disclosed on Disclosure Schedule 5.16 shall constitute an Interim Environmental Defect.

(b)    Upon delivery of an Interim Environmental Defect Notice, Sellers and Buyer will in good faith negotiate the validity of Interim Environmental Defect and the amount of the Remediation Cost. If the Parties are unable to agree on the existence, cure, remediation, or Remedial Cost of any Interim Environmental Defect within ten Business Days prior to the Closing (the "**Interim Environmental Dispute**"), the Parties shall submit such Interim Environmental Dispute to an environmental expert with at least 10 years' experience in environmental matters involving properties in Ohio (the "**Consultant**"), as selected by Buyer and EdgeMarc. If Buyer and EdgeMarc are unable to agree on any Consultant within such 10 Business Day period, then EdgeMarc, on the one hand, and Buyer, on the other hand, will each appoint one Consultant within such 10 Business Day period and the two Consultants will appoint a third Consultant, and the three Consultants collectively will resolve such matter. The cost of each Consultant shall be paid 50% by EdgeMarc and 50% by Buyer. Buyer and EdgeMarc shall each present to the Consultant(s), with a simultaneous copy to the other applicable Party, a single

written statement of its position on the Interim Environmental Dispute, together with a copy of this Agreement and any supporting material that such Party desires to furnish, not later than three Business Days after the appointment of the final Consultant. In making their determination, the Consultant(s) shall be bound by the terms of this Agreement and, without any additional or supplemental submissions by either Party, may consider available legal and industry matters as in their opinion are necessary or appropriate to make a property determination. By the 10th day following the submission of the matter to the Consultant(s), applying the principles set forth in this Section 3.3 of this Appendix A, the Consultant(s) shall make a determination of the matter submitted. The decision of the Consultant(s) shall be in writing and conclusive and binding on the Sellers and Buyer and shall be enforceable against the Parties in any court of competent jurisdiction.

(c)    With respect to any Interim Environmental Defect that is the subject of mutual agreement of the Parties or the determination of the Consultant in accordance with Section 3.3(c) of this Appendix A, Sellers shall at their sole option, elect to:

(i)    reduce the Unadjusted Cash Amount by the Remediation Cost subject to the financial limitations set forth in Section 3.3(e) of this Appendix A;

(ii)    retain the entirety of the Interim Environmental Defect Property that is subject to such Interim Environmental Defect, in which event the Unadjusted Cash Amount shall be reduced by an amount equal to the Allocated Value of such Interim Environmental Defect Property; or

(iii)    take such actions to cure, abate or otherwise mitigate such Interim Environmental Defect; provided, that for any such Interim Environmental Defect in which the Remediation Cost is equal to or greater than the Allocated Value of the affected Asset, Sellers may not elect this clause (iii) and must elect clause (ii); provided further, that if Buyer disputes whether any such Interim Environmental Defect has been cured, abated or otherwise mitigated, such dispute shall be determined pursuant to Section 3.3(b) of this Appendix A, except that (1) Sellers shall pay 100% of the costs of the Consultant if it is determined that such Interim Environmental Defect has not been cured, abated or otherwise mitigated and (2) Buyer shall pay 100% of the costs of the Consultant if it is determined that such Interim Environmental Defect has been cured, abated or otherwise mitigated.

(d)    Notwithstanding any other provision of this Agreement, Section 3.3 of this Appendix A shall be the exclusive right and remedy of Buyer with respect to any Interim Environmental Defect, and Buyer hereby waives any and all other rights or remedies with respect thereto (including any claim relating to environmental matters that otherwise would be covered under any representation and warranty or covenant contained herein). For the avoidance of doubt, Buyer shall be required to close regardless of the existence of any Interim Environmental Defect or any pending dispute relating thereto.

(e)    Notwithstanding anything to the contrary, Buyer shall not be entitled to any of the remedies in this Section 3.3 (i) with respect to any individual Interim Environmental Defect if the associated Remediation Cost does not exceed $50,000, or (ii) unless the aggregate

Remediation Costs with respect to all Interim Environmental Defects exceed $250,000, after which point Buyer shall be entitled to remedies for such Interim Environmental Defects only to the extent of the excess of such amounts; *provided*, *further*, that in no event shall Buyer be entitled to any of the remedies in this Section 3.3 in excess of the Allocated Value of the Assets the subject of the Interim Environmental Defect.

## **Exhibit A-1**

Assigned Leases and Interests

1.  See attached file entitled "EM – APA Exhibits A-1, A-2 & F," tabs "A.1 - Leases,"  "A.1 - Fee," and "A.1 - ORRI"

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | LEASE PAYMENT STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104108000 | LEASE-OIL AND GAS | MICHAEL L. HENTHORN | EM Energy Ohio, LLC | 94.051 | 94.051 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 3/20/2099 | MONROE | Paid | Active | 201300067560 | 4/16/2013 | 240 | 176 | |
| 104109000 | LEASE-OIL AND GAS | LORAH WAYNE VANAMAN LIVING TRUST | EM Energy Ohio, LLC | 83.25 | 83.25 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/25/2013 | 3/25/2013 | 3/24/2099 | MONROE | Paid | Active | 201300072252 | 12/9/2013 | 259 | 674 | |
| 104112000 | LEASE-OIL AND GAS | JOHN K. HUPP II AND ANGELA M. HUPP, SURVIVORSHIP | EM Energy Ohio, LLC | 12.1 | 12.1 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 3/20/2099 | MONROE | Paid | Active | 201300067556 | 4/16/2013 | 240 | 156 | |
| 104114000 | LEASE-OIL AND GAS | KATHERINE HASELBERGER | EM Energy Ohio, LLC | 38.33 | 38.33 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/29/2013 | 4/29/2013 | 4/28/2020 | MONROE | Paid | Active | 201600087209 | 3/10/2016 | 327 | 422 | |
| 104115000 | LEASE-OIL AND GAS | WANDA C. GRAHAM AND WILLIAM G. GRAHAM, SURVIVORSHI | EM Energy Ohio, LLC | 2.01 | 2.01 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/15/2013 | 3/14/2019 | MONROE | Paid | Active | 201300070994 | 10/11/2013 | 254 | 490 | |
| 104116000 | LEASE-OIL AND GAS | DOUGLAS W. ASH, ETAL | EM Energy Ohio, LLC | 31.28 | 31.28 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/30/2013 | 4/30/2013 | 4/29/2099 | MONROE | Paid | Active | 201300068613 | 6/12/2013 | 244 | 959 | |
| 104121000 | LEASE-OIL AND GAS | K. L. HENTHORN AND HELEN M. HENTHORN, SURVIVORSHIP | EM Energy Ohio, LLC | 16.569 | 16.569 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067612 | 4/16/2013 | 240 | 448 | |
| 104139000 | LEASE-OIL AND GAS | SALEM TOWNSHIP | EM Energy Ohio, LLC | 14.01 | 14.01 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 6/13/2013 | 6/13/2013 | 12/31/2099 | WASHINGTON | Paid | Active | 201300010079 | 11/4/2013 | 555 | 959 | |
| 104232000 | LEASE-OIL AND GAS | PHILIP HRUSKA AND BETTY HRUSKA, SURVIVORSHIP | EM Energy Ohio, LLC | 9.041 | 9.041 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067558 | 4/16/2013 | 240 | 166 | |
| 104233000 | LEASE-OIL AND GAS | KURT A. HOOPER AND PAMELA R. HOOPER, H/W | EM Energy Ohio, LLC | 0.59 | 0.59 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067618 | 4/16/2013 | 240 | 484 | |
| 104234000 | LEASE-OIL AND GAS | DORIS RUTHERFORD | EM Energy Ohio, LLC | 1.306 | 1.306 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067616 | 4/16/2013 | 240 | 472 | |
| 104235000 | LEASE-OIL AND GAS | DONALD L. SAFREED AND SHIRLEY J.SAFREED REVOCABLE | EM Energy Ohio, LLC | 7.2008 | 7.2008 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067578 | 4/16/2013 | 240 | 266 | |
| 104236000 | LEASE-OIL AND GAS | JOHN E. KURTZ AND JEAN M. KURTZ, H/W | EM Energy Ohio, LLC | 1.188 | 1.188 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/4/2013 | 5/4/2013 | 5/4/2019 | MONROE | Paid | Active | 201300068602 | 6/12/2013 | 244 | 904 | |
| 104239000 | LEASE-OIL AND GAS | WILLIAM T. WELLS AND VIVIAN ASH-WELLS, H/W | EM Energy Ohio, LLC | 1.8083 | 1.8083 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067593 | 4/16/2013 | 240 | 341 | |
| 104241000 | LEASE-OIL AND GAS | RICHARD M. COLVIN AND MARY ELLEN COLVIN, H/W | EM Energy Ohio, LLC | 1.921 | 1.921 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068614 | 6/12/2013 | 244 | 964 | |
| 104252000 | LEASE-OIL AND GAS | MICHAEL T. SMITH AND LORI L. SMITH, HUSBAND AND WI | EM Energy Ohio, LLC | 0.50308 | 0.50308 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/24/2013 | 10/24/2013 | 10/24/2019 | MONROE | Paid | Active | 201400074261 | 3/17/2014 | 269 | 165 | |
| 104271000 | LEASE-OIL AND GAS | THE ROBERT R. WESTFALL AND TRESSA L. WESTFALL LIVI | EM Energy Ohio, LLC | 96 | 96 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067585 | 4/16/2013 | 240 | 301 | |
| 104272000 | LEASE-OIL AND GAS | JOHN CHRISTMAN | EM Energy Ohio, LLC | 39.25 | 39.25 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300068577 | 6/12/2013 | 244 | 763 | |
| 104273000 | LEASE-OIL AND GAS | GARY BARRETT AND BEVERLY BARRETT, SURVIVORSHIP | able | 51.795 | 51.795 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067577 | 4/16/2013 | 240 | 261 | |
| 104275000 | LEASE-OIL AND GAS | JAMES D. BEAVER AND DANIELLE N. BEAVER, H/W | EM Energy Ohio, LLC | 10.172 | 10.172 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067570 | 4/16/2013 | 240 | 226 | |
| 104276000 | LEASE-OIL AND GAS | JUDY BOYD | EM Energy Ohio, LLC | 3.006 | 3.006 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300071005 | 6/12/2013 | 254 | 535 | |
| 104277000 | LEASE-OIL AND GAS | BILL COVERT AND DEBRA COVERT, H/W, ETAL | EM Energy Ohio, LLC | 116.669 | 116.669 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300068589 | 6/12/2013 | 244 | 822 | |
| 104280002 | LEASE-OIL AND GAS | CAROL-LYNN M. HENRY | EM Energy Ohio, LLC | 10.399 | 10.399 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2020 | MONROE | Paid | Active | 201300071236 | 10/23/2013 | 255 | 417 | |
| 104499000 | LEASE-OIL AND GAS | EDWARD R. HEHR | EM Energy Ohio, LLC | 34.6725 | 34.6725 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067611 | 4/16/2013 | 240 | 442 | |
| 104500001 | LEASE-OIL AND GAS | CATHY LOUISE HOOPER RIST, ETAL | EM Energy Ohio, LLC | 9.14 | 6.093333 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/26/2013 | 4/26/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071023 | 10/11/2013 | 254 | 625 | |
| 104500002 | LEASE-OIL AND GAS | BRYAN E. KAHRIG | EM Energy Ohio, LLC | 9.14 | 3.046667 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/23/2013 | 9/23/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071238 | 10/23/2013 | 255 | 248 | |
| 104501000 | LEASE-OIL AND GAS | BRUCE A. SAFREED AND CONNIE F. SAFREED, H/W | EM Energy Ohio, LLC | 47.164 | 47.164 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067601 | 4/16/2013 | 240 | 382 | |
| 104503000 | LEASE-OIL AND GAS | ALBERT E. LEASURE AND SHARON E. LEASURE, SURVIVORS | EM Energy Ohio, LLC | 3.344 | 3.344 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067621 | 4/16/2013 | 240 | 503 | |
| 104505000 | LEASE-OIL AND GAS | AMBER D. LEE | EM Energy Ohio, LLC | 4.5 | 4.5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/20/2013 | 3/20/2019 | MONROE | Paid | Active | 201300067547 | 4/16/2013 | 240 | 111 | |
| 104506000 | LEASE-OIL AND GAS | STANLEY B. MAIENKNECHT AND THERESA A. MAIENKNECHT, | EM Energy Ohio, LLC | 23.83 | 23.52 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/8/2013 | 4/8/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067730 | 4/23/2013 | 240 | 835 | |
| 104510000 | LEASE-OIL AND GAS | MARK D. YONTZ AND JANE F. YONTZ, SURVIVORSHIP | EM Energy Ohio, LLC | 6.438 | 6.438 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067586 | 4/16/2013 | 240 | 306 | |
| 104512000 | LEASE-OIL AND GAS | RONALD W MCCLAIN AND HOPE O. MCCLAIN, H/W | EM Energy Ohio, LLC | 4.96 | 4.96 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 9/13/2013 | 9/13/2013 | 9/13/2019 | MONROE | Paid | Active | 201400072961 | 1/13/2014 | 263 | 417 | |
| 104516000 | LEASE-OIL AND GAS | DARELL R. SPEARS AND JOYCE SPEARS, H/W | EM Energy Ohio, LLC | 5 | 5 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 8/28/2013 | 8/28/2013 | 8/28/2019 | MONROE | Paid | Active | 201400000902 | 1/28/2014 | 559 | 980 | |
| 104533000 | LEASE-OIL AND GAS | URBAN LEWIS HEFT JR. | EM Energy Ohio, LLC | 134.904 | 134.904 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/30/2013 | 3/30/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067731 | 4/23/2013 | 240 | 841 | |
| 104536000 | LEASE-OIL AND GAS | BRUCE E. JONES AND JUDY L. JONES, SURVIVORSHIP | EM Energy Ohio, LLC | 68.542 | 30.540876 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067609 | 4/16/2013 | 240 | 430 | |
| 104676001 | LEASE-OIL AND GAS | FRANCIS D. BUEGEL | EM Energy Ohio, LLC | 10 | 3.333333 | Net Royalty Interest | 17.50% | 100.00% | 82.50% | 7/12/2013 | 7/12/2013 | 7/12/2019 | MONROE | Paid | Active | 201300009680 | 10/22/2013 | 554 | 1809 | |
| 104676002 | LEASE-OIL AND GAS | FRANKLIN D. BUEGEL III | EM Energy Ohio, LLC | 10 | 3.333333 | Net Royalty Interest | 17.50% | 100.00% | 82.50% | 7/12/2013 | 7/12/2013 | 7/12/2019 | MONROE | Paid | Active | 201300009679 | 10/22/2013 | 554 | 1807 | |
| 104676003 | LEASE-OIL AND GAS | SANDRA E. BUEGEL | EM Energy Ohio, LLC | 10 | 3.333333 | Net Royalty Interest | 17.50% | 100.00% | 82.50% | 7/12/2013 | 7/12/2013 | 7/12/2019 | MONROE | Paid | Active | 201300009681 | 10/22/2013 | 554 | 1811 | |
| 104682000 | LEASE-OIL AND GAS | DON L. STINE AND CAROL A. STINE, H/W | EM Energy Ohio, LLC | 0.9 | 0.9 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067583 | 4/16/2013 | 544 | 231 | |
| 104683000 | LEASE-OIL AND GAS | CHARLOTTE MCCOY | EM Energy Ohio, LLC | 75.33 | 75.33 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 4/19/2013 | 4/19/2013 | 4/19/2019 | MONROE | Partial Paid | Active | 201400073421 | 2/7/2014 | 265 | 140 | |
| 104684000 | LEASE-OIL AND GAS | MARLON A. MERIDETH AND KELLY D. MERIDETH, SURVIVOR | EM Energy Ohio, LLC | 6.9593 | 6.9593 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067528 | 4/16/2013 | 240 | 16 | |
| 104686000 | LEASE-OIL AND GAS | ROBERT W. PETHO JR. AND KIMBERLY A. PETHO, H/W | EM Energy Ohio, LLC | 10.689 | 10.689 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067545 | 4/16/2013 | 240 | 101 | |
| 104689000 | LEASE-OIL AND GAS | RICHARD J. SEXTON AND MONA MARIE SEXTON, H/W | EM Energy Ohio, LLC | 25 | 25 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201400073428 | 2/14/2014 | 265 | 177 | |
| 104691000 | LEASE-OIL AND GAS | LINDA MAE SNODGRASS | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067536 | 4/16/2013 | 240 | 56 | |
| 104693000 | LEASE-OIL AND GAS | EARL R. WYKOFF AND DIANE M. WYKOFF, H/W | EM Energy Ohio, LLC | 22.708 | 22.708 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067725 | 4/23/2013 | 240 | 809 | |
| 104695000 | LEASE-OIL AND GAS | VILLAGE OF ANTIOCH | EM Energy Ohio, LLC | 3.06 | 3.06 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068594 | 6/12/2013 | 244 | 856 | |
| 104696000 | LEASE-OIL AND GAS | CAROLYN M. STEVENSON AND DAVID E. STEVENSON, H/W | EM Energy Ohio, LLC | 5 | 5 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 9/20/2013 | 9/20/2013 | 9/20/2019 | MONROE | Paid | Active | 201400074254 | 3/17/2014 | 269 | 151 | |
| 104704000 | LEASE-OIL AND GAS | JOHN E. MINGER AND BERNETA A. MINGER, HUSBAND AND | EM Energy Ohio, LLC | 0.50308 | 0.50308 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400074250 | 3/17/2014 | 269 | 143 | |
| 104724000 | LEASE-OIL AND GAS | ALEATHEA I. KAMPRAS AND STEPHEN R. JONES, W/H | EM Energy Ohio, LLC | 3.52 | 3.52 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300072250 | 12/9/2013 | 259 | 664 | |
| 104725000 | LEASE-OIL AND GAS | DEREK S. BAYES AND KAYLA BAYES, SURVIVORSHIP | EM Energy Ohio, LLC | 5 | 5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067572 | 4/16/2013 | 240 | 236 | |
| 104727000 | LEASE-OIL AND GAS | THOMAS DICK | EM Energy Ohio, LLC | 4.57 | 4.57 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071033 | 10/11/2013 | 254 | 692 | |
| 104728000 | LEASE-OIL AND GAS | JAMES L. CRADDOCK AND VALERIE A. CRADDOCK, H/W | EM Energy Ohio, LLC | 15 | 15 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067598 | 4/16/2013 | 240 | 366 | |
| 104839000 | LEASE-OIL AND GAS | WADE GROVES AND DONNA GROVES, SURVIVORSHIP | EM Energy Ohio, LLC | 3.93 | 3.93 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201400073425 | 2/7/2014 | 265 | 162 | |
| 104840000 | LEASE-OIL AND GAS | DAVID L. JONES | EM Energy Ohio, LLC | 1.9 | 1.9 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300069542 | 8/5/2013 | 249 | 10 | |
| 104842000 | LEASE-OIL AND GAS | CONNIE & HARRY CHRISTMAN, FREDERICK STOEHR, DELORE | EM Energy Ohio, LLC | 3.8242 | 3.8242 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/15/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067717 | 4/23/2013 | 240 | 766 | |
| 104843000 | LEASE-OIL AND GAS | CHARLES R. PIATT | EM Energy Ohio, LLC | 40.08 | 40.08 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067543 | 4/16/2013 | 240 | 91 | |
| 104849000 | LEASE-OIL AND GAS | JAMES TOROK AND STEPHANIE DUDRA TOROK, H/W | EM Energy Ohio, LLC | 20 | 20 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067584 | 4/16/2013 | 240 | 296 | |
| 104850000 | LEASE-OIL AND GAS | RUTH ANN RIDGEWAY AND GERALD RIDGEWAY, H/W | EM Energy Ohio, LLC | 37.51 | 37.51 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/8/2013 | 4/8/2013 | 12/31/2099 | MONROE | Paid | Active | 201300069545 | 8/5/2013 | 249 | 25 | |
| 104857000 | LEASE-OIL AND GAS | MICHAEL B. KIGGANS AND PEGGY SUE KIGGANS, H/W | EM Energy Ohio, LLC | 1 | 1 | Gross Royalty Interest | 16.00% | 100.00% | 84.00% | 11/13/2013 | 11/13/2013 | 11/13/2019 | MONROE | Paid | Active | 201400002568 | 6/13/2014 | 561 | 2432 | |
| 104859000 | LEASE-OIL AND GAS | RICHARD T. USKO AND JULIA L. USKO, HUSBAND AND WIF | EM Energy Ohio, LLC | 0.896 | 0.896 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/31/2013 | 10/31/2013 | 10/31/2019 | MONROE | Paid | Active | 201400074252 | 3/17/2014 | 269 | 147 | |
| 104877000 | LEASE-OIL AND GAS | JAMES J. HUPP, A SINGLE PERSON | EM Energy Ohio, LLC | 22 | 22 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/31/2013 | 5/31/2013 | 5/31/2019 | MONROE | Paid | Active | 201300071614 | 11/5/2013 | 257 | 19 | |
| 104880000 | LEASE-OIL AND GAS | THOMAS H. FAGAN AND KATE S. FAGAN, SURVIVORSHIP | EM Energy Ohio, LLC | 161.596 | 161.596 | Net Royalty Interest | 15.75% | 100.00% | 84.25% | 4/23/2013 | 4/23/2013 | 12/31/2099 | WASHINGTON | Paid | Active | 201300011114 | 12/9/2013 | 557 | 334 | |
| 104885000 | LEASE-OIL AND GAS | LINDA S. MCCONNELL | EM Energy Ohio, LLC | 7 | 7 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 7/18/2013 | 7/18/2013 | 12/31/2099 | MONROE | Paid | Active | 201300072246 | 12/9/2013 | 259 | 650 | |
| 104887000 | LEASE-OIL AND GAS | PATRICIA A. PRICE | EM Energy Ohio, LLC | 2.8324 | 2.8324 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067735 | 4/23/2013 | 240 | 865 | |
| 104892000 | LEASE-OIL AND GAS | LARRY W. HARRIS AND SANDY M. HARRIS, FOR THEIR JOI | EM Energy Ohio, LLC | 189.744 | 189.744 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/14/2012 | 10/25/2012 | 12/31/2099 | WASHINGTON | Partial Paid | Active | 201200009612 | 12/18/2012 | 537 | 35 | |
| 104893000 | LEASE-OIL AND GAS | EARL E. APPLEBY AND TINA M. APPLEBY, H/W | EM Energy Ohio, LLC | 15.489 | 15.489 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 8/27/2013 | 8/27/2013 | 8/26/2019 | MONROE | Paid | Active | 201400000457 | 1/13/2014 | 558 | 2034 | |
| 104896000 | LEASE-OIL AND GAS | MICHAEL ALAN FULTZ AND PAMELA SUE FULTZ, HUSBAND A | EM Energy Ohio, LLC | 15 | 15 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/25/2013 | 10/25/2013 | 10/25/2019 | MONROE | Paid | Active | 201400074253 | 3/17/2014 | 269 | 149 | |
| 104898000 | LEASE-OIL AND GAS | DANIEL B. KIGGANS AND CINDY D. KIGGANS, HUSBAND AN | EM Energy Ohio, LLC | 0.502 | 0.502 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/24/2013 | 10/24/2013 | 10/24/2019 | MONROE | Paid | Active | 201400074256 | 3/17/2014 | 269 | 155 | |
| 104899000 | LEASE-OIL AND GAS | DON E. SMITH, SINGLE | EM Energy Ohio, LLC | 1.00616 | 1.00616 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/24/2013 | 10/24/2013 | 10/24/2019 | MONROE | Paid | Active | 201400074257 | 3/17/2014 | 269 | 157 | |
| 104902000 | LEASE-OIL AND GAS | JASON D. HUNTSMAN | EM Energy Ohio, LLC | 49.4 | 49.4 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300068581 | 6/12/2013 | 244 | 780 | |
| 104903000 | LEASE-OIL AND GAS | DIANE L. ALLEN AND TYRONE J. ALLEN, SURVIVORSHIP | EM Energy Ohio, LLC | 36.25 | 36.25 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/3/2013 | 5/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201600086766 | 2/9/2016 | 325 | 451 | |
| 104907000 | LEASE-OIL AND GAS | MICHAEL BROWN AND AMY BROWN, SURVIVORSHIP | EM Energy Ohio, LLC | 31.866 | 31.866 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067569 | 4/16/2013 | 240 | 221 | |
| 104908000 | LEASE-OIL AND GAS | ALACH H. COLE AND BEVERLY A. COLE, SURVIVIORSHIP | EM Energy Ohio, LLC | 77 | 77 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 8/20/2013 | 8/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071239 | 10/23/2013 | 255 | 434 | |
| 104909000 | LEASE-OIL AND GAS | MICHAEL E. COVERT AND RHONDA COVERT, H/W | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/28/2013 | 3/28/2019 | MONROE | Paid | Active | 201300067533 | 4/16/2013 | 240 | 41 | |
| 104927000 | LEASE-OIL AND GAS | MILLS FAMILY TRUST | EM Energy Ohio, LLC | 62.92 | 62.92 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/25/2012 | 10/25/2012 | 12/31/2099 | WASHINGTON | Paid | Active | 201300004141 | 5/7/2013 | 545 | 134 | |
| 105065000 | LEASE-OIL AND GAS | ROGER L. HEDDLESON AND CAROL S. HEDDLESON, H/W | EM Energy Ohio, LLC | 24.604 | 24.604 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/28/2013 | 3/28/2020 | MONROE | Paid | Active | 201300067531 | 4/16/2013 | 240 | 31 | |
| 105067000 | LEASE-OIL AND GAS | ROBERT E. HOWELL AND LELIA E. HOWELL, H/W | EM Energy Ohio, LLC | 54.918 | 54.918 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067722 | 4/23/2013 | 240 | 794 | |
| 105070000 | LEASE-OIL AND GAS | RALPH D. LALLATHIN, JR. AND PEGGY ANN JONES | EM Energy Ohio, LLC | 64.21 | 64.21 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067606 | 4/16/2013 | 240 | 412 | |
| 105072000 | LEASE-OIL AND GAS | JAMES R. MERCER II AND TERESA ROSENLIEB MINGER MER | EM Energy Ohio, LLC | 12.43 | 12.43 | Gross Royalty Interest | 14.00% | 100.00% | 86.00% | 8/16/2013 | 8/16/2013 | 8/16/2019 | MONROE | Paid | Active | 201300071230 | 10/23/2013 | 255 | 390 | |
| 105074000 | LEASE-OIL AND GAS | KALEN SAFREED AND TINA SAFREED, H/W | EM Energy Ohio, LLC | 9.776 | 9.776 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067579 | 4/16/2013 | 240 | 271 | |
| 105076000 | LEASE-OIL AND GAS | ROGER E PITTMAN, AMANDA MOODY AKA AMANDA PITTMAN | EM Energy Ohio, LLC | 6.35 | 6.35 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/6/2013 | 5/6/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067726 | 4/23/2013 | 240 | 814 | |
| 105082000 | LEASE-OIL AND GAS | REBECCA R. DEVIER | EM Energy Ohio, LLC | 0.28 | 0.28 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/8/2013 | 10/8/2013 | 10/8/2019 | MONROE | Paid | Active | 201400073885 | 3/5/2014 | 266 | 938 | |
| 105084000 | LEASE-OIL AND GAS | DANIEL B. KIGGANS AND CINDY D. KIGGANS, HUSBAND AN | EM Energy Ohio, LLC | 0.50308 | 0.50308 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/24/2013 | 10/24/2013 | 10/24/2019 | MONROE | Paid | Active | 201400074260 | 3/17/2014 | 269 | 163 | |
| 105085000 | LEASE-OIL AND GAS | M. LUCILE ENGLISH, SINGLE | EM Energy Ohio, LLC | 0.96616 | 0.96616 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/28/2013 | 10/28/2013 | 10/27/2019 | MONROE | Paid | Active | 201400074245 | 3/17/2014 | 269 | 133 | |
| 105104000 | LEASE-OIL AND GAS | CHARLES E. WEBER | EM Energy Ohio, LLC | 9.82 | 9.82 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/15/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068601 | 6/12/2013 | 244 | 899 | |
| 105106000 | LEASE-OIL AND GAS | BRUNER LAND COMPANY, INC. | EM Energy Ohio, LLC | 94.931 | 94.931 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/25/2013 | 4/25/2013 | 4/25/2019 | MONROE | Paid | Active | 201300068597 | 6/12/2013 | 244 | 877 | |
| 105107000 | LEASE-OIL AND GAS | THE DORNBUSCH FARM LLC | EM Energy Ohio, LLC | 166.25 | 166.25 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/23/2013 | 4/23/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068590 | 6/12/2013 | 244 | 831 | |
| 105108000 | LEASE-OIL AND GAS | RICHARD W. GROVES AND VERONICA A. GROVES, SURVIVOR | EM Energy Ohio, LLC | 1.371 | 1.371 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070986 | 10/11/2013 | 254 | 453 | |
| 105113000 | LEASE-OIL AND GAS | DAVID DULINSKI AND HEATHER DULINSKI, H/W | EM Energy Ohio, LLC | 60.005 | 60.005 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/13/2013 | 5/13/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071615 | 11/5/2013 | 257 | 24 | |
| 105114000 | LEASE-OIL AND GAS | MARY ELLEN EIKLEBERRY | EM Energy Ohio, LLC | 39.84 | 39.84 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 8/16/2013 | 8/16/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070997 | 10/11/2013 | 254 | 502 | |
| 105117000 | LEASE-OIL AND GAS | RONALD D. GETZ AND PATRICIA GETZ, H/W | EM Energy Ohio, LLC | 104 | 104 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067594 | 4/16/2013 | 240 | 346 | |
| 105133000 | LEASE-OIL AND GAS | DEBORAH L. HAAS, ETAL | EM Energy Ohio, LLC | 4.3277 | 4.3277 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/13/2013 | 5/13/2013 | 12/31/2099 | WASHINGTON | Paid | Active | 201300009003 | 9/27/2013 | 553 | 1301 | |
| 105141000 | LEASE-OIL AND GAS | MEREDITH MILLS WEIMER AND MARILYN M. MILLS | EM Energy Ohio, LLC | 58.0049 | 58.0049 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/14/2012 | 10/25/2012 | 12/31/2099 | WASHINGTON | Paid | Active | 201300003561 | 4/17/2013 | 544 | 81 | |
| 105142000 | LEASE-OIL AND GAS | EDDIE L. O'BRIEN AND AMANDA B. O'BRIEN, SURVIVORSH | EM Energy Ohio, LLC | 5.835 | 5.835 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/22/2013 | 4/22/2013 | 12/31/2099 | WASHINGTON | Paid | Active | 201300005664 | 6/17/2013 | 547 | 1238 | |
| 105272000 | LEASE-OIL AND GAS | NORMA G. HOFF | EM Energy Ohio, LLC | 1.615 | 1.615 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067610 | 4/16/2013 | 240 | 436 | |
| 105274000 | LEASE-OIL AND GAS | GLEN W. SCHWABEN AND KATHY SCHWABEN, SURVIVORSHIP | EM Energy Ohio, LLC | 3 | 3 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071003 | 10/11/2013 | 254 | 525 | |
| 105275000 | LEASE-OIL AND GAS | DEBORAH L. KENNEY AND MATTHEW MCBRIDE, W/H | EM Energy Ohio, LLC | 4.6 | 4.6 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/23/2013 | 9/23/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071879 | 11/18/2013 | 257 | 974 | |
| 105279000 | LEASE-OIL AND GAS | SCOTT PIATT AND THERESA PIATT, SURVIVORSHIP | EM Energy Ohio, LLC | 2.85 | 2.85 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071007 | 10/11/2013 | 254 | 545 | |
| 105283001 | LEASE-OIL AND GAS | RANDALL L. BROWN AKA RANDALL LEE BROWN AND GERMAIN | EM Energy Ohio, LLC | 60 | 30 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/4/2013 | 10/4/2013 | 12/31/2099 | MONROE | Paid | Active | 201400073419 | 2/7/2014 | 265 | 131 | |
| 105283002 | LEASE-OIL AND GAS | CHARLES E. BROWN AKA CHARLES EDSON BROWN AND VIRGI | EM Energy Ohio, LLC | 60 | 30 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/2/2013 | 10/2/2013 | 12/31/2099 | MONROE | Paid | Active | 201400073413 | 2/7/2014 | 265 | 117 | |
| 105291000 | LEASE-OIL AND GAS | GILBERT R. JONES, A WIDOW | EM Energy Ohio, LLC | 0.5 | 0.5 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/13/2013 | 11/13/2013 | 11/13/2019 | MONROE | Paid | Active | 201400002567 | 3/31/2014 | 561 | 2430 | |
| 105293000 | LEASE-OIL AND GAS | ANTHONY NAZAR, AKA ANTHONY NAZAR, JR., SINGLE | EM Energy Ohio, LLC | 35.026 | 35.026 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/24/2013 | 10/24/2013 | 10/23/2019 | MONROE | Paid | Active | 201400074242 | 3/17/2014 | 269 | 126 | |
| 105295000 | LEASE-OIL AND GAS | BRAD POSTLE AND AMY POSTLE, HUSBAND AND WIFE | EM Energy Ohio, LLC | 0.22 | 0.22 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400074251 | 3/17/2014 | 269 | 145 | |
| 105296000 | LEASE-OIL AND GAS | ELLIOTT L. WEBER AND NANCY L. WEBER, MARRIED | EM Energy Ohio, LLC | 0.2515 | 0.2515 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400074259 | 3/17/2014 | 269 | 161 | |
| 105310000 | LEASE-OIL AND GAS | ROBIN D. RENNINGER AND BARBARA J. RENNINGER, H/W | EM Energy Ohio, LLC | 168.406 | 168.406 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/28/2013 | 3/28/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067736 | 4/23/2013 | 240 | 871 | |
| 105311000 | LEASE-OIL AND GAS | THOMAS DICK | EM Energy Ohio, LLC | 40 | 40 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068583 | 6/12/2013 | 244 | 790 | |
| 105312000 | LEASE-OIL AND GAS | CHRISTOPHER E. BINEGAR AND ANGELA M. BINEGAR, H/W | EM Energy Ohio, LLC | 2.606 | 2.606 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067575 | 4/16/2013 | 240 | 251 | |
| 105315001 | LEASE-OIL AND GAS | Bonnie Heil, DALE A. DIETZ, Whittaker, etal | EM Energy Ohio, LLC | 39 | 19.5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Partial Paid | Active | 201300071616 | 11/5/2013 | 257 | 29 | |
| 105325000 | LEASE-OIL AND GAS | MARK D. HART AND LORI R. HART, SURVIVORSHIP | EM Energy Ohio, LLC | 2.238 | 2.238 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/14/2012 | 10/25/2012 | 12/31/2099 | WASHINGTON | Paid | Active | 201400000896 | 1/28/2014 | 559 | 947 | |
| 105330000 | LEASE-OIL AND GAS | MILLS FAMILY FARM, LLC | EM Energy Ohio, LLC | 114.5916 | 114.5916 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/14/2012 | 10/25/2012 | 12/31/2099 | WASHINGTON | Paid | Active | 201200009609 | 12/18/2012 | 537 | 1 | |
| 105445000 | LEASE-OIL AND GAS | CHRISTOPHER S. SPANGLER AND PENNY SPANGLER, H/S AN | EM Energy Ohio, LLC | 89.75 | 89.75 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/3/2013 | 5/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071030 | 10/11/2013 | 254 | 668 | |
| 105449000 | LEASE-OIL AND GAS | TERRY L. HUPP | EM Energy Ohio, LLC | 17.4 | 17.4 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068587 | 6/12/2013 | 244 | 808 | |
| 105450000 | LEASE-OIL AND GAS | GERRAN L. JONES AND EDELE L. JONES, SURVIVORSHIP | EM Energy Ohio, LLC | 74 | 74 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 8/22/2013 | 8/22/2013 | 8/22/2019 | MONROE | Paid | Active | 201300071000 | 10/11/2013 | 254 | 510 | |
| 105451000 | LEASE-OIL AND GAS | RALPH D. LALLATHIN, JR. | EM Energy Ohio, LLC | 31.5 | 31.5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067607 | 4/16/2013 | 240 | 418 | |
| 105452000 | LEASE-OIL AND GAS | DAVID O. PEERY AND PATRICIA S. PEERY, H/W | EM Energy Ohio, LLC | 10.104 | 5.052 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2020 | MONROE | Paid | Active | 201400073427 | 2/7/2014 | 265 | 172 | |
| 105453000 | LEASE-OIL AND GAS | PERRY TOWNSHIP BOARD OF TRUSTEES | EM Energy Ohio, LLC | 15.98 | 15.98 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067553 | 4/16/2013 | 240 | 141 | |
| 105469000 | LEASE-OIL AND GAS | JOSHUA SEMON, DEALING IN HIS SOLE AND SEPARATE PRO | EM Energy Ohio, LLC | 3.254 | 3.254 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/26/2013 | 10/26/2013 | 10/26/2019 | MONROE | Paid | Active | 201400074247 | 3/17/2014 | 269 | 137 | |
| 105485000 | LEASE-OIL AND GAS | JAMES M. COVERT AND MARTHA JANE COVERT, H/W | EM Energy Ohio, LLC | 148.3 | 148.3 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068585 | 6/12/2013 | 244 | 800 | |
| 105486000 | LEASE-OIL AND GAS | MICHAEL R. YOUNG | EM Energy Ohio, LLC | 23.237 | 23.237 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201600090289 | 9/15/2016 | 340 | 952 | |
| 105488000 | LEASE-OIL AND GAS | BRANDI L. BINEGAR | EM Energy Ohio, LLC | 5.32 | 5.32 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067574 | 4/16/2013 | 240 | 246 | |
| 105489000 | LEASE-OIL AND GAS | ROBERT L. BROOKS AND JOYCE L. BROOKS, SURVIVORSHIP | EM Energy Ohio, LLC | 1.676 | 1.676 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 6/3/2013 | 6/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071025 | 8/15/2013 | 254 | 637 | |
| 105490000 | LEASE-OIL AND GAS | LEWIS PAUL BROOKS AND NANCY BROOKS, SURVIVORSHIP | EM Energy Ohio, LLC | 1.018 | 1.018 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/3/2013 | 9/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071732 | 11/12/2013 | 257 | 482 | |

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | LEASE PAYMENT STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105491000 | LEASE-OIL AND GAS | TYLER CLINE | EM Energy Ohio, LLC | 5.086 | 5.086 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067567 | 6/12/2013 | 240 | 211 | |
| 105493000 | LEASE-OIL AND GAS | MICHAEL W. HANSEN AND ALLISON K. HANSEN, H/W | EM Energy Ohio, LLC | 1.9 | 1.9 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070990 | 10/11/2013 | 254 | 473 | |
| 105494000 | LEASE-OIL AND GAS | WADE GROVES AND DONNA GROVES, SURVIVORSHIP | EM Energy Ohio, LLC | 17.7469 | 17.7469 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071877 | 11/18/2013 | 257 | 962 | |
| 105502000 | LEASE-OIL AND GAS | DARREN C. LAUER | EM Energy Ohio, LLC | 55.8978 | 55.8978 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/15/2012 | 10/25/2012 | 12/31/2099 | WASHINGTON | Paid | Active | 201200009626 | 12/18/2012 | 537 | 115 | |
| 107173001 | LEASE-OIL AND GAS | Margaret L. Armenio, single | EM Energy Ohio, LLC | 129.337 | 21.556166 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Paid | Active | 201300071613 | 11/5/2013 | 257 | 14 | |
| 107173002 | LEASE-OIL AND GAS | Cynthia S. Harter A.K.A. Cynthia Sue Gross | EM Energy Ohio, LLC | 129.337 | 32.33425 | Gross Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Paid | Active | 201300071611 | 11/5/2013 | 257 | 4 | |
| 107173003 | LEASE-OIL AND GAS | Mildred L. Kornbau & Thomas Kornbau, W/H | EM Energy Ohio, LLC | 129.337 | 21.556166 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/11/2013 | 9/11/2013 | 9/11/2019 | MONROE | Paid | Active | 201300071240 | 10/23/2013 | 255 | 439 | |
| 107173004 | LEASE-OIL AND GAS | GEORGE WILLIAM LOHRI, II, SINGLE | EM Energy Ohio, LLC | 129.337 | 21.556166 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Paid | Active | 201300071612 | 11/5/2013 | 257 | 9 | |
| 107173005 | LEASE-OIL AND GAS | CHRISTINE L. WHITEHEAD AND JIMMY W. WHITEHEAD, W/H | EM Energy Ohio, LLC | 129.337 | 32.33425 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Paid | Active | 201300071241 | 10/23/2013 | 255 | 444 | |
| 107178000 | LEASE-OIL AND GAS | Garnie Miller and Charity M. Miller, h/w | EM Energy Ohio, LLC | 1.146 | 1.146 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 5/21/2015 | 5/21/2015 | 5/20/2020 | WASHINGTON | Paid | Active | 201500007416 | 10/7/2015 | 588 | 1249 | |
| 107192000 | LEASE-OIL AND GAS | WILLIAM E. SIMMONS & HEDY E. SIMMONS, H/W | EM Energy Ohio, LLC | 131.5 | 131.5 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 5/22/2014 | 5/22/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076090 | 6/4/2014 | 276 | 336 | |
| 107200001 | LEASE-OIL AND GAS | RAYMOND D. JOHNSTON & NANCY L. JOHNSTON, H/W | EM Energy Ohio, LLC | 81.427 | 40.7135 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 5/23/2014 | 5/23/2014 | 12/31/2099 | MONROE | Partial Paid | Active | 201400076079 | 6/4/2014 | 276 | 312 | |
| 107200002 | LEASE-OIL AND GAS | Marjorie R. Hippli, f.k.a. Marjorie R. Hupp | EM Energy Ohio, LLC | 81.427 | 20.35675 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/6/2014 | 10/6/2014 | 12/31/2099 | MONROE | Paid | Active | 201500081245 | 2/17/2015 | 297 | 949 | |
| 107200003 | LEASE-OIL AND GAS | Florence Elizabeth Jordan & Joseph T. Jordan, H/W | EM Energy Ohio, LLC | 81.427 | 20.35675 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/20/2014 | 10/20/2014 | 12/31/2099 | MONROE | Paid | Active | 201500081244 | 2/17/2015 | 297 | 946 | |
| 107201000 | LEASE-OIL AND GAS | KEVIN L WESTFALL AND JANET S WESTFALL, H/W | EM Energy Ohio, LLC | 57.938 | 57.938 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067604 | 3/14/2013 | 240 | 400 | |
| 107204000 | LEASE-OIL AND GAS | Stephen R. Dennis and Sandra L. Dennis, h/w | EM Energy Ohio, LLC | 5.921 | 5.921 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 12/17/2013 | 12/17/2013 | 12/17/2019 | MONROE | Paid | Active | 201400003294 | 5/1/2014 | 563 | 689 | |
| 107205000 | LEASE-OIL AND GAS | Stephen R. Dennis and Sandra L. Dennis, h/w | EM Energy Ohio, LLC | 7.572 | 7.572 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 12/17/2013 | 12/17/2013 | 12/17/2019 | MONROE | Paid | Active | 201400003295 | 5/1/2014 | 563 | 691 | |
| 107207000 | LEASE-OIL AND GAS | JOHN JONES AND TAMMY JONES, H/W | EM Energy Ohio, LLC | 13.14 | 13.14 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 6/12/2013 | 6/12/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071010 | 10/11/2013 | 254 | 560 | |
| 107209000 | LEASE-OIL AND GAS | Jeremy Lee Evans and Carly Weber Evans | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 1/10/2014 | 1/10/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076070 | 6/4/2014 | 276 | 294 | |
| 107210001 | LEASE-OIL AND GAS | William Brady Napier and Kimberly Gill Napier, h/w | EM Energy Ohio, LLC | 1.025 | 0.5125 | Net Royalty Interest | 17.00% | 100.00% | 83.00% | 1/13/2014 | 1/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076069 | 6/4/2014 | 276 | 292 | |
| 107210002 | LEASE-OIL AND GAS | Bobby Napier and Gladys Napier, h/w | EM Energy Ohio, LLC | 1.025 | 0.5125 | Net Royalty Interest | 17.00% | 100.00% | 83.00% | 1/16/2014 | 1/16/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076080 | 6/4/2014 | 276 | 314 | |
| 107214000 | LEASE-OIL AND GAS | Russell W. Krider and Jacqulyn S. Krider, h/w | EM Energy Ohio, LLC | 0.985 | 0.985 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 1/13/2014 | 1/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076088 | 6/4/2014 | 276 | 330 | |
| 107216000 | LEASE-OIL AND GAS | Tucker J. Roberts and Amy L. Roberts, h/w | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 10/30/2013 | 10/30/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074258 | 3/17/2014 | 269 | 159 | |
| 107219000 | LEASE-OIL AND GAS | Sherry McCracken, mssp | EM Energy Ohio, LLC | 0.64 | 0.64 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 1/9/2014 | 1/9/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076075 | 6/4/2014 | 276 | 304 | |
| 107222000 | LEASE-OIL AND GAS | Fred Binegar, et al | EM Energy Ohio, LLC | 1.71 | 1.71 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/30/2013 | 10/30/2013 | 10/30/2019 | MONROE | Paid | Active | 201400074241 | 3/17/2014 | 269 | 123 | |
| 107224000 | LEASE-OIL AND GAS | RONNIE H WILLIAMSON & LORI M WILLIAMSON | EM Energy Ohio, LLC | 240.1 | 240.1 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067732 | 4/23/2013 | 240 | 847 | |
| 107226000 | LEASE-OIL AND GAS | Arville E. Rutter and Hope E. Rutter, h/w | EM Energy Ohio, LLC | 1.5 | 1.5 | Net Royalty Interest | 16.00% | 100.00% | 84.00% | 10/29/2013 | 10/29/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074248 | 3/17/2014 | 269 | 139 | |
| 107227000 | LEASE-OIL AND GAS | Marilyn R. Buegel, a widow | EM Energy Ohio, LLC | 3.75 | 3.75 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400076076 | 6/4/2014 | 276 | 306 | |
| 107228000 | LEASE-OIL AND GAS | Timothy W. Buegel | EM Energy Ohio, LLC | 9 | 9 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400074249 | 3/17/2014 | 269 | 141 | |
| 107230000 | LEASE-OIL AND GAS | West Deer Camp, LLC | EM Energy Ohio, LLC | 9.039 | 9.039 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/13/2013 | 12/13/2013 | 12/12/2019 | MONROE | Paid | Active | 201400075645 | 5/14/2014 | 274 | 536 | |
| 107231000 | LEASE-OIL AND GAS | Carol Y. Wright and Derek D. Wright, w/h | EM Energy Ohio, LLC | 6.85 | 6.85 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/11/2013 | 12/11/2013 | 12/11/2019 | MONROE | Paid | Active | 201400075644 | 5/14/2014 | 274 | 534 | |
| 107237001 | LEASE-OIL AND GAS | James F. Graham, a widower | EM Energy Ohio, LLC | 3.682 | 1.841 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 2/4/2014 | 2/4/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076083 | 6/4/2014 | 276 | 320 | |
| 107237002 | LEASE-OIL AND GAS | John P. Gibson and Tammy Ann Gibson, H/W | EM Energy Ohio, LLC | 3.682 | 1.841 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 2/3/2013 | 2/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201400076084 | 6/4/2014 | 276 | 322 | |
| 107238000 | LEASE-OIL AND GAS | Daniel R, Kiggans and Cindy D. Kiggans, h/w | EM Energy Ohio, LLC | 0.502 | 0.502 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 1/21/2014 | 1/21/2014 | 1/21/2020 | MONROE | Paid | Active | 201400076082 | 6/4/2014 | 276 | 318 | |
| 107239001 | LEASE-OIL AND GAS | Timothy D. Price, a single man | EM Energy Ohio, LLC | 2.67 | 1.335 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 1/31/2014 | 1/31/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076081 | 6/4/2014 | 276 | 316 | |
| 107239002 | LEASE-OIL AND GAS | ROBERT PRICE AND AMANDA PRICE, H/W | EM Energy Ohio, LLC | 3.51 | 2.175 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071008 | 10/11/2013 | 254 | 550 | |
| 107240000 | LEASE-OIL AND GAS | James F. Graham, a widower | EM Energy Ohio, LLC | 57.52 | 57.52 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/17/2013 | 9/17/2013 | 12/31/2099 | MONROE | Paid | Active | 201400076083 | 6/4/2014 | 276 | 320 | |
| 107241000 | LEASE-OIL AND GAS | Mark L. Kush and Marita Kush, h/w | EM Energy Ohio, LLC | 56.753 | 56.753 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/13/2013 | 11/13/2013 | 11/13/2019 | MONROE | Paid | Active | 201400074541 | 3/28/2014 | 270 | 346 | |
| 107242000 | LEASE-OIL AND GAS | Richard J. Sexton and Angela D. Sexton, h/w | EM Energy Ohio, LLC | 3.58 | 3.58 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/27/2013 | 11/27/2013 | 12/31/2099 | MONROE | Paid | Active | 201400075638 | 5/14/2014 | 274 | 521 | |
| 107245000 | LEASE-OIL AND GAS | William T. Colvin and Evelyn R. Colvin, h/w | EM Energy Ohio, LLC | 0.61 | 0.61 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/12/2013 | 11/12/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074558 | 3/28/2014 | 270 | 380 | |
| 107248000 | LEASE-OIL AND GAS | Allen B. Crane and Sheila L. Crane, h/w | EM Energy Ohio, LLC | 3.01 | 3.01 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/13/2013 | 11/13/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074557 | 3/28/2014 | 270 | 378 | |
| 107249001 | LEASE-OIL AND GAS | Nancy Collins | EM Energy Ohio, LLC | 0.938 | 0.312667 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/22/2013 | 11/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074548 | 3/28/2014 | 270 | 360 | |
| 107249002 | LEASE-OIL AND GAS | Christopher Collins | EM Energy Ohio, LLC | 0.938 | 0.312667 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/22/2013 | 11/22/2013 | 12/31/2099 | MONROE | Paid | Active | 20140074549 | 3/28/2014 | 270 | 362 | |
| 107249003 | LEASE-OIL AND GAS | Stanley Collins and Melissa Collins, h/w | EM Energy Ohio, LLC | 0.938 | 0.312667 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/13/2014 | 3/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201400074550 | 3/28/2014 | 270 | 364 | |
| 107251001 | LEASE-OIL AND GAS | Nancy Collins | EM Energy Ohio, LLC | 3.63 | 1.134375 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/22/2013 | 11/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074551 | 3/28/2014 | 270 | 366 | |
| 107251002 | LEASE-OIL AND GAS | Christopher Collins | EM Energy Ohio, LLC | 3.63 | 1.134375 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/22/2013 | 11/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074552 | 3/28/2014 | 270 | 368 | |
| 107251003 | LEASE-OIL AND GAS | Stanley Collins and Melissa Collins | EM Energy Ohio, LLC | 3.63 | 1.134375 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/9/2013 | 11/9/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074544 | 3/28/2014 | 270 | 352 | |
| 107288000 | LEASE-OIL AND GAS | BRENDA K MOTICH AND GREGORY A MOTICH, W/H | EM Energy Ohio, LLC | 2.75 | 2.75 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/7/2013 | 11/7/2013 | 11/7/2019 | MONROE | Paid | Active | 201400074560 | 3/28/2014 | 270 | 384 | |
| 107319000 | LEASE-OIL AND GAS | Larry Dillon and Vivian Dillon Family Farm Trust | EM Energy Ohio, LLC | 76 | 76 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 2/6/2014 | 2/6/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077123 | 7/25/2014 | 280 | 291 | |
| 107340001 | LEASE-OIL AND GAS | Norman Fultz, single (50%) | EM Energy Ohio, LLC | 7.016 | 3.508 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/1/2013 | 11/1/2013 | 11/1/2019 | MONROE | Paid | Active | 201400074556 | 3/28/2014 | 270 | 376 | |
| 107340002 | LEASE-OIL AND GAS | Vikki Hickman | EM Energy Ohio, LLC | 7.016 | 3.508 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 3/22/2014 | 3/22/2014 | 3/22/2020 | MONROE | Paid | Active | 201400077863 | 8/26/2014 | 283 | 268 | |
| 107352000 | LEASE-OIL AND GAS | David M. Byrd and Sheila J. Byrd, husband and wife | EM Energy Ohio, LLC | 5.244 | 5.244 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 3/29/2014 | 3/29/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077860 | 8/26/2014 | 283 | 262 | |
| 107380001 | LEASE-OIL AND GAS | Graydon E. Yester and Martha L. Yester, h/w | EM Energy Ohio, LLC | 73.8 | 15.71202 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 4/10/2014 | 4/10/2014 | 4/9/2019 | MONROE | Paid | Active | 201400077858 | 8/26/2014 | 283 | 258 | |
| 107380002 | LEASE-OIL AND GAS | Billie E. Yester and Donna Yester, h/w | EM Energy Ohio, LLC | 73.8 | 15.71202 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 4/10/2014 | 4/10/2014 | 4/9/2019 | MONROE | Paid | Active | 201400077859 | 8/26/2014 | 283 | 260 | |
| 107387000 | LEASE-OIL AND GAS | James D. Richards, single | EM Energy Ohio, LLC | 10.005 | 5.0025 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 4/28/2014 | 4/28/2014 | 4/27/2019 | MONROE | Paid | Active | 201400008921 | 10/31/2014 | 572 | 1654 | |
| 107388000 | LEASE-OIL AND GAS | Ethel M. Morris, (S) & Melissa Morris, (S) | EM Energy Ohio, LLC | 0.57 | 0.57 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 5/22/2014 | 5/22/2014 | 12/31/2099 | MONROE | Paid | Active | 201400079284 | 10/31/2014 | 289 | 228 | |
| 107389000 | LEASE-OIL AND GAS | Jimmy L. Moser and Cassandra L. Moser, H/W | EM Energy Ohio, LLC | 0.479 | 0.466 | Net Royalty Interest | 21.00% | 100.00% | 79.00% | 5/26/2014 | 5/26/2014 | 5/25/2019 | MONROE | Partial Paid | Active | 201400079283 | 10/31/2014 | 289 | 226 | |
| 107390000 | LEASE-OIL AND GAS | Crystal R. Price, single | EM Energy Ohio, LLC | 1.433 | 0.7165 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 5/26/2014 | 5/26/2014 | 5/25/2019 | MONROE | Partial Paid | Active | 201400079285 | 10/31/2014 | 289 | 230 | |
| 107392001 | LEASE-OIL AND GAS | Theresa L. Jackson, Single | EM Energy Ohio, LLC | 33.49 | 5.581778 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/21/2013 | 12/21/2013 | 12/31/2099 | MONROE | Partial Paid | Active | 201400075637 | 5/14/2014 | 274 | 518 | |
| 107392002 | LEASE-OIL AND GAS | Shannon M. Staten, Divorced and Unremarried | EM Energy Ohio, LLC | 33.49 | 8.3725 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/21/2013 | 12/21/2013 | 12/31/2099 | MONROE | Partial Paid | Active | 201400075636 | 5/14/2014 | 274 | 515 | |
| 107392003 | LEASE-OIL AND GAS | Michael S. Staten, Divorced and Unremarried | EM Energy Ohio, LLC | 33.49 | 8.3725 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/21/2013 | 12/21/2013 | 12/31/2099 | MONROE | Partial Paid | Active | 201400075635 | 5/14/2014 | 274 | 512 | |
| 107392004 | LEASE-OIL AND GAS | Marcia A. Geiger, fka Marcia A. Myers, Widowed | EM Energy Ohio, LLC | 33.49 | 11.163222 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/21/2013 | 12/21/2013 | 12/31/2099 | MONROE | Partial Paid | Active | 201400075634 | 5/14/2014 | 274 | 509 | |
| 107395000 | LEASE-OIL AND GAS | Betty S Hruska | Gulfport Energy Corporation | 17.194 | 17.194 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/15/2013 | 8/15/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070454 | 9/17/2013 | 252 | 546 | |
| 107403001 | LEASE-OIL AND GAS | Freedom Royalties, LP | EM Energy Ohio, LLC | 168.05 | 4.201251 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 6/17/2014 | 6/17/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077128 | 7/25/2014 | 280 | 303 | |
| 107403002 | LEASE-OIL AND GAS | Black Ink Royalties, LLC | EM Energy Ohio, LLC | 0 | 0 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 6/17/2014 | 6/17/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077129 | 7/25/2014 | 280 | 305 | |
| 107403003 | LEASE-OIL AND GAS | Wind River Resources, Inc. | EM Energy Ohio, LLC | 168.05 | 10.503125 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 6/13/2014 | 6/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077127 | 7/25/2014 | 280 | 301 | |
| 107403004 | LEASE-OIL AND GAS | OGI Inc. | EM Energy Ohio, LLC | 168.05 | 5.251564 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 6/12/2014 | 6/12/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077126 | 7/25/2014 | 280 | 299 | |
| 107403005 | LEASE-OIL AND GAS | DILLON, LARRY & VIVIAN; ROBERT COUTS | Gulfport Energy Corporation | 164.9203 | 113.069688 | Net Royalty Interest | 15.00% | 100.00% | 85.00% | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | | 6/20/2011 | 203 | 56 | |
| 107403006 | LEASE-OIL AND GAS | Larry and Vivian Dillon Fam. Farm Tr Dated 5/13/13 | EM Energy Ohio LLC | 74.5253 | 32.604819 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 10/29/2018 | 10/29/2018 | 10/28/2023 | MONROE | Paid | Active | 201800006395 | 11/13/2018 | 386 | 2572 | |
| 107406000 | LEASE-OIL AND GAS | CHARLES J. MINGER AND CORRINA L. MINGER, H/W | Gulfport Energy Corporation | 4.4883 | 4.4883 | Net Royalty Interest | 15.00% | 100.00% | 85.00% | 5/12/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057119 | 6/20/2011 | 203 | 51 | |
| 107408000 | LEASE-OIL AND GAS | MICHAEL A AND BONNIE HUGHES, H/W | Gulfport Energy Corporation | 97.4204 | 97.4204 | Gross Royalty Interest | 15.00% | 100.00% | 85.00% | 5/12/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057155 | 9/11/2015 | 203 | 124 | |
| 107409000 | LEASE-OIL AND GAS | MICHAEL A AND BONNIE HUGHES, H/W | Gulfport Energy Corporation | 1.0979 | 1.0979 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 6/24/2014 | 6/24/2014 | 12/31/2099 | MONROE | Paid | Active | 201400079124 | 10/24/2014 | 288 | 547 | |
| 107410000 | LEASE-OIL AND GAS | TODD E HOOPER AND MELISSA A HOPPER, H/W | Gulfport Energy Corporation | 9.2745 | 9.2745 | Gross Royalty Interest | 4.00% | 100.00% | 96.00% | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057147 | 6/20/2011 | 203 | 108 | |
| 107416000 | LEASE-OIL AND GAS | Bruner Land Company | Triad Hunter, LLC | 15.264 | 15.264 | Gross Royalty Interest | 18.00% | 100.00% | 82.00% | 4/2/2013 | 4/2/2013 | 12/31/2099 | WASHINGTON | Paid | Active | 201300006752 | 7/24/2013 | 549 | 1401 | |
| 107417000 | LEASE-OIL AND GAS | Gary L & Barbara A Hill | Triad Hunter, LLC | 4.08 | 4.08 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/22/2013 | 3/22/2013 | 12/31/2099 | WASHINGTON | Paid | Active | 201300008360 | 9/6/2013 | 552 | 1112 | |
| 107418000 | LEASE-OIL AND GAS | Joseph R Huffman | Triad Hunter, LLC | 64.6164 | 64.6164 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 10/24/2001 | 10/24/2001 | 12/31/2099 | WASHINGTON | Paid | Active | 200100012183 | 11/1/2001 | 329 | 405 | |
| 107446000 | LEASE-OIL AND GAS | Maria Kristina Reis, single | EM Energy Ohio, LLC | 7.004 | 7.004 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 6/18/2014 | 6/18/2014 | 6/17/2019 | MONROE | Paid | Active | 201400079287 | 10/31/2014 | 289 | 234 | |
| 107466000 | LEASE-OIL AND GAS | James W. Hooper and Charity Sue Hooper, h/w | EM Energy Ohio, LLC | 0.22 | 0.22 | Net Royalty Interest | 21.00% | 100.00% | 79.00% | 5/14/2014 | 5/14/2014 | 5/13/2019 | MONROE | Paid | Active | 201400077865 | 8/26/2014 | 283 | 272 | |
| 107469000 | LEASE-OIL AND GAS | Thomas L. Burkhart, single | EM Energy Ohio, LLC | 0.8125 | 0.8125 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 5/16/2014 | 5/16/2014 | 5/15/2019 | MONROE | Partial Paid | Active | 201400079282 | 10/31/2014 | 289 | 224 | |
| 107470000 | LEASE-OIL AND GAS | Larry Lee Work and Marl Knoch Work, h/w | EM Energy Ohio, LLC | 18.267 | 18.267 | Gross Royalty Interest | 18.00% | 100.00% | 82.00% | 7/11/2014 | 7/11/2014 | 7/10/2019 | WASHINGTON | Paid | Active | 201400009504 | 11/17/2014 | 573 | 1637 | |
| 107474000 | LEASE-OIL AND GAS | Lester Lee Christman and Linda L. Christman, H/W | EM Energy Ohio, LLC | 1.53 | 1.53 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 7/16/2014 | 7/16/2014 | 7/15/2019 | MONROE | Paid | Active | 201400079875 | 11/26/2014 | 291 | 522 | |
| 107475000 | LEASE-OIL AND GAS | Board of Trustees of Benton Township | EM Energy Ohio, LLC | 1.71308 | 1.71308 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/7/2014 | 8/7/2014 | 8/6/2019 | MONROE | Partial Paid | Active | 201500080656 | 1/14/2015 | 295 | 352 | |
| 107476000 | LEASE-OIL AND GAS | Gary Barrett and Beverly Barrett, H/W | EM Energy Ohio, LLC | 1.028 | 1.028 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 6/13/2014 | 6/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201300067573 | 4/16/2013 | 240 | 241 | |
| 107496000 | LEASE-OIL AND GAS | Lanny D. Byers and Lisa G. Byers, H/W | EM Energy Ohio, LLC | 0.503 | 0.503 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/17/2014 | 8/17/2014 | 8/16/2019 | MONROE | Paid | Active | 201500080660 | 1/14/2015 | 295 | 364 | |
| 107507000 | LEASE-OIL AND GAS | Michael T. Stoneking and Denise M. Stoneking, h/w | EM Energy Ohio, LLC | 0.174 | 0.174 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/21/2014 | 8/21/2014 | 8/20/2019 | MONROE | Paid | Active | 201500080661 | 1/14/2015 | 295 | 366 | |
| 107511000 | LEASE-OIL AND GAS | Harmony Hill Baptist Church, by James C. Smith | EM Energy Ohio, LLC | 1.68462 | 1.68462 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/28/2014 | 8/28/2014 | 8/27/2019 | MONROE | Paid | Active | 201500080658 | 1/14/2015 | 295 | 359 | |
| 107512000 | LEASE-OIL AND GAS | Ronald D. Kinney & Vicki Kinney, H/W | EM Energy Ohio, LLC | 0.174 | 0.174 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/1/2014 | 9/1/2014 | 8/31/2019 | MONROE | Paid | Active | 201500080663 | 1/14/2015 | 295 | 370 | |
| 107516000 | LEASE-OIL AND GAS | Antioch Community Volunteer Fire Department | EM Energy Ohio, LLC | 0.758 | 0.758 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/3/2014 | 9/3/2014 | 12/31/2099 | MONROE | Paid | Active | 201500080664 | 1/14/2015 | 295 | 372 | |
| 107517000 | LEASE-OIL AND GAS | Ernest L. Rude, single | EM Energy Ohio, LLC | 0.436 | 0.436 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/2/2014 | 9/2/2014 | 9/1/2019 | MONROE | Paid | Active | 201500080662 | 1/14/2015 | 295 | 368 | |
| 107524000 | LEASE-OIL AND GAS | The Village of Woodsfield | EM Energy Ohio, LLC | 46.545 | 46.545 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/5/2014 | 9/5/2014 | 9/4/2019 | MONROE | Paid | Active | 201400079291 | 10/31/2014 | 289 | 242 | |
| 107526001 | LEASE-OIL AND GAS | Cheryl E & Gary W Truax | EM Energy Ohio, LLC | 59.25 | 7.40625 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/26/2013 | 4/26/2013 | 4/26/2019 | MONROE | Paid | Active | 201400079294 | 10/31/2014 | 289 | 252 | |
| 107526002 | LEASE-OIL AND GAS | David Cline and Elsie L. Cline, H/W | EM Energy Ohio, LLC | 59.25 | 7.40625 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/9/2013 | 5/9/2013 | 5/9/2019 | MONROE | Paid | Active | 201400079293 | 10/31/2014 | 289 | 246 | |
| 107526003 | LEASE-OIL AND GAS | Dean Christman (Deep Rights) | EM Energy Ohio, LLC | 59.25 | 29.625 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/24/2013 | 4/24/2013 | 12/31/2099 | MONROE | Paid | Active | 201500080720 | 1/20/2015 | 295 | 671 | |
| 107526004 | LEASE-OIL AND GAS | Paul Cline, an unmarried person | EM Energy Ohio, LLC | 59.25 | 7.40625 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/26/2013 | 4/26/2013 | 4/26/2019 | MONROE | Paid | Active | 201300071004 | 10/11/2013 | 254 | 530 | |
| 107526005 | LEASE-OIL AND GAS | Jeffrey & Janis Watson, Richard & Teresa, D. Clark | EM Energy Ohio, LLC | 59.25 | 7.406843 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/1/2013 | 9/1/2013 | 9/1/2019 | MONROE | Paid | Active | 201400079343 | 11/3/2014 | 289 | 428 | |
| 107528000 | LEASE-OIL AND GAS | Frederick P. Howell, Widowed | EM Energy Ohio, LLC | 3.27 | 3.27 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 7/18/2014 | 7/18/2014 | 12/31/2099 | MONROE | Paid | Active | 201300072247 | 12/9/2013 | 259 | 652 | |
| 107580000 | LEASE-OIL AND GAS | The Village of Woodsfield | EM Energy Ohio, LLC | 4.867 | 4.867 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/5/2014 | 9/5/2014 | 9/4/2019 | MONROE | Paid | Active | 201400079292 | 10/31/2014 | 289 | 244 | |
| 107584000 | LEASE-OIL AND GAS | John Christman, single (16.6666%) | EM Energy Ohio, LLC | 68.39 | 11.398333 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/30/2014 | 10/30/2014 | 10/29/2019 | MONROE | Paid | Active | 201500082045 | 4/7/2015 | 301 | 447 | |
| 107585000 | LEASE-OIL AND GAS | John Christman, single (33.3334%) | EM Energy Ohio, LLC | 45.26 | 15.086697 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/30/2014 | 10/30/2014 | 10/29/2019 | MONROE | Paid | Active | 201500082044 | 4/7/2015 | 301 | 445 | |
| 107586000 | LEASE-OIL AND GAS | John Christman, single (16.668%) | EM Energy Ohio, LLC | 2.5 | 0.4167 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/30/2014 | 10/30/2014 | 10/29/2019 | MONROE | Paid | Active | 201500082431 | 4/29/2015 | 303 | 864 | |
| 107589001 | LEASE-OIL AND GAS | Carl E. Dye and Marrene L . Dye, H/W | EM Energy Ohio, LLC | 43 | 10.75 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/3/2014 | 11/3/2014 | 11/2/2019 | MONROE | Paid | Active | 201500082047 | 4/7/2015 | 301 | 451 | |
| 107589002 | LEASE-OIL AND GAS | Lydia D. Aucoin and Phillip J. Aucoin, H/W | EM Energy Ohio, LLC | 43 | 10.75 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/31/2014 | 10/31/2014 | 10/30/2019 | MONROE | Paid | Active | 201500082048 | 4/7/2015 | 301 | 453 | |
| 107589003 | LEASE-OIL AND GAS | Betty J. Daniel, widow | EM Energy Ohio, LLC | 43 | 3.580008 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/12/2014 | 11/12/2014 | 11/11/2019 | MONROE | Paid | Active | 201500082049 | 4/7/2015 | 301 | 455 | |
| 107589004 | LEASE-OIL AND GAS | Vicky D. Cleary, divorced | EM Energy Ohio, LLC | 43 | 1.194398 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/19/2014 | 11/19/2014 | 11/18/2019 | MONROE | Paid | Active | | 1/30/2019 | 388 | 2371 | |
| 107589005 | LEASE-OIL AND GAS | Margarett Kerr, a widow | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/19/2014 | 11/19/2014 | 11/18/2019 | MONROE | Paid | Active | | 1/30/2019 | 388 | 2363 | |
| 107589006 | LEASE-OIL AND GAS | Shirey A. Porter, divorced | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/12/2014 | 11/12/2014 | 11/11/2019 | MONROE | Paid | Active | 201500082050 | 4/7/2015 | 301 | 457 | |
| 107589007 | LEASE-OIL AND GAS | Donna M. Wheeler & Ronnie L. Wheeler, H/W | EM Energy Ohio, LLC | 43 | 1.194411 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/17/2014 | 12/17/2014 | 12/16/2019 | MONROE | Paid | Active | | 1/30/2019 | 388 | 2359 | |
| 107589008 | LEASE-OIL AND GAS | Betty L. Rose and Donald F. Sander, W/H | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 1/5/2015 | 1/5/2015 | 1/4/2020 | MONROE | Paid | Active | | 1/30/2019 | 388 | 2357 | |
| 107589009 | LEASE-OIL AND GAS | Donna M. Kerr, divorced | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/13/2014 | 12/13/2014 | 12/12/2019 | MONROE | Paid | Active | | 1/30/2019 | 388 | 2361 | |
| 107589010 | LEASE-OIL AND GAS | Mary A. Copus and Charles W. Copus, W/H | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/26/2014 | 12/26/2014 | 12/25/2019 | MONROE | Paid | Active | | 1/30/2019 | 388 | 2369 | |
| 107589011 | LEASE-OIL AND GAS | Aaron W. Kerr and Douglas B. Kiefuff, married | EM Energy Ohio, LLC | 43 | 0.895819 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/13/2014 | 12/13/2014 | 12/12/2019 | MONROE | Paid | Active | | 1/30/2019 | 388 | 2365 | |
| 107589012 | LEASE-OIL AND GAS | Richard L. Dye and Lois G. Dye, husband and wife | EM Energy Ohio, LLC | 43 | 1.1944 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/3/2014 | 12/3/2014 | 12/2/2019 | MONROE | Paid | Active | | 1/30/2019 | 388 | 2367 | |
| 107590000 | LEASE-OIL AND GAS | Dene Shultheis and Lee Ann Shultheis, H/W | EM Energy Ohio, LLC | 0.552 | 0.552 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/29/2014 | 10/29/2014 | 10/28/2019 | MONROE | Paid | Active | 201500082046 | 4/7/2015 | 301 | 449 | |
| 107608000 | LEASE-OIL AND GAS | Clarence R., Sarah A., Martin D., Shirley Troyer | Paragon Industries | 80.82 | 80.82 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 3/31/1981 | 3/31/1981 | 12/31/2099 | WASHINGTON | Paid | Active | | 4/7/1981 | 235 | 972 | |
| 107609000 | LEASE-OIL AND GAS | Gary McConnell and Carol McConnell, his wife | Republic Mineral Corp. | 23.62 | 23.62 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 4/23/1980 | 4/23/1980 | 12/31/2099 | WASHINGTON | Paid | Active | | 5/15/1980 | 228 | 780 | |
| 107610000 | LEASE-OIL AND GAS | Harry W. and Mildred M. Handschumacher | Southern Ohio Gas Company, Inc. | 70 | 70 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 1/27/1978 | 1/27/1978 | 12/31/2099 | WASHINGTON | Paid | Active | | 3/21/1978 | 217 | 458 | |
| 107611000 | LEASE-OIL AND GAS | John E Linscott and Edna M. Linscott | The Oxford Oil Company | 117.486 | 117.486 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 10/18/1976 | 10/18/1976 | 12/31/2099 | WASHINGTON | Paid | Active | | 10/28/1976 | 212 | 180 | |
| 107612000 | LEASE-OIL AND GAS | F. R. Abicht (& Pemberton J. Palmer & Doris Palmer | Santa Fe Drilling Company Inc. | 83.3 | 83.3 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 2/15/1980 | 2/15/1980 | 12/31/2099 | WASHINGTON | Paid | Active | | 3/14/1980 | 227 | 944 | |
| 107613000 | LEASE-OIL AND GAS | John L. & Louella E. Betts, Husband & Wife | Santa Fe Drilling Company Inc. | 144.5 | 144.5 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 4/8/1977 | 4/8/1977 | 12/31/2099 | WASHINGTON | Paid | Active | | 4/20/1977 | 213 | 481 | |
| 107617000 | LEASE-OIL AND GAS | Robert R. Biehl, single | Santa Fe Drilling Company Inc. | 84.65 | 84.65 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 4/13/1977 | 4/13/1977 | 12/31/2099 | WASHINGTON | Paid | Active | | 10/1/1979 | 225 | 576 | |
| 107618000 | LEASE-OIL AND GAS | C. M. Smith or Bernice Smith | Santa Fe Drilling Company Inc. | 30.5 | 30.5 | Gross Royalty Interest | 12.50% | 100.00% | 87.50% | 3/3/1978 | 3/3/1978 | 12/31/2099 | WASHINGTON | Paid | Active | | 9/4/1979 | 225 | 85 | |
| 107619000 | LEASE-OIL AND GAS | Dunmar Farms, Inc. (Eugene Biehl, President) | Santa Fe Drilling Company Inc. | 285.401 | 285.401 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 9/16/1981 | 9/16/1981 | 12/31/2099 | WASHINGTON | Paid | Active | | 9/18/1981 | 239 | 240 | |

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | LEASE PAYMENT STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107624000 | LEASE-OIL AND GAS | Brenda Simmons, fka Brenda Moore, divorced | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 11/21/2014 | 11/21/2014 | 12/31/2099 | MONROE | Paid | Active | 201500080659 | 1/14/2015 | 295 | 362 | |
| 107627000 | LEASE-OIL AND GAS | Randall J. Seckman and Ann Seckman, H/W | EM Energy Ohio, LLC | 1.751 | 1.751 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/7/2014 | 12/7/2014 | 12/31/2099 | MONROE | Paid | Active | 201700093508 | 3/22/2017 | 354 | 803 | |
| 107628000 | LEASE-OIL AND GAS | Resource Minerals Headwater I, LP | EM Energy Ohio, LLC | 24.924 | 24.924 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 12/23/2014 | 12/23/2014 | 12/22/2019 | MONROE | Paid | Active | 201500080657 | 1/14/2015 | 295 | 356 | |
| 107642000 | LEASE-OIL AND GAS | Gary Hill and Barbara Hill, H/W | Beck Energy Corporation | 61.263 | 61.263 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 11/20/2001 | 11/20/2001 | 12/31/2099 | WASHINGTON | Paid | Active | 200100014212 | 12/17/2001 | 332 | 1437 | |
| 107658000 | LEASE-OIL AND GAS | Jerome R. Long, a widower | EM Energy Ohio, LLC | 136.62 | 136.62 | Gross Royalty Interest | 18.00% | 100.00% | 82.00% | 5/22/2015 | 5/22/2015 | 5/21/2020 | WASHINGTON | Paid | Active | 201500004463 | 6/25/2015 | 583 | 876 | |
| 107705001 | LEASE-OIL AND GAS | William E. Patterson III & Kim R. Patterson | EM Energy Ohio, LLC | 3.84 | 0.192 | Net Royalty Interest | 17.00% | 100.00% | 83.00% | 11/2/2016 | 11/2/2016 | 11/1/2021 | MONROE | Paid | Active | 201700092576 | 2/8/2017 | 350 | 648 | |
| 107705002 | LEASE-OIL AND GAS | Joy Ann White | EM Energy Ohio, LLC | 3.84 | 0.48 | Net Royalty Interest | 17.00% | 100.00% | 83.00% | 11/3/2016 | 11/3/2016 | 11/2/2021 | MONROE | Paid | Active | 201700092552 | 2/8/2017 | 350 | 590 | |
| 107705003 | LEASE-OIL AND GAS | Patsy Zartman | EM Energy Ohio, LLC | 3.84 | 0.96 | Net Royalty Interest | 17.00% | 100.00% | 83.00% | 12/13/2016 | 12/13/2016 | 12/12/2021 | MONROE | Paid | Active | 201700092935 | 2/27/2017 | 352 | 151 | |
| 107705004 | LEASE-OIL AND GAS | Kevin Scott Patterson | EM Energy Ohio, LLC | 3.84 | 0.192 | Net Royalty Interest | 17.00% | 100.00% | 83.00% | 12/13/2016 | 12/13/2016 | 12/12/2021 | MONROE | Paid | Active | 201700094575 | 5/8/2017 | 359 | 872 | |
| 107705005 | LEASE-OIL AND GAS | Daniel and Stefany Lynn Kinch | EM Energy Ohio, LLC | 3.84 | 0.48 | Net Royalty Interest | 17.00% | 100.00% | 83.00% | 4/29/2017 | 4/29/2017 | 4/28/2022 | MONROE | Paid | Active | 201700095598 | 6/28/2017 | 363 | 936 | |
| 107706000 | LEASE-OIL AND GAS | Michael R. Dean and Deborah A. Dean | EM Energy Ohio, LLC | 0.6 | 0.6 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/9/2015 | 3/9/2015 | 3/8/2020 | WASHINGTON | Paid | Active | 201500006095 | 8/19/2015 | 586 | 638 | |
| 107707000 | LEASE-OIL AND GAS | Sharon A. Estadt, a widow | EM Energy Ohio, LLC | 0.3804 | 0.3804 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/10/2015 | 3/10/2015 | 3/9/2020 | WASHINGTON | Paid | Active | 201500006099 | 8/19/2015 | 586 | 648 | |
| 107725000 | LEASE-OIL AND GAS | Paul S. Jenks and Melissa Jenks fka Melissa Lauer | EM Energy Ohio, LLC | 0.5 | 0.5 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/16/2015 | 3/16/2015 | 3/15/2020 | WASHINGTON | Paid | Active | 201500006094 | 8/19/2015 | 586 | 636 | |
| 107726000 | LEASE-OIL AND GAS | Lester Ray Lauer, Jr., widower | EM Energy Ohio, LLC | 0.2487 | 0.2487 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/18/2015 | 3/18/2015 | 3/17/2020 | WASHINGTON | Paid | Active | 201500006098 | 8/19/2015 | 586 | 646 | |
| 107727000 | LEASE-OIL AND GAS | Mark A. Greathouse and Angela L. Greathouse, H/W | EM Energy Ohio, LLC | 0.3276 | 0.3276 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/18/2015 | 3/18/2015 | 3/17/2020 | WASHINGTON | Paid | Active | 201500006101 | 8/19/2015 | 586 | 653 | |
| 107728000 | LEASE-OIL AND GAS | Bernard L. Montgomery and Carol J. Montgomery, H/W | EM Energy Ohio, LLC | 0.6 | 0.6 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/24/2015 | 3/24/2015 | 3/23/2020 | WASHINGTON | Paid | Active | 201500006100 | 8/19/2015 | 586 | 651 | |
| 107729000 | LEASE-OIL AND GAS | David H. White, married | EM Energy Ohio, LLC | 12.821 | 12.821 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 2/19/2015 | 2/19/2015 | 2/18/2020 | WASHINGTON | Paid | Active | 201500004032 | 6/10/2015 | 582 | 1697 | |
| 107731000 | LEASE-OIL AND GAS | Megan Morris, single | EM Energy Ohio, LLC | 0.497 | 0.497 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 4/1/2015 | 4/1/2015 | 3/31/2020 | WASHINGTON | Paid | Active | 201500006096 | 8/19/2015 | 586 | 641 | |
| 107732000 | LEASE-OIL AND GAS | Robert M. Heslop, single | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 4/1/2015 | 4/1/2015 | 3/31/2020 | WASHINGTON | Paid | Active | 201500006097 | 8/19/2015 | 586 | 644 | |
| 107758000 | LEASE-OIL AND GAS | ALBIN ROVAN (SINGLE MAN) | Wishguard, LLC | 58.122 | 54.533875 | Net Royalty Interest | 15.00% | 100.00% | 85.00% | 5/12/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057144 | 6/20/2011 | 203 | 102 | |
| 107762000 | LEASE-OIL AND GAS | CHARLES & VICKIE ROBERTS | Wishguard, LLC | 24.09 | 22.584375 | Net Royalty Interest | 15.00% | 100.00% | 85.00% | 5/11/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057109 | 6/20/2011 | 203 | 030 | |
| 107764000 | LEASE-OIL AND GAS | Donald W. Wise and Brenda J, Wise (H/W) | Wishguard, LLC | 5.68 | 5.68 | Net Royalty Interest | 15.00% | 100.00% | 85.00% | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057129 | 6/20/2011 | 203 | 72 | |
| 107765000 | LEASE-OIL AND GAS | Vivian Marty as Exe. of the Estate of Howard Marty | Gulfport Energy Corporation | 39.5 | 39.5 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/26/2013 | 8/26/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070579 | 9/24/2013 | 253 | 4 | |
| 107790000 | LEASE-OIL AND GAS | Robert V. Wise | Wishguard, LLC | 1.94 | 1.94 | Net Royalty Interest | 15.00% | 100.00% | 85.00% | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057127 | 5/19/2011 | 203 | 068 | |
| 107801000 | LEASE-OIL AND GAS | Rodney A. Wise & Sherri Carpenter, AKA Sherri Wise | Wishguard, LLC | 4.42 | 4.42 | Net Royalty Interest | 15.00% | 100.00% | 85.00% | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057130 | 6/20/2011 | 203 | 74 | |
| 107818000 | LEASE-OIL AND GAS | Robert T. Fleeman and Elizabeth K. Fleeman, H/W | Wishguard, LLC | 40.32 | 40.32 | Net Royalty Interest | 15.00% | 100.00% | 85.00% | 5/19/2011 | 5/31/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057145 | 6/20/2011 | 203 | 104 | |
| 107851000 | LEASE-OIL AND GAS | Debora L. Haas, et al | EM Energy Ohio, LLC | 0.733 | 0.733 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 4/7/2015 | 4/7/2015 | 4/6/2020 | WASHINGTON | Paid | Active | 201500006102 | 8/19/2015 | 586 | 656 | |
| 107900000 | LEASE-OIL AND GAS | Robert and Linda Masters, a married couple | EM Energy Ohio, LLC | 0.577 | 0.577 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 4/18/2015 | 4/18/2015 | 4/17/2020 | WASHINGTON | Paid | Active | 201500007113 | 9/28/2015 | 587 | 2627 | |
| 107974000 | LEASE-OIL AND GAS | Eric J. Brown and Bethany L Brown,H/W | EM Energy Ohio, LLC | 5.459 | 5.459 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/1/2015 | 5/1/2015 | 4/30/2020 | WASHINGTON | Paid | Active | 201500007114 | 9/28/2015 | 587 | 2631 | |
| 107975000 | LEASE-OIL AND GAS | Oskar Gruber and Courtney L. Gruber, H/W | Gulfport Energy Corporation | 53.921 | 53.921 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 8/16/2013 | 8/16/2013 | 8/15/2019 | MONROE | Paid | Active | 201300070586 | 9/24/2013 | 253 | 18 | |
| 107976000 | LEASE-OIL AND GAS | Guy Eugene Norris and Cheryl S. Norris, H/W | Pegasus Worldwide, LLC | 10.7 | 10.7 | Gross Royalty Interest | 18.00% | 100.00% | 82.00% | 7/11/2014 | 7/11/2014 | 7/10/2019 | MONROE | Paid | Active | 201400078749 | 10/9/2014 | 286 | 971 | |
| 107980000 | LEASE-OIL AND GAS | Joshua Allen and Megan Allen, H/W | Gulfport Energy Corporation | 17.31 | 17.31 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 11/18/2013 | 11/18/2013 | 11/17/2019 | MONROE | Paid | Active | 201300072457 | 12/16/2013 | 261 | 228 | |
| 107989000 | LEASE-OIL AND GAS | Thomas H. Fagan and Kate S. Fagan, H/W | EM Energy Ohio, LLC | 0.1332 | 0.1332 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/1/2015 | 6/1/2015 | 5/31/2020 | WASHINGTON | Paid | Active | 201500007402 | 10/7/2015 | 588 | 1218 | |
| 107993000 | LEASE-OIL AND GAS | Mona Marie Sexton, a widow | EM Energy Ohio, LLC | 75.5 | 75.5 | Net Royalty Interest | 0.2 | 1 | 80.00% | 5/20/2015 | 5/20/2015 | 12/31/2099 | MONROE | Paid | Active | 201500084693 | 9/25/2015 | 315 | 703 | |
| 107994000 | LEASE-OIL AND GAS | Village of Lower Salem | EM Energy Ohio, LLC | 4.51 | 4.51 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/20/2015 | 5/20/2015 | 5/19/2020 | WASHINGTON | Paid | Active | 201500007121 | 9/28/2015 | 587 | 2648 | |
| 107995000 | LEASE-OIL AND GAS | Lawrence R. Burer and Barbara A. Burer, married | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/13/2015 | 5/13/2015 | 5/12/2020 | WASHINGTON | Paid | Active | 201500007117 | 9/28/2015 | 587 | 2638 | |
| 107996000 | LEASE-OIL AND GAS | Casey J. Strahler and Alicia C. Strahler, H/W | EM Energy Ohio, LLC | 0.592 | 0.592 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/24/2015 | 6/24/2015 | 6/23/2020 | WASHINGTON | Paid | Active | 201500008587 | 11/19/2015 | 1527 | 3 | |
| 107997000 | LEASE-OIL AND GAS | Gisele Miller, single | EM Energy Ohio, LLC | 0.242 | 0.242 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/13/2015 | 5/13/2015 | 5/12/2020 | WASHINGTON | Paid | Active | 201500007115 | 9/28/2015 | 587 | 2633 | |
| 107998000 | LEASE-OIL AND GAS | D. Jeraldine Lowe, a widow | EM Energy Ohio, LLC | 0.252 | 0.083992 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/8/2015 | 5/8/2015 | 5/7/2020 | WASHINGTON | Paid | Active | 201500007410 | 10/7/2015 | 588 | 1235 | |
| 107999000 | LEASE-OIL AND GAS | William L. Kidd an Janet L. Kidd, husband and wife | EM Energy Ohio, LLC | 5.779 | 5.779 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/12/2015 | 5/12/2015 | 5/11/2020 | WASHINGTON | Paid | Active | 201500007118 | 9/28/2015 | 587 | 2640 | |
| 108000000 | LEASE-OIL AND GAS | Ellen O'Brien, single | EM Energy Ohio, LLC | 1.273 | 1.273 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/14/2015 | 5/14/2015 | 5/13/2020 | WASHINGTON | Paid | Active | 201500007119 | 9/28/2015 | 587 | 2643 | |
| 108001000 | LEASE-OIL AND GAS | Ronald D. Hebert and Jeanie I. Hebert, married | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/15/2015 | 5/15/2015 | 5/14/2020 | WASHINGTON | Paid | Active | 201500007120 | 9/28/2015 | 587 | 2646 | |
| 108002000 | LEASE-OIL AND GAS | John W. Erb and Barbara A. Erb, husband and wife | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/22/2015 | 5/22/2015 | 5/21/2020 | WASHINGTON | Paid | Active | 201500007414 | 10/7/2015 | 588 | 1245 | |
| 108003000 | LEASE-OIL AND GAS | Aaron W. Erb and Michelle L. Kiefer-Erb, married | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/22/2015 | 5/22/2015 | 5/21/2020 | WASHINGTON | Paid | Active | 201500007408 | 10/7/2015 | 588 | 1231 | |
| 108004000 | LEASE-OIL AND GAS | Damien Posey and Tonya Posey, Married | EM Energy Ohio, LLC | 1.648 | 1.648 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/22/2015 | 5/22/2015 | 5/21/2020 | WASHINGTON | Paid | Active | 201500007413 | 10/7/2015 | 588 | 1242 | |
| 108005000 | LEASE-OIL AND GAS | R. Dean Gerber and Barbara Gerber, H/W | EM Energy Ohio, LLC | 0.066 | 0.066 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/26/2015 | 5/26/2015 | 5/25/2020 | WASHINGTON | Paid | Active | 201500007403 | 10/7/2015 | 588 | 1220 | |
| 108007000 | LEASE-OIL AND GAS | Gary Hughey, a widow | EM Energy Ohio, LLC | 0.458 | 0.458 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/26/2015 | 5/26/2015 | 5/25/2020 | WASHINGTON | Paid | Active | 201500007407 | 10/7/2015 | 588 | 1228 | |
| 108011000 | LEASE-OIL AND GAS | Jerry E. Mincks and Barbara L. Mincks, H/W | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/27/2015 | 5/27/2015 | 5/26/2020 | WASHINGTON | Paid | Active | 201500007404 | 10/7/2015 | 588 | 1222 | |
| 108012000 | LEASE-OIL AND GAS | Wilbert D. Antill and Joyce R. Antill, H/W | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/29/2015 | 5/29/2015 | 5/28/2020 | WASHINGTON | Paid | Active | 201500007415 | 10/7/2015 | 588 | 1247 | |
| 108013000 | LEASE-OIL AND GAS | R. Dean Gerber & Barbara Gerber, H/W, for their NL | EM Energy Ohio, LLC | 1.588 | 1.588 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/26/2015 | 5/26/2015 | 5/25/2020 | WASHINGTON | Paid | Active | 201500007401 | 10/7/2015 | 588 | 1214 | |
| 108017000 | LEASE-OIL AND GAS | David F. Miller and Selina A. Miller, H/W | EM Energy Ohio, LLC | 0.143 | 0.143 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/26/2015 | 6/26/2015 | 6/25/2020 | WASHINGTON | Paid | Active | 201500008586 | 11/19/2015 | 1525 | 2 | |
| 108030000 | LEASE-OIL AND GAS | Angela Weddle, unmarried | EM Energy Ohio, LLC | 15.639 | 15.639 | Net Royalty Interest | 0.2 | 1 | 80.00% | 6/23/2015 | 6/23/2015 | 6/22/2020 | MONROE | Paid | Active | 201600086763 | 2/9/2016 | 325 | 442 | |
| 108031000 | LEASE-OIL AND GAS | Marilyn Williams & James Williams, et al | EM Energy Ohio, LLC | 206.301 | 206.301 | Net Royalty Interest | 0.2 | 1 | 80.00% | 6/25/2015 | 6/25/2015 | 6/24/2020 | MONROE | Paid | Active | 201600086762 | 2/9/2016 | 325 | 439 | |
| 108032000 | LEASE-OIL AND GAS | Mark O'Brien and Marianna M. O'Brien, H/W, et al | EM Energy Ohio, LLC | 6.8819 | 6.8819 | Net Royalty Interest | 0.2 | 1 | 80.00% | 5/26/2015 | 5/26/2015 | 5/25/2020 | WASHINGTON | Paid | Active | 201500007411 | 10/7/2015 | 588 | 1237 | |
| 108033000 | LEASE-OIL AND GAS | Lower Salem Properties, L.L.C. | EM Energy Ohio, LLC | 0.446 | 0.446 | Net Royalty Interest | 0.18 | 1 | 82.00% | 7/4/2015 | 7/4/2015 | 7/3/2020 | WASHINGTON | Paid | Active | 201500008585 | 11/19/2015 | 590 | 1523 | |
| 108036000 | LEASE-OIL AND GAS | Leonard M. Hill, Sr. and Carolina S. Hill, H/W | EM Energy Ohio, LLC | 0.254 | 0.254 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/10/2015 | 6/10/2015 | 6/9/2020 | WASHINGTON | Paid | Active | 201500008582 | 11/19/2015 | 590 | 1514 | |
| 108040000 | LEASE-OIL AND GAS | Jerry Ellis, divorced | EM Energy Ohio, LLC | 2.777 | 2.777 | Net Royalty Interest | 0.2 | 1 | 80.00% | 6/5/2015 | 6/5/2015 | 6/4/2020 | MONROE | Paid | Active | 201500085555 | 11/18/2015 | 319 | 749 | |
| 108041000 | LEASE-OIL AND GAS | Robert Ellis, Jr. and Julie Ellis, h/w | EM Energy Ohio, LLC | 1.556 | 1.556 | Net Royalty Interest | 0.2 | 1 | 80.00% | 7/8/2015 | 7/8/2015 | 7/7/2020 | MONROE | Paid | Active | 201600087002 | 2/26/2016 | 326 | 595 | |
| 108042000 | LEASE-OIL AND GAS | Estate of Roy Rexall Yates, by Virgil David Erb | EM Energy Ohio, LLC | 3.21 | 3.21 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/28/2015 | 5/28/2015 | 5/27/2020 | WASHINGTON | Paid | Active | 201500007112 | 9/28/2015 | 587 | 2625 | |
| 108043000 | LEASE-OIL AND GAS | David E. Brightbill, a widower | EM Energy Ohio, LLC | 1.302 | 1.302 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/29/2015 | 5/29/2015 | 5/28/2020 | WASHINGTON | Paid | Active | 201500007409 | 10/7/2015 | 588 | 1233 | |
| 108044000 | LEASE-OIL AND GAS | Gerald A. Smith and Myra L. Noe-Smith, H/W | EM Energy Ohio, LLC | 0.1107 | 0.1107 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/3/2015 | 6/3/2015 | 6/2/2020 | WASHINGTON | Paid | Active | 201500007412 | 10/7/2015 | 588 | 1240 | |
| 108045000 | LEASE-OIL AND GAS | Russell E. Casseday and Sarah L. Casseday, h/w | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/10/2015 | 6/10/2015 | 6/9/2020 | WASHINGTON | Paid | Active | 201500008581 | 11/19/2015 | 1512 | 2 | |
| 108046000 | LEASE-OIL AND GAS | Lower Salem Properties, LLC | EM Energy Ohio, LLC | 0.276 | 0.276 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/10/2015 | 6/10/2015 | 6/9/2020 | WASHINGTON | Paid | Active | 201500008580 | 11/19/2015 | 590 | 1510 | |
| 108047000 | LEASE-OIL AND GAS | Jeffrey A. Mendenhall, single | EM Energy Ohio, LLC | 0.254 | 0.254 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/25/2015 | 6/25/2015 | 6/24/2020 | WASHINGTON | Paid | Active | 201500008584 | 11/19/2015 | 590 | 1521 | |
| 108061000 | LEASE-OIL AND GAS | Church of Christ at Warner, by Timothy B. Stewart | EM Energy Ohio, LLC | 1.26 | 1.26 | Net Royalty Interest | 0.18 | 1 | 82.00% | 6/17/2015 | 6/17/2015 | 6/16/2020 | WASHINGTON | Paid | Active | 201500008583 | 11/19/2015 | 590 | 1517 | |
| 108062000 | LEASE-OIL AND GAS | James M. Hendershot and Younghee Hendershot, H/W | EM Energy Ohio, LLC | 0.115 | 0.115 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/15/2015 | 5/15/2015 | 5/14/2020 | WASHINGTON | Paid | Active | 201500007116 | 9/28/2015 | 587 | 2636 | |
| 108066000 | LEASE-OIL AND GAS | John G. Parks, a single man | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/27/2015 | 5/27/2015 | 5/26/2020 | WASHINGTON | Paid | Active | 201500007406 | 10/7/2015 | 588 | 1226 | |
| 108067000 | LEASE-OIL AND GAS | James Settlage and Carrie D. Settlage, H/W | EM Energy Ohio, LLC | 0.5385 | 0.5385 | Net Royalty Interest | 0.18 | 1 | 82.00% | 5/30/2015 | 5/30/2015 | 5/29/2020 | WASHINGTON | Paid | Active | 201500007405 | 10/7/2015 | 588 | 1224 | |
| 108074000 | LEASE-OIL AND GAS | Robert Ellis Jr. and Julie Ellis, H/W, et al | EM Energy Ohio, LLC | 2.986 | 2.986 | Net Royalty Interest | 0.2 | 1 | 80.00% | 7/8/2015 | 7/8/2015 | 7/8/2020 | MONROE | Paid | Active | 201500085556 | 11/18/2015 | 319 | 752 | |
| 108087000 | LEASE-OIL AND GAS | Michael R. Vernon and Jennifer R. Vernon | EM Energy Ohio, LLC | 3.78 | 3.78 | Net Royalty Interest | 0.18 | 1 | 82.00% | 10/1/2015 | 10/1/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086758 | 2/9/2016 | 325 | 431 | |
| 108089000 | LEASE-OIL AND GAS | Jerry Piatt, a widower | EM Energy Ohio, LLC | 59 | 59 | Net Royalty Interest | 0.2 | 1 | 80.00% | 9/18/2015 | 9/18/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086764 | 2/9/2016 | 325 | 445 | |
| 108090001 | LEASE-OIL AND GAS | Florence Elizabeth Jordan fka Florence E. Hupp | EM Energy Ohio, LLC | 0.057 | 0.01425 | Net Royalty Interest | 0.2 | 1 | 80.00% | 9/11/2015 | 9/11/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086765 | 2/9/2016 | 325 | 448 | |
| 108090002 | LEASE-OIL AND GAS | Marjorie R. Hippli f.k.a. Marjorie R. Hupp | EM Energy Ohio, LLC | 0.057 | 0.01425 | Net Royalty Interest | 0.2 | 1 | 80.00% | 9/8/2015 | 9/8/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086761 | 2/9/2016 | 325 | 437 | |
| 108090003 | LEASE-OIL AND GAS | The Monroe Water District | EM Energy Ohio, LLC | 0.057 | 0.0285 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/9/2017 | 3/9/2017 | 12/31/2099 | MONROE | Paid | Active | 201700093923 | 4/7/2017 | 356 | 746 | |
| 108092000 | LEASE-OIL AND GAS | Leota F. Lee, a single woman | EM Energy Ohio, LLC | 0.175 | 0.175 | Net Royalty Interest | 0.18 | 1 | 82.00% | 9/1/2015 | 9/1/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086759 | 2/9/2016 | 325 | 433 | |
| 108096001 | LEASE-OIL AND GAS | Stacy L. Craner and Cary Craner, wife and husband | EM Energy Ohio, LLC | 24.418 | 1.01701 | Net Royalty Interest | 0.19 | 1 | 81.00% | 11/28/2015 | 11/28/2015 | 11/27/2020 | MONROE | Partial Paid | Active | 201600087207 | 3/10/2016 | 327 | 418 | |
| 108096002 | LEASE-OIL AND GAS | Kevin Robert Winkel and Carrie Anne Winkel | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/10/2016 | 10/10/2016 | 10/9/2021 | MONROE | Paid | Active | 201600091193 | 11/14/2016 | 344 | 859 | |
| 108096003 | LEASE-OIL AND GAS | David E. Winkel | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/7/2016 | 10/7/2016 | 10/6/2021 | MONROE | Paid | Active | 201600091192 | 11/14/2016 | 344 | 857 | |
| 108096004 | LEASE-OIL AND GAS | Sandra L. Koglin and Arlin Koglin | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/19/2016 | 10/19/2016 | 10/18/2021 | MONROE | Paid | Active | 201600091191 | 11/14/2016 | 344 | 855 | |
| 108096005 | LEASE-OIL AND GAS | Mark I. Winkel and Filomena A. Winkel | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/14/2016 | 10/14/2016 | 10/13/2021 | MONROE | Paid | Active | 201600091190 | 11/14/2016 | 344 | 853 | |
| 108096006 | LEASE-OIL AND GAS | Gladys C. DeVoe | EM Energy Ohio, LLC | 23.401 | 7.800333 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/12/2016 | 10/12/2016 | 10/11/2021 | MONROE | Paid | Active | 201600091188 | 11/14/2016 | 344 | 849 | |
| 108096007 | LEASE-OIL AND GAS | G. Eileen Stephenson | EM Energy Ohio, LLC | 23.401 | 7.800333 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/11/2016 | 10/11/2016 | 10/10/2021 | MONROE | Paid | Active | 201600091187 | 11/14/2016 | 344 | 847 | |
| 108096008 | LEASE-OIL AND GAS | Beverly M. Swan and Mark A. Swan | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/7/2016 | 10/7/2016 | 10/6/2021 | MONROE | Paid | Active | 201600091189 | 11/14/2016 | 344 | 851 | |
| 108118000 | LEASE-OIL AND GAS | Glenn R. Weddle and Judy L. Weddle, H/W | Eclipse Resources I, LP | 94.381 | 94.381 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061502 | 4/30/2012 | 218 | 599 | |
| 108120000 | LEASE-OIL AND GAS | William Winland and Shannon Winland, H/W | Eclipse Resources I, LP | 38.128218 | 38.128218 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061974 | 5/24/2012 | 220 | 241 | |
| 108121000 | LEASE-OIL AND GAS | Larry G. & Sonja M. Riggenbach | Eclipse Resources I, LP | 70.32 | 70.32 | Net Royalty Interest | 0.2 | 1 | 80.00% | 4/13/2012 | 4/13/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061997 | 5/24/2012 | 220 | 359 | |
| 108125000 | LEASE-OIL AND GAS | Brent & Jennifer McConnell, H/W; James Dunphy | Eclipse Resources I, LP | 30.598 | 30.598 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061306 | 4/19/2012 | 217 | 932 | |
| 108126000 | LEASE-OIL AND GAS | J & D Land Group LTD | Eclipse Resources I, LP | 19.711 | 19.711 | Net Royalty Interest | 0.2 | 1 | 80.00% | 11/19/2012 | 11/19/2012 | 11/19/2019 | MONROE | Paid | Active | 201200065321 | 12/7/2012 | 232 | 574 | |
| 108127000 | LEASE-OIL AND GAS | Kevin G. Warner and Danielle Warner | Eclipse Resources I, LP | 5.009 | 5.009 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/21/2012 | 3/21/2012 | 3/20/2022 | MONROE | Paid | Active | 201200061877 | 5/22/2012 | 219 | 926 | |
| 108128000 | LEASE-OIL AND GAS | Robert L. & Kimberly R. Warner | Eclipse Resources I, LP | 6.11 | 6.11 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/21/2012 | 3/21/2012 | 3/20/2022 | MONROE | Paid | Active | 201200061876 | 5/22/2012 | 219 | 921 | |
| 108129000 | LEASE-OIL AND GAS | Kevin G. Lumbatis & Susan M. Lumbatis, H/W | Eclipse Resources I, LP | 95.496 | 95.496 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061547 | 5/1/2012 | 218 | 790 | |
| 108131000 | LEASE-OIL AND GAS | Ronald C. Vernon and Melinda M. Vernon, H/W | Eclipse Resources I, LP | 45.516 | 45.516 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/25/2012 | 10/25/2012 | 12/31/2099 | MONROE | Paid | Active | 201200064919 | 11/19/2012 | 231 | 274 | |
| 108132000 | LEASE-OIL AND GAS | Iris Gale Covert, a widow | Eclipse Resources I, LP | 43.65 | 43.65 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061503 | 4/30/2012 | 218 | 605 | |
| 108137000 | LEASE-OIL AND GAS | Richard D. Brown | Eclipse Resources I, LP | 1.166 | 1.166 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/7/2012 | 11/7/2012 | 12/31/2099 | MONROE | Paid | Active | 201200064977 | 11/21/2012 | 231 | 478 | |
| 108138000 | LEASE-OIL AND GAS | Daniel L. Crawford & Victoria R. Crawford | Eclipse Resources I, LP | 98.61 | 98.61 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/28/2012 | 11/28/2012 | 12/31/2099 | MONROE | Paid | Active | 201300066513 | 2/14/2013 | 236 | 476 | |
| 108139000 | LEASE-OIL AND GAS | Beverly D. Brown | Eclipse Resources I, LP | 1.129 | 1.129 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/7/2012 | 11/7/2012 | 12/31/2099 | MONROE | Paid | Active | 201200065367 | 12/11/2012 | 232 | 773 | |
| 108141000 | LEASE-OIL AND GAS | Richard J. Sexton and Mona Marie Sexton | Eclipse Resources I, LP | 13.5 | 13.5 | Net Royalty Interest | 0.2 | 1 | 80.00% | 9/24/2012 | 9/24/2012 | 9/23/2019 | MONROE | Paid | Active | 201200064076 | 10/9/2012 | 228 | 400 | |
| 108143000 | LEASE-OIL AND GAS | William F. & Willma M. Carter, LE; Ilaina Carter | Beck Energy Corporation | 138 | 138 | Net Royalty Interest | 0.125 | 1 | 87.50% | 4/14/2004 | 4/14/2004 | 12/31/2099 | MONROE | Paid | Active | 200400037399 | 5/4/2011 | 118 | 274 | |
| 108146000 | LEASE-OIL AND GAS | Donald G. and B. Jeanette Thompson, H/W | American Energy Ohio, LLC | 0.522 | 0.522 | Gross Royalty Interest | 0.2 | 1 | 80.00% | 9/25/2013 | 9/25/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071831 | 11/14/2013 | 257 | 778 | |
| 108149000 | LEASE-OIL AND GAS | Roger E. Pittman, an unmarried person | EM Energy Ohio, LLC | 1.055 | 1.055 | Net Royalty Interest | 0.19 | 1 | 81.00% | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067726 | 4/23/2013 | 240 | 814 | |
| 108151000 | LEASE-OIL AND GAS | Luther F. Burke and Frances J. Burke, H/W | Great River Energy | 5 | 5 | Gross Royalty Interest | 0.2 | 1 | 80.00% | 10/18/2013 | 10/18/2013 | 12/31/2099 | MONROE | Paid | Active | 201300072556 | 12/18/2013 | 261 | 816 | |
| 108185000 | LEASE-OIL AND GAS | Betty S. Hruska | EM Energy Ohio, LLC | 55.368 | 55.368 | Net Royalty Interest | 0.17 | 1 | 83.00% | 6/9/2016 | 6/9/2016 | 12/31/2099 | MONROE | Paid | Active | 201600088996 | 6/24/2016 | 335 | 407 | |
| 108190001 | LEASE-OIL AND GAS | James F. Graham | EM Energy Ohio, LLC | 4.17 | 0.155 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/8/2016 | 3/8/2016 | 3/8/2021 | MONROE | Paid | Active | 201600088995 | 6/24/2016 | 335 | 405 | |
| 108190002 | LEASE-OIL AND GAS | John P. and Tammy Ann Gibson | EM Energy Ohio, LLC | 4.17 | 0.155 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/8/2016 | 3/8/2016 | 3/8/2021 | MONROE | Paid | Active | 201600088994 | 6/24/2016 | 335 | 403 | |
| 108192000 | LEASE-OIL AND GAS | Earl Hensel and Thelma Hensel | New Trend Oil and Gas Inc | 20 | 20 | Net Royalty Interest | 0.125 | 1 | 87.50% | 7/14/1987 | 7/14/1987 | 12/31/2099 | MONROE | Paid | Active | | 7/15/1987 | 133 | 130 | |
| 108193000 | LEASE-OIL AND GAS | Raymond W. and Anna W. Hensel | New Trend Oil and Gas Inc | 35 | 20 | Net Royalty Interest | 0.125 | 1 | 87.50% | 7/20/1987 | 7/20/1987 | 12/31/2099 | MONROE | Paid | Active | | 7/24/1987 | 133 | 191 | |
| 108211000 | LEASE-OIL AND GAS | Urban Weber & Lavona Weber | Burchett & Haynes, LLC | 114 | 114 | Net Royalty Interest | 0.125 | 1 | 87.50% | 3/6/2006 | 3/6/2006 | 12/31/2099 | MONROE | Paid | Active | 200600043233 | 3/15/2006 | 143 | 897 | |
| 108217000 | LEASE-OIL AND GAS | Danielle M. Weddle | EM Energy Ohio, LLC | 3.48 | 3.48 | Net Royalty Interest | 0.18 | 1 | 82.00% | 10/1/2016 | 10/1/2016 | 9/30/2021 | MONROE | Paid | Active | 201600091186 | 11/14/2016 | 344 | 845 | |
| 108232001 | LEASE-OIL AND GAS | Thomas R. Householder | EM Energy Ohio, LLC | 65 | 1.807 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/25/2016 | 10/25/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092575 | 2/8/2017 | 350 | 646 | |
| 108232002 | LEASE-OIL AND GAS | Susan G. and George F. Emch | EM Energy Ohio, LLC | 65 | 1.807 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/25/2016 | 10/25/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092574 | 2/8/2017 | 350 | 644 | |
| 108232003 | LEASE-OIL AND GAS | Julie Thelaner Goundry | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/21/2016 | 10/21/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092573 | 2/8/2017 | 350 | 642 | |
| 108232004 | LEASE-OIL AND GAS | Leslie David Thelaner | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/31/2016 | 10/31/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092572 | 2/8/2017 | 350 | 640 | |
| 108232005 | LEASE-OIL AND GAS | Elizabeth and Pete Alberto | EM Energy Ohio, LLC | 65 | 0.9035 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/14/2016 | 10/14/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092570 | 2/8/2017 | 350 | 636 | |
| 108232006 | LEASE-OIL AND GAS | Ginny and Larry Wigley | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interest | 0.17 | 1 | 83.00% | 11/3/2016 | 11/3/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092569 | 2/8/2017 | 350 | 634 | |
| 108232007 | LEASE-OIL AND GAS | Wendy Thelaner Kennedy and Don Kennedy | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interest | 0.17 | 1 | 83.00% | 11/8/2016 | 11/8/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092571 | 2/8/2017 | 350 | 638 | |
| 108232008 | LEASE-OIL AND GAS | Kathleen M. Covert | EM Energy Ohio, LLC | 65 | 0.9035 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/18/2016 | 10/18/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092567 | 2/8/2017 | 350 | 630 | |
| 108232009 | LEASE-OIL AND GAS | Cindy K. and Steve Andreasen | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/19/2016 | 10/19/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092566 | 2/8/2017 | 350 | 628 | |
| 108232010 | LEASE-OIL AND GAS | Ellen Oliver | EM Energy Ohio, LLC | 65 | 1.807 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/21/2016 | 10/21/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092565 | 2/8/2017 | 350 | 626 | |
| 108232011 | LEASE-OIL AND GAS | Linda and Richard Crooks | EM Energy Ohio, LLC | 65 | 1.807 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/21/2016 | 10/21/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092564 | 2/8/2017 | 350 | 624 | |
| 108232012 | LEASE-OIL AND GAS | Charles R. and Dorothy M. Wierer | EM Energy Ohio, LLC | 65 | 5.416644 | Net Royalty Interest | 0.17 | 1 | 83.00% | 9/23/2016 | 9/23/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092934 | 2/27/2017 | 352 | 149 | |
| 108232013 | LEASE-OIL AND GAS | Stephen C. Covert | EM Energy Ohio, LLC | 65 | 0.9035 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/24/2016 | 10/24/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092563 | 2/8/2017 | 350 | 622 | |
| 108232014 | LEASE-OIL AND GAS | Chester J. and B. Lynn Covert | EM Energy Ohio, LLC | 65 | 0.9035 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/21/2016 | 10/21/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092562 | 2/8/2016 | 350 | 620 | |

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | LEASE PAYMENT STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108232015 | LEASE-OIL AND GAS | Village of Woodsfield, owner of Oaklawn Cemetary | EM Energy Ohio, LLC | 65 | 21.666668 | Net Royalty Interest | 0.2 | 1 | 80.00% | 6/16/2017 | 6/16/2017 | 12/31/2099 | MONROE | Paid | Active | 201700095560 | 6/23/2017 | 363 | 795 | |
| 108234001 | LEASE-OIL AND GAS | Larry F. Stine | EM Energy Ohio, LLC | 61.425 | 9.735416 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091392 | 11/22/2016 | 345 | 581 | |
| 108234002 | LEASE-OIL AND GAS | Gregory P. & Donna Stine | EM Energy Ohio, LLC | 61.425 | 9.735416 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091393 | 11/22/2016 | 345 | 584 | |
| 108234003 | LEASE-OIL AND GAS | Deborah Sue Smith | EM Energy Ohio, LLC | 98.425 | 4.946146 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091394 | 11/22/2016 | 345 | 587 | |
| 108234004 | LEASE-OIL AND GAS | Kathy L. & David M Hughes | EM Energy Ohio, LLC | 61.425 | 10.04375 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091395 | 11/22/2016 | 345 | 590 | |
| 108234005 | LEASE-OIL AND GAS | Curtis L Stine & Anne Morrison | EM Energy Ohio, LLC | 61.425 | 4.867709 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091390 | 11/22/2016 | 345 | 575 | |
| 108234006 | LEASE-OIL AND GAS | Deborah S. Stine-Pavick and Roy Pavick | EM Energy Ohio, LLC | 61.425 | 9.735416 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091391 | 11/22/2016 | 345 | 578 | |
| 108234007 | LEASE-OIL AND GAS | Mineral Asset Protection, LLC | EM Energy Ohio, LLC | 41.5 | 2.075 | Net Royalty Interest | 0.17 | 1 | 83.00% | 12/15/2016 | 12/15/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092549 | 2/8/2017 | 350 | 579 | |
| 108234008 | LEASE-OIL AND GAS | Jeffrey Stine | EM Energy Ohio, LLC | 61.425 | 10.2375 | Net Royalty Interest | 0.18 | 1 | 82.00% | 11/8/2017 | 11/8/2017 | 11/7/2022 | MONROE | Paid | Active | 201700099003 | 12/19/2017 | 377 | 885 | |
| 108235001 | LEASE-OIL AND GAS | Marcie Lorentz | EM Energy Ohio, LLC | 119.239 | 8.83561 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/19/2016 | 10/19/2016 | 10/18/2021 | MONROE | Paid | Active | 201700092561 | 2/8/2017 | 350 | 617 | |
| 108235002 | LEASE-OIL AND GAS | Jerald and Wendy Ridgeway | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interest | 0.17 | 1 | 83.00% | 11/3/2016 | 11/3/2016 | 11/2/2021 | MONROE | Paid | Active | 201700092560 | 2/8/2017 | 350 | 614 | |
| 108235003 | LEASE-OIL AND GAS | Robert William & Annette Teeman | EM Energy Ohio, LLC | 119.239 | 29.142012 | Net Royalty Interest | 0.17 | 1 | 83.00% | 9/20/2016 | 9/20/2016 | 9/20/2021 | MONROE | Paid | Active | 201700092559 | 2/8/2017 | 350 | 611 | |
| 108235004 | LEASE-OIL AND GAS | Rebecca B Barlow | EM Energy Ohio, LLC | 119.239 | 7.070873 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/6/2016 | 10/6/2016 | 10/5/2021 | MONROE | Paid | Active | 201700092558 | 2/8/2017 | 350 | 608 | |
| 108235005 | LEASE-OIL AND GAS | Benjamin Barlow | EM Energy Ohio, LLC | 119.239 | 7.070873 | Net Royalty Interest | 0.17 | 1 | 83.00% | 9/22/2016 | 9/22/2016 | 9/21/2021 | MONROE | Paid | Active | 201700092557 | 2/8/2017 | 350 | 605 | |
| 108235006 | LEASE-OIL AND GAS | James Ridgeway & Heidi Garbesi | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interest | 0.17 | 1 | 83.00% | 9/30/2016 | 9/30/2016 | 9/29/2021 | MONROE | Paid | Active | 201700092556 | 2/8/2017 | 350 | 602 | |
| 108235007 | LEASE-OIL AND GAS | John A. & Jamie J. Ridgeway | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interest | 0.17 | 1 | 83.00% | 9/30/2016 | 9/30/2016 | 9/29/2021 | MONROE | Paid | Active | 201700092555 | 2/8/2017 | 350 | 599 | |
| 108235008 | LEASE-OIL AND GAS | Nancy M. Keely | EM Energy Ohio, LLC | 119.239 | 4.411843 | Net Royalty Interest | 0.17 | 1 | 83.00% | 9/27/2016 | 9/27/2016 | 9/26/2021 | MONROE | Paid | Active | 201700092554 | 2/8/2017 | 350 | 596 | |
| 108235009 | LEASE-OIL AND GAS | Janette E. & Stanley M. Twarog | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interest | 0.17 | 1 | 83.00% | 9/26/2016 | 9/26/2016 | 9/25/2021 | MONROE | Paid | Active | 201700092553 | 2/8/2017 | 350 | 593 | |
| 108235010 | LEASE-OIL AND GAS | George H. Rey | EM Energy Ohio, LLC | 119.239 | 13.248 | Net Royalty Interest | 0.18 | 1 | 82.00% | 12/16/2016 | 12/16/2016 | 12/15/2021 | MONROE | Paid | Active | 201700092550 | 2/8/2017 | 350 | 583 | |
| 108235011 | LEASE-OIL AND GAS | Patsy C. Klotz | EM Energy Ohio, LLC | 119.239 | 31.801042 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/11/2016 | 10/11/2016 | 10/10/2021 | MONROE | Paid | Active | 201700092551 | 2/8/2017 | 350 | 587 | |
| 108235012 | LEASE-OIL AND GAS | D. Janeen S. and Scott Collinson | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interest | 0.17 | 1 | 83.00% | 1/27/2017 | 1/27/2017 | 1/26/2022 | MONROE | Paid | Active | 201700094467 | 5/4/2017 | 359 | 484 | |
| 108235013 | LEASE-OIL AND GAS | Virginia L. Huebner | EM Energy Ohio, LLC | 119.239 | 13.247453 | Net Royalty Interest | 0.18 | 1 | 82.00% | 2/6/2017 | 2/6/2017 | 2/5/2022 | MONROE | Paid | Active | 201700095906 | 7/19/2017 | 365 | 171 | |
| 108238000 | LEASE-OIL AND GAS | Zenus DeVaul et al | Benjamin Longfellow and Charles Watt | 0.33 | 0 | Net Royalty Interest | 0.125 | 1 | 87.50% | 1/1/1900 | 1/1/1900 | 12/31/2099 | MONROE | Paid | Active | | 10/17/1898 | 24 | 317 | |
| 108250000 | LEASE-OIL AND GAS | Tammy Bowen | EM Energy Ohio, LLC | 50 | 50 | Net Royalty Interest | 0.18 | 1 | 82.00% | 3/16/2017 | 3/16/2017 | 3/15/2022 | MONROE | Paid | Active | 201700093922 | 4/7/2017 | 356 | 744 | |
| 108251000 | LEASE-OIL AND GAS | Bruce R. and Jamie L. Haught | EM Energy Ohio, LLC | 80 | 80 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/3/2017 | 3/3/2017 | 3/2/2022 | MONROE | Paid | Active | 201700094570 | 5/8/2017 | 359 | 862 | |
| 108252001 | LEASE-OIL AND GAS | Amy L. and David R. Wezensky | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/9/2017 | 3/9/2017 | 3/8/2022 | MONROE | Paid | Active | 201700094468 | 5/4/2017 | 359 | 487 | |
| 108252002 | LEASE-OIL AND GAS | Frederick Thomas West | EM Energy Ohio, LLC | 15.22 | 0.634167 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/6/2017 | 3/6/2017 | 3/5/2022 | MONROE | Paid | Active | 201700094569 | 5/8/2017 | 359 | 860 | |
| 108252003 | LEASE-OIL AND GAS | Mary Maraget Bray | EM Energy Ohio, LLC | 15.22 | 0.95125 | Net Royalty Interest | 0.15 | 1 | 85.00% | 2/11/2017 | 2/11/2017 | 2/10/2022 | MONROE | Paid | Active | 201700094573 | 5/8/2017 | 359 | 868 | |
| 108252004 | LEASE-OIL AND GAS | Bonita West Wood | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interest | 0.15 | 1 | 85.00% | 2/13/2017 | 2/13/2017 | 2/12/2022 | MONROE | Paid | Active | 201700094572 | 5/8/2017 | 359 | 866 | |
| 108252005 | LEASE-OIL AND GAS | Anita K. West | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interest | 0.15 | 1 | 85.00% | 2/28/2017 | 2/28/2017 | 2/27/2022 | MONROE | Paid | Active | 201700094571 | 5/8/2017 | 359 | 864 | |
| 108252006 | LEASE-OIL AND GAS | Alan W. West | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/7/2017 | 3/7/2017 | 3/6/2022 | MONROE | Paid | Active | 201700094472 | 5/4/2017 | 359 | 496 | |
| 108252007 | LEASE-OIL AND GAS | Marjorie C. Linderman | EM Energy Ohio, LLC | 15.22 | 0.634167 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/9/2017 | 3/9/2017 | 3/8/2022 | MONROE | Paid | Active | 201700094471 | 5/4/2017 | 359 | 494 | |
| 108252008 | LEASE-OIL AND GAS | Nova E. West Jr. and Sharon West | EM Energy Ohio, LLC | 15.22 | 0.634167 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/3/2017 | 3/3/2017 | 3/2/2022 | MONROE | Paid | Active | 201700094568 | 5/8/2017 | 359 | 858 | |
| 108252009 | LEASE-OIL AND GAS | Peggy Marlies West aka Marlies D. West | EM Energy Ohio, LLC | 15.22 | 0.95125 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/23/2017 | 3/23/2017 | 3/22/2022 | MONROE | Paid | Active | 201700094470 | 5/4/2017 | 359 | 492 | |
| 108252010 | LEASE-OIL AND GAS | David James West Jr. and Brandee West | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/28/2017 | 3/28/2017 | 3/27/2022 | MONROE | Paid | Active | 201700094469 | 5/4/2017 | 359 | 490 | |
| 108252011 | LEASE-OIL AND GAS | Shirley N. DeVoe | EM Energy Ohio, LLC | 15.22 | 3.044 | Net Royalty Interest | 0.15 | 1 | 85.00% | 6/22/2017 | 6/22/2017 | 6/21/2022 | MONROE | Paid | Active | 201700095907 | 7/19/2017 | 365 | 174 | |
| 108252012 | LEASE-OIL AND GAS | Gary J. West and Kathy West | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interest | 0.15 | 1 | 85.00% | 5/19/2017 | 5/19/2017 | 5/18/2022 | MONROE | Paid | Active | 201700096761 | 9/5/2017 | 368 | 753 | |
| 108253001 | LEASE-OIL AND GAS | John and Myra F. Dornbusch | EM Energy Ohio, LLC | 85.132 | 1.773584 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/16/2017 | 3/16/2017 | 12/31/2099 | MONROE | Paid | Active | 201700094464 | 5/4/2017 | 359 | 475 | |
| 108253002 | LEASE-OIL AND GAS | Charles L. and Beverly Dornbusch | EM Energy Ohio, LLC | 85.132 | 1.773584 | Net Royalty Interest | 0.15 | 1 | 85.00% | 3/7/2017 | 3/7/2017 | 12/31/2099 | MONROE | Paid | Active | 201700094465 | 5/4/2017 | 359 | 478 | |
| 108253003 | LEASE-OIL AND GAS | Kenneth and Patricia Lombard | EM Energy Ohio, LLC | 85.132 | 1.773584 | Net Royalty Interest | 0.15 | 1 | 85.00% | 4/13/2017 | 4/13/2017 | 12/31/2099 | MONROE | Paid | Active | 201700094466 | 5/4/2017 | 359 | 481 | |
| 108254000 | LEASE-OIL AND GAS | Jack L. Martin | EM Energy Ohio, LLC | 11.5 | 5.75 | Net Royalty Interest | 0.17 | 1 | 83.00% | 1/21/2017 | 1/21/2017 | 1/20/2022 | MONROE | Paid | Active | 201700094574 | 5/8/2017 | 359 | 870 | |
| 108255000 | LEASE-OIL AND GAS | Brian D. and Sheila D. Turner | EM Energy Ohio, LLC | 27.009 | 27.009 | Net Royalty Interest | 0.2 | 1 | 80.00% | 4/11/2017 | 4/11/2017 | 12/31/2099 | MONROE | Paid | Active | 201700095908 | 7/19/2017 | 365 | 176 | |
| 108258001 | LEASE-OIL AND GAS | Ronald Norman and Jean Campbell DeLong | EM Energy Ohio, LLC | 86.75 | 7.229167 | Net Royalty Interest | 0.125 | 1 | 87.50% | 4/21/2017 | 4/21/2017 | 4/20/2022 | MONROE | Paid | Active | 201700094604 | 5/9/2017 | 360 | 1 | |
| 108258002 | LEASE-OIL AND GAS | Charlotte Loraine and Joseph R. Engle | EM Energy Ohio, LLC | 86.75 | 43.375 | Net Royalty Interest | 0.125 | 1 | 87.50% | 4/26/2017 | 4/26/2017 | 4/25/2022 | MONROE | Paid | Active | 201700094606 | 5/9/2017 | 360 | 5 | |
| 108258003 | LEASE-OIL AND GAS | John S. DeLong | EM Energy Ohio, LLC | 86.75 | 7.229167 | Net Royalty Interest | 0.125 | 1 | 87.50% | 4/26/2017 | 4/26/2017 | 4/25/2022 | MONROE | Paid | Active | 201700094605 | 5/9/2017 | 360 | 3 | |
| 108258004 | LEASE-OIL AND GAS | Stacy Shea Thomas Kearney | EM Energy Ohio, LLC | 86.75 | 7.229167 | Net Royalty Interest | 0.125 | 1 | 87.50% | 5/5/2017 | 5/5/2017 | 5/4/2022 | MONROE | Paid | Active | 201700095248 | 6/8/2017 | 362 | 475 | |
| 108259000 | LEASE-OIL AND GAS | Trustees of Planview Church of Christ Cemetery | EM Energy Ohio, LLC | 0.53 | 0.53 | Net Royalty Interest | 0.17 | 1 | 83.00% | 2/25/2017 | 2/25/2017 | 2/24/2022 | MONROE | Paid | Active | 201700094607 | 5/9/2017 | 360 | 7 | |
| 108260000 | LEASE-OIL AND GAS | Max E. and Janet S. Winland | EM Energy Ohio, LLC | 32.991 | 32.991 | Net Royalty Interest | 0.2 | 1 | 80.00% | 5/2/2017 | 5/2/2017 | 12/31/2099 | MONROE | Paid | Active | 201700095599 | 6/28/2017 | 363 | 938 | |
| 108261000 | LEASE-OIL AND GAS | The Church of Christ Worshipping at Plainview | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interest | 0.17 | 1 | 83.00% | 2/25/2017 | 2/25/2017 | 2/24/2022 | MONROE | Paid | Active | 201700094608 | 5/9/2017 | 360 | 11 | |
| 108285000 | LEASE-OIL AND GAS | Ralph Edward and Lorna Charlene Hensel | EM Energy Ohio, LLC | 5.8 | 5.8 | Net Royalty Interest | 0.15 | 1 | 85.00% | 6/5/2017 | 6/5/2017 | 6/4/2022 | MONROE | Paid | Active | 201700095600 | 6/28/2017 | 363 | 940 | |
| 108305000 | LEASE-OIL AND GAS | John Dearth and Clarinda Dearth | C.B. Barry | 70.542 | 0 | Net Royalty Interest | 0.125 | 1 | 87.50% | 1/1/1900 | 1/1/1900 | 12/31/2099 | MONROE | Paid | Active | | 12/2/1897 | 23 | 544 | |
| 108381000 | LEASE-OIL AND GAS | Denzil Knowlton and Marsha Knowlton | EM Energy Ohio, LLC | 30.208 | 30.208 | Net Royalty Interest | 0.125 | 1 | 87.50% | 11/1/2017 | 11/1/2017 | 10/31/2022 | MONROE | Paid | Active | 201700099006 | 12/19/2017 | 377 | 893 | |
| 108384000 | LEASE-OIL AND GAS | Dalton D. Hogue and Rebeccas J. Sims ET AL | EM Energy Ohio, LLC | 20.637 | 20.637 | Net Royalty Interest | 0.125 | 1 | 87.50% | 11/2/2017 | 11/2/2017 | 11/1/2022 | MONROE | Paid | Active | 201700099001 | 12/19/2017 | 377 | 878 | |
| 108385000 | LEASE-OIL AND GAS | Ronald E. Davis Sr. and Dianna E. Davis | EM Energy Ohio, LLC | 109.962 | 70.392 | Net Royalty Interest | 0.125 | 1 | 87.50% | 11/10/2017 | 11/10/2017 | 11/9/2022 | MONROE | Paid | Active | 201700099002 | 12/19/2017 | 377 | 882 | |
| 108386001 | LEASE-OIL AND GAS | Kathy L. Hughes and David M. Hughes | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interest | 0.2 | 1 | 80.00% | 9/12/2017 | 9/12/2017 | 9/11/2022 | MONROE | Paid | Active | 201700097752 | 10/27/2017 | 372 | 529 | |
| 108386002 | LEASE-OIL AND GAS | Deborah S. Smith | EM Energy Ohio, LLC | 63.017 | 5.251417 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/4/2017 | 10/4/2017 | 10/3/2022 | MONROE | Paid | Active | 201700097750 | 10/27/2017 | 372 | 523 | |
| 108386003 | LEASE-OIL AND GAS | Curtis L. Stine and Anne Morrison | EM Energy Ohio, LLC | 63.017 | 5.251417 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/5/2017 | 10/5/2017 | 10/4/2022 | MONROE | Paid | Active | 201700097751 | 10/27/2017 | 372 | 526 | |
| 108386004 | LEASE-OIL AND GAS | Larry F. Stine | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interest | 0.2 | 1 | 80.00% | 10/26/2017 | 10/26/2017 | 10/25/2022 | MONROE | Paid | Active | 201700099007 | 12/19/2017 | 377 | 895 | |
| 108386005 | LEASE-OIL AND GAS | Jeffrey Stine | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interest | 0.2 | 1 | 80.00% | 11/8/2017 | 11/8/2017 | 11/7/2022 | MONROE | Paid | Active | 201700099005 | 12/19/2017 | 377 | 891 | |
| 108386006 | LEASE-OIL AND GAS | Deborah S. Stine-Pavick and Roy Pavick | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interest | 0.2 | 1 | 80.00% | 12/29/2017 | 12/29/2017 | 12/28/2022 | MONROE | Paid | Active | 201800000365 | 1/17/2018 | 378 | 123 | |
| 108386007 | LEASE-OIL AND GAS | Gregory P. and Donna Stine | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interest | 0.2 | 1 | 80.00% | 4/14/2018 | 4/14/2018 | 4/14/2023 | MONROE | Paid | Active | 201700099000 | 5/10/2018 | 381 | 1898 | |
| 108389001 | LEASE-OIL AND GAS | Connie S. and William A. Macek | EM Energy Ohio, LLC | 2.9 | 0.725 | Net Royalty Interest | 0.17 | 1 | 83.00% | 9/23/2017 | 9/23/2017 | 9/22/2022 | MONROE | Paid | Active | 201700099010 | 12/19/2017 | 377 | 901 | |
| 108389002 | LEASE-OIL AND GAS | Kevin D. and Lisa A. Potts | EM Energy Ohio, LLC | 2.9 | 0.725 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/21/2017 | 10/21/2017 | 10/20/2022 | MONROE | Paid | Active | 201700099009 | 12/19/2017 | 377 | 899 | |
| 108389003 | LEASE-OIL AND GAS | Duane R. and Pamela C. Potts | EM Energy Ohio, LLC | 2.9 | 0.725 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/26/2017 | 10/26/2017 | 10/25/2022 | MONROE | Paid | Active | 201700099008 | 12/19/2017 | 377 | 897 | |
| 108389004 | LEASE-OIL AND GAS | Marvin N. Potts | EM Energy Ohio, LLC | 2.9 | 0.725 | Net Royalty Interest | 0.17 | 1 | 83.00% | 10/24/2017 | 10/24/2017 | 10/23/2022 | MONROE | Paid | Active | 201800000364 | 1/17/2018 | 378 | 121 | |
| 108390000 | LEASE-OIL AND GAS | Christopher J. and Lynda M. Keylor | EM Energy Ohio, LLC | 156.64 | 156.64 | Net Royalty Interest | 0.2 | 1 | 80.00% | 11/7/2017 | 11/7/2017 | 11/7/2019 | MONROE | Paid | Active | 201700099000 | 12/19/2017 | 874 | 877 | |
| 108392000 | LEASE-OIL AND GAS | Paul F. and Patty S. Keylor | EM Energy Ohio, LLC | 152.51 | 152.51 | Net Royalty Interest | 0.2 | 1 | 80.00% | 11/7/2017 | 11/7/2017 | 11/7/2019 | MONROE | Paid | Active | 201700099004 | 12/19/2017 | 888 | 890 | |
| 108415000 | LEASE-OIL AND GAS | PP&G Oil Company, LLC | EM Energy Ohio, LLC | 68.178 | 68.178 | Net Royalty Interest | 0.19 | 1 | 81.00% | 10/17/2017 | 10/17/2017 | 10/17/2019 | MONROE | Paid | Active | 201700099074 | 12/20/2017 | 377 | 1125 | |
| 108416000 | LEASE-OIL AND GAS | Jimmie D. Earley | EM Energy Ohio, LLC | 2.006 | 2.006 | Net Royalty Interest | 0.18 | 1 | 82.00% | 10/17/2017 | 10/17/2017 | 10/17/2019 | MONROE | Paid | Active | 201700008165 | 12/20/2017 | 621 | 1936 | |
| 108418000 | LEASE-OIL AND GAS | Dale and Sandra Dietrich | EM Energy Ohio, LLC | 0.5 | 0.5 | Net Royalty Interest | 0.19 | 1 | 81.00% | 10/18/2017 | 10/18/2017 | 10/18/2019 | MONROE | Paid | Active | 201700099073 | 12/20/2017 | 377 | 1119 | |
| 108421000 | LEASE-OIL AND GAS | John Christman | EM Energy Ohio, LLC | 39.25 | 39.25 | Net Royalty Interest | 0.19 | 1 | 81.00% | 12/14/2017 | 12/14/2017 | 12/31/2099 | MONROE | Paid | Active | 201700099075 | 12/20/2017 | 377 | 1130 | |
| 108468000 | LEASE-OIL AND GAS | Wilford and Lucille Kindall | Rex Kindall, Vivian Caldwell, and Geraldine Fisher | 104.256 | 104.256 | Net Royalty Interest | 0.125 | 1 | 87.50% | 4/7/1952 | 4/7/1952 | 12/31/2099 | MONROE | Paid | Active | | 4/14/1952 | 97 | 191 | |
| 108487000 | LEASE-OIL AND GAS | Thomas Ripley | Longfellow Bros. | 0 | 0 | Net Royalty Interest | 0.125 | 1 | 87.50% | 1/1/1900 | 1/1/1900 | 12/31/2099 | MONROE | Paid | Active | | 12/8/1897 | 23 | 552 | |
| 108492000 | LEASE-OIL AND GAS | Cheryl Magyar | EM Energy Ohio, LLC | 1.354 | 1.354 | Net Royalty Interest | 0.125 | 1 | 87.50% | 3/2/2018 | 3/2/2018 | 3/1/2023 | MONROE | Paid | Active | 201800001723 | 3/19/2018 | 380 | 158 | |
| 108556000 | LEASE-OIL AND GAS | Carles E. Thomas Jr. and Tina May Thomas | EM Energy Ohio, LLC | 4.064 | 4.064 | Net Royalty Interest | 0.18 | 1 | 82.00% | 3/27/2018 | 3/27/2018 | 3/27/2023 | MONROE | Paid | Active | 201800002525 | 4/20/2018 | 381 | 452 | |
| 108863000 | LEASE-OIL AND GAS | W.O. Hogue and Barbara E Houge h/w | Chalmer Watters and Vanda Watters | 66.99 | 0 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 10/30/1936 | 10/30/1936 | 12/31/2099 | MONROE | Paid | Active | | 10/30/1936 | 83 | 25 | |
| 108873000 | LEASE-OIL AND GAS | Everett R. Burkhart and Adrianne Burkhart | EM Energy Ohio LLC | 1 | 1 | Gross Royalty Interest | 0.2 | 1 | 80.00% | 10/29/2018 | 10/29/2018 | 10/29/2023 | MONROE | Paid | Active | | 11/13/2018 | 386 | 2570 | |
| 108942000 | LEASE-OIL AND GAS | Charlene D McConnell | EM Energy Ohio, LLC | 2.89808 | 2.89808 | Net Royalty Interest | 0.2 | 1 | 80.00% | 1/4/2019 | 1/4/2019 | 1/4/2020 | MONROE | In Title | Active | | 1/14/2019 | 388 | 939 | |
| 109059000 | LEASE-OIL AND GAS | Bruner Land Company, Inc. an Ohio Corporation | EM Energy Ohio, LLC | 20.111 | 10.0555 | Net Royalty Interest | 0.19 | 1 | 81.00% | 3/27/2019 | 3/27/2019 | 3/27/2020 | MONROE | In Title | Active | | 4/12/2019 | 391 | 1211 | |
| 104904000 | LEASE-OIL AND GAS | GARY D. BARRETT, ETAL | EM Energy Ohio, LLC | 5.53 | 2.765 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067573 | 4/16/2013 | 240 | 241 | |
| 107202000 | LEASE-OIL AND GAS | Hazel Colvin, widow | EM Energy Ohio, LLC | 1.33 | 1.33 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 1/9/2014 | 1/9/2014 | 12/30/2099 | MONROE | Paid | Active | | 6/4/2014 | 276 | 333 | |
| 105076000 | LEASE-OIL AND GAS | ROGER E PITTMAN, AMANDA MOODY AKA AMANDA PITTMAN | EM Energy Ohio, LLC | 6.35 | 6.35 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/6/2013 | 5/6/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067726 | 4/23/2013 | 265 | 146 | |
| 107471000 | LEASE-OIL AND GAS | Rex Kindall et al. | Leonard Hines | 104.256 | 104.256 | Net Royalty Interest | 12.50% | 100.00% | 87.50% | 6/29/1953 | 6/29/1953 | 12/31/2099 | MONROE | Paid | Active | | 11/13/1953 | 98 | 611 | |
| 108129000 | LEASE-OIL AND GAS | Kevin G. Lumbatis & Susan M. Lumbatis, H/W | Eclipse Resources I, LP | 95.496 | 95.496 | Net Royalty Interest | 0.2 | 1 | 80.00% | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061547 | 5/1/2012 | 325 | 96 | |

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | LEASE PAYMENT STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | None | | | | | | | | | | | | | | | | | | | |

Worksheet: A.1 - Fee
EM - APA Exhibits A-1, A-2 F.50274072v1

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Agreement Date | Effective Date | Expiration Date | ROYALTY TYPE | Royalty Interest | ORRI | Prospect | Title Status | Status | Inactive Date | Inactive Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104237000 | LEASE-OIL AND GAS | RICHARD MOOSE AND MARLENE MOOSE, H/W | EM Energy Ohio, LLC | 3/14/2013 | 3/19/2013 | 3/18/2018 | #REF! | | #REF! | 1.00% | MONROE | Paid | Inactive | 1/3/2019 Sold to GPOR |
| 104541000 | LEASE-OIL AND GAS | SUZANNE CAGLE-GROSE AND ALEX GROSE, SURVIVORSHIP | EM Energy Ohio, LLC | 3/14/2013 | 3/21/2013 | 3/20/2018 Net Royalty Interest | | 19.00% | 1.00% | MONROE | Paid | Inactive | 1/28/2015 Sold | |
| 104686000 | LEASE-OIL AND GAS | PAUL R. PATTERSON AND ANNETTE PATTERSON, SURVIVORS | EM Energy Ohio, LLC | 3/14/2013 | 3/22/2013 | 3/21/2018 Net Royalty Interest | | 19.00% | 1.00% | MONROE | Paid | Inactive | 1/3/2019 Sold to GPOR | |
| 104906000 | LEASE-OIL AND GAS | EARL W. BILLITER AND RUTH A. BILLITER, SURVIVORSHI | EM Energy Ohio, LLC | 3/14/2013 | 3/28/2013 | 3/27/2018 | #REF! | | #REF! | 1.00% | MONROE | Paid | Inactive | 4/24/2015 Sold |
| 105066000 | LEASE-OIL AND GAS | DEAN CHRISTMAN, Rosalie, D&D Oil and Gas | EM Energy Ohio, LLC | 3/14/2013 | 3/21/2013 | 3/21/2018 | #REF! | | #REF! | 1.00% | MONROE | Paid | Inactive | 10/17/2016 Sold to GPOR |
| 105280000 | LEASE-OIL AND GAS | DANIEL JOSEPH SEARS AND BARBARA MICHELLE SEARS, SU | EM Energy Ohio, LLC | 3/15/2013 | 3/19/2013 | 3/18/2018 | #REF! | | #REF! | 1.00% | MONROE | Paid | Inactive | 4/24/2015 Sold |

## **Exhibit A-2**

Excluded Leases and Interests

1. See attached file entitled "EM – APA Exhibits A-1, A-2 & F," tab "A.2 - Excluded Leases"

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | LEASE PAYMENT STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104111000 | LEASE-OIL AND GAS | THE JOSEPH V. PANETTA & CARELA M. LENA PANETTA REV | EM Energy Ohio, LLC | 68.5 | 68.5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067600 | 4/16/2013 | 240 | 376 | RELEASED - OH |
| 104113000 | LEASE-OIL AND GAS | ROBERT PRICE AND AMANDA PRICE, H/W | EM Energy Ohio, LLC | 1.25 | 1.25 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300067729 | 4/23/2013 | 240 | 829 | DEFAULT - OH |
| 104117000 | LEASE-OIL AND GAS | DALE DIETRICH AND SANDRA DIETRICH, H/W | EM Energy Ohio, LLC | 22.759 | 22.759 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/8/2013 | 4/8/2013 | 4/7/2019 | MONROE | Paid | Active | 201300067724 | 4/23/2013 | 240 | 804 | DEFAULT - OH |
| 104120000 | LEASE-OIL AND GAS | JESS FERGUSON AND ELIZABETH FERGUSON, H/W | EM Energy Ohio, LLC | 64 | 64 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067549 | 4/16/2013 | 240 | 121 | RELEASED - OH |
| 104229001 | LEASE-OIL AND GAS | BRENT D. TAYLOR AND TIFFANY E. TAYLOR, H/W | EM Energy Ohio, LLC | 142.25 | 23.708808 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/15/2013 | 3/15/2019 | MONROE | Paid | Active | 201300004129 | 5/7/2013 | 545 | 46 | DEFAULT - OH |
| 104229002 | LEASE-OIL AND GAS | FLOYD EARLEY, JR. | EM Energy Ohio, LLC | 160.6 | 65.766193 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300003598 | 4/17/2013 | 544 | 276 | DEFAULT - OH |
| 104229003 | LEASE-OIL AND GAS | RONNIE L. EARLEY AND CRYSTAL D. EARLEY, H/W | EM Energy Ohio, LLC | 142.25 | 71.125 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201400000901 | 1/28/2014 | 559 | 975 | DEFAULT - OH |
| 104230000 | LEASE-OIL AND GAS | BRIAN MATTHEW NETHING AND STACY KAY NETHING, SURVI | EM Energy Ohio, LLC | 8.74 | 8.74 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300003600 | 4/17/2013 | 544 | 286 | Release Approved - OH |
| 104238000 | LEASE-OIL AND GAS | KURT R. PIATT AND WENDI K. PIATT, H/W | EM Energy Ohio, LLC | 5.47 | 5.47 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067540 | 4/16/2013 | 240 | 76 | DEFAULT - OH |
| 104243002 | LEASE-OIL AND GAS | JOSHUA SEMON, BENJAMIN SEMON AKA BENJAMIN M. SEMON | EM Energy Ohio, LLC | 37.235 | 6.205831 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/3/2013 | 5/3/2013 | 5/3/2019 | MONROE | Paid | Active | 201300071009 | 10/11/2013 | 254 | 555 | DEFAULT - OH |
| 104243003 | LEASE-OIL AND GAS | RODNEY A. MILLER, ETAL | EM Energy Ohio, LLC | 37.235 | 24.823309 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/23/2013 | 4/23/2013 | 4/23/2019 | MONROE | Paid | Active | 201300068612 | 6/12/2013 | 244 | 954 | DEFAULT - OH |
| 104279000 | LEASE-OIL AND GAS | DARRELL K. FULTZ AND MONTIE W. FULTZ, SURVIVORSHIP | EM Energy Ohio, LLC | 10.007 | 5.0035 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2019 | MONROE | Partial Paid | Active | 201300071232 | 8/15/2013 | 255 | 396 | DEFAULT - OH |
| 104498000 | LEASE-OIL AND GAS | JOHN EDWARD FELTON, II AND LUCINDA DAWN FELTON, SU | EM Energy Ohio, LLC | 3.1 | 1.905208 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300003590 | 4/17/2013 | 544 | 236 | Release Requested - OH |
| 104502000 | LEASE-OIL AND GAS | RICHARD A. LANCASTER AND RHONDA A. LANCASTER, H/W | EM Energy Ohio, LLC | 0.348 | 0.348 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/20/2013 | 3/20/2019 | MONROE | Paid | Active | 201300067554 | 4/16/2013 | 240 | 146 | DEFAULT - OH |
| 104508000 | LEASE-OIL AND GAS | BONNIE HEIL, ETAL | EM Energy Ohio, LLC | 61.85 | 61.85 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300068588 | 6/12/2013 | 244 | 814 | DEFAULT - OH |
| 104509000 | LEASE-OIL AND GAS | BRIAN J. VINCENT | EM Energy Ohio, LLC | 17.015 | 17.015 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/19/2013 | 3/19/2019 | MONROE | Paid | Active | 201300067591 | 4/16/2013 | 240 | 331 | DEFAULT - OH |
| 104534000 | LEASE-OIL AND GAS | MICHAEL CHRISTMAN AND CRYSTAL L. CHRISTMAN, H/W | EM Energy Ohio, LLC | 145.1 | 145.1 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/2/2013 | 5/2/2013 | 5/2/2019 | MONROE | Paid | Active | 201300069552 | 8/5/2013 | 249 | 61 | DEFAULT - OH |
| 104540000 | LEASE-OIL AND GAS | WILMA J. CLINE | EM Energy Ohio, LLC | 0.3303 | 0.3303 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300067728 | 4/23/2013 | 240 | 824 | DEFAULT - OH |
| 104678000 | LEASE-OIL AND GAS | RONNIE LEE EARLEY AND CRYSTAL D. EARLEY, H/W | EM Energy Ohio, LLC | 1.65 | 1.65 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300003597 | 4/17/2013 | 544 | 271 | DEFAULT - OH |
| 104687001 | LEASE-OIL AND GAS | KEITH PIATT AND CRYSTAL PIATT, SURVIVORSHIP | EM Energy Ohio, LLC | 13.314 | 6.657 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067542 | 4/16/2013 | 240 | 86 | DEFAULT - OH |
| 104690000 | LEASE-OIL AND GAS | MICHAEL SISCO AND KIMBERLY SISCO, SURVIVORSHIP | EM Energy Ohio, LLC | 0.174 | 0.174 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067582 | 4/16/2013 | 240 | 286 | DEFAULT - OH |
| 104720000 | LEASE-OIL AND GAS | JOHN D. COLWELL JR. | EM Energy Ohio, LLC | 27.232 | 27.232 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/21/2013 | 5/21/2013 | 5/21/2019 | MONROE | Paid | Active | 201300069550 | 8/5/2013 | 249 | 50 | DEFAULT - OH |
| 104722000 | LEASE-OIL AND GAS | HARRY D. CHRISTMAN AND CONNIE E. CHRISTMAN, H/W | EM Energy Ohio, LLC | 1.87 | 1.87 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/10/2013 | 5/10/2013 | 5/10/2019 | MONROE | Partial Paid | Active | 201300068596 | 8/5/2013 | 244 | 870 | DEFAULT - OH |
| 104730000 | LEASE-OIL AND GAS | HEBER G. EIKLEBERRY | EM Energy Ohio, LLC | 42 | 42 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 8/22/2013 | 8/22/2013 | 8/22/2019 | MONROE | Paid | Active | 201300071001 | 10/11/2013 | 254 | 515 | DEFAULT - OH |
| 104731000 | LEASE-OIL AND GAS | FLOYD EARLEY, III AND MELISSA EARLEY, SURVIVORSHIP | EM Energy Ohio, LLC | 6.995 | 6.995 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067599 | 4/16/2013 | 240 | 371 | DEFAULT - OH |
| 104824000 | LEASE-OIL AND GAS | EDWARD M. & MARY J. MOWRER, H/W & E. OMAR MOWRER | EM Energy Ohio, LLC | 70.54 | 70.54 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 8/22/2013 | 8/22/2013 | 8/22/2019 | MONROE | Partial Paid | Active | 201300071024 | 10/11/2013 | 254 | 631 | Release Requested - OH |
| 104824001 | LEASE-OIL AND GAS | ALBERT DONALD ROSENLIEB AND VIRGINIA C. ROSENLIEB, | EM Energy Ohio, LLC | 40.56 | 10.14 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2019 | MONROE | Paid | Active | 201300068600 | 6/12/2013 | 244 | 894 | DEFAULT - OH |
| 104824002 | LEASE-OIL AND GAS | TIMOTHY DARWIN HUPP | EM Energy Ohio, LLC | 40.56 | 10.14 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2019 | MONROE | Paid | Active | 201300068592 | 6/12/2013 | 244 | 843 | DEFAULT - OH |
| 104824004 | LEASE-OIL AND GAS | ROBERT HUPP AND RUBY A. HUPP, H/W | EM Energy Ohio, LLC | 40.56 | 10.14 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2019 | MONROE | Paid | Active | 201700096760 | 9/5/2017 | 368 | 748 | DEFAULT - OH |
| 104845000 | LEASE-OIL AND GAS | TIMOTHY D. PRICE | EM Energy Ohio, LLC | 0.692 | 0.692 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/13/2019 | MONROE | Paid | Active | 201300067734 | 4/23/2013 | 240 | 859 | DEFAULT - OH |
| 104846000 | LEASE-OIL AND GAS | DAVID J. SHAPLEY AND SHAWNDRA S. SHAPLEY, SURVIVOR | EM Energy Ohio, LLC | 5.086 | 5.086 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/19/2013 | 3/19/2019 | MONROE | Paid | Active | 201300067581 | 4/16/2013 | 240 | 281 | DEFAULT - OH |
| 104848000 | LEASE-OIL AND GAS | WAYNE A. SMITH AND KRISTEL SMITH, H/W | EM Energy Ohio, LLC | 0.954 | 0.954 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/24/2013 | 4/24/2013 | 4/24/2019 | MONROE | Paid | Active | 201300068603 | 6/12/2013 | 244 | 909 | DEFAULT - OH |
| 104883000 | LEASE-OIL AND GAS | DAVID E. PIERCE | EM Energy Ohio, LLC | 1.54 | 1.54 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/4/2013 | 4/4/2013 | 4/4/2019 | MONROE | Paid | Active | 201300071017 | 10/11/2013 | 254 | 595 | DEFAULT - OH |
| 104884000 | LEASE-OIL AND GAS | PAUL ROSELIEB AND BRENDA ROSENLIEB, H/W | EM Energy Ohio, LLC | 1.22 | 1.22 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/15/2013 | 3/15/2019 | MONROE | Paid | Active | 201300067720 | 3/15/2013 | 240 | 784 | DEFAULT - OH |
| 104888000 | LEASE-OIL AND GAS | VERNE L. SCOTT LIVING TRUST | EM Energy Ohio, LLC | 37.75 | 37.75 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/15/2013 | 3/15/2019 | MONROE | Paid | Active | 201300067721 | 4/23/2013 | 240 | 789 | Release Requested - OH |
| 104905000 | LEASE-OIL AND GAS | BRUCE L. BINEGAR AND KIMBERLY L. BINEGAR, H/W | EM Energy Ohio, LLC | 1.666 | 1.666 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067623 | 4/16/2013 | 240 | 517 | DEFAULT - OH |
| 104910000 | LEASE-OIL AND GAS | THOMAS DYE, JR. AND DEBORAH K. DYE, SURVIVORSHIP | EM Energy Ohio, LLC | 26.516 | 26.516 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201400073424 | 2/7/2014 | 265 | 157 | Release Approved - OH |
| 105071000 | LEASE-OIL AND GAS | THE ECKMAN FARM, LLC | EM Energy Ohio, LLC | 70.53 | 70.53 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201400073426 | 2/7/2014 | 265 | 167 | DEFAULT - OH |
| 105075000 | LEASE-OIL AND GAS | THOMAS C. DICK | EM Energy Ohio, LLC | 1.195 | 1.195 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300071032 | 10/11/2013 | 254 | 684 | DEFAULT - OH |
| 105109000 | LEASE-OIL AND GAS | WALTER E. BOLES III AND STACY BOLES, H/W | EM Energy Ohio, LLC | 0.176 | 0.176 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067613 | 4/16/2013 | 240 | 454 | DEFAULT - OH |
| 105115000 | LEASE-OIL AND GAS | RONNIE L. EARLEY AND CRYSTAL D. EARLEY, SURVIVORSH | EM Energy Ohio, LLC | 4.91 | 4.91 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067526 | 4/16/2013 | 240 | 7 | DEFAULT - OH |
| 105267000 | LEASE-OIL AND GAS | JAMES W. VINCENT AND BETTY M. VINCENT, H/W | EM Energy Ohio, LLC | 15.09 | 15.09 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/19/2013 | 3/19/2019 | MONROE | Paid | Active | 201300067592 | 4/16/2013 | 240 | 336 | DEFAULT - OH |
| 105315002 | LEASE-OIL AND GAS | BONNIE HEIL, U/M, WARREN A & LINDA WHITTAKER, H/W | EM Energy Ohio, LLC | 39 | 6.903 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Partial Paid | Active | 201400073566 | 2/14/2014 | 265 | 732 | DEFAULT - OH |
| 105316001 | LEASE-OIL AND GAS | FLOYD EARLEY, JR. | EM Energy Ohio, LLC | 5 | 1.666667 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067550 | 4/16/2013 | 240 | 126 | DEFAULT - OH |
| 105316002 | LEASE-OIL AND GAS | BRENT D. TAYLOR AND TIFFANY E. TAYLOR, H/W | EM Energy Ohio, LLC | 5 | 0.833333 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067619 | 4/16/2013 | 240 | 490 | DEFAULT - OH |
| 105316003 | LEASE-OIL AND GAS | RONNIE L. EARLEY AND CRYSTAL D. EARLEY, H/W | EM Energy Ohio, LLC | 5 | 2.5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067551 | 4/16/2013 | 240 | 131 | DEFAULT - OH |
| 105454000 | LEASE-OIL AND GAS | BILL MOATS AND JOYCE MOATS, H/W | EM Energy Ohio, LLC | 4.48 | 4.48 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/19/2013 | 3/19/2019 | MONROE | Paid | Active | 201300067527 | 4/16/2013 | 240 | 11 | DEFAULT - OH |
| 105458000 | LEASE-OIL AND GAS | UNITY BAPTIST CHURCH | EM Energy Ohio, LLC | 1.49 | 1.49 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067590 | 4/16/2013 | 240 | 326 | DEFAULT - OH |
| 105460000 | LEASE-OIL AND GAS | NEAL HENSEL AND BARBARA HENSEL, SURVIVORSHIP | EM Energy Ohio, LLC | 84.469 | 84.469 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/26/2013 | 4/26/2013 | 4/26/2019 | MONROE | Partial Paid | Active | 201300068595 | 6/12/2013 | 244 | 863 | Release Approved - OH |
| 105522002 | LEASE-OIL AND GAS | KATHERINE M. WILLIAMS AND PAUL D. WILLIAMS, H/W, E | EM Energy Ohio, LLC | 4.03 | 4.03 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 4/4/2013 | 4/4/2013 | 4/4/2019 | MONROE | Paid | Active | 201300005666 | 6/17/2013 | 547 | 1250 | DEFAULT - OH |
| 107257000 | LEASE-OIL AND GAS | MILDRED L & THOMAS W KORNBAU, CO-TRUSTEES | EM Energy Ohio, LLC | 47.298 | 47.298 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300067555 | 4/16/2013 | 240 | 151 | DEFAULT - OH |
| 107398000 | LEASE-OIL AND GAS | Ronald M. Krisher & Karen Krisher | EM Energy Ohio, LLC | 140.304 | 140.304 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/24/2013 | 4/24/2013 | 4/24/2019 | MONROE | Paid | Active | 201300068593 | 6/12/2013 | 244 | 849 | Release Requested - OH |
| 108147000 | LEASE-OIL AND GAS | Glenn J. Ludwig | EM Energy Ohio, LLC | 39.242 | 39.242 | Net Royalty Interest | 0.19 | 1 | 81.00% | 3/15/2013 | 3/15/2013 | 3/15/2019 | MONROE | Paid | Active | 201300067546 | 4/16/2013 | 240 | 106 | DEFAULT - OH |
| 108148000 | LEASE-OIL AND GAS | Philip E Ludwig, II and Pamela Ludwig, H/W | EM Energy Ohio, LLC | 20.088 | 20.088 | Net Royalty Interest | 0.19 | 1 | 81.00% | 3/26/2013 | 3/26/2013 | 3/26/2019 | MONROE | Paid | Active | 201300067738 | 4/23/2013 | 240 | 880 | DEFAULT - OH |

**Exhibit B**

Wells

| API # | PHD Win ID | Well Name | NSAI Name | County | State | Reservoir | Location | Unit Name | Net Revenue Interest | Working Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| 34-111-24471 | 691 | MOONRAKER 02-PPH | MOONRAKER 2 PPH | MONROE | OH | POINT PLEASANT | MONROE | MOONRAKER A | 0.8076821632 | 100% |
| 34-111-24618 | 720 | ODD JOB 04-PPH | ODD JOB 4 PPH | MONROE | OH | POINT PLEASANT | MONROE | ODDJOB WEST | 0.8010343894 | 100% |
| 34-111-24645 | 1117 | ODD JOB 10-PPH | ODD JOB 10 PPH | MONROE | OH | POINT PLEASANT | MONROE | ODDJOB EAST | 0.80464661 | 100% |
| 34-111-24655 | 693 | NICK NACK 04-PPH | NICK NACK 4 PPH | MONROE | OH | POINT PLEASANT | MONROE | NICK NACK EAST | 0.8093385163 | 100% |
| 34-111-24695 | 1061 | NICK NACK 02-PPH | NICK NACK 2 PPH | MONROE | OH | POINT PLEASANT | MONROE | NICK NACK WEST | 0.8084504935 | 100% |
| 34-111-24740 | 1338 | VALENKA 06-PPH | VALENKA 6 PPH | MONROE | OH | POINT PLEASANT | MONROE | VALENKA EAST | .8159 | 100% |
| 34-111-24742 | 1336 | VALENKA 02-PPH | VALENKA 2 PPH | MONROE | OH | POINT PLEASANT | MONROE | VALENKA WEST | .8159 | 100% |
| 34-111-24743 | 1337 | VALENKA 04-PPH | VALENKA 4 PPH | MONROE | OH | POINT PLEASANT | MONROE | VALENKA CENTRAL | .8159 | 100% |
| 34-111-24754 | 1364 | ZORIN 08-PPH | ZORIN 8 PPH | MONROE | OH | POINT PLEASANT | MONROE | ZORIN EAST | 0.7815731636 | 100% |
| 34-111-24755 | 1365 | ZORIN 02-PPH | ZORIN 2 PPH | MONROE | OH | POINT PLEASANT | MONROE | ZORIN WEST | 0.8150352274 | 100% |
| 34-111-24756 | 1366 | ZORIN 04-PPH | ZORIN 4 PPH | MONROE | OH | POINT PLEASANT | MONROE | ZORIN WEST | 0.8150352274 | 100% |
| 34-111-24757 | 1363 | ZORIN 06-PPH | ZORIN 6 PPH | MONROE | OH | POINT PLEASANT | MONROE | ZORIN EAST | 0.7815731636 | 100% |
| 34-111-24842 | 1319 | MOONRAKER 01-PPH | MOONRAKER 1 PPH | MONROE | OH | POINT PLEASANT | MONROE | MOONRAKER B | 0.8051116393 | 100% |
| 34-111-24843 | 1320 | MOONRAKER 03-PPH | MOONRAKER 3 PPH | MONROE | OH | POINT PLEASANT | MONROE | MOONRAKER A | 0.8076821632 | 100% |
| 34-167-29732 | 690 | MERLIN 10-PPH | MERLIN 10 PPH | WASHINGTON | OH | POINT PLEASANT | WASHINGTON | MERLIN | 0.6903792539 | 0.853341 336359 |

## Exhibit C

**FORM OF MASTER ASSIGNMENT AND ASSUMPTION AGREEMENT**

This **MASTER ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "**Agreement**"), dated as of [●], 2019, is made and entered into by and among EdgeMarc Energy Holdings, LLC and each of the EM Subsidiaries (collectively, the "**Assignors**"), and Diversified Gas & Oil Corporation, a Delaware corporation (the "**Assignee**").

Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in that certain Asset Purchase Agreement dated July [24], 2019 (as amended, modified or supplemented from time to time in accordance with its terms, the "**Purchase Agreement**") among the Assignors and the Assignee.

**WHEREAS**, pursuant to this Agreement, each of the Assignors shall sell, convey, assign, transfer and deliver to the Assignee, and the Assignee shall purchase, acquire and accept from the Assignor, all of such Assignor's right, title and interest in, to, and under the Assets and the Assumed Liabilities, in each case on the terms and subject to the conditions set forth in the Purchase Agreement;

**NOW, THEREFORE**, in consideration of the premises and covenants hereinafter contained, in consideration of the representations, warranties and covenants contained in the Purchase Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto desire to enter into this Agreement on the terms set forth herein.

Section 1.    *Assignment of Assets*.  Upon the terms and subject to the conditions of the Purchase Agreement, each of the Assignors does hereby convey, transfer, assign and deliver to the Assignee, and the Assignee hereby accepts from each such Assignor, all of such Assignor's right, title and interest in and to the Assets, Free and Clear; *provided*, that nothing herein will be deemed to constitute an assignment to convey, transfer, assign or delivery the Excluded Assets.

Section 2.    *Assignment and Assumption of Assumed Liabilities*.  Upon the terms and subject to the conditions of the Purchase Agreement, each of the Assignors hereby assigns to Assignee, and the Assignee hereby assumes from the Assignors, all of the Assumed Liabilities.

Section 3.    *Purchase Agreement*. The respective rights of the Assignors and the Assignee with respect to the Assets sold, conveyed, assigned, transferred and delivered hereby and the Assumed Liabilities assumed hereby shall be governed exclusively by the Purchase Agreement, and nothing in this Agreement shall alter any right, Liability or obligation arising under the Purchase Agreement, which shall (without limiting the generality of the foregoing) govern, and shall contain the sole and exclusive representations, warranties and obligations of the parties with respect to such Assets and such Assumed Liabilities. If there is any conflict or inconsistency between the provisions of the Purchase Agreement and this Agreement, the provisions of the Purchase Agreement shall govern.

Section 4.    *Effective Date*.  This Agreement shall be effective as of the Closing.

Section 5.    *Miscellaneous*.    The provisions of Sections 13.04 (*Entire Agreement; Amendment*), 13.05 (*Assignment*), 13.06 (*Severability*), 13.07 (*Expenses*), 13.09 (*Governing Law, Consent to Jurisdiction and Venue; Jury Trial Waiver*), 13.10 (*Counterparts*) and 13.11 *(Parties in Interest; No Third Party Beneficiaries)* of the Purchase Agreement shall apply to this Agreement *mutatis mutandis*.

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

IN WITNESS WHEREOF, the Assignee and the Assignors have caused this Agreement to be executed by their duly authorized representatives as of the date first above written.

**ASSIGNORS:**

EDGEMARC ENERGY HOLDINGS, LLC

By: _____
Name: _____
Title: _____


EM SUBSIDIARIES:

[_____]


By: _____
Name: _____
Title: _____

**ASSIGNEE:**

DIVERSIFIED GAS & OIL CORPORATION


By: _____
Name: _____
Title: _____

## Exhibit D

[Reserved]

## **Exhibit E**

Equipment

1. 42k bbl Above Ground Storage Tank (AST) assembled and lined located at the Mayday Water Pad (Moonraker)

2. Tank in Tank Produced water AST 42k bbl interior tank and 46k bbl exterior tank dismantled and located at the Zorin Pad.

3. QTY-4 7-1/16" 10 API 10K Production Trees with 3-1/16" API 10K Flow Cross and Dual Wing Valves

## **Exhibit F**

Surface Rights

1. See attached file entitled "EM – APA Exhibits A-1, A-2 & F", tab "F - Surface Rights"

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number | Recording Detail | Book | Page | LEASE PAYMENT STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108286000 | WATER TRANSFER EASEMENT | Terrance Balmert and Debra Balmert | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/11/2017 | 1/11/2017 | 1/11/2020 | MONROE | Paid | Active | 2017000899128 | 7/27/2017 | 365 | 963 | |
| 108287000 | WATER TRANSFER EASEMENT | Amber D. Lee | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/13/2017 | 1/13/2017 | 7/13/2018 | MONROE | Paid | Active | 2017000896129 | 7/27/2017 | 365 | 966 | |
| 108288000 | WATER TRANSFER EASEMENT | Christopher E. Binegar and Angela M. Binegar | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/13/2017 | 1/13/2017 | 7/13/2018 | MONROE | Paid | Active | 2017000896130 | 7/27/2017 | 365 | 969 | |
| 108289000 | WATER TRANSFER EASEMENT | Bruce A. Saltsend and Connie F. Saltsend | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/13/2017 | 1/13/2017 | 7/13/2018 | MONROE | Paid | Active | 2017000896131 | 7/27/2017 | 365 | 972 | |
| 108291000 | WATER TRANSFER EASEMENT | Betty S. Hruska | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/17/2017 | 1/17/2017 | 7/17/2018 | MONROE | Paid | Active | 2017000896137 | 7/27/2017 | 365 | 958 | |
| 108436000 | WATER TRANSFER EASEMENT | Betty S. Hruska | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 8/23/2017 | 8/23/2017 | 8/23/2019 | MONROE | Paid | Active | 2017000897614 | 8/25/2017 | 368 | 18 | |
| 108439000 | WATER TRANSFER EASEMENT | Gary and Gale Brown | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 8/31/2017 | 8/31/2017 | 8/31/2019 | MONROE | Paid | Active | 2017000897631 | 9/18/2017 | 368 | 728 | |
| 108441000 | WATER TRANSFER EASEMENT | Roger L. Hedgdson and Carol S. Hedgdson | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 8/22/2017 | 8/22/2017 | 8/22/2019 | MONROE | Paid | Active | 2017000896718 | 8/25/2017 | 368 | 24 | |
| 108443000 | WATER TRANSFER EASEMENT | Tammy S. Bowen | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/19/2017 | 1/19/2017 | 1/19/2019 | MONROE | Paid | Active | 2017000896619 | 8/25/2017 | 368 | 24 | |
| 108450000 | WATER TRANSFER EASEMENT | William R. Winland and Shannon L. Winland | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 7/21/2017 | 7/21/2017 | 7/21/2019 | MONROE | Paid | Active | 2017000896717 | 8/25/2017 | 368 | 27 | |
| 108776000 | SURFACE USE AGREEMENT | Michael A and Bonnie L Hughes h/w | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 4/22/2014 | 4/22/2014 | 12/31/2099 | MONROE | Active | Active | 2016000002245 | 1/14/2019 | | | |
| 108041000 | WATER TRANSFER EASEMENT | Timothy L Blake and Paula J Rader-Blake | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/29/2019 | 1/29/2019 | 1/29/2020 | MONROE | In Title | Active | TBR | | TBR | TBR | |
| 108616000 | WATER TRANSFER EASEMENT | Bill and Debra Covert, Linda Snodgrass et al | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 12/30/2018 | 1/25/2019 | 1/25/2020 | MONROE | Paid | Active | | 1/30/2019 | 368 | 2345 | |
| 108778000 | SURFACE USE AGREEMENT | Sexton Farms, LLC to Mona Marie Sexton, as Manager | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 5/9/2018 | 5/9/2018 | 12/31/2099 | BUTLER NORTH | Active | Active | TBR | | TBR | TBR | |
| 108776000 | SURFACE USE AGREEMENT | Michael A and Bonnie L Hughes h/w | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 4/22/2014 | 4/22/2014 | 12/31/2099 | MONROE | Cleared | Active | 2016000002245 | 1/14/2019 | | | |
| 104232000 | SURFACE USE AGREEMENT | Betty S. Hruska | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 3/16/2016 | 3/16/2016 | 12/31/2099 | MONROE | Cleared | Active | TBR | | TBR | TBR | |
| 107305000 | SURFACE USE AGREEMENT | Betty S. Hruska | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 4/22/2014 | 4/22/2014 | 12/31/2099 | MONROE | Cleared | Active | TBR | | TBR | TBR | |
| 107193000 | SURFACE USE AGREEMENT | Hedy E. Simmons | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 4/8/2016 | 4/8/2016 | 12/31/2099 | MONROE | Cleared | Active | TBR | | TBR | TBR | |
| 104906000 | SURFACE USE AGREEMENT | ALACH H. COLE AND BEVERLY A. COLE, SURVIVORSHIP | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 7/16/2015 | 7/16/2015 | 12/31/2099 | MONROE | Cleared | Active | 2015000094931 | 9/15/2015 | | | |
| 107213000 | SURFACE USE AGREEMENT | RONNIE H WILLIAMSON & LORI M WILLIAMSON | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 12/4/2015 | 12/4/2015 | 12/31/2099 | MONROE | Cleared | Active | 2015000089066 | 12/14/2015 | | | |
| 104277000 | SURFACE USE AGREEMENT | Bill and Debra Covert, Linda Snodgrass et al | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 5/14/2016 | 5/14/2016 | 12/31/2099 | MONROE | Cleared | Active | TBR | | TBR | TBR | |
| 108143000 | SURFACE USE AGREEMENT | Ilana K. Carter | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 8/20/2015 | 8/20/2015 | 12/31/2099 | MONROE | Cleared | Active | TBR | | TBR | TBR | |

Worksheet 7 - Surface Rights
EM - APA Exhibits A.1, A.2 F3827453-01

## Exhibit G

## Certain Terms of Transition Services Agreement

| | |
|---|---|
| **Parties:** | EdgeMarc Energy Holdings, LLC, a Delaware limited liability company or one of its Affiliates ("**EdgeMarc**"), and Diversified Gas & Oil Corporation, a Delaware corporation, or one of its Subsidiaries (the "**Buyer**"). |
| **Purpose:** | Provision of certain transitional services (the "**Services**") by EdgeMarc or certain of its Affiliates (each, a "**Provider Entity**") to the Buyer or certain of its controlled Affiliates (each, a "**Recipient Entity**") solely in connection with the continued safe operation and orderly transition of the Assets. |
| **Term:** | From the Closing Date until the later of 45 days or October 31, 2019. |
| **Categories of Services:** | As set forth below and, in each case, solely to the extent provided with respect to the operation of the Assets as of the six months prior to the Closing. |
| | Accounting: cash deposits, cash transfers, general, tax and JIB accounting, monthly settlement with Bidder |
| | Measurement/SCADA: reporting, software, equipment |
| | Land: fixed obligations, DOI maintenance, lease file transfer |
| | Royalty and Obligations Payments and Accounting |
| | Telecom and connectivity services and contract transition |
| | Information Technology systems & data transfer services |
| | Systems security |
| | Gas marketing |
| | Compliance reporting & permitting |
| **Cost of Services:** | $35,000 per month for the months of September and October, and prorated for subsequent months (as applicable). |
| **Standards of Service:** | (a)    The level or volume of any specific Service required to be provided to the applicable Recipient Entity shall be no more than the level or volume, as the case may be, of such specific Service as utilized by EdgeMarc and its Affiliates during the twelve-month period prior to the Closing (the "**Baseline Period**"). |
| | (b)    The standard of care applicable to the delivery by the applicable Provider Entity of any Service shall be substantially the same as that of similar services that such Provider Entity and/or its Affiliates provided to EdgeMarc and its Affiliates during the Baseline Period. |
| | (c)    The Services shall only be provided with respect to the operation of the Assets or the disposition or management of the Assumed Liabilities (and not any other businesses, assets or properties of Buyer or any of its Affiliates). |
| **Limitation of Liability:** | (a)    Each of EdgeMarc, its Affiliates, and their respective directors, officers, agents, employees or other representatives (each, a "**Provider** |

| | |
|---|---|
| | **Indemnified Person**") shall not have any liability, whether direct or indirect, in contract or tort or otherwise, to Buyer, its Affiliates or any other person for or in connection with the Services rendered or to be rendered by or on behalf of any Provider Indemnified Person or any actions or inactions by or on behalf of any Provider Indemnified Person in connection with any such Services, except to the extent any such damages are indemnifiable by EdgeMarc as provided below under "Indemnification".<br><br>(b)     Notwithstanding anything to the contrary, except in the case of fraud, gross negligence or willful misconduct, neither Buyer nor any Provider Indemnified Person shall be liable for any special, indirect, incidental, consequential or punitive damages of any kind whatsoever in any way due to, resulting from or arising in connection with any of the Services or the performance of or failure to perform the party's obligations under the agreement (except in each case to the extent payable to a third party).  The foregoing disclaimer shall apply, without limitation: (i) to claims arising from the provision of the Services or any failure or delay in connection therewith; and (ii) to claims for lost profits, in each case, regardless of the form of action, whether in contract, tort (including negligence), strict liability or otherwise and regardless of whether such damages are foreseeable or whether any party has been advised of the possibility of such damages.<br><br>(c)     The Recipient Entity shall, in all circumstances, use commercially reasonable efforts to mitigate and otherwise minimize its damages and those of any of its Affiliates, whether direct or indirect, due to, resulting from or arising in connection with any failure by the Provider Entity to comply fully with its obligations under the agreement; provided, that any reasonable out-of-pocket costs incurred in such mitigation or minimization shall be taken into account when determining damages. |
| **Indemnification:** | (a)     Buyer shall indemnify, defend and hold harmless each Provider Indemnified Person from and against any damages, and to reimburse each Provider Indemnified Person for all reasonable expenses as they are incurred in investigating, preparing, pursuing or defending any third party claim, action, proceeding, or investigation (collectively, "**Actions**"), whether or not in connection with pending or threatened litigation and whether or not any Provider Indemnified Person is a party, arising out of, in connection with or related to Services rendered or to be rendered by or on behalf of any Provider Indemnified Person pursuant to the agreement, or any actions or inactions by or on behalf of any Provider Indemnified Person in connection with any such Services or transactions or a breach by Buyer of its payment obligations; *provided* that Buyer shall not be responsible for any damages or expenses of any Provider Indemnified Person to the extent such damages or expenses have resulted from a Provider Indemnified Person's gross negligence, fraud or willful misconduct in connection with any such Services, actions or inactions.<br><br>(b)     EdgeMarc shall indemnify, defend and hold harmless each Recipient Entity, its Affiliates, and its and their respective directors, officers, agents, employees or other representatives (each, a "**Recipient Indemnified Person**") from and against any damages, and to reimburse each Recipient Indemnified Person for all reasonable expenses as they are incurred in investigating, preparing, pursuing or defending any Action, whether or not in |

|  | connection with pending or threatened litigation and whether or not any Recipient Indemnified Person is a party, in each case solely to the extent such damages have resulted from a Provider Indemnified Person's gross negligence, fraud or willful misconduct in connection with any Services or breach of the agreement; *provided,* that, the maximum aggregate liability of EdgeMarc with respect to all such damages and expenses shall not exceed an amount equal to the aggregate fees paid by Buyer under the agreement at such time. |
|--|--|
|  | (c)    Nothing in the Agreement shall release, waive, or supersede any rights or obligations of the parties under the Asset Purchase Agreement. |

**<u>Exhibit H</u>**

Form of Sale Order

[See attached]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. [●] |

**ORDER (A) APPROVING SALE OF DEBTORS' MONROE/WASHINGTON**
**ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND**
**ENCUMBRANCES, (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES,  AND**
**(C) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] filed on May 15, 2019 [D.I. 19] of EdgeMarc

Energy Holdings, LLC and its subsidiaries that are debtors and debtors in possession

(the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for,

*inter alia*, entry of an order, pursuant to sections 105(a), 363, 365, 503 and 507 of the

Bankruptcy Code, Bankruptcy Rules 2002-1, 6004-1, and 9006-1, and Rules 2002-1,

6004-1, and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") *(A)*

*Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: EdgeMarc Energy Holdings, LLC (80-0766900), EM Energy Manager, LLC (30-0745334), EM Energy Employer, LLC (80-0838026), EM Energy Ohio, LLC (80-0846935), EM Energy Pennsylvania, LLC (38-3881541), EM Energy West Virginia, LLC (90-0883771), EM Energy Keystone, LLC (82-0857506), EM Energy Midstream Ohio, LLC (46-3841268), EM Energy Midstream Pennsylvania, LLC (46-3843963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the that certain Asset Purchase Agreement, dated July 24, 2019, by and among EdgeMarc Energy Holdings, LLC, the EM Subsidiaries, and Diversified Gas and Oil Corporation (the "**Purchase Agreement**"), a copy of which is attached hereto as Exhibit A, the Motion, or the Bidding Procedures Order (as defined herein), as applicable.

*Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* and this Court having entered an order on June 21, 2019 [D.I. 247], as amended by an order on July 12, 2019 [D.I. 329] (together, the "**Bidding Procedures Order**") approving the Bidding Procedures in connection with the Sale of all or substantially all of the Debtors' assets and attached as **<u>Exhibit 1</u>** to the Bidding Procedures Order (the "**Bidding Procedures**"), including, among other things, the proposed form of notice of the Sale Hearing; and the Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having authority to hear the matters raised in the Motion pursuant to 28 U.S.C. § 157; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the requested relief being a core proceeding that the Court can determine pursuant to 28 U.S.C. § 157(b)(2)(A), (M), and (O); and due and proper notice of the Motion and opportunity for a hearing on the Motion having been given to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Motion and the *Declaration of Elliot Ross in Support of the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests*

#92269668v8

*and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* (the "**Ross Declaration**"); and the Court having held a hearing to consider the Motion on [August 28], 2019 (the "**Hearing**"), at which time all interested parties were offered an opportunity to be heard regarding the Motion, the Purchase Agreement and the sale transaction (the "**Sale Transaction**") contemplated by the Purchase Agreement; and the Court having found that the relief requested in the Motion being in the best interests of the Debtors, their creditors, their estates, and all other parties in interest; [and the Court having reviewed and considered the objections to the Motion (collectively, the "**Objections**");] and based upon and as demonstrated by the Ross Declaration, the evidence proffered or adduced at the Hearing, and the arguments of Counsel made on the record at the Hearing; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY FOUND AND DETERMINED THAT:**

    <u>**Background**</u>

    A.    The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent that any of the following findings of fact constitute conclusions of law, and to the extent that any of the following conclusions of law constitute findings of fact, they are adopted as such.

    B.    On May 15, 2019 (the "**Petition Date**"), each of the Debtors filed a separate voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (this "**Court**") commencing the Chapter 11 Cases.

<div align="center">3</div>

C.      The Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration of Chapter 11 Cases* [D.I. 42] entered by the Court on May 16, 2019, in each of the Chapter 11 Cases.

D.      The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

E.      The Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed a statutory committee in the Chapter 11 Cases pursuant to section 1102 of the Bankruptcy Code on May 29, 2019 (the "**Committee**").

F.      As part of the Debtors' efforts to realize the highest and best value for their businesses, the Bankruptcy Court entered the Bidding Procedures Order that established Bidding Procedures for a sale or other transaction involving the Debtors' businesses and scheduled various dates relating to the Auction.  Specifically, the Bidding Procedures Order established August 14, 2019 as the deadline for the submission of bids by Potential Bidders (as defined in the Bidding Procedures) (the "**Bid Deadline**"), August 23, 2019 as the date for the Auction (if any), and August 28, 2019 as the date on which the Court would hold the Hearing to approve the successful bidder selected at the Auction (the "**Successful Bidder**") and the Sale Transaction.

**Compliance with Bidding Procedures and Bidding Procedures Order**

G.      The Debtors' marketing and sales process with respect to the Assets afforded a full, fair, and reasonable opportunity for any person or entity to make a higher or otherwise better offer to purchase the Assets.  The Debtors and their professionals conducted a marketing and sale process with respect to the Assets in a fair, good faith,

4

and non-collusive manner in accordance with, and have otherwise complied in all respects with, the Bidding Procedures and the Bidding Procedures Order.

       H.     The Successful Bid (which is memorialized in the Purchase Agreement) constitutes the highest or otherwise best offer for the Assets, and the Debtors' determination that the Purchase Agreement maximizes value for the benefit of the Debtors' estates and constitutes the highest or otherwise best offer for the Assets constitutes a valid and sound exercise of the Debtors' business judgment (exercised in consultation with the Consultation Parties) and is in accordance and compliance with the Bidding Procedures and the Bidding Procedures Order.

       I.     The Purchase Agreement provides fair and reasonable terms for the purchase of the Assets, and reasonable opportunity has been given to any interested party to make a higher or otherwise better offer for the Assets. Approval of the Motion and the Purchase Agreement, and the prompt consummation of the Sale Transaction contemplated thereby, will maximize the value of each of the Debtors' estates and are in the best interests of the Debtors, their chapter 11 estates, their creditors, and other parties in interest.

### The Stalking Horse Bidder

       J.     Pursuant to the Bidding Procedures Order, the Debtors were authorized (but not obligated) to exercise their business judgment (in consultation with the Consultation Parties) to select a Stalking Horse Bidder, subject to entry of a Stalking Horse Approval Order (as defined below).  Diversified Gas and Oil Corporation (the "**Buyer**") was one of the [●] parties to be designated a Potential Bidder under the Bidding Procedures.  After extensive, arm's length, good faith negotiations among the Debtors, the Buyer, and their respective advisors, on July 24, 2019, the Debtors and the

5

Buyer executed the Purchase Agreement wherein the Debtors and the Buyer agreed that the Buyer would serve as the Stalking Horse Bidder for the Debtors' Monroe/Washington Assets (as defined in the Bidding Procedures) and the transaction contemplated by the Purchase Agreement would serve as the Stalking Horse Bid.

K.    On July 24, 2019, the Debtors filed a supplement to the Bidding Procedures Motion (the "**Supplement**") seeking approval of Bid Protections for the Stalking Horse Bidder and setting forth the Stalking Horse Bid, the proposed Bid Protections and the Purchase Agreement, with ten calendar days' notice of the objection deadline (the "**Stalking Horse Objection Deadline**") to the U.S. Trustee, the DIP Agent, the Committee, and those parties who have filed the appropriate notice pursuant to Bankruptcy Rule 2002 requesting notice of all pleadings filed in the Chapter 11 Cases, seeking entry of an order (the "**Stalking Horse Approval Order**") granting final approval of Bid Protections to such Stalking Horse Bidder.

L.    [The Debtors did not receive any objections to the designation of a Stalking Horse Bidder or any of the Bid Protections by the Stalking Horse Objection Deadline and submitted the Stalking Horse Approval Order to the Court under certification of counsel.]

M.    On [●], the Court entered the Stalking Horse Approval Order [D.I. [●]] approving, among other things, the Debtors (i) entering into the Purchase Agreement with the Buyer wherein the Buyer agreed to purchase the Assets free and clear of all Liens, Claims and/or Interests (other than the Permitted Encumbrances and the Assumed Liabilities), (ii) designating the Buyer as the Stalking Horse Bidder for the sale of the Assets, and (iii) providing the Bid Protections to the Buyer.

6

**The Auction**

N.      [On [August 23], 2019, the Auction was conducted.  At the conclusion of the Auction, the Debtors (in consultation with the Consultation Parties) selected the Buyer as the Successful Bidder.] [[No Qualified Bids were submitted by the Bid Deadline other than a Stalking Horse Bid] [Only one or more Partial Bids were submitted by the Bid Deadline for non-overlapping lots of the Assets].  Accordingly, the Debtors (in consultation with the Consultation Parties) cancelled the Auction, in accordance with the Bidding Procedures.]]

O.      The solicitation of bids [and the Auction] [was] [were] conducted fairly and in good faith, without collusion, and in accordance with the Bidding Procedures Order.  The Debtors have determined that the Buyer is the Successful Bidder for the Assets in accordance with the Bidding Procedures Order.  The Debtors' determination (in consultation with the Consultation Parties) that the offer reflected in the Purchase Agreement constitutes the highest or otherwise best offer for the Assets is a valid and sound exercise of the Debtors' business judgment (exercised in consultation with the Consultation Parties).  The Buyer has complied in all respects with the Bidding Procedures Order [and the Stalking Horse Approval Order] and all other applicable orders of the Court in negotiating and entering into the Purchase Agreement.

P.      [After completion of the Auction and the Debtors' selection of the Buyer as the Successful Bidder, the Debtors and the Buyer negotiated and finalized in good faith and at arm's length the Purchase Agreement and all related documents necessary to consummate the Sale Transaction.]

#92269668v8

**Sale Hearing**

Q.      The Court conducted the Hearing on [August 28], 2019 at which time the Court considered (i) the Motion, the evidence and testimony presented, and the statements and argument of counsel in support of granting the relief requested in the Motion and (ii) approval of the Purchase Agreement and the Sale Transaction contemplated by the Purchase Agreement.

R.      Any objections to the Motion or the relief requested therein that have not been adjourned, withdrawn, or resolved are overruled in all respects on the merits.

**Sound Business Purpose**

S.      The Debtors have demonstrated good, sufficient, and sound business purposes and justifications for consummation of the Sale Transaction contemplated by the Purchase Agreement in accordance with the requirements of section 363(b) of the Bankruptcy Code.  The value of the Debtors' estates will be maximized through a sale of the Assets on a going concern basis.

T.      A sale pursuant to sections 105(a) and 363(b) of the Bankruptcy Code also may prevent the continued accrual of post-petition, administrative expense obligations under various unexpired leases and executory contracts that are not proposed to be acquired by the Buyer under the Purchase Agreement.

U.      Approval of the Purchase Agreement pursuant to sections 105(a) and 363 of the Bankruptcy Code is necessary to preserve the value of the Debtors' businesses. The Debtors have determined, in their reasonable business judgment (in consultation with the Consultation Parties), that the Assets will have the greatest value if promptly sold to the Buyer.

8

V.      As a result, the proposed Sale Transaction pursuant to sections 105(a) and 363 of the Bankruptcy Code, upon the terms and conditions set forth in the Purchase Agreement, is the best alternative available to the Debtors for recovering value for the benefit of the Debtors' estates.  The Sale Transaction contemplated by the Purchase Agreement maximizes the value of the Assets because the Assets are being sold as part of a going concern business, and the continuity and remaining goodwill value associated with the Assets are being preserved.

W.      Neither the Purchase Agreement nor the Sale Transaction contemplated thereunder constitute a *sub rosa* chapter 11 plan.  The Purchase Agreement does not specify the terms of, or any distributions under, any subsequent chapter 11 plan by the Debtors (other than provisions that are consistent with the sale of assets under the Purchase Agreement and the relief granted hereunder).

**Fair Purchase Price**

X.      The total consideration to be provided by the Buyer under the Purchase Agreement is the highest or otherwise best offer received by the Debtors and constitutes (i) fair value, (ii) fair, full, and adequate consideration, (iii) reasonably equivalent value, and (iv) reasonable market value for the Assets for purposes of the Bankruptcy Code, the Uniform Fraudulent Transfer Act, the Uniform Fraudulent Conveyance Act, and any other applicable laws of the United States, any state, territory, or possession thereof or the District of Columbia.

Y.      The terms of the Purchase Agreement and the Sale Transaction contemplated therein are fair and reasonable under the circumstances of the Debtors' businesses and the Chapter 11 Cases.

#92269668v8

**Notice of the Motion**

Z.        As evidenced by the affidavits of service and publication previously filed with this Court [D.I. [●], [●], [●]], and based upon representations of counsel at the Sale Hearing, notice (the "**Notice**") was adequate and sufficient under the circumstances and provided sufficient notice of the Motion, the Bidding Procedures Order, the Auction, the Sale Hearing, the Purchase Agreement, this Order, and the Sale Transaction.  The Notice was provided in accordance with sections 102(1) and 363 of the Bankruptcy Code, Bankruptcy Rules 2002, 9007, 9008, and 9014, and Local Rules 2002-1 and 6004-, including to:  (i) the U.S. Trustee; (ii) each of the Debtors' twenty (20) largest unsecured creditors on a consolidated basis; (iii) KeyBank National Association, (iv) the Debtors' prepetition equity owners; (v) the United States Attorney's Office for the District of Delaware; (vi) the attorneys general for the states in which the Debtors conduct business; (vii) local and state environmental authorities and the Environmental Protection Agency; (viii) counsel for the committee appointed in the chapter 11 cases; (ix) the Federal Energy Regulatory Commission; (x) the Internal Revenue Service; (xi) all known taxing authorities to which the Debtors are subject; (xii) all entities known or reasonably believe to have asserted a lien or encumbrance on any of the Assets; (xiii) counterparties to Debtors' executory contracts and unexpired leases, (xiv) those entities and individual appearing on the Debtors' creditor matrix; and (xv) all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002..  The Debtors have complied with all obligations to provide notice of the Motion, the Bidding Procedures Order, the Auction, the Sale Hearing, the Purchase Agreement, this Order, and the Sale Transaction as required by the Bidding Procedures Order.  The aforementioned notices are good, sufficient, and appropriate under the circumstances, and no other or further notice of the

10

Motion, the Bidding Procedures Order, the Auction, the Sale Hearing, the Purchase Agreement, this Order, or the Sale Transaction is or shall be required.

### Good Faith of the Buyer

AA.    The Buyer is purchasing the Assets and has entered into the Purchase Agreement at arm's length and in good faith.  Accordingly, the Buyer is a "good faith purchaser" within the meaning of section 363(m) of the Bankruptcy Code, and the Buyer is, therefore, entitled to the protections of such provision.  The good faith of the Buyer is evidenced by, among other things, the following facts:

i.    The sale process conducted by the Debtors [, including, without limitation, conducting the Auction pursuant to the Bidding Procedures set forth in the Bidding Procedures Order,] was at arm's length, non-collusive, in good faith, and substantively and procedurally fair to all parties.  The Debtors offered other parties the opportunity to top the [initial] bid submitted by the Buyer [and at the Auction offered all parties that submitted Qualified Bids an opportunity to match or top the bid submitted by the Buyer], and all other bidders or potential bidders declined to do so.  [The Debtors evaluated each Qualified Bid prior to selecting the Buyer as the Successful Bidder;]

ii.    All payments to be made by the Buyer and other agreements or arrangements in connection with the Purchase Agreement have been disclosed.

iii.    The Buyer has not violated the provisions of section 363(n) of the Bankruptcy Code by any action or inaction.

11

iv.      The Buyer is a third party purchaser and is unrelated to any of the Debtors.  Neither the Buyer, nor any of its Affiliates, subsidiaries, officers, directors, members, partners, principals, or any of their respective representatives, successors, or assigns is an "insider" of any of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code.

v.       The Debtors and the Buyer have engaged in substantial arm's length negotiations, in good faith.  The Purchase Agreement is the product of this bargaining among the parties.

BB.     The sale of the Assets pursuant to the Purchase Agreement, all covenants therein and conditions thereto, and all relief requested in the Motion are an integrated transaction, meaning that each component is an essential part of every other component and that the entire transaction can be consummated only if all of its components are consummated.  Accordingly, the entire transaction is subject to, and is protected by, the provisions of section 363(m) of the Bankruptcy Code.

**Sale Free and Clear**

CC.     After the Closing, no entity shall have any Lien, Claim and/or Interest (as defined herein) in or against the Assets other than the Assumed Liabilities and the Permitted Encumbrances (each as defined in the Purchase Agreement).

DD.     All other Liens, Claims and/or Interests that existed against the Assets prior to the Closing, including, without limitation, the DIP Liens, the Permitted Prior Liens, Prepetition Liens and Adequate Protection Liens (each as defined in the DIP

12

Order[3]), shall attach to the sale proceeds the Debtors receive under the Sale Transaction (subject to the terms and conditions set forth in the DIP Order, Bidding Procedures Order, the Stalking Horse Approval Order and this Order, including without limitation, the Carve-Out). Those Liens, Claims and/or Interests will attach to the proceeds of the Sale Transaction in the same order of relative priority and with the same validity, force, and effect that the holder of such Lien, Claim and/or Interest had against the Assets prior to Closing (including, for the avoidance of doubt, as set forth in the DIP Order), and will be subject to any claims and defenses the Debtors may possess with respect thereto. The interests of the holders of such Liens, Claims and/or Interests are being adequately protected pursuant to the provisions of this Order.

EE.     Pursuant to section 363(f) of the Bankruptcy Code, a debtor in possession is authorized to sell property of its estate free and clear of any liens, claims, interests, and encumbrances if any of the following requirements is satisfied: (i) applicable non-bankruptcy law permits the sale of such property free and clear of such interest (section 363(f)(1) of the Bankruptcy Code); (ii) the entity holding the alleged lien, claim, interest, or encumbrance consents (section 363(f)(2) of the Bankruptcy Code); (iii) such interest is a lien, and the price at which such property is to be sold is greater than the aggregate value of all liens on such property (section 363(f)(3) of the Bankruptcy Code); (iv) such lien, claim, interest, or encumbrance is subject to a *bona fide* dispute (section 363(f)(4) of the Bankruptcy Code); or (v) such entity could be compelled, in a legal or equitable

---

[3] *See Final Order, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, and 507, (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [D.I. 223] (the "**DIP Order**").

proceeding, to accept a money satisfaction of such lien, claim, interest, or encumbrance (section 363(f)(5) of the Bankruptcy Code).

FF.    For the following reasons, the provisions of section 363(f) of the Bankruptcy Code have been satisfied:

> i.    All alleged holders of liens or claims who did not object or withdrew their objections to the Sale Transaction contemplated by the Purchase Agreement are deemed to have consented.  Alleged holders of liens or claims who did object either had their objections overruled or resolved or otherwise fall within one or more of the other subsections of section 363(f) of the Bankruptcy Code, including those referenced below.

> ii.    The Debtors are not aware of any remaining interests in the Assets, and, if any such interests exist, they are in *bona fide* dispute as to the extent, validity, perfection, and viability of those interests (*see* Bankruptcy Code section 363(f)(4)).

> iii.    Other parties (if any) could be compelled to accept a money satisfaction of their liens, claims, interests, or encumbrances (*see* Bankruptcy Code section 363(f)(5)) or such interest is a lien and the price at which such encumbered property is to be sold under the Purchase Agreement is greater than the aggregate value of all liens on such encumbered property (*see* Bankruptcy Code section 363(f)(3)).

GG.    Pursuant to sections 105(a) and 363(f) of the Bankruptcy Code, the Assets will be transferred to the Buyer free and clear of all Liens, Claims and/or Interests (other than the Permitted Encumbrances and the Assumed Liabilities) with all other applicable Liens, Claims and/or Interests to attach to the proceeds of the sale of the Assets  in the order of their priority (for the avoidance of doubt, subject to the Carve-Out), with the validity, force, and effect that they now have as against the Assets, subject to the rights, claims, defenses, and objections, if any, of the Debtors and all interested parties with respect to such Liens, Claims and/or Interests and with the net proceeds from the sale of the Assets to be available for the benefit of the Debtors' estates.

HH.    Accordingly, the Debtors have satisfied the standard set forth in section 363(f) of the Bankruptcy Code for selling the Assets free and clear of all Liens, Claims and/or Interests other than the Permitted Encumbrances and the Assumed Liabilities.

**Sale Free and Clear Required by the Buyer**

II.    In connection with the Purchase Agreement, the Buyer expressly negotiated for the protection of obtaining the Assets free and clear of all Liens, Claims and/or Interests (including, without limitation, any potential successor liability claims) other than the Permitted Encumbrances and Assumed Liabilities.  The Buyer would have paid substantially less consideration for the Assets or not purchased the Assets if the Buyer were not buying the Assets free and clear of any Liens, Claims and/or Interests (other than the Permitted Encumbrances and Assumed Liabilities).

**No Successor Liability**

JJ.    Neither the Buyer nor its affiliates, officers, directors, members, partners, and principals or any of their respective Representatives, successors, or assigns shall be deemed, as a result of the consummation of the Sale Transaction contemplated by the

15

Purchase Agreement or otherwise, to (i) be a legal successor, or otherwise be deemed a successor, to the Debtors or the Debtors' estates, (ii) have, de facto or otherwise, merged or consolidated with or into any of the Debtors or any of the Debtors' estates, (iii) be an alter ego, a continuation, or substantial continuation of any of the Debtors or any enterprise of any of the Debtors, or (iv) be liable for any claim based on successor liability, transferee liability, derivative liability, vicarious liability, or any similar theories under applicable state or federal law, or otherwise.  Except as expressly set forth in the Purchase Agreement with respect to the Assumed Liabilities and Permitted Encumbrances, the Buyer shall have no liability or obligation of any of the Debtors and/or their respective estates and the Buyer is not expressly or impliedly agreeing under the terms and conditions of the Purchase Agreement to assume any of the debts or obligations of the Debtors.  Any so-called "bulk sales," "bulk transfer," or other similar laws are not applicable, and compliance with such any such laws in all necessary jurisdictions is not required, including those relating to taxes.

KK.    The Buyer and the Debtors are not entering into the Purchase Agreement fraudulently or in order to escape liability for the Debtors' obligations.

### Assumption and Assignment of the Assigned Contracts and Assigned Leases and Interests

LL.    Section 365(a) of the Bankruptcy Code provides that "the [debtor in possession], subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  It is in the best interests of the Debtors and their respective estates to assume and assign the Assigned Contracts and Assigned Leases and Interests to the Buyer on the effective date of the assumption and assignment of such Assigned Contracts or Assigned Leases and Interests ("**Assumption and Assignment**

16

**Effective Date**") in accordance with the terms and conditions of the Purchase Agreement, the Bidding Procedures Order, and this Order.  The Debtors' assumption and assignment of the Assigned Contracts and Assigned Leases and Interests to the Buyer meets the business judgment standard and satisfies the requirements of section 365 of the Bankruptcy Code.  The Sale Transaction contemplated by the Purchase Agreement provides significant benefits to the Debtors' estates.  The Debtors cannot obtain these benefits without the assumption and assignment of the Assigned Contracts and Assigned Leases and Interests, which are a material part of the Assets and the Sale Transaction contemplated by the Purchase Agreement.  Accordingly, the assumption and assignment of the Assigned Contracts and Assigned Leases and Interests constitutes an exercise of the Debtors' sound business judgment.

MM.    Section 365(b)(1) of the Bankruptcy Code requires a debtor in possession to cure any default and provide adequate assurance of future performance in order to assume an unexpired lease or executory contract under which a default has occurred. Subject to the terms and conditions set forth in the Bidding Procedures Order, the Purchase Agreement, and this Order, on the applicable Assumption and Assignment Effective Date (or as otherwise provided in the Bidding Procedures Order, the Purchase Agreement, or this Order), the Seller shall pay any outstanding Cure Costs, calculated in good faith as of the Petition Date, and any other applicable cure costs due pursuant to the Purchase Agreement, with respect to the Assigned Contracts or Assigned Leases and Interests and, therefore, this requirement has been satisfied, except that Buyer shall pay any cure costs to the extent required to be paid by Buyer under Section 2.05 of the Purchase Agreement.

#92269668v8

NN.    Pursuant to section 365(f) of the Bankruptcy Code, notwithstanding a provision in an executory contract or unexpired lease, or in applicable law, that prohibits, restricts, or conditions the assignment of such contract or lease, a debtor in possession may assign such contract or lease if such contract or lease is assumed by the debtor in possession in accordance with section 365 of the Bankruptcy Code, and the proposed assignee provides "adequate assurance of future performance" of the obligations arising under such contract or lease from and after the date of the assignment.  The Debtors have satisfied the requirements necessary to assume the Assigned Contracts and Assigned Leases and Interests.  In addition, the Debtors have demonstrated that the Buyer has the resources to perform the obligations under such Assigned Contracts and Assigned Leases and Interests.  Accordingly, the requirements for assignment of such contracts and leases to the Buyer under section 365(f) of the Bankruptcy Code have been satisfied.  To the extent that any party's consent to assumption or assignment of any Assigned Contract or Assigned Lease or Interest is required by the Bankruptcy Code and applicable non-bankruptcy law, such party is deemed to have consented by not timely objecting to the Motion.

OO.    In accordance with the Bidding Procedures Order, and as evidenced by the Notice, due and proper notice of the proposed assumption and assignment of the Assigned Contracts and Assigned Leases and Interests to the Buyer was provided to the non-Debtor counterparties listed on Exhibit A-1, Schedule 2.01(b)(vii)-1 and Schedule 2.05(a).

**<u>No Fraudulent Intent</u>**

PP.    The Purchase Agreement was not entered into, and the Sale Transaction contemplated by the Purchase Agreement will not be consummated, for the purpose of

18

hindering, delaying, or defrauding the Debtors' present or future creditors for purposes of the Bankruptcy Code, any other applicable laws of the United States, and any applicable laws of any state, territory, or possession thereof, or the District of Columbia.  Neither the Debtors nor the Buyer is entering into the Purchase Agreement or consummating the Sale Transaction contemplated by the Purchase Agreement with any fraudulent or otherwise improper purpose.

### Assets

QQ.    The Assets constitute property of the Debtors' estates and title thereto is vested in the Debtors' estates within the meaning of section 541(a) of the Bankruptcy Code.  The Debtors have all title, interest, and/or rights in the Assets required to transfer and to convey the Assets to the Buyer, as required by the Purchase Agreement.

### Corporate or Limited Liability Company Authority

RR.    The Debtors have (i) full power and authority to perform all of their obligations under the Purchase Agreement and the Debtors' prior execution and delivery of, and performance of obligations under, the Purchase Agreement is hereby ratified, (ii) all of the power and authority necessary to consummate the Sale Transaction contemplated by the Purchase Agreement, and (iii) taken all actions necessary to authorize, approve, execute, and deliver the Purchase Agreement and to consummate the Sale Transaction contemplated by the Purchase Agreement.

### Prompt Consummation

SS.    To maximize the value of the Assets, it is essential that the Sale Transaction occur within the timeframe set forth in the Purchase Agreement.  Time is of the essence in consummating the Sale Transaction contemplated by the Purchase Agreement.  The Debtors have demonstrated compelling circumstances and a good,

19

sufficient, and sound business purpose and justification for the immediate approval and consummation of the transactions contemplated by the Purchase Agreement, including, without limitation, the Sale Transaction and the assumption and assignment of the Assigned Contracts or Assigned Leases and Interests prior to, and outside of, a chapter 11 plan. Accordingly, there is cause to lift the stay established by Bankruptcy Rules 6004 and 6006.

### Statutory Predicates

TT.   The statutory authorization for the relief granted herein is found in sections 105(a), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Bankruptcy Rules 2002-1, 6004-1, and 6006-1.

### Section 363 Sale

UU.   The proposed sale of the Assets to the Buyer pursuant to the Purchase Agreement constitutes a sale of property of the Debtors' respective estates outside the ordinary course of business within the meaning of section 363(b) of the Bankruptcy Code.

VV.   For good and valid reasons, the Court may authorize and approve a sale of assets of a chapter 11 debtor pursuant to section 363(b) of the Bankruptcy Code without the necessity of following the procedures and making the findings required for the confirmation of a chapter 11 plan. Such legitimate and compelling reasons exist in this case. Under the circumstances of the Chapter 11 Cases, the sale of the Assets to the Buyer pursuant to sections 105(a) and 363(b) and (f) of the Bankruptcy Code is both justified and appropriate.

WW.   The sale of the Assets to the Buyer free and clear of any and all Liens, Claims and/or Interests (other than the Permitted Encumbrances and Assumed Liabilities)

20

upon the terms and conditions set forth in the Purchase Agreement is in the best interests of the Debtors and their respective estates.

XX.    Given the circumstances of the Chapter 11 Cases, including, without limitation, the adequate exposure of the Debtors' businesses to the marketplace, the reasonable opportunity afforded other parties to make competing bids or offers for all or a portion of the Debtors' businesses, and the adequacy and fair value of the consideration being paid by the Buyer under the Purchase Agreement, the proposed sale of the Assets to the Buyer constitutes a reasonable and sound exercise of the Debtors' business judgment and is hereby approved in all respects.

### Retention of Jurisdiction

YY.    It is necessary and appropriate for the Court to retain jurisdiction to, *inter alia*, interpret and enforce the terms and provisions of this Order and the Purchase Agreement, and to adjudicate, if necessary, any and all disputes concerning the assumption and assignment of the Assigned Contracts and the Assigned Leases and Interests and any alleged right, title, or property interest, including ownership claims, relating to the Assets and the proceeds thereof, as well as the extent, validity, perfection, and priority of any alleged lien or claim relating to the Debtors and/or the Assets.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.    The relief requested in the Motion is granted and approved in all respects as set forth in this Order.

2.    The Sale Transaction contemplated by the Purchase Agreement is hereby approved in all respects as set forth in this Order.

#92269668v8

3.      The Debtors are hereby authorized and directed to sell the Assets to the Buyer upon and subject to the terms and conditions set forth in the Purchase Agreement, the provisions of which are incorporated herein by reference as if set forth in full herein.

4.      Each of the Debtors is hereby authorized and directed to perform, consummate, and implement the Purchase Agreement, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the Purchase Agreement, and to take any and all further actions as may be necessary or appropriate to the performance of its obligations as contemplated by the Purchase Agreement or this Order, including paying, whether before or after the Closing, any expenses or costs that are required to be paid in order to consummate the Sale Transaction contemplated by the Purchase Agreement or to perform its obligations under the Purchase Agreement or any related agreements.

5.      Pursuant to sections 105(a) and 363(f) of the Bankruptcy Code, upon the Closing, the Assets shall be transferred, sold, and delivered to the Buyer free and clear of all Liens, Claims and/or Interests, other than the Permitted Encumbrances and the Assumed Liabilities.  All other Liens, Claims and/or Interests that existed against the Assets prior to the Closing, including, without limitation, the DIP Liens, the Permitted Senior Liens, Prepetition Liens, and Adequate Protection Liens, shall attach to the sale proceeds the Debtors receive under the Sale Transaction (subject to the terms and conditions set forth in the DIP Order, Bidding Procedures Order, and this Order, including without limitation, the Carve-Out).  Those Liens, Claims and/or Interests will attach to the proceeds of the Sale Transaction in the same order of relative priority and with the same validity, force, and effect that the holder of such Lien, Claim and/or

22

Interest had against the Assets prior to Closing (including, for the avoidance of doubt, as set forth in the DIP Order), and will be subject to any claims and defenses the Debtors may possess with respect thereto.  The interests of the holders of such Liens, Claims and/or Interests are being adequately protected pursuant to the provisions of this Order by having their Liens, Claims and/or Interests, if any, in each instance against the Debtors, their estates, or any of the Assets, attach to the proceeds of the Sale Transaction ultimately attributable to the Assets in which such creditor or interest holder alleges an interest, in the same order of priority and with the same validity, force, and effect that such creditor or interest holder had prior to the Sale Transaction, subject to any claims and defenses the Debtors and their estates may possess with respect thereto.

6.     In accordance with the Purchase Agreement, all fee interests, rights-of-way, easements, real property interests, real rights, licenses, servitudes, permits, privileges, and leases (surface and subsurface) owned or held by the Debtors, or hereinafter acquired by the Debtors prior to the Closing, in each case to the extent constituting Assets under the Purchase Agreement, constitute real property or a real property interest, and together with the rights, tenements, appurtenant rights and privileges related thereto (collectively, the "**Real Property Interests**"), shall, in accordance with the Purchase Agreement, be transferred to the Buyer at the Closing notwithstanding any consent rights, anti-assignment provisions, or any other provisions purporting to prohibit or condition the transfer or assignment of such Real Property Interests contained in such Real Property Interests, or in any other document, and all such rights, provisions, prohibitions, and conditions shall be void and of no force and effect with respect to the Sale Transaction.

23

7.    As a result of the Sale Transaction contemplated by the Purchase Agreement, the Buyer will not be a successor to any of the Debtors by reason of any theory of law or equity, and the Buyer will have no liability, except as expressly provided in the Purchase Agreement with respect to the Permitted Encumbrances and the Assumed Liabilities, for any Liens, Claims and/or Interests against or in any of the Debtors as a result of any application of successor liability theories.

8.    Pursuant to sections 105(a), 363(b), and 363(f) of the Bankruptcy Code, upon Closing, and in accordance with the Purchase Agreement, the Assets shall be transferred to the Buyer free and clear of all liens, claims, encumbrances and interests (subject to  the Assumed Liabilities and the Permitted Encumbrances), including, without limitation, each of the following, which are collectively referred to herein as the "**Liens, Claims and /or Interests**":

- liens (as that term is defined in the Bankruptcy Code), including, without limitation, mechanics', materialmens' and other consensual and non-consensual liens and statutory liens, mortgages, hypothecations, charges, consents, judicial liens (as defined in the Bankruptcy Code), instruments, leases, licenses, options, deeds of trust, security interests, conditional sale or other title retention agreements, pledges, Encumbrances, covenants, easements, servitudes, and liens and security interests granted under sections 361, 363 and/or 364 of the Bankruptcy Code or an order of the Court, including the interim order [Dkt. No. 62] and final order [Dkt. No. 223] authorizing the DIP Loans (as therein defined);

- interests, obligations, liabilities, demands, agreements, guaranties, options, restrictions, contractual or other commitments;

- rights, including, without limitation, rights of first refusal, rights of offset, rights to use, contract rights, Preferential Purchase Right, rights of recovery, and any rights that purport to give any party a right or option to effect any forfeiture, modification, right of first offer or first refusal, consent, or termination of the Debtors' or the Buyer's interest in the Assets, or any similar rights, in each case with respect to the Sale Transaction;

24

- judgments and/or decrees of any court or foreign or domestic Governmental Authority or governmental entity (to the extent permitted by law);

- charges or restrictions of any kind or nature, including, without limitation, any restriction on the use, transfer, receipt of income or other exercise of any attributes of ownership of the Assets, including, without limitation, consent of any person or entity to assign or transfer any of the Assets, in each case with respect to the Sale Transaction;

- debts (as that term is defined in the Bankruptcy Code), including but not limited to, debts arising in any way in connection with any agreements, loan documents, credit agreements, indentures, debtor-in-possession loans, DIP Documents (as defined in Docket No. 223), acts, or failures to act of the Debtors, any of the Debtors' predecessors or Affiliates, or any Representative of any of the Debtors, their predecessors or Affiliates;

- claims (as that term is defined in the Bankruptcy Code), including but not limited to, all rights to payment, damages, losses, demands, judgments, claims, causes of action, charges, assessments, liabilities, suits, investigations, litigation, third-party actions, claims for reimbursement, contribution claims, penalties, indemnity claims, exoneration or exculpation claims, Royalties, Suspense Funds, alter-ego claims, environmental claims or liens arising from conditions first existing on or prior to the Closing (including, without limitation, the presence of hazardous, toxic, polluting, or contaminating substances or waste) that may be asserted on any basis, including, without limitation, under any Environmental Law, claims arising under any bulk sales or similar law, Tax, claims arising under any tax statutes or ordinances, including, without limitation, the Internal Revenue Code of 1986, as amended, any products liability, product warranty liability or similar claims, intercompany claims, loans and receivables between any Debtor and another Debtor or any Debtor and any non-Debtor subsidiary, Affiliate or Representative of any of the foregoing, escheat, administrative expenses, and pending or threatened litigation claims, arbitral proceedings or proceedings by or before any Governmental Authority or any other person, sanctions, penalties, costs, expenses, fees (including attorney or other professional and advisor fees and costs), Liabilities, setoff rights, obligations, and claims and liabilities of any kind or nature under contract, agreement, understanding, or at law, in equity, or otherwise, whatsoever, whether or not reduced to judgment;

- claims or liens in any way whatsoever relating to or arising from the Assets or the Debtors' operations or use of the Assets, including, without limitation, claims or liens under the Assigned Contracts and Assigned Leases and Interests arising prior to the Closing, or any liabilities calculable by reference to the Debtors or their assets or operations or

25

relating to continuing conditions existing at or prior to the Closing or the applicable Assumption and Assignment Effective Date;

- Excluded Liabilities; and

- to the maximum extent permitted by law, any other interest within the meaning of section 363(f) of the Bankruptcy Code,

in each instance for all of the foregoing, whether known or unknown, choate or inchoate, filed or unfiled, scheduled or unscheduled, noticed or unnoticed, recorded or unrecorded, perfected or unperfected, allowed or disallowed, contingent or noncontingent, liquidated or unliquidated, matured or unmatured, material or nonmaterial, disputed or undisputed, whether arising prior to or subsequent to the commencement of these bankruptcy cases, and whether imposed by agreement, understanding, law, equity or otherwise.

9.    Without limiting the foregoing, and except as otherwise expressly provided in the Purchase Agreement with respect to the Permitted Encumbrances and the Assumed Liabilities, the Buyer shall not be liable or responsible, as a successor or otherwise, for the Debtors' claims or liens, whether calculable by reference to the Debtors or their operations or under or in connection with (a) any employment or labor agreements, (b) any pension, welfare, compensation, fringe benefit, or other employee benefit plans, trust arrangements, agreements, practices, and programs, including, without limitation, any pension plan of the Debtors, any medical, welfare, and pension benefits payable after retirement or other termination of employment, or any responsibility as a fiduciary, plan sponsor, or otherwise for making any contribution to, or in respect of the funding, investment, or administration of, any employee benefit plan, arrangement, or agreement (including, without limitation, pension plans) or the termination of or withdrawal from any such plan, arrangement, or agreement, (c) the cessation of the Debtors' operations, dismissal of employees, or termination of employment or labor

26

agreements or pension, welfare, compensation or other employee benefit plans, agreements, practices and programs, obligations that might otherwise arise or pursuant to (i) the Employee Retirement Income Security Act of 1974, as amended, (ii) the Fair Labor Standards Act, (iii) Title VII of the Civil Rights Act of 1964, (iv) the Age Discrimination and Employment Act of 1967, (v) the Federal Rehabilitation Act of 1973, (vi) the National Labor Relations Act, or (vii) the Consolidated Omnibus Budget Reconciliation Act of 1985, (d) worker's compensation, occupational disease, or unemployment or temporary disability insurance claims.

10.    Except as expressly provided in the Purchase Agreement with respect to the Permitted Encumbrances and the Assumed Liabilities, no person or entity, including, without limitation, any federal, state, or local governmental agency, department, or instrumentality, shall assert by suit or otherwise against the Buyer or its successors in interest any  Lien, Claim and/or Interest that they had, have, or may have against the Debtors, or any Lien, Claim and/or Interest relating to or arising from the Assets or the Debtors' operations or use of the Assets.

11.    The terms and provisions of the Purchase Agreement and all related documents necessary to consummate the Sale Transaction, together with the terms and provisions of this Order, shall be binding in all respects upon the Debtors, their estates, their creditors, and all parties in interest, including any and all successors and assigns (including, without limitation, any trustee appointed under the Bankruptcy Code).

12.    Except as expressly provided in the Purchase Agreement with respect to the Permitted Encumbrances and the Assumed Liabilities, all entities holding Liens, Claims and/or Interests against the Assets be, and they hereby are, barred from asserting

27

such Liens, Claims and/or Interests against the Buyer and/or the Assets and all entities holding such Liens, Claims and/or Interests shall be deemed to have released the Assets to the Buyer and to have limited the assertion of their Liens, Claims and/or Interests against the Assets (subject, in all cases, to the priority set forth in the DIP Order and the Carve-Out) to the sale proceeds the Debtors receive for the sale of the Assets and any other available property of the Debtors' respective estates that does not constitute the Assets.

13.    This Order shall be binding upon and govern the acts of all entities, including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, registrars of patents, trademarks or other intellectual property, administrative agencies, governmental departments, secretaries of state, federal and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract to accept, file, register, or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any of the Assets.

14.    All Liens, Claims and/or Interests of record against the Assets, other than the Permitted Encumbrances and Assumed Liabilities, shall, upon Closing, be terminated as against the Assets, and all the entities described in the immediately preceding paragraph of this Order are authorized and directed to (a) terminate all recorded Liens, Claims and/or Interests against the Assets from their records, official, and otherwise, in each case solely with respect to the Assets, and (b) accept for filing or recording all instruments made or delivered by or to any of the Debtors, and all deeds or other documents relating to the conveyance of the Assets to the Buyer.

28

15.     If any person or entity that has filed statements, documents or agreements evidencing liens or claims on or in the Assets shall not have delivered to the Debtors prior to Closing, in proper form for filing and executed by the appropriate parties, termination statements, instruments of satisfaction, releases of liens and easements, and any other documents necessary for the purpose of documenting the release of all Liens, Claims and/or Interests that the person or entity has or may assert with respect to the Assets, the Buyer is hereby authorized to execute and file such statements, instruments, releases, and other documents on behalf of the person or entity with respect to the Assets.

16.     Pursuant to sections 105(a), 363, and 365 of the Bankruptcy Code, Debtors' assumption and assignment to the Buyer, and the Buyer's assumption of the Assigned Contracts and Assigned Leases and Interests, on the terms set forth in the Purchase Agreement, is hereby approved and the requirements of section 365 with respect thereto are hereby found and deemed to be satisfied.

17.     The Debtors are hereby authorized in accordance with sections 105(a), 363, and 365 of the Bankruptcy Code to (a) assume and assign to the Buyer at Closing the Assigned Contracts and Assigned Leases and Interests free and clear of all Liens, Claims and/or Interests (other than the Permitted Encumbrances and the Assumed Liabilities) and (b) execute and deliver to the Buyer such documents or other instruments as Buyer deems may be necessary to assign and transfer the Assigned Contracts and Assigned Leases and Interests to the Buyer.

18.     Subject to the Closing, (a) to the extent provided in section 365 of the Bankruptcy Code, any provisions in any of the Assigned Contracts and Assigned Leases and Interests that prohibit or condition the assignment of such Assigned Contracts and

29

Assigned Leases and Interests or allow the party to such Assigned Contracts and Assigned Leases and Interests to terminate, recapture, impose any penalty, condition renewal or extension, or modify any term or condition upon the assignment of such of the Assigned Contracts and Assigned Leases and Interests, constitute unenforceable anti-assignment provisions which are void and of no force and effect, (b) all other requirements and conditions under sections 363 and 365 of the Bankruptcy Code for the assumption by the Debtors and assignment to the Buyer of each of the Assigned Contracts and Assigned Leases and Interests have been satisfied, and (c) effective upon the Closing, the Assigned Contracts and Assigned Leases and Interests shall be transferred and assigned to, and from and following the Closing remain in full force and effect for the benefit of, the Buyer, notwithstanding any provision in any of the Assigned Contracts and Assigned Leases and Interests that prohibits, restricts, or conditions such assignment or transfer (including but not limited to any consents to assign) and, pursuant to section 365(k) of the Bankruptcy Code, the Debtors shall be relieved from any further liability with respect to the Assigned Contracts and Assigned Leases and Interests after such assumption and assignment to the Buyer at Closing.

19.     All defaults or other obligations of the Debtors under the Assigned Contracts and Assigned Leases and Interests, arising or accruing prior to the Closing, or required to be paid pursuant to section 365 of the Bankruptcy Code in connection with the assumption and assignment of the Assigned Contracts and Assigned Leases and Interests, shall be cured by the Debtors or the Buyer, as applicable, to the extent set forth in the Purchase Agreement.  The Cure Costs set forth in the Potential Assumption and Assignment Notice, (the "**Assumption and Assignment Notice**") shall constitute the

#92269668v8

only amounts due to the Counterparty under the Assigned Contracts and Assigned Leases and Interests as of Closing, and no other defaults exist and no other amounts are due on account of any facts occurring prior to Closing, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to Closing.

20.     Upon payment of the Cure Costs pursuant to the terms of this Order, the Bidding Procedures Order, and the Purchase Agreement, and the Debtors' assignment of the Assigned Contracts or Assigned Leases and Interests to the Buyer under the provisions of this Order, no default or other obligations arising or accruing prior to Closing shall exist under any Assigned Contracts or Assigned Leases and Interests, and each Counterparty is forever barred, estopped, and permanently enjoined from (a) declaring a default by the Debtors or the Buyer under any such Assigned Contract or Assigned Lease or Interest based on acts or occurrences arising prior to or existing as of Closing, (b) raising or asserting against the Debtors or the Buyer, or the property of either of them, any assignment fee, default, breach, or claim of pecuniary loss, or condition to assignment, arising under or related to any of the Assigned Contracts or Assigned Leases and Interests based on acts or occurrences arising prior to or existing as of Closing, or (c) taking any other action against the Buyer as a result of any Debtor's financial condition, bankruptcy, or failure to perform any of its obligations under the relevant Assigned Contracts or Assigned Leases and Interests based on acts or occurrences arising prior to or existing as of Closing.  Each Counterparty hereby is also forever barred, estopped, and permanently enjoined from (y) asserting against the Debtors or the Buyer, or the property of any of them, any default or claim arising out of any indemnity or other obligation or

31

warranties for acts or occurrences arising prior to or existing as of Closing and (z) imposing or charging against Buyer or its affiliates any rent accelerations, assignment fees, increases, or any other fees as a result of the  Debtors' assumption and assignment to Buyer of the Assigned Contracts or Assigned Leases and Interests.

21.     Subject to the terms and conditions of the Purchase Agreement, and upon the Closing, the Buyer or Debtors, as applicable in accordance with the Purchase Agreement, shall have (a) to the extent necessary, cured or provided adequate assurance of cure of, any default existing prior to Closing under the Assigned Contracts or Assigned Leases and Interests within the meaning of sections 365(b)(l)(A) and 365(f)(2)(A) of the Bankruptcy Code and (b) to the extent necessary, provided compensation or adequate assurance of compensation to any party for any actual pecuniary loss to such party resulting from a default prior to Closing under the Assigned Contracts or Assigned Leases and Interests within the meaning of sections 365(b)(l)(B) and 365(f)(2)(B) of the Bankruptcy Code.  The Debtors' or Buyer's obligations to pay the Cure Costs, as applicable under the Purchase Agreement, and the Buyer's agreement to perform the obligations under the Assigned Contracts or Assigned Leases and Interests in accordance with the terms of the Purchase Agreement, shall constitute adequate assurance of future performance within the meaning of sections 365(b)(l)(C) and 365(f)(2)(B) of the Bankruptcy Code to the extent that any such assurance is required and not waived by the applicable Counterparty.

22.     To the furthest extent permitted by law, any party that may have had the right to consent to the assumption or assignment of any of the Assigned Contracts or Assigned Leases and Interests is deemed to have consented to such assumption and

#92269668v8

assignment for purposes of section 365(e)(2)(A)(ii) of the Bankruptcy Code if such party failed to timely object to the assumption or assignment of such Assigned Contracts or Assigned Leases and Interests in accordance with the Bidding Procedures Order, and the Buyer shall be deemed to have demonstrated adequate assurance of future performance with respect to such Assigned Contracts or Assigned Leases and Interests pursuant to sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code.  Any Counterparty to any of the Assigned Contracts or Assigned Leases and Interests designated to be assumed and assigned to the Buyer who has not timely filed and served an objection in accordance with the Bidding Procedures Order shall be barred from objecting, or asserting monetary or non-monetary defaults, with respect to any such Assigned Contracts or Assigned Leases and Interests, and such Assigned Contracts or Assigned Leases and Interests shall be deemed assumed by the Debtors and assigned to the Buyer at Closing in accordance with the Purchase Agreement.

23.    To the extent a Counterparty fails to timely object to the Cure Costs for any Assigned Contract or Assigned Lease or Interest in accordance with the Bidding Procedures Order, such Cure Costs shall be deemed to be finally determined and any such Counterparty shall be prohibited from challenging, objecting to, or denying the validity and finality of the Cure Costs at any time.

24.    Upon and as of the Closing, the Buyer shall be deemed to be substituted for the applicable Debtor as a party to the applicable Assigned Contract or Assigned Lease or Interest, and the Debtors shall be relieved, pursuant to section 365(k) of the Bankruptcy Code, from any further liability under the Assigned Contract or Assigned Lease or Interest.

33

25.     The Counterparties shall cooperate and expeditiously execute and deliver, upon the reasonable requests of the Buyer, any instruments, applications, consents, or other documents that may be required or requested by any public authority or other party or entity to effectuate the applicable transfers in connection with the Sale Transaction.

26.      From the date of the entry of this Order, the Debtors (with the consent of the Buyer) may, in their sole discretion, settle objections to assumption and assignment of any Assigned Contract or Assigned Lease or Interest, including to proposed Cure Costs, without any further notice to or action by any party or order of the Court (including by paying any agreed Cure Costs).     Subject to the occurrence of the Closing, contemporaneously with the resolution of any such objection, the executory contract or unexpired lease underlying such objection shall be deemed an Assigned Contract or Assigned Lease or Interest assumed by the Debtors and assigned to the Buyer without the necessity of obtaining any further order of the Court.

27.     Nothing in this Order, the Motion, the Bidding Procedures Order, any Applicable Assumption and Assignment Notice, or any other notice or any other document is or shall be deemed an admission by the Debtors that any contract is an executory contract or must be assumed and assigned pursuant to the Purchase Agreement or in order to consummate the Sale Transaction.

28.      All requirements and conditions under sections 363 and 365 of the Bankruptcy Code for the assumption by the Debtors and assignment to the Buyer of the Assigned Contracts and Assigned Leases and Interests have been satisfied.  Each of the Assigned Contracts and Assigned Leases and Interests shall be deemed to be valid, binding, and in full force and effect and enforceable in accordance with their terms as of

34

the Closing, subject to any amendments or modifications agreed to between a Counterparty and the Buyer. Upon the Closing, in accordance with sections 363 and 365 of the Bankruptcy Code, the Buyer shall be fully and irrevocably vested with all right, title, and interest of the Debtors in and under the Assigned Contracts and Assigned Leases and Interests, and each of the Assigned Contracts and Assigned Leases and Interests shall be fully enforceable by the Buyer in accordance with its respective terms and conditions. To the extent provided in the Purchase Agreement, the Debtors shall cooperate with, and take all actions reasonably requested by, the Buyer to effectuate the foregoing.

29. The assumption and assignment of the Assigned Contracts and the Assigned Leases and Interests will not be effectuated if the Closing does not occur and the Purchase Agreement is terminated.

30. Within ten Business Days after the Closing, the Debtors shall file with the Court a list of Assigned Contracts, Assigned Leases and Interests, Excluded Contracts, Excluded Leases, and Designated Agreements and shall serve a copy of such list to each non-Debtor Counterparty on the lists, and such lists shall be updated or supplemented from time to time as necessary or at the request of the Buyer, provided that any updated or supplemental list need only be served upon those non-Debtor Counterparties to such contracts or leases directly affected by such updated or supplemental list.

31. Each non-Debtor counterparty to an Assigned Contract or Assigned Lease or Interest shall be forever barred, estopped, and permanently enjoined from asserting against the Buyer or its property (including, without limitation, the Assets), any fee, acceleration, increase, default, breach, claim (including any counterclaim, defense, or

35

setoff capable of being asserted against the Debtors), pecuniary loss, or condition to assignment existing or on account of any facts occurring prior to Closing or as a result of the Petition Date.

32.     The Debtors are hereby authorized to (a) take such corporate action as may be necessary to implement the provisions of the Purchase Agreement and any other document executed by the Debtors in connection therewith and (b) execute and file any necessary document with any appropriate secretary of state.  This Order shall constitute all approvals and consents, if any, required by the laws of any state necessary to file, record, and accept such documents.

33.     To the greatest extent available under applicable law, the Buyer shall be authorized, as of the Closing, to operate under any license, permit, registration, and governmental authorization or approval of the Debtors with respect to the Assets, and all such licenses, permits, registrations, and governmental authorizations and approvals are deemed to have been transferred to the Buyer as of the Closing.

34.     The Purchase Agreement has been negotiated and executed, and the Sale Transaction contemplated by the Purchase Agreement are and have been undertaken, by Debtors, the Buyer, and their respective representatives at arm's length, without collusion and in "good faith," as that term is defined in section 363(m) of the Bankruptcy Code. Accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale Transaction shall not affect the validity of the Sale Transaction or any term of the Purchase Agreement, and shall not permit the unwinding of the Sale Transaction.  The Buyer is a good faith purchaser within the meaning of section 363(m)

36

of the Bankruptcy Code and, as such, is entitled to the full protections of section 363(m) of the Bankruptcy Code.

35.     None of the Debtors nor the Buyer has engaged in any conduct that would cause or permit the Purchase Agreement or the Sale Transaction to be avoided, or damages or costs to be imposed, under section 363(n) of the Bankruptcy Code.  The consideration provided by the Purchaser for the Assets under the Purchase Agreement is fair and reasonable, and the Sale Transaction may not be avoided under section 363(n) of the Bankruptcy Code.

36.     At the Closing, the Debtors shall retain $[●] from the sale proceeds from the Sale Transaction, which amount the Debtors shall be permitted to utilize as Cash Collateral pursuant to the terms of the DIP Order.  In full satisfaction of the Debtors' obligations under section 5.2(b) of the DIP Credit Agreement with regard to the Sale Transaction, the Debtors shall use the remaining sale proceeds to repay the DIP Loans.

37.     Nothing contained in any plan of reorganization (or liquidation) confirmed in the Chapter 11 Cases, any order confirming any plan of reorganization (or liquidation), or any other order of any type or kind entered in the Chapter 11 Cases or any related proceeding, including any subsequent chapter 7 case, shall conflict with or derogate from the provisions of the Purchase Agreement or the terms of this Order.

38.     The Debtors are authorized to execute, acknowledge, and deliver such deeds, assignments, conveyances, and other assurances, documents, and instruments of transfer, and to take such other actions as may be reasonably necessary to perform the terms and provisions of the Purchase Agreement and all other agreements related thereto (including any documents relating to the repayment of the DIP Loans (as such term is

defined in the DIP Order)), and the Debtors are authorized to take any other action that reasonably may be requested by the Buyer for the purpose of assigning, transferring, granting, and conveying any or all of the Assets, or by the DIP Secured Parties in connection with evidencing the repayment of the DIP Obligations or the release of any DIP Liens.

39.     Notwithstanding Bankruptcy Rules 6004, 6006, and 7062 and any other applicable Bankruptcy Rules or applicable Local Rules to the contrary, this Order shall be effective immediately upon entry and shall not be subject to any stay in the implementation, enforcement, or realization of the relief granted herein.

40.     The Court retains jurisdiction, even after the closing of the Chapter 11 Cases, with respect to all matters arising from or related to the enforcement of this Order, including the authority to do the following:

> (a)     interpret, implement, and enforce the terms and provisions of this Order, the Purchase Agreement, and any other agreement executed in connection therewith;
>
> (b)     protect the Buyer, or any of the Assets, against any Liens, Claims and/or Interests;
>
> (c)     resolve any disputes arising under or related to the Purchase Agreement, the Sale Transaction, or the Buyer's peaceful use and enjoyment of the Assets, whether or not a plan of reorganization (or liquidation) has been confirmed in the Chapter 11 Cases and irrespective of the provisions of any such plan or order confirming any such plan;

38

(d)    adjudicate all issues concerning all Liens, Claims and/or Interests in and to the Assets, including the extent, validity, enforceability, priority, and nature of all such Liens, Claims and/or Interests;

(e)    adjudicate any and all issues and/or disputes relating to the Debtors' right, title, or interest in the Assets and the proceeds thereof, the Motion, and the Purchase Agreement; and

(f)    adjudicate any and all remaining issues concerning the Debtors' right and authority to assume and assign the Assigned Contracts and Assigned Leases and Interests to the Buyer and resolve any objections to Cure Costs or any other objections by non-Debtor counterparties to any additional contracts or leases that the Buyer may elect, in accordance with the Purchase Agreement and the Bidding Procedures Order, to become Assigned Contracts or Assigned Leases and Interests and determine the Buyer's rights and obligations with respect to such assignment and the existence of any default under any Assigned Contract or Assigned Lease or Interest.

41.    The provisions of this Order are nonseverable and mutually dependent.

42.    No bulk sales law or any similar law of any state or other jurisdiction shall apply in any way to the Sale Transaction contemplated by the Purchase Agreement.

43.    Nothing in this Order or the Purchase Agreement releases, nullifies, precludes or enjoins the enforcement of any valid police or regulatory liability to a governmental unit to which the Buyer may be subject to as the post-sale owner or

39

operator of any Asset after the date of entry of this Order.  Nothing in this Order or the Purchase Agreement authorizes the transfer or assignment of any governmental (a) license, (b) permit, (c) registration, (d) authorization, or (e) approval, or the discontinuation of any obligation thereunder, without compliance with all applicable legal requirements and approvals under police or regulatory law.  Nothing in this Order divests any tribunal of any jurisdiction it may have under police or regulatory law to interpret this Order or to adjudicate any defense asserted under this Order.

44.    The Purchase Agreement and any related agreements, documents, or instruments may be modified, amended, or supplemented by the parties thereto in accordance with the terms thereof, without further order of the Court, so long as any such modification, amendment, or supplement does not have an adverse effect in any material respect on the Debtors' estates.

45.    The failure specifically to include any particular provisions of the Purchase Agreement in this Order shall not diminish or impair the efficacy of such provision, it being the intent of the Court that the Purchase Agreement and each and every provision, term, and condition thereof be authorized and approved in its entirety.

Dated:    [            ], 2019
          Wilmington, Delaware


_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

40

**<u>Exhibit A</u>**

**Asset Purchase Agreement**

#92269668v8

CONFIDENTIAL

*Execution Version*

**SCHEDULES**

to the

**ASSET PURCHASE AGREEMENT**

**dated as of July 24, 2019**

by and among

**EDGEMARC ENERGY HOLDINGS, LLC,**

**THE EM SUBSIDIARIES**

AND

**DIVERSIFIED GAS & OIL CORPORATION**

## Section 1.1(a) – EM Subsidiaries

1. EM Energy Manager, LLC

2. EM Energy Employer, LLC

3. EM Energy Ohio, LLC

4. EM Energy Pennsylvania, LLC

5. EM Energy West Virginia, LLC

6. EM Energy Midstream Ohio, LLC

7. EM Energy Midstream Pennsylvania, LLC

8. EM Energy Keystone, LLC

**Section 1.1(b) – Sellers' Knowledge Persons**

1. Callum Streeter, CEO

2. Alan Shepard, CFO

3. Jeff Dierdorf, Safety and Environmental Director

4. Dustin Jamieson, Land Director

5. Hugh Caperton, Asset Development Director

**Section 1.01(c) – Buyer's Knowledge**

1.  Brad Gray, Executive Vice President and Chief Operating Officer

2.  Jim Rode, Executive Vice President – Business Development

## Section 1.01(d) – Allocated Value

**Allocated Value:**    **Producing Wells**

| | LEASE | COUNTY | STATE | Allocated Value | Total |
|---|---|---|---|---|---|
| | MERLIN 10 PPH | WASHINGTON | OH | $1,032,369 | |
| | MOONRAKER 2 PPH | MONROE | OH | $2,431,682 | |
| | NICK NACK 4 PPH | MONROE | OH | $3,866,225 | |
| | ODD JOB 4 PPH | MONROE | OH | $525,861 | |
| | NICK NACK 2 PPH | MONROE | OH | $4,529,964 | |
| | ODD JOB 10 PPH | MONROE | OH | $1,005,691 | |
| | MOONRAKER 1 PPH | MONROE | OH | $6,007,235 | |
| | MOONRAKER 3 PPH | MONROE | OH | $5,719,817 | |
| | ZORIN 6 PPH | MONROE | OH | $5,561,123 | |
| | ZORIN 8 PPH | MONROE | OH | $3,894,668 | |
| | ZORIN 2 PPH | MONROE | OH | $6,433,138 | |
| | ZORIN 4 PPH | MONROE | OH | $3,966,233 | |

$44,974,004          **$44,974,004**

**Allocated Value:**    **DUC Wells**

| | LEASE | COUNTY | STATE | Allocated Valuie | Total |
|---|---|---|---|---|---|
| | VALENKA 2 PPH | MONROE | OH | $1,439,509 | |
| | VALENKA 4 PPH | MONROE | OH | $1,771,549 | |
| | VALENKA 6 PPH | MONROE | OH | $1,814,938 | |

$5,025,996          **$5,025,996**

**TOTAL**        **$50,000,000**

**Section 2.01(b)(vii)-1 – Operating Agreements**

1. Model Form Operating Agreement, dated June 13, 2014, between EM Energy Ohio LLC (operator) and Triad Hunter LLC (non-operator)

## Section 2.05(a) – 365 Contracts

1. See attached

EdgeMarc 365 Contracts (OH)

| Counterparty | Debtor | Contract Description | File Name (for Non-Oil and Gas leases) |
|---|---|---|---|
| A.E.S. SPECIALIZED SERVICES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated February 4, 2014 | 15796.1-AES_Specialized_Services_2-4-14.pdf |
| AARON W. ERB AND MICHELLE L. KIEFER-ERB, MARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 33005682400 | |
| AARON W. KERR AND DOUGLAS B. KIEFLIFF, MARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005004.0000 | |
| ADLER TANK RENTALS | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated November 5, 2013 | 15793.1-Adler_Tank_Rentals_LLC_MSA-11-5-13.pdf |
| AES DRILLING FLUIDS LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated October 22, 2013 | 15795.1-AES_Drilling_Fluids_Holdings,_LLC_MSA-10-22-13.pdf |
| AIM SERVICES CO. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 16, 2014 | 15797.1-Aim_Services_Company_5-16-14.pdf |
| ALACH H. COLE AND BEVERLY A. COLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-003002.0000 | |
| ALAN W. WEST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| ALBERT DONALD ROSENLIEB AND VIRGINIA C. ROSENLIEB, | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-023010.1000 | |
| ALBERT E. LEASURE AND SHARON E. LEASURE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001114.0000 | |
| ALBIN ROVAN (SINGLE MAN) | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009004.0000 | |
| ALEATHEA I. KAMPRAS AND STEPHEN R. JONES, W/H | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047027.0000 | |
| ALEX E. PARIS CONTRACTING CO. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 05, 2017 | 60243.1-AlexParis_MSA_9.15.17.pdf |
| ALLEGHENY MINERAL CORP. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated February 13, 2013 | 15799.1-Allegheny_Mineral_Corporation_MSA-3-13-13.pdf |
| ALLEN B. CRANE AND SHEILA L. CRANE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010014.0000 | |
| ALLIED HORIZONTAL WIRELINE SERVICES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 18, 2012 | 16003.1-Horizontal_Wireline_Services_MSA_-_6-2012.pdf |
| ALL-TEK STAFFING & RESOURCE GROUP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 21, 2017 | 50134.1-AllTek_MSA_2.21.2017.pdf |
| ALS ENVIRONMENTAL MIDDLETOWN | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 4, 2014 | 15802.1-ALS_Environmental_Middletown_MSA-8-4-14.pdf |
| ALTUS INTERVENTION USA INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 6, 2018 | 82875.1-Altus_Interventions_MSA_7.6.18.pdf |
| AMBER D. LEE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001012.0000 | |
| AMBER D. LEE | EM Energy Ohio, LLC | MASTER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-001012.1000 | |
| AMEC FOSTER WHEELER ENVIRONMENTAL & INFRASTRUCTURE INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 5, 2017 | 56022.1-Amec_Foster_Wheeler_MSA_6.5.17.pdf |
| AMERICAN ENERGY, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 26, 2018 | 89228.1-American_Energy_MSA_9.26.18.pdf |
| AMERICAN MUD WORKS PARTNERS, LTD | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 26, 2018 | 101244.1-American_Mud_Works_MSA_12.30.18.pdf |
| AMERICAN WELL SERVICE | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated November 4, 2013 | 15803.1-American_Well_Service_LLC_MSA-11-4-13.pdf |
| AMERISAFE CONSULTING & SAFETY SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June, 8 2014 | 15804.1-Amerisafe_Consulting_and_Safety_Services_LLC_MSA-6-8-14.pdf |
| AMY L. AND DAVID R. WEZENSKY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| ANCHOR DRILLING FLUIDS USA INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated February 25, 2015 | 15806.1-ANCHOR_DRILLING_FLUIDS_MSA.pdf |
| ANCHOR OILFIELD SERVICES, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 5, 2015 | 17769.1-Anchor_Oilfield_Services_LLC_MSA_3-5-15.pdf |
| ANGELA WEDDLE, UNMARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046021.0000 | |
| ANITA K. WEST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| ANTHONY NAZAR, AKA ANTHONY NAZAR, JR., SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-004015.0000 | |
| ANTIOCH COMMUNITY VOLUNTEER FIRE DEPARTMENT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001050.0000 | |
| APPALACHIAN OILFIELD SERVICES LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated October 10, 2013 | 15810.1-Appalachian_Oilfield_Services_LLC_MSA-10-10-13.pdf |
| APPALACIAN DRILLING SERVICES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 24, 2013 | 15809.1-Appalachian_Drilling_Services_Inc_MSA-5-24-13.pdf |
| APPROVED SITE SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 7, 2018 | 94379.1-Approved_Site_Services_MSA_11.7.18.pdf |
| ARCHROCK PARTNERS | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 16, 2018 | 75581.1-Archrock_Partners_MSA_5.14.2018.pdf |
| ARM GROUP INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 25, 2012 | 15813.1-ARM-Edgemarc_Executed_MSA.pdf |
| ARM GROUP INC. | EdgeMarc Energy Holdings, LLC | Letter Agreement for Professional Services - dated September 22, 2015 | 28299.1-ARM_Letter_Agreement_-_Edgemarc_9_22_15.pdf |
| ARM GROUP INC. | EM Energy Ohio, LLC | Base Contract for Sale and Purchase of Natural Gas (OH) - dated September 4, 2015 | 58559.1-NAESB_ARM.pdf |
| ARVILLE E. RUTTER AND HOPE E. RUTTER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002012.0000 | |
| ATLAS COPCO | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 9, 2014 | 15818.1-Atlas_Copco_Mining_Rock_Excavation_Construction_LLC_6-9-15.pdf |
| AVEDA TRANSPORTATION AND ENERGY SERVICES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 7, 2013 | 16205.1-Bodan_Transport_Ltd_MSA-5-7-13.pdf |
| AXWON TREE SERVICE | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 14, 2018 | 69456.1-AxMon_Tree_Service_MSA_1.14.18.pdf |
| B & B OILFIELD EQUIP. CORP | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 26, 2012 | 15821.1-B_and_B_Oilfield_Equipment_MSA-12-26-12.pdf |
| B&L PIPECO SERVICES, INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated August 28, 2013 | 16144.1-Pipeco_Services_Inc___MSA_8-28-13.pdf |
| B&W SMITH EXC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 27, 2017 | 60244.1-BW_Smith_MSA_9.27.17.pdf |
| BADGER DAYLIGHTING CORP | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 25, 2013 | 15822.1-Badger_Daylighting_Corp_MSA-3-25-13.pdf |
| BAKER HUGHES OILFIELD OPERATIONS | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 8, 2013 | 15824.1-Baker_Hughes_Incorporated_MSA-3-8-13.pdf |
| BEDROCK PETROLEUM CONSULTANTS, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 7, 2014 | 15826.1-Bedrock_Petroleum_Consultants_3-7-14.pdf |
| BEEMAC TRUCKING | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 26, 2018 | 81029.1-Beemac_Trucking_MSA_7.26.18.pdf |
| BEHRENS AND ASSOCIATES, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 5, 2018 | 70107.1-Behrens_and_Associates_MSA_3.6.18.pdf |
| BELL SUPPLY COMPANY | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated September 6, 2013 | 15827.1-Bell_Supply_Company_MSA-9-6-13.pdf |
| BELL SUPPLY COMPANY | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 14, 2015 | 19136.1-Bell_Boys_Trucking_MSA_4-14-15.pdf |
| BELMONT AGGREGATES INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 28, 2017 | 56229.1-Belmont_Aggregates_MSA_6.28.17.pdf |
| BENJAMIN BARLOW | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| BERNARD L. MONTGOMERY AND CAROL J. MONTGOMERY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 33005596000 | |
| BETTY J. DANIEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005004.0000 | |
| BETTY L. ROSE AND DONALD F. SANDER, W/H | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005004.0000 | |
| BETTY S HRUSKA | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-003013.0000 | |
| BETTY S. HRUSKA | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-003013.0000 | |
| BETTY S. HRUSKA | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-003005.0000 | |
| BETTY S. HRUSKA | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-009034.0000 | |
| BEVERLY D. BROWN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001109.0000 | |
| BEVERLY M. SWAIN AND MARK A. SWAIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008034.0000 | |
| BHS FOUNDATION | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 2, 2017 | 53607.1-BHS_Inc_MSA_5-2-17.pdf |
| BILL AND DEBRA COVERT, LINDA SNODGRASS ET AL | EM Energy Ohio, LLC | MASTER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-002028.0000 | |
| BILL COVERT AND DEBRA COVERT, ETAL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002028.0000 | |
| BILL MOATS AND JOYCE MOATS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009031.0000 | |
| BILLIE E. YESTER AND DONNA YESTER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-006007.0000 | |
| BILL'S BIT SERVICE LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 13, 2013 | 15831.1-Bills_Bit_Service_LLC_MSA-6-13-13.pdf |
| BJ SERVICES, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 19, 2017 | 55043.1-BJ_Services_MSA_5.19.17.pdf |
| BLACK BEAR ENERGY SERVICES, INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 4, 2012 | 15843.1-Black__Bear_Energy_Services_Inc_MSA-12-4-12.pdf |
| BLACK DIAMOND EQUIPMENT RENTALS, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 4, 2013 | 15844.1-Black_Diamond_Equipment_Rental_MSA-6-4-13.pdf |
| BLACK INK ROYALTIES, LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009007.0000 | |
| BLACKHAWK SPECIALTY TOOLS, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 25, 2013 | 15845.1-Blackhawk_Specialty_Tools_LLC_MSA-6-25-13.pdf |
| BLUE RACER MIDSTREAM, LLC | EM Energy Ohio, LLC | Gas Gathering, Processing, and Fractionation Agreement - dated December 4, 2014 | 18146.1-EdgeMarc_-_Blue_Racer_Executed_GGPA.pdf |
| BLUELINE RENTAL LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 31, 2017 | 52452.1-BlueLine_Rentals_MSA_3-30-2017.pdf |
| BLUEWATER, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 18, 2013 | 15847.1-Bluewater_Inc_MSA-12-18-13.pdf |
| BOARD OF TRUSTEES OF BENTON TOWNSHIP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-016018.0000 | |
| BOBBY NAPIER AND GLADYS NAPIER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017029.0000 | |
| BOBCAT NORTH LIMA LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 4, 2018 | 89608.1-Bobcat_MSA_9.4.18.pdf |
| BONITA WEST WOOD | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| BONNIE HEIL, DALE A. DIETZ, WHITTAKER, ETAL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017020.0000 | |
| BONNIE HEIL, ETAL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017020.0000 | |
| BONNIE HEIL, LENK, WARREN A & LINDA WHITTAKER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017020.0000 | |
| BOP ABSTRACT, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 19, 2017 | 63835.1-BOP_Abstract_-_EdgeMarc_MSA_12.19.17.pdf |

| Name | Entity | Agreement | Filename |
|---|---|---|---|
| BOP ACQUISITION | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 1, 2013 | 15841.1-BOP_Land_Services_LP_MSA-6-1-13.pdf |
| BOP ACQUISITION | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 19, 2017 | 65834.1-BOP_ACQ_-_EdgeMarc_MSA_12.19.17.pdf |
| BRAD POSTLE AND AMY POSTLE, HUSBAND AND WIFE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-022007.0000 | |
| BRANDI L. BINEGAR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001108.0000 | |
| BRAYMAN CONSTRUCTION CORP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 11, 2017 | 56023.1-Brayman_MSA_5.11.17.pdf |
| BRENDA K MOITCH AND GREGORY A MOITCH, W/H | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 10-023012.0000 | |
| BRENDA SIMMONS, FKA BRENDA MOORE, DIVORCED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-049214.0000 | |
| BRENDA VINCENT ZACHER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016003.0000 | |
| BRENT D. TAYLOR AND TIFFANY E. TAYLOR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 15005718.6000 | |
| BRENT D. TAYLOR AND TIFFANY E. TAYLOR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-020015.0000 | |
| BRIAN D. AND SHEILA D. TURNER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046004.0000 | |
| BRIAN J. VINCENT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016015.0000 | |
| BRIAN MATTHEW NETHING AND STACY KAY NETHING | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 15005893.6000 | |
| BRONCO OILFIELD SERVICES | EM Energy Employer, LLC | Master Service Agreement - dated June 4, 2013 | Bronco_Energy_Services_MSA-6-4-13 - Copy.pdf |
| BRUCE A. SAFREED AND CONNIE F. SAFREED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002013.0000 | |
| BRUCE A. SAFREED AND CONNIE F. SAFREED | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-002013.0000 | |
| BRUCE L. JONES AND JUDY L. JONES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-042006.0000 | |
| BRUCE L. BINEGAR AND KIMBERLY L. BINEGAR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001065.0000 | |
| BRUCE R. AND JANIE L. HAUGHT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-010006.0000 | |
| BRUNER LAND COMPANY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320056476000 (Unit) | |
| BRUNER LAND COMPANY, INC. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002011.0000 | |
| BRUNER LAND COMPANY, INC, AN OHIO CORPORATION | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010020.0000 | |
| BRYAN E. KAHRIG | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017012.0000 | |
| BUCKEYE BRINE, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 30, 2017 | 59432.1-Buckeye_Brine_MSA_9.15.17.pdf |
| BUD BEHLING LEASING, INC | EM Energy Employer, LLC | Master Lease Agreement - dated February 13, 2014 | 60137.1-Master_Lease_Agreement_-_BBL.pdf |
| C&J SPEC-RENT SERVICES, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 3, 2017 | C and J_MSA_5.3.17.pdf |
| C. M. SMITH OR BERNICE SMITH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 320054120000 | |
| CARL E. DYE AND MARRENE L. DYE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005004.0000 | |
| CARLES E. THOMAS JR. AND TINA MAY THOMAS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047011.0000 | |
| CAROL Y. WRIGHT AND DEREK D. WRIGHT, W/H | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-022002.0000 | |
| CAROL-LYNN M. HENRY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-012024.0000 | |
| CAROLYN M. STEVENSON AND DAVID E. STEVENSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-016012.0000 | |
| CASEY J. STRAHLER AND ALICIA C. STRAHLER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054294000 | |
| CASTELLI DEVELOPMENT CORPORATION | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 18, 2018 | 67305.1-Castelli_Oil_and_Gas_MSA_1.18.18.pdf |
| CATHEDRAL ENERGY SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 31, 2018 | 94381.1-Cathedral_Energy_MSA_11.9.18.pdf |
| CATHY LOUISE HOOPER RIST, ETAL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017012.0000 | |
| CDK PERFORATING LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated January 23, 2013 | 15912.1-CDK_Perforating_MSA-1-23-13.pdf |
| CENERGY INTERNATIONAL SVC, LLC | EM Energy Employer, LLC | Master Service Agreement - dated February 21, 2013 | 15913.1-CENERGY_MSA.pdf |
| CESO INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 23, 2013 | 15914.1-CESO_Inc._MSA-4-23-13.pdf |
| CHARLENE D MCCONNELL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025018.0000 | |
| CHARLES & VICKIE ROBERTS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009024.0000 | |
| CHARLES E. BROWN AKA CHARLES EDSON BROWN AND VIRGI | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045002.0000 | |
| CHARLES E. WEBER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046006.0000 | |
| CHARLES J. MINGER AND CORRINA L. MINGER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009036.0000 | |
| CHARLES L. AND BEVERLY DORNBUSCH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009024.0000 | |
| CHARLES R. AND DOROTHY M. WERER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043001.0000 | |
| CHARLES R. PIATT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045020.0000 | |
| CHARLOTTE LORAINE AND JOSEPH R. ENGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025003.0000 | |
| CHARLOTTE MCCOY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047001.1000 | |
| CHEMSTREAM, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 11, 2017 | 62386.1-Chemstream_MSA_10.31.17.pdf |
| CHEMTREAT | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 8, 2018 | 94382.1-ChemTreat_MSA_11.8.18.pdf |
| CHEMTREAT, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Lease Agreement - dated November 8, 2018 | 101245.1-ChemTreat_MSA_11.8.18.pdf |
| CHERYL & GARY W TRUAK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047003.0000 | |
| CHERYL MAGYAR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-042001.0000 | |
| CHESTER J. AND B. LYNN COVERT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| CHRISTINE L. WHITEHEAD AND JIMMY W. WHITEHEAD, W/H | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-019001.0000 | |
| CHRISTOPHER COLLINS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009019.0000 | |
| CHRISTOPHER COLLINS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001001.0000 | |
| CHRISTOPHER E. BINEGAR AND ANGELA M. BINEGAR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-005026.0000 | |
| CHRISTOPHER E. BINEGAR AND ANGELA M. BINEGAR | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-005026.0000 | |
| CHRISTOPHER J. AND LISA M. SPANGLER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-003017.0000 | |
| CHRISTOPHER S. SPANGLER AND PENNY SPANGLER, H/S AN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045017.0000 | |
| CHROME CONSULTING SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 15, 2019 | 101246.1-Chrome_Consulting_Services_MSA_1.15.19.pdf |
| CHURCH OF CHRIST AT WARNER, BY TIMOTHY B. STEWART | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320057660000 | |
| CINDY K. AND STEVE ANDREASEN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046028.0000 | |
| CITADEL CASING SOLUTIONS, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 12, 2017 | 54532.1-Citadel_MSA_5.12.2017.pdf |
| CIVIL & ENVIRONMENTAL CONSULTANTS, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 8, 2018 | 94380.1-CEC_Inc._MSA_11.8.18.pdf |
| CJ HOLDING CO. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 4, 2017 | 53608.1-CJ_Holding_Co._MSA_5.4.17.pdf |
| CLARENCE R., SARAH A., MARTIN O., SHIRLEY TROYER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054608000 | |
| CLARIANT CORPORATION | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 14, 2017 | 51531.1-Clariant_MSA_3.14.17.pdf |
| CLUTCH ENERGY SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 13, 2018 | 73874.1-Clutch_MSA_4.10.18.pdf |
| CMO CONSULTING LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 6, 2018 | 84588.1-CMO_Consulting_MSA_8.15.18.pdf |
| CNX GAS COMPANY LLC | EM Energy Ohio, LLC | Contract for Sale & Purchase of Natural Gas - dated October 30, 2017 | 64168.1-2017_10_30_CNX_-_Edgemark_NAESB.pdf |
| COEN PRODUCT, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 15, 2017 | 58204.1-Coen_Energy_LLC_MSA_8.15.17.pdf |
| COEN OIL COMPANY | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated August 16, 2013 | 15920.1-Coen_Oil_Company_8-16-13.pdf |
| COMPLETE DRILLING SOLUTIONS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 11, 2017 | 60746.1-Complete_Drilling_Solutions_MSA_10.13.17.pdf |
| COMPLIANCE SERVICES LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 7, 2014 | 15924.1-Compliance_Services_LLC_5-7-14.pdf |
| CONNIE & HARRY CHRISTMAN, FREDERICK STOEHR, DELORE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009013.0000 | |
| CONNIE S. AND WILLIAM A. MACEK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047007.0000 | |
| CONSOLIDATED WELLSITE SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 6, 2017 | 62490.1-Consolidated_Wellsite_Services_MSA_11.13.17.pdf |
| CONTRACTOR TRANSPORT LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 16, 2017 | 51532.1-Contractor_Transport_MSA_3.16.17.pdf |
| CORE LABORATORIES, LP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 2, 2015 | 41325.1-Core_Laboratory_12_02_15.pdf |
| CORY R. FOX, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 22, 2013 | 15974.1-Fox's_Water_Service_dba_MSA-4-22-13.pdf |
| COSTY'S ENERGY SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 12, 2017 | 61577.1-Costy's_Energy_Services_MSA_10.12.17.pdf |
| CROSSFIRE PRODUCTION SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 17, 2012 | 15927.1-Crossfire_Production_Services_LLC_MSA-12-17-12.pdf |
| CRYSTAL R. PRICE, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016013.0000 | |
| CS TRUCKING | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated October 4, 2013 | 15921.1-CS_TRUCKING_LLC_MSA-10-4-13.pdf |
| CURTIS L. STINE & ANNE MORRISON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009031.0000 | |
| CURTIS L. STINE AND ANNE MORRISON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-003010.0000 | |
| CYNTHIA S. HARTER A.K.A. CYNTHIA SUE GROSS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-019001.0000 | |
| D. JANEEN S. AND SCOTT COLLINSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |

| | | | |
|---|---|---|---|
| D. JERALDINE LOWE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330059531000 | |
| DAC ENERGY, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 24, 2018 | 88609.1-DAC_MSA_8.29.18.pdf |
| DALE AND SANDRA DIETRICH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025001-0000 | |
| DALE DIETRICH AND SANDRA DIETRICH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-003014-0000 | |
| DALTON D. HOGUE AND REBECCA J. SIMS ET AL DARREN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-042015-0000 | |
| POSEY AND TONYA POSEY, MARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 100057713000 | |
| DANIEL AND STEFANY LYNN KINCH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-018010.0000 | |
| DANIEL B. RIGGANS AND CINDY D. RIGGANS, HUSBAND AN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025053.0000 | |
| DANIEL B. RIGGANS AND CINDY D. RIGGANS, HUSBAND AN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025056.0000 | |
| DANIEL L. CRAWFORD & VICTORIA R. CRAWFORD DANIEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008002.0000 | |
| R. KIGGANS AND CINDY D. KIGGANS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025052.0000 | |
| DANIELLE M. WEDDLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047023.0000 | |
| DARELL R. SPEARS AND JOYCE SPEARS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 100057412001 | |
| DARRELL K. FULTZ AND MONTIE W. FULTZ | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010005.0000 | |
| DARREN C. LAUER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320056080000 | |
| DAVID CLINE AND ELSIE L. CLINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047003.0000 | |
| DAVID DULINSKI AND HEATHER DULINSKI | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016008.0000 | |
| DAVID E. BRIGHTBILL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330059538000 | |
| DAVID E. PIERCE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-042014.0000 | |
| DAVID E. WINKEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001023.0000 | |
| DAVID F. MILLER AND SELINA A. MILLER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320055140000 | |
| DAVID H. WHITE, MARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320057244000 | |
| DAVID J. SHAPLEY AND SHAWNDRA S. SHAPLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-038031.0000 | |
| DAVID JAMES WEST JR. AND BRANDEE WEST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| DAVID L. JONES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-004035.0000 | |
| DAVID M. BYRD AND SHEILA J. BYRD, HUSBAND AND WIFE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001018.0000 | |
| DAVID O. PEERY AND PATRICIA S. PEERY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-010020.0000 | |
| DAWOOD ENGINEERING, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 19, 2017 | 57108.1-Dawood_MSA_7.19.17.pdf |
| DAWSON GEOPHYSICAL COMPANY | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated August 7, 2012 | 15931.1-Dawson_Geophysical_Company_MSA-8-7-12.pdf |
| DDC LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 23, 2013 | 15928.1-DDC_LLC_MSA-10-4-13.pdf |
| DEAN CHRISTMAN (DEEP RIGHTS) | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330059076000 | |
| DEBORA I. HAAS, ET AL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330054560000 | |
| DEBORAH L. HAAS, ETAL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001024.0000 | |
| DEBORAH L. KENNEY AND MATTHEW MCBRIDE, WIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010010.0000 | |
| DEBORAH S. SMITH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-004016.0000 | |
| DEBORAH S. STINE-PAVICK AND ROY PAVICK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008001.0000 | |
| DEBORAH S. STINE-PAVICK AND ROY PAVICK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010010.0000 | |
| DEBORAH SUE SMITH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008001.0000 | |
| DECCA CONSULTING INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 4, 2018 | 65838.1-Decca_Consulting_MSA_1.4.18.pdf |
| DEEP WELL SERVICES | EM Energy Ohio, LLC | Master Service Agreement - dated August 1, 2013 | 16402.1-Sun_Energy_Services_LLC_MSA-8-1-13.pdf |
| DENE SHULTHIES AND LEE ANN SHULTHIES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001055.0000 | |
| DENZIL KNOWLTON AND MARSHA KNOWLTON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-042016.0000 | |
| DEREK S. BAYES AND KAYLA BAYES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009029.0000 | |
| DIAMOND J. ENTERPRISE, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 7, 2013 | 15933.1-Diamond_J_Enterprise_LLC_MSA-5-7-13.pdf |
| DIANE L. ALLEN AND TYRONE J. ALLEN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045011.0000 | |
| DIANTHA L. LENKER AND ROBERT L. LENKER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016013.0000 | |
| DIVERSIFIED WELL LOGGING, L.L.C. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 5, 2013 | 15936.1-Diversified_Well_Logging_LLC_MSA-4-5-13.pdf |
| DNOW | EM Energy Ohio, LLC | Master Service Agreement - dated May 11, 2017 | 54513.1-DNOW_MSA_5.11.2017.pdf |
| DODARO, MATTA & CAMBEST, PC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 27, 2017 | 56024.1-Dodaro_Matta_Cambest_MSA_6.27.17.pdf |
| DON E. SMITH, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025037.0000 | |
| DON L. STINE AND CAROL A. STINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001105.0000 | |
| DONALD G. AND B. JEANETTE THOMPSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008011.0000 | |
| DONALD L. SAFREED AND SHIRLEY J SAFREED REVOCABLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009010.0000 | |
| DONALD W. WISE AND BRENDA L. WISE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009012.0000 | |
| DONNA M. KERR, DIVORCED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005004.0000 | |
| DONNA M. WHEELER & RONNIE L. WHEELER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008004.0000 | |
| DORIS RUTHERFORD | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001070.0000 | |
| DOUBLE CHECK SRVS INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 16, 2013 | 15937.1-Double_Check_Services_Inc_MSA-5-16-13.pdf |
| DOUGLAS W. ASH, ETAL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017013.0000 | |
| DUANE R. AND PAMELA C. POTTS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047007.0000 | |
| DUDLEY LAND COMPANY | EM Energy Pennsylvania, LLC | Master Service Agreement - dated November 7, 2017 | 72088.1-Dudley_Land_Co_MSA_3.22.18.pdf |
| DUNMAR FARMS, INC. (EUGENE BIEHL, PRESIDENT) | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 140051300000 | |
| DYNAMIC INDUSTRIES, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated September 10, 2013 | 15939.1-Dynamic_Industries_Inc._MSA-9-10-13.pdf |
| EARL E. APPLEBY AND TINA M. APPLEBY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150056172001 | |
| EARL HENSEL AND THELMA HENSEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015021.1000 | |
| EARL R. WINCOFF AND DIANE M. WINCOFF | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008016.0000 | |
| EARTH LAND SERVICES, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 23, 2017 | 55044.1-Earth_Land_Services_MSA_5.23.17.pdf |
| ECOTEST ENERGY SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 2, 2017 | 53609.1-Ecotest_Energy_Services_LLC_MSA_5.2.17.pdf |
| EDDIE L. O'BRIEN AND AMANDA B. O'BRIEN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320016391000 | |
| EDWARD M. & MARY J. MOWRER & E. OMAR MOWRER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-023003.0000 | |
| EDWARD R. HEHR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009002.0000 | |
| ELITE OIL FIELD SERVICES INC. | EM Energy Pennsylvania, LLC | Master Service Agreement - dated March 16, 2013 | 15944.1-Elite_Oil_Field_Services_Inc_MSA-3-16-13.pdf |
| ELIZABETH AND PETE ALBERTO | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| ELK ENERGY SERVICES LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 11, 2013 | 15945.1-Elk_Energy_Services_LLC_MSA-4-11-13.pdf |
| ELLEN O'BRIEN, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320057840000 | |
| ELLEN OLIVER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| ELLICOTT L. WEBER AND NANCY L. WEBER, MARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-004008.0000 | |
| ELY AND ASSOCIATES CORP | EM Energy Ohio, LLC | Master Service Agreement - dated September 10, 2013 | 15947.1-Ely_and_Associates_Corp._MSA-9-10-13.pdf |
| ELYNX TECHNOLOGIES, LLC | EdgeMarc Energy Holdings, LLC | Scadalynx Monitoring Agreement - dated January 14, 2016 | 71844.1-Elynx_Monitoring_Agreement.pdf |
| EMERA ENERGY SERVICES, INC. | EM Energy Ohio, LLC | Base Contract for Sale and Purchase of Natural Gas (Ohio) - dated April 3, 2017 | 52251.1-EM_Energy_Ohio.pdf |
| ENERCOM NETWORKS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 9, 2019 | 104280.1-Enercom_MSA_1.28.19.pdf |
| ENVIRONMENTAL RESOURCES MANAGEMENT | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 3, 2013 | 76974.1-ERM_MSA_Tier_5.17.18.pdf |
| EPIC LIFT SYSTEMS, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 8, 2017 | 51481.1-Epic_Lift_MSA_3.8.2017.pdf |
| EQT PRODUCTION COMPANY | EdgeMarc Energy Holdings, LLC | Produced Water Sharing and Cooperation Agreement - dated February 28, 2018 | 69827.1-EQT_EM_Water_Sharing_Agreement_2_28_18.pdf |
| EQUIPMENT TRANSPORT, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 16, 2014 | 15951.1-Equipment_Transport_LLC_MSA-10-16-14.pdf |
| ERIC J. BROWN AND BETHANY L. BROWN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330050104001 | |
| ERNEST L. RUDE, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-028001.0000 | |
| ESTATE OF ROY REXALL YATES, BY VIRGIL DAVID ORB ETHEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320057972000 | |
| M. MORRIS, (S) & MELISSA MORRIS, (S) | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-004043.0000 | |
| EUREKA MIDSTREAM | EM Energy Ohio, LLC | ITC to Gas Gathering Services Agreement - dated December 3, 2018 | Eureka ITC (12.3.18).pdf |
| EUREKA MIDSTREAM | EM Energy Ohio, LLC | Gas Gathering Services Agreement - dated March 27, 2015 | 21931.1-Gas_Gathering_Services_Agreement_between_EM_Energy_Ohio_LLC_and_Eureka_Hunter_Pipeline_LLC.pdf |

| Party | Entity | Agreement | Reference |
|---|---|---|---|
| EVERETT R. BURKHART AND ADRIANNE BURKHART | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047005.0000 | |
| EVOLUTION ENERGY SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 12, 2018 | 94383.1-Evolution_MSA_10.12.18.pdf |
| EXPEDIENT | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated July 1, 2013 | 15961.1-Expedient_Data_Centers_MSA-7-1-13.pdf |
| EXPRESS ENERGY SERVICES OPERATING, LP | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated July 11, 2017 | 58205.1-Express_Energy_MSA_7.11.17.pdf |
| EXTREME PLASTICS PLUS, INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated February 8, 2013 | 15966.1-Extreme_Plastics_Plus_Inc_MSA_2-8-13.pdf |
| F. R. ABICHT & P BROWN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 100054028000 | |
| FAIRWAY LABORATORIES, INC | EM Energy Ohio, LLC | Master Service Agreement - dated November 27, 2012 | 15967.1-Fairway_Laboratories_Inc_MSA-11-27-12.pdf |
| FIELD & TECHNICAL SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 14, 2017 | 62491.1-FTS_(Field_and_Technical_Services)_MSA_11.14.17.pdf |
| FIREMAN'S FRIEND EXTINGUISHER | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 17, 2019 | 101247.1-Firemans_Friend_Extinguisher_MSA_1.18.19.pdf |
| FIRST CLASS ENERGY, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 31, 2017 | 59370.1-First_Class_Energy_LLC_MSA-12-31-12.pdf |
| FLORENCE ELIZABETH JORDAN & JOSEPH T. JORDAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-044005.0000 | |
| FLORENCE ELIZABETH JORDAN FKA FLORENCE E. HUPP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046000.0000 | |
| FLOWCO PRODUCTION SOLUTIONS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 26, 2017 | 65836.1-Flowco_MSA_1.5.18.pdf |
| FLOYD EARLEY, III AND MELISSA EARLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-021031.0000 | |
| FLOYD EARLEY, JR. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150057336000 | |
| FLOYD EARLEY, JR. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-020015.0000 | |
| FLUID DELIVERY SOLUTIONS LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 22, 2014 | 15971.1-Fluid_Delivery_Solutions_LLC_MSA-8-22-14.pdf |
| FOREMOST TRANSPORTATION SERVICES INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated November 21, 2013 | 15973.1-Foremost_Transportation_Services_Inc_MSA-11-23-12.pdf |
| FORTIS ENERGY SERVICES, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 26, 2018 | 83330.1-Fortis_MSA_7.27.18.pdf |
| FRANCIS D. BUEGEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150015628000 | |
| FRANKLIN D. BUEGEL III | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150055828000 | |
| FRED BINEGAR, ET AL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-022004.0000 | |
| FREDERICK P. HOWELL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046008.0000 | |
| FREDERICK THOMAS WEST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| FREEDOM ROYALTIES, LP | EM Energy Pennsylvania, LLC | Master Service Agreement - Tax Parcel - 16-009007.0000 | |
| FRONT LINE FLAGGING INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 18, 2019 | 101248.1-Frontline_Flagging_MSA_1.15.19.pdf |
| FRONTIER CONSTRUCTION SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 25, 2014 | 15976.1-Frontier_Construction_Co._Inc._MSA-8-25-14.pdf |
| FTS INTERNATIONAL SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 13, 2018 | 84589.1-FTSI_MSA_8.14.18.pdf |
| FULL CIRCLE OIL FIELD SERVICES INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 11, 2013 | 15977.1-Full_Circle_Oil_Field_Services_Inc_MSA-6-11-13.pdf |
| FYREROK RESERVOIR CONSULTING, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 20, 2018 | 83134.1-FyreRok_dba_PetroMetrics_MSA_2.20.18.pdf |
| G. EILEEN STEPHENSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001013.0000 | |
| GARNIE MILLER AND CHARITY M. MILLER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330058888000 | |
| GARY AND GALA BROWN | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-011012.0000 | |
| GARY BARRETT AND BEVERLY BARRETT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001006.0000 | |
| GARY BARRETT AND BEVERLY BARRETT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001022.0000 | |
| GARY D. BARRETT, ETAL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-004025.0000 | |
| GARY HILL AND BARBARA HILL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054196001 (cont) | |
| GARY HUGHEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 320054128000 | |
| GARY J. WEST AND KATHY WEST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| GARY L & BARBARA A HILL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320053204000 (cont) | |
| GARY MCCONNELL AND CAROL MCCONNELL, HIS WIFE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320056272001 | |
| GAS ANALYTICAL SERVICES, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated November 14, 2013 | 15979.1-Gas_Analytical_Services_Inc._MSA-11-14-13.pdf |
| GAS FIELD SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 24, 2017 | 61578.1-Gas_Field_Services_MSA_10.24.17.pdf |
| GEORGE H. REY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| GEORGE WILLIAM LOHR, II, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-020005.0000 | |
| GERALD SMITH AND MYRA L. NOE-SMITH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 330059408000 | |
| GERMAN L. JONES AND EDILE L. JONES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-019006.0000 | |
| GILBERT R. JONES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150017440000 | |
| GINNY AND LARRY WIGLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| GISELE MILLER, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 320055004000 | |
| GL SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 11, 2017 | 65237.1-GL_Services_MSA_12.19.17.pdf |
| GLADIATOR ENERGY, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 12, 2018 | Gladiator MSA_12.20.18.pdf |
| GLADYS C. DEVOE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001023.0000 | |
| GLEN W. SCHWABEN AND KATHY SCHWABEN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001106.0000 | |
| GLENN J. LUDWIG | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-041005.0000 | |
| GLENN O. HAWBAKER, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 17, 2017 | 57109.1-Glenn_Hawbaker_MSA_7.17.17.pdf |
| GLENN R. WEDDLE AND JUDY L. WEDDLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001002.0000 | |
| GRANT SMITH TRUCKING | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 7, 2013 | 15983.1-Grant_Smith_Trucking_MSA-3-7-13.pdf |
| GRAYSON E. YESTER AND MARTHA L. YESTER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-006007.0000 | |
| GREAT LAKES WELLHEAD, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 19, 2017 | 57110.1-Great_Lakes_Wellhead_MSA_7.19.17.pdf |
| GREEN HUNTER WATER | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 4, 2013 | 15985.1-Greenhunter_Water_LLC_MSA-6-4-13.pdf |
| GREEN OIL & GAS RESOURCES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 26, 2018 | 70201.1-GreenDec_MSA_3.2.18.pdf |
| GREENE'S ENERGY GROUP, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 6, 2017 | 62387.1-Greens_Energy_MSA_11.6.17.pdf |
| GREGORY P. & DONNA STINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008001.0000 | |
| GREGORY P. AND DONNA STINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010010.0000 | |
| GRIMES SAND & GRAVEL | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 22, 2018 | 70108.1-Grimes_MSA_2.22.18.pdf |
| GROUND WATER TREATMENT & TECHNOLOGY | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 16, 2013 | 15986.1-Ground_Water_Treatment_&_Technology,_Inc._MSA_12-16-13.pdf |
| GUY EUGENE NORRIS AND CHERYL S. NORRIS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-031017.0000 | |
| GYRODATA INCORPORATED | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 20, 2015 | 15988.1-Gyrodata_Inc_MSA-3-25-13.pdf |
| HAD DRILLING CONTRACTORS | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 23, 2013 | 15989.1-H.A.D._Inc._MSA_8-12-13.pdf |
| HALLIBURTON ENERGY SERVICES, INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 8, 2013 | 15990.1-Halliburton_Energy_Services_Inc_MSA_3-8-13.pdf |
| HARMONY HILL BAPTIST CHURCH, BY JAMES C. SMITH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-014019.0000 | |
| HARRY D. CHRISTMAN AND CONNIE E. CHRISTMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-014021.0000 | |
| HILLSTONE SILCON TREATMENT LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 320051444000 | |
| HEAT WAVES HOT OIL SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 10, 2017 | 50135.1-Heat_Waves_Hot_Oil_Service_MSA_2.10.2017.pdf |
| HEAVY IRON OILFIELD SERVICES, LP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 30, 2018 | 68325.1-Heavy_Iron_MSA_1.30.18.pdf |
| HEBER D. EKLEBERRY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-005001.0000 | |
| HECKMANN WATER RESOURCES (CVR) INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 12, 2013 | 15994.1-Heckman_Water_Services_(CVR)_Inc._dba_Nuverra_Environmental_Solutions_MSA_-12-26-13.pdf |
| HEP SHALEWATER SOLUTIONS, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 3, 2017 | 52453.1-HEP_Shalewater_Solutions_MSA_4-3-2017.pdf |
| HERBERT, ROWLAND & GRUBIC, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 22, 2017 | 51906.1-Herbert_Rowland_and_Grubic_MSA_3.22.17.pdf |
| HERC RENTALS INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 27, 2017 | 56218.1-Herc_MSA_6.27.17.pdf |
| HILLSTONE SILCOR TREATMENT LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 3, 2017 | 52454.1-Hillstone_Silcor_Treatment_MSA_4-3-17.pdf |
| HOFFMAN CONSTRUCTION SVCS, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated February 19, 2013 | 15996.1-Hoffman_Construction_Services_LLC_MSA-2-19-13.pdf |
| HOLLAND SERVICES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 6, 2013 | 16000.1-Holland_Services_MSA_5-6-13.pdf |
| HOLWELL TECHNICAL SERVICES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated September 12, 2013 | 16000.1-Holwell_Technical_Services_MSA-9-12-13.pdf |
| HRP ASSOCIATES, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated July 15, 2013 | 16002.1-HRP_Associates_Inc_MSA_7-15-13.pdf |
| HUNT, GUILLOT & ASSOCIATES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 26, 2012 | 16005.1-Hunt_Guillot_and_Associates_LLC_MSA-10-26-12.pdf |
| HYBRID TOOL SOLUTIONS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 27, 2017 | 50480.1-HybridTool_MSA_2.27.17.pdf |
| ICE DATA LP | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 10, 2019 | ICE Agreement - EdgeMarc - 05.10.2018.pdf |
| ICS, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 20, 2018 | 94384.1-IES_MSA_8.21.18.pdf |
| IHS GLOBAL INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated August 27, 2012 | 16007.1-IHS_Global_Inc_MSA-8-27-12.pdf |

| | | | |
|---|---|---|---|
| INDUSTRIAL CONTAINMENT SOLUTIONS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 1, 2017 | 57111.1-Industrial_Containment_Solutions_MSA_3.1.17.pdf |
| INSPECTION OILFIELD SERVICES | EdgeMarc Energy Holdings, LLC | Master Service Agreement -dated February 18, 2013 | 16010.1-IOS_Inspection_Oilfield_Services_MSA-2-18-13.pdf |
| INTEGRATED PRODUCTION SERVICES, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 1, 2017 | 81135.1-IPS_MSA_11.1.17.pdf |
| INTEGRITY WELL SERVICES LLC | EM Energy Pennsylvania, LLC | Master Service Agreement- dated May 8, 2014 | 16012.1-Integrity_Well_Service_LLC_5-8-14.pdf |
| INTERRA ENERGY SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 22, 2018 | 77825.1-Interra_MSA_5.22.2018.pdf |
| IPC ENERGY SERVICES, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 6, 2013 | 16011.1-IPC_Energy_Services_LLC_MSA-6-6-13.pdf |
| IRIS GALE COVERT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010015.0000 | |
| IROQUOIS TAYLOR OILFIELD SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 20, 2017 | 65238.1-IronEagle_MSA_12.21.17.pdf |
| J & D LAND GROUP LTD | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010001.0000 | |
| J&A SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement- dated April 13, 2018 | 76975.1-J_and_A_Service_MSA_5.17.18.pdf |
| JA OILFIELD MANUFACTURING INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 8, 2017 | 51487.1-JA_Oilfield_Manufacturing_Inc_MSA_3.8.17.pdf |
| JACK L. MARTIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010010.0000 | |
| JAMES D. BEAVER AND DANIELLE N. BEAVER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-035118.0000 | |
| JAMES D. RICHARDS, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 15005841.0002 | |
| JAMES F. GRAHAM | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016021.0000 | |
| JAMES F. GRAHAM | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017005.0000 | |
| JAMES F. GRAHAM | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017009.0000 | |
| JAMES J. HUFF, A SINGLE PERSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002010.1000 | |
| JAMES L. CRADDOCK AND VALERIE A. CRADDOCK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045015.0000 | |
| JAMES M. COVERT AND MARTHA JANE COVERT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043003.0000 | |
| JAMES M. HENDERSHOT AND YOUNGHEE HENDERSHOT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330055330000 | |
| JAMES R. MERCER II AND TERESA ROSENLIEB MINGER MER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-020013.0000 | |
| JAMES RIDGEWAY & HEIDI GARBESI | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| JAMES SETTLAGE AND CARRIE D. SETTLAGE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330059148000 | |
| JAMES TOROK AND ESTER TOROK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045018.0000 | |
| JAMES W. HOOPER AND CHARITY SUE HOOPER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-028016.0000 | |
| JAMES W. VINCENT AND BETTY M. VINCENT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-011014.0000 | |
| JANETTE E. & STANLEY M. TWAROG | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| JASON D. HUNTSMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047012.0000 | |
| JEFFREY B JANIS WATSON, RICHARD B. TERESA, D. CLARK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047003.0000 | |
| JEFFREY A. MENDENHALL, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330055604000 | |
| JEFFREY STINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008001.0000 | |
| JEFFREY STINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010010.0000 | |
| JERALD AND WENDY RIDGEWAY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| JEREMY LEE EVANS AND CARLY WEBER EVANS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046020.0000 | |
| JEROME R. LONG | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330058177000 | |
| JERRY E. MINCKS AND BARBARA L. MINCKS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330056456000 | |
| JERRY ELLIS, DIVORCED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-022020.0000 | |
| JERRY PIATT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045008.0000 | |
| JESS FERGUSON AND ELIZABETH FERGUSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-007002.1000 | |
| JIMMIE D. EARLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 15005586400 | |
| JIMMY L. MOSER AND CASSANDRA L. MOSER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-028003.0000 | |
| JLE INDUSTRIES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 16, 2017 | 51533.1-JLE_Energy_MSA_3.16.2017.pdf |
| JOHN A. & JANIE J. RIDGEWAY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| JOHN AND MYRA E. DORNBUSCH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009024.0000 | |
| JOHN CHRISTMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047001.0000 | |
| JOHN CHRISTMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047008.0000 | |
| JOHN CHRISTMAN, SINGLE (16,6668%) | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005001.0000 | |
| JOHN CHRISTMAN, SINGLE (16.668%) | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-021005.0000 | |
| JOHN CHRISTMAN, SINGLE (33.3334%) | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005002.0000 | |
| JOHN D. COLWELL JR. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-021012.0000 | |
| JOHN DEARTH AND CLARINDA DEARTH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043006.0000 | |
| JOHN E LINSCOTT AND EDNA M. LINSCOTT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 260037613000 | |
| JOHN E. KURTZ AND JEAN M. KURTZ | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-003014.0000 | |
| JOHN E. MINGER AND BERNETA A. MINGER, HUSBAND AND | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025038.0000 | |
| JOHN EDWARD FELTON, II AND LUCINDA DAWN FELTON, SU | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 15005883901 | |
| JOHN G. PARKS, A SINGLE MAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054156000 | |
| JOHN JONES AND TAMMY JONES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043020.0000 | |
| JOHN K. HUPP II AND ANGELA M. HUPP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046011.0000 | |
| JOHN L. & LOUELLA E. BETTS, HUSBAND & WIFE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 140051336000 | |
| JOHN P. AND TAMMY ANN GIBSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-019005.0000 | |
| JOHN P. GIBSON AND TAMMY ANN GIBSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016021.0000 | |
| JOHN S. DAVONG | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| JOHN W. ERB AND BARBARA A. ERB, HUSBAND AND WIFE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043011.0000 | |
| JOSEPH R HUFFMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054736000 (Unit) | |
| JOSHUA ALLEN AND MEGAN ALLEN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-025020.0000 | |
| JOSHUA SEMON, BENJAMIN SEMON AKA BENJAMIN M. SEMON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-014013.0000 | |
| JOSHUA SEMON, DEALING IN HIS SOLE AND SEPARATE PRO | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-004014.0000 | |
| JOY ANN WHITE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-022022.0000 | |
| JR CONTRACTING, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated July 18, 2013 | 16016.1-JR_Contracting_LLC_MSA-7-18-13.pdf |
| JUDY BOYD | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002005.0000 | |
| JULIE THELANER GOUNDRY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| K. L. HENTHORN AND HELEN M. HENTHORN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-018019.0000 | |
| KALEN SAFREED AND TINA SAFREED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008014.0000 | |
| KATHERINE HASELBERGER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047004.0000 | |
| KATHERINE M. WILLIAMS AND PAUL D. WILLIAMS, E | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150056756000 | |
| KATHLEEN M. COVERT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| KATHY L. & DAVID M HUGHES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008001.0000 | |
| KATHY L. HUGHES AND DAVID M. HUGHES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010010.0000 | |
| KATKO, LTD | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 15, 2017 | 58206.1-Katko_MSA_8.15.17.pdf |
| KEANE FRAC LP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 29, 2016 | 46197.1-Kean_Frac_LP_MSA_11-29-16.pdf |
| KEITH PIATT AND CRYSTAL PIATT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-038023.0000 | |
| KELLINGTON PROTECTION SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 10, 2017 | 49429.1-Kellington_Protection_Services_MSA_2.10.2017.pdf |
| KENNETH L. LOMBARD AND PATRICIA K. LOMBARD | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009024.0000 | |
| KEVIN D. AND LISA A. POTTS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047007.0000 | |
| KEVIN G. LUMBATIS & SUSAN M. LUMBATIS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001003.0000 | |
| KEVIN G. WARNER AND DANIELLE WARNER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001024.0000 | |
| KEVIN S WESTFALL AND JANET S WESTFALL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045001.0000 | |
| KEVIN ROBERT WINKEL AND CARRIE ANNE WINKEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-010013.0000 | |
| KEVIN SCOTT PATTERSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-010010.0000 | |
| KEYSTONE CLEARWATER SOLUTIONS, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 6, 2013 | 16020.1-Keystone_Clearwater_Solutions_SA_5-6-13.pdf |

| | | | |
|---|---|---|---|
| KEYSTONE CLEARWATER SOLUTIONS, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 8, 2017 | 57410.1-Keystone_Clearwater_Solutions_MSA_8.8.17.pdf |
| KINDRED OILFIELD SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 6, 2018 | 81136.1-Kindred_MSA_6.12.18.pdf |
| KITCHEN'S POWER TONG SERVICE INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated February 18, 2013 | 16022.1-KITCHENS_POWERTONG5_MSA.pdf |
| KODIAK SERVICES USA, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 14, 2017 | 62492.1-Kodiak_MSA_11.14.17.pdf |
| KOZIK BROS., INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 15, 2017 | 59434.1-Kozik_MSA_9.15.17.pdf |
| KSW OILFIELD RENTAL, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 27, 2013 | 16024.1-KSW_Oilfield_Rental_LLC_MSA-6-27-13.pdf |
| KURT A. HOOPER AND PAMELA R. HOOPER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-0010940.0000 | |
| KURT R. PIATT AND WENDI K. PIATT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-0100140.0000 | |
| LANNY D. BYERS AND LISA G. BYERS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025048.0000 | |
| LARRY AND VIVIAN DILLON FAM. FARM TR DATED 5/13/13 | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016013.0000 | |
| LARRY DILLON AND VIVIAN DILLON FAMILY FARM TRUST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016012.0000 | |
| LARRY F. STINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008001.0000 | |
| LARRY F. STINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010010.0000 | |
| LARRY G. & SONJA M. RIGGENBACH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008003.0000 | |
| LARRY LEE WORK AND MARL KINCH WORK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 140012820000 | |
| LARRY W. HARRIS AND SANDY M. HARRIS, FOR THEIR JOI | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320051484000 | |
| LARSON DESIGN GROUP, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 10, 2018 | 83331.1-LDG_MSA_7-10-2018.pdf |
| LAWRENCE R. BURER AND BARBARA A. BURER, MARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054910000 | |
| LEE SUPPLY CO, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 11, 2017 | 57112.1-Lee_Supply_MSA_7.11.17.pdf |
| LEGACY MEASUREMENT SOLUTIONS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 30, 2017 | 57318.1-Legacy_Measurements_MSA_7.30.17.pdf |
| LEONARD M. HILL, SR. AND CAROLINA S. HILL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054548000 | |
| LEOTA F. LEE, A SINGLE WOMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001078.0000 | |
| LESLIE DAVID THELANER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| LESTER LEE CHRISTMAN AND LINDA L. CHRISTMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-022015.0000 | |
| LESTER WILBUR COFFELT & | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330059300000 | |
| LEWIS PAUL BROOKS AND NANCY BROOKS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001120.0000 | |
| LIGONIER CONSTRUCTION CORPORATION | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 22, 2017 | 65239.1-Ligonier_Construction_MSA_12.19.17.pdf |
| LINDA AND RICHARD CROOKS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043010.0000 | |
| LINDA MAE SNODGRASS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002000.0000 | |
| LINDA S. MCCONNELL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043016.0000 | |
| LION INDUSTRIES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 9, 2017 | 57420.1-Lion_Industries_MSA_8.9.17.pdf |
| LITMAN EXCAVATING, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 5, 2018 | 81137.1-Litman_Excavating_MSA_6.5.18.pdf |
| LORAH WAYNE VANAMAN LIVING TRUST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045006.0000 | |
| LOWER SALEM PROPERTIES, L.L.C. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330058860000 | |
| LOWER SALEM PROPERTIES, LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330059490000 | |
| LUTHER F. BURKE AND FRANCES J. BURKE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043004.0000 | |
| LYDIA D. AUCOIN AND PHILLIP J. AUCOIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 03-005004.0000 | |
| M&M PUMP AND SUPPLY INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 30, 2018 | 67306.1-M_and_M_MSA_1.19.18.pdf |
| M. LUCILE ENGLISH, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025029.0000 | |
| MAGNUM MIDSTREAM LP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 24, 2017 | 58207.1-Magnum_Midstream_MSA_8.18.17.pdf |
| MAGNUM OIL TOOLS INTERNATIONAL LTD | EdgeMarc Energy Holdings, LLC | Products and Services Agreement - dated July 19, 2016 | 41868.1-Magnum_Oil_Tools_International_Ltd_MSA_7-19-16.pdf |
| MARCELLUS SERVICE & SUPPLY LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 24, 2016 | 16063.1-Marcellus_Service_and_Supply_LLC_MSA-6-24-13.pdf |
| MARCIA A. GEIGER, FKA MARCIA A. MYERS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001014.0000 | |
| MARCUS LORENZ | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| MARGARET L. ARMENIO, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-020005.0000 | |
| MARGARETT KERR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005006.0000 | |
| MARIA KRISTINA REIS, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010017.0000 | |
| MARILYN R. BUEGEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-023113.0000 | |
| MARILYN WILLIAMS & JAMES WILLIAMS, ET AL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046014.0000 | |
| MARJORIE C. LINDERMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-006014.0000 | |
| MARJORIE R. HIPPLY, F.K.A. MARJORIE R. HUPP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046000.0000 | |
| MARJORIE R. HIPPLY, F.K.A. MARJORIE R. HUPP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046005.0000 | |
| MARK A. GREATHOUSE AND ANGELA L. GREATHOUSE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330058824001 | |
| MARK D. HART AND LORI R. HART | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054200002 | |
| MARK D. YONTZ AND JANE F. YONTZ | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-007015.0000 | |
| MARK I. WINKEL AND FILOMENA A. WINKEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001013.0000 | |
| MARK L. RUSH AND MARITA RUSH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-005006.0000 | |
| MARK O'BRIEN AND MARIANNA M. O'BRIEN, ET AL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320056520000 | |
| MARLON A. MEREDITH AND KELLY D. MEREDITH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-006018.0000 | |
| MARVIN N. POTTS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047007.0000 | |
| MARY A. COPUS AND CHARLES W. COPUS, W/H | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005004.0000 | |
| MARY ELLEN EIKLEBERRY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046013.0000 | |
| MARY FELTON, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 6, 2013 | 16065.1-Mathena_Inc_MSA-5-6-13.pdf |
| MATHENA, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 6, 2013 | 16065.1-Mathena_Inc_MSA-5-6-13.pdf |
| MATHERN ENERGY, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 5, 2018 | 70339.1-Matheny_Energy_LLC_MSA_3.7.18.pdf |
| MAX E. AND JANET S. WINLAND | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046022.0000 | |
| MAX ENVIRONMENTAL TECHNOLOGIES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 6, 2013 | 16067.1-MAX_Environmental_Technologies_Inc_MSA-5-6-13.pdf |
| MCCUTCHEON ENTERPRISES, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 28, 2013 | 16071.1-McCutcheon_Enterprises_Inc_MSA-5-28-13.pdf |
| MCDONALD LAND SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 10, 2018 | 68036.1-McDonald_Land_Services_MSA_1.10.18.pdf |
| MCKIM & CREED INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 27, 2017 | 59045.1-McKim_and_Creed_MSA_8.29.17.pdf |
| MEGAN MORRIS, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320052654000 | |
| MEREDITH MILLS WEIMER AND MARILYN M. MILLS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320057656000 | |
| METAL FENCE & SUPPLY LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 20, 2018 | 94385.1-Metal_Fence_and_Supply_MSA_8.23.18.pdf |
| MICHAEL A AND BONNIE HUGHES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009017.0000 | |
| MICHAEL A AND BONNIE HUGHES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009030.0000 | |
| MICHAEL A AND BONNIE J HUGHES | EM Energy Ohio, LLC | SURFACE USE AGREEMENT - Tax Parcel - 16-009016.0000 | |
| MICHAEL ALAN FULTZ AND PAMELA SUE FULTZ, HUSBAND A | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-025026.0000 | |
| MICHAEL B. KIGGANS AND PEGGY SUE KIGGANS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 130058488000 | |
| MICHAEL BROWN AND AMY BROWN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008006.1000 | |
| MICHAEL CHRISTMAN AND CRYSTAL L. CHRISTMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-022002.0000 | |
| MICHAEL E. COVERT AND RHONDA COVERT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-022024.0000 | |
| MICHAEL L. HENTHORN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-018015.0000 | |
| MICHAEL R. DEAN AND DEBORAH A. DEAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054306000 | |
| MICHAEL R. VERNON AND JENNIFER R. VERNON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008018.0000 | |
| MICHAEL R. YOUNG | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047028.0000 | |
| MICHAEL S. STATEN, DIVORCED AND UNREMARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 16-001014.0000 | |
| MICHAEL SISCO AND KIMBERLY SISCO | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001028.0000 | |
| MICHAEL T. SMITH AND LORI L. SMITH, HUSBAND AND WI | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02525034000 | |
| MICHAEL W. STONEKING AND DENISE M. STONEKING | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001031.0000 | |
| MICHAEL W. HANSEN AND ALLISON K. HANSEN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043022.0000 | |
| MID STATE OIL TOOLS | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated February 18, 2013 | 16073.1-MIDSTATE_OILTOOLS_MSA.pdf |

| | | | |
|---|---|---|---|
| MID-ATLANTIC CON. LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 18, 2013 | 16075.1-Mid_Atlantic_Coil_LLC_MSA_12-18-13.pdf |
| MID-EAST TRUCK & TRACTOR SERVICES, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 8, 2018 | MidEast Trucking_MSA_11.9.18.pdf |
| MILDRED L & THOMAS W KORNBALL CO TRUSTEES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010301.0000 | |
| MILDRED L. KORNBALL & THOMAS KORNBALL, W/H | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-020005.0000 | |
| MILLER SUPPLY OF PA, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated October 29, 2013 | 16076.1-Miller_Supply_of_PA,_Inc._MSA-10-29-13.pdf |
| MILLS FAMILY FARM, LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320050296001 | |
| MILLS FAMILY TRUST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320055880000 | |
| MINERAL ASSET PROTECTION, LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008001.0000 | |
| MINUTEMAN SPILL RESPONSE | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated September 21, 2012 | 16077.1-Minuteman_Spill_Response_MSA-11-21-12.pdf |
| MONA MARIE SEXTON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-005013.0000 | |
| MONTROSE AIR QUALITY SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 28, 2017 | 57421.1-Montrose_Air_Quality_Services_MSA_6.28.17.pdf |
| MOODY & ASSOCIATES INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated November 14, 2012 | 16078.1-Moody_and_Associates_Inc_MSA-11-14-12.pdf |
| MORRISON OILFIELD SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 14, 2019 | 101248.1-Morrison_Oilfield_Services_MSA_1.21.19.pdf |
| MOUNTAIN STATES PRESSURE SERVICE INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 21, 2013 | 16083.1-Mountain_States_Pressure_Service_Inc_MSA-3-21-13.pdf |
| MOUNTAIN STATES PRESSURE SERVICE, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 11, 2018 | 94386.1-Mountain_States_Pressure_Services_MSA_11.8.18.pdf |
| MYERS WELL SERVICE INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated November 20, 2013 | 16083.1-Myers_Well_MSA-11-20-13.pdf |
| NABORS COMPLETION & PRODUCTION SERVICES CO. | EM Energy Ohio, LLC | Master Service Agreement - dated March 25, 2013 | 16084.1-Nabors_Completion_and_Production_Services_Co_MSA-3-25-13.pdf |
| NACELLE LOGISTICS, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 26, 2018 | 89229.1-Nacelle_-_Edgemarc_MSA_-9-26-18.pdf |
| NANCY COLLINS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009019.0000 | |
| NANCY COLLINS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001001.0000 | |
| NANCY M. KEELY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| NATIONWIDE HERSHIP RESEARCH, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 13, 2017 | 65240.1-Nationwide_Heirship_MSA_12.19.17.pdf |
| NAVIGATOR WIRELINE SERVICE INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 21, 2012 | 16087.1-Navigator_Wireline_Service_Inc_MSA_12-21-12.pdf |
| NCS MULTISTAGE LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 6, 2017 | 62493.1-NCS_Multistage_MSA_11.13.17.pdf |
| NEAL HENSEL AND BARBARA HENSEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015001.0000 | |
| NEISWONGER CONSTRUCTION INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 30, 2014 | 16088.1-Neiswonger_Construction_Inc_-4-30-14.pdf |
| NETSERVE365 LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 28, 2013 | 16089.1-NetServe365_MSA_6-28-13.pdf |
| NEW TECH GLOBAL VENTURES, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated July 9, 2013 | 16092.1-New_Tech_Global_MSA-7-9-13.pdf |
| NEXTERA ENERGY MARKETING, LLC | EM Energy Ohio, LLC | Base Contract for Sale and Purchase of Natural Gas (Ohio) - dated November 5, 2018 | 94214.1-EM_Energy_Ohio_LLC_NAESA_and_Special_Provisions_(11.5.18).pdf |
| NGE | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 20, 2017 | 53156.1-NGE_MSA_4.20.17.pdf |
| NORMA G. HOFF | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016007.0000 | |
| NORMAN FLITZ, SINGLE (50%) | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010020.0000 | |
| NORTH AMERICAN SERVICES GROUP, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 3, 2017 | 57422.1-North_American_Service_Group_MSA_8.3.17.pdf |
| NOVA E. WEST JR. AND SHARON WEST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| OGI INC. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009007.0000 | |
| OHIO MACHINERY CO. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 6, 2018 | 68138.1-OhioCat_MSA_2.6.18.pdf |
| OIL STATES ENERGY SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 8, 2018 | 84590.1-OilStates_MSA_8.19.18.pdf |
| OSKAR GRUBER AND COURTNEY L. GRUBER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-004010.0000 | |
| O-TEX HOLDINGS INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 16, 2017 | 55045.1-O-Tex_MSA_5.16.17.pdf |
| PANHANDLE OILFIELD SERVICE COMPANY | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 2, 2013 | 16135.1-Panhandle_Oilfield_Service_Companies_Inc_MSA-5-2-13.pdf |
| PARD CONSULTING SRVCS INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 13, 2013 | 16134.1-PARD_Consulting_Services_Inc_MSA_5-13-13.pdf |
| PARD CONSULTING SRVCS INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 21, 2013 | 16133.1-PARD_Consulting_Services_Inc_MSA_3-6-13.pdf |
| PASON | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 24, 2013 | 16137.1-Pason_Systems_USA_Corp_MSA-3-24-13.pdf |
| PATRICIA A. PRICE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017021.1000 | |
| PATSY C. KLOTZ | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| PATTY L HORNER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| PAUL CLINE, AN UNMARRIED PERSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047003.0000 | |
| PAUL F. AND PATTY S. KEYLOR | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-044001.1000 | |
| PAUL ROSELEIB AND BRENDA ROSENLIEB | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-020020.0000 | |
| PAUL S. JENKS AND MELISSA JENKS FKA MELISSA LAUER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 320053680000 | |
| PDK CONSTRUCTION INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 17, 2017 | 64146.1-PDK_MSA_11.17.17.pdf |
| PEGGY MARIUES WEST AKA MARLIES D. WEST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010016.0000 | |
| PELCATCH SUCK IT UP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 11, 2013 | 16138.1-Pelcatch_Suck_It_Up_MSA-6-11-13.pdf |
| PENN MECHANICAL GROUP, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 26, 2013 | 16141.1-Penn_Mechanical_Group_Inc_MSA-3-26-13.pdf |
| PERRY TOWNSHIP BOARD OF TRUSTEES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001101.0000 | |
| PETROMETRICS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 20, 2018 | Fyrefisk dba PetroMetrics_MSA_2.20.18.pdf |
| PETTA ENTERPRISES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 28, 2017 | 60747.1-Petta_Enterprises_MSA_10.13.17.pdf |
| PHILIP E LUDWIG, II AND PAMELA LUDWIG | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-042018.0000 | |
| PHILIP HRUSKA AND BETTY HRUSKA | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-003005.0000 | |
| PHILLIPS AND JORDAN | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 15, 2013 | 16143.1-Phillips_and_Jordan_Inc_MSA-5-15-13.pdf |
| POLY-CORE ENTERPRISES, LP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 11, 2017 | 54534.1-Poly_Cor_MSA_5.11.2017.pdf |
| POSITRON ENERGY RESOURCES, INC. | EM Energy Ohio, LLC | PURCHASE AND SALE AGREEMENT - WASHINGTON - Tax Parcel - 320055888000 | |
| POWER TORQUE SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 14, 2013 | 16146.1-Power_Torque_Services_LLC_8-14-13.pdf |
| PP&G OIL COMPANY, LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001007.0000 | |
| PREMIER DIRECTIONAL DRILLING, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 24, 2018 | 94387.1-Premier_Directional__MSA_8.23.18.pdf |
| PREMIUM OILFIELD TECHNOLOGIES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 21, 2018 | Premium Oilfield_MSA_2.22.18.pdf |
| PRODUCER DIRECT NGL'S LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 25, 2018 | 83332.1-PDNGL_MSA_7.25.18.pdf |
| PRODUCERS SUPPLY COMPANY, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated November 21, 2012 | 16149.1-Producers_Supply_Company_Inc_MSA-11-21-12.pdf |
| PROFESSIONAL DIRECTIONAL ENTERPRISES, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 6, 2018 | 77826.1-ProDirectional_MSA_6.6.18.pdf |
| PROFIRE ENERGY INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 20, 2017 | 53157.1-Profire_Energy_MSA_4.20.17.pdf |
| PROP LOGISTICS LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 13, 2018 | 72675.1-PropLogistics_MSA_4.6.18.pdf |
| PRUITT TOOL & SUPPLY CO., INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 23, 2013 | 16151.1-Pruitt_Tool_&_Supply_Co_Inc_MSA-9-23-13.pdf |
| PTW ENERGY SERVICES INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 30, 2018 | PTW_MSA_5.30.18.pdf |
| QC GEOPHYSICAL SERVICES, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated September 11, 2013 | 16152.1-QC_Geophysical_Services_LLC_MSA-9-11-13.pdf |
| QUAIL TOOLS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 11, 2018 | Quail Tools_MSA_6.11.18.pdf |
| QUALITY CARRIERS, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 13, 2018 | 84591.1-Quality_Carriers_MSA_08-13-2018.pdf |
| QUALITY PROCESS SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 27, 2017 | 57624.1-Quality_Process_Services_MSA_7.27.17.pdf |
| QUORUM BUSINESS SLOUTIONS INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated January 5, 2016 | 104282.1-WellEz_2018_Customer_Contract_Template_EdgeMarc_Energy_Holdings_LLC.pdf |
| QUORUM BUSINESS SLOUTIONS INC | EdgeMarc Energy Holdings, LLC | Statement of Work No. 4 - dated October 18, 2017 | 61575.1-Fully_Executed_EdgeMarc_SOW4_and_5.pdf |
| R. DEAN GERBER & BARBARA GERBER, FOR THEIR M. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320055148000 | |
| R. DEAN GERBER AND BARBARA GERBER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320055096000 | |
| RALPH D. LALLATHIN, JR. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017004.0000 | |
| RALPH D. LALLATHIN, JR. AND PEGGY ANN JONES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017003.0000 | |
| RALPH EDWARD HENSEL AND LANA CHARLENE HENSEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| RAMCO ENVIRONMENTAL LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 2, 2017 | 62388.1-Ramco_MSA_11.2.17.pdf |
| RANDALL L SEEMANN AND ANN SEEMANN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008008.0000 | |
| RANDALL L. BROWN AKA RANDALL LEE BROWN AND GERMAIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043002.0000 | |
| RAPID HOT FLOW, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 27, 2013 | 16287.1-Rapid_Hot_Flow_LLC_MSA-11-27-13.pdf |
| RAPTOR CONSOLUTING INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 20, 2018 | Raptor Consulting - MSA_1.10.18.pdf |
| RAYMOND D. JOHNSTON & NANCY L. JOHNSTON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-044005.0000 | |
| RAYMOND W. AND ANNA M. HENSEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015003.0000 | |

| Party | Entity | Agreement | File |
|---|---|---|---|
| RC TESTING LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 4, 2018 | 65835:1-RC_Testing_MSA_1.4.18.pdf |
| RDR ENERGY RESOURCES INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 1, 2017 | 59435.1-RDR_Energy_Resources_MSA_9.1.17.pdf |
| REACH WIRELINE | EM Energy Ohio, LLC | Master Service Agreement - dated March 7, 2018 | 70202.1-Reach_Wireline_MSA_3.7.18.pdf |
| REBECCA B BARLOW | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 10-015022.0000 | |
| REBECCA K DEVIER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 10-036006.0000 | |
| RECON OIL & FIELD SERVICES INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 26, 2013 | Triple_J_Oilfield_Services_LLC_MSA-6-26-13.pdf |
| REDBONE SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 29, 2018 | Redbone MSA_3.29.18.pdf |
| REDSTONE INTERNATIONAL INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated July 10, 2013 | 16289.1-Redstone_International_Inc_MSA-7-10-13.pdf |
| REHYDRO LTD. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 31, 2017 | 62389.1-Rehydro_EdgeMarc_Signed_MSA.pdf |
| REPUBLIC SERVICES NATIONAL ACCOUNTS LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 20, 2017 | Republic_MSA_12.20.17.pdf |
| RESOURCE MINERALS HEADWATER L LP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-015019.0000 | |
| RICHARD A. LANCASTER AND RHONDA A. LANCASTER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001032.0000 | |
| RICHARD D. BROWN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001102.0000 | |
| RICHARD J. SEXTON AND ANGELA D. SEXTON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002004.0000 | |
| RICHARD J. SEXTON AND MONA MARIE SEXTON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 09-027010.0000 | |
| RICHARD J. SEXTON AND MONA MARIE SEXTON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002008.0000 | |
| RICHARD L. DYE AND LOIS G. DYE, HUSBAND AND WIFE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005004.0000 | |
| RICHARD M. COLVIN AND MARY ELLEN COLVIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001052.0000 | |
| RICHARD T. USKO AND JULIA L. USKO, HUSBAND AND WIFE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-021013.0000 | |
| RICHARD W. GROVES AND VERONICA A. GROVES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043045.0000 | |
| RIDGEWATER SERVICES AND CONSULTING LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 7, 2017 | Ridgewater Services and Consulting MSA_9.7.17.pdf |
| RIG PACKAGING CORP | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 22, 2018 | 88610.1-Rig_Packing_Corp_MSA_9.4.18.pdf |
| RIGMAIDS LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 17, 2018 | 94388.1-RigMaids_MSA_8.17.18.pdf |
| ROBERT AND LINDA MASTERS, A MARRIED COUPLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330059516000 | |
| ROBERT E. HOWELL AND LELIA E. HOWELL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-007005.0000 | |
| ROBERT ELLIS JR. AND JULIE ELLIS, ET AL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-023016.0000 | |
| ROBERT ELLIS, JR. AND JULIE ELLIS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-023010.0000 | |
| ROBERT HUPP AND RUBY A. HUPP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-023010.0000 | |
| ROBERT L. & KIMBERLY R. WARNER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001020.0000 | |
| ROBERT L. BROOKS AND JOYCE L. BROOKS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 17-001110.0000 | |
| ROBERT M. HESLOP, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320054276000 | |
| ROBERT PRICE AND AMANDA PRICE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001039.0000 | |
| ROBERT PRICE AND AMANDA PRICE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-027048.0000 | |
| ROBERT R. BIEHL, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 140051396000 | |
| ROBERT T. FLEEMAN AND ELIZABETH K. FLEEMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008004.1000 | |
| ROBERT V. WISE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009009.0000 | |
| ROBERT W. PETHO JR. AND KIMBERLY A. PETHO | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046010.0000 | |
| ROBERT WILLIAM & ANNETTE TEEMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015002.0000 | |
| ROBIN D. RENNINGER AND BARBARA J. RENNINGER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-015001.0000 | |
| ROC SERVICE COMPANY, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 16, 2013 | 16291.1-ROC_Service_Company_LLC_9-6-13.pdf |
| ROCKWATER NORTHEAST LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 5, 2017 | 52451.1-RockWaterNE_Mesa_4-5-17.pdf |
| RODNEY A. MILLER, ETAL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-016001.0000 | |
| RODNEY A. WISE & SHERRI CARPENTER, AKA SHERRI WISE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009011.0000 | |
| ROGER E PITTMAN, AMANDA MOODY AKA AMANDA PITTMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043024.0000 | |
| ROGER E. PITTMAN, AN UNMARRIED PERSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017027.0000 | |
| ROGER L. HEDDLESON AND CAROL S. HEDDLESON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-011019.0000 | |
| ROGER L. HEDDLESON AND CAROL S. HEDDLESON | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-011020.0000 | |
| RONALD C. VERNON AND MELINDA M. VERNON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-008010.0000 | |
| RONALD D. GETZ AND PATRICIA GETZ | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045012.0000 | |
| RONALD D. HEBERT AND JEANIE I. HEBERT, MARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320056020000 | |
| RONALD D. KINNEY & VICKI KINNEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001028.0000 | |
| RONALD E. DAVIS SR. AND DIANNA E. DAVIS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-042017.0000 | |
| RONALD M. KRISHER & KAREN KRISHER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-017009.0000 | |
| RONALD NORMAN AND JEAN CAMPBELL DELONG | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005009.0000 | |
| RONALD W MCCLAIN AND HOPE O. MCCLAIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010004.0000 | |
| RONNIE H WILLIAMSON & LORI M WILLIAMSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017004.0000 | |
| RONNIE L. EARLEY AND CRYSTAL D. EARLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150057336000 | |
| RONNIE L. EARLEY AND CRYSTAL D. EARLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-021028.0000 | |
| RONNIE L. EARLEY AND CRYSTAL D. EARLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-020015.0000 | |
| RONNIE LEE EARLEY AND CRYSTAL D. EARLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150056784000 | |
| RON'S PORTA JOHNS, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 7, 2014 | 16296.1-Ron's_Porta_Johns_Inc_MSA-7-7-14.pdf |
| ROSEN ENTERPRISES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 8, 2017 | Rosen MSA 11.8.17.pdf |
| ROUSTAMEN, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 22, 2018 | 77829.1-Rom_MSA_6.7.18.pdf |
| ROYAL FLUSH INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 4, 2013 | 16297.1-Royal_Flush_Inc_MSA-6-14-13.pdf |
| RUSCO OPERATING, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 16, 2017 | 51534.1-Rusco_MSA_3.16.17.pdf |
| RUSSELL E. CASSEDAY AND SARAH L. CASSEDAY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320056112000 | |
| RUSSELL W. KRIDER AND JACQUELYN S. KRIDER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009015.0000 | |
| RUTH ANN RIDGEWAY AND GERALD RIDGEWAY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017011.0000 | |
| RW PRODUCTS LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 11, 2017 | 53158.1-RW_Products_MSA_4.11.2017.pdf |
| RWLS LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated November 29, 2012 | 16290.1-Renegade_Services_DBA_MSA-11-29-12.pdf |
| RYAN ENVIRONMENTAL TRANSPORT, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 21, 2014 | Ryan_Environmental_LLC_MSA-10-21-14.pdf |
| S&MC, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 6, 2018 | 70203.1-SMC_MSA_3.6.18.pdf |
| S.T.A.R.T., LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated September 15, 2013 | 16301.1-S.T.A.R.T_LLC_MSA-09-23-13.pdf |
| SABINE PASS LIQUEFACTION, LP | EM Energy Ohio, LLC | Base Contract for Sale and Purchase of Natural Gas (GH) - dated October 18, 2018 | Sabine PAss Liquefaction OH (10.18.18).pdf |
| SALEM TOWNSHIP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320096050000 | |
| SANDRA E. BUEGEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 150055820000 | |
| SANDRA L. KOGLIN AND ARLON KOGLIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001023.0000 | |
| SCHLUMBERGER TECHNOLOGY CORPORATION | EM Energy Employeer, LLC | Master Service Agreement - dated June 3, 2013 | 16302.1-Schlumberger_MSA-6-3-13.pdf |
| SCOTT PIATT AND THERESA PIATT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-003117.0000 | |
| SELECT ENERGY SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 15, 2017 | Select Energy MSA_9.15.17.pdf |
| SHANNON M. STATEN, DIVORCED AND UNREMARRIED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002005.0000 | |
| SHARON A. ESTADT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330059060000 | |
| SHERRY MCCRACKEN, MSSP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001018.0000 | |
| SHIRLY A. PORTER, DIVORCED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005004.0000 | |
| SHIRLEY N. DEVIER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005006.0000 | |
| SIERRA HAMILTON LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 6, 2017 | 65241.1-Sierra_Hamilton_MSA_12.19.17.pdf |
| SMITH HAULING, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 1, 2014 | 16305.1-Smith_Hauling_Inc_MSA_8-1-14.pdf |
| SOUTHEAST LAND SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 15, 2013 | 16309.1-Southeast_Land_Service_LLC_MSA-10-15-13.pdf |
| SOUTHPOINTE TOWN CENTER, LP | EdgeMarc Energy Holdings, LLC | Southpointe Office Lease - dated September 1, 2016 | 27905.1-EdgeMarc_Lease_FINAL_(9.4.14).pdf |
| SOUTHPOINTE TOWN CENTER, LP | EdgeMarc Energy Holdings, LLC | Subordination, Non-Disturbance and Attornment Agreement - dated June 29, 2016 | 43622.1-Edgemarc_SNDA_Exec.pdf |
| SPECIALIZED DESANDERS USA INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 15, 2017 | 50137.1-Specialized_Desanders_MSA_2.15.2017.pdf |

| Counterparty | Entity | Agreement | File |
|---|---|---|---|
| STACY L. CRAMER AND CARY CRAMER, WIFE AND HUSBAND | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001023.0000 | |
| STACY SHEA THOMAS KEARNEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-005009.0000 | |
| STAHL SHEAFFER ENGINEERING, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 22, 2014 | 16391.1-Stahl_Sheaffer_Engineering_LLC_5-22-14.pdf |
| STALLION OILFIELD CONSTRUCTION, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 15, 2013 | 16392.1-Stallion_Oilfield_Services_MSA-4-15-13.pdf |
| STANLEY B. MAXENKNECHT AND THERESA A. MAXENKNECHT, | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001098.0000 | |
| STANLEY COLLINS AND MELISSA COLLINS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009019.0000 | |
| STANLEY COLLINS AND MELISSA COLLINS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001001.0000 | |
| STARR MANUFACTURING, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 10, 2018 | 84592.1-Starr_MSA_8.15.18.pdf |
| STATOIL NATURAL GAS, LLC | EM Energy Ohio, LLC | Base Contract for Sale and Purchase of Natural Gas (Ohio) - dated October 12, 2017 | 60817.1-EM_-_SNG_NAESB_Fully_Executed.pdf |
| STEPHEN C. COVERT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 03-005009.0000 | |
| STEPHEN R. DENNIS AND SANDRA L. DENNIS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 15005892.1002 | |
| STEPHEN R. DENNIS AND SANDRA L. DENNIS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 15005892.1003 | |
| STERLING SEISMIC SERVICES, LTD | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 3, 2012 | 16395.1-Sterling_Crew_LLC_MSA-12-3-12.pdf |
| STINGRAY PRESSURE PUMPING LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 16, 2018 | 83139.1-Stingray_MSA_6.12.18.pdf |
| STRAD OILFIELD SERVICES INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 17, 2017 | Strad_MSA_5.17.2017.pdf |
| STREAM-FLO USA LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 13, 2013 | 16397.1-Stream-Flo_USA_LLC_MSA-5-13-13.pdf |
| STRIKE, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 7, 2018 | 69456.1-Strike_MSA_2.22.18.pdf |
| SUBSURFACE LAND GROUP, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 19, 2017 | 61579.1-Subsurface_Land_Group_MSA_10.19.17.pdf |
| SUMMIT ENERGY SERVICES INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 10, 2013 | 16399.1-Summit_Energy_Services_Inc_MSA-6-10-13.pdf |
| SURFIRE WIRELINE LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 12, 2017 | 64530.1-Surefire_Wireline_LLC_MSA-12.12.17.pdf |
| SUSAN G. AND GEORGE F. EMCH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| SYNERGY FABRICATION, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 5, 2018 | Synergy_MSA_10.8.18.pdf |
| TAFT OPERATING, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated November 6, 2017 | 62390.1-Taft_Operating_(Seamstar)_MSA_11.6.17.pdf |
| TAMMY BOWEN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-011005.0000 | |
| TAMMY BOWEN | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-011005.0000 | |
| TDE PETROLEUM DATA SOLUTIONS, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 7, 2019 | Pro Nova (dba TDE)_MSA_2.7.19.pdf |
| TEKSOLV, INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated September 27, 2013 | 16409.1-Teksolv_Inc_9-27-13.pdf |
| TEN MILE PAVING, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 26, 2017 | 65303.1-10_Mile_Paving_MSA_1.5.18.pdf |
| TENARIS GLOBAL SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated December 1, 2017 | 64531.1-Tenaris_MSA_12.14.17.pdf |
| TENSAR INTERNATIONAL CORPORATION | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 26, 2017 | 60246.1-Tensar_MSA_9.26.17.pdf |
| TERRANCE BAUMERT AND DEBRA BAUMERT | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-009032.0000 | |
| TERRY L. HUPP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-040009.0000 | |
| TETRA PRODUCTION TESTING SERVICES INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 19, 2018 | Tetra_MSA_3.7.18_Current.pdf |
| TFORCE ENERGY SERVICES, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 24, 2013 | 16406.1-TForce_Energy_Services_Inc_MSA-6-24-13.pdf |
| THE CHURCH OF CHRIST WORSHIPPING AT PLAINVIEW | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001001.1000 | |
| THE DORMAUSCH FARM LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-009028.0000 | |
| THE ECKMAN FARM, LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043029.0000 | |
| THE JOSEPH V. PANETTA & CARELA M. LENA PANETTA REV | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-024014.0000 | |
| THE MONROE WATER DISTRICT | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046000.0000 | |
| THE NATIONAL LIME & STONE COMPANY | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 16, 2018 | 76976.1-National_Lime_and_Stone_MSA_5.23.18.pdf |
| THE ROBERT R. WESTFALL AND TRESSA L. WESTFALL LIVI | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002008.0000 | |
| THE THRASHER GROUP INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 10, 2013 | 16411.1-The_Thrasher_Group_Inc_MSA_6-10-13.pdf |
| THE VILLAGE OF WOODSFIELD | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-016007.0000 | |
| THE VILLAGE OF WOODSFIELD | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-017013.0000 | |
| THERESA L. JACKSON, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001014.0000 | |
| THOMAS C. DICK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 05-370101.7000 | |
| THOMAS DICK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046003.0000 | |
| THOMAS DICK | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043024.0000 | |
| THOMAS DYE, JR. AND DEBORAH K. DYE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-004005.0000 | |
| THOMAS H. FAGAN AND KATE S. FAGAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 3300568.00000 | |
| THOMAS H. FAGAN AND KATE S. FAGAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 3300594540000 | |
| THOMAS L. BURKHART, SINGLE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-025011.0000 | |
| THOMAS R. HOUSEHOLDER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| THOMAS RIPLEY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047003.0000 | |
| THRU TUBING SOLUTIONS, INC | EM Energy Employer, LLC | Master Service Agreement - dated July 9, 2013 | 16412.1-Thru_Tubing_Solutions_Inc_MSA-7-9-13.pdf |
| TIER ONE LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated September 8, 2017 | 60247.1-Tier_One_LLC_MSA_9.8.17.pdf |
| TILLMAN & ASSOCIATES CONSULTING LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 10, 2013 | 16414.1-Tillman_and_Associates_Consulting_LLC_MSA-7-10-13.pdf |
| TIMOTHY D. PRICE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001025.0000 | |
| TIMOTHY D. PRICE, A SINGLE MAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017018.0000 | |
| TIMOTHY DARWIN HUPP | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-023010.1000 | |
| TIMOTHY L BLAKE AND PAULA J RUSH-BLAKE | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - Tax Parcel - 16-016011.0000 | |
| TIMOTHY W. BUEGEL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-023001.0000 | |
| TJD ENERGY SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 2, 2017 | TJD Energy Services_MSA_8.2.17.pdf |
| TODD E HOOPER AND MELISSA A HOOPER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016013.1000 | |
| TOP OF THE LINE CRANE SERVICE LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 18, 2015 | Top_Of_The_Line_Crane_Service_LLC_MSA-2-18-15.pdf |
| TOPHOLE DRILLING, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated September 10, 2013 | 16415.1-Top_Hole_MSA_Executed-9-10-13.pdf |
| TORESALI FOUNDATIONS, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 2, 2017 | 50482.1-Torcsill_MSA_3.2.2017.pdf |
| TOTAL SAFETY U.S., INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 27, 2017 | Total Safety_MSA_6.27.17.pdf |
| TROPHY ENERGY SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 13, 2018 | 69459.1-Trophy_Energy_Services_MSA_2.16.18.pdf |
| TRUSTEES OF PLAINVIEW CHURCH OF CHRIST CEMETERY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001015.0000 | |
| TUCKER J. ROBERTS AND AMY L. ROBERTS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009005.0000 | |
| TURNING POINT SERVICES, INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated April 20, 2018 | 77840.1-Turning_Point_MSA_6.4.18.pdf |
| TWIN EAGLE RESOURCE MANAGEMENT, LLC | EM Energy Ohio, LLC | Base Contract for Sale and Purchase of Natural Gas (Ohio) - dated October 10, 2018 | Twin Eagle Base CH Contract (10.18.18).pdf |
| TYLER CLINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-002017.0000 | |
| U.S. WELL SERVICES, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated February 13, 2014 | 16419.1-U.S._Well_Services_LLC_MSA-2-13-14.pdf |
| UNITY BAPTIST CHURCH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-021000.1000 | |
| UNIVERSAL WELL SERVICES, INC | EM Energy Employer, LLC | Master Service Agreement - dated June 3, 2013 | 16422.1-Universal__Well_Services_Inc_MSA-6-3-13.pdf |
| UNIVERSAL WELLHEAD SERVICES LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 1, 2017 | 50483.1-Universal_Wellhead_Services_MSA_3.1.2017.pdf |
| URBAN LEWIS HIATT JR. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-016006.0000 | |
| URBAN WEBER & LAVONA WEBER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046001.0000 | |
| USA COMPRESSION | EM Energy Pennsylvania, LLC | Master Service Agreement - dated July 7, 2017 | USA_Compression_Partners_LLC_MSA and Service Proposal_7.23.15.pdf |
| USA COMPRESSION | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated July 28, 2015 | 25144.1-USA_Compression_Partners_LLC_MSA_7-28-15.pdf |
| VALLEY NATIONAL | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 6, 2017 | Valley_National_MSA_1.8.2017.pdf |
| VALLEY WELDING | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 3, 2017 | |
| VAREL TRUCKING SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 27, 2018 | 70204.1-Valley_Trucking_MSA_2.27.18.pdf |
| VAREL INTERNATIONAL IND., LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 2, 2015 | Varel_International_Ind._LP_MSA-2-2-15.pdf |
| VCG ENERGY GROUP LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 1, 2016 | VCG_Energy_Group_LLC_MSA_3-2-16.pdf |
| VERNE L. SCOTT LIVING TRUST | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-002011.0000 | |
| VICKY D. CLEARY, DIVORCED | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-035023.0000 | |
| VIKKI HICKMAN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-021020.0000 | |
| VILLAGE OF ANTIOCH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001051.0000 | |
| VILLAGE OF LOWER SALEM | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 3300594480000 | |

| | | | |
|---|---|---|---|
| VILLAGE OF WOODSFIELD, OWNER OF OAKLAWN CEMETERY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| VIRGINIA L. HUEBNER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-015020.0000 | |
| VIVIAN MARTY AS EXE. OF THE ESTATE OF HOWARD MARTY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-045003.0000 | |
| W.O. HOGUE AND BARBARA E HOGUE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-001021.0000 | |
| WADE GROVES AND DONNA GROVES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043021.0000 | |
| WADE GROVES AND DONNA GROVES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043027.0000 | |
| WAGNER ENERGY SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated January 7, 2018 | 65837.1-Wagner_Energy_Services_MSA_1.8.18.pdf |
| WALTER E. BOLES III AND STACY BOLES | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001037.0000 | |
| WANDA C. GRAHAM AND WILLIAM G. GRAHAM | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047029.0000 | |
| WARREN DRILLING CO | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 31, 2017 | 52048.1-Warren_Drilling_MSA_3.31.17.pdf |
| WASHITA VALLEY ENTERPRISES INC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated June 17, 2013 | 16453.1-Washita_Valley_Enterprises_Inc_MSA-6-17-13.pdf |
| WASTE MANAGEMENT | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated May 13, 2013 | 16454.1-Waste_Management_National_Services_Inc_MSA-5-13-13.pdf |
| WAYNE A. SMITH AND KRISTEL SMITH | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 05-200101.5000 | |
| WEATHERFORD LABORATORIES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 25, 2013 | Weatherford_International_LLC_MSA-3-25-13.pdf |
| WEAVERTOWN ENVIRONMENTAL GROUP | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 15, 2013 | 16456.1-Weavertown_Environmental_Group_MSA-3-15-13.pdf |
| WEIR SEABOARD | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 18, 2015 | Weir_Seabound_MSA_6-18-15.pht |
| WELL DRIVE LLC | EM Energy Ohio, LLC | Master Service Agreement - dated June 6, 2014 | 16458.1-WellDrive_LLC_6-6-14.pdf |
| WELL SPRING AUTOMATION LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated June 5, 2018 | 81140.1-WellSpring_MSA_6.18.18.pdf |
| WELL WATER SOLUTIONS AND RENTALS | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 4, 2017 | Well Water Solutions_MSA_8.4.17.pfd |
| WENDY THELAKER KENNEDY AND DON KENNEDY | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-043050.0000 | |
| WEST DEER CAMP, LLC | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-015021.0000 | |
| WEST PENN ENERGY SERVICES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated April 7, 2014 | 16461.1-West_Penn_Energy_Services_4-7-14.pdf |
| WESTERMAN COMPANIES | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated August 9, 2013 | Westerman_dbaWorthington_MSA_8.9.2013.pdf |
| WHITE'S EQUIPMENT RENTAL LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 17, 2012 | 16462.1-Whites_Equipment_Rental_LLC_MSA-12-17-12.pdf |
| WHITE'S WELDING, LLC | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated December 17, 2012 | 16463.1-Whites_Welding_Inc_MSA-12-17-12.pdf |
| WICKLOW LOGISTICS INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 4, 2017 | 60748.1-Wicklow_Logistics_MSA_10.13.17.pdf |
| WIGMAN CONSULTING INC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated October 16, 2017 | 60749.1-Wigman_Consulting_MSA_10.13.17.pdf |
| WILBERT D. ANTILL AND JOYCE R. ANTILL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 320016004000 | |
| WILD WEST ENERGY SERVICES, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated March 31, 2017 | 52047.1-Wild_West_Energy_MSA_3.31.17.pdf |
| WILDCAT OIL TOOLS, LLC | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated August 27, 2018 | 88612.1-Wildcat_MSA_9.4.18.pdf |
| WILFORD AND LUCILLE KINDALL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-047012.0000 | |
| WILLIAM BRADY NAPIER AND KIMBERLY GILL NAPIER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-017029.0000 | |
| WILLIAM E. PATTERSON III & KIM R. PATTERSON | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 02-003010.0000 | |
| WILLIAM E. SIMMONS & HEIDI E. SIMMONS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-003003.0000 | |
| WILLIAM F. & WILLMA M. CARTER, LE JLAINA CARTER | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-003001.0000 | |
| WILLIAM L. KIDD AN JANET L. KIDD, HUSBAND AND WIFE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - WASHINGTON - Tax Parcel - 330053512000 | |
| WILLIAM MORRIS WELDING | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated March 11, 2013 | 16465.1-William_Morris_Welding_MSA-3-11-13.pdf |
| WILLIAM R. WINLAND AND SHANNON L. WINLAND | EM Energy Ohio, LLC | WATER TRANSFER EASEMENT - MONROE - Tax Parcel - 16-010001.2000 | |
| WILLIAM T. COLVIN AND EVELYN R. COLVIN | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001017.0000 | |
| WILLIAM T. WELLS AND VIVIAN ASH WELLS | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009015.0000 | |
| WILLIAM WINLAND AND SHANNON WINLAND | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-010001.1000 | |
| WILMA J. CLINE | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 17-001075.0000 | |
| WIND RIVER RESOURCES, INC. | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 16-009007.0000 | |
| WISE SERVICES | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated February 12, 2018 | 68139.1-Wise_Services_Inc_MSA_2.12.18.pdf |
| WOOD GROUP MUSTANG, INC. | EdgeMarc Energy Holdings, LLC | Master Service Agreement - dated October 1, 2013 | 16467.1-Wood_Group_Mustang_Inc2_MSA-10-1-13.pdf |
| WOODHART, INC. | EM Energy Pennsylvania, LLC & EM Energy Ohio, LLC | Master Service Agreement - dated May 31, 2018 | 77843.1-Woodpert_MSA_5.31.18.pdf |
| ZENUS DEVAILS ET AL | EM Energy Ohio, LLC | LEASE-OIL AND GAS - MONROE - Tax Parcel - 04-046015.0000 | |
| CHARLES K. & DOROTHY M. WEBER | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| CHESTER J. & B. LYNN COVERT | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| CINDY K. & STEVE ANDREASEN | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| ELIZABETH & PETE ALBERTO | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| ELLEN OLIVER | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| GINNY & LARRY WIGLEY | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| JULIE G & JAMES BACON | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| JULIE THELAMER GOUNDRY | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| KATHLEEN M. COVERT | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| LINDA & RICHARD CROOKS | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| STEPHEN C. COVERT | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| SUSAN G. & GEORGE F. EMCH | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| THOMAS R. HOUSEHOLDER | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| VILLAGE OF WOODSFIELD, OWNER OAKLAWN CEMETERY | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |
| WENDY THELAKER KENNEDY & DON KENNEDY | EM Energy Ohio, LLC | SUSPENDED ROYALTIES | |

### Section 2.05(b) – Desired 365 Contracts

1. Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Hunter Pipeline, LLC, dated March 27, 2015.

   a. Amendment No. 1 to the Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Hunter Pipeline, LLC, dated June 1, 2016.

   b. Second Amendment to Gas Gathering Services Agreement, dated August 18, 2017.

   c. Third Amendment to Gas Gathering Services Agreement, dated March 1, 2018.

   d. Fourth Amendment to Gas Gathering Services Agreement, dated January 7, 2019.

   e. Individual Transaction Confirmation to Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Midstream, LLC, dated December 3, 2018.

2. Gas Gathering, Processing and Fractionation Agreement between Blue Racer Midstream, LLC and EM Energy Ohio, LLC, dated December 4, 2014.

3. Attachment to Gas Compression Master Services Agreement dated July 7, 2017 between USA Compression Partners, LLC and EM Energy Pennsylvania, LLC.

## Section 7.02 – Operations Prior to the Closing Date

1. None

## Section 8.02(c) – Seller Credit Obligations

1.  See attached

## Edgemarc Open Bond List April 9, 2019

| Company | PO# | Eff Date | Exp Date | Bond Amount | Principal | Obligee | Cov | Description |
|---|---|---|---|---|---|---|---|---|
| INDEMCO, L.P. | B010404 | 01/17/2019 | 01/17/2020 | $32,500.00 | Edgemarc Energy Holding, LLC | Monroe County, OH | Highway Use Bond | Premium for $32,500 RUMA bond for Monroe County - Temporary water line along CR47 Mechanicsburg Road, TR 603, TR 600 and TR 524 |
| INDEMCO, L.P. | B009796 | 02/05/2019 | 02/05/2020 | $29,325.00 | Edgemarc Energy Holdings, LLC | Monroe County | Highway Use Bond | Renewal Premium for RUMA Bond to MonroeCounty for temporary wateline construction |
| INDEMCO, L.P. | B011262 | 02/19/2019 | 02/19/2020 | $500,000.00 | EdgeMarc Energy Holdings, LLC | Monroe County | Highway Use Bond | Monroe County, OHCR 47 (Mechanicsburg Road) beginning atSR 800 and continuing southwest for 1.85 miles to the location of proposed water intake     $500,000.00 |
| INDEMCO, L.P. | B009523 | 08/13/2018 | 08/13/2019 | $221,000.00 | Edgemarc Energy Holdings, LLC | Monroe County, Ohio | Highway Use Bond | Premium for $221,000 bond for Oildub Well Pad site in Monroe County OH, RUMA Agreement |
| INDEMCO, L.P. | B011606 | 08/16/2018 | 08/16/2019 | $15,000.00 | EM Energy Ohio, LLC | State of Ohio | Oil & Gas Bond | State of Ohio - Ohio Departhemof Natural ResourcesBlanket Bond (Two or More Wells)$15,000 |
| INDEMCO, L.P. | B011689 | 11/08/2018 | 11/08/2019 | $500,000.00 | Edgemarc Energy Holding, LLC | Monroe County, Ohio | Maintenance Bond | Premium for Roadway Use, Repair and Maintenance Bond to Monroe County, Ohio foruse of CR 40 (Plainview Road) beginning at T-616 and continuing NE for .50 mileto T-605. |
| INDEMCO, L.P. | B009662 | 11/23/2018 | 11/23/2019 | $15,000.00 | Edgemarc Energy Holdings, LLC | Monroe County, OH | License Bond | Renewal Premium for RUMA Bond forMonroe County for NickNack Well Pad |
| | | | | $1,312,825.00 | | | | |

CONFIDENTIAL

*Execution Version*

# SELLER DISCLOSURE SCHEDULE

to the

## ASSET PURCHASE AGREEMENT

**dated as of July 24, 2019**

by and among

### EDGEMARC ENERGY HOLDINGS, LLC,

### THE EM SUBSIDIARIES

AND

### DIVERSIFIED GAS & OIL CORPORATION

**Introduction**

This Seller Disclosure Schedule (the "**Disclosure Schedule**") has been prepared and delivered in accordance with, and is incorporated into as part of, the Asset Purchase Agreement (the "**Agreement**"), dated as of July 24, 2019, by and among EdgeMarc Energy Holdings, LLC, a Delaware limited liability company ("**EdgeMarc**"), the EM Subsidiaries (as defined therein) (together with EdgeMarc, the "**Sellers**", and, each individually, a "**Seller**") and Diversified Gas & Oil Corporation, a Delaware corporation ("**Buyer**").  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Agreement.

This Disclosure Schedule is qualified in its entirety by reference to the Agreement (including Section 13.13 thereof) and does not constitute, and shall not be construed as constituting, representations, warranties or covenants of the Sellers, except as, and only to the extent, provided in the Agreement.  This Disclosure Schedule may include certain items and information solely for informational purposes.  The mere inclusion of an item in this Disclosure Schedule shall not be deemed an admission that such item is required to be disclosed by the terms of the Agreement or that the matter is material.  It is expressly understood and acknowledged that any exceptions set forth herein shall not constitute a basis for a claim of a breach of any of the representations and warranties or covenants made in the Confidentiality Agreement and the Agreement.

No disclosure in this Disclosure Schedule relating to any possible or alleged breach or violation of any law or contract shall be construed as an admission or indication that any such breach or violation exists or has actually occurred, or as an admission against any interest of the Sellers or any of their directors or officers.  All references in this Disclosure Schedule as to the enforceability of agreements with third parties, the existence or non-existence of third-party rights, the absence of breaches or defaults by third parties, or similar matters or statements, are intended only to allocate rights and risks between the parties to the Agreement and are not intended to be admissions against interests, give rise to any inference or proof of accuracy, be admissible against any party to the Agreement by any person who is not a party to the Agreement, or give rise to any claim or benefit to any person who is not a party to the Agreement.  In addition, the disclosure of any matter in this Disclosure Schedule is not to be deemed an admission that such matter actually constitutes noncompliance with, or a violation of, any Legal Requirement, contract, agreement or other topic to which such disclosure is applicable.  In disclosing the information in this Disclosure Schedule, the Sellers expressly do not waive any attorney-client privilege associated with such information or any protection afforded by the work-product doctrine with respect to any of the matters disclosed or discussed herein.  References in this Disclosure Schedule to any agreement include references to such agreement's exhibits and schedules.  Where the terms of a contract or other disclosure item have been referenced, summarized or described, such reference, summary or description does not purport to be a complete statement of the material terms of such contract or disclosure item and such disclosures are qualified in their entirety by the specific details of such contract or disclosure item.

The Sellers have set forth information on this Disclosure Schedule in a section thereof that corresponds to the section of the Agreement to which it relates.  A matter set forth in one section of this Disclosure Schedule need not be set forth in any other section so long as its relevance to such other section of this Disclosure Schedule or section of the Agreement is reasonably apparent on the face of the information disclosed therein to the Person to which such disclosure is being made.

The information disclosed herein shall only be used in conjunction with the Agreement, constitutes confidential information, and is subject to the confidentiality provisions set forth in the Agreement.

The Sellers do not assume any responsibility to any person or entity that is not a party to the Agreement for the accuracy of any information contained in this Disclosure Schedule.  The information was not prepared or disclosed with a view to its potential disclosure to others.  This information is disclosed in confidence for the purposes contemplated in the Agreement.

Headings have been inserted on this Disclosure Schedule for convenience of reference only and do not affect, and will not be utilized in construing or interpreting, this Disclosure Schedule.

**Section 5.03 – No Conflict**

1.  Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Hunter Pipeline, LLC, dated March 27, 2015.

    a.  Amendment No. 1 to the Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Hunter Pipeline, LLC, dated June 1, 2016.

    b.  Second Amendment to Gas Gathering Services Agreement, dated August 18, 2017.

    c.  Third Amendment to Gas Gathering Services Agreement, dated March 1, 2018.

    d.  Fourth Amendment to Gas Gathering Services Agreement, dated January 7, 2019.

    e.  Individual Transaction Confirmation to Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Midstream, LLC, dated December 3, 2018.

2.  Pursuant to Section 17.1 of that certain Gas Gathering, Processing and Fractionation Agreement between Blue Racer Midstream, LLC and EM Energy Ohio, LLC, dated December 4, 2014 (the "Contract"), counterparty consent will be required if the assignment of such Contract at Closing is not to a purchaser of all or substantially all of the applicable Seller's Interest in the AMI (each as defined in the Contract).  For the avoidance of doubt, the inclusion of this item 2 in this Disclosure Schedule 5.03 shall not be deemed to constitute an admission by Sellers that any Necessary Consent is required in connection with the Contract.

## Section 5.04 – Material Contracts

1. Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Hunter Pipeline, LLC, dated March 27, 2015.

    a. Amendment No. 1 to the Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Hunter Pipeline, LLC, dated June 1, 2016.

    b. Second Amendment to Gas Gathering Services Agreement, dated August 18, 2017.

    c. Third Amendment to Gas Gathering Services Agreement, dated March 1, 2018.

    d. Fourth Amendment to Gas Gathering Services Agreement, dated January 7, 2019.

    e. Individual Transaction Confirmation to Gas Gathering Services Agreement between EM Energy Ohio, LLC and Eureka Midstream, LLC, dated December 3, 2018.

2. Gas Gathering, Processing and Fractionation Agreement between Blue Racer Midstream, LLC and EM Energy Ohio, LLC, dated December 4, 2014.

## Section 5.06 – Wells; Plug and Abandon Notice

1. None.

**Section 5.07 – Imbalances**

1. As of 07/19/2019 (last day Equitrans has posted), EdgeMarc's Imbalance was +48,598 dth (due EM)

**Section 5.08 – Hedging**

1.  See attached.

| Deal Number | Index | Fixed Price | Notional Volume | Unit Type | Start Date | Maturity Date | Payment Date | Mark to Market* | As Of Date |
|---|---|---|---|---|---|---|---|---|---|
| 334554 | Natural Gas - Dominion (Appalachia) - Inside Ferc | 2.1575 | 382,181.00 | MMBTU | 8/1/2019 | 8/31/2019 | 8/8/2019 | 14,688.37 | 7/12/2019 |
| 334554 | Natural Gas - Dominion (Appalachia) - Inside Ferc | 2.1575 | 365,523.00 | MMBTU | 9/1/2019 | 9/30/2019 | 9/10/2019 | 71,912.40 | 7/12/2019 |
| 334554 | Natural Gas - Dominion (Appalachia) - Inside Ferc | 2.1575 | 373,435.00 | MMBTU | 10/1/2019 | 10/31/2019 | 10/8/2019 | 68,147.58 | 7/12/2019 |
| 334554 | Natural Gas - Dominion (Appalachia) - Inside Ferc | 2.1575 | 357,373.00 | MMBTU | 11/1/2019 | 11/30/2019 | 11/8/2019 | -4,079.86 | 7/12/2019 |
| 334554 | Natural Gas - Dominion (Appalachia) - Inside Ferc | 2.1575 | 365,250.00 | MMBTU | 12/1/2019 | 12/31/2019 | 12/9/2019 | -87,047.68 | 7/12/2019 |
| 337487 | Natural Gas - Henry Hub - Nymex | 2.733 | 310,000.00 | MMBTU | 8/1/2019 | 8/31/2019 | 8/5/2019 | 86,665.70 | 7/12/2019 |
| 337487 | Natural Gas - Henry Hub - Nymex | 2.733 | 300,000.00 | MMBTU | 9/1/2019 | 9/30/2019 | 9/5/2019 | 89,382.82 | 7/12/2019 |
| 337487 | Natural Gas - Henry Hub - Nymex | 2.733 | 310,000.00 | MMBTU | 10/1/2019 | 10/31/2019 | 10/3/2019 | 82,954.15 | 7/12/2019 |
| 337487 | Natural Gas - Henry Hub - Nymex | 2.733 | 300,000.00 | MMBTU | 11/1/2019 | 11/30/2019 | 11/5/2019 | 52,424.52 | 7/12/2019 |
| 337487 | Natural Gas - Henry Hub - Nymex | 2.733 | 310,000.00 | MMBTU | 12/1/2019 | 12/31/2019 | 12/4/2019 | 921.85 | 7/12/2019 |
| 337487 | Natural Gas - Henry Hub - Nymex | 2.733 | 310,000.00 | MMBTU | 1/1/2020 | 1/31/2020 | 1/6/2020 | -30,671.47 | 7/12/2019 |
| 337487 | Natural Gas - Henry Hub - Nymex | 2.733 | 290,000.00 | MMBTU | 2/1/2020 | 2/29/2020 | 2/5/2020 | -19,192.35 | 7/12/2019 |
| 337487 | Natural Gas - Henry Hub - Nymex | 2.733 | 310,000.00 | MMBTU | 3/1/2020 | 3/31/2020 | 3/4/2020 | 5,808.99 | 7/12/2019 |
| 337594 | Natural Gas - Henry Hub - Nymex | 2.729 | 155,000.00 | MMBTU | 8/1/2019 | 8/31/2019 | 8/5/2019 | 42,713.81 | 7/12/2019 |
| 337594 | Natural Gas - Henry Hub - Nymex | 2.729 | 155,000.00 | MMBTU | 9/1/2019 | 9/30/2019 | 9/5/2019 | 44,093.53 | 7/12/2019 |
| 337594 | Natural Gas - Henry Hub - Nymex | 2.729 | 155,000.00 | MMBTU | 10/1/2019 | 10/31/2019 | 10/3/2019 | 40,860.31 | 7/12/2019 |
| 337594 | Natural Gas - Henry Hub - Nymex | 2.729 | 150,000.00 | MMBTU | 11/1/2019 | 11/30/2019 | 11/5/2019 | 25,616.52 | 7/12/2019 |
| 337594 | Natural Gas - Henry Hub - Nymex | 2.729 | 155,000.00 | MMBTU | 12/1/2019 | 12/31/2019 | 12/4/2019 | -153.64 | 7/12/2019 |
| 337594 | Natural Gas - Henry Hub - Nymex | 2.729 | 155,000.00 | MMBTU | 1/1/2020 | 1/31/2020 | 1/6/2020 | -15,949.16 | 7/12/2019 |
| 337594 | Natural Gas - Henry Hub - Nymex | 2.729 | 145,000.00 | MMBTU | 2/1/2020 | 2/29/2020 | 2/5/2020 | -10,169.08 | 7/12/2019 |
| 337594 | Natural Gas - Henry Hub - Nymex | 2.729 | 155,000.00 | MMBTU | 3/1/2020 | 3/31/2020 | 3/4/2020 | 2,293.02 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 155,000.00 | MMBTU | 1/1/2020 | 1/31/2020 | 1/6/2020 | -25,610.67 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 145,000.00 | MMBTU | 2/1/2020 | 2/29/2020 | 2/5/2020 | -19,192.35 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 155,000.00 | MMBTU | 3/1/2020 | 3/31/2020 | 3/4/2020 | -7,337.68 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 150,000.00 | MMBTU | 4/1/2020 | 4/30/2020 | 4/3/2020 | 28,359.31 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 155,000.00 | MMBTU | 5/1/2020 | 5/31/2020 | 5/5/2020 | 33,372.11 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 150,000.00 | MMBTU | 6/1/2020 | 6/30/2020 | 6/3/2020 | 26,505.83 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 155,000.00 | MMBTU | 7/1/2020 | 7/31/2020 | 7/3/2020 | 20,967.88 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 155,000.00 | MMBTU | 8/1/2020 | 8/31/2020 | 8/5/2020 | 19,418.04 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 150,000.00 | MMBTU | 9/1/2020 | 9/30/2020 | 9/3/2020 | 21,258.14 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 155,000.00 | MMBTU | 10/1/2020 | 10/31/2020 | 10/5/2020 | 18,303.67 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 150,000.00 | MMBTU | 11/1/2020 | 11/30/2020 | 11/4/2020 | 8,917.58 | 7/12/2019 |
| 340968 | Natural Gas - Henry Hub - Nymex | 2.666 | 155,000.00 | MMBTU | 12/1/2020 | 12/31/2020 | 12/3/2020 | -14,482.82 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 155,000.00 | MMBTU | 1/1/2020 | 1/31/2020 | 1/6/2020 | -25,994.07 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 145,000.00 | MMBTU | 2/1/2020 | 2/29/2020 | 2/5/2020 | -19,550.41 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 155,000.00 | MMBTU | 3/1/2020 | 3/31/2020 | 3/4/2020 | -7,719.85 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 150,000.00 | MMBTU | 4/1/2020 | 4/30/2020 | 4/3/2020 | 27,990.04 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 155,000.00 | MMBTU | 5/1/2020 | 5/31/2020 | 5/5/2020 | 32,991.15 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 150,000.00 | MMBTU | 6/1/2020 | 6/30/2020 | 6/3/2020 | 26,137.70 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 155,000.00 | MMBTU | 7/1/2020 | 7/31/2020 | 7/3/2020 | 20,588.03 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 155,000.00 | MMBTU | 8/1/2020 | 8/31/2020 | 8/5/2020 | 19,038.78 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 150,000.00 | MMBTU | 9/1/2020 | 9/30/2020 | 9/3/2020 | 20,891.62 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 155,000.00 | MMBTU | 10/1/2020 | 10/31/2020 | 10/5/2020 | 17,925.49 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 150,000.00 | MMBTU | 11/1/2020 | 11/30/2020 | 11/4/2020 | 8,552.10 | 7/12/2019 |
| 341103 | Natural Gas - Henry Hub - Nymex | 2.6635 | 155,000.00 | MMBTU | 12/1/2020 | 12/31/2020 | 12/3/2020 | -14,859.98 | 7/12/2019 |
| 341392 | Natural Gas - Henry Hub - Nymex | 2.732 | 155,000.00 | MMBTU | 8/1/2019 | 8/31/2019 | 8/5/2019 | 43,178.09 | 7/12/2019 |
| 341392 | Natural Gas - Henry Hub - Nymex | 2.732 | 150,000.00 | MMBTU | 9/1/2019 | 9/30/2019 | 9/5/2019 | 44,541.94 | 7/12/2019 |
| 341392 | Natural Gas - Henry Hub - Nymex | 2.732 | 155,000.00 | MMBTU | 10/1/2019 | 10/31/2019 | 10/3/2019 | 41,322.88 | 7/12/2019 |
| 341392 | Natural Gas - Henry Hub - Nymex | 2.732 | 150,000.00 | MMBTU | 11/1/2019 | 11/30/2019 | 11/5/2019 | 26,063.32 | 7/12/2019 |
| 341392 | Natural Gas - Henry Hub - Nymex | 2.732 | 155,000.00 | MMBTU | 12/1/2019 | 12/31/2019 | 12/4/2019 | 307.28 | 7/12/2019 |
| 341392 | Natural Gas - Henry Hub - Nymex | 2.732 | 155,000.00 | MMBTU | 1/1/2020 | 1/31/2020 | 1/6/2020 | -15,489.09 | 7/12/2019 |
| 341392 | Natural Gas - Henry Hub - Nymex | 2.732 | 145,000.00 | MMBTU | 2/1/2020 | 2/29/2020 | 2/5/2020 | -9,739.40 | 7/12/2019 |
| 341392 | Natural Gas - Henry Hub - Nymex | 2.732 | 155,000.00 | MMBTU | 3/1/2020 | 3/31/2020 | 3/4/2020 | 2,751.63 | 7/12/2019 |

| Row Labels | Index | Sum of Mark to Market* |
|---|---|---|
| 334554 | Natural Gas - Dominion (Appalachia) - Inside Ferc | 63,620.81 |
| 337487 | Natural Gas - Henry Hub - Nymex | 268,294.21 |
| 337594 | Natural Gas - Henry Hub - Nymex | 129,305.31 |
| 340968 | Natural Gas - Henry Hub - Nymex | 110,479.04 |
| 341103 | Natural Gas - Henry Hub - Nymex | 105,990.60 |
| 341392 | Natural Gas - Henry Hub - Nymex | 132,936.65 |
| Grand Total | | 810,626.62 |

## Section 5.11 – Certain Legal Proceedings

1. None.

## Section 5.13 – Payments

1. None.

## Section 5.14 – Brokers or Finders

1. Evercore Group L.L.C.

## Section 5.15 – Non-Consent Operations

1. None.

## Section 5.16 – Environmental Matters

1. On December 21, 2018, one barrel of oil based mud was released onto the ground of the lease road near the Valenka site. Clean up activities began promptly.

2. On November 19, 2018 an above-ground storage tank leaked at the Zorin, Ohio site (ORC 1509.22(A) and OAC 1501-9-1-07). The release contaminated part of the site. On March 4, 2019, the Ohio Department of Natural Resources ("ODNR") approved the remediation plan. The area of concern related to a brine spill has been excavated under the direction of the ODNR, and work to complete the backfill of the area was completed on May 1, 2019.

3. On June 1, 2018, a drain was found to be open at the Zorin, Ohio site. Reports suggest an estimated +/- five barrels of fluid was released from the drain.

4. On February 19, 2018 at the Zorin, Ohio location, EdgeMarc discovered that erosion and sediment controls failed, resulting in an estimated release of approximately 42 gallons of sediment. A filter sock was immediately placed in the creek to prevent the sediment from traveling any further downstream. EdgeMarc notified Ohio Environmental Protection Agency.

5. On August 29, 2017, and again on January 30, 2018, a slip on an EdgeMarc stockpile located near the lease road for the Valenka site pad was discovered.

6. On May 19, 2017 a water truck at the Moonraker, Ohio site spilled less than 10 gallons of produced brine. ODNR was notified.

7. On January 10, 2017, an incident occurred at the Odd Job, Ohio site. An estimated 20 barrels of drillout fluid was captured by the secondary containment after spilling out of the primary tank. A vacuum truck was called to the location to collect the water.

## Section 5.22(a) – AFEs

1. None.

**DIVERSIFIED GAS & OIL CORPORATION**
1800 Corporate Drive
Birmingham, AL 35242


August 2, 2019


EdgeMarc Energy Holdings, LLC
1800 Main Street
Suite 220
Canonsburg, PA 15317
Attn: Callum Streeter


       Re:    <u>Amendment to Asset Purchase Agreement</u>

Ladies and Gentlemen:

       Reference is made to that certain Asset Purchase Agreement, dated July 24, 2019 (as amended, restated, waived or otherwise modified from time to time, the "<u>Agreement</u>"), by and among Diversified Gas & Oil Corporation, a Delaware corporation ("<u>Buyer</u>"), EdgeMarc Energy Holdings, LLC, a Delaware limited liability company ("<u>EdgeMarc</u>"), and certain of EdgeMarc's subsidiaries that are party thereto (collectively with EdgeMarc, "<u>Sellers</u>"). Capitalized terms used herein and not otherwise defined shall have the meanings ascribed thereto in the Agreement.

       The Parties desire to amend the Agreement pursuant to this Amendment to Asset Purchase Agreement (this "<u>Amendment</u>") in order to amend Exhibit A-1, Exhibit A-2 and Exhibit F of the Agreement to reflect certain deletions or additions thereto. Accordingly, in consideration of the mutual agreements contained herein, the Parties hereby agree as follows:

       1.    <u>Amendment to Exhibits A-1, A-2 and F</u>.

           a.    <u>Assigned Leases and Interests</u>. Exhibit A-1 of the Agreement is hereby amended and replaced in its entirety by the Exhibit A-1 attached hereto.

           b.    <u>Excluded Leases and Interests</u>. Exhibit A-2 of the Agreement is hereby amended and replaced in its entirety by the Exhibit A-2 attached hereto.

           c.    <u>Surface Rights</u>. Exhibit F of the Agreement is hereby amended and replaced in its entirety by the Exhibit F attached hereto.

       2.    <u>No Other Amendments</u>.  Except as otherwise expressly provided herein, all of the respective terms and conditions of the Agreement (including the Purchase Price) remain unchanged and continue in full force and effect.  This Amendment is limited precisely as written and shall not be deemed to be an amendment to any other term or condition of the Agreement or any of the documents referred to therein.

3.      <u>Effect of Amendment</u>.  This Amendment shall form a part of the Agreement for all purposes, and each Party shall be bound hereby.  From and after the execution of this Amendment by the Parties, any reference to the Agreement shall be deemed a reference to the Agreement as amended hereby.  This Amendment shall be deemed to be in full force and effect from and after the execution of this Amendment by the Parties.

4.      <u>Miscellaneous</u>.  The provisions of Sections 13.07 (*Expenses*), 13.09 (*Governing Law, Consent to Jurisdiction and Venue; Jury Trial Waiver*) and 13.11 (*Parties in Interest; No Third Party Beneficiaries*) of the Agreement will apply to this Amendment *mutatis mutandis*.

5.      <u>Counterparts</u>.  This Amendment may be executed and delivered (including by electronic transmission) in one or more counterparts, and by the different Parties hereto in separate counterparts, each of which when executed shall be deemed to be an original, but all of which taken together shall constitute one and the same agreement.

(Signature pages follow)

IN WITNESS WHEREOF, the Parties have caused this Amendment to be executed and delivered by their duly authorized representatives, all as of the day and year first above written.

**DIVERSIFIED GAS & OIL CORPORATION**

By: _____
Name:  Benjamin M. Sullivan
Title:    Executive Vice President and
          General Counsel

**EDGEMARC ENERGY HOLDINGS, LLC**

By: _____
Name: ALAN SHEPARD
Title: CFO

**EM SUBSIDIARIES:**

**EM Energy Manager, LLC**

By: _____
Name: ALAN SHEPARD
Title: CFO

**EM Energy Employer, LLC**

By: _____
Name: ALAN SHEPARD
Title: CFO

**EM Energy Ohio, LLC**

By: _____
Name: ALAN SHEPARD
Title: CFO

**EM Energy Pennsylvania, LLC**

By: _____
Name: ALAN SHEPARD
Title: CFO

**EM Energy West Virginia, LLC**

By: _____
Name: ALAN SHEPARD
Title: CFO

[Signature Page to Amendment to Asset Purchase Agreement]

**EM Energy Midstream Ohio, LLC**

By: _____

Name: ALAN SHEPARD

Title: CFO


**EM Energy Midstream Pennsylvania, LLC**

By: _____

Name: ALAN SHEPARD

Title: CFO


**EM Energy Keystone, LLC**

By: _____

Name: ALAN SHEPARD

Title: CFO


[Signature Page to Amendment to Asset Purchase Agreement]

**<u>Exhibit A-1</u>**

Assigned Leases and Interests

[ See attached ]

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | Exhibit | LEASE PAYMENT STATUS | Lease Type | Payment Due Date | Net acres Primary Term | Payment Amount | Unit Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104115000 | LEASE-OIL AND GAS | WANDA C. GRAHAM AND WILLIAM G. GRAHAM, SURVIVORSHI | EM Energy Ohio, LLC | 2.01 | 2.01 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/15/2013 | 3/14/2019 | MONROE | Paid | Active | 201300070994 | 41558 | 254 | 490 | A-1 | | Delay Rental | | | HBP | 104115000_VALENKA CENTRAL |
| 104272000 | LEASE-OIL AND GAS | JOHN CHRISTMAN | EM Energy Ohio, LLC | 39.25 | 39.25 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300068577 | 41437 | 244 | 763 | A-1 | | Delay Rental | | | HBP | Valenka |
| 104276000 | LEASE-OIL AND GAS | JUDY BOYD | EM Energy Ohio, LLC | 3.006 | 3.006 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300071005 | 41437 | 254 | 535 | A-1 | | Delay Rental | | | HBP | 104276000_VALENKA EAST |
| 104277000 | LEASE-OIL AND GAS | BILL COVERT AND DEBRA COVERT, H/W, ETAL | EM Energy Ohio, LLC | 116.669 | 116.669 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300068589 | 41437 | 244 | 822 | A-1 | | Delay Rental | | | HBP | 104277000_VALENKA CENTRAL VALENKA EAST ZORIN WEST |
| 104724000 | LEASE-OIL AND GAS | ALEATHEA I. KAMPRAS AND STEPHEN R. JONES, W/H | EM Energy Ohio, LLC | 3.52 | 3.52 | Net Royalty Interes | 0.125 | 1 | 0.875 | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300072250 | 41617 | 259 | 664 | A-1 | | Delay Rental | | | HBP | 104724000_VALENKA CENTRAL VALENKA EAST |
| 104902000 | LEASE-OIL AND GAS | JASON D. HUNTSMAN | EM Energy Ohio, LLC | 49.4 | 49.4 | Net Royalty Interes | 0.125 | 1 | 0.875 | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300068581 | 41437 | 244 | 780 | A-1 | | Delay Rental | | | HBP | 104902000_VALENKA CENTRAL VALENKA EAST |
| 105486000 | LEASE-OIL AND GAS | MICHAEL R. YOUNG | EM Energy Ohio, LLC | 23.237 | 23.237 | Net Royalty Interes | 0.125 | 1 | 0.875 | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201600090289 | 42628 | 340 | 952 | A-1 | | Delay Rental | | | HBP | 105486000_VALENKA CENTRAL VALENKA EAST |
| 104505000 | LEASE-OIL AND GAS | AMBER D. LEE | EM Energy Ohio, LLC | 4.5 | 4.5 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/20/2013 | 3/20/2019 | MONROE | Paid | Active | 201300067547 | 41380 | 240 | 111 | A-1 | | Delay Rental | | | HBP | Valenka |
| 104273000 | LEASE-OIL AND GAS | GARY BARRETT AND BEVERLY BARRETT, SURVIVORSHIP | EM Energy Ohio, LLC | 51.795 | 51.795 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067577 | 41380 | 240 | 261 | A-1 | | Delay Rental | | | HBP | Valenka |
| 104501000 | LEASE-OIL AND GAS | BRUCE A. SAFREED AND CONNIE F. SAFREED, H/W | EM Energy Ohio, LLC | 47.164 | 47.164 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067601 | 41380 | 240 | 382 | A-1 | | Delay Rental | | | HBP | 104501000_VALENKA CENTRAL |
| 104691000 | LEASE-OIL AND GAS | LINDA MAE SNODGRASS | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067536 | 41380 | 240 | 56 | A-1 | | Delay Rental | | | HBP | 104691000_VALENKA EAST |
| 105312000 | LEASE-OIL AND GAS | CHRISTOPHER E. BINEGAR AND ANGELA M. BINEGAR, H/W | EM Energy Ohio, LLC | 2.606 | 2.606 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067575 | 41380 | 240 | 251 | A-1 | | Delay Rental | | | HBP | 105312000_VALENKA CENTRAL |
| 104909000 | LEASE-OIL AND GAS | MICHAEL E. COVERT AND RHONDA COVERT, H/W | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/28/2013 | 3/28/2019 | MONROE | Paid | Active | 201300067533 | 41380 | 240 | 41 | A-1 | | Delay Rental | | | HBP | 104909000_ZORIN WEST |
| 104683000 | LEASE-OIL AND GAS | CHARLOTTE MCCOY | EM Energy Ohio, LLC | 75.33 | 75.33 | Net Royalty Interes | 0.18 | 1 | 0.82 | 4/19/2013 | 4/19/2013 | 4/19/2019 | MONROE | Partial Paid | Active | 201400073421 | 41677 | 265 | 140 | A-1 | | Delay Rental | | | HBP | 104683000_VALENKA CENTRAL VALENKA EAST ZORIN WEST |
| 105106000 | LEASE-OIL AND GAS | BRUNER LAND COMPANY, INC. | EM Energy Ohio, LLC | 94.931 | 94.931 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/25/2013 | 4/25/2013 | 4/25/2019 | MONROE | Paid | Active | 201300068597 | 41437 | 244 | 877 | A-1 | | Delay Rental | | | HBP | 105106000_VALENKA EAST ZORIN WEST |
| 107526001 | LEASE-OIL AND GAS | Cheryl E & Gary W Truax | EM Energy Ohio, LLC | 59.25 | 7.40625 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/26/2013 | 4/26/2013 | 4/26/2019 | MONROE | Paid | Active | 201400079294 | 41943 | 289 | 252 | A-1 | | Delay Rental | | | HBP | 107526001_VALENKA CENTRAL |
| 107526004 | LEASE-OIL AND GAS | Paul Cline, an unmarried person | EM Energy Ohio, LLC | 59.25 | 7.40625 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/26/2013 | 4/26/2013 | 4/26/2019 | MONROE | Paid | Active | 201300071004 | 41558 | 254 | 530 | A-1 | | Delay Rental | | | HBP | 107526004_VALENKA CENTRAL |
| 107526002 | LEASE-OIL AND GAS | David Cline and Elsie L. Cline, H/W | EM Energy Ohio, LLC | 59.25 | 7.40625 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/9/2013 | 5/9/2013 | 5/9/2019 | MONROE | Paid | Active | 201400079293 | 41943 | 289 | 246 | A-1 | | Delay Rental | | | HBP | 107526002_VALENKA CENTRAL |
| 104877000 | LEASE-OIL AND GAS | JAMES J. HUPP, A SINGLE PERSON | EM Energy Ohio, LLC | 22 | 22 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/31/2013 | 5/31/2013 | 5/31/2019 | MONROE | Paid | Active | 201300071614 | 41583 | 257 | 19 | A-1 | | Delay Rental | | | HBP | 104877000_VALENKA EAST ZORIN WEST |
| 107526005 | LEASE-OIL AND GAS | Jeffrey & Janis Watson, Richard & Teresa, D. Clark | EM Energy Ohio, LLC | 59.25 | 7.406843 | Net Royalty Interes | 0.19 | 1 | 0.81 | 9/1/2013 | 9/1/2013 | 9/1/2019 | MONROE | Paid | Active | 201400079343 | 41946 | 289 | 428 | A-1 | | Delay Rental | | | HBP | 107526005_VALENKA CENTRAL |
| 108141000 | LEASE-OIL AND GAS | Richard J. Sexton and Mona Marie Sexton | Eclipse Resources I, LP | 13.5 | 13.5 | Net Royalty Interes | 0.2 | 1 | 0.8 | 9/24/2012 | 9/24/2012 | 9/23/2019 | MONROE | Paid | Active | 201200064076 | 41191 | 228 | 400 | A-1 | | Delay Rental | 9/23/2019 | 13.5 | $ 13,194.90 | 108141000_ODDJOB WEST |
| 107586000 | LEASE-OIL AND GAS | John Christman, single (16.668%) | EM Energy Ohio, LLC | 2.5 | 0.4167 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/30/2014 | 10/30/2014 | 10/29/2019 | MONROE | Paid | Active | 201500082431 | 42123 | 303 | 864 | A-1 | | Paid-Up | 10/29/2019 | 0.4167 | $ 2,500.20 | 107586000_ |
| 107222000 | LEASE-OIL AND GAS | Fred Binegar, et al | EM Energy Ohio, LLC | 1.71 | 1.71 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/30/2013 | 10/30/2013 | 10/30/2019 | MONROE | Paid | Active | 201400074241 | 41715 | 269 | 123 | A-1 | | Paid-Up | 10/30/2019 | 1.71 | $ 2,052.00 | 107222000_ |
| 107589002 | LEASE-OIL AND GAS | Lydia D. Aucoin and Phillip J. Aucoin, H/W | EM Energy Ohio, LLC | 43 | 10.75 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/31/2014 | 10/31/2014 | 10/30/2019 | MONROE | Paid | Active | 201500082048 | 42101 | 301 | 453 | A-1 | | Paid-Up | 10/30/2019 | 10.75 | $ 64,500.00 | 107589002_ |
| 107589001 | LEASE-OIL AND GAS | Carl E. Dye and Marrene L . Dye, H/W | EM Energy Ohio, LLC | 43 | 10.75 | Net Royalty Interes | 0.2 | 1 | 0.8 | 11/3/2014 | 11/3/2014 | 11/2/2019 | MONROE | Paid | Active | 201500082047 | 42101 | 301 | 451 | A-1 | | Paid-Up | 11/2/2019 | 10.75 | $ 64,500.00 | 107589001_ |
| 107589003 | LEASE-OIL AND GAS | Betty J. Daniel, widow | EM Energy Ohio, LLC | 43 | 3.580008 | Net Royalty Interes | 0.2 | 1 | 0.8 | 11/12/2014 | 11/12/2014 | 11/11/2019 | MONROE | Paid | Active | 201500082049 | 42101 | 301 | 455 | A-1 | | Paid-Up | 11/11/2019 | 3.580008 | $ 21,480.05 | 107589003_ |
| 107589006 | LEASE-OIL AND GAS | Shirey A. Porter, divorced | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interes | 0.2 | 1 | 0.8 | 11/12/2014 | 11/12/2014 | 11/11/2019 | MONROE | Paid | Active | 201500082050 | 42101 | 301 | 457 | A-1 | | Paid-Up | 11/11/2019 | 1.791595 | $ 10,749.57 | 107589006_ |
| 107589004 | LEASE-OIL AND GAS | Vicky D. Cleary, divorced | EM Energy Ohio, LLC | 43 | 1.194398 | Net Royalty Interes | 0.2 | 1 | 0.8 | 11/19/2014 | 11/19/2014 | 11/18/2019 | MONROE | Paid | Active | | 43495 | 388 | 2371 | A-1 | | Paid-Up | 11/18/2019 | 1.194398 | $ 7,166.39 | 107589004_ |
| 107589005 | LEASE-OIL AND GAS | Margarett Kerr, a widow | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interes | 0.2 | 1 | 0.8 | 11/19/2014 | 11/19/2014 | 11/18/2019 | MONROE | Paid | Active | | 43495 | 388 | 2363 | A-1 | | Paid-Up | 11/18/2019 | 1.791595 | $ 10,749.57 | 107589005_ |
| 108126000 | LEASE-OIL AND GAS | J & D Land Group LTD | Eclipse Resources I, LP | 19.711 | 19.711 | Net Royalty Interes | 0.2 | 1 | 0.8 | 11/19/2012 | 11/19/2012 | 11/19/2019 | MONROE | Paid | Active | 201200065321 | 41250 | 232 | 574 | A-1 | | Delay Rental | 11/19/2019 | 19.711 | $ 19,265.53 | 108126000_ |
| 107589012 | LEASE-OIL AND GAS | Richard L. Dye and Lois G. Dye, husband and wife | EM Energy Ohio, LLC | 43 | 1.1944 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/3/2014 | 12/3/2014 | 12/2/2019 | MONROE | Paid | Active | | 43495 | 388 | 2367 | A-1 | | Paid-Up | 12/2/2019 | 1.1944 | $ 7,166.40 | 107589012_ |
| 107589009 | LEASE-OIL AND GAS | Donna M. Kerr, divorced | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/13/2014 | 12/13/2014 | 12/12/2019 | MONROE | Paid | Active | | 43495 | 388 | 2361 | A-1 | | Paid-Up | 12/12/2019 | 1.791595 | $ 10,749.57 | 107589009_ |
| 107589011 | LEASE-OIL AND GAS | Aaron W. Kerr and Douglas B. Kiefuff, married | EM Energy Ohio, LLC | 43 | 0.895819 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/13/2014 | 12/13/2014 | 12/12/2019 | MONROE | Paid | Active | | 43495 | 388 | 2365 | A-1 | | Paid-Up | 12/12/2019 | 0.895819 | $ 5,374.91 | 107589011_ |
| 107589007 | LEASE-OIL AND GAS | Donna M. Wheeler & Ronnie L. Wheeler, H/W | EM Energy Ohio, LLC | 43 | 1.194411 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/17/2014 | 12/17/2014 | 12/16/2019 | MONROE | Paid | Active | | 43495 | 388 | 2359 | A-1 | | Paid-Up | 12/16/2019 | 1.194411 | $ 7,166.47 | 107589007_ |
| 107204000 | LEASE-OIL AND GAS | Stephen R. Dennis and Sandra L. Dennis, h/w | EM Energy Ohio, LLC | 5.921 | 5.921 | Net Royalty Interes | 0.19 | 1 | 0.81 | 12/17/2013 | 12/17/2013 | 12/17/2019 | MONROE | Paid | Active | 201400003294 | 41760 | 563 | 689 | A-1 | | Paid-Up | 12/17/2019 | 5.921 | $ 5,921.00 | 107204000_ |
| 107205000 | LEASE-OIL AND GAS | Stephen R. Dennis and Sandra L. Dennis, h/w | EM Energy Ohio, LLC | 7.572 | 7.572 | Net Royalty Interes | 0.19 | 1 | 0.81 | 12/17/2013 | 12/17/2013 | 12/17/2019 | MONROE | Paid | Active | 201400003295 | 41760 | 563 | 691 | A-1 | | Paid-Up | 12/17/2019 | 7.572 | $ 7,572.00 | 107205000_ |
| 107628000 | LEASE-OIL AND GAS | Resource Minerals Headwater I, LP | EM Energy Ohio, LLC | 24.924 | 24.924 | Gross Royalty Inter | 0.2 | 1 | 0.8 | 12/23/2014 | 12/23/2014 | 12/22/2019 | MONROE | Paid | Active | 201500080657 | 42018 | 295 | 356 | A-1 | | Paid-Up | 12/22/2019 | 24.924 | $ 174,468.00 | 107628000_ |
| 107589010 | LEASE-OIL AND GAS | Mary A. Copus and Charles W. Copus, W/H | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/26/2014 | 12/26/2014 | 12/25/2019 | MONROE | Paid | Active | | 43495 | 388 | 2369 | A-1 | | Paid-Up | 12/25/2019 | 1.791595 | $ 10,749.57 | 107589010_ |
| 107589008 | LEASE-OIL AND GAS | Betty L. Rose and Donald F. Sander, W/H | EM Energy Ohio, LLC | 43 | 1.791595 | Net Royalty Interes | 0.2 | 1 | 0.8 | 1/5/2015 | 1/5/2015 | 1/4/2020 | MONROE | Paid | Active | | 43495 | 388 | 2357 | A-1 | | Paid-Up | 1/4/2020 | 1.791595 | $ 10,749.57 | 107589008_ |
| 107729000 | LEASE-OIL AND GAS | David H. White, married | EM Energy Ohio, LLC | 12.821 | 12.821 | Gross Royalty Inter | 0.2 | 1 | 0.8 | 2/19/2015 | 2/19/2015 | 2/18/2020 | WASHINGTO | Paid | Active | 201500004032 | 42165 | 582 | 1697 | A-1 | | Paid-Up | 2/18/2020 | 12.85919131 | $ 57,866.36 | 107729000_ |
| 107706000 | LEASE-OIL AND GAS | Michael R. Dean and Deborah A. Dean | EM Energy Ohio, LLC | 0.6 | 0.6 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/9/2015 | 3/9/2015 | 3/8/2020 | WASHINGTO | Paid | Active | 201500006095 | 42235 | 586 | 638 | A-1 | | Paid-Up | 3/8/2020 | 0.6 | $ 2,100.00 | 107706000_ |
| 107707000 | LEASE-OIL AND GAS | Sharon A. Estadt, a widow | EM Energy Ohio, LLC | 0.3804 | 0.3804 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/10/2015 | 3/10/2015 | 3/9/2020 | WASHINGTO | Paid | Active | 201500006099 | 42235 | 586 | 648 | A-1 | | Paid-Up | 3/9/2020 | 0.312979487 | $ 1,251.92 | 107707000_ |
| 107725000 | LEASE-OIL AND GAS | Paul S. Jenks and Melissa Jenks fka Melissa Lauer | EM Energy Ohio, LLC | 0.5 | 0.5 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/16/2015 | 3/16/2015 | 3/15/2020 | WASHINGTO | Paid | Active | 201500006094 | 42235 | 586 | 636 | A-1 | | Paid-Up | 3/15/2020 | 0.533333333 | $ 1,866.67 | 107725000_ |
| 107726000 | LEASE-OIL AND GAS | Lester Ray Lauer, Jr., widower | EM Energy Ohio, LLC | 0.2487 | 0.2487 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/18/2015 | 3/18/2015 | 3/17/2020 | WASHINGTO | Paid | Active | 201500006098 | 42235 | 586 | 646 | A-1 | | Paid-Up | 3/17/2020 | 0.198333333 | $ 793.33 | 107726000_ |
| 107727000 | LEASE-OIL AND GAS | Mark A. Greathouse and Angela L. Greathouse, H/W | EM Energy Ohio, LLC | 0.3276 | 0.3276 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/18/2015 | 3/18/2015 | 3/17/2020 | WASHINGTO | Paid | Active | 201500006101 | 42235 | 586 | 653 | A-1 | | Paid-Up | 3/17/2020 | 0.262214286 | $ 1,048.86 | 107727000_ |
| 107340002 | LEASE-OIL AND GAS | Vikki Hickman | EM Energy Ohio, LLC | 7.016 | 3.508 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/22/2014 | 3/22/2014 | 3/22/2020 | MONROE | Paid | Active | 201400077863 | 41877 | 283 | 268 | A-1 | | Paid-Up | 3/22/2020 | 3.508 | $ 3,928.96 | 107340002_ |
| 107728000 | LEASE-OIL AND GAS | Bernard L. Montgomery and Carol J. Montgomery, H/W | EM Energy Ohio, LLC | 0.6 | 0.6 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/24/2015 | 3/24/2015 | 3/23/2020 | WASHINGTO | Paid | Active | 201500006100 | 42235 | 586 | 651 | A-1 | | Paid-Up | 3/23/2020 | 0.575342466 | $ 2,301.37 | 107728000_ |
| 109059000 | LEASE-OIL AND GAS | Bruner Land Company, Inc. an Ohio Corporation | EM Energy Ohio, LLC | 20.111 | 10.0555 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/27/2019 | 3/27/2019 | 3/27/2020 | MONROE | In Title | Active | | 4/12/2019 | 391 | 1211 | A-1 | | Delay Rental | 3/27/2020 | 8.81 | $ 9,304.09 | 109059000_MOONRAKER B |
| 107731000 | LEASE-OIL AND GAS | Megan Morris, single | EM Energy Ohio, LLC | 0.497 | 0.497 | Net Royalty Interes | 0.18 | 1 | 0.82 | 4/1/2015 | 4/1/2015 | 3/31/2020 | WASHINGTO | Paid | Active | 201500006096 | 42235 | 586 | 641 | A-1 | | Paid-Up | 3/31/2020 | 0.402714286 | $ 1,812.21 | 107731000_ |
| 107732000 | LEASE-OIL AND GAS | Robert M. Heslop, single | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interes | 0.18 | 1 | 0.82 | 4/1/2015 | 4/1/2015 | 3/31/2020 | WASHINGTO | Paid | Active | 201500006097 | 42235 | 586 | 644 | A-1 | | Paid-Up | 3/31/2020 | 1.018518519 | $ 4,583.33 | 107732000_ |
| 107851000 | LEASE-OIL AND GAS | Debora L. Haas, et al | EM Energy Ohio, LLC | 0.733 | 0.733 | Net Royalty Interes | 0.18 | 1 | 0.82 | 4/7/2015 | 4/7/2015 | 4/6/2020 | WASHINGTO | Paid | Active | 201500006102 | 42235 | 586 | 656 | A-1 | | Paid-Up | 4/6/2020 | 0.59614899 | $ 2,384.60 | 107851000_ |
| 107900000 | LEASE-OIL AND GAS | Robert and Linda Masters, a married couple | EM Energy Ohio, LLC | 0.577 | 0.577 | Net Royalty Interes | 0.18 | 1 | 0.82 | 4/18/2015 | 4/18/2015 | 4/17/2020 | WASHINGTO | Paid | Active | 201500007113 | 42275 | 587 | 2627 | A-1 | | Paid-Up | 4/17/2020 | 0.678333333 | $ 2,713.33 | 107900000_ |
| 107974000 | LEASE-OIL AND GAS | Eric J. Brown and Bethany L Brown,H/W | EM Energy Ohio, LLC | 5.459 | 5.459 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/1/2015 | 5/1/2015 | 4/30/2020 | WASHINGTO | Paid | Active | 201500007114 | 42275 | 587 | 2631 | A-1 | | Paid-Up | 4/30/2020 | 5.508606827 | $ 22,034.43 | 107974000_ |
| 107998000 | LEASE-OIL AND GAS | D. Jeraldine Lowe, a widow | EM Energy Ohio, LLC | 0.252 | 0.083992 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/8/2015 | 5/8/2015 | 5/7/2020 | WASHINGTO | Paid | Active | 201500007410 | 42284 | 588 | 1235 | A-1 | | Paid-Up | 5/7/2020 | 0.075775391 | $ 303.10 | 107998000_ |
| 107999000 | LEASE-OIL AND GAS | William L. Kidd an Janet L. Kidd, husband and wife | EM Energy Ohio, LLC | 5.779 | 5.779 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/12/2015 | 5/12/2015 | 5/11/2020 | WASHINGTO | Paid | Active | 201500007118 | 42275 | 587 | 2640 | A-1 | | Paid-Up | 5/11/2020 | 5.096898692 | $ 20,387.59 | 107999000_ |
| 107995000 | LEASE-OIL AND GAS | Lawrence R. Burer and Barbara A. Burer, married | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/13/2015 | 5/13/2015 | 5/12/2020 | WASHINGTO | Paid | Active | 201500007117 | 42275 | 587 | 2638 | A-1 | | Paid-Up | 5/12/2020 | 0.203461538 | $ 813.85 | 107995000_ |
| 107997000 | LEASE-OIL AND GAS | Gisele Miller, single | EM Energy Ohio, LLC | 0.242 | 0.242 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/13/2015 | 5/13/2015 | 5/12/2020 | WASHINGTO | Paid | Active | 201500007115 | 42275 | 587 | 2633 | A-1 | | Paid-Up | 5/12/2020 | 0.191666667 | $ 766.67 | 107997000_ |
| 108000000 | LEASE-OIL AND GAS | Ellen O'Brien, single | EM Energy Ohio, LLC | 1.273 | 1.273 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/14/2015 | 5/14/2015 | 5/13/2020 | WASHINGTO | Paid | Active | 201500007119 | 42275 | 587 | 2643 | A-1 | | Paid-Up | 5/13/2020 | 1.325320648 | $ 5,301.28 | 108000000_ |
| 108001000 | LEASE-OIL AND GAS | Ronald D. Hebert and Jeanie I. Hebert, married | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/15/2015 | 5/15/2015 | 5/14/2020 | WASHINGTO | Paid | Active | 201500007120 | 42275 | 587 | 2646 | A-1 | | Paid-Up | 5/14/2020 | 0.203461538 | $ 813.85 | 108001000_ |
| 108062000 | LEASE-OIL AND GAS | James M. Hendershot and Younghee Hendershot, H/W | EM Energy Ohio, LLC | 0.115 | 0.115 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/15/2015 | 5/15/2015 | 5/14/2020 | WASHINGTO | Paid | Active | 201500007116 | 42275 | 587 | 2636 | A-1 | | Paid-Up | 5/14/2020 | 0.115 | $ 460.00 | 108062000_ |
| 107994000 | LEASE-OIL AND GAS | Village of Lower Salem | EM Energy Ohio, LLC | 4.51 | 4.51 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/20/2015 | 5/20/2015 | 5/19/2020 | WASHINGTO | Paid | Active | 201500007121 | 42275 | 587 | 2648 | A-1 | | Paid-Up | 5/19/2020 | 4.3486538 | $ 17,394.62 | 107994000_ |
| 107178000 | LEASE-OIL AND GAS | Garnie Miller and Charity M. Miller, h/w | EM Energy Ohio, LLC | 1.146 | 1.146 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/21/2015 | 5/21/2015 | 5/20/2020 | WASHINGTO | Paid | Active | 201500007416 | 42284 | 588 | 1249 | A-1 | | Paid-Up | 5/20/2020 | 1.105988083 | $ 4,423.95 | 107178000_ |
| 107658000 | LEASE-OIL AND GAS | Jerome R. Long, a widower | EM Energy Ohio, LLC | 136.62 | 136.62 | Gross Royalty Inter | 0.18 | 1 | 0.82 | 5/21/2015 | 5/21/2015 | 5/21/2020 | WASHINGTO | Paid | Active | 201500004463 | 42180 | 583 | 876 | A-1 | | Paid-Up | 5/21/2020 | 136.5751318 | $ 751,163.23 | 107658000_ |
| 108002000 | LEASE-OIL AND GAS | John W. Erb and Barbara A. Erb, husband and wife | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/22/2015 | 5/22/2015 | 5/21/2020 | WASHINGTO | Paid | Active | 201500007414 | 42284 | 588 | 1245 | A-1 | | Paid-Up | 5/21/2020 | 0.279285714 | $ 1,117.14 | 108002000_ |
| 108003000 | LEASE-OIL AND GAS | Aaron W. Erb and Michelle L. Kiefer-Erb, married | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/22/2015 | 5/22/2015 | 5/21/2020 | WASHINGTO | Paid | Active | 201500007408 | 42284 | 588 | 1231 | A-1 | | Paid-Up | 5/21/2020 | 0.165128205 | $ 660.51 | 108003000_ |
| 108004000 | LEASE-OIL AND GAS | Damien Posey and Tonya Posey, Married | EM Energy Ohio, LLC | 1.648 | 1.648 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/22/2015 | 5/22/2015 | 5/21/2020 | WASHINGTO | Paid | Active | 201500007413 | 42284 | 588 | 1242 | A-1 | | Paid-Up | 5/21/2020 | 1.67536189 | $ 6,701.45 | 108004000_ |
| 108005000 | LEASE-OIL AND GAS | R. Dean Gerber and Barbara Gerber, H/W | EM Energy Ohio, LLC | 0.066 | 0.066 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/26/2015 | 5/26/2015 | 5/25/2020 | WASHINGTO | Paid | Active | 201500007403 | 42284 | 588 | 1220 | A-1 | | Paid-Up | 5/25/2020 | 0.073333333 | $ 293.33 | 108005000_ |
| 108007000 | LEASE-OIL AND GAS | Gary Hughey, a widow | EM Energy Ohio, LLC | 0.458 | 0.458 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/26/2015 | 5/26/2015 | 5/25/2020 | WASHINGTO | Paid | Active | 201500007407 | 42284 | 588 | 1228 | A-1 | | Paid-Up | 5/25/2020 | 0.327142857 | $ 1,308.57 | 108007000_ |
| 108013000 | LEASE-OIL AND GAS | R. Dean Gerber & Barbara Gerber, H/W, for their NL | EM Energy Ohio, LLC | 1.588 | 1.588 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/26/2015 | 5/26/2015 | 5/25/2020 | WASHINGTO | Paid | Active | 201500007401 | 42284 | 588 | 1214 | A-1 | | Paid-Up | 5/25/2020 | 1.623897436 | $ 6,495.59 | 108013000_ |
| 108032000 | LEASE-OIL AND GAS | Mark O'Brien and Marianna M. O'Brien, H/W, et al | EM Energy Ohio, LLC | 6.8819 | 6.8819 | Net Royalty Interes | 0.2 | 1 | 0.8 | 5/26/2015 | 5/26/2015 | 5/25/2020 | WASHINGTO | Paid | Active | 201500007411 | 42284 | 588 | 1237 | A-1 | | Paid-Up | 5/25/2020 | 6.699187631 | $ 30,146.34 | 108032000_ |
| 108011000 | LEASE-OIL AND GAS | Jerry E. Mincks and Barbara L. Mincks, H/W | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/27/2015 | 5/27/2015 | 5/26/2020 | WASHINGTO | Paid | Active | 201500007404 | 42284 | 588 | 1222 | A-1 | | Paid-Up | 5/26/2020 | 0.210833333 | $ 843.33 | 108011000_ |
| 108066000 | LEASE-OIL AND GAS | John G. Parks, a single man | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/27/2015 | 5/27/2015 | 5/26/2020 | WASHINGTO | Paid | Active | 201500007406 | 42284 | 588 | 1226 | A-1 | | Paid-Up | 5/26/2020 | 0.209090909 | $ 836.36 | 108066000_ |
| 108042000 | LEASE-OIL AND GAS | Estate of Roy Rexall Yates, by Virgil David Erb | EM Energy Ohio, LLC | 3.21 | 3.21 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/28/2015 | 5/28/2015 | 5/27/2020 | WASHINGTO | Paid | Active | 201500007112 | 42275 | 587 | 2625 | A-1 | | Paid-Up | 5/27/2020 | 3.172674419 | $ 14,277.03 | 108042000_ |
| 108012000 | LEASE-OIL AND GAS | Wilbert D. Antill and Joyce R. Antill, H/W | EM Energy Ohio, LLC | 0.23 | 0.23 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/29/2015 | 5/29/2015 | 5/28/2020 | WASHINGTO | Paid | Active | 201500007415 | 42284 | 588 | 1247 | A-1 | | Paid-Up | 5/28/2020 | 0.242777778 | $ 971.11 | 108012000_ |
| 108043000 | LEASE-OIL AND GAS | David E. Brightbill, a widower | EM Energy Ohio, LLC | 1.302 | 1.302 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/29/2015 | 5/29/2015 | 5/28/2020 | WASHINGTO | Paid | Active | 201500007409 | 42284 | 588 | 1233 | A-1 | | Paid-Up | 5/28/2020 | 1.378588235 | $ 5,514.35 | 108043000_ |
| 108067000 | LEASE-OIL AND GAS | James Settlage and Carrie D. Settlage, H/W | EM Energy Ohio, LLC | 0.5385 | 0.5385 | Net Royalty Interes | 0.18 | 1 | 0.82 | 5/30/2015 | 5/30/2015 | 5/29/2020 | WASHINGTO | Paid | Active | 201500007405 | 42284 | 588 | 1224 | A-1 | | Paid-Up | 5/29/2020 | 0.559812709 | $ 2,239.25 | 108067000_ |
| 107989000 | LEASE-OIL AND GAS | Thomas H. Fagan and Kate S. Fagan, H/W | EM Energy Ohio, LLC | 0.1332 | 0.1332 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/1/2015 | 6/1/2015 | 5/31/2020 | WASHINGTO | Paid | Active | 201500007402 | 42284 | 588 | 1218 | A-1 | | Paid-Up | 5/31/2020 | 0.102461538 | $ 409.85 | 107989000_ |
| 108044000 | LEASE-OIL AND GAS | Gerald A. Smith and Myra L. Noe-Smith, H/W | EM Energy Ohio, LLC | 0.1107 | 0.1107 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/3/2015 | 6/3/2015 | 6/2/2020 | WASHINGTO | Paid | Active | 201500007412 | 42284 | 588 | 1240 | A-1 | | Paid-Up | 6/2/2020 | 0.100636364 | $ 452.86 | 108044000_ |
| 108040000 | LEASE-OIL AND GAS | Jerry Ellis, divorced | EM Energy Ohio, LLC | 2.777 | 2.777 | Net Royalty Interes | 0.2 | 1 | 0.8 | 6/5/2015 | 6/5/2015 | 6/4/2020 | MONROE | Paid | Active | 201500085555 | 42326 | 319 | 749 | A-1 | | Paid-Up | 6/4/2020 | 2.777 | $ 13,885.00 | 108040000_ |
| 108036000 | LEASE-OIL AND GAS | Leonard M. Hill, Sr. and Carolina S. Hill, H/W | EM Energy Ohio, LLC | 0.254 | 0.254 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/10/2015 | 6/10/2015 | 6/9/2020 | WASHINGTO | Paid | Active | 201500008582 | 42327 | 590 | 1514 | A-1 | | Paid-Up | 6/9/2020 | 0.197142857 | $ 788.57 | 108036000_ |
| 108045000 | LEASE-OIL AND GAS | Russell E. Casseday and Sarah L. Casseday, h/w | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/10/2015 | 6/10/2015 | 6/9/2020 | WASHINGTO | Paid | Active | 201500008581 | 42327 | 1512 | 2 | A-1 | | Paid-Up | 6/9/2020 | 0.967741935 | $ 3,870.97 | 108045000_ |
| 108046000 | LEASE-OIL AND GAS | Lower Salem Properties, LLC | EM Energy Ohio, LLC | 0.276 | 0.276 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/10/2015 | 6/10/2015 | 6/9/2020 | WASHINGTO | Paid | Active | 201500008580 | 42327 | 590 | 1510 | A-1 | | Paid-Up | 6/9/2020 | 0.269494949 | $ 1,077.98 | 108046000_ |
| 108061000 | LEASE-OIL AND GAS | Church of Christ at Warner, by Timothy B. Stewart | EM Energy Ohio, LLC | 1.26 | 1.26 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/17/2015 | 6/17/2015 | 6/16/2020 | WASHINGTO | Paid | Active | 201500008583 | 42327 | 590 | 1517 | A-1 | | Paid-Up | 6/16/2020 | 1.423307787 | $ 5,693.23 | 108061000_ |
| 108030000 | LEASE-OIL AND GAS | Angela Weddle, unmarried | EM Energy Ohio, LLC | 15.639 | 15.639 | Net Royalty Interes | 0.2 | 1 | 0.8 | 6/23/2015 | 6/23/2015 | 6/22/2020 | MONROE | Paid | Active | 201600086763 | 42409 | 325 | 442 | A-1 | | Paid-Up | 6/22/2020 | | HBP | 108030000_VALENKA EAST |
| 107996000 | LEASE-OIL AND GAS | Casey J. Strahler and Alicia C. Strahler, H/W | EM Energy Ohio, LLC | 0.592 | 0.592 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/24/2015 | 6/24/2015 | 6/23/2020 | WASHINGTO | Paid | Active | 201500008587 | 42327 | 1527 | 3 | A-1 | | Paid-Up | 6/23/2020 | 0.449760207 | $ 1,844.02 | 107996000_ |
| 108047000 | LEASE-OIL AND GAS | Jeffrey A. Mendenhall, single | EM Energy Ohio, LLC | 0.254 | 0.254 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/25/2015 | 6/25/2015 | 6/24/2020 | WASHINGTO | Paid | Active | 201500008584 | 42327 | 590 | 1521 | A-1 | | Paid-Up | 6/24/2020 | 0.256442308 | $ 1,051.41 | 108047000_ |
| 108031000 | LEASE-OIL AND GAS | Marilyn Williams & James Williams, et al | EM Energy Ohio, LLC | 206.301 | 206.301 | Net Royalty Interes | 0.2 | 1 | 0.8 | 6/25/2015 | 6/25/2015 | 6/24/2020 | MONROE | Paid | Active | 201600086762 | 42409 | 325 | 439 | A-1 | | Paid-Up | 6/24/2020 | | HBP | 108031000_VALENKA CENTRAL VALENKA EAST ZORIN WEST |
| 108017000 | LEASE-OIL AND GAS | David F. Miller and Selina A. Miller, H/W | EM Energy Ohio, LLC | 0.143 | 0.143 | Net Royalty Interes | 0.18 | 1 | 0.82 | 6/26/2015 | 6/26/2015 | 6/25/2020 | WASHINGTO | Paid | Active | 201500008586 | 42327 | 1525 | 2 | A-1 | | Paid-Up | 6/25/2020 | 0.115 | $ 483.00 | 108017000_ |
| 108033000 | LEASE-OIL AND GAS | Lower Salem Properties, L.L.C. | EM Energy Ohio, LLC | 0.446 | 0.446 | Net Royalty Interes | 0.18 | 1 | 0.82 | 7/4/2015 | 7/4/2015 | 7/3/2020 | WASHINGTO | Paid | Active | 201500008585 | 42327 | 590 | 1523 | A-1 | | Paid-Up | 7/3/2020 | 0.332823129 | $ 1,331.29 | 108033000_ |
| 108041000 | LEASE-OIL AND GAS | Robert Ellis, Jr. and Julie Ellis, h/w | EM Energy Ohio, LLC | 1.556 | 1.556 | Net Royalty Interes | 0.2 | 1 | 0.8 | 7/8/2015 | 7/8/2015 | 7/7/2020 | MONROE | Paid | Active | 201600087002 | 42426 | 326 | 595 | A-1 | | Paid-Up | 7/7/2020 | 1.556 | $ 7,780.00 | 108041000_ |
| 108074000 | LEASE-OIL AND GAS | Robert Ellis Jr. and Julie Ellis, H/W, et al | EM Energy Ohio, LLC | 2.986 | 2.986 | Net Royalty Interes | 0.2 | 1 | 0.8 | 7/8/2015 | 7/8/2015 | 7/8/2020 | MONROE | Paid | Active | 201500085556 | 42326 | 319 | 752 | A-1 | | Paid-Up | 7/8/2020 | 2.986 | $ 14,930.00 | 108074000_ |
| 108096001 | LEASE-OIL AND GAS | Stacy L. Craner and Cary Craner, wife and husband | EM Energy Ohio, LLC | 24.418 | 1.01701 | Net Royalty Interes | 0.19 | 1 | 0.81 | 11/28/2015 | 11/28/2015 | 11/27/2020 | MONROE | Partial Paid | Active | 201600087207 | 42439 | 327 | 418 | A-1 | | Paid-Up | 11/27/2020 | | HBP | Valenka |
| 108190001 | LEASE-OIL AND GAS | James F. Graham | EM Energy Ohio, LLC | 4.17 | 0.155 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/8/2016 | 3/8/2016 | 3/8/2021 | MONROE | Paid | Active | 201600088995 | 42545 | 335 | 405 | A-1 | | Paid-Up | 3/8/2021 | | HBP | 108190001_NICK NACK WEST |
| 108190002 | LEASE-OIL AND GAS | John P. and Tammy Ann Gibson | EM Energy Ohio, LLC | 4.17 | 0.155 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/8/2016 | 3/8/2016 | 3/8/2021 | MONROE | Paid | Active | 201600088994 | 42545 | 335 | 403 | A-1 | | Paid-Up | 3/8/2021 | | HBP | 108190002_NICK NACK WEST |
| 108235003 | LEASE-OIL AND GAS | Robert William & Annette Teeman | EM Energy Ohio, LLC | 119.239 | 29.142012 | Net Royalty Interes | 0.17 | 1 | 0.83 | 9/20/2016 | 9/20/2016 | 9/20/2021 | MONROE | Paid | Active | 201700092559 | 42774 | 350 | 611 | A-1 | | Paid-Up | 9/20/2021 | 16.839649 | $ 8,419.82 | 108235003_ |
| 108235005 | LEASE-OIL AND GAS | Benjamin Barlow | EM Energy Ohio, LLC | 119.239 | 7.070873 | Net Royalty Interes | 0.17 | 1 | 0.83 | 9/22/2016 | 9/22/2016 | 9/21/2021 | MONROE | Paid | Active | 201700092557 | 42774 | 350 | 605 | A-1 | | Paid-Up | 9/21/2021 | 4.085889 | $ 2,042.94 | 108235005_ |
| 108235009 | LEASE-OIL AND GAS | Janette E. & Stanley M. Twarog | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interes | 0.17 | 1 | 0.83 | 9/26/2016 | 9/26/2016 | 9/25/2021 | MONROE | Paid | Active | 201700092553 | 42774 | 350 | 593 | A-1 | | Paid-Up | 9/25/2021 | 0.509875 | $ 254.94 | 108235009_ |
| 108235008 | LEASE-OIL AND GAS | Nancy M. Keely | EM Energy Ohio, LLC | 119.239 | 4.411843 | Net Royalty Interes | 0.17 | 1 | 0.83 | 9/27/2016 | 9/27/2016 | 9/26/2021 | MONROE | Paid | Active | 201700092554 | 42774 | 350 | 596 | A-1 | | Paid-Up | 9/26/2021 | 2.549374 | $ 1,274.69 | 108235008_ |
| 108235006 | LEASE-OIL AND GAS | James Ridgeway & Heidi Garbesi | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interes | 0.17 | 1 | 0.83 | 9/30/2016 | 9/30/2016 | 9/29/2021 | MONROE | Paid | Active | 201700092556 | 42774 | 350 | 602 | A-1 | | Paid-Up | 9/29/2021 | 0.509875 | $ 254.94 | 108235006_ |
| 108235007 | LEASE-OIL AND GAS | John A. & Jamie J. Ridgeway | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interes | 0.17 | 1 | 0.83 | 9/30/2016 | 9/30/2016 | 9/29/2021 | MONROE | Paid | Active | 201700092555 | 42774 | 350 | 599 | A-1 | | Paid-Up | 9/29/2021 | 0.509875 | $ 254.94 | 108235007_ |
| 108217000 | LEASE-OIL AND GAS | Danielle M. Weddle | EM Energy Ohio, LLC | 3.48 | 3.48 | Net Royalty Interes | 0.18 | 1 | 0.82 | 10/1/2016 | 10/1/2016 | 9/30/2021 | MONROE | Paid | Active | 201600091186 | 42688 | 344 | 845 | A-1 | | Paid-Up | 9/30/2021 | | HBP | 108217000_VALENKA EAST |
| 108235004 | LEASE-OIL AND GAS | Rebecca B Barlow | EM Energy Ohio, LLC | 119.239 | 7.070873 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/6/2016 | 10/6/2016 | 10/5/2021 | MONROE | Paid | Active | 201700092558 | 42774 | 350 | 608 | A-1 | | Paid-Up | 10/5/2021 | 4.085889 | $ 2,042.94 | 108235004_ |
| 108096003 | LEASE-OIL AND GAS | David E. Winkel | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/7/2016 | 10/7/2016 | 10/6/2021 | MONROE | Paid | Active | 201600091192 | 42688 | 344 | 857 | A-1 | | Paid-Up | 10/6/2021 | | HBP | Valenka |
| 108096008 | LEASE-OIL AND GAS | Beverly M. Swan and Mark A. Swan | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/7/2016 | 10/7/2016 | 10/6/2021 | MONROE | Paid | Active | 201600091189 | 42688 | 344 | 851 | A-1 | | Paid-Up | 10/6/2021 | | HBP | Valenka |
| 108096002 | LEASE-OIL AND GAS | Kevin Robert Winkel and Carrie Anne Winkel | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/10/2016 | 10/10/2016 | 10/9/2021 | MONROE | Paid | Active | 201600091193 | 42688 | 344 | 859 | A-1 | | Paid-Up | 10/9/2021 | | HBP | Valenka |
| 108235011 | LEASE-OIL AND GAS | Patsy C. Klotz | EM Energy Ohio, LLC | 119.239 | 31.801042 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/11/2016 | 10/11/2016 | 10/10/2021 | MONROE | Paid | Active | 201700092551 | 42774 | 350 | 587 | A-1 | | Paid-Up | 10/10/2021 | 18.376164 | $ 9,188.08 | 108235011_ |
| 108096007 | LEASE-OIL AND GAS | G. Eileen Stephenson | EM Energy Ohio, LLC | 23.401 | 7.800333 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/11/2016 | 10/11/2016 | 10/10/2021 | MONROE | Paid | Active | 201600091187 | 42688 | 344 | 847 | A-1 | | Paid-Up | 10/10/2021 | | HBP | Valenka |
| 108096006 | LEASE-OIL AND GAS | Gladys C. DeVoe | EM Energy Ohio, LLC | 23.401 | 7.800333 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/12/2016 | 10/12/2016 | 10/11/2021 | MONROE | Paid | Active | 201600091188 | 42688 | 344 | 849 | A-1 | | Paid-Up | 10/11/2021 | | HBP | Valenka |
| 108096005 | LEASE-OIL AND GAS | Mark I. Winkel and Filomena A. Winkel | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/14/2016 | 10/14/2016 | 10/13/2021 | MONROE | Paid | Active | 201600091190 | 42688 | 344 | 853 | A-1 | | Paid-Up | 10/13/2021 | | HBP | Valenka |
| 108235001 | LEASE-OIL AND GAS | Marcie Lorentz | EM Energy Ohio, LLC | 119.239 | 8.83561 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/19/2016 | 10/19/2016 | 10/18/2021 | MONROE | Paid | Active | 201700092561 | 42774 | 350 | 617 | A-1 | | Paid-Up | 10/18/2021 | 5.105638 | $ 2,552.82 | 108235001_ |
| 108096004 | LEASE-OIL AND GAS | Sandra L. Koglin and Arlin Koglin | EM Energy Ohio, LLC | 23.401 | 1.560067 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/19/2016 | 10/19/2016 | 10/18/2021 | MONROE | Paid | Active | 201600091191 | 42688 | 344 | 855 | A-1 | | Paid-Up | 10/18/2021 | | HBP | Valenka |
| 107705001 | LEASE-OIL AND GAS | William E. Patterson III & Kim R. Patterson | EM Energy Ohio, LLC | 3.84 | 0.192 | Net Royalty Interes | 0.17 | 1 | 0.83 | 11/2/2016 | 11/2/2016 | 11/1/2021 | MONROE | Paid | Active | 201700092576 | 42774 | 350 | 648 | A-1 | | Paid-Up | 11/1/2021 | 0.192 | $ 288.00 | 107705001_ |
| 107705002 | LEASE-OIL AND GAS | Joy Ann White | EM Energy Ohio, LLC | 3.84 | 0.48 | Net Royalty Interes | 0.17 | 1 | 0.83 | 11/3/2016 | 11/3/2016 | 11/2/2021 | MONROE | Paid | Active | 201700092552 | 42774 | 350 | 590 | A-1 | | Paid-Up | 11/2/2021 | 0.48 | $ 720.00 | 107705002_ |
| 108235002 | LEASE-OIL AND GAS | Jerald and Wendy Ridgeway | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interes | 0.17 | 1 | 0.83 | 11/3/2016 | 11/3/2016 | 11/2/2021 | MONROE | Paid | Active | 201700092560 | 42774 | 350 | 614 | A-1 | | Paid-Up | 11/2/2021 | 0.509875 | $ 254.94 | 108235002_ |
| 107705003 | LEASE-OIL AND GAS | Patsy Zartman | EM Energy Ohio, LLC | 3.84 | 0.96 | Net Royalty Interes | 0.17 | 1 | 0.83 | 12/13/2016 | 12/13/2016 | 12/12/2021 | MONROE | Paid | Active | 201700092935 | 42793 | 352 | 151 | A-1 | | Paid-Up | 12/12/2021 | 0.96 | $ 1,440.00 | 107705003_ |
| 107705004 | LEASE-OIL AND GAS | Kevin Scott Patterson | EM Energy Ohio, LLC | 3.84 | 0.192 | Net Royalty Interes | 0.17 | 1 | 0.83 | 12/13/2016 | 12/13/2016 | 12/12/2021 | MONROE | Paid | Active | 201700094575 | 42863 | 359 | 872 | A-1 | | Paid-Up | 12/12/2021 | 0.192 | $ 288.00 | 107705004_ |
| 108235010 | LEASE-OIL AND GAS | George H. Rey | EM Energy Ohio, LLC | 119.239 | 13.248 | Net Royalty Interes | 0.18 | 1 | 0.82 | 12/16/2016 | 12/16/2016 | 12/15/2021 | MONROE | Paid | Active | 201700092550 | 42774 | 350 | 583 | A-1 | | Paid-Up | 12/15/2021 | 7.655328 | $ 7,655.33 | 108235010_ |
| 108254000 | LEASE-OIL AND GAS | Jack L. Martin | EM Energy Ohio, LLC | 11.5 | 5.75 | Net Royalty Interes | 0.17 | 1 | 0.83 | 1/21/2017 | 1/21/2017 | 1/20/2022 | MONROE | Paid | Active | 201700094574 | 42863 | 359 | 870 | A-1 | | Paid-Up | 1/20/2022 | 2.869597926 | $ 7,173.99 | 108254000_MOONRAKER A MOONRAKER B |
| 108235012 | LEASE-OIL AND GAS | D. Janeen S. and Scott Collinson | EM Energy Ohio, LLC | 119.239 | 0.882369 | Net Royalty Interes | 0.17 | 1 | 0.83 | 1/27/2017 | 1/27/2017 | 1/26/2022 | MONROE | Paid | Active | 201700094467 | 42859 | 359 | 484 | A-1 | | Paid-Up | 1/26/2022 | 0.509875 | $ 254.94 | 108235012_ |
| 108235013 | LEASE-OIL AND GAS | Virginia L. Huebner | EM Energy Ohio, LLC | 119.239 | 13.247453 | Net Royalty Interes | 0.18 | 1 | 0.82 | 2/6/2017 | 2/6/2017 | 2/5/2022 | MONROE | Paid | Active | 201700095906 | 42935 | 365 | 171 | A-1 | | Paid-Up | 2/5/2022 | 7.655012 | $ 7,655.01 | 108235013_ |
| 108252003 | LEASE-OIL AND GAS | Mary Maraget Bray | EM Energy Ohio, LLC | 15.22 | 0.95125 | Net Royalty Interes | 0.15 | 1 | 0.85 | 2/11/2017 | 2/11/2017 | 2/10/2022 | MONROE | Paid | Active | 201700094573 | 42863 | 359 | 868 | A-1 | | Paid-Up | 2/10/2022 | | HBP | Moonraker |
| 108252004 | LEASE-OIL AND GAS | Bonita West Wood | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interes | 0.15 | 1 | 0.85 | 2/13/2017 | 2/13/2017 | 2/12/2022 | MONROE | Paid | Active | 201700094572 | 42863 | 359 | 866 | A-1 | | Paid-Up | 2/12/2022 | | HBP | Moonraker |
| 108259000 | LEASE-OIL AND GAS | Trustees of Planview Church of Christ Cemetery | EM Energy Ohio, LLC | 0.53 | 0.53 | Net Royalty Interes | 0.17 | 1 | 0.83 | 2/25/2017 | 2/25/2017 | 2/24/2022 | MONROE | Paid | Active | 201700094607 | 42864 | 360 | 7 | A-1 | | Paid-Up | 2/24/2022 | | HBP | Valenka |
| 108261000 | LEASE-OIL AND GAS | The Church of Christ Worshipping at Plainview | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interes | 0.17 | 1 | 0.83 | 2/25/2017 | 2/25/2017 | 2/24/2022 | MONROE | Paid | Active | 201700094608 | 42864 | 360 | 11 | A-1 | | Paid-Up | 2/24/2022 | | HBP | Valenka |
| 108252005 | LEASE-OIL AND GAS | Anita K. West | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interes | 0.15 | 1 | 0.85 | 2/28/2017 | 2/28/2017 | 2/27/2022 | MONROE | Paid | Active | 201700094571 | 42863 | 359 | 864 | A-1 | | Paid-Up | 2/27/2022 | | HBP | Moonraker |
| 108251000 | LEASE-OIL AND GAS | Bruce R. and Jamie L. Haught | EM Energy Ohio, LLC | 80 | 80 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/3/2017 | 3/3/2017 | 3/2/2022 | MONROE | Paid | Active | 201700094570 | 42863 | 359 | 862 | A-1 | | Paid-Up | 3/2/2022 | 80 | $ 320,000.00 | 108251000_ |
| 108252008 | LEASE-OIL AND GAS | Nova E. West Jr. and Sharon West | EM Energy Ohio, LLC | 15.22 | 0.634167 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/3/2017 | 3/3/2017 | 3/2/2022 | MONROE | Paid | Active | 201700094568 | 42863 | 359 | 858 | A-1 | | Paid-Up | 3/2/2022 | | HBP | Moonraker |
| 108252002 | LEASE-OIL AND GAS | Frederick Thomas West | EM Energy Ohio, LLC | 15.22 | 0.634167 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/6/2017 | 3/6/2017 | 3/5/2022 | MONROE | Paid | Active | 201700094569 | 42863 | 359 | 860 | A-1 | | Paid-Up | 3/5/2022 | | HBP | Moonraker |
| 108252006 | LEASE-OIL AND GAS | Alan W. West | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/7/2017 | 3/7/2017 | 3/6/2022 | MONROE | Paid | Active | 201700094472 | 42859 | 359 | 496 | A-1 | | Paid-Up | 3/6/2022 | | HBP | Moonraker |
| 108252001 | LEASE-OIL AND GAS | Amy L. and David R. Wezensky | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/9/2017 | 3/9/2017 | 3/8/2022 | MONROE | Paid | Active | 201700094468 | 42859 | 359 | 487 | A-1 | | Paid-Up | 3/8/2022 | | HBP | Moonraker |
| 108252007 | LEASE-OIL AND GAS | Marjorie C. Linderman | EM Energy Ohio, LLC | 15.22 | 0.634167 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/9/2017 | 3/9/2017 | 3/8/2022 | MONROE | Paid | Active | 201700094471 | 42859 | 359 | 494 | A-1 | | Paid-Up | 3/8/2022 | | HBP | Moonraker |
| 108250000 | LEASE-OIL AND GAS | Tammy Bowen | EM Energy Ohio, LLC | 50 | 50 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/16/2017 | 3/16/2017 | 3/15/2022 | MONROE | Paid | Active | 201700093922 | 42832 | 356 | 744 | A-1 | | Paid-Up | 3/15/2022 | | HBP | Valenka |
| 108127000 | LEASE-OIL AND GAS | Kevin G. Warner and Danielle Warner | Eclipse Resources I, LP | 5.009 | 5.009 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/21/2012 | 3/21/2012 | 3/20/2022 | MONROE | Paid | Active | 201200061877 | 41051 | 219 | 926 | A-1 | | Delay Rental | | | HBP | 108127000_VALENKA CENTRAL VALENKA EAST |
| 108128000 | LEASE-OIL AND GAS | Robert L. & Kimberly R. Warner | Eclipse Resources I, LP | 6.11 | 6.11 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/21/2012 | 3/21/2012 | 3/20/2022 | MONROE | Paid | Active | 201200061876 | 41051 | 219 | 921 | A-1 | | Delay Rental | | | HBP | 108128000_VALENKA CENTRAL |
| 108252009 | LEASE-OIL AND GAS | Peggy Marlies West aka Marlies D. West | EM Energy Ohio, LLC | 15.22 | 0.95125 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/23/2017 | 3/23/2017 | 3/22/2022 | MONROE | Paid | Active | 201700094470 | 42859 | 359 | 492 | A-1 | | Paid-Up | 3/22/2022 | | HBP | Moonraker |
| 108252010 | LEASE-OIL AND GAS | David James West Jr. and Brandee West | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/28/2017 | 3/28/2017 | 3/27/2022 | MONROE | Paid | Active | 201700094469 | 42859 | 359 | 490 | A-1 | | Paid-Up | 3/27/2022 | | HBP | Moonraker |
| 108258001 | LEASE-OIL AND GAS | Ronald Norman and Jean Campbell DeLong | EM Energy Ohio, LLC | 86.75 | 7.229167 | Net Royalty Interes | 0.125 | 1 | 0.875 | 4/21/2017 | 4/21/2017 | 4/20/2022 | MONROE | Paid | Active | 201700094604 | 42864 | 360 | 1 | A-1 | | Paid-Up | 4/20/2022 | 7.229167111 | $ 3,614.58 | 108258001_ |
| 108258002 | LEASE-OIL AND GAS | Charlotte Loraine and Joseph R. Engle | EM Energy Ohio, LLC | 86.75 | 43.375 | Net Royalty Interes | 0.125 | 1 | 0.875 | 4/26/2017 | 4/26/2017 | 4/25/2022 | MONROE | Paid | Active | 201700094606 | 42864 | 360 | 5 | A-1 | | Paid-Up | 4/25/2022 | 43.37500067 | $ 21,687.50 | 108258002_ |
| 108258003 | LEASE-OIL AND GAS | John S. DeLong | EM Energy Ohio, LLC | 86.75 | 7.229167 | Net Royalty Interes | 0.125 | 1 | 0.875 | 4/26/2017 | 4/26/2017 | 4/25/2022 | MONROE | Paid | Active | 201700094605 | 42864 | 360 | 3 | A-1 | | Paid-Up | 4/25/2022 | 7.229167111 | $ 3,614.58 | 108258003_ |
| 107705005 | LEASE-OIL AND GAS | Daniel and Stefany Lynn Kinch | EM Energy Ohio, LLC | 3.84 | 0.48 | Net Royalty Interes | 0.17 | 1 | 0.83 | 4/29/2017 | 4/29/2017 | 4/28/2022 | MONROE | Paid | Active | 201700095598 | 42914 | 363 | 936 | A-1 | | Paid-Up | 4/28/2022 | 0.48 | $ 720.00 | 107705005_ |
| 108258004 | LEASE-OIL AND GAS | Stacy Shea Thomas Kearney | EM Energy Ohio, LLC | 86.75 | 7.229167 | Net Royalty Interes | 0.125 | 1 | 0.875 | 5/5/2017 | 5/5/2017 | 5/4/2022 | MONROE | Paid | Active | 201700095248 | 42894 | 362 | 475 | A-1 | | Paid-Up | 5/4/2022 | 7.229167111 | $ 3,614.58 | 108258004_ |
| 108252012 | LEASE-OIL AND GAS | Gary J. West and Kathy West | EM Energy Ohio, LLC | 15.22 | 0.158542 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/19/2017 | 5/19/2017 | 5/18/2022 | MONROE | Paid | Active | 201700096761 | 42983 | 368 | 753 | A-1 | | Paid-Up | 5/18/2022 | | HBP | Moonraker |
| 108285000 | LEASE-OIL AND GAS | Ralph Edward and Lorna Charlene Hensel | EM Energy Ohio, LLC | 5.8 | 5.8 | Net Royalty Interes | 0.15 | 1 | 0.85 | 6/5/2017 | 6/5/2017 | 6/4/2022 | MONROE | Paid | Active | 201700095600 | 42914 | 363 | 940 | A-1 | | Paid-Up | 6/4/2022 | 5.8 | $ 20,300.00 | 108285000_ |
| 108252011 | LEASE-OIL AND GAS | Shirley N. DeVoe | EM Energy Ohio, LLC | 15.22 | 3.044 | Net Royalty Interes | 0.15 | 1 | 0.85 | 6/22/2017 | 6/22/2017 | 6/21/2022 | MONROE | Paid | Active | 201700095907 | 42935 | 365 | 174 | A-1 | | Paid-Up | 6/21/2022 | | HBP | Moonraker |
| 108386001 | LEASE-OIL AND GAS | Kathy L. Hughes and David M. Hughes | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interes | 0.2 | 1 | 0.8 | 9/12/2017 | 9/12/2017 | 9/11/2022 | MONROE | Paid | Active | 201700097752 | 43035 | 372 | 529 | A-1 | | Paid-Up | 9/11/2022 | 2.286944782 | $ 12,006.46 | 108386001_MOONRAKER A MOONRAKER B |
| 108389001 | LEASE-OIL AND GAS | Connie S. and William A. Macek | EM Energy Ohio, LLC | 2.9 | 0.725 | Net Royalty Interes | 0.17 | 1 | 0.83 | 9/23/2017 | 9/23/2017 | 9/22/2022 | MONROE | Paid | Active | 201700099010 | 43088 | 377 | 901 | A-1 | | Paid-Up | 9/22/2022 | | HBP | 108389001_VALENKA EAST |
| 108386002 | LEASE-OIL AND GAS | Deborah S. Smith | EM Energy Ohio, LLC | 63.017 | 5.251417 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/4/2017 | 10/4/2017 | 10/3/2022 | MONROE | Paid | Active | 201700097750 | 43035 | 372 | 523 | A-1 | | Paid-Up | 10/3/2022 | 1.143472391 | $ 6,003.23 | 108386002_MOONRAKER A MOONRAKER B |
| 108386003 | LEASE-OIL AND GAS | Curtis L. Stine and Anne Morrison | EM Energy Ohio, LLC | 63.017 | 5.251417 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/5/2017 | 10/5/2017 | 10/4/2022 | MONROE | Paid | Active | 201700097751 | 43035 | 372 | 526 | A-1 | | Paid-Up | 10/4/2022 | 1.143472391 | $ 6,003.23 | 108386003_MOONRAKER A MOONRAKER B |
| 108389002 | LEASE-OIL AND GAS | Kevin D. and Lisa A. Potts | EM Energy Ohio, LLC | 2.9 | 0.725 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/21/2017 | 10/21/2017 | 10/20/2022 | MONROE | Paid | Active | 201700099009 | 43088 | 377 | 899 | A-1 | | Paid-Up | 10/20/2022 | | HBP | 108389002_VALENKA EAST |
| 108389004 | LEASE-OIL AND GAS | Marvin N. Potts | EM Energy Ohio, LLC | 2.9 | 0.725 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/24/2017 | 10/24/2017 | 10/23/2022 | MONROE | Paid | Active | 201800000364 | 43117 | 378 | 121 | A-1 | | Paid-Up | 10/23/2022 | | HBP | 108389004_VALENKA EAST |
| 108386004 | LEASE-OIL AND GAS | Larry F. Stine | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/26/2017 | 10/26/2017 | 10/25/2022 | MONROE | Paid | Active | 201700099007 | 43088 | 377 | 895 | A-1 | | Paid-Up | 10/25/2022 | 2.286944782 | $ 12,006.46 | 108386004_MOONRAKER A MOONRAKER B |
| 108389003 | LEASE-OIL AND GAS | Duane R. and Pamela C. Potts | EM Energy Ohio, LLC | 2.9 | 0.725 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/26/2017 | 10/26/2017 | 10/25/2022 | MONROE | Paid | Active | 201700099008 | 43088 | 377 | 897 | A-1 | | Paid-Up | 10/25/2022 | | HBP | 108389003_VALENKA EAST |
| 108381000 | LEASE-OIL AND GAS | Denzil Knowlton and Marsha Knowlton | EM Energy Ohio, LLC | 30.208 | 30.208 | Net Royalty Interes | 0.125 | 1 | 0.875 | 11/1/2017 | 11/1/2017 | 10/31/2022 | MONROE | Paid | Active | 201700099006 | 43088 | 377 | 893 | A-1 | | Paid-Up | 10/31/2022 | | HBP | 108381000_VALENKA EAST ZORIN WEST |
| 108384000 | LEASE-OIL AND GAS | Dalton D. Hogue and Rebeccas J. Sims ET AL | EM Energy Ohio, LLC | 20.637 | 20.637 | Net Royalty Interes | 0.125 | 1 | 0.875 | 11/2/2017 | 11/2/2017 | 11/1/2022 | MONROE | Paid | Active | 201700099001 | 43088 | 377 | 878 | A-1 | | Paid-Up | 11/1/2022 | | HBP | 108384000_VALENKA EAST ZORIN WEST |
| 108234008 | LEASE-OIL AND GAS | Jeffrey Stine | EM Energy Ohio, LLC | 61.425 | 10.2375 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/8/2017 | 11/8/2017 | 11/7/2022 | MONROE | Paid | Active | 201700099003 | 43088 | 377 | 885 | A-1 | | Paid-Up | 11/7/2022 | | HBP | 108234008_NICK NACK EAST NICK NACK WEST |
| 108386005 | LEASE-OIL AND GAS | Jeffrey Stine | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interes | 0.2 | 1 | 0.8 | 11/8/2017 | 11/8/2017 | 11/7/2022 | MONROE | Paid | Active | 201700099005 | 43088 | 377 | 891 | A-1 | | Paid-Up | 11/7/2022 | 2.286944782 | $ 12,006.46 | 108386005_MOONRAKER A MOONRAKER B |
| 108385000 | LEASE-OIL AND GAS | Ronald E. Davis Sr. and Dianna E. Davis | EM Energy Ohio, LLC | 109.962 | 70.392 | Net Royalty Interes | 0.125 | 1 | 0.875 | 11/10/2017 | 11/10/2017 | 11/9/2022 | MONROE | Paid | Active | 201700099002 | 43088 | 377 | 882 | A-1 | | Paid-Up | 11/9/2022 | | HBP | 108385000_VALENKA CENTRAL VALENKA EAST ZORIN WEST |
| 108386006 | LEASE-OIL AND GAS | Deborah S. Stine-Pavick and Roy Pavick | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/29/2017 | 12/29/2017 | 12/28/2022 | MONROE | Paid | Active | 201800000365 | 43117 | 378 | 123 | A-1 | | Paid-Up | 12/28/2022 | 2.286944782 | $ 12,006.46 | 108386006_MOONRAKER A MOONRAKER B |
| 108492000 | LEASE-OIL AND GAS | Cheryl Magyar | EM Energy Ohio, LLC | 1.354 | 1.354 | Net Royalty Interes | 0.125 | 1 | 0.875 | 3/2/2018 | 3/2/2018 | 3/1/2023 | MONROE | Paid | Active | 201800001723 | 43178 | 380 | 158 | A-1 | | Paid-Up | 3/1/2023 | | HBP | 108492000_VALENKA CENTRAL VALENKA EAST |
| 108556000 | LEASE-OIL AND GAS | Carles E. Thomas Jr. and Tina May Thomas | EM Energy Ohio, LLC | 4.064 | 4.064 | Net Royalty Interes | 0.18 | 1 | 0.82 | 3/27/2018 | 3/27/2018 | 3/27/2023 | MONROE | Paid | Active | 201800002525 | 43210 | 381 | 452 | A-1 | | Paid-Up | 3/27/2023 | | HBP | 108556000_VALENKA CENTRAL |
| 108386007 | LEASE-OIL AND GAS | Gregory P. and Donna Stine | EM Energy Ohio, LLC | 63.017 | 10.502833 | Net Royalty Interes | 0.2 | 1 | 0.8 | 4/14/2018 | 4/14/2018 | 4/14/2023 | MONROE | Paid | Active | 201700099000 | 43230 | 381 | 1898 | A-1 | | Paid-Up | 4/14/2023 | 2.286944782 | $ 12,006.46 | 108386007_MOONRAKER A MOONRAKER B |
| 107403006 | LEASE-OIL AND GAS | Larry and Vivian Dillon Fam. Farm Tr Dated 5/13/13 | EM Energy Ohio LLC | 74.5253 | 32.604819 | Gross Royalty Inter | 0.2 | 1 | 0.8 | 10/29/2018 | 10/29/2018 | 10/28/2023 | MONROE | Paid | Active | 201800006395 | 43417 | 386 | 2572 | A-1 | | PAID UP | 10/28/2023 | | HBP | 107403006_MOONRAKER A MOONRAKER B |
| 108873000 | LEASE-OIL AND GAS | Everett R. Burkhart and Adrianne Burkhart | EM Energy Ohio LLC | 1 | 1 | Gross Royalty Inter | 0.2 | 1 | 0.8 | 10/29/2018 | 10/29/2018 | 10/29/2023 | MONROE | Paid | Active | | 43417 | 386 | 2570 | A-1 | | PAID UP | 10/29/2023 | | HBP | 108873000_VALENKA EAST |
| 104121000 | LEASE-OIL AND GAS | K. L. HENTHORN AND HELEN M. HENTHORN, SURVIVORSHIP | EM Energy Ohio, LLC | 16.569 | 16.569 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067612 | 41380 | 240 | 448 | A-1 | | Paid-Up | 12/31/2099 | | HBP | 104121000_NICK NACK EAST |
| 104139000 | LEASE-OIL AND GAS | SALEM TOWNSHIP | EM Energy Ohio, LLC | 14.01 | 14.01 | Net Royalty Interes | 0.19 | 1 | 0.81 | 6/13/2013 | 6/13/2013 | 12/31/2099 | WASHINGTO | Paid | Active | 201300010079 | 41582 | 555 | 959 | A-1 | | Paid-Up | 12/31/2099 | | HBP | 104139000_Merlin |
| 104232000 | LEASE-OIL AND GAS | PHILIP HRUSKA AND BETTY HRUSKA, SURVIVORSHIP | EM Energy Ohio, LLC | 9.041 | 9.041 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067558 | 41380 | 240 | 166 | A-1 | | Paid-Up | 12/31/2099 | | HBP | 104232000_ZORIN EAST ZORIN WEST |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104233000 | LEASE-OIL AND GAS | KURT A. HOOPER AND PAMELA R. HOOPER, H/W | EM Energy Ohio, LLC | 0.59 | 0.59 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067618 | | 41380 | 240 | 484 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104233000_NICK NACK WEST |
| 104235000 | LEASE-OIL AND GAS | DONALD L. SAFREED AND SHIRLEY J.SAFREED REVOCABLE | EM Energy Ohio, LLC | 7.2008 | 7.2008 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067578 | | 41380 | 240 | 266 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104235000_MOONRAKER A |
| 104239000 | LEASE-OIL AND GAS | WILLIAM T. WELLS AND VIVIAN ASH-WELLS, H/W | EM Energy Ohio, LLC | 1.8083 | 1.8083 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067593 | | 41380 | 240 | 341 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104239000_MOONRAKER A |
| 104271000 | LEASE-OIL AND GAS | THE ROBERT R. WESTFALL AND TRESSA L. WESTFALL LIVI | EM Energy Ohio, LLC | 96 | 96 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067585 | | 41380 | 240 | 301 | A-1 | Delay Rental | | | | HBP | 104271000_VALENKA EAST ZORIN EAST ZORIN WEST |
| 104275000 | LEASE-OIL AND GAS | JAMES D. BEAVER AND DANIELLE N. BEAVER, H/W | EM Energy Ohio, LLC | 10.172 | 10.172 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067570 | | 41380 | 240 | 226 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104275000_NICK NACK WEST |
| 104499000 | LEASE-OIL AND GAS | EDWARD R. HEHR | EM Energy Ohio, LLC | 34.6725 | 34.6725 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067611 | | 41380 | 240 | 442 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104499000_MOONRAKER A MOONRAKER B |
| 104500001 | LEASE-OIL AND GAS | CATHY LOUISE HOOPER RIST, ETAL | EM Energy Ohio, LLC | 9.14 | 6.093333 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/26/2013 | 4/26/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071023 | | 41558 | 254 | 625 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104500001_NICK NACK WEST |
| 104500002 | LEASE-OIL AND GAS | BRYAN E. KAHRIG | EM Energy Ohio, LLC | 9.14 | 3.046667 | Net Royalty Interes | 0.19 | 1 | 0.81 | 9/23/2013 | 9/23/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071238 | | 41570 | 255 | 248 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104500002_NICK NACK WEST |
| 104503000 | LEASE-OIL AND GAS | ALBERT E. LEASURE AND SHARON E. LEASURE, SURVIVORS | EM Energy Ohio, LLC | 3.344 | 3.344 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067621 | | 41380 | 240 | 503 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104503000_NICK NACK EAST NICK NACK WEST |
| 104506000 | LEASE-OIL AND GAS | STANLEY B. MAIENKNECHT AND THERESA A. MAIENKNECHT, | EM Energy Ohio, LLC | 23.83 | 23.52 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/8/2013 | 4/8/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067730 | | 41387 | 240 | 835 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104506000_NICK NACK WEST |
| 104510000 | LEASE-OIL AND GAS | MARK D. YONTZ AND JANE F. YONTZ, SURVIVORSHIP | EM Energy Ohio, LLC | 6.438 | 6.438 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067586 | | 41380 | 240 | 306 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104510000_NICK NACK EAST |
| 104536000 | LEASE-OIL AND GAS | BRUCE E. JONES AND JUDY L. JONES, SURVIVORSHIP | EM Energy Ohio, LLC | 68.542 | 30.540876 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067609 | | 41380 | 240 | 430 | A-1 | Delay Rental | | | | HBP | 104536000_ZORIN EAST ZORIN WEST |
| 104682000 | LEASE-OIL AND GAS | DON L. STINE AND CAROL A. STINE, H/W | EM Energy Ohio, LLC | 0.9 | 0.9 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067583 | | 41380 | 544 | 231 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104682000_NICK NACK WEST |
| 104684000 | LEASE-OIL AND GAS | MARLON A. MERIDETH AND KELLY D. MERIDETH, SURVIVOR | EM Energy Ohio, LLC | 6.9593 | 6.9593 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067528 | | 41380 | 240 | 16 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104684000_MOONRAKER A |
| 104686000 | LEASE-OIL AND GAS | ROBERT W. PETHO JR. AND KIMBERLY A. PETHO, H/W | EM Energy Ohio, LLC | 10.689 | 10.689 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067545 | | 41380 | 240 | 101 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104686000_ZORIN EAST |
| 104689000 | LEASE-OIL AND GAS | RICHARD J. SEXTON AND MONA MARIE SEXTON, H/W | EM Energy Ohio, LLC | 25 | 25 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201400073428 | | 41684 | 265 | 177 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104689000_ODDJOB EAST ODDJOB WEST |
| 104693000 | LEASE-OIL AND GAS | EARL R. WYKOFF AND DIANE M. WYKOFF, H/W | EM Energy Ohio, LLC | 22.708 | 22.708 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067725 | | 41387 | 240 | 809 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104693000_NICK NACK EAST |
| 104695000 | LEASE-OIL AND GAS | VILLAGE OF ANTIOCH | EM Energy Ohio, LLC | 3.06 | 3.06 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068594 | | 41437 | 244 | 856 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104695000_MOONRAKER A_NICK NACK WEST |
| 104725000 | LEASE-OIL AND GAS | DEREK S. BAYES AND KAYLA BAYES, SURVIVORSHIP | EM Energy Ohio, LLC | 5 | 5 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067572 | | 41380 | 240 | 236 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104725000_MOONRAKER A |
| 104728000 | LEASE-OIL AND GAS | JAMES L. CRADDOCK AND VALERIE A. CRADDOCK, H/W | EM Energy Ohio, LLC | 15 | 15 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067598 | | 41380 | 240 | 366 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104728000_ODDJOB EAST ODDJOB WEST |
| 104839000 | LEASE-OIL AND GAS | WADE GROVES AND DONNA GROVES, SURVIVORSHIP | EM Energy Ohio, LLC | 3.93 | 3.93 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201400073425 | | 41677 | 265 | 162 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104839000_ZORIN EAST |
| 104840000 | LEASE-OIL AND GAS | DAVID L. JONES | EM Energy Ohio, LLC | 1.9 | 1.9 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300069542 | | 41491 | 249 | 10 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104840000_ZORIN EAST |
| 104842000 | LEASE-OIL AND GAS | CONNIE & HARRY CHRISTMAN, FREDERICK STOEHR, DELORE | EM Energy Ohio, LLC | 3.8242 | 3.8242 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/15/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067717 | | 41387 | 240 | 766 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104842000_MOONRAKER A |
| 104843000 | LEASE-OIL AND GAS | CHARLES R. PIATT | EM Energy Ohio, LLC | 40.08 | 40.08 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067543 | | 41380 | 240 | 91 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104843000_ODDJOB WEST ZORIN EAST |
| 104849000 | LEASE-OIL AND GAS | JAMES TOROK AND STEPHANIE DUDRA TOROK, H/W | EM Energy Ohio, LLC | 20 | 20 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/19/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067584 | | 41380 | 240 | 296 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104849000_ODDJOB EAST ODDJOB WEST |
| 104850000 | LEASE-OIL AND GAS | RUTH ANN RIDGEWAY AND GERALD RIDGEWAY, H/W | EM Energy Ohio, LLC | 37.51 | 37.51 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/8/2013 | 4/8/2013 | 12/31/2099 | MONROE | Paid | Active | 201300069545 | | 41491 | 249 | 25 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104850000_NICK NACK EAST NICK NACK WEST |
| 104880000 | LEASE-OIL AND GAS | THOMAS H. FAGAN AND KATE S. FAGAN, SURVIVORSHIP | EM Energy Ohio, LLC | 161.596 | 161.596 | Net Royalty Interes | 0.1575 | 1 | 0.8425 | 4/23/2013 | 4/23/2013 | 12/31/2099 | WASHINGTO | Paid | Active | 201300011114 | | 41617 | 557 | 334 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104880000_Merlin |
| 104885000 | LEASE-OIL AND GAS | LINDA S. MCCONNELL | EM Energy Ohio, LLC | 7 | 7 | Net Royalty Interes | 0.18 | 1 | 0.82 | 7/18/2013 | 7/18/2013 | 12/31/2099 | MONROE | Paid | Active | 201300072246 | | 41617 | 259 | 650 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104885000_ZORIN EAST |
| 104887000 | LEASE-OIL AND GAS | PATRICIA A. PRICE | EM Energy Ohio, LLC | 2.8324 | 2.8324 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067735 | | 41387 | 240 | 865 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104887000_MOONRAKER A |
| 104892000 | LEASE-OIL AND GAS | LARRY W. HARRIS AND SANDY M. HARRIS, FOR THEIR JOI | EM Energy Ohio, LLC | 189.744 | 189.744 | Net Royalty Interes | 0.19 | 1 | 0.81 | 10/14/2012 | 10/25/2012 | 12/31/2099 | WASHINGTO | Partial Paid | Active | 201200009612 | | 41261 | 537 | 35 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104892000_Merlin |
| 104903000 | LEASE-OIL AND GAS | DIANE L. ALLEN AND TYRONE J. ALLEN, SURVIVORSHIP | EM Energy Ohio, LLC | 36.25 | 36.25 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/3/2013 | 5/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201600086766 | | 42409 | 325 | 451 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104903000_ODDJOB EAST |
| 104907000 | LEASE-OIL AND GAS | MICHAEL BROWN AND AMY BROWN, SURVIVORSHIP | EM Energy Ohio, LLC | 31.866 | 31.866 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067569 | | 41380 | 240 | 221 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104907000_NICK NACK EAST NICK NACK WEST |
| 104908000 | LEASE-OIL AND GAS | ALACH H. COLE AND BEVERLY A. COLE, SURVIVIORSHIP | EM Energy Ohio, LLC | 77 | 77 | Net Royalty Interes | 0.19 | 1 | 0.81 | 8/20/2013 | 8/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071239 | | 41570 | 255 | 434 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104908000_ODDJOB EAST ODDJOB WEST |
| 104927000 | LEASE-OIL AND GAS | MILLS FAMILY TRUST | EM Energy Ohio, LLC | 62.92 | 62.92 | Net Royalty Interes | 0.19 | 1 | 0.81 | 10/25/2012 | 10/25/2012 | 12/31/2099 | WASHINGTO | Paid | Active | 201300004141 | | 41401 | 545 | 134 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 104927000_Merlin |
| 105067000 | LEASE-OIL AND GAS | ROBERT E. HOWELL AND LELIA E. HOWELL, H/W | EM Energy Ohio, LLC | 54.918 | 54.918 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067722 | | 41387 | 240 | 794 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105067000_NICK NACK EAST |
| 105070000 | LEASE-OIL AND GAS | RALPH D. LALLATHIN, JR. AND PEGGY ANN JONES | EM Energy Ohio, LLC | 64.21 | 64.21 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067606 | | 41380 | 240 | 412 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105070000_NICK NACK EAST |
| 105074000 | LEASE-OIL AND GAS | KALEN SAFREED AND TINA SAFREED, H/W | EM Energy Ohio, LLC | 9.776 | 9.776 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067579 | | 41380 | 240 | 271 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105074000_NICK NACK EAST |
| 105076000 | LEASE-OIL AND GAS | ROGER E PITTMAN, AMANDA MOODY AKA AMANDA PITTMAN | EM Energy Ohio, LLC | 6.35 | 6.35 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/6/2013 | 5/6/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067726 | | 41387 | 240 | 814 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105076000_ZORIN EAST |
| 105076000 | LEASE-OIL AND GAS | ROGER E PITTMAN, AMANDA MOODY AKA AMANDA PITTMAN | EM Energy Ohio, LLC | 6.35 | 6.35 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/6/2013 | 5/6/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067726 | | 41387 | 265 | 146 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105076000_ZORIN EAST |
| 105104000 | LEASE-OIL AND GAS | CHARLES E. WEBER | EM Energy Ohio, LLC | 9.82 | 9.82 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/15/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068601 | | 41437 | 244 | 899 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105104000_ZORIN EAST |
| 105107000 | LEASE-OIL AND GAS | THE DORNBUSCH FARM LLC | EM Energy Ohio, LLC | 166.25 | 166.25 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/23/2013 | 4/23/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068590 | | 41437 | 244 | 831 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105107000_MOONRAKER A MOONRAKER B NICK NACK WEST |
| 105108000 | LEASE-OIL AND GAS | RICHARD W. GROVES AND VERONICA A. GROVES, SURVIVOR | EM Energy Ohio, LLC | 1.371 | 1.371 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070986 | | 41558 | 254 | 453 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105108000_ZORIN EAST |
| 105113000 | LEASE-OIL AND GAS | DAVID DULINSKI AND HEATHER DULINSKI, H/W | EM Energy Ohio, LLC | 60.005 | 60.005 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/13/2013 | 5/13/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071615 | | 41583 | 257 | 24 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105113000_MOONRAKER A MOONRAKER B |
| 105114000 | LEASE-OIL AND GAS | MARY ELLEN EIKLEBERRY | EM Energy Ohio, LLC | 39.84 | 39.84 | Net Royalty Interes | 0.19 | 1 | 0.81 | 8/16/2013 | 8/16/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070997 | | 41558 | 254 | 502 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105114000_ODDJOB WEST ZORIN EAST |
| 105117000 | LEASE-OIL AND GAS | RONALD D. GETZ AND PATRICIA GETZ, H/W | EM Energy Ohio, LLC | 104 | 104 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067594 | | 41380 | 240 | 346 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105117000_ODDJOB WEST ZORIN EAST |
| 105133000 | LEASE-OIL AND GAS | DEBORAH L. HAAS, ETAL | EM Energy Ohio, LLC | 4.3277 | 4.3277 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/13/2013 | 5/13/2013 | 12/31/2099 | WASHINGTO | Paid | Active | 201300009003 | | 41544 | 553 | 1301 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105133000_Merlin |
| 105141000 | LEASE-OIL AND GAS | MEREDITH MILLS WEIMER AND MARILYN M. MILLS | EM Energy Ohio, LLC | 58.0049 | 58.0049 | Net Royalty Interes | 0.19 | 1 | 0.81 | 10/14/2012 | 10/25/2012 | 12/31/2099 | WASHINGTO | Paid | Active | 201300003561 | | 41381 | 544 | 81 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105141000_Merlin |
| 105142000 | LEASE-OIL AND GAS | EDDIE L. O'BRIEN AND AMANDA B. O'BRIEN, SURVIVORSH | EM Energy Ohio, LLC | 5.835 | 5.835 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/22/2013 | 4/22/2013 | 12/31/2099 | WASHINGTO | Paid | Active | 201300005664 | | 41442 | 547 | 1238 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105142000_Merlin |
| 105274000 | LEASE-OIL AND GAS | GLEN W. SCHWABEN AND KATHY SCHWABEN, SURVIVORSHIP | EM Energy Ohio, LLC | 3 | 3 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071003 | | 41558 | 254 | 525 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105274000_NICK NACK WEST |
| 105279000 | LEASE-OIL AND GAS | SCOTT PIATT AND THERESA PIATT, SURVIVORSHIP | EM Energy Ohio, LLC | 2.85 | 2.85 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/15/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071007 | | 41558 | 254 | 545 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105279000_NICK NACK WEST |
| 105311000 | LEASE-OIL AND GAS | THOMAS DICK | EM Energy Ohio, LLC | 40 | 40 | Net Royalty Interes | 0.125 | 1 | 0.875 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068583 | | 41437 | 244 | 790 | A-1 | Paid-Up | | | | HBP | 105311000_ODDJOB WEST ZORIN EAST |
| 105325000 | LEASE-OIL AND GAS | MARK D. HART AND LORI R. HART, SURVIVORSHIP | EM Energy Ohio, LLC | 2.238 | 2.238 | Net Royalty Interes | 0.19 | 1 | 0.81 | 10/14/2012 | 10/25/2012 | 12/31/2099 | WASHINGTO | Paid | Active | 201400000896 | | 41667 | 559 | 947 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105325000_Merlin |
| 105330000 | LEASE-OIL AND GAS | MILLS FAMILY FARM, LLC | EM Energy Ohio, LLC | 114.5916 | 114.5916 | Net Royalty Interes | 0.19 | 1 | 0.81 | 10/14/2012 | 10/25/2012 | 12/31/2099 | WASHINGTO | Paid | Active | 201200009609 | | 41261 | 537 | 1 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105330000_Merlin |
| 105445000 | LEASE-OIL AND GAS | CHRISTOPHER S. SPANGLER AND PENNY SPANGLER, H/S AN | EM Energy Ohio, LLC | 89.75 | 89.75 | Net Royalty Interes | 0.19 | 1 | 0.81 | 5/3/2013 | 5/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071030 | | 41558 | 254 | 668 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105445000_ODDJOB EAST ODDJOB WEST |
| 105451000 | LEASE-OIL AND GAS | RALPH D. LALLATHIN, JR. | EM Energy Ohio, LLC | 31.5 | 31.5 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/20/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067607 | | 41380 | 240 | 418 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105451000_NICK NACK EAST |
| 105485000 | LEASE-OIL AND GAS | JAMES M. COVERT AND MARTHA JANE COVERT, H/W | EM Energy Ohio, LLC | 148.3 | 148.3 | Net Royalty Interes | 0.125 | 1 | 0.875 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068585 | | 41437 | 244 | 800 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105485000_ZORIN EAST ZORIN WEST |
| 105488000 | LEASE-OIL AND GAS | BRANDI L. BINEGAR | EM Energy Ohio, LLC | 5.32 | 5.32 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067574 | | 41380 | 240 | 246 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105488000_NICK NACK WEST |
| 105489000 | LEASE-OIL AND GAS | ROBERT L. BROOKS AND JOYCE L. BROOKS, SURVIVORSHIP | EM Energy Ohio, LLC | 1.676 | 1.676 | Net Royalty Interes | 0.19 | 1 | 0.81 | 6/3/2013 | 6/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071025 | | 41501 | 254 | 637 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105489000_NICK NACK WEST |
| 105490000 | LEASE-OIL AND GAS | LEWIS PAUL BROOKS AND NANCY BROOKS, SURVIVORSHIP | EM Energy Ohio, LLC | 1.018 | 1.018 | Net Royalty Interes | 0.19 | 1 | 0.81 | 9/3/2013 | 9/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071732 | | 41590 | 257 | 482 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105490000_NICK NACK WEST |
| 105491000 | LEASE-OIL AND GAS | TYLER CLINE | EM Energy Ohio, LLC | 5.086 | 5.086 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067567 | | 41437 | 240 | 211 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105491000_ZORIN WEST |
| 105493000 | LEASE-OIL AND GAS | MICHAEL W. HANSEN AND ALLISON K. HANSEN, H/W | EM Energy Ohio, LLC | 1.9 | 1.9 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070990 | | 41558 | 254 | 473 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105493000_ZORIN EAST |
| 105494000 | LEASE-OIL AND GAS | WADE GROVES AND DONNA GROVES, SURVIVORSHIP | EM Energy Ohio, LLC | 17.7469 | 17.7469 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071877 | | 41596 | 257 | 962 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105494000_ZORIN EAST |
| 105502000 | LEASE-OIL AND GAS | DARREN C. LAUER | EM Energy Ohio, LLC | 55.8978 | 55.8978 | Net Royalty Interes | 0.19 | 1 | 0.81 | 10/15/2012 | 10/25/2012 | 12/31/2099 | WASHINGTO | Paid | Active | 201200009626 | | 41261 | 537 | 115 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 105502000_Merlin |
| 107192000 | LEASE-OIL AND GAS | WILLIAM E. SIMMONS & HEDY E. SIMMONS, H/W | EM Energy Ohio, LLC | 131.5 | 131.5 | Net Royalty Interes | 0.2 | 1 | 0.8 | 5/22/2014 | 5/22/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076090 | | 41794 | 276 | 336 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107192000_ODDJOB WEST ZORIN EAST ZORIN WEST |
| 107200001 | LEASE-OIL AND GAS | RAYMOND D. JOHNSTON & NANCY L. JOHNSTON, H/W | EM Energy Ohio, LLC | 81.427 | 40.7135 | Net Royalty Interes | 0.2 | 1 | 0.8 | 5/23/2014 | 5/23/2014 | 12/31/2099 | MONROE | Partial Paid | Active | 201400076079 | | 41794 | 276 | 312 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107200001_ZORIN EAST ZORIN WEST |
| 107200002 | LEASE-OIL AND GAS | Marjorie R. Hippli, f.k.a. Marjorie R. Hupp | EM Energy Ohio, LLC | 81.427 | 20.35675 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/6/2014 | 10/6/2014 | 12/31/2099 | MONROE | Paid | Active | 201500081245 | | 42052 | 297 | 949 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107200002_ZORIN EAST ZORIN WEST |
| 107200003 | LEASE-OIL AND GAS | Florence Elizabeth Jordan & Joseph T. Jordan, H/W | EM Energy Ohio, LLC | 81.427 | 20.35675 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/20/2014 | 10/20/2014 | 12/31/2099 | MONROE | Paid | Active | 201500081244 | | 42052 | 297 | 946 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107200003_ZORIN EAST ZORIN WEST |
| 107201000 | LEASE-OIL AND GAS | KEVIN L WESTFALL AND JANET S WESTFALL, H/W | EM Energy Ohio, LLC | 57.938 | 57.938 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067604 | | 41347 | 240 | 400 | A-1 | Delay Rental | | | | HBP | 107201000_VALENKA EAST ZORIN WEST |
| 107207000 | LEASE-OIL AND GAS | JOHN JONES AND TAMMY JONES, H/W | EM Energy Ohio, LLC | 13.14 | 13.14 | Net Royalty Interes | 0.125 | 1 | 0.875 | 6/12/2013 | 6/12/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071010 | | 41558 | 254 | 560 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107207000_ZORIN EAST |
| 107209000 | LEASE-OIL AND GAS | Jeremy Lee Evans and Carly Weber Evans | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interes | 0.18 | 1 | 0.82 | 1/10/2014 | 1/10/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076070 | | 41794 | 276 | 294 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107209000_ZORIN EAST ZORIN WEST |
| 107210001 | LEASE-OIL AND GAS | William Brady Napier and Kimberly Gill Napier, h/w | EM Energy Ohio, LLC | 1.025 | 0.5125 | Net Royalty Interes | 0.17 | 1 | 0.83 | 1/13/2014 | 1/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076069 | | 41794 | 276 | 292 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107210001_NICK NACK WEST |
| 107210002 | LEASE-OIL AND GAS | Bobby Napier and Gladys Napier, h/w | EM Energy Ohio, LLC | 1.025 | 0.5125 | Net Royalty Interes | 0.17 | 1 | 0.83 | 1/16/2014 | 1/16/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076080 | | 41794 | 276 | 314 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107210002_NICK NACK WEST |
| 107214000 | LEASE-OIL AND GAS | Russell W. Krider and Jacqulyn S. Krider, h/w | EM Energy Ohio, LLC | 0.985 | 0.985 | Net Royalty Interes | 0.18 | 1 | 0.82 | 1/13/2014 | 1/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076088 | | 41794 | 276 | 330 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107214000_NICK NACK WEST |
| 107216000 | LEASE-OIL AND GAS | Tucker J. Roberts and Amy L. Roberts, h/w | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interes | 0.18 | 1 | 0.82 | 10/30/2013 | 10/30/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074258 | | 41715 | 269 | 159 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107216000_NICK NACK WEST |
| 107219000 | LEASE-OIL AND GAS | Sherry McCracken, mssp | EM Energy Ohio, LLC | 0.64 | 0.64 | Net Royalty Interes | 0.2 | 1 | 0.8 | 1/9/2014 | 1/9/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076075 | | 41794 | 276 | 304 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107219000_MOONRAKER A |
| 107226000 | LEASE-OIL AND GAS | Arville E. Rutter and Hope E. Rutter, h/w | EM Energy Ohio, LLC | 1.5 | 1.5 | Net Royalty Interes | 0.16 | 1 | 0.84 | 10/29/2013 | 10/29/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074248 | | 41715 | 269 | 139 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107226000_ZORIN EAST ZORIN WEST |
| 107237001 | LEASE-OIL AND GAS | James F. Graham, a widower | EM Energy Ohio, LLC | 3.682 | 1.841 | Net Royalty Interes | 0.2 | 1 | 0.8 | 2/4/2014 | 2/4/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076083 | | 41794 | 276 | 320 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107237001_MOONRAKER A |
| 107237002 | LEASE-OIL AND GAS | John P. Gibson and Tammy Ann Gibson, H/W | EM Energy Ohio, LLC | 3.682 | 1.841 | Net Royalty Interes | 0.2 | 1 | 0.8 | 2/3/2013 | 2/3/2013 | 12/31/2099 | MONROE | Paid | Active | 201400076084 | | 41794 | 276 | 322 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107237002_MOONRAKER A |
| 107239001 | LEASE-OIL AND GAS | Timothy D. Price, a single man | EM Energy Ohio, LLC | 2.67 | 1.335 | Net Royalty Interes | 0.19 | 1 | 0.81 | 1/31/2014 | 1/31/2014 | 12/31/2099 | MONROE | Paid | Active | 201400076081 | | 41794 | 276 | 316 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107239001_MOONRAKER A |
| 107240000 | LEASE-OIL AND GAS | James F. Graham, a widower | EM Energy Ohio, LLC | 57.52 | 57.52 | Net Royalty Interes | 0.2 | 1 | 0.8 | 9/17/2013 | 9/17/2013 | 12/31/2099 | MONROE | Paid | Active | 201400076083 | | 41794 | 276 | 320 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107240000_NICK NACK EAST NICK NACK WEST |
| 107242000 | LEASE-OIL AND GAS | Richard J. Sexton and Angela D. Sexton, h/w | EM Energy Ohio, LLC | 3.58 | 3.58 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/27/2013 | 11/27/2013 | 12/31/2099 | MONROE | Paid | Active | 201400075638 | | 41773 | 274 | 521 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107242000_VALENKA CENTRAL |
| 107245000 | LEASE-OIL AND GAS | William T. Colvin and Evelyn R. Colvin, h/w | EM Energy Ohio, LLC | 0.61 | 0.61 | Net Royalty Interes | 0.2 | 1 | 0.8 | 11/12/2013 | 11/12/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074558 | | 41726 | 270 | 380 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107245000_MOONRAKER A |
| 107248000 | LEASE-OIL AND GAS | Allen B. Crane and Sheila L. Crane, h/w | EM Energy Ohio, LLC | 3.01 | 3.01 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/13/2013 | 11/13/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074557 | | 41726 | 270 | 378 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Valenka |
| 107251001 | LEASE-OIL AND GAS | Nancy Collins | EM Energy Ohio, LLC | 3.63 | 1.134375 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/22/2013 | 11/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074551 | | 41726 | 270 | 366 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107251001_NICK NACK WEST |
| 107251002 | LEASE-OIL AND GAS | Christopher Collins | EM Energy Ohio, LLC | 3.63 | 1.134375 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/22/2013 | 11/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074552 | | 41726 | 270 | 368 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107251002_NICK NACK WEST |
| 107251003 | LEASE-OIL AND GAS | Stanley Collins and Melissa Collins | EM Energy Ohio, LLC | 3.63 | 1.134375 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/9/2013 | 11/9/2013 | 12/31/2099 | MONROE | Paid | Active | 201400074544 | | 41726 | 270 | 352 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107251003_NICK NACK WEST |
| 107319000 | LEASE-OIL AND GAS | Larry Dillon and Vivian Dillon Family Farm Trust | EM Energy Ohio, LLC | 76 | 76 | Gross Royalty Inte | 0.2 | 1 | 0.8 | 2/6/2014 | 2/6/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077123 | | 41845 | 280 | 291 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107319000_MOONRAKER B |
| 107352000 | LEASE-OIL AND GAS | David M. Byrd and Sheila J. Byrd, husband and wife | EM Energy Ohio, LLC | 5.244 | 5.244 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/29/2014 | 3/29/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077860 | | 41877 | 283 | 262 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107352000_VALENKA CENTRAL |
| 107388000 | LEASE-OIL AND GAS | Ethel M. Morris, (S) & Melissa Morris, (S) | EM Energy Ohio, LLC | 0.57 | 0.57 | Net Royalty Interes | 0.2 | 1 | 0.8 | 5/22/2014 | 5/22/2014 | 12/31/2099 | MONROE | Paid | Active | 201400079284 | | 41943 | 289 | 228 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107388000_NICK NACK WEST |
| 107392001 | LEASE-OIL AND GAS | Theresa L. Jackson, Single | EM Energy Ohio, LLC | 33.49 | 5.581778 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/21/2013 | 12/21/2013 | 12/31/2099 | MONROE | Partial Paid | Active | 201400075637 | | 41773 | 274 | 518 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107392001_VALENKA CENTRAL |
| 107392002 | LEASE-OIL AND GAS | Shannon M. Staten, Divorced and Unremarried | EM Energy Ohio, LLC | 33.49 | 8.3725 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/21/2013 | 12/21/2013 | 12/31/2099 | MONROE | Partial Paid | Active | 201400075636 | | 41773 | 274 | 515 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107392002_VALENKA CENTRAL |
| 107392003 | LEASE-OIL AND GAS | Michael S. Staten, Divorced and Unremarried | EM Energy Ohio, LLC | 33.49 | 8.3725 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/21/2013 | 12/21/2013 | 12/31/2099 | MONROE | Partial Paid | Active | 201400075635 | | 41773 | 274 | 512 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107392003_VALENKA CENTRAL |
| 107392004 | LEASE-OIL AND GAS | Marcia A. Geiger, fka Marcia A. Myers, Widowed | EM Energy Ohio, LLC | 33.49 | 11.163222 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/21/2013 | 12/21/2013 | 12/31/2099 | MONROE | Partial Paid | Active | 201400075634 | | 41773 | 274 | 509 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107392004_VALENKA CENTRAL |
| 107395000 | LEASE-OIL AND GAS | Betty S Hruska | Gulfport Energy Corporation | 17.194 | 17.194 | Net Royalty Interes | 0.2 | 1 | 0.8 | 8/15/2013 | 8/15/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070454 | | 41534 | 252 | 546 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107395000_MOONRAKER A |
| 107403001 | LEASE-OIL AND GAS | Freedom Royalties, LP | EM Energy Ohio, LLC | 168.05 | 4.201251 | Gross Royalty Inte | 0.2 | 1 | 0.8 | 6/17/2014 | 6/17/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077128 | | 41845 | 280 | 303 | A-1 | Paid-Up | 12/31/2099 | 0.22544059 $ | 1,578.08 | | 107403001_MOONRAKER A MOONRAKER B |
| 107403002 | LEASE-OIL AND GAS | Black Ink Royalties, LLC | EM Energy Ohio, LLC | 0 | 0 | Gross Royalty Inte | 0.2 | 1 | 0.8 | 6/17/2014 | 6/17/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077129 | | 41845 | 280 | 305 | A-1 | Paid-Up | 12/31/2099 | 0.056360138 $ | 394.52 | | 107403002_MOONRAKER A MOONRAKER B |
| 107403003 | LEASE-OIL AND GAS | Wind River Resources, Inc. | EM Energy Ohio, LLC | 168.05 | 10.503125 | Gross Royalty Inte | 0.2 | 1 | 0.8 | 6/13/2014 | 6/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077127 | | 41845 | 280 | 301 | A-1 | Paid-Up | 12/31/2099 | 0.563601385 $ | 3,945.21 | | 107403003_MOONRAKER A MOONRAKER B |
| 107403004 | LEASE-OIL AND GAS | OGI Inc. | EM Energy Ohio, LLC | 168.05 | 5.251564 | Gross Royalty Inte | 0.2 | 1 | 0.8 | 6/12/2014 | 6/12/2014 | 12/31/2099 | MONROE | Paid | Active | 201400077126 | | 41845 | 280 | 299 | A-1 | Paid-Up | 12/31/2099 | 0.281800692 $ | 1,972.60 | | 107403004_MOONRAKER A MOONRAKER B |
| 107403005 | LEASE-OIL AND GAS | DILLON, LARRY & VIVIAN; ROBERT COUTS | Gulfport Energy Corporation | 164.9203 | 113.069688 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | | | 40714 | 203 | 56 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107403005_MOONRAKER A MOONRAKER B |
| 107406000 | LEASE-OIL AND GAS | CHARLES J. MINGER AND CORRINA L. MINGER, H/W | Gulfport Energy Corporation | 4.4883 | 4.4883 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/12/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057119 | | 40714 | 203 | 51 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107406000_MOONRAKER A |
| 107408000 | LEASE-OIL AND GAS | MICHAEL A AND BONNIE HUGHES, H/W | Gulfport Energy Corporation | 97.4204 | 97.4204 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/12/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057155 | | 42258.47407 | 203 | 124 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107408000_MOONRAKER A |
| 107409000 | LEASE-OIL AND GAS | MICHAEL A AND BONNIE HUGHES, H/W | Gulfport Energy Corporation | 1.0979 | 1.0979 | Gross Royalty Inte | 0.2 | 1 | 0.8 | 6/24/2014 | 6/24/2014 | 12/31/2099 | MONROE | Paid | Active | 201400079124 | | 41936 | 288 | 547 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107409000_MOONRAKER A |
| 107410000 | LEASE-OIL AND GAS | TODD E HOOPER AND MELISSA A HOPPER, H/W | Gulfport Energy Corporation | 9.2745 | 9.2745 | Gross Royalty Inte | 0.04 | 1 | 0.96 | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057147 | | 40714 | 203 | 108 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107410000_MOONRAKER A MOONRAKER B |
| 107416000 | LEASE-OIL AND GAS | Bruner Land Company | Triad Hunter, LLC | 15.264 | 15.264 | Gross Royalty Inte | 0.18 | 1 | 0.82 | 4/2/2013 | 4/2/2013 | 12/31/2099 | WASHINGTO | Paid | Active | 201300006752 | | 41479 | 549 | 1401 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107416000_Merlin |
| 107476000 | LEASE-OIL AND GAS | Gary Barrett and Beverly Barrett, H/W | EM Energy Ohio, LLC | 1.028 | 1.028 | Net Royalty Interes | 0.2 | 1 | 0.8 | 6/13/2014 | 6/13/2014 | 12/31/2099 | MONROE | Paid | Active | 201300067573 | | 41380 | 240 | 241 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Valenka |
| 107516000 | LEASE-OIL AND GAS | Antioch Community Volunteer Fire Department | EM Energy Ohio, LLC | 0.758 | 0.758 | Net Royalty Interes | 0.2 | 1 | 0.8 | 9/3/2014 | 9/3/2014 | 12/31/2099 | MONROE | Paid | Active | 201500080664 | | 42018 | 295 | 372 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107516000_NICK NACK WEST |
| 107526003 | LEASE-OIL AND GAS | Dean Christman (Deep Rights) | EM Energy Ohio, LLC | 59.25 | 29.625 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/24/2013 | 4/24/2013 | 12/31/2099 | MONROE | Paid | Active | 201500080720 | | 42024 | 295 | 671 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107526003_VALENKA CENTRAL |
| 107528000 | LEASE-OIL AND GAS | Frederick P. Howell, Widowed | EM Energy Ohio, LLC | 3.27 | 3.27 | Net Royalty Interes | 0.18 | 1 | 0.82 | 7/18/2014 | 7/18/2014 | 12/31/2099 | MONROE | Paid | Active | 201300072247 | | 41617 | 259 | 652 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107528000_ZORIN EAST |
| 107624000 | LEASE-OIL AND GAS | Brenda Simmons, fka Brenda Moore, divorced | EM Energy Ohio, LLC | 1 | 1 | Net Royalty Interes | 0.19 | 1 | 0.81 | 11/21/2014 | 11/21/2014 | 12/31/2099 | MONROE | Paid | Active | 201500080659 | | 42018 | 295 | 362 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107624000_ODDJOB WEST |
| 107627000 | LEASE-OIL AND GAS | Randall J. Seckman and Ann Seckman, H/W | EM Energy Ohio, LLC | 1.751 | 1.751 | Net Royalty Interes | 0.2 | 1 | 0.8 | 12/7/2014 | 12/7/2014 | 12/31/2099 | MONROE | Paid | Active | 201700093508 | | 42816 | 354 | 803 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107627000_NICK NACK EAST |
| 107758000 | LEASE-OIL AND GAS | ALBIN ROVAN (SINGLE MAN) | Wishguard, LLC | 58.122 | 54.533875 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/12/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057144 | | 40714 | 203 | 102 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107758000_NICK NACK WEST |
| 107762000 | LEASE-OIL AND GAS | CHARLES & VICKIE ROBERTS | Wishguard, LLC | 24.09 | 22.584375 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/11/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057109 | | 40714 | 203 | 030 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107762000_NICK NACK WEST |
| 107764000 | LEASE-OIL AND GAS | Donald W. Wise and Brenda J, Wise (H/W) | Wishguard, LLC | 5.68 | 5.68 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057129 | | 40714 | 203 | 72 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107764000_NICK NACK WEST |
| 107765000 | LEASE-OIL AND GAS | Vivian Marty as Exe. of the Estate of Howard Marty | Gulfport Energy Corporation | 39.5 | 39.5 | Net Royalty Interes | 0.2 | 1 | 0.8 | 8/26/2013 | 8/26/2013 | 12/31/2099 | MONROE | Paid | Active | 201300070579 | | 41541 | 253 | 4 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107765000_ODDJOB WEST |
| 107790000 | LEASE-OIL AND GAS | Robert V. Wise | Wishguard, LLC | 1.94 | 1.94 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057127 | | 40682 | 203 | 068 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107790000_NICK NACK WEST |
| 107801000 | LEASE-OIL AND GAS | Rodney A. Wise & Sherri Carpenter, AKA Sherri Wise | Wishguard, LLC | 4.42 | 4.42 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/19/2011 | 4/30/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057130 | | 40714 | 203 | 74 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107801000_NICK NACK WEST |
| 107818000 | LEASE-OIL AND GAS | Robert T. Fleeman and Elizabeth K. Fleeman, H/W | Wishguard, LLC | 40.32 | 40.32 | Net Royalty Interes | 0.15 | 1 | 0.85 | 5/19/2011 | 5/31/2011 | 12/31/2099 | MONROE | Paid | Active | 201100057145 | | 40714 | 203 | 104 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107818000_NICK NACK EAST |
| 107993000 | LEASE-OIL AND GAS | Mona Marie Sexton, a widow | EM Energy Ohio, LLC | 75.5 | 75.5 | Net Royalty Interes | 0.2 | 1 | 0.8 | 5/20/2015 | 5/20/2015 | 12/31/2099 | MONROE | Paid | Active | 201500084693 | | 42272 | 315 | 703 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 107993000_ODDJOB EAST ODDJOB WEST |
| 108087000 | LEASE-OIL AND GAS | Michael R. Vernon and Jennifer R. Vernon | EM Energy Ohio, LLC | 3.78 | 3.78 | Net Royalty Interes | 0.18 | 1 | 0.82 | 10/1/2015 | 10/1/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086758 | | 42409 | 325 | 431 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108087000_NICK NACK EAST NICK NACK WEST |
| 108089000 | LEASE-OIL AND GAS | Jerry Piatt, a widower | EM Energy Ohio, LLC | 59 | 59 | Net Royalty Interes | 0.2 | 1 | 0.8 | 9/18/2015 | 9/18/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086764 | | 42409 | 325 | 445 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108089000_ODDJOB EAST |
| 108090001 | LEASE-OIL AND GAS | Florence Elizabeth Jordan fka Florence E. Hupp | EM Energy Ohio, LLC | 0.057 | 0.01425 | Net Royalty Interes | 0.2 | 1 | 0.8 | 9/11/2015 | 9/11/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086765 | | 42409 | 325 | 448 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108090001_ZORIN EAST |
| 108090002 | LEASE-OIL AND GAS | Marjorie R. Hippli f.k.a. Marjorie R. Hupp | EM Energy Ohio, LLC | 0.057 | 0.01425 | Net Royalty Interes | 0.2 | 1 | 0.8 | 9/8/2015 | 9/8/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086761 | | 42409 | 325 | 437 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108090002_ZORIN EAST |
| 108090003 | LEASE-OIL AND GAS | The Monroe Water District | EM Energy Ohio, LLC | 0.057 | 0.0285 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/9/2017 | 3/9/2017 | 12/31/2099 | MONROE | Paid | Active | 201700093923 | | 42832 | 356 | 746 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108090003_ZORIN EAST |
| 108092000 | LEASE-OIL AND GAS | Leota F. Lee, a single woman | EM Energy Ohio, LLC | 0.175 | 0.175 | Net Royalty Interes | 0.18 | 1 | 0.82 | 9/1/2015 | 9/1/2015 | 12/31/2099 | MONROE | Paid | Active | 201600086759 | | 42409 | 325 | 433 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108092000_NICK NACK WEST |
| 108118000 | LEASE-OIL AND GAS | Glenn R. Weddle and Judy L. Weddle, H/W | Eclipse Resources I, LP | 94.381 | 94.381 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061502 | | 41029 | 218 | 599 | A-1 | Delay Rental | | | | HBP | 108118000_VALENKA CENTRAL VALENKA EAST ZORIN WEST |
| 108120000 | LEASE-OIL AND GAS | William Winland and Shannon Winland, H/W | Eclipse Resources I, LP | 38.128218 | 38.128218 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061974 | | 41053 | 220 | 241 | A-1 | Delay Rental | | | | HBP | 108120000_MOONRAKER A MOONRAKER B VALENKA EAST |
| 108121000 | LEASE-OIL AND GAS | Larry G. & Sonja M. Riggenbach | Eclipse Resources I, LP | 70.32 | 70.32 | Net Royalty Interes | 0.2 | 1 | 0.8 | 4/13/2012 | 4/13/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061997 | | 41053 | 220 | 359 | A-1 | Delay Rental | | | | HBP | 108121000_NICK NACK EAST |
| 108125000 | LEASE-OIL AND GAS | Brent & Jennifer McConnell, H/W; James Dunphy | Eclipse Resources I, LP | 30.598 | 30.598 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061306 | | 41018 | 217 | 932 | A-1 | Delay Rental | | | | HBP | 108125000_MOONRAKER B |
| 108129000 | LEASE-OIL AND GAS | Kevin G. Lumbatis & Susan M. Lumbatis, H/W | Eclipse Resources I, LP | 95.496 | 95.496 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061547 | | 41030 | 218 | 790 | A-1 | Delay Rental | | | | HBP | 108129000_VALENKA CENTRAL VALENKA EAST |
| 108129000 | LEASE-OIL AND GAS | Kevin G. Lumbatis & Susan M. Lumbatis, H/W | Eclipse Resources I, LP | 95.496 | 95.496 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061547 | | 41030 | 325 | 96 | A-1 | Delay Rental | | | | HBP | 108129000_VALENKA CENTRAL VALENKA EAST |
| 108131000 | LEASE-OIL AND GAS | Ronald C. Vernon and Melinda M. Vernon, H/W | Eclipse Resources I, LP | 45.516 | 45.516 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/25/2012 | 10/25/2012 | 12/31/2099 | MONROE | Paid | Active | 201200064919 | | 41232 | 231 | 274 | A-1 | Delay Rental | | | | HBP | 108131000_NICK NACK EAST NICK NACK WEST |
| 108132000 | LEASE-OIL AND GAS | Iris Gale Covert, a widow | Eclipse Resources I, LP | 43.65 | 43.65 | Net Royalty Interes | 0.2 | 1 | 0.8 | 3/21/2012 | 3/21/2012 | 12/31/2099 | MONROE | Paid | Active | 201200061503 | | 41029 | 218 | 605 | A-1 | Delay Rental | | | | HBP | 108132000_VALENKA CENTRAL VALENKA EAST |
| 108137000 | LEASE-OIL AND GAS | Richard D. Brown | Eclipse Resources I, LP | 1.166 | 1.166 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/7/2012 | 11/7/2012 | 12/31/2099 | MONROE | Paid | Active | 201200064977 | | 41234 | 231 | 478 | A-1 | Delay Rental | | | | HBP | 108137000_NICK NACK WEST |
| 108138000 | LEASE-OIL AND GAS | Daniel L. Crawford & Victoria R. Crawford | Eclipse Resources I, LP | 98.61 | 98.61 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/28/2012 | 11/28/2012 | 12/31/2099 | MONROE | Paid | Active | 201300066513 | | 41319 | 236 | 476 | A-1 | Delay Rental | | | | HBP | 108138000_NICK NACK EAST NICK NACK WEST |
| 108139000 | LEASE-OIL AND GAS | Beverly D. Brown | Eclipse Resources I, LP | 1.129 | 1.129 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/7/2012 | 11/7/2012 | 12/31/2099 | MONROE | Paid | Active | 201200065367 | | 41254 | 232 | 773 | A-1 | Delay Rental | | | | HBP | 108139000_NICK NACK WEST |
| 108143000 | LEASE-OIL AND GAS | William F. & Willma M. Carter, LE; Ilaina Carter | Beck Energy Corporation | 138 | 138 | Net Royalty Interes | 0.125 | 1 | 0.875 | 4/14/2004 | 4/14/2004 | 12/31/2099 | MONROE | Paid | Active | 200400037399 | | 40667 | 118 | 274 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108143000_ODDJOB WEST ZORIN EAST |
| 108146000 | LEASE-OIL AND GAS | Donald G. and B. Jeanette Thompson, H/W | American Energy Ohio, LLC | 0.522 | 0.522 | Gross Royalty Inte | 0.2 | 1 | 0.8 | 9/25/2013 | 9/25/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071831 | | 41592 | 257 | 778 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108146000_NICK NACK WEST |
| 108149000 | LEASE-OIL AND GAS | Roger E. Pittman, an unmarried person | EM Energy Ohio, LLC | 1.055 | 1.055 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067726 | | 41387 | 240 | 814 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108149000_NICK NACK WEST |
| 108151000 | LEASE-OIL AND GAS | Luther F. Burke and Frances J. Burke, H/W | Great River Energy | 5 | 5 | Gross Royalty Inte | 0.2 | 1 | 0.8 | 10/18/2013 | 10/18/2013 | 12/31/2099 | MONROE | Paid | Active | 201300072556 | | 41626 | 261 | 816 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108151000_ODDJOB EAST ODDJOB WEST |
| 108185000 | LEASE-OIL AND GAS | Betty S. Hruska | EM Energy Ohio, LLC | 55.368 | 55.368 | Net Royalty Interes | 0.17 | 1 | 0.83 | 6/9/2016 | 6/9/2016 | 12/31/2099 | MONROE | Paid | Active | 201600088996 | | 42545 | 335 | 407 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108185000_ODDJOB WEST ZORIN EAST ZORIN WEST |
| 108211000 | LEASE-OIL AND GAS | Urban Weber & Lavona Weber | Burchett & Haynes, LLC | 114 | 114 | Net Royalty Interes | 0.125 | 1 | 0.875 | 3/6/2006 | 3/6/2006 | 12/31/2099 | MONROE | Paid | Active | 200600043233 | | 38791 | 143 | 897 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108211000_ZORIN EAST ZORIN WEST VALENKA EAST |
| 108232001 | LEASE-OIL AND GAS | Thomas R. Householder | EM Energy Ohio, LLC | 65 | 1.807 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/25/2016 | 10/25/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092575 | | 42774 | 350 | 646 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232001_ZORIN EAST ZORIN WEST |
| 108232002 | LEASE-OIL AND GAS | Susan G. and George F. Emch | EM Energy Ohio, LLC | 65 | 1.807 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/25/2016 | 10/25/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092574 | | 42774 | 350 | 644 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232002_ZORIN EAST ZORIN WEST |
| 108232003 | LEASE-OIL AND GAS | Julie Thelaner Goundry | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/21/2016 | 10/21/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092573 | | 42774 | 350 | 642 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232003_ZORIN EAST ZORIN WEST |
| 108232004 | LEASE-OIL AND GAS | Leslie David Thelaner | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/31/2016 | 10/31/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092572 | | 42774 | 350 | 640 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232004_ZORIN EAST ZORIN WEST |
| 108232005 | LEASE-OIL AND GAS | Elizabeth and Pete Alberto | EM Energy Ohio, LLC | 65 | 0.9035 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/14/2016 | 10/14/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092570 | | 42774 | 350 | 636 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232005_ZORIN EAST ZORIN WEST |
| 108232006 | LEASE-OIL AND GAS | Ginny and Larry Wigley | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interes | 0.17 | 1 | 0.83 | 11/3/2016 | 11/3/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092569 | | 42774 | 350 | 634 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232006_ZORIN EAST ZORIN WEST |
| 108232007 | LEASE-OIL AND GAS | Wendy Thelaner Kennedy and Don Kennedy | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interes | 0.17 | 1 | 0.83 | 11/8/2016 | 11/8/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092571 | | 42774 | 350 | 638 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232007_ZORIN EAST ZORIN WEST |
| 108232008 | LEASE-OIL AND GAS | Kathleen M. Covert | EM Energy Ohio, LLC | 65 | 0.9035 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/18/2016 | 10/18/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092567 | | 42774 | 350 | 630 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232008_ZORIN EAST ZORIN WEST |
| 108232009 | LEASE-OIL AND GAS | Cindy K. and Steve Andreasen | EM Energy Ohio, LLC | 65 | 1.0855 | Net Royalty Interes | 0.17 | 1 | 0.83 | 10/19/2016 | 10/19/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092566 | | 42774 | 350 | 628 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232009_ZORIN EAST ZORIN WEST |
| 108232010 | LEASE-OIL AND GAS | Ellen Oliver | EM Energy Ohio, LLC | 65 | 1.807 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/21/2016 | 10/21/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092565 | | 42774 | 350 | 626 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232010_ZORIN EAST ZORIN WEST |
| 108232011 | LEASE-OIL AND GAS | Linda and Richard Crooks | EM Energy Ohio, LLC | 65 | 1.807 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/21/2016 | 10/21/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092564 | | 42774 | 350 | 624 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232011_ZORIN EAST ZORIN WEST |
| 108232012 | LEASE-OIL AND GAS | Charles R. and Dorothy M. Wierer | EM Energy Ohio, LLC | 65 | 5.416644 | Net Royalty Interes | 0.17 | 1 | 0.83 | 9/23/2016 | 9/23/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092934 | | 42793 | 352 | 149 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232012_ZORIN EAST ZORIN WEST |
| 108232013 | LEASE-OIL AND GAS | Stephen C. Covert | EM Energy Ohio, LLC | 65 | 0.9035 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/24/2016 | 10/24/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092563 | | 42774 | 350 | 622 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232013_ZORIN EAST ZORIN WEST |
| 108232014 | LEASE-OIL AND GAS | Chester J. and B. Lynn Covert | EM Energy Ohio, LLC | 65 | 0.9035 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/21/2016 | 10/21/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092562 | | 42408 | 350 | 620 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232014_ZORIN EAST ZORIN WEST |
| 108232015 | LEASE-OIL AND GAS | Village of Woodsfield, owner of Oaklawn Cemetary | EM Energy Ohio, LLC | 65 | 21.666668 | Net Royalty Interes | 0.2 | 1 | 0.8 | 6/16/2017 | 6/16/2017 | 12/31/2099 | MONROE | Paid | Active | 201700095560 | | 42909 | 363 | 795 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108232015_ZORIN EAST ZORIN WEST |
| 108234001 | LEASE-OIL AND GAS | Larry F. Stine | EM Energy Ohio, LLC | 61.425 | 9.735416 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091392 | | 42696 | 345 | 581 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108234001_NICK NACK EAST NICK NACK WEST |
| 108234002 | LEASE-OIL AND GAS | Gregory P. & Donna Stine | EM Energy Ohio, LLC | 61.425 | 9.735416 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091393 | | 42696 | 345 | 584 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108234002_NICK NACK EAST NICK NACK WEST |
| 108234003 | LEASE-OIL AND GAS | Deborah Sue Smith | EM Energy Ohio, LLC | 98.425 | 4.946146 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091394 | | 42696 | 345 | 587 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108234003_NICK NACK EAST NICK NACK WEST |
| 108234004 | LEASE-OIL AND GAS | Kathy L. & David M Hughes | EM Energy Ohio, LLC | 61.425 | 10.04375 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091395 | | 42696 | 345 | 590 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108234004_NICK NACK EAST NICK NACK WEST |
| 108234005 | LEASE-OIL AND GAS | Curtis L Stine & Anne Morrison | EM Energy Ohio, LLC | 61.425 | 4.867709 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091390 | | 42696 | 345 | 575 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108234005_NICK NACK EAST NICK NACK WEST |
| 108234006 | LEASE-OIL AND GAS | Deborah S. Stine-Pavick and Roy Pavick | EM Energy Ohio, LLC | 61.425 | 9.735416 | Net Royalty Interes | 0.18 | 1 | 0.82 | 11/17/2016 | 11/17/2016 | 12/31/2099 | MONROE | Paid | Active | 201600091391 | | 42696 | 345 | 578 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108234006_NICK NACK EAST NICK NACK WEST |
| 108234007 | LEASE-OIL AND GAS | Mineral Asset Protection, LLC | EM Energy Ohio, LLC | 41.5 | 2.075 | Net Royalty Interes | 0.17 | 1 | 0.83 | 12/15/2016 | 12/15/2016 | 12/31/2099 | MONROE | Paid | Active | 201700092549 | | 42774 | 350 | 579 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108234007_NICK NACK EAST NICK NACK WEST |
| 105283001 | LEASE-OIL AND GAS | RANDALL L. BROWN AKA RANDALL LEE BROWN AND GERMAIN | EM Energy Ohio, LLC | 60 | 10 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/4/2013 | 10/4/2013 | 12/31/2099 | MONROE | Paid | Active | 201400073419 | | 41677 | 265 | 131 | A-1 | Delay Rental | 10/4/2019 | 10 $ | 10,000.00 | | 105283001_ODDJOB EAST |
| 105283002 | LEASE-OIL AND GAS | CHARLES E. BROWN AKA CHARLES EDSON BROWN AND VIRGI | EM Energy Ohio, LLC | 60 | 10 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/2/2013 | 10/2/2013 | 12/31/2099 | MONROE | Paid | Active | 201400073413 | | 41677 | 265 | 117 | A-1 | Delay Rental | 10/2/2019 | 10 $ | 10,000.00 | | 105283002_ODDJOB EAST |
| 108238000 | LEASE-OIL AND GAS | Zenus DeVaul et al | Benjamin Longfellow and Cha | 0.33 | 0.33 | Net Royalty Interes | 0.125 | 1 | 0.875 | 1/1/1900 | 1/1/1900 | 12/31/2099 | MONROE | Paid | Active | | 10/17/1898 | | 24 | 317 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Zorin |
| 108468000 | LEASE-OIL AND GAS | Rex Kindall et al. | H.A. Burns & R.M. Burns | 104.256 | 95.606 | Net Royalty Interes | 0.125 | 1 | 0.875 | 6/29/1953 | 6/29/1953 | 12/31/2099 | MONROE | Paid | Active | | | 19676 | 97 | 191 | A-1 | Paid-up | 12/31/2099 | | | HBP | 108468000_VALENKA CENTRAL VALENKA EAST |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108253001 | LEASE-OIL AND GAS | John and Myra F. Dornbusch | EM Energy Ohio, LLC | 85.132 | 1.773584 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/16/2017 | 3/16/2017 | 12/31/2099 | MONROE | Paid | Active | 201700094464 | 42859 | 359 | 475 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108253001_NICK NACK WEST |
| 108253002 | LEASE-OIL AND GAS | Charles L. and Beverly Dornbusch | EM Energy Ohio, LLC | 85.132 | 1.773584 | Net Royalty Interes | 0.15 | 1 | 0.85 | 3/7/2017 | 3/7/2017 | 12/31/2099 | MONROE | Paid | Active | 201700094465 | 42859 | 359 | 478 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108253002_NICK NACK WEST |
| 108253003 | LEASE-OIL AND GAS | Kenneth and Patricia Lombard | EM Energy Ohio, LLC | 85.132 | 1.773584 | Net Royalty Interes | 0.15 | 1 | 0.85 | 4/13/2017 | 4/13/2017 | 12/31/2099 | MONROE | Paid | Active | 201700094466 | 42859 | 359 | 481 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108253003_NICK NACK WEST |
| 107608000 | LEASE-OIL AND GAS | Clarence R., Sarah A., Martin D., Shirley Troyer | Paragon Industries | 80.82 | 80.82 | Net Royalty Interes | 0.125 | 1 | 0.875 | 3/31/1981 | 3/31/1981 | 12/31/2099 | WASHINGTO | Paid | Active | | 29683 | 235 | 972 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 108255000 | LEASE-OIL AND GAS | Brian D. and Sheila D. Turner | EM Energy Ohio, LLC | 27.009 | 27.009 | Net Royalty Interes | 0.2 | 1 | 0.8 | 4/11/2017 | 4/11/2017 | 12/31/2099 | MONROE | Paid | Active | 201700095908 | 42935 | 365 | 176 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108255000_ZORIN EAST |
| 107609000 | LEASE-OIL AND GAS | Gary McConnell and Carol McConnell, his wife | Republic Mineral Corp. | 23.62 | 23.62 | Net Royalty Interes | 0.125 | 1 | 0.875 | 4/23/1980 | 4/23/1980 | 12/31/2099 | WASHINGTO | Paid | Active | | 29356 | 228 | 780 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 107610000 | LEASE-OIL AND GAS | Harry W. and Mildred M. Handschumacher | Southern Ohio Gas Company, | 70 | 70 | Net Royalty Interes | 0.125 | 1 | 0.875 | 1/27/1978 | 1/27/1978 | 12/31/2099 | WASHINGTO | Paid | Active | | 28570 | 217 | 458 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 107611000 | LEASE-OIL AND GAS | John E Linscott and Edna M. Linscott | The Oxford Oil Company | 117.486 | 117.486 | Net Royalty Interes | 0.125 | 1 | 0.875 | 10/18/1976 | 10/18/1976 | 12/31/2099 | WASHINGTO | Paid | Active | | 28061 | 212 | 180 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 107612000 | LEASE-OIL AND GAS | F. R. Abicht (& Pemberton J. Palmer & Doris Palmer | Santa Fe Drilling Company Inc | 83.3 | 83.3 | Net Royalty Interes | 0.125 | 1 | 0.875 | 2/15/1980 | 2/15/1980 | 12/31/2099 | WASHINGTO | Paid | Active | | 29294 | 227 | 944 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 108260000 | LEASE-OIL AND GAS | Max E. and Janet S. Winland | EM Energy Ohio, LLC | 32.991 | 32.991 | Net Royalty Interes | 0.2 | 1 | 0.8 | 5/2/2017 | 5/2/2017 | 12/31/2099 | MONROE | Paid | Active | 201700095599 | 42914 | 363 | 938 | A-1 | Paid-Up | 12/31/2099 | | | HBP | 108260000_ZORIN EAST |
| 107613000 | LEASE-OIL AND GAS | John L. & Louella E. Betts, Husband & Wife | Santa Fe Drilling Company Inc | 144.5 | 144.5 | Net Royalty Interes | 0.125 | 1 | 0.875 | 4/8/1977 | 4/8/1977 | 12/31/2099 | WASHINGTO | Paid | Active | | 28235 | 213 | 481 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 108305000 | LEASE-OIL AND GAS | John Dearth and Clarinda Dearth | C.B. Barry | 70.542 | 40 | Net Royalty Interes | 0.125 | 1 | 0.875 | 1/1/1900 | 1/1/1900 | 12/31/2099 | MONROE | Paid | Active | | 12/2/1897 | 23 | 544 | A-1 | Paid-up | 12/31/2099 | | | HBP | Zorin |
| 107617000 | LEASE-OIL AND GAS | Robert R. Biehl, single | Santa Fe Drilling Company Inc | 84.65 | 84.65 | Net Royalty Interes | 0.125 | 1 | 0.875 | 4/13/1977 | 4/13/1977 | 12/31/2099 | WASHINGTO | Paid | Active | | 29129 | 225 | 576 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 107618000 | LEASE-OIL AND GAS | C. M. Smith or Bernice Smith | Santa Fe Drilling Company Inc | 30.5 | 30.5 | Gross Royalty Inter | 0.125 | 1 | 0.875 | 3/3/1978 | 3/3/1978 | 12/31/2099 | WASHINGTO | Paid | Active | | 29102 | 225 | 85 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 107619000 | LEASE-OIL AND GAS | Dunmar Farms, Inc. (Eugene Biehl, President) | Santa Fe Drilling Company Inc | 285.401 | 285.401 | Net Royalty Interes | 0.125 | 1 | 0.875 | 9/16/1981 | 9/16/1981 | 12/31/2099 | WASHINGTO | Paid | Active | | 29847 | 239 | 240 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 108192000 | LEASE-OIL AND GAS | Earl Hensel and Thelma Hensel | New Trend Oil and Gas Inc | 20 | 20 | Net Royalty Interes | 0.125 | 1 | 0.875 | 7/14/1987 | 7/14/1987 | 12/31/2099 | MONROE | Paid | Active | | 31973 | 133 | 130 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 108421000 | LEASE-OIL AND GAS | John Christman | EM Energy Ohio, LLC | 39.25 | 39.25 | Net Royalty Interes | 0.19 | 1 | 0.81 | 12/14/2017 | 12/14/2017 | 12/31/2099 | MONROE | Paid | Active | 201700099075 | 43089 | 377 | 1130 | A-1 | Delay Rental | | | | HBP | Valenka |
| 108468000 | LEASE-OIL AND GAS | Wilford and Lucille Kindall | Rex Kindall, Vivian Caldwell, a | 104.256 | 8.65 | Net Royalty Interes | 0.125 | 1 | 0.875 | 4/7/1952 | 4/7/1952 | 12/31/2099 | MONROE | Paid | Active | | 19098 | 97 | 191 | A-1 | Paid-up | 12/31/2099 | | | HBP | 108468000_VALENKA CENTRAL VALENKA EAST |
| 108487000 | LEASE-OIL AND GAS | Thomas Ripley | Longfellow Bros. | 80 | 80 | Net Royalty Interes | 0.125 | 1 | 0.875 | 1/1/1900 | 1/1/1900 | 12/31/2099 | MONROE | Paid | Active | | 12/8/1897 | 23 | 552 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Valenka |
| 108863000 | LEASE-OIL AND GAS | W.O. Hogue and Barbara E Houge h/w | Chalmer Watters and Vanda ' | 66.99 | 66.99 | Net Royalty Interes | 0.125 | 1 | 0.875 | 10/30/1936 | 10/30/1936 | 12/31/2099 | MONROE | Paid | Active | | 13453 | 83 | 25 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Valenka |
| 108193000 | LEASE-OIL AND GAS | Raymond W. and Anna W. Hensel | New Trend Oil and Gas Inc | 35 | 20 | Net Royalty Interes | 0.125 | 1 | 0.875 | 7/20/1987 | 7/20/1987 | 12/31/2099 | MONROE | Paid | Active | | 31982 | 133 | 191 | A-1 | Paid-Up | 12/31/2099 | | | HBP | Shallow Well |
| 104234000 | LEASE-OIL AND GAS | DORIS RUTHERFORD | EM Energy Ohio, LLC | 1.306 | 1.306 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067616 | 41380 | 240 | 472 | A-1 | Delay Rental | | | | HBP | 104234000_NICK NACK WEST |
| 104241000 | LEASE-OIL AND GAS | RICHARD M. COLVIN AND MARY ELLEN COLVIN, H/W | EM Energy Ohio, LLC | 1.921 | 1.921 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068614 | 41437 | 244 | 964 | A-1 | Delay Rental | | | | HBP | 104241000_NICK NACK WEST |
| 104533000 | LEASE-OIL AND GAS | URBAN LEWIS HEFT JR. | EM Energy Ohio, LLC | 134.904 | 134.904 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/30/2013 | 3/30/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067731 | 41387 | 240 | 841 | A-1 | Delay Rental | | | | HBP | 104533000_MOONRAKER A MOONRAKER B |
| 105272000 | LEASE-OIL AND GAS | NORMA G. HOFF | EM Energy Ohio, LLC | 1.615 | 1.615 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067610 | 41380 | 240 | 436 | A-1 | Delay Rental | | | | HBP | 105272000_MOONRAKER A |
| 105275000 | LEASE-OIL AND GAS | DEBORAH L. KENNEY AND MATTHEW MCBRIDE, W/H | EM Energy Ohio, LLC | 4.6 | 4.6 | Net Royalty Interes | 0.19 | 1 | 0.81 | 9/23/2013 | 9/23/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071879 | 41596 | 257 | 974 | A-1 | Delay Rental | | | | HBP | 105275000_MOONRAKER A |
| 107590000 | LEASE-OIL AND GAS | Dene Shultheis and Lee Ann Shultheis, H/W | EM Energy Ohio, LLC | 0.552 | 0.552 | Net Royalty Interes | 0.2 | 1 | 0.8 | 10/29/2014 | 10/29/2014 | 10/28/2019 | MONROE | Paid | Active | 201500082046 | 42101 | 301 | 449 | A-1 | Paid-Up | | 0.552 | $ 3,312.00 | | |
| 105452000 | LEASE-OIL AND GAS | DAVID O. PEERY AND PATRICIA S. PEERY, H/W | EM Energy Ohio, LLC | 10.104 | 5.052 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 3/22/2020 | MONROE | Paid | Active | 201400073427 | 41677 | 265 | 172 | A-1 | Delay Rental | | | | HBP | 105452000_MOONRAKER B |
| 105065000 | LEASE-OIL AND GAS | ROGER L. HEDDLESON AND CAROL S. HEDDLESON, H/W | EM Energy Ohio, LLC | 24.604 | 24.604 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/28/2013 | 3/28/2020 | MONROE | Paid | Active | 201300067531 | 41380 | 240 | 31 | A-1 | Delay Rental | | | | HBP | Valenka |
| 104280002 | LEASE-OIL AND GAS | CAROL-LYNN M. HENRY | EM Energy Ohio, LLC | 10.399 | 10.399 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/15/2013 | 4/15/2013 | 4/15/2020 | MONROE | Paid | Active | 201300071236 | 41570 | 255 | 417 | A-1 | Delay Rental | | | | HBP | 104280002_MOONRAKER B |
| 104114000 | LEASE-OIL AND GAS | KATHERINE HASELBERGER | EM Energy Ohio, LLC | 38.33 | 38.33 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/29/2013 | 4/29/2013 | 4/28/2020 | MONROE | Paid | Active | 201600087209 | 42439 | 327 | 422 | A-1 | Delay Rental | | | | HBP | 104114000_VALENKA CENTRAL VALENKA EAST |
| 105310000 | LEASE-OIL AND GAS | ROBIN D. RENNINGER AND BARBARA J. RENNINGER, H/W | EM Energy Ohio, LLC | 168.406 | 168.406 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/28/2013 | 3/28/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067736 | 41387 | 240 | 871 | A-1 | Delay Rental | | | | HBP | 105310000_MOONRAKER B |
| 105449000 | LEASE-OIL AND GAS | TERRY L. HUPP | EM Energy Ohio, LLC | 17.4 | 17.4 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300068587 | 41437 | 244 | 808 | A-1 | Delay Rental | | | | HBP | 105449000_ZORIN EAST |
| 105453000 | LEASE-OIL AND GAS | PERRY TOWNSHIP BOARD OF TRUSTEES | EM Energy Ohio, LLC | 15.98 | 15.98 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067553 | 41380 | 240 | 141 | A-1 | Delay Rental | | | | HBP | 105453000_NICK NACK WEST |
| 104727000 | LEASE-OIL AND GAS | THOMAS DICK | EM Energy Ohio, LLC | 4.57 | 4.57 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 3/14/2018 | MONROE | Paid | Active | 201300071033 | 41558 | 254 | 692 | A-1 | Delay Rental | | | | HBP | 104727000_NICK NACK WEST |
| 107224000 | LEASE-OIL AND GAS | RONNIE H WILLIAMSON & LORI M WILLIAMSON | EM Energy Ohio, LLC | 240.1 | 240.1 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/14/2013 | 12/31/2099 | MONROE | Paid | Active | 201300067732 | 41387 | 240 | 847 | A-1 | Delay Rental | | | | HBP | 107224000_NICK NACK EAST NICK NACK WEST |
| 107239002 | LEASE-OIL AND GAS | ROBERT PRICE AND AMANDA PRICE, H/W | EM Energy Ohio, LLC | 3.51 | 2.175 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/22/2013 | 12/31/2099 | MONROE | Paid | Active | 201300071008 | 41558 | 254 | 550 | A-1 | Delay Rental | | | | HBP | 107239002_MOONRAKER A |
| 107202000 | LEASE-OIL AND GAS | Hazel Colvin, widow | EM Energy Ohio, LLC | 1.33 | 1.33 | Net Royalty Interes | 0.2 | 1 | 0.8 | 1/9/2014 | 1/9/2014 | 12/30/2099 | MONROE | Paid | Active | | 41794 | 276 | 333 | A-1 | Paid-Up | | | | HBP | Moonraker |
| 104116000 | LEASE-OIL AND GAS | DOUGLAS W. ASH, ETAL | EM Energy Ohio, LLC | 31.28 | 31.28 | Net Royalty Interes | 0.19 | 1 | 0.81 | 4/30/2013 | 4/30/2013 | 4/29/2099 | MONROE | Paid | Active | 201300068613 | 41437 | 244 | 959 | A-1 | Paid-Up | 4/29/2099 | | | HBP | 104116000_MOONRAKER A |
| 104109000 | LEASE-OIL AND GAS | LORAH WAYNE VANAMAN LIVING TRUST | EM Energy Ohio, LLC | 83.25 | 83.25 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/25/2013 | 3/25/2013 | 3/24/2099 | MONROE | Paid | Active | 201300072252 | 41617 | 259 | 674 | A-1 | Paid-Up | 3/24/2099 | | | HBP | 104109000_ODDJOB EAST ODDJOB WEST |
| 104108000 | LEASE-OIL AND GAS | MICHAEL L. HENTHORN | EM Energy Ohio, LLC | 94.051 | 94.051 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 3/20/2099 | MONROE | Paid | Active | 201300067560 | 41380 | 240 | 176 | A-1 | Paid-Up | 3/20/2099 | | | HBP | 104108000_NICK NACK EAST |
| 104112000 | LEASE-OIL AND GAS | JOHN K. HUPP II AND ANGELA M. HUPP, SURVIVORSHIP | EM Energy Ohio, LLC | 12.1 | 12.1 | Net Royalty Interes | 0.19 | 1 | 0.81 | 3/14/2013 | 3/21/2013 | 3/20/2099 | MONROE | Paid | Active | 201300067556 | 41380 | 240 | 156 | A-1 | Paid-Up | 3/20/2099 | | | HBP | 104112000_ZORIN EAST |
| 107584000 | LEASE-OIL AND GAS | John Christman, single (16.6666%) | EM Energy Ohio, LLC | 68.39 | 11.398333 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/30/2014 | 10/30/2014 | 10/29/2019 | MONROE | Paid | Active | 201500082045 | 4/7/2015 | 301 | 447 | | Paid-Up | 10/28/2019 | 1/11/1900 | 3/28/2087 | | |
| 104896000 | LEASE-OIL AND GAS | MICHAEL ALAN FULTZ AND PAMELA SUE FULTZ, HUSBAND A | EM Energy Ohio, LLC | 15 | 15 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/25/2013 | 10/25/2013 | 10/25/2019 | MONROE | Paid | Active | 201400074253 | 3/17/2014 | 269 | 149 | | Paid- Up | 10/25/2019 | 1/12/1900 | 11/8/1937 | | |
| 108415000 | LEASE-OIL AND GAS | PP&G Oil Company, LLC | EM Energy Ohio, LLC | 68.178 | 68.178 | Net Royalty Interes | 0.19 | 1 | 0.81 | 10/17/2017 | 10/17/2017 | 10/17/2019 | MONROE | Paid | Active | 201700099074 | 43089 | 377 | 1125 | A-1 | Delay Rental | | | HBP | | Valenka |
| 107585000 | LEASE-OIL AND GAS | John Christman, single (33.3334%) | EM Energy Ohio, LLC | 45.26 | 15.086697 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/30/2014 | 10/30/2014 | 10/29/2019 | MONROE | Paid | Active | 201500082044 | 4/7/2015 | 301 | 445 | | Paid- Up | 10/29/2019 | 1/15/1900 | 10/31/2147 | | |

**ORRIs**

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Agreement Dat | Effective Date | Expiration Date | ROYALTY TYPE | Royalty interest | ORRI | Prospect | Title Status | Status | Inactive Date | Inactive Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104237000 | LEASE-OIL AND GAS | RICHARD MOOSE AND MARLENE MOOSE, H/W | EM Energy Ohio, LLC | 3/14/2013 | 3/19/2013 | 3/18/2018 | Net Royalty Interest | 19.00% | 1.00% | MONROE | Paid | Inactive | 1/3/2019 | Sold to GPOR |
| 104541000 | LEASE-OIL AND GAS | SUZANNE CAGLE-GROSE AND ALEX GROSE, SURVIVORSHIP | EM Energy Ohio, LLC | 3/14/2013 | 3/21/2013 | 3/20/2018 | Net Royalty Interest | 19.00% | 1.00% | MONROE | Paid | Inactive | 1/26/2015 | Sold |
| 104886000 | LEASE-OIL AND GAS | PAUL R. PATTERSON AND ANNETTE PATTERSON, SURVIVORS | EM Energy Ohio, LLC | 3/14/2013 | 3/22/2013 | 3/21/2018 | Net Royalty Interest | 19.00% | 1.00% | MONROE | Paid | Inactive | 1/3/2019 | Sold to GPOR |
| 104906000 | LEASE-OIL AND GAS | EARL W. BILLITER AND RUTH A. BILLITER, SURVIVORSHI | EM Energy Ohio, LLC | 3/14/2013 | 3/28/2013 | 3/27/2018 | Net Royalty Interest | 19.00% | 1.00% | MONROE | Paid | Inactive | 4/24/2015 | Sold |
| 105066000 | LEASE-OIL AND GAS | DEAN CHRISTMAN, Rosalie, D&D Oil and Gas | EM Energy Ohio, LLC | 3/14/2013 | 3/21/2013 | 3/21/2018 | Net Royalty Interest | 19.00% | 1.00% | MONROE | Paid | Inactive | 10/17/2016 | Sold to GPOR |
| 105280000 | LEASE-OIL AND GAS | DANIEL JOSEPH SEARS AND BARBARA MICHELLE SEARS, SU | EM Energy Ohio, LLC | 3/15/2013 | 3/19/2013 | 3/18/2018 | Net Royalty Interest | 19.00% | 1.00% | MONROE | Paid | Inactive | 4/24/2015 | Sold |

## **Exhibit A-2**

Excluded Leases and Interests

[ See attached ]

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | Exhibit | Payment Date | Payment Amount | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104113000 | LEASE-OIL AND GAS | ROBERT PRICE AND AMANDA PRICE, H/W | EM Energy Ohio, LLC | 1.25 | 1.25 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300067729 | 4/23/2013 | 240 | 829 | A-2 | 3/14/2019 | $ 1,319.99 | |
| 104117000 | LEASE-OIL AND GAS | DALE DIETRICH AND SANDRA DIETRICH, H/W | EM Energy Ohio, LLC | 22.759 | 22.759 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/8/2013 | 4/8/2013 | 4/7/2019 | MONROE | Paid | Active | 201300067724 | 4/23/2013 | 240 | 804 | A-2 | 9/29/2019 | $ 24,033.50 | |
| 104229001 | LEASE-OIL AND GAS | BRENT D. TAYLOR AND TIFFANY E. TAYLOR, H/W | EM Energy Ohio, LLC | 142.25 | 23.708808 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/15/2013 | 3/15/2019 | MONROE | Paid | Active | 201300004129 | 5/7/2013 | 545 | 46 | A-2 | 3/15/2019 | $ 18,255.78 | |
| 104229002 | LEASE-OIL AND GAS | FLOYD EARLEY, JR. | EM Energy Ohio, LLC | 160.6 | 65.766193 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300003598 | 4/17/2013 | 544 | 276 | A-2 | 3/15/2019 | $ 50,639.97 | |
| 104229003 | LEASE-OIL AND GAS | RONNIE L. EARLEY AND CRYSTAL D. EARLEY, H/W | EM Energy Ohio, LLC | 142.25 | 71.125 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201400000901 | 1/28/2014 | 559 | 975 | A-2 | 3/15/2019 | $ 54,766.25 | |
| 104230000 | LEASE-OIL AND GAS | BRIAN MATTHEW NETHING AND STACY KAY NETHING, SURVI | EM Energy Ohio, LLC | 8.74 | 8.74 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300003600 | 4/17/2013 | 544 | 286 | A-2 | 3/15/2019 | $ 6,729.80 | |
| 104236000 | LEASE-OIL AND GAS | JOHN E. KURTZ AND JEAN M. KURTZ, H/W | EM Energy Ohio, LLC | 1.188 | 1.188 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/4/2013 | 5/4/2013 | 5/4/2019 | MONROE | Paid | Active | 201300068602 | 6/12/2013 | 244 | 904 | A-2 | 5/4/2019 | $ 1,254.53 | |
| 104238000 | LEASE-OIL AND GAS | KURT R. PIATT AND WENDI K. PIATT, H/W | EM Energy Ohio, LLC | 5.47 | 5.47 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067540 | 4/16/2013 | 240 | 76 | A-2 | 3/14/2019 | $ 5,776.32 | |
| 104243002 | LEASE-OIL AND GAS | JOSHUA SEMON, BENJAMIN SEMON AKA BENJAMIN M. SEMON | EM Energy Ohio, LLC | 37.235 | 6.205831 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/3/2013 | 5/3/2013 | 5/3/2019 | MONROE | Paid | Active | 201300071009 | 10/11/2013 | 254 | 555 | A-2 | 5/3/2019 | $ 6,553.36 | |
| 104243003 | LEASE-OIL AND GAS | RODNEY A. MILLER, ETAL | EM Energy Ohio, LLC | 37.235 | 24.823309 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/23/2013 | 4/23/2013 | 4/23/2019 | MONROE | Paid | Active | 201300068612 | 6/12/2013 | 244 | 954 | A-2 | 4/23/2019 | $ 26,213.41 | |
| 104279000 | LEASE-OIL AND GAS | DARRELL K. FULTZ AND MONTIE W. FULTZ, SURVIVORSHIP | EM Energy Ohio, LLC | 10.007 | 5.0035 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2019 | MONROE | Partial Paid | Active | 201300071232 | 8/15/2013 | 255 | 396 | A-2 | 4/15/2019 | $ 5,283.70 | |
| 104498000 | LEASE-OIL AND GAS | JOHN EDWARD FELTON, II AND LUCINDA DAWN FELTON, SU | EM Energy Ohio, LLC | 3.1 | 1.905208 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300003590 | 4/17/2013 | 544 | 236 | A-2 | 3/15/2019 | $ 1,467.01 | |
| 104502000 | LEASE-OIL AND GAS | RICHARD A. LANCASTER AND RHONDA A. LANCASTER, H/W | EM Energy Ohio, LLC | 0.348 | 0.348 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/20/2013 | 3/20/2019 | MONROE | Paid | Active | 201300067554 | 4/16/2013 | 240 | 146 | A-2 | 3/14/2019 | $ 367.48 | |
| 104508000 | LEASE-OIL AND GAS | BONNIE HEIL, ETAL | EM Energy Ohio, LLC | 61.85 | 61.85 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300068588 | 6/12/2013 | 244 | 814 | A-2 | 3/14/2019 | $ 65,313.60 | |
| 104509000 | LEASE-OIL AND GAS | BRIAN J. VINCENT | EM Energy Ohio, LLC | 17.015 | 17.015 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/19/2013 | 3/19/2019 | MONROE | Paid | Active | 201300067591 | 4/16/2013 | 240 | 331 | A-2 | 3/15/2019 | $ 17,967.84 | |
| 104512000 | LEASE-OIL AND GAS | RONALD W MCCLAIN AND HOPE O. MCCLAIN, H/W | EM Energy Ohio, LLC | 4.96 | 4.96 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 9/13/2013 | 9/13/2013 | 9/13/2019 | MONROE | Paid | Active | 201400072961 | 1/13/2014 | 263 | 417 | A-2 | 9/13/2019 | $ 4,464.00 | |
| 104516000 | LEASE-OIL AND GAS | DARELL R. SPEARS AND JOYCE SPEARS, H/W | EM Energy Ohio, LLC | 5 | 5 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 8/28/2013 | 8/28/2013 | 8/28/2019 | MONROE | Paid | Active | 201400000902 | 1/28/2014 | 559 | 980 | A-2 | 8/28/2019 | $ 3,850.00 | |
| 104534000 | LEASE-OIL AND GAS | MICHAEL CHRISTMAN AND CRYSTAL L. CHRISTMAN, H/W | EM Energy Ohio, LLC | 145.1 | 145.1 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/2/2013 | 5/2/2013 | 5/2/2019 | MONROE | Paid | Active | 201300069552 | 8/5/2013 | 249 | 61 | A-2 | 5/2/2019 | $ 153,225.60 | |
| 104540000 | LEASE-OIL AND GAS | WILMA J. CLINE | EM Energy Ohio, LLC | 0.3303 | 0.3303 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300067728 | 4/23/2013 | 240 | 824 | A-2 | 3/14/2019 | $ 348.80 | |
| 104676001 | LEASE-OIL AND GAS | FRANCIS D. BUEGEL | EM Energy Ohio, LLC | 10 | 3.333333 | Net Royalty Interest | 17.50% | 100.00% | 82.50% | 7/12/2013 | 7/12/2013 | 7/12/2019 | MONROE | Paid | Active | 201300009680 | 10/22/2013 | 554 | 1809 | A-2 | 7/12/2019 | $ 2,166.67 | |
| 104676002 | LEASE-OIL AND GAS | FRANKLIN D. BUEGEL III | EM Energy Ohio, LLC | 10 | 3.333333 | Net Royalty Interest | 17.50% | 100.00% | 82.50% | 7/12/2013 | 7/12/2013 | 7/12/2019 | MONROE | Paid | Active | 201300009679 | 10/22/2013 | 554 | 1807 | A-2 | 7/12/2019 | $ 2,166.67 | |
| 104676003 | LEASE-OIL AND GAS | SANDRA E. BUEGEL | EM Energy Ohio, LLC | 10 | 3.333333 | Net Royalty Interest | 17.50% | 100.00% | 82.50% | 7/12/2013 | 7/12/2013 | 7/12/2019 | MONROE | Paid | Active | 201300009681 | 10/22/2013 | 554 | 1811 | A-2 | 7/12/2019 | $ 2,166.67 | |
| 104678000 | LEASE-OIL AND GAS | RONNIE LEE EARLEY AND CRYSTAL D. EARLEY, H/W | EM Energy Ohio, LLC | 1.65 | 1.65 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300003597 | 4/17/2013 | 544 | 271 | A-2 | 3/15/2019 | $ 1,270.50 | |
| 104687001 | LEASE-OIL AND GAS | KEITH PIATT AND CRYSTAL PIATT, SURVIVORSHIP | EM Energy Ohio, LLC | 13.314 | 6.657 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067542 | 4/16/2013 | 240 | 86 | A-2 | 3/14/2019 | $ 7,029.79 | |
| 104690000 | LEASE-OIL AND GAS | MICHAEL SISCO AND KIMBERLY SISCO, SURVIVORSHIP | EM Energy Ohio, LLC | 0.174 | 0.174 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067582 | 4/16/2013 | 240 | 286 | A-2 | 3/14/2019 | $ 183.74 | |
| 104720000 | LEASE-OIL AND GAS | JOHN D. COLWELL JR. | EM Energy Ohio, LLC | 27.232 | 27.232 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/21/2013 | 5/21/2013 | 5/21/2019 | MONROE | Paid | Active | 201300069550 | 8/5/2013 | 249 | 50 | A-2 | 5/21/2019 | $ 28,756.99 | |
| 104722000 | LEASE-OIL AND GAS | HARRY D. CHRISTMAN AND CONNIE E. CHRISTMAN, H/W | EM Energy Ohio, LLC | 1.87 | 1.87 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 5/10/2013 | 5/10/2013 | 5/10/2019 | MONROE | Partial Paid | Active | 201300068596 | 8/5/2013 | 244 | 870 | A-2 | 5/10/2019 | $ 1,974.72 | |
| 104730000 | LEASE-OIL AND GAS | HEBER G. EIKLEBERRY | EM Energy Ohio, LLC | 42 | 42 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 8/22/2013 | 8/22/2013 | 8/22/2019 | MONROE | Paid | Active | 201300071001 | 10/11/2013 | 254 | 515 | A-2 | 8/22/2019 | $ 44,352.00 | |
| 104731000 | LEASE-OIL AND GAS | FLOYD EARLEY, III AND MELISSA EARLEY, SURVIVORSHIP | EM Energy Ohio, LLC | 6.995 | 6.995 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067599 | 4/16/2013 | 240 | 371 | A-2 | 3/15/2019 | $ 7,386.72 | |
| 104824000 | LEASE-OIL AND GAS | EDWARD M. & MARY J. MOWRER, H/W & E. OMAR MOWRER | EM Energy Ohio, LLC | 70.54 | 70.54 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 8/22/2013 | 8/22/2013 | 8/22/2019 | MONROE | Partial Paid | Active | 201300071024 | 10/11/2013 | 254 | 631 | A-2 | 8/22/2019 | $ 74,490.24 | |
| 104824001 | LEASE-OIL AND GAS | ALBERT DONALD ROSENLIEB AND VIRGINIA C. ROSENLIEB, | EM Energy Ohio, LLC | 40.56 | 10.14 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2019 | MONROE | Paid | Active | 201300068600 | 6/12/2013 | 244 | 894 | A-2 | 4/15/2019 | $ 10,707.84 | |
| 104824002 | LEASE-OIL AND GAS | TIMOTHY DARWIN HUPP | EM Energy Ohio, LLC | 40.56 | 10.14 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2019 | MONROE | Paid | Active | 201300068592 | 6/12/2013 | 244 | 843 | A-2 | 4/15/2019 | $ 10,707.84 | |
| 104824004 | LEASE-OIL AND GAS | ROBERT HUPP AND RUBY A. HUPP, H/W | EM Energy Ohio, LLC | 40.56 | 10.14 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/15/2013 | 4/15/2013 | 4/15/2019 | MONROE | Paid | Active | 201700096760 | 9/5/2017 | 368 | 748 | A-2 | 4/15/2019 | $ 10,707.84 | |
| 104845000 | LEASE-OIL AND GAS | TIMOTHY D. PRICE | EM Energy Ohio, LLC | 0.692 | 0.692 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/13/2019 | MONROE | Paid | Active | 201300067734 | 4/23/2013 | 240 | 859 | A-2 | 3/14/2019 | $ 730.75 | |
| 104846000 | LEASE-OIL AND GAS | DAVID J. SHAPLEY AND SHAWNDRA S. SHAPLEY, SURVIVOR | EM Energy Ohio, LLC | 5.086 | 5.086 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/19/2013 | 3/19/2019 | MONROE | Paid | Active | 201300067581 | 4/16/2013 | 240 | 281 | A-2 | 3/14/2019 | $ 5,370.82 | |
| 104848000 | LEASE-OIL AND GAS | WAYNE A. SMITH AND KRISTEL SMITH, H/W | EM Energy Ohio, LLC | 0.954 | 0.954 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/24/2013 | 4/24/2013 | 4/24/2019 | MONROE | Paid | Active | 201300068603 | 6/12/2013 | 244 | 909 | A-2 | 4/24/2019 | $ 1,007.42 | |
| 104883000 | LEASE-OIL AND GAS | DAVID E. PIERCE | EM Energy Ohio, LLC | 1.54 | 1.54 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/4/2013 | 4/4/2013 | 4/4/2019 | MONROE | Paid | Active | 201300071017 | 10/11/2013 | 254 | 595 | A-2 | 4/4/2019 | $ 1,626.24 | |
| 104884000 | LEASE-OIL AND GAS | PAUL ROSELIEB AND BRENDA ROSENLIEB, H/W | EM Energy Ohio, LLC | 1.22 | 1.22 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/15/2013 | 3/15/2019 | MONROE | Paid | Active | 201300067720 | 3/15/2013 | 240 | 784 | A-2 | 10/24/2019 | $ 1,288.32 | |
| 104888000 | LEASE-OIL AND GAS | VERNE L. SCOTT LIVING TRUST | EM Energy Ohio, LLC | 37.75 | 37.75 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/15/2013 | 3/15/2019 | MONROE | Paid | Active | 201300067721 | 4/23/2013 | 240 | 789 | A-2 | 3/15/2019 | $ 39,864.00 | |
| 104893000 | LEASE-OIL AND GAS | EARL E. APPLEBY AND TINA M. APPLEBY, H/W | EM Energy Ohio, LLC | 15.489 | 15.489 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 8/27/2013 | 8/27/2013 | 8/26/2019 | MONROE | Paid | Active | 201400000457 | 1/13/2014 | 558 | 2034 | A-2 | 8/27/2019 | $ 15,489.00 | |
| 104904000 | LEASE-OIL AND GAS | GARY D. BARRETT, ETAL | EM Energy Ohio, LLC | 5.53 | 2.765 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067573 | 4/16/2013 | 240 | 241 | A-2 | 3/14/2019 | $ 2,919.84 | |
| 104905000 | LEASE-OIL AND GAS | BRUCE L. BINEGAR AND KIMBERLY L. BINEGAR, H/W | EM Energy Ohio, LLC | 1.666 | 1.666 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/14/2019 | MONROE | Paid | Active | 201300067623 | 4/16/2013 | 240 | 517 | A-2 | 3/14/2019 | $ 1,759.26 | |
| 104910000 | LEASE-OIL AND GAS | THOMAS DYE, JR. AND DEBORAH K. DYE, SURVIVORSHIP | EM Energy Ohio, LLC | 26.516 | 26.516 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201400073424 | 2/7/2014 | 265 | 157 | A-2 | 3/15/2019 | $ 28,000.90 | |
| 105071000 | LEASE-OIL AND GAS | THE ECKMAN FARM, LLC | EM Energy Ohio, LLC | 70.53 | 70.53 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201400073426 | 2/7/2014 | 265 | 167 | A-2 | 3/14/2019 | $ 74,479.68 | |
| 105072000 | LEASE-OIL AND GAS | JAMES R. MERCER II AND TERESA ROSENLIEB MINGER MER | EM Energy Ohio, LLC | 12.43 | 12.43 | Gross Royalty Interest | 14.00% | 100.00% | 86.00% | 8/16/2013 | 8/16/2013 | 8/16/2019 | MONROE | Paid | Active | 201300071230 | 10/23/2013 | 255 | 390 | A-2 | 8/16/2019 | $ 12,927.20 | |
| 105075000 | LEASE-OIL AND GAS | THOMAS C. DICK | EM Energy Ohio, LLC | 1.195 | 1.195 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300071032 | 10/11/2013 | 254 | 684 | A-2 | 3/14/2019 | $ 1,261.92 | |
| 107975000 | LEASE-OIL AND GAS | Oskar Gruber and Courtney L. Gruber, H/W | Gulfport Energy Corporation | 53.921 | 53.921 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 8/16/2013 | 8/16/2013 | 8/15/2019 | MONROE | Paid | Active | 201300070586 | 9/24/2013 | 253 | 18 | A-2 | 4/9/2019 | $ 62,548.36 | |
| 105109000 | LEASE-OIL AND GAS | WALTER E. BOLES III AND STACY BOLES, H/W | EM Energy Ohio, LLC | 0.176 | 0.176 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067613 | 4/16/2013 | 240 | 454 | A-2 | 3/14/2019 | $ 185.85 | |
| 105115000 | LEASE-OIL AND GAS | RONNIE L. EARLEY AND CRYSTAL D. EARLEY, SURVIVORSH | EM Energy Ohio, LLC | 4.91 | 4.91 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067526 | 4/16/2013 | 240 | 7 | A-2 | 3/15/2019 | $ 5,184.96 | |
| 105267000 | LEASE-OIL AND GAS | JAMES W. VINCENT AND BETTY M. VINCENT, H/W | EM Energy Ohio, LLC | 15.09 | 15.09 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/19/2013 | 3/19/2019 | MONROE | Paid | Active | 201300067592 | 4/16/2013 | 240 | 336 | A-2 | 3/15/2019 | $ 15,935.04 | |
| 105315001 | LEASE-OIL AND GAS | Bonnie Heil, DALE A. DIETZ, Whittaker, etal | EM Energy Ohio, LLC | 39 | 19.5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Partial Paid | Active | 201300071616 | 11/5/2013 | 257 | 29 | A-2 | 9/9/2019 | $ 93,600.00 | |
| 105315002 | LEASE-OIL AND GAS | BONNIE HEIL, U/M, WARREN A & LINDA WHITTAKER, H/W | EM Energy Ohio, LLC | 39 | 6.903 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Partial Paid | Active | 201400073566 | 2/14/2014 | 265 | 732 | A-2 | 3/14/2019 | $ 7,289.57 | |
| 105316001 | LEASE-OIL AND GAS | FLOYD EARLEY, JR. | EM Energy Ohio, LLC | 5 | 1.666667 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067550 | 4/16/2013 | 240 | 126 | A-2 | 3/15/2019 | $ 1,760.00 | |
| 105316002 | LEASE-OIL AND GAS | BRENT D. TAYLOR AND TIFFANY E. TAYLOR, H/W | EM Energy Ohio, LLC | 5 | 0.833333 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067619 | 4/16/2013 | 240 | 490 | A-2 | 3/15/2019 | $ 880.00 | |
| 105316003 | LEASE-OIL AND GAS | RONNIE L. EARLEY AND CRYSTAL D. EARLEY, H/W | EM Energy Ohio, LLC | 5 | 2.5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/15/2013 | 3/21/2013 | 3/21/2019 | MONROE | Paid | Active | 201300067551 | 4/16/2013 | 240 | 131 | A-2 | 3/15/2019 | $ 2,640.00 | |
| 105450000 | LEASE-OIL AND GAS | GERRAN L. JONES AND EDELE L. JONES, SURVIVORSHIP | EM Energy Ohio, LLC | 74 | 74 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 8/22/2013 | 8/22/2013 | 8/22/2019 | MONROE | Paid | Active | 201300071000 | 10/11/2013 | 254 | 510 | A-2 | 8/22/2019 | $ 78,144.00 | |
| 105454000 | LEASE-OIL AND GAS | BILL MOATS AND JOYCE MOATS, H/W | EM Energy Ohio, LLC | 4.48 | 4.48 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/19/2013 | 3/19/2019 | MONROE | Paid | Active | 201300067527 | 4/16/2013 | 240 | 11 | A-2 | 3/14/2019 | $ 4,730.88 | |
| 105458000 | LEASE-OIL AND GAS | UNITY BAPTIST CHURCH | EM Energy Ohio, LLC | 1.49 | 1.49 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/22/2013 | 3/22/2019 | MONROE | Paid | Active | 201300067590 | 4/16/2013 | 240 | 326 | A-2 | 3/14/2019 | $ 1,573.44 | |
| 105460000 | LEASE-OIL AND GAS | NEAL HENSEL AND BARBARA HENSEL, SURVIVORSHIP | EM Energy Ohio, LLC | 84.469 | 84.469 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/26/2013 | 4/26/2013 | 4/26/2019 | MONROE | Partial Paid | Active | 201300068595 | 6/12/2013 | 244 | 863 | A-2 | 4/26/2019 | $ 89,199.26 | |
| 105522002 | LEASE-OIL AND GAS | KATHERINE M. WILLIAMS AND PAUL D. WILLIAMS, H/W, E | EM Energy Ohio, LLC | 4.03 | 4.03 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 4/4/2013 | 4/4/2013 | 4/4/2019 | MONROE | Paid | Active | 201300005666 | 6/17/2013 | 547 | 1250 | A-2 | 4/4/2019 | $ 3,103.10 | |
| 107173001 | LEASE-OIL AND GAS | Margaret L. Armenio, single | EM Energy Ohio, LLC | 129.337 | 21.556166 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Paid | Active | 201300071613 | 11/5/2013 | 257 | 14 | A-2 | 9/9/2019 | $ 22,763.31 | |
| 107173002 | LEASE-OIL AND GAS | Cynthia S. Harter A.K.A. Cynthia Sue Gross | EM Energy Ohio, LLC | 129.337 | 32.33425 | Gross Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Paid | Active | 201300071611 | 11/5/2013 | 257 | 4 | A-2 | 9/9/2019 | $ 34,144.97 | |
| 107173003 | LEASE-OIL AND GAS | Mildred L. Kornbau & Thomas Kornbau, W/H | EM Energy Ohio, LLC | 129.337 | 21.556166 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/11/2013 | 9/11/2013 | 9/11/2019 | MONROE | Paid | Active | 201300071240 | 10/23/2013 | 255 | 439 | A-2 | 9/11/2019 | $ 22,763.31 | |
| 107173004 | LEASE-OIL AND GAS | GEORGE WILLIAM LOHRI, II, SINGLE | EM Energy Ohio, LLC | 129.337 | 21.556166 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Paid | Active | 201300071612 | 11/5/2013 | 257 | 9 | A-2 | 9/9/2019 | $ 22,763.31 | |
| 107173005 | LEASE-OIL AND GAS | CHRISTINE L. WHITEHEAD AND JIMMY W. WHITEHEAD, W/H | EM Energy Ohio, LLC | 129.337 | 32.33425 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 9/9/2013 | 9/9/2013 | 9/9/2019 | MONROE | Paid | Active | 201300071241 | 10/23/2013 | 255 | 444 | A-2 | 9/9/2019 | $ 34,144.97 | |
| 107257000 | LEASE-OIL AND GAS | MILDRED L & THOMAS W KORNBAU, CO-TRUSTEES | EM Energy Ohio, LLC | 47.298 | 47.298 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 3/14/2013 | 3/14/2013 | 3/14/2019 | MONROE | Paid | Active | 201300067555 | 4/16/2013 | 240 | 151 | A-2 | 3/14/2019 | $ 49,946.69 | |
| 107380001 | LEASE-OIL AND GAS | Graydon E. Yester and Martha L. Yester, h/w | EM Energy Ohio, LLC | 73.8 | 15.71202 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 4/10/2014 | 4/10/2014 | 4/9/2019 | MONROE | Paid | Active | 201400077858 | 8/26/2014 | 283 | 258 | A-2 | #N/A | $ - | |
| 107380002 | LEASE-OIL AND GAS | Billie E. Yester and Donna Yester, h/w | EM Energy Ohio, LLC | 73.8 | 15.71202 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 4/10/2014 | 4/10/2014 | 4/9/2019 | MONROE | Paid | Active | 201400077859 | 8/26/2014 | 283 | 260 | A-2 | #N/A | $ - | |
| 107387000 | LEASE-OIL AND GAS | James D. Richards, single | EM Energy Ohio, LLC | 10.005 | 5.0025 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 4/28/2014 | 4/28/2014 | 4/27/2019 | MONROE | Paid | Active | 201400008921 | 10/31/2014 | 572 | 1654 | A-2 | #N/A | $ - | |
| 107389000 | LEASE-OIL AND GAS | Jimmy L. Moser and Cassandra L. Moser, H/W | EM Energy Ohio, LLC | 0.479 | 0.466 | Net Royalty Interest | 21.00% | 100.00% | 79.00% | 5/26/2014 | 5/26/2014 | 5/25/2019 | MONROE | Partial Paid | Active | 201400079283 | 10/31/2014 | 289 | 226 | A-2 | #N/A | $ - | |
| 107390000 | LEASE-OIL AND GAS | Crystal R. Price, single | EM Energy Ohio, LLC | 1.433 | 0.7165 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 5/26/2014 | 5/26/2014 | 5/25/2019 | MONROE | Partial Paid | Active | 201400079285 | 10/31/2014 | 289 | 230 | A-2 | #N/A | $ - | |
| 107466000 | LEASE-OIL AND GAS | James W. Hooper and Charity Sue Hooper, h/w | EM Energy Ohio, LLC | 0.22 | 0.22 | Net Royalty Interest | 21.00% | 100.00% | 79.00% | 5/14/2014 | 5/14/2014 | 5/13/2019 | MONROE | Paid | Active | 201400077865 | 8/26/2014 | 283 | 272 | A-2 | #N/A | $ - | |
| 107398000 | LEASE-OIL AND GAS | Ronald M. Krisher & Karen Krisher | EM Energy Ohio, LLC | 140.304 | 140.304 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 4/24/2013 | 4/24/2013 | 4/24/2019 | MONROE | Paid | Active | 201300068593 | 6/12/2013 | 244 | 849 | A-2 | 4/24/2019 | $ 148,161.02 | |
| 107469000 | LEASE-OIL AND GAS | Thomas L. Burkhart, single | EM Energy Ohio, LLC | 0.8125 | 0.8125 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 5/16/2014 | 5/16/2014 | 5/15/2019 | MONROE | Partial Paid | Active | 201400079282 | 10/31/2014 | 289 | 224 | A-2 | #N/A | $ - | |
| 107496000 | LEASE-OIL AND GAS | Lanny D. Byers and Lisa G. Byers, H/W | EM Energy Ohio, LLC | 0.503 | 0.503 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/17/2014 | 8/17/2014 | 8/16/2019 | MONROE | Paid | Active | 201500080660 | 1/14/2015 | 295 | 364 | A-2 | #N/A | $ - | |
| 107507000 | LEASE-OIL AND GAS | Michael T. Stoneking and Denise M. Stoneking, h/w | EM Energy Ohio, LLC | 0.174 | 0.174 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/21/2014 | 8/21/2014 | 8/20/2019 | MONROE | Paid | Active | 201500080661 | 1/14/2015 | 295 | 366 | A-2 | #N/A | $ - | |
| 107446000 | LEASE-OIL AND GAS | Maria Kristina Reis, single | EM Energy Ohio, LLC | 7.004 | 7.004 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 6/18/2014 | 6/18/2014 | 6/17/2019 | MONROE | Paid | Active | 201400079287 | 10/31/2014 | 289 | 234 | A-2 | #N/A | $ - | |
| 107470000 | LEASE-OIL AND GAS | Larry Lee Work and Marl Knoch Work, h/w | EM Energy Ohio, LLC | 18.267 | 18.267 | Gross Royalty Interest | 18.00% | 100.00% | 82.00% | 7/11/2014 | 7/11/2014 | 7/10/2019 | WASHINGTON | Paid | Active | 201400009504 | 11/17/2014 | 573 | 1637 | A-2 | #N/A | $ - | |
| 107976000 | LEASE-OIL AND GAS | Guy Eugene Norris and Cheryl S. Norris, H/W | Pegasus Worldwide, LLC | 10.7 | 10.7 | Gross Royalty Interest | 18.00% | 100.00% | 82.00% | 7/11/2014 | 7/11/2014 | 7/10/2019 | MONROE | Paid | Active | 201400078749 | 10/9/2014 | 286 | 971 | A-2 | #N/A | $ - | |
| 107474000 | LEASE-OIL AND GAS | Lester Lee Christman and Linda L. Christman, H/W | EM Energy Ohio, LLC | 1.53 | 1.53 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 7/16/2014 | 7/16/2014 | 7/15/2019 | MONROE | Paid | Active | 201400079875 | 11/26/2014 | 291 | 522 | A-2 | #N/A | $ - | |
| 107475000 | LEASE-OIL AND GAS | Board of Trustees of Benton Township | EM Energy Ohio, LLC | 1.71308 | 1.71308 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/7/2014 | 8/7/2014 | 8/6/2019 | MONROE | Partial Paid | Active | 201500080656 | 1/14/2015 | 295 | 352 | A-2 | #N/A | $ - | |
| 107511000 | LEASE-OIL AND GAS | Harmony Hill Baptist Church, by James C. Smith | EM Energy Ohio, LLC | 1.68462 | 1.68462 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 8/28/2014 | 8/28/2014 | 8/27/2019 | MONROE | Paid | Active | 201500080658 | 1/14/2015 | 295 | 359 | A-2 | #N/A | $ - | |
| 107512000 | LEASE-OIL AND GAS | Ronald D. Kinney & Vicki Kinney, H/W | EM Energy Ohio, LLC | 0.174 | 0.174 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/1/2014 | 9/1/2014 | 8/31/2019 | MONROE | Paid | Active | 201500080663 | 1/14/2015 | 295 | 370 | A-2 | #N/A | $ - | |
| 107517000 | LEASE-OIL AND GAS | Ernest L. Rude, single | EM Energy Ohio, LLC | 0.436 | 0.436 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/2/2014 | 9/2/2014 | 9/1/2019 | MONROE | Paid | Active | 201500080662 | 1/14/2015 | 295 | 368 | A-2 | #N/A | $ - | |
| 108147000 | LEASE-OIL AND GAS | Glenn J. Ludwig | EM Energy Ohio, LLC | 39.242 | 39.242 | Net Royalty Interest | 0.19 | 1 | 81.00% | 3/15/2013 | 3/15/2013 | 3/15/2019 | MONROE | Paid | Active | 201300067546 | 4/16/2013 | 240 | 106 | A-2 | 3/15/2019 | $ 41,439.55 | |
| 108148000 | LEASE-OIL AND GAS | Philip E Ludwig, II and Pamela Ludwig, H/W | EM Energy Ohio, LLC | 20.088 | 20.088 | Net Royalty Interest | 0.19 | 1 | 81.00% | 3/26/2013 | 3/26/2013 | 3/26/2019 | MONROE | Paid | Active | 201300067738 | 4/23/2013 | 240 | 880 | A-2 | 3/26/2019 | $ 21,212.93 | |
| 107524000 | LEASE-OIL AND GAS | The Village of Woodsfield | EM Energy Ohio, LLC | 46.545 | 46.545 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/5/2014 | 9/5/2014 | 9/4/2019 | MONROE | Paid | Active | 201400079291 | 10/31/2014 | 289 | 242 | A-2 | #N/A | $ - | |
| 107580000 | LEASE-OIL AND GAS | The Village of Woodsfield | EM Energy Ohio, LLC | 4.867 | 4.867 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 9/5/2014 | 9/5/2014 | 9/4/2019 | MONROE | Paid | Active | 201400079292 | 10/31/2014 | 289 | 244 | A-2 | #N/A | $ - | |
| 105082000 | LEASE-OIL AND GAS | REBECCA R. DEVIER | EM Energy Ohio, LLC | 0.28 | 0.28 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/8/2013 | 10/8/2013 | 10/8/2019 | MONROE | Paid | Active | 201400073885 | 3/5/2014 | 266 | 938 | A-2 | 10/8/2019 | $ 336.00 | Moved From A1 - A2 |
| 108416000 | LEASE-OIL AND GAS | Jimmie D. Earley | EM Energy Ohio, LLC | 2.006 | 2.006 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 10/17/2017 | 10/17/2017 | 10/17/2019 | MONROE | Paid | Active | 201700008165 | 12/20/2017 | 621 | 1936 | A-2 | 10/17/2019 | $ 1,544.62 | Moved From A1 - A2 |
| 108418000 | LEASE-OIL AND GAS | Dale and Sandra Dietrich | EM Energy Ohio, LLC | 0.5 | 0.5 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/18/2017 | 10/18/2017 | 10/18/2019 | MONROE | Paid | Active | 201700099073 | 12/20/2017 | 377 | 1119 | A-2 | 10/18/2019 | $ 528.00 | Moved From A1 - A2 |
| 105293000 | LEASE-OIL AND GAS | ANTHONY NAZAR, AKA ANTHONY NAZAR, JR., SINGLE | EM Energy Ohio, LLC | 35.026 | 35.026 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/24/2013 | 10/24/2013 | 10/23/2019 | MONROE | Paid | Active | 201400074242 | 3/17/2014 | 269 | 126 | A-2 | 10/23/2019 | $ 192,643.00 | Moved From A1 - A2 |
| 104898000 | LEASE-OIL AND GAS | DANIEL B. KIGGANS AND CINDY D. KIGGANS, HUSBAND AN | EM Energy Ohio, LLC | 0.502 | 0.502 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/24/2013 | 10/24/2013 | 10/24/2019 | MONROE | Paid | Active | 201400074256 | 3/17/2014 | 269 | 155 | A-2 | 10/24/2019 | $ 602.40 | Moved From A1 - A2 |
| 104899000 | LEASE-OIL AND GAS | DON E. SMITH, SINGLE | EM Energy Ohio, LLC | 1.00616 | 1.00616 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/24/2013 | 10/24/2013 | 10/24/2019 | MONROE | Paid | Active | 201400074257 | 3/17/2014 | 269 | 157 | A-2 | 10/24/2019 | $ 1,207.39 | Moved From A1 - A2 |
| 105084000 | LEASE-OIL AND GAS | DANIEL B. KIGGANS AND CINDY D. KIGGANS, HUSBAND AN | EM Energy Ohio, LLC | 0.50308 | 0.50308 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/24/2013 | 10/24/2013 | 10/24/2019 | MONROE | Paid | Active | 201400074260 | 3/17/2014 | 269 | 163 | A-2 | 10/24/2019 | $ 603.70 | Moved From A1 - A2 |
| 104696000 | LEASE-OIL AND GAS | CAROLYN M. STEVENSON AND DAVID E. STEVENSON, H/W | EM Energy Ohio, LLC | 5 | 5 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 9/20/2013 | 9/20/2013 | 9/20/2019 | MONROE | Paid | Active | 201400074254 | 3/17/2014 | 269 | 151 | A-2 | 9/20/2019 | $ 4,500.00 | Moved From A1 - A2 |
| 104252000 | LEASE-OIL AND GAS | MICHAEL T. SMITH AND LORI L. SMITH, HUSBAND AND WI | EM Energy Ohio, LLC | 0.50308 | 0.50308 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/24/2013 | 10/24/2013 | 10/24/2019 | MONROE | Paid | Active | 201400074261 | 3/17/2014 | 269 | 165 | A-2 | 10/24/2019 | $ 603.70 | Moved From A1 - A2 |
| 105085000 | LEASE-OIL AND GAS | M. LUCILE ENGLISH, SINGLE | EM Energy Ohio, LLC | 0.96616 | 0.96616 | Net Royalty Interest | 19.00% | 100.00% | 81.00% | 10/28/2013 | 10/28/2013 | 10/27/2019 | MONROE | Paid | Active | 201400074245 | 3/17/2014 | 269 | 133 | A-2 | 10/27/2019 | $ 1,159.39 | Moved From A1 - A2 |
| 105295000 | LEASE-OIL AND GAS | BRAD POSTLE AND AMY POSTLE, HUSBAND AND WIFE | EM Energy Ohio, LLC | 0.22 | 0.22 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400074251 | 3/17/2014 | 269 | 145 | A-2 | 10/28/2019 | $ 264.00 | Moved From A1 - A2 |
| 105296000 | LEASE-OIL AND GAS | ELLIOTT L. WEBER AND NANCY L. WEBER, MARRIED | EM Energy Ohio, LLC | 0.2515 | 0.2515 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400074259 | 3/17/2014 | 269 | 161 | A-2 | 10/28/2019 | $ 301.80 | Moved From A1 - A2 |
| 105469000 | LEASE-OIL AND GAS | JOSHUA SEMON, DEALING IN HIS SOLE AND SEPARATE PRO | EM Energy Ohio, LLC | 3.254 | 3.254 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/26/2013 | 10/26/2013 | 10/26/2019 | MONROE | Paid | Active | 201400074247 | 3/17/2014 | 269 | 137 | A-2 | 10/26/2019 | $ 3,904.80 | Moved From A1 - A2 |
| 104704000 | LEASE-OIL AND GAS | JOHN E. MINGER AND BERNETA A. MINGER, HUSBAND AND | EM Energy Ohio, LLC | 0.50308 | 0.50308 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400074250 | 3/17/2014 | 269 | 143 | A-2 | 10/28/2019 | $ 603.70 | Moved From A1 - A2 |
| 107227000 | LEASE-OIL AND GAS | Marilyn R. Buegel, a widow | EM Energy Ohio, LLC | 3.75 | 3.75 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400076076 | 6/4/2014 | 276 | 306 | A-2 | 10/28/2019 | $ 4,500.00 | Moved From A1 - A2 |
| 104859000 | LEASE-OIL AND GAS | RICHARD T. USKO AND JULIA L. USKO, HUSBAND AND WIF | EM Energy Ohio, LLC | 0.896 | 0.896 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/31/2013 | 10/31/2013 | 10/31/2019 | MONROE | Paid | Active | 201400074252 | 3/17/2014 | 269 | 147 | A-2 | 10/31/2019 | $ 1,075.20 | Moved From A1 - A2 |
| 107228000 | LEASE-OIL AND GAS | Timothy W. Buegel | EM Energy Ohio, LLC | 9 | 9 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 10/28/2013 | 10/28/2013 | 10/28/2019 | MONROE | Paid | Active | 201400074249 | 3/17/2014 | 269 | 141 | A-2 | 10/28/2019 | $ 10,800.00 | Moved From A1 - A2 |
| 108392000 | LEASE-OIL AND GAS | Paul F. and Patty S. Keylor | EM Energy Ohio, LLC | 152.51 | 152.51 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/7/2017 | 11/7/2017 | 11/7/2019 | MONROE | Paid | Active | 201700099004 | 12/19/2017 | 888 | 890 | A-2 | 11/7/2019 | $ 183,012.00 | Moved From A1 - A2 |
| 108390000 | LEASE-OIL AND GAS | Christopher J. and Lynda M. Keylor | EM Energy Ohio, LLC | 156.64 | 156.64 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/7/2017 | 11/7/2017 | 11/7/2019 | MONROE | Paid | Active | 201700099000 | 12/19/2017 | 874 | 877 | A-2 | 11/7/2019 | $ 187,968.00 | Moved From A1 - A2 |
| 107288000 | LEASE-OIL AND GAS | BRENDA K MOTICH AND GREGORY A MOTICH, W/H | EM Energy Ohio, LLC | 2.75 | 2.75 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/7/2013 | 11/7/2013 | 11/7/2019 | MONROE | Paid | Active | 201400074560 | 3/28/2014 | 270 | 384 | A-2 | 11/7/2019 | $ 3,300.00 | Moved From A1 - A2 |
| 104857000 | LEASE-OIL AND GAS | MICHAEL B. KIGGANS AND PEGGY SUE KIGGANS, H/W | EM Energy Ohio, LLC | 1 | 1 | Gross Royalty Interest | 16.00% | 100.00% | 84.00% | 11/13/2013 | 11/13/2013 | 11/13/2019 | MONROE | Paid | Active | 201400002568 | 6/13/2014 | 561 | 2432 | A-2 | 11/13/2019 | $ 850.00 | Moved From A1 - A2 |
| 105291000 | LEASE-OIL AND GAS | GILBERT R. JONES, A WIDOW | EM Energy Ohio, LLC | 0.5 | 0.5 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/13/2013 | 11/13/2013 | 11/13/2019 | MONROE | Paid | Active | 201400002567 | 3/31/2014 | 561 | 2430 | A-2 | 11/13/2019 | $ 450.00 | Moved From A1 - A2 |
| 107340001 | LEASE-OIL AND GAS | Norman Fultz, single (50%) | EM Energy Ohio, LLC | 7.016 | 3.508 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 11/1/2013 | 11/1/2013 | 11/1/2019 | MONROE | Paid | Active | 201400074556 | 3/28/2014 | 270 | 376 | A-2 | 11/1/2019 | $ 3,928.96 | Moved From A1 - A2 |
| 107980000 | LEASE-OIL AND GAS | Joshua Allen and Megan Allen, H/W | Gulfport Energy Corporation | 17.31 | 17.31 | Gross Royalty Interest | 20.00% | 100.00% | 80.00% | 11/18/2013 | 11/18/2013 | 11/17/2019 | MONROE | Paid | Active | 201300072457 | 12/16/2013 | 261 | 228 | A-2 | 11/17/2019 | $ 24,234.00 | Moved From A1 - A2 |
| 107241000 | LEASE-OIL AND GAS | Mark L. Kush and Marita Kush, h/w | EM Energy Ohio, LLC | 56.753 | 56.753 | Net Royalty Interest | 18.00% | 100.00% | 82.00% | 11/13/2013 | 11/13/2013 | 11/13/2019 | MONROE | Paid | Active | 201400074541 | 3/28/2014 | 270 | 346 | A-2 | 11/13/2019 | $ 65,833.48 | Moved From A1 - A2 |
| 107230000 | LEASE-OIL AND GAS | West Deer Camp, LLC | EM Energy Ohio, LLC | 9.039 | 9.039 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/13/2013 | 12/13/2013 | 12/12/2019 | MONROE | Paid | Active | 201400075645 | 5/14/2014 | 274 | 536 | A-2 | 12/12/2019 | $ 10,846.80 | Moved From A1 - A2 |
| 108942000 | LEASE-OIL AND GAS | Charlene D McConnell | EM Energy Ohio, LLC | 2.89808 | 2.89808 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 1/4/2019 | 1/4/2019 | 1/4/2020 | MONROE | In Title | Active | | 1/14/2019 | 388 | 939 | A-2 | 1/4/2020 | $ 3,060.37 | Moved From A1 - A2 |
| 107231000 | LEASE-OIL AND GAS | Carol Y. Wright and Derek D. Wright, w/h | EM Energy Ohio, LLC | 6.85 | 6.85 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 12/11/2013 | 12/11/2013 | 12/11/2019 | MONROE | Paid | Active | 201400075644 | 5/14/2014 | 274 | 534 | A-2 | 12/11/2019 | $ 6,576.00 | Moved From A1 - A2 |
| 107238000 | LEASE-OIL AND GAS | Daniel R, Kiggans and Cindy D. Kiggans, h/w | EM Energy Ohio, LLC | 0.502 | 0.502 | Net Royalty Interest | 20.00% | 100.00% | 80.00% | 1/21/2014 | 1/21/2014 | 1/21/2020 | MONROE | Paid | Active | 201400076082 | 6/4/2014 | 276 | 318 | A-2 | 1/21/2020 | $ 602.40 | Moved From A1 - A2 |

## Exhibit F

Surface Rights

[ See attached ]

| Agreement Number | Agreement Type | Agreement Name | Original Lessee/Grantee | Gross Acres | Net Acres | ROYALTY TYPE | Royalty Interest | Working Interest | NRI | Agreement Date | Effective Date | Expiration Date | Prospect | Title Status | Status | Instrument Number2 | Recording Date2 | Book | Page | LEASE PAYMENT STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108289000 | WATER TRANSFER EASEMENT | Terrance Balmert and Debra Balmert | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/11/2017 | 1/11/2017 | 1/11/2020 MONROE | | Paid | Active | 201700066128 | 7/27/2017 | 365 | 963 | |
| 108287000 | WATER TRANSFER EASEMENT | Amber D. Lee | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/13/2017 | 1/13/2017 | 7/13/2019 MONROE | | Paid | Active | 201700066129 | 7/27/2017 | 365 | 966 | |
| 108288000 | WATER TRANSFER EASEMENT | Christopher E. Binegar and Angela M. Binegar | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/13/2017 | 1/13/2017 | 7/13/2019 MONROE | | Paid | Active | 201700066130 | 7/27/2017 | 365 | 969 | |
| 108285000 | WATER TRANSFER EASEMENT | Bruce A. Sahvell and Connie F. Sahvell | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/13/2017 | 1/13/2017 | 7/13/2019 MONROE | | Paid | Active | 201700066131 | 7/27/2017 | 365 | 972 | |
| 108291000 | WATER TRANSFER EASEMENT | Betty S. Hruska | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 1/17/2017 | 1/17/2017 | 7/17/2019 MONROE | | Paid | Active | 201700066127 | 7/27/2017 | 365 | 958 | |
| 108436000 | WATER TRANSFER EASEMENT | Betty S. Hruska | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 8/2/2017 | 8/2/2017 | 8/2/2019 MONROE | | Paid | Active | 201700069714 | 8/25/2017 | 368 | 18 | |
| 108439000 | WATER TRANSFER EASEMENT | Gary and Gale Brown | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 8/31/2017 | 8/31/2017 | 8/31/2019 MONROE | | Paid | Active | 201700097321 | 9/18/2017 | 369 | 726 | |
| 108441000 | WATER TRANSFER EASEMENT | Roger L. Heddleson and Carol S. Heddleson | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 8/22/2017 | 8/22/2017 | 8/22/2019 MONROE | | Paid | Active | 201700069715 | 8/25/2017 | 368 | 24 | |
| 108443000 | WATER TRANSFER EASEMENT | Tammy Bowen | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 7/19/2017 | 7/19/2017 | 7/19/2019 MONROE | | Paid | Active | 201700069616 | 8/25/2017 | 368 | 21 | |
| 108455000 | WATER TRANSFER EASEMENT | William R. Winland and Shannon L. Winland | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 7/21/2017 | 7/21/2017 | 7/21/2019 MONROE | | Paid | Active | 201700096617 | 8/25/2017 | 368 | 27 | |
| 108776000 | SURFACE USE AGREEMENT | Michael A and Bonnie L Hughes h/w | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 4/22/2014 | 4/22/2014 | 12/31/2068 MONROE | | Cleared | Active | 201800002245 | 1/14/2018 | | | |
| 109016000 | WATER TRANSFER EASEMENT | Bill and Debra Covert, Linda Snodgrass et al | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 12/30/2019 | 1/30/2019 | 1/30/2020 MONROE | | Paid | Active | | 1/30/2019 | 388 | 2245 | |
| 108641000 | SURFACE USE AGREEMENT | Sexton Farms, LLC by Mona Maria Sexton, as Manager | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 5/9/2018 | 5/9/2018 | 12/31/2068 BUTLER NORTH | | Active | TBR | | TBR | TBR | TBR | |
| 104233000 | SURFACE USE AGREEMENT | Michael A and Bonnie L Hughes h/w | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 3/16/2016 | 3/16/2016 | 12/31/2068 MONROE | | Cleared | Active | TBR | TBR | TBR | TBR | |
| 107355000 | SURFACE USE AGREEMENT | Betty S. Hruska | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 4/22/2014 | 4/22/2014 | 12/31/2068 MONROE | | Cleared | Active | TBR | TBR | TBR | TBR | |
| 107150000 | SURFACE USE AGREEMENT | Holly E. Simmons | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 4/6/2016 | 4/6/2016 | 12/31/2068 MONROE | | Cleared | Active | TBR | TBR | TBR | TBR | |
| 104908000 | SURFACE USE AGREEMENT | ALACH H. COLE AND BEVERLY A. COLE, SURVIVORSHIP | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 7/16/2015 | 7/16/2015 | 12/31/2068 MONROE | | Cleared | Active | 201500084691 | 9/15/2015 | | | |
| 107224000 | SURFACE USE AGREEMENT | RONNIE H WILLIAMSON & LORI M WILLIAMSON | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 12/4/2015 | 12/4/2015 | 12/31/2068 MONROE | | Cleared | Active | 201500080966 | 12/14/2015 | | | |
| 104277000 | SURFACE USE AGREEMENT | Bill and Debra Covert, Linda Snodgrass et al | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 5/14/2016 | 5/14/2016 | 12/31/2068 MONROE | | Cleared | Active | TBR | TBR | TBR | TBR | |
| 108143000 | SURFACE USE AGREEMENT | Ilena K. Carter | EM Energy Ohio, LLC | 0 | N/A | N/A | N/A | N/A | N/A | 8/20/2015 | 8/20/2015 | 12/31/2068 MONROE | | Cleared | Active | TBR | TBR | TBR | TBR | |