IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 247, 329 & 497** |

NOTICE OF RESCHEDULED SALE
HEARING FOR THE DEBTORS' BUTLER ASSETS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court") on May 15, 2019 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that, on June 21, 2019, the Court entered the *Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Setting Procedures to Seek Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (V) Approving Assumption and Assignment Procedures and (VI) Granting Related Relief* [D.I. 247] (as amended on July 12, 2019 by the *Order Approving Amended Bidding Procedures for Sale of Debtors' Assets* [D.I. 329], the "Bidding Procedures Order")[2] which authorized the Debtors to extend the deadlines set forth therein in their Permitted Discretion.

**PLEASE TAKE FURTHER NOTICE** that, on August 21, 2019, the Debtors filed the *Notice of (I) Designation of Successful Bid and Cancellation of Auction for the Debtors' Monroe/Washington Assets and (II) Extension of Sale Timeline for the Sale of the Debtors' Butler Assets* [D.I. 497].

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the proposed sale of the Debtors' Butler Assets scheduled for September 24, 2019 at 11:00 a.m. (prevailing Eastern Time) is hereby adjourned to **October 7, 2019 at 10:00 a.m.** (prevailing Eastern Time) (the "Sale Hearing") before the Honorable John T. Dorsey in the United States Bankruptcy Court for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268) and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order and Bidding Procedures approved therein.

the District of Delaware, 824 N. Market St., 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' Reply Deadline and the deadline for parties-in-interest to file statements in support of the sale of the Debtors' Butler Assets are extended to a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures and the Bidding Procedures Order remain in full force and effect, without modification, except as expressly set forth herein. Potential Bidders and other interested parties are urged to carefully review the Bid Procedures and the Bidding Procedures Order. The Debtors reserve their right to further adjourn the Sale Hearing and adopt other or further modifications to the Bid Procedures in accordance with the terms thereof and of the Bidding Procedures Order.

Dated: September 16, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com
       smith@lrclaw.com

*-and-*

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
       lara.buchwald@davispolk.com
       aryeh.falk@davispolk.com
       jonah.peppiatt@davispolk.com

*Counsel to the Debtors and Debtors-In-Possession*