## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1] | Case No. 19-11104 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| GSCP VI EDGEMARC HOLDINGS, LLC, *et al.*, | |
| Plaintiff(s), | Adv. Pro. No.: 19-50269 (JTD) |
| v. | |
| ETC NORTHEAST PIPELINE, LLC, | |
| Defendant(s). | |

**NOTICE OF AGENDA FOR THE HEARING ON OCTOBER 23, 2019, AT 10:00 A.M.[2] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

## CONTINUED MATTERS:

1.  Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 19, filed on May 15, 2019].

Sale Response Deadline:  August 21, 2019 at 4:00 p.m. (ET); extended to August 22, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors, Bedrock Petroleum Consultants LLC, Phoenix Technology Services USA Inc., Keystone Clearwater Solutions, LLC, Anchor Drilling Fluids USA, LLC & B&L Pipeco Services, Inc. with respect to the Monroe/Washington Assets; extended to September 12, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee with respect to the Butler Assets

Cure Response Deadline: August 21, 2019 at 4:00 p.m. (ET); extended to August 23, 2019 at 4:00 p.m. (ET) for EGO Water Solutions LLC with respect to the Monroe/Washington Assets; extended to September 12, 2019 at 4:00 p.m. (ET) for ETC Northeast Pipeline LLC and the Official Committee of Unsecured Creditors with respect to the Butler Assets

Assumption and Assignment Responses Received Relating to the Monroe/Washington Assets:

A.     Informal response from EGO Water Solutions LLC

B.     Objection of Timothy L. Blake and Paula J. Rush-Blake to Cure Claim Amount [D.I. 487, filed on August 19, 2019]

C.     Limited Assumption and Assignment Objection and Reservation to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount of Eureka Midstream, LLC and EQM Gathering OPCO, LLC [D.I. 490, filed on August 20, 2019]

D.     Objection of Tyrone J. Allen and Diane L. Allen to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 492, filed on August 21, 2019]

E.     Objection of Waste Management to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 494, filed on August 21, 2019]

F.     Letter from Richard and Linda Crooks, Dated August 19, 2019 Regarding Cure Amounts [D.I. 516, filed on August 26, 2019]

Status: On August 28, 2019, the Court entered an order approving the sale of the Monroe/Washington Assets. The cure objection at item 3.A has been resolved.  The remaining cure objections have been adjourned to November 13, 2019 at 10:00 a.m. (ET) by agreement of all parties.

Sale and Cure Responses Received Relating to the Butler Assets:

G.      Informal response from Axip Energy Services

H.      Limited Objection and Reservation of Rights of Dominion Energy Transmission,
        Inc. f/k/a Dominion Transmission, Inc. to Notice of Potential Assumption and
        Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I.
        488, filed on August 19, 2019]

I.      Objection from Brenda Shaffer and Phillip Shaffer [D.I. 489, filed on August 20,
        2019]

J.      Limited Objection of U.S. Specialty Insurance Company to the Sale [D.I. 493,
        filed on August 21, 2019]

K.      Objection to Sale of Ronald Smith and Marianne Smith [D.I. 495, filed on
        August 21, 2019]

L.      Markwest Liberty Bluestone, LLC's Limited Objection and Reservation of
        Rights of to Notice of Potential Assumption and Assignment of Executory
        Contracts, Unexpired Leases and Cure Amount [D.I. 496, filed on August 21,
        2019]

M.      Limited Objection of Oil and Gas Mechanic's Lien Claimant, Anchor Drilling
        Fluids USA, LLC to Motion of Debtors for Entry of Orders (I)(A) Approving
        Bidding Procedures for Sale of Debtors Assets, (B) Approving Stalking Horse
        Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of
        Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction
        and Sale Hearing, (E) Approving Assumption and Assignment Procedures and
        (F) Granting Related Relief and (II)(A) Approving Sale of Debtors Assets Free
        and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing
        Assumption and Assignment of Executory Contracts and Unexpired Leases and
        (C) Granting Related Relief [D.I. 498, filed on August 22, 2019]

N.      Limited Objection and Reservation of Rights of Keystone Clearwater Solutions,
        LLC to Debtors' Sale of Assets Free and Clear of Liens, Claims, Interest and
        Encumbrances [D.I. 501, filed on August 22, 2019]

O.      ETC Northeast Pipeline LLC's Objection to the Debtors' Notice of Potential
        Assumption and Assignment of Executory Contracts or Unexpired Leases and
        Cure Amount [D.I. 570, filed on September 12, 2019]

P.      Limited Objection and Reservation of Rights of ETC Northeast Pipeline LLC, to
        the Debtors' Sale of Butler Assets Free and Clear of Liens, Claims, Interests, and
        Encumbrances [D.I. 571, filed on September 12, 2019]

Q.     Markwest Liberty Bluestone, LLC's Objection to the Sale of the Debtors' Butler Assets [D.I. 572, filed on September 12, 2019]

R.     Corrected Exhibit A to ETC Northeast Pipeline LLC's Objection to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 573, filed on September 12, 2019]

S.     [SEALED] Objection of Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Order (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 577, filed on September 12, 2019]

Status: The sale with regard to the Butler Assets and all responses related thereto, including cure objections, have been adjourned to a date to be determined.

Related Documents:

T.     Declaration of Callum Streeter in Further Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

U.     Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Setting Procedures to Seek Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (V) Approving Assumption and Assignment Procedures and (VI) Granting Related Relief [D.I. 247, entered on June 21, 2019]

V.     Notice of Sale, Bidding Procedures, Auction and Sale Hearing [D.I. 249, filed on June 21, 2019]

W.     Order Approving Amended Bidding Procedures for Sale of Debtors' Assets [D.I. 329, entered on July 12, 2019]

X.     Notice of Filing of Forms of Sale Order and Asset Purchase Agreement [D.I. 399, filed on July 24, 2019]

Y.     Notice of Designation of Stalking Horse Bidder for Monroe/Washington Assets and Request for Approval of Stalking Horse Bid Protections [D.I. 401, filed on July 24, 2019]

Z.     Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [D.I. 402, filed on July 24, 2019]

AA.     Notice of Filing Amended Exhibits to the Stalking Horse Agreement [D.I. 437, filed on August 5, 2019]

BB.     Order (I) Designating Stalking Horse Bidder, (II) Approving Bid Protections, and (III) Granting Related Relief [D.I. 444, entered on August 6, 2019]

CC.     Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 462, filed on August 9, 2019]

DD.     Notice of (I) Designation of Successful Bid and Cancellation of Auction for the Debtors' Monroe/Washington Assets and (II) Extension of Sale Timeline for the Sale of the Debtors' Butler Assets [D.I. 497, filed on August 21, 2019]

EE.     [REDACTED] Declaration of Darren S. Klein in Support of Debtors' (I) Brief in Support of Their Motion for Entry of an Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief and (II) Omnibus Reply to Objections Thereto [D.I. 514, filed on August 26, 2019]

FF.     Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment Of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 530, entered on August 28, 2019]

GG.     Motion to File Under Seal the Objection of Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Order (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 578, filed on September 12, 2019]

HH.     Notice of Rescheduled Sale Hearing for the Debtors' Butler Assets [D.I. 594, filed on September 16, 2019]

II.     Notice of Adjournment of Auction and Sale Hearing for the Sale of the Debtors' Butler Assets [D.I. 615, filed on September 20, 2019]

JJ.     Order Referring Issues to Mediation and Appointing Mediator [D.I. 628, entered on September 27, 2019]

**STATUS CONFERENCE IN ADV. PRO. NO. 19-50269 (JTD):**

2.    Order Scheduling Status Conference [Adv. D.I. 49, entered on August 6, 2019]

   Status: This matter is adjourned to November 5, 2019 at 11:00 a.m. (ET) by agreement of all parties and with permission from the Court.

**RESOLVED/UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL:**

3.    Debtors' Motion for an Order Extending their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Bankruptcy Code Section 1121(d) [D.I. 566, filed on September 11, 2019]

   Response Deadline: September 25, 2019 at 4:00 p.m. (ET); extended to October 9, 2019 for the Official Committee of Unsecured Creditors

   Responses Received:

   A.   Informal comments from the Official Committee of Unsecured Creditors

   Related Documents:

   B.   Certificate of No Objection [D.I. 650, filed on October 10, 2019]

   C.   Order Granting Debtors' Motion for an Order Extending their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Bankruptcy Code Section 1121(d) [D.I. 652, filed on October 15, 2019]

   Status: On October 15, 2019, the Court entered an Order granting the related relief requested. Accordingly, this matter is resolved.

4.    Debtors' Motion for Entry of an Order (I) Establishing the Permitted Prior Lien Procedures, (II) Approving the Permitted Prior Lien Form and (III) Granting Related Relief [D.I. 646, filed on October 9, 2019]

   Response Deadline: October 16, 2019 at 4:00 p.m. (ET); extended to October 17, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee

   Responses Received:

   A.   Informal comments from the Office of the United States Trustee

   Related Documents:

   B.   Certification of Counsel [D.I. 677, filed on October 21, 2019]

   Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

**INTERIM FEE APPLICATIONS:**

5.    First Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 15, 2019 Through July 31, 2019 [D.I. 576, filed on September 12, 2019]

Response Deadline: October 2, 2019 at 4:00 p.m. (ET)

Responses Received:

A.    Informal comments from the Office of the United States Trustee

B.    Fee Examiner's Final Report Regarding Quarterly Fee Application of Evercore L.L.C. [D.I. 668, filed on October 17, 2019]

Related Documents:

C.    First Monthly Fee Application of Evercore Group L.L.C., Debtors' Investment Banker, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 15, 2019 Through July 31, 2019 [D.I. 521, filed on August 27, 2019]

D.    Certificate of No Objection Regarding the First Monthly Fee Application of Evercore Group L.L.C., Debtors' Investment Banker, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 15, 2019 Through July 31, 2019 [D.I. 599, filed on September 17, 2019]

E.    Certification of Counsel [D.I. 680, filed on October 21, 2019]

Status: A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

6.    First Interim Fee Application of Landis Rath & Cobb LLP [D.I. 586, filed September 13, 2019]

Response Deadline: October 3, 2019 at 4:00 p.m. (ET)

Responses Received:

A.    Informal comments from the Office of the United States Trustee

B.    Fee Examiner's Final Report Regarding First Quarterly Fee Application of Landis Rath & Cobb LLP [D.I. 667, filed on October 17, 2019]

Related Documents:

C.    First Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from May 15, 2019 through May 31, 2019 [D.I. 289, filed on July 1, 2019]

D.    Certificate of No Objection Regarding the First Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from May 15, 2019 through May 31, 2019  [D.I. 380, filed on July 23, 2019]

E.    Second Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from June 1, 2019 through June 30, 2019 [D.I. 381, filed on July 23, 2019]

F.    Certificate of No Objection Regarding the Second Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from June 1, 2019 through June 30, 2019 [D.I. 470, filed on August 13, 2019]

G.    Third Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from July 1, 2019 through July 31, 2019 [D.I. 551, filed on September 6, 2019]

H.    Certificate of No Objection Regarding Third Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from July 1, 2019 through July 31, 2019 [D.I. 629, filed on September 27, 2019]

I.    Supplement to First Interim Fee Application of Landis Rath & Cobb LLP [D.I. 679, filed October 21, 2019]

J.    Certification of Counsel [D.I. 680, filed on October 21, 2019]

Status: A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

7.    First Interim Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Service sand

Reimbursement of Expenses Incurred for the Period May 30, 2019 Through July 31, 2019 [D.I. 588, filed on September 13, 2019]

Response Deadline: October 3, 2019 at 4:00 p.m. (ET)

Responses Received:

A.    Keybank National Association's Objection to the First Interim Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period May 30, 2019 through July 31, 2019 [D.I. 638, filed on October 3, 2019]

B.    Fee Examiner's Final Report Regarding First Quarterly Fee Application of Conway Mackenzie, Inc. [D.I. 665, filed October 17, 2019]

C.    Joint Reply of Brown Rudnick LLP; Morris, Nichols, Arsht & Tunnell LLP; Leech Tishman Fuscaldo & Lampl, LLC; and Conway Mackenzie, Inc. to Keybank National Association's Objections to First Interim Fee Applications [D.I. 673, filed on October 18, 2019]

Related Documents:

D.    First Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period May 30, 2019 Through June 30, 2019 [D.I. 453, filed on August 7, 2019]

E.    Certificate of No Objection Regarding First Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period May 30, 2019 Through June 30, 2019 [D.I. 533, filed on August 28, 2019]

F.    Second Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period July 1, 2019 Through July 31, 2019 [D.I. 544, filed on August 30, 2019]

G.    Certificate of No Objection Regarding Second Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period July 1, 2019 Through July 31, 2019 [D.I. 618, filed on September 20, 2019]

Status: This matter is going forward.

8.    First Interim Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors, for Payment of Interim Compensation and Reimbursement of Expenses Incurred for the Period from May 29, 2019 Through July 31, 2019 [D.I. 589, filed on September 14, 2019]

Response Deadline: October 4, 2019 at 4:00 p.m. (ET)

Responses Received:

A.    Keybank National Association's Objection to the First Interim Application of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors, for Payment of Interim Compensation and Reimbursement of Expenses Incurred for the Period May 29, 2019 through July 31, 2019 [D.I. 639, filed on October 4, 2019]

B.    Fee Examiner's Final Report Regarding First Quarterly Fee Application of Brown Rudnick LLP [D.I. 671, filed October 17, 2019]

C.    Joint Reply of Brown Rudnick LLP; Morris, Nichols, Arsht & Tunnell LLP; Leech Tishman Fuscaldo & Lampl, LLC; and Conway Mackenzie, Inc. to Keybank National Association's Objections to First Interim Fee Applications [D.I. 673, filed on October 18, 2019]

Related Documents:

D.    First Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and Reimbursement of Disbursements Incurred for the Period May 29, 2019 Through June 30, 2019 [D.I. 454, filed on August 7, 2019]

E.    Certificate of No Objection Regarding First Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period May 29, 2019 Through June 30, 2019 [D.I. 535, filed on August 28, 2019]

F.    Second Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period July 1, 2019 Through July 31, 2019 [D.I. 508, filed on August 23, 2019]

G.    Certificate of No Objection Regarding Second Monthly Fee Application Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period July 1, 2019 Through July 31, 2019 [D.I. 604, filed on September 17, 2019]

H.    [SEALED] Exhibit(s) to Monthly Application for Compensation (Second) of Brown Rudnick LLP, as Co- Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the period July 1, 2019 to July 31, 2019 [D.I. 636, filed on October 3, 2019]

Status: This matter is going forward.

9.    First Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 29, 2019 Through and Including July 31, 2019 [D.I. 590, filed on September 14, 2019]

Response Deadline: October 4, 2019 at 4:00 p.m. (ET)

Responses Received:

A.    Keybank National Association's Objection to the First Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 29, 2019 through July 31, 2019 [D.I. 640, filed on October 4, 2019]

B.    Fee Examiner's Final Report Regarding First Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP [D.I. 669, filed October 17, 2019]

C.    Joint Reply of Brown Rudnick LLP; Morris, Nichols, Arsht & Tunnell LLP; Leech Tishman Fuscaldo & Lampl, LLC; and Conway Mackenzie, Inc. to Keybank National Association's Objections to First Interim Fee Applications [D.I. 673, filed on October 18, 2019]

Related Documents:

D.    First Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 29, 2019 Through and Including June 30, 2019 [D.I. 455, filed on August 7, 2019]

E.    Certificate of No Objection Regarding First Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary

Expenses Incurred for the Period May 29, 2019 Through and Including June 30, 2019 [D.I. 534, filed on August 28, 2019]

F.  Second Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period July 1, 2019 Through and Including July 31, 2019 [D.I. 543, filed on August 30, 2019]

G.  Certificate of No Objection Regarding Second Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period July 1, 2019 Through and Including July 31, 2019 [D.I. 616, filed on September 20, 2019]

Status: This matter is going forward.

10.  First Quarterly Fee Application Request of Leech Tishman Fuscaldo & Lampl, LLC, as Special Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 29, 2019 Through and Including July 31, 2019 [D.I. 591, filed on September 14, 2019]

Response Deadline: October 4, 2019 at 4:00 p.m. (ET)

Responses Received:

A.  Keybank National Association's Objection to the First Quarterly Fee Application Request of Leech Tishman Fuscaldo & Lampl, LLC as Special Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 29, 2019 through July 31, 2019 [D.I. 641, filed on October 4, 2019]

B.  Fee Examiner's Final Report Regarding First Quarterly Fee Application of Leech Tishman Fuscaldo & Lampl, LLC [D.I. 666, filed October 17, 2019]

C.  Joint Reply of Brown Rudnick LLP; Morris, Nichols, Arsht & Tunnell LLP; Leech Tishman Fuscaldo & Lampl, LLC; and Conway Mackenzie, Inc. to Keybank National Association's Objections to First Interim Fee Applications [D.I. 673, filed on October 18, 2019]

Related Documents:

D.  First Consolidated Monthly Application of Leech Tishman Fuscaldo & Lampl, LLC, for Compensation for Services Rendered and Reimbursement of Expenses

as Special Counsel to the Committee of Unsecured Creditors of Edgemarc Energy Holdings, LLC for the Period May 29, 2019 Through July 31, 2019 [D.I. 540, filed on August 30, 2019]

E.     Certificate of No Objection Regarding First Consolidated Monthly Application of Leech Tishman Fuscaldo & Lampl, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Committee of Unsecured Creditors of Edgemarc Energy Holdings, LLC for the Period May 29, 2019 Through July 31, 2019 [D.I. 617, filed on September 20, 2019]

Status: This matter is going forward.

11.    First Interim Fee Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period May 15, 2019 through July 31, 2019 [D.I. 592, filed on September 14, 2019]

Response Deadline: October 4, 2019 at 4:00 p.m. (ET)

Responses Received:

A.     Informal comments from the office of the United States Trustee

B.     Fee Examiner's Final Report Regarding First Quarterly Fee Application of Davis Polk & Wardwell LLP [D.I. 670, filed on October 17, 2019]

Related Documents:

C.     First Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from May 15, 2019 through May 31, 2019 [D.I. 237, filed on June 20, 2019]

D.     Certificate of No Objection Regarding the First Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from May 15, 2019 through May 31, 2019 [D.I. 323, filed on July 11, 2019]

E.     Second Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2019 through June 30, 2019 [D.I. 354, filed on July 16, 2019]

F.     Certificate of No Objection Regarding the Second Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered

and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2019 through June 30, 2019 [D.I. 449, filed on August 6, 2019]

G.      Third Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period July 1, 2019 through July 31, 2019 [D.I. 545, filed on August 31, 2019]

H.      Certificate of No Objection Regarding the Third Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period July 1, 2019 through July 31, 2019 [D.I. 619, filed on September 23, 2019]

I.      Supplement to First Interim Fee Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period May 15, 2019 through July 31, 2019 [D.I. 676, filed on October 21, 2019]

J.      Certification of Counsel [D.I. 680 filed on October 21, 2019]

Status: A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

12.     First Interim Fee Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from May 15, 2019 Through July 31, 2019 [D.I. 597, filed on September 16, 2019]

Response Deadline: October 7, 2019 at 4:00 p.m. (ET)

Responses Received:

A.      Informal comments from the office of the United States Trustee

B.      Fee Examiner's Final Report Regarding First Quarterly Fee Application of Opportune LLP [D.I. 664, filed on October 17, 2019]

Related Documents:

C.      First Monthly Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from May 15, 2019 Through May 31, 2019 [D.I. 447, filed on August 6, 2019]

D.      Certificate of No Objection Regarding the First Monthly Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from May 15, 2019 Through May 31, 2019 [D.I. 552, filed on August 27, 2019]

E.      Second Monthly Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 from June 1, 2019 Through June 30, 2019 [D.I. 448, filed on August 6, 2019]

F.      Certificate of No Objection Regarding the Second Monthly Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 from June 1, 2019 Through June 30, 2019 [D.I. 523, filed on August 27, 2019]

G.      Third Monthly Fee Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from July 1, 2019 Through July 31, 2019 [D.I. 585, filed on September 13, 2019]

H.      Certificate of No Objection Regarding the Third Monthly Fee Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from July 1, 2019 Through July 31, 2019 [D.I. 643, filed on October 7, 2019]

I.      Certification of Counsel [D.I. 680, filed on October 21, 2019]

*[Remainder of page intentionally left blank]*

<u>Status</u>: A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

Dated: October 21, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mumford@lrclaw.com
brown@lrclaw.com
smith@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
lara.buchwald@davispolk.com
aryeh.falk@davispolk.com
jonah.peppiatt@davispolk.com

*Counsel to the Debtors
and Debtors-In-Possession*