## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered) |
| ETC NORTHEAST PIPELINE, LLC,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>EM ENERGY PENNSYLVANIA, LLC,<br><br>Defendant and Counterclaim Plaintiff. | Adv. Pro. No.: 19-50268 (JTD) |
| GSCP VI EDGEMARC HOLDINGS, LLC, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>Defendant(s). | Adv. Pro. No.: 19-50269 (JTD) |

**NOTICE OF AGENDA FOR THE HEARING ON NOVEMBER 5, 2019, AT 11:00 A.M.[2] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

**MATTER GOING FORWARD:**

1.  Motion of the Official Committee for an Order Pursuant to Bankruptcy Code Section 1112(b) Converting these Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 647, filed on October 9, 2019]

    Response Deadline: October 29, 2019 at 4:00 p.m. (ET); extended to October 31, 2019 at 4:00 p.m. (ET) for the Debtors and to November 1, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee

    Responses Received:

    A.  Objection of Rover Pipeline LLC to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Section 1112(b) Converting these Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 701, filed on October 29, 2019]

    B.  Statement and Objection of ETC Northeast Pipeline LLC to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Section 1112(b) Converting these Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 702, filed on October 29, 2019]

    C.  Keybank National Association's Response to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Section 1112(b) Converting these Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 703, filed on October 29, 2019]

    D.  Reply of the Official Committee of Unsecured Creditors in Support of its Motion for an Order Pursuant to Bankruptcy Code Sections 105(a) and 1112(b) Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 708, filed on October 31, 219]

    E.  Debtors' Response to the Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Section 1112(b) Converting these Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 709, filed on October 31, 2019]

    F.  United States Trustee's Limited Objection to the Motion of the Official Committee for an Order Pursuant to Bankruptcy Code Section 1112(b) Converting these Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 710, filed on November 1, 2019]

    Related Documents:

    G.  Notice of Hearing on Motion of the Official Committee for an Order Pursuant to Bankruptcy Code Section 1112(b) Converting these Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 649, filed on October 9, 2019]

Status: This matter is going forward.

**STATUS CONFERENCE IN ADV. PRO. NO. 19-50269 (JTD):**

2.  Order Scheduling Status Conference [Adv. D.I. 49, entered on October 4, 2019]

    Status: This matter is going forward.

Dated: November 1, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com
       smith@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
       lara.buchwald@davispolk.com
       aryeh.falk@davispolk.com
       jonah.peppiatt@davispolk.com

*Counsel to the Debtors
and Debtors-In-Possession*