IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered) |

NOTICE OF AGENDA FOR THE HEARING ON JANUARY 6, 2020, AT 10:00 A.M.[2] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801

**CONTINUED MATTER:**

1. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 19, filed on May 15, 2019].

    Sale Response Deadline: August 21, 2019 at 4:00 p.m. (ET); extended to August 22, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors, Bedrock Petroleum Consultants LLC, Phoenix Technology Services USA Inc., Keystone Clearwater Solutions, LLC, Anchor Drilling Fluids USA, LLC and B&L Pipeco Services, Inc. with respect to the Monroe/Washington Assets; extended to September 12, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee with respect to the Butler Assets

    Cure Response Deadline: August 21, 2019 at 4:00 p.m. (ET); extended to August 23, 2019 at 4:00 p.m. (ET) for EGO Water Solutions LLC with respect to the Monroe/Washington Assets; extended to September 12, 2019 at 4:00 p.m. (ET) for ETC

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

{1239.002-W0059243.}

Northeast Pipeline LLC and the Official Committee of Unsecured Creditors with respect to the Butler Assets

Assumption and Assignment Responses Received Relating to the Monroe/Washington Assets:

A.  Informal response from EGO Water Solutions LLC

B.  Objection of Timothy L. Blake and Paula J. Rush-Blake to Cure Claim Amount [D.I. 487, filed on August 19, 2019]

C.  Limited Assumption and Assignment Objection and Reservation to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount of Eureka Midstream, LLC and EQM Gathering OPCO, LLC [D.I. 490, filed on August 20, 2019]

D.  Objection of Tyrone J. Allen and Diane L. Allen to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 492, filed on August 21, 2019]

E.  Objection of Waste Management to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 494, filed on August 21, 2019]

F.  Letter from Richard and Linda Crooks, Dated August 19, 2019 Regarding Cure Amounts [D.I. 516, filed on August 26, 2019]

Status: On August 28, 2019, the Court entered an order approving the sale of the Monroe/Washington Assets. The cure objections at items 1.A., 1.D. and 1.F. have been resolved. The objection at item 1.E. is moot, as the Debtors are no longer seeking to assume the contract related to this objection. The Debtors received no objections to adjourning the remaining cure objections at items 1.B. and 1.C. to the next omnibus hearing.

Sale and Cure Responses Received Relating to the Butler Assets:

G.  Informal response from Axip Energy Services

H.  Limited Objection and Reservation of Rights of Dominion Energy Transmission, Inc. f/k/a Dominion Transmission, Inc. to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 488, filed on August 19, 2019]

I.  Objection from Brenda Shaffer and Phillip Shaffer [D.I. 489, filed on August 20, 2019]

J.      Limited Objection of U.S. Specialty Insurance Company to the Sale [D.I. 493, filed on August 21, 2019]

K.     Objection to Sale of Ronald Smith and Marianne Smith [D.I. 495, filed on August 21, 2019]

L.      Markwest Liberty Bluestone, LLC's Limited Objection and Reservation of Rights of to Notice of Potential Assumption and Assignment of Executory Contracts, Unexpired Leases and Cure Amount [D.I. 496, filed on August 21, 2019]

M.    Limited Objection of Oil and Gas Mechanic's Lien Claimant, Anchor Drilling Fluids USA, LLC to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Debtors Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing To Approve, Sale of Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 498, filed on August 22, 2019]

N.     Limited Objection and Reservation of Rights of B&L Pipeco Services, Inc. to Debtors' Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances [D.I. 499, filed on August 22, 2019]

O.     Bedrock Petroleum Consultants, LLC's Objection to Sale [D.I. 500, filed on August 22, 2019]

P.      Limited Objection and Reservation of Rights of Keystone Clearwater Solutions, LLC to Debtors' Sale of Assets Free and Clear of Liens, Claims, Interest and Encumbrances [D.I. 501, filed on August 22, 2019]

Q.     Phoenix Technology Services USA, Inc.'s Limited Objection and Preservation of Rights to Debtors' Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances [D.I. 502, filed on August 22, 2019]

R.      ETC Northeast Pipeline LLC's Objection to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 570, filed on September 12, 2019]

S.     Limited Objection and Reservation of Rights of ETC Northeast Pipeline LLC, to the Debtors' Sale of Butler Assets Free and Clear of Liens, Claims, Interests, and Encumbrances [D.I. 571, filed on September 12, 2019]

T.     Markwest Liberty Bluestone, LLC's Objection to the Sale of the Debtors' Butler Assets [D.I. 572, filed on September 12, 2019]

U.     Corrected Exhibit A to ETC Northeast Pipeline LLC's Objection to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 573, filed on September 12, 2019]

V.     [SEALED] Objection of Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Order (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 577, filed on September 12, 2019]

Status: The sale with regard to the Butler Assets and all responses related thereto, including cure objections, have been adjourned to a date to be determined.

Related Documents:

W.     Declaration of Callum Streeter in Further Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on May 15, 2019]

X.     Order (I) Approving Bidding Procedures for Sale of Debtors' Assets, (II) Setting Procedures to Seek Stalking Horse Bid Protections, (III) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (V) Approving Assumption and Assignment Procedures and (VI) Granting Related Relief [D.I. 247, entered on June 21, 2019]

Y.     Notice of Sale, Bidding Procedures, Auction and Sale Hearing [D.I. 249, filed on June 21, 2019]

Z.     Order Approving Amended Bidding Procedures for Sale of Debtors' Assets [D.I. 329, entered on July 12, 2019]

AA.     Notice of Filing of Forms of Sale Order and Asset Purchase Agreement [D.I. 399, filed on July 24, 2019]

BB.     Notice of Designation of Stalking Horse Bidder for Monroe/Washington Assets and Request for Approval of Stalking Horse Bid Protections [D.I. 401, filed on July 24, 2019]

CC.  Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [D.I. 402, filed on July 24, 2019]

DD.  Notice of Filing Amended Exhibits to the Stalking Horse Agreement [D.I. 437, filed on August 5, 2019]

EE.  Order (I) Designating Stalking Horse Bidder, (II) Approving Bid Protections, and (III) Granting Related Relief [D.I. 444, entered on August 6, 2019]

FF.  Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 462, filed on August 9, 2019]

GG.  Notice of (I) Designation of Successful Bid and Cancellation of Auction for the Debtors' Monroe/Washington Assets and (II) Extension of Sale Timeline for the Sale of the Debtors' Butler Assets [D.I. 497, filed on August 21, 2019]

HH.  [REDACTED] Declaration of Darren S. Klein in Support of Debtors' (I) Brief in Support of Their Motion for Entry of an Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief and (II) Omnibus Reply to Objections Thereto [D.I. 514, filed on August 26, 2019]

II.  Order (A) Approving Sale of Debtors' Monroe/Washington Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 530, entered on August 28, 2019]

JJ.  Motion to File Under Seal the Objection of Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Order (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 578, filed on September 12, 2019]

KK.  Notice of Rescheduled Sale Hearing for the Debtors' Butler Assets [D.I. 594, filed on September 16, 2019]

LL.  Notice of Adjournment of Auction and Sale Hearing for the Sale of the Debtors' Butler Assets [D.I. 615, filed on September 20, 2019]

MM.  Order Referring Issues to Mediation and Appointing Mediator [D.I. 628, entered on September 27, 2019]

**MATTERS UNDER CERTIFICATE OF NO OBJECTION:**

2. Debtors' Second Motion for an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Bankruptcy Code Section 1121(d) [D.I. 781, filed on December 11, 2019]

    Response Deadline: December 26, 2019 at 4:00 p.m. (ET)

    Responses: None

    Related Documents:

    A.   Certificate of No Objection [D.I. 809, filed on January 2, 2020]

    Status: A certification of no objection has been filed and submitted in accordance with the Court's procedures. Accordingly, a hearing regarding this matter is not required.

3. Second Motion to Extend the Time Period within which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 782, filed on December 11, 2019]

    Response Deadline: December 26, 2019 at 4:00 p.m. (ET)

    Responses: None.

    Related Documents:

    A.   Certificate of No Objection [D.I. 810, filed on January 2, 2020]

*[Remainder of Page Intentionally Left Blank]*

<u>Status</u>: A certification of no objection has been filed and submitted in accordance with the Court's procedures. Accordingly, a hearing regarding this matter is not required.

Dated: January 2, 2020
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Holly M Smith*
_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Holly M. Smith (No. 6497)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com
       smith@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
       lara.buchwald@davispolk.com
       aryeh.falk@davispolk.com
       jonah.peppiatt@davispolk.com

*Counsel to the Debtors
and Debtors-In-Possession*