# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>Jointly Administered<br><br>**Objection Deadline: January 29, 2020 at 4:00 p.m. ET** |

**NOTICE OF SIXTH MONTHLY APPLICATION OF CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION OF SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

PLEASE TAKE NOTICE that today, Conway MacKenzie, Inc. as financial advisor to the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), filed the attached **Sixth Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee Of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period November 1, 2019 Through November 30, 2019** (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 29, 2020 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (b) be served so as to be received on or before the Objection Deadline by:

    i.    counsel to the Debtors: Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Darren S. Klein, Esq. and Aryeh E. Falk, Esq.); and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: Kerri K. Mumford, Esq. and Kimberly A. Brown, Esq.);

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: EdgeMarc Energy Holdings, LLC (80-0766900); EM Energy Manager, LLC (30-0745334); EM Energy Employer, LLC (80-0838026); EM Energy Ohio, LLC (80-0846935); EM Energy Pennsylvania, LLC (38-3881541); EM Energy West Virginia, LLC (90-0883771); EM Energy Keystone, LLC (82-0857506); EM Energy Midstream Ohio, LLC (46-3841268); EM Energy Midstream Pennsylvania, LLC (46-3843963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Cannonsburg, PA 15317.

    ii.    <u>counsel for KeyBank National Association, the DIP Agent and DIP Lenders</u>: Hunton Andrews Kurth LLP, 600 Travis, Suite 4200, Houston, Texas 77002 (Attn: Timothy A. "Tad" Davidson, Esq.); and Connolly Gallagher LLP, 1201 North Market Street, 20th Floor, Wilmington, DE 19801 (Attention: Jeffrey Wisler, Esq.);

    iii.    <u>the Office of the United States Trustee for the District of Delaware</u>: 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Juliet Sarkessian, Esq.);

    iv.    <u>counsel to the Committee</u>: Brown Rudnick LLP, Seven Times Square, New York, NY 10036 (Attn: Robert J. Stark, Esq. and Sigmund S. Wissner-Gross, Esq.); and counsel to the Committee, Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899 (Attn: Robert J. Dehney, Esq. and Andrew R. Remming, Esq.); and

    v.    <u>the fee examiner</u>: Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803 (Attn: Justin Rucki).

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2020                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                     */s/ Eric W. Moats*
                                                Robert J. Dehney (No. 3578)
                                                Andrew R. Remming (No. 5120)
                                                Eric W. Moats (No. 6441)
                                                1201 North Market Street, 16th Floor
                                                P. O. Box 1347
                                                Wilmington, DE 19899-1347
                                                Telephone: (302) 658-9200
                                                Facsimile: (302) 658-3989
                                                Email:   rdehney@mnat.com
                                                              aremming@mnat.com
                                                              emoats@mnat.com

                                                - and -

**BROWN RUDNICK LLP**
Robert J. Stark (admitted *pro hac vice*)
Sigmund S. Wissner-Gross (admitted *pro hac vice*)
Kenneth J. Aulet (admitted *pro hac vice*)
Andrew M. Carty (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: rstark@brownrudnick.com
swissnergross@brownrudnick.com
kaulet@brownrudnick.com
acarty@brownrudnick.com