## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: *EdgeMarc Energy Holdings, LLC, et al.*

Debtors

**Case No. 19-11104 (JTD)**

**Reporting Period: December 1 - December 31, 2019**

### MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | x |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | x |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____

Signature of Debtor

_____

Date

_____

Signature of Joint Debtor

_____

Date

_____

Signature of Authorized Individual*

2/3/2020

_____

Date

Alan Shepard

Chief Financial Officer

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: *EdgeMarc Energy Holdings, LLC, et al.*
     Debtors

**Case No. 19-11104 (JTD)**
**Reporting Period: December 1 - December 31, 2019**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ 2,953,942 | $ - | $ - | $ 2,500,000 | $ 5,453,942 | $ - | $ 5,453,942 | $ - |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | SEE ATTACHMENT | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | SEE ATTACHMENT | | | | | | |
| TAXES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| UTILITIES | | | | | | | | |
| INSURANCE | | | | | | | | |
| MARKETING & TRANSPORTATION | | | | | | | | |
| GENERAL & ADMINISTRATION | | | | | | | | |
| ROYALTIES/LAND | | | | | | | | |
| LEASE OPERATING & CAP EXP. | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | $ 3,032,326 | $ - | $ - | $ 2,500,000 | $ 5,532,326 | $ - | $ 5,532,326 | $ - |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | (see attachment) |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | (see attachment) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | (see attachment) |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | (see attachment) |

FORM MOR-1

EdgeMarc Energy Holdings, LLC
Cash Flow
MOR-1 Supplement

| | EM Energy Employer | EM Energy Ohio, LLC | EM Energy Pennsylvania, LLC | EdgeMarc Energy Holdings, LLC | TOTAL |
|---|---|---|---|---|---|
| | Cumulative Actual Per Entity 12/1/2019 Through 12/31/2019 | | | | TOTAL Through 12/31/2019 |
| **Beginning Cash** | $ 136,942 | $ 2,061,121 | $ 3,205,880 | $ 50,000 | $ 5,453,942 |
| **Collections** | | | | | |
| Operating Cash Receipts OH | $ - | $ - | $ - | $ - | $ - |
| Operating Cash Receipts PA | - | - | - | - | - |
| Other Receipts | - | - | 398 | - | 398 |
| DIP Draw | 565,363 | - | - | - | 565,363 |
| **Total Collections** *(net of noncash DIP Roll-up )* | $ 565,363 | $ - | $ 398 | $ - | $ 565,761 |
| **Operating Disbursements** | | | | | |
| **ROYALTIES** | | | | | |
| **Royalties** | - | - | - | - | - |
| **GATHERING PROCESSING AND TRANSPORTATION (GP&T)** | | | | | |
| **G,P&T** | - | - | - | - | - |
| **LEASE OPERATING EXPENSE (LOE)** | | | | | |
| **LOE** | (32,055) | - | - | - | (32,055) |
| **CAPITAL EXPENDITURES (CapEx)** | | | | | |
| **Capex** | (24,178) | - | - | - | (24,178) |
| **GENERAL AND ANDMINISTRATIVE (G&A)** | | | | | |
| Payroll and Benefits | (234,856) | - | - | - | (234,856) |
| Insurance | (650) | - | - | - | (650) |
| Rent | (29,290) | - | - | - | (29,290) |
| Other | (166,350) | - | - | - | (166,350) |
| **G&A** | $ (431,146) | $ - | $ - | $ - | $ (431,146) |
| State, Local and Canadian Tax Payments | - | - | - | - | - |
| **Total Disbursements - (Royalties, GP&T, LOE, G&A and Tax)** | $ (487,379) | $ - | $ - | $ - | $ (487,379) |
| **Net Operating Cash Flow** | $ 77,984 | $ - | $ 398 | $ - | $ 78,383 |
| **RESTRUCTURING COSTS** | | | | | |
| Professional Fees | $ - | $ - | $ - | $ - | $ - |
| DIP Debt Service | - | - | - | - | - |
| Non-Estate Professional Fees | - | - | - | - | - |
| UST Fees | - | - | - | - | - |
| **Total Restructuring Costs** *(net of noncash DIP Roll-up)* | $ - | $ - | $ - | $ - | $ - |
| **Net Cash Flow** | $ 77,984 | $ - | $ 398 | $ - | $ 78,383 |
| **INTERCOMPANY ADJUSTMENTS FOR UST FEE CALCULATION** | | | | | |
| PA Intercompany (LOE and CapEx) | 56,233 | - | (56,233) | - | - |
| **DISBURSEMENTS FOR QUARTERLY FEE CALCULATION** | $ (431,146) | $ - | $ (56,233) | $ - | $ (487,379) |
| **MOR 1 - Reconciliation** (Intercompany and other reconciling items) | | | | | |
| **IC Cash Transfers** *(Amounts transferred between EM Employer and other entities )* | - | - | - | - | - |
| **Ending Cash Book Balance** (1) | $ 214,926 | $ 2,061,121 | $ 3,206,279 | $ 50,000 | $ 5,532,326 |

Footnotes

*(1) Includes petty cash of $230*

In re: *EdgeMarc Energy Holdings, LLC, et al.*
      Debtors

**Case No. 19-11104 (JTD)**
**Reporting Period: December 1 - December 31, 2019**

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | | | | |
| **BALANCE PER BOOKS** | SEE ATTACHMENT | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| ADJUSTED BALANCE IN CAD | | | | | | | | |
| EXCHANGE RATE | | | | | | | | |
| BALANCE IN USD | | | | | | | | |
| TRANSLATION GAIN/LOSS | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**EdgeMarc Energy Holdings, LLC**
**Bank Account Balances - MOR-1a Attachment**
**Reporting Period: December 1 - December 31, 2019**

| Name of Institution | Type of Account | Last 4 digits of account number | Ending Balance December 31, 2019 | Debtor |
|---|---|---|---|---|
| KeyBank | OPERATING | 5479 | $ 50,000 | EdgeMarc Energy Holdings, LLC |
| KeyBank | OPERATING | 5446 | $ 220,166 | EM Energy Employer, LLC |
| KeyBank | OPERATING | 5461 | $ 618,859 | EM Energy Ohio, LLC |
| KeyBank | OPERATING | 5453 | $ 168,003 | EM Energy Pennsylvania, LLC |
| KeyBank | UTILITY | 3138 | $ 12,500 | EM Energy Employer, LLC |
| Royal Bank of Canada [1] | TAX | 1262 | $ - | EdgeMarc Energy Holdings, LLC |
| KeyBank | CARVE OUT | 0247 | $ 1,500,000 | EM Energy Ohio, LLC |
| KeyBank | CARVE OUT | 0239 | $ 3,050,000 | EM Energy Pennsylvania, LLC |
| **Total** | | | **$ 5,619,529** | |

*Attestation: I, Alan Shepard, CFO, attest that all requisite bank reconciliations for the above referenced accounts have been performed for the reporting period.*

**Footnotes:**

*(1) The Royal Bank of Canada Tax account (ending in 1262) has been closed as of July 31, 2019*

In re: *EdgeMarc Energy Holdings, LLC, et al.*
Debtors

**Case No. 19-11104 (JTD)**
**Reporting Period: December 1 - December 31, 2019**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Davis Polk & Wardwell, LLP | | | | | | | | $ 3,996,140 | $ 62,108 |
| Landis Rath & Cobb, LLP | | | | | | | | $ 570,217 | $ 30,175 |
| Prime Clerk | | | | | | | | $ 173,897 | $ 152,132 |
| Opportune, LLP | | | | | | | | $ 1,148,393 | $ 57,651 |
| Morris Nichols Arsht & Tunnell, LLP | | | | | | | | $ 450,776 | $ 17,260 |
| Conway MacKenzie, Inc | | | | | | | | $ 597,039 | $ 14,289 |
| Brown Rudnick, LLP | | | | | | | | $ 998,834 | $ 60,876 |
| Evercore Group, LLC | | | | | | | | $ 270,000 | $ 63,732 |
| Leech Tishman Fuscaldo & Lampl, LLC | | | | | | | | $ 116,395 | $ 26,850 |

In re: *EdgeMarc Energy Holdings, LLC, et al.*
Debtors

**Case No. 19-11104 (JTD)**
**Reporting Period: December 1 - December 31, 2019**

### STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month to Date - 12/1/19 Through 12/31/19 | | | | |
|---|---|---|---|---|---|
| **REVENUES** *(Accrual Basis)* | **EM Energy Employer, LLC** | **EM Energy Ohio, LLC** | **EM Energy Pennsylvania, LLC** | **EdgeMarc Energy Holdings, LLC** | **Total** |
| **Gross Revenues** | $ (449) | $ - | $ 235 | $ - | $ (214) |
| **OPERATING EXPENSES** | | | | | |
| Gathering, Processing & Transportation | $ - | $ - | $ (690,616) | $ - | $ (690,616) |
| LOE *(normal well operating costs )* | (8,970) | (3,598) | (51,673) | - | (64,241) |
| State, Local and Canadian Taxes *(certain amnts paid post petition accrued in prev. periods )* | - | - | (125,279) | - | (125,279) |
| Depreciation Depletion and Amortization | (301,057) | - | - | - | (301,057) |
| General and Administrative | (174,255) | - | - | (50,000) | (224,255) |
| **Total Operating Expenses** | $ (484,282) | $ (3,598) | $ (867,568) | $ (50,000) | $ (1,405,448) |
| **OTHER INCOME AND EXPENSES** | | | | | |
| Derivative and Foreign Currency Income | $ - | $ - | $ - | $ - | $ - |
| Interest Expense | (577) | - | - | - | (577) |
| Bad Debt | - | - | - | - | - |
| Other Expense *(booking of liability for letters of credit drawn by counterparties post-petition )* | - | - | - | - | - |
| **Total Other Income (Expense)** | $ (577) | $ - | $ - | $ - | $ (577) |
| **REORGANIZATION ITEMS** | | | | | |
| Professional Fees | $ (10,414,180) | $ - | $ - | $ - | $ (10,414,180) |
| U. S. Trustee Quarterly Fees | (161,519) | - | - | - | (161,519) |
| Interest Earned on Accumulated Cash from Chapter 11 | - | - | - | - | - |
| Gain (Loss) from Sale of OH Assets | (28) | - | - | - | (28) |
| Other Reorganization Expenses | (389) | - | - | - | (389) |
| **Total Reorganization Expenses** | $ (10,576,116) | $ - | $ - | $ - | $ (10,576,116) |
| Income Taxes | - | - | - | | - |
| **Net Profit (Loss)** | $ (11,061,424) | $ (3,598) | $ (867,333) | $ (50,000) | $ (11,982,355) |

| | Cumulative - 5/15/19 Through 12/31/19 | | | | |
|---|---|---|---|---|---|
| **REVENUES** *(Accrual Basis)* | **EM Energy Employer, LLC** | **EM Energy Ohio, LLC** | **EM Energy Pennsylvania, LLC** | **EdgeMarc Energy Holdings, LLC** | **Cumulative Filing to Date** |
| **Gross Revenues** | $ (9,948) | $ 6,794,193 | $ 49,673 | $ 2,847,688 | $ 9,681,606 |
| **OPERATING EXPENSES** | | | | | |
| Gathering, Processing & Transportation | $ - | (2,995,853) | $ (5,058,211) | (2,969,560) | $ (11,023,624) |
| LOE (normal well operating costs) | (371,776) | (694,495) | (267,041) | (233,851) | (1,567,163) |
| State, Local and Canadian Taxes (certain amnts paid post petition accrued in prev. periods) | - | (220,628) | (876,952) | (113,014) | (1,210,594) |
| Depreciation Depletion and Amortization | (2,133,621) | (1,948,605) | - | (679,433) | (4,761,659) |
| General and Administrative | (3,543,233) | (35,690) | - | (682,956) | (4,261,879) |
| **Total Operating Expenses** | $ (6,048,630) | $ (5,895,271) | $ (6,202,204) | $ (4,678,814) | $ (22,824,919) |
| **OTHER INCOME AND EXPENSES** | | | | | |
| Derivative and Foreign Currency Income | $ 8,831,780 | $ - | $ - | $ 4,529,206 | $ 13,360,986 |
| Interest Expense | (3,329,856) | - | - | - | (3,329,856) |
| Bad Debt | - | (830,313) | - | - | (830,313) |
| Other Expense (booking of liability for letters of credit drawn by counterparties post-petition) | (16,972,234) | - | - | (3,508,500) | (20,480,734) |
| **Total Other Income (Expense)** | $ (11,470,310) | $ (830,313) | $ - | $ 1,020,706 | $ (11,279,917) |
| **REORGANIZATION ITEMS** | | | | | |
| Professional Fees | $ (19,239,400) | $ - | $ - | $ - | $ (19,239,400) |
| U. S. Trustee Quarterly Fees | (700,918) | - | - | - | (700,918) |
| Interest Earned on Accumulated Cash from Chapter 11 | - | - | - | - | - |
| Gain (Loss) from Sale of OH Assets | (6,612,230) | (159,547,454) | - | - | (166,159,684) |
| Other Reorganization Expenses | (2,907,229) | - | - | (450,000) | (3,357,229) |
| **Total Reorganization Expenses** | $ (29,459,778) | $ (159,547,454) | $ - | $ (450,000) | $ (189,457,232) |
| Income Taxes | - | - | - | | - |
| **Net Profit (Loss)** | $ (46,988,666) | $ (159,478,845) | $ (6,152,531) | $ (1,260,420) | $ (213,880,462) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnote:**
*The following debtor entities had no activity during the reporting period to report: EM Energy Keystone, LLC; EM Energy Manager, LLC; EM Energy Midstream Ohio, LLC; EM Energy Midstream Pennsylvania, LLC; EM Energy West Virginia, LLC.*

In re: *EdgeMarc Energy Holdings, LLC, et al.*
Debtors

Case No. 19-11104 (JTD)
Reporting Period: December 1 - December 31, 2019

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | EM Energy Employer | EM Energy Ohio, LLC | EM Energy Pennsylvania, LLC | EdgeMarc Energy Holdings, LLC | Eliminations | Total | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash and Equivalents | $ 214,927 | $ 2,061,120 | $ 3,206,279 | $ 50,000 | $ - | $ 5,532,326 | 1,739,361 |
| Accounts Receivable - DGOC | - | - | - | - | - | | - |
| Accounts Receivable - Other | 37,181 | - | - | - | | 37,181 | 3,337,067 |
| Intercompany Receivable [1] | 32,438,906 | - | - | - | (32,438,906) | - | - |
| Short-term Commodity Derivative Asset | - | - | - | - | | - | 1,097,468 |
| Other Current Asset | 2,585,415 | - | 278,785 | - | | 2,864,200 | 3,980,420 |
| *TOTAL CURRENT ASSETS* | $ 35,276,429 | $ 2,061,120 | $ 3,485,064 | $ 50,000 | $ (32,438,906) | $ 8,433,707 | $ 10,154,316 |
| **PROPERTY AND EQUIPMENT** | | | | | | | |
| Evaluated Properties | $ - | $ - | $ 198,918,193 | $ - | $ - | $ 198,918,193 | $ 851,943,342 |
| Permanent Waterline | 17,076,500 | - | - | - | - | 17,076,500 | 17,308,167 |
| Other Property and Equipment | 2,081,445 | - | - | - | - | 2,081,445 | 2,131,468 |
| Less Accumulated Depletion Depreciation and Amortization | (10,357,561) | - | (64,217,220) | - | - | (74,574,781) | (519,422,770) |
| *TOTAL OTHER PP&E* | $ 8,800,383 | $ - | $ 134,700,973 | $ - | $ - | $ 143,501,356 | $ 351,960,207 |
| **OTHER ASSETS** | | | | | | | |
| Long-term Commodity Derivative Asset | $ - | $ - | $ - | $ - | $ - | $ - | $ 263,266 |
| Other Assets | 35,000 | - | - | - | - | 35,000 | 59,481 |
| *TOTAL OTHER ASSETS* | $ 35,000 | $ - | $ - | $ - | $ - | $ 35,000 | $ 322,747 |
| | | | | | | | |
| **TOTAL ASSETS** | $ 44,111,812 | $ 2,061,120 | $ 138,186,037 | $ 50,000 | $ (32,438,906) | $ 151,970,063 | $ 362,437,269 |

| LIABILITIES AND OWNER EQUITY | EM Energy Employer | EM Energy Ohio, LLC | EM Energy Pennsylvania, LLC | EdgeMarc Energy Holdings, LLC | Eliminations | Total | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | | | | | |
| Postpetition Liabilities | $ 241,965 | 3,468,715 | 6,138,873 | $ - | $ - | $ 9,849,553 | $ - |
| Accrued Professional Fees | 10,414,180 | | | | | 10,414,180 | |
| Intercompany Payable [1] | | 17,344,480 | 15,094,426 | | (32,438,906) | - | - |
| Secured Debt / Debtor-in-Possession Financing [2] | 55,339,524 | - | | - | | 55,339,524 | - |
| *TOTAL POSTPETITION LIABILITIES* | $ 65,995,669 | $ 20,813,195 | $ 21,233,299 | $ - | $ (32,438,906) | $ 75,603,257 | $ - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | | | | | |
| Secured Debt [2] | $ 105,383 | $ - | $ - | $ - | $ - | $ 105,383 | $ 47,000,000 |
| Other Liabilities [3] | 29,269,169 | 3,190,875 | 5,947,826 | 3,387,501 | - | 41,795,371 | 59,360,682 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 29,374,552 | $ 3,190,875 | $ 5,947,826 | $ 3,387,501 | $ - | $ 41,900,754 | $ 106,360,682 |
| | | | | | | | |
| **TOTAL LIABILITIES** | $ 95,370,221 | $ 24,004,070 | $ 27,181,125 | $ 3,387,501 | $ (32,438,906) | $ 117,504,011 | $ 106,360,682 |
| *OWNER EQUITY* | | | | | | | |
| Owner's Equity Account | $ (51,258,409) | $ (21,942,950) | $ 111,004,912 | $ (3,337,501) | $ - | $ 34,466,052 | $ 256,076,588 |
| *NET OWNER EQUITY* | $ (51,258,409) | $ (21,942,950) | $ 111,004,912 | $ (3,337,501) | $ - | $ 34,466,052 | $ 256,076,588 |
| | | | | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 44,111,812 | $ 2,061,120 | $ 138,186,037 | $ 50,000 | $ (32,438,906) | $ 151,970,063 | $ 362,437,269 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnotes:**

(1) EM Energy Employer, LLC disburses payments for the majority of the trade payables for EM Energy Ohio, LLC and EM Energy Pennsylvania, LLC giving rise to all the intercompany receivables/payables

(2) The prepetition revolving credit facility was rolled up pursuant to the final DIP order.

(3) Other Liabilities consists of AP trade and certain midstream obligations, asset retirement obligations, Royalties, capital lease obligations, derivative liabilities and Taxes

*The following debtor entities had no activity during the reporting period to report: EM Energy Keystone, LLC; EM Energy Manager, LLC; EM Energy Midstream Ohio, LLC; EM Energy Midstream Pennsylvania, LLC; EM Energy West Virginia, LLC.*

FORM MOR-3

In re: *EdgeMarc Energy Holdings, LLC, et al.*
Debtors

Case No. 19-11104 (JTD)
Reporting Period: December 1 - December 31, 2019

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| Canis ETP Pipeline Prepayment | $ | 340,143 | $ 340,143 |
| DTI FT Contract | | - | 450,000 |
| Drilling Deposit - Control of Wells | | - | 19,198 |
| Retainers for Professional Services | | 1,657,652 | 1,514,601 |
| Prepaid Subscriptions | | 30,961 | 79,358 |
| Prepaid Expenses | | 103,359 | 294,143 |
| Prepaid Insurance | | 732,086 | 1,025,450 |
| Prepaid Payroll | | - | 257,526 |
| **TOTAL Other Current Assets** | **$** | **2,864,200** | **$ 3,980,420** |
| Other Assets | | | |
| Union Pipeline Deposit | $ | 35,000 | $ 35,000 |
| Advanced Royalties | | - | 24,481 |
| **TOTAL Other Assets** | **$** | **35,000** | **$ 59,481** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Postpetition Liabilities | | | |
| AP Trade | $ | 240,518 | $ - |
| Taxes Payable | | 942,546 | - |
| Royalty Payable | | 6,839 | - |
| Midstream Payable | | 8,658,202 | - |
| Board member service | | - | |
| Employee Benefits | | 1,447 | - |
| | | | - |
| **TOTAL Postpetition Liabilities** | **$** | **9,849,553** | **$ -** |

**Footnotes:**
*During the reporting period, the debtors reconciled their pre- and post-petition financials, which is reflected in the updated petition date book values.*

In re: *EdgeMarc Energy Holdings, LLC, et al.*                                          **Case No. 19-11104 (JTD)**
                                  Debtors                                          **Reporting Period: December 1 - December 31,**

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability (1) | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal (1) -** *(N/A as Debtor is a passthrough entity)* | | | | | | |
| Withholding | $        - | $        - | $        - | | | $        - |
| FICA-Employee | - | - | - | | | - |
| FICA-Employer | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Income | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
| Total Federal Taxes | $        - | $        - | $        - | | | - |
| **State and Local (1)** | | | | | | |
| Withholding | $        - | | | | | $        - |
| Sales & Use and OH CAT Taxes | 2,953 | | | | | $    2,953 |
| Production (Severance Tax) | 814,314 | 125,279 | | | | $  939,593 |
| Total State and Local | $  817,267 | $  125,279 | | | | $  942,546 |
| **Total Taxes** | **$  817,267** | **$  125,279** | **$        -** | | | **$  942,546** |

**(1)** State local and federal withholdings and other employee related taxes are processed and paid by ADP.

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable (1) | $  8,905,559 | $        - | $        - | $        - | $        - | $        - |
| Wages Payable | 1,447 | - | - | - | - | - |
| Taxes Payable | 939,593 | 2,953 | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | 55,339,524 | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| **Total Postpetition Debts** | **$  65,186,123** | **$    2,953** | **$        -** | **$        -** | **$        -** | **$        -** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnotes:**
*Postpetition debts to be paid by debtor in the normal course of business utilizing cash on hand.*

In re: *EdgeMarc Energy Holdings, LLC, et al.*
              Debtors

**Case No. 19-11104 (JTD)**
**Reporting Period: December 1 - December 31, 2019**

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 5,461 |
| + Amounts billed during the period | | |
| + Reclass of Other Current Asset to Receivable | | 19,198 |
| - Amounts written off during the period | | (27) |
| - Amounts collected during the period | | |
| **Total Accounts Receivable at the end of the reporting period** | $ | 37,181 |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | 31,747 |
| 31 - 60 days old | | - |
| 61 - 90 days old | | - |
| 91+ days old | | 5,434 |
| **Total Accounts Receivable** | $ | 37,181 |
| Amount considered uncollectible (Bad Debt) | | - |
| **Accounts Receivable (Net)** | $ | 37,181 |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Footnotes:**