IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, et al.,[1] | Case No. 19-11104 (JTD) |
| | (Jointly Administered) |
| Debtors. | **Ref. No. 833** |

## NOTICE OF FILING OF REVISED BUTLER SALE ORDER AND AMENDMENT TO KEYBANK ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on January 24, 2020, the Debtors filed the *Notice of Selection of Successful Bid, Sale Hearing and Cancellation of Auction for the Debtors' Butler Assets* [D.I. 833] (the "Notice of Successful Bid").[2] A copy of the KeyBank APA is attached as **Exhibit A** to the Notice of Successful Bid.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Order (A) Approving Sale of the Debtors' Butler Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (the "Proposed Butler Sale Order") is attached as **Exhibit B** to the Notice of Successful Bid.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file (i) the Amendment to the KeyBank APA, attached hereto as **Exhibit 1**, and (ii) a revised Proposed Butler Sale Order,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Notice of Successful Bid.

attached hereto as **Exhibit 2** (the "Revised Order").  The revisions to the Revised Order are identified in the blackline attached hereto as **Exhibit 3**.

<table>
<tr><td>Dated: February 7, 2020<br>Wilmington, Delaware</td><td>**LANDIS RATH & COBB LLP**<br><br>_/s/ signature_<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>       mumford@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**DAVIS POLK & WARDWELL LLP**<br>Darren S. Klein (_admitted pro hac vice_)<br>Lara Samet Buchwald (_admitted pro hac vice_)<br>Aryeh E. Falk (_admitted pro hac vice_)<br>Jonah A. Peppiatt (_admitted pro hac vice_)<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Email: darren.klein@davispolk.com<br>       lara.buchwald@davispolk.com<br>       aryeh.falk@davispolk.com<br>       jonah.peppiatt@davispolk.com<br><br>_Counsel to the Debtors_<br>_and Debtors-In-Possession_</td></tr>
</table>