## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1] | Case No. 19-11104 (JTD) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE OF AGENDA FOR THE HEARING ON MARCH 3, 2020, AT 2:00 P.M.[2] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**INTERIM FEE APPLICATIONS:**

1.	Second Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period August 1, 2019 Through and Including October 31, 2019 [D.I. 784, filed on December 13, 2019]

	Response Deadline: January 2, 2020 at 4:00 p.m. (ET)

	Responses:

	A.	Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP [D.I. 921, filed February 27, 2020]

	Related Documents:

	A.	Third Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963).  The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

August 1, 2019 Through and Including August 31, 2019 [D.I. 642, filed on October 4, 2019]

B.  Keybank National Association's Objection to the Third Monthly Application of Morris, Nichols, Arsht & Tunnell LLP as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period August 1, 2019 Through August 31, 2019 [D.I. 692, filed on October 24, 2019]

C.  Fourth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period September 1, 2019 Through and Including September 30, 2019 [D.I. 770, filed on December 3, 2019]

D.  Fifth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period October 1, 2019 Through and Including October 31, 2019 [D.I. 775, filed on December 6, 2019]

E.  Certification of Counsel [D.I. 914, filed on February 25, 2020]

F.  Omnibus Notice of Hearing for Interim Fee Applications [D.I. 915, filed on February 26, 2020]

G.  Keybank National Association's Omnibus Notice of Withdrawal of Objections to Fee Applications in Accordance with Settlement Agreement [D.I. 919, filed on February 26, 2020]

Status: This matter is going forward.

2.  Second Quarterly Fee Application Request of Leech Tishman Fuscaldo & Lampl, LLC, as Special Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual And Necessary Expenses Incurred for the Period August 1, 2019 Through and Including October 31, 2019 [D.I. 785, filed on December 13, 2019]

Response Deadline: January 2, 2020 at 4:00 p.m. (ET)

Responses:

A.  Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Leech Tishman Fuscaldo & Lampl, LLC [D.I. 898, filed on February 14, 2020]

Related Documents:

A.     Second Consolidated Monthly Application of Leech Tishman Fuscaldo & Lampl, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Committee of Unsecured Creditors of Edgemarc Energy Holdings, LLC for the Period from August 1, 2019 Through October 31, 2019 [D.I. 779, filed on December 10, 2019]

B.     Certification of Counsel [D.I. 914, filed on February 25, 2020]

C.     Omnibus Notice of Hearing for Interim Fee Applications [D.I. 915, filed on February 26, 2020]

D.     Keybank National Association's Omnibus Notice of Withdrawal of Objections to Fee Applications in Accordance with Settlement Agreement [D.I. 919, filed on February 26, 2020]

Status: This matter is going forward.

3.     Second Interim Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period August 1, 2019 Through October 31, 2019 [D.I. 786, filed on December 13, 2019]

Response Deadline: January 2, 2020 at 4:00 p.m. (ET)

Responses:

A.     Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Conway Mackenzie, Inc. [D.I. 897, filed on February 14, 2020]

Related Documents:

A.     Third Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period August 1, 2019 Through August 31, 2019 [D.I. 625, filed on September 26, 2019]

B.     Keybank National Association's Objection to the Third Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period August 1, 2019 Through August 31, 2019 [D.I. 659, filed on October 16, 2019]

C.     Fourth Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation

of Services and Reimbursement of Expenses Incurred for the Period September 1, 2019 Through September 30, 2019 [D.I. 663, filed on October 16, 2019]

D.     Keybank National Association's Objection to the Fourth Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period September 1, 2019 Through September 30, 2019 [D.I. 721, filed on November 5, 2019]

E.     Fifth Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period October 1, 2019 Through October 31, 2019 [D.I. 756, filed on November 25, 2019]

F.     Certification of Counsel [D.I. 914, filed on February 25, 2020]

G.     Omnibus Notice of Hearing for Interim Fee Applications [D.I. 915, filed on February 26, 2020]

H.     Keybank National Association's Omnibus Notice of Withdrawal of Objections to Fee Applications in Accordance with Settlement Agreement [D.I. 919, filed on February 26, 2020]

Status: This matter is going forward.

4.     Second Interim Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors, for Payment of Interim Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2019 Through October 31, 2019 [D.I. 787, filed on December 13, 2019]

Response Deadline: January 2, 2020 at 4:00 p.m. (ET)

Responses:

A.     Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Brown Rudnick LLP [D.I. 896, filed on February 18, 2020]

Related Documents:

B.     Third Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period August 1, 2019 Through August 31, 2019 [D.I. 630, filed on September 27, 2019]

C.     Keybank National Association's Objection to the Third Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of

Disbursements Incurred for the Period August 1, 2019 Through August 31, 2019 [D.I. 660, filed on October 16, 2019]

D.    Fourth Monthly Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period September 1, 2019 Through September 30, 2019 [D.I. 695, filed on October 24, 2019]

E.    Keybank National Association's Objection to the Fourth Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period September 1, 2019 Through September 30, 2019 [D.I. 733, filed on November 13, 2019]

F.    Fifth Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period October 1, 2019 Through October 31, 2019 [D.I. 750, filed on November 21, 2019]

G.    Certification of Counsel [D.I. 914, filed on February 25, 2020]

H.    Omnibus Notice of Hearing for Interim Fee Applications [D.I. 915, filed on February 26, 2020]

I.    Keybank National Association's Omnibus Notice of Withdrawal of Objections to Fee Applications in Accordance with Settlement Agreement [D.I. 919, filed on February 26, 2020]

Status: This matter is going forward.

5.    First Interim Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for the Period from May 15, 2019 Through October 31, 2019 [D.I. 788, filed on December 16, 2019]

Response Deadline: January 6, 2020 at 4:00 p.m. (ET)

Responses:

A.    Fee Examiner's Final Report Regarding First Quarterly Fee Application of Prime Clerk LLC [D.I. 901, filed on February 14, 2020]

Related Documents:

A.    Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses

for the Periods from (I) July 1, 2019 Through July 31, 2019 and (II) August 1, 2019 Through August 31, 2019 [D.I. 620, filed September 25, 2019]

B.      Certificate of No Objection Regarding the Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for The Periods from (I) July 1, 2019 Through July 31, 2019 and (II) August 1, 2019 Through August 31, 2019 [D.I. 661, filed on October 16, 2019]

C.      Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019 [D.I. 690, filed on October 23, 2019]

D.      Certificate of No Objection Regarding the Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from September 1, 2019 through September 30, 2019 [D.I. 772, filed December 4, 2019]

E.      Omnibus Notice of Hearing for Interim Fee Applications [D.I. 904, filed on February 19, 2020]

Status: This matter is going forward.

6.      Second Interim Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors In Possession for the period August 1, 2019 Through October 31, 2019 [D.I. 789, filed on December 16, 2019]

Response Deadline: January 6, 2020 at 4:00 p.m. (ET)

Responses:

A.      Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Davis Polk and Wardwell LLP [D.I. 899, filed on February 18, 2020]

Related Documents:

A.      Fourth Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors In Possession for the Period August 1, 2019 Through August 31, 2019 [D.I. 626, filed on September 26, 2019]

B.      Certificate of No Objection Regarding the Fourth Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors In Possession for the Period August 1, 2019 Through August 31, 2019 [D.I. 672, October 16, 2019]

C.      Fifth Monthly Application of Davis Polk & Wardwell LLP For Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors In Possession for the Period September 1, 2019 Through September 30, 2019 [D.I. 655, filed on November 4, 2019]

D.      Response of Official Committee of Unsecured Creditors to Applications for Compensation of Debtor Professionals [D.I. 714, filed on November 4, 2019]

E.      Sixth Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors In Possession for the Period October 1, 2019 Through October 31, 2019 [D.I. 759, filed on November 27, 2019]

F.      Omnibus Notice of Hearing for Interim Fee Applications [D.I. 904, filed on February 19, 2020]

G.      Certification of Counsel [D.I. 909, filed on February 25, 2020]

Status: This matter is going forward.

7.      Second interim Fee application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from August 1, 2019 through October 31, 2019 [D.I. 797, filed on November 19, 2019]

Response Deadline: January 8, 2020 at 4:00 p.m. (ET)

Responses:

A.      Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Opportune LLP [D.I. 900, filed on February 18, 2020]

Related Documents:

A.      Fourth Monthly Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from August 1, 2019 through August 31, 2019 [D.I. 657, filed on October 16, 2019]

B.      Fifth Monthly Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from September 1, 2019 through September 30, 2019 [D.I. 658, filed on October 16, 2019]

C.      Response of Official Committee of Unsecured Creditors to Applications for Compensation of Debtor Professionals [D.I. 714, filed on November 4, 2019]

D.      Sixth Monthly Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 331 for the Period from October 1, 2019 through October 31, 2019 [D.I. 783, filed on December 13, 2019]

E.      Omnibus Notice of Hearing for Interim Fee Applications [D.I. 904, filed on February 19, 2020]

F.      Certification of Counsel [D.I. 912, filed on February 25, 2020]

Status: This matter is going forward.

8.      Second Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2019 Through October 31, 2019 [D.I. 823, filed on January 14, 2020]

Response Deadline: February 3, 2020 at 4:00 p.m. (ET)

Responses:

A.      The Fee Examiner has provided comments to the interim fee app

Related Documents:

A.      Second Monthly Fee Application of Evercore Group L.L.C., Debtors' Investment Banker, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2019 Through August 31, 2019 [D.I. 622, September 25, 2019]

B.      Certificate of No Objection Regarding the Second Monthly Application of Evercore Group L.L.C., Debtors' Investment Banker, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2019 Through August 31, 2019 [D.I. 662, filed October 16, 2019]

C.      Third Monthly Fee Application of Evercore Group L.L.C., Debtors' Investment Banker, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 through September 30, 2019 [D.I. 654, filed on October 15, 2019]

D.      Response of Official Committee of Unsecured Creditors to Applications for Compensation of Debtor Professionals [D.I. 714, filed on November 4, 2019]

E.      Fourth Monthly Fee Application of Evercore Group L.L.C., Debtors' Investment Banker, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2019 through October 31, 2019 [D.I. 768, filed on December 2, 2019]

F.     Omnibus Notice of Hearing for Interim Fee Applications [D.I. 904, filed on February 19, 2020]

G.     Certification of Counsel [D.I. 911, filed on February 25, 2020]

Status: This matter is going forward.

9.     Sixth Monthly and Second Interim Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from August 1, 2019 Through October 31, 2019 [D.I. 888, filed on February 10, 2020]

Response Deadline: March 2, 2020 at 4:00 p.m. (ET)

Responses:

A.     The Fee Examiner has provided comments to the interim fee app

Related Documents:

A.     Fourth Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from August 1, 2019 Through August 31, 2019 [D.I. 632, filed on September 30, 2019]

B.     Certificate of No Objection Regarding the Fourth Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from August 1, 2019 Through August 31, 2019 [D.I. 694, filed on October 21, 2019]

C.     Fifth Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from September 1, 2019 Through September 30, 2019 [D.I. 656, filed on October 15, 2019]

D.     Response of Official Committee of Unsecured Creditors to Applications for Compensation of Debtor Professionals [D.I. 714, filed on November 4, 2019]

E.     Certification of Counsel [D.I. 910, filed on February 25, 2020]

[*Remainder of Page Intentionally Left Blank*]

<u>Status</u>: This matter is going forward.

Dated: February 28, 2020
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>/s/ Matthew R. Pierce</u>
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  landis@lrclaw.com
        mumford@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
        lara.buchwald@davispolk.com
        aryeh.falk@davispolk.com
        jonah.peppiatt@davispolk.com

*Counsel to the Debtors*
*and Debtors-In-Possession*