# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR THE HEARING ON MAY 8, 2020, AT 10:00 A.M.[2] (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**MATTER UNDER CERTIFICATE OF NO OBJECTION:**

1. Third Motion to Extend the Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 978, filed on April 9, 2020]

    Response Deadline: April 16, 2020 at 4:00 p.m. (ET)

    Responses: None.

    Related Documents:

    A.   Certificate of No Objection [D.I. 991, filed on April 17, 2020]

    B.   Order Granting the Debtors' Third Motion to Extend the Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 994, entered on April 20, 2020]

    Status: On April 20, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963).  The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

**MATTER GOING FORWARD:**

2.  Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief [D.I. 984, filed on April 13, 2020]

    Response Deadline: April 27, 2020 at 4:00 p.m. (ET); extended to May 5, 2020 at 4:00 p.m. (ET) for Anchor Drilling Fluids USA, LLC, B&L Pipeco Services, Inc., Phoenix Technology Services USA, Inc., Bedrock Petroleum Consultants, LLC and Keystone Clearwater Solutions, LLC

    Responses:

    A.  Informal comments from the Office of the United States Trustee

    B.  Informal comments from the Sponsors

    C.  Informal comments from Anchor Drilling Fluids USA, LLC, B&L Pipeco Services, Inc., Phoenix Technology Services USA, Inc., Bedrock Petroleum Consultants, LLC and Keystone Clearwater Solutions, LLC

    D.  Informal comments from the Pennsylvania Department of Energy as to confirmation only

    Related Documents:

    A.  Joint Plan of Liquidation of Edgemarc Energy Holdings, LLC and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 982, filed on April 13, 2020]

    B.  Disclosure Statement for the Joint Plan of Edgemarc Energy Holdings, LLC and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 983, filed on April 13, 2020]

    C.  Amended Notice of Motion [D.I. 990, filed on April 17, 2020]

    Status: The Debtors believe that all informal comments have been resolved in principle and a revised order will be filed under certification of counsel and submitted in accordance with the Court's procedures.

**FEE APPLICATIONS GOING FORWARD:**

3.  Combined Eighth Monthly and Third Interim Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period November 1, 2019 Through January 31, 2020 [D.I. 934, filed on March 5, 2020]

Response Deadline: March 25, 2020 at 4:00 p.m. (ET)

Responses:

A.  Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Conway Mackenzie, Inc. [D.I. 1007, filed on May 5, 2020]

Related Documents:

A.  Sixth Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period November 1, 2019 Through November 30, 2019 [D.I. 821, filed on January 9, 2020]

B.  Seventh Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of services and Reimbursement of Expenses Incurred for the Period December 1, 2019 Through December 31, 2019 [D.I. 828, filed on January 21, 2020]

C.  Certification of Counsel Regarding the Committee Professional's Fee Applications [D.I. 914, filed on February 25, 2020]

D.  Certificate of No Objection Regarding Eighth Monthly Application of Conway Mackenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation of Services and Reimbursement of Expenses Incurred for the Period November 1, 2019 Through January 31, 2020 [D.I. 980, filed on April 13, 2020]

E.  Notice of Rescheduled Omnibus Hearing Date [D.I. 987, Filed on April 16,2020]

Status: This matter is going forward.

4.  Third Quarterly Fee Application Request of Leech Tishman Fuscaldo & Lampl, LLC, as Special Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period November 1, 2019 Through and Including January 31, 2020 [D.I. 942, filed on March 16, 2020]

Response Deadline: April 5, 2020 at 4:00 p.m. (ET)

Responses:

A.  Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Leech Tishman Fuscaldo & Lampl, LLC [D.I. 1008, filed on May 5, 2020]

Related Documents:

A. Third Consolidated Monthly Application of Leech Tishman Fuscaldo & Lampl, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Committee of Unsecured Creditors of Edgemarc Energy Holdings, LLC for the Period from November 1, 2019 Through January 31, 2020 [D.I. 941, filed on March 13, 2020]

B. Notice of Rescheduled Omnibus Hearing Date [D.I. 987, Filed on April 16, 2020]

Status: This matter is going forward.

5. Third Interim Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors, for Payment of Interim Compensation and Reimbursement of Expenses Incurred for the Period from November 1, 2019 Through January 31, 2020 [D.I. 943, filed on March 16, 2020]

Response Deadline: April 2, 2020 at 4:00 p.m. (ET)

Responses:

A. Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Brown Rudnick LLP [D.I. 1013, filed on May 5, 2020]

Related Documents:

A. Sixth Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period November 1, 2019 Through November 30, 2019 [D.I. 791, filed on December 17, 2019]

B. Seventh Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period December 1, 2019 Through December 31, 2019 [D.I. 822, filed on January 10, 2020]

C. Eighth Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period January 1, 2020 Through January 31, 2020 [D.I. 907, filed on February 24, 2020]

D. Certification of Counsel Regarding the Committee Professional's Fee Applications [D.I. 914, filed on February 25, 2020]

    E.    Certificate of No Objection Regarding Eighth Monthly Fee Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period January 1, 2020 Through January 31, 2020 [D.I. 969, filed on April 3, 2020]

    F.    Notice of Rescheduled Omnibus Hearing Date [D.I. 987, Filed on April 16, 2020]

Status: This matter is going forward.

6.    Third Interim Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors In Possession for the Period November 1, 2019 Through January 31, 2020 [D.I. 945, filed on March 16, 2020]

Response Deadline: April 6, 2020 at 4:00 p.m. (ET)

Responses:

    A.    Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Davis Polk and Wardwell LLP [D.I. 1009, filed on May 5, 2020]

Related Documents:

    A.    Seventh Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period November 1, 2019 Through November 30, 2019 [D.I. 799, filed on December 19, 2019]

    B.    Eighth Monthly Application of Davis Polk & Wardwell LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period December 1, 2019 Through December 31, 2019 [D.I. 839, filed on January 28, 2020]

    C.    Certification of Counsel Regarding Davis Polk & Wardwell LLP's Monthly Fee Applications [D.I. 909, filed on February 25, 2020]

    D.    Ninth Monthly Application of Davis Polk & Wardwell LLP For Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period January 1, 2020 Through January 31, 2020 [D.I. 926, filed on February 28, 2020]

    E.    Certificate of No Objection Regarding Ninth Monthly Application of Davis Polk & Wardwell LLP For Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period January 1, 2020 Through January 31, 2020 [D.I. 957, filed on March 23, 2020]

    F.    Notice of Rescheduled Omnibus Hearing Date [D.I. 987, Filed on April 16, 2020]

    G.    Omnibus Notice of Hearing for Interim Fee Applications [D.I. 988, filed on April 16, 2020]

Status: This matter is going forward.

7.    Third Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period November 1, 2019 Through and Including January 31, 2020 [D.I. 946, filed on March 16, 2020]

Response Deadline: April 6, 2020 at 4:00 p.m. (ET)

Responses:

    A.    Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP [D.I. 1010, filed May 5, 2020]

Related Documents:

    A.    Sixth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period November 1, 2019 Through and Including November 30, 2019 [D.I. 826, filed on January 17, 2020]

    B.    Certification of Counsel Regarding the Committee Professional's Fee Applications [D.I. 914, filed on February 25, 2020]

    C.    Seventh Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period December 1, 2019 Through and Including December 31, 2019 [D.I. 920, filed February 26, 2020]

    D.    Eighth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period January 1, 2020 Through and Including January 31, 2020 [D.I. 944, filed on March 16, 2020]

    E.    Certificate of No Objection Regarding Seventh Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the

        Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period December 1, 2019 Through and Including December 31, 2019 [D.I. 949, filed on March 18, 2020]

    F.    Certificate of No Objection Regarding Eighth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period January 1, 2020 Through and Including January 31, 2020 [D.I. 974, filed on April 7, 2020]

    G.    Notice of Rescheduled Omnibus Hearing Date [D.I. 987, Filed on April 16, 2020]

    Status: This matter is going forward.

8.    Second Interim Application of Rucki Fee Review, LLC, Court-Appointed Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from November 1, 2019 Through and Including January 31, 2020 [D.I. 948, filed on March 18, 2020]

    Response Deadline: April 7, 2020 at 4:00 p.m. (ET)

    Responses: None.

    Related Documents:

    A.    Second Monthly Application of Rucki Fee Review, LLC, Court-Appointed Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from November 1, 2019 Through and Including January 31, 2020 [D.I. 922, filed on February 27, 2020]

    B.    Certificate of No Objection Regarding Second Monthly Application of Rucki Fee Review, LLC, Court-Appointed Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from November 1, 2019 Through and Including January 31, 2020 [D.I. 951, filed on March 19, 2020]

    C.    Notice of Rescheduled Omnibus Hearing Date [D.I. 987, Filed on April 16, 2020]

    D.    Omnibus Notice of Hearing for Interim Fee Applications [D.I. 988, filed on April 16, 2020]

    Status: This matter is going forward.

9.    Eighth Monthly, Ninth Monthly and Third Interim Fee Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-in-Possession, for Compensation and

Reimbursement of Expenses Pursuant to 11 U.S.C §§ 330 and 331 for the Period From November 1, 2019 Through January 31, 2020 [D.I. 954, filed on March 20, 2019]

Response Deadline: April 9, 2020 at 4:00 p.m. ET

Responses:

A.  Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Opportune LLP [D.I. 1011, filed on May 5, 2020]

Related Documents:

A.  Seventh Monthly Application of Opportune LLP, Restructuring Advisor to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from November 1, 2019 Through November 30, 2019 [D.I. 806, filed on December 30, 2019]

B.  Certification of Counsel Regarding Opportune LLP's Monthly Fee Applications [D.I. 912, filed on February 25, 2020]

C.  Notice of Rescheduled Omnibus Hearing Date [D.I. 987, Filed on April 16, 2020]

D.  Omnibus Notice of Hearing for Interim Fee Applications [D.I. 988, filed on April 16, 2020]

Status: This matter is going forward.

10. Third Interim Fee Application of Landis Rath & Cobb LLP [D.I. 971, filed on April 3, 2020]

Response Deadline: April 23, 2020 at 4:00 p.m. (ET)

Responses:

A.  Informal comments from the Office of the United States Trustee

B.  Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Landis Rath & Cobb LLP [D.I. 1012, filed on May 5, 2020]

Related Documents:

A.  Combined Seventh Monthly Application of Landis Rath & Cobb LLP, Delaware Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement Of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from November 1, 2019 Through January 31, 2020 [D.I. 966, filed on April 1, 2020]

B.  Certificate of No Objection [D.I. 996, filed on April 22, 2020]

C.      Notice of Rescheduled Omnibus Hearing Date [D.I. 987, Filed on April 16,2020]

D.      Omnibus Notice of Hearing for Interim Fee Applications [D.I. 988, filed on April 16, 2020]

<u>Status</u>: This matter is going forward.

Dated: May 6, 2020
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
         mumford@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Darren S. Klein (admitted *pro hac vice*)
Lara Samet Buchwald (admitted *pro hac vice*)
Aryeh E. Falk (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: darren.klein@davispolk.com
         lara.buchwald@davispolk.com
         aryeh.falk@davispolk.com
         jonah.peppiatt@davispolk.com

*Counsel to the Debtors
and Debtors-In-Possession*