# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDGEMARC ENERGY HOLDINGS, LLC, *et al.*, | ) ) | Case No. 19-11104 (JTD) |
| | ) | (Jointly Administered) |
| | ) | Hearing Date: March 3, 2021 at 11:00 a.m. |
| Debtors.[1] | ) | Obj. Deadline: February 19, 2021 at 4:00 p.m.[2] |
| | ) | Related D.I.: 1143, 1148, 1169, 1204 |

### APPALACHIAN PIPE DISTRIBUTORS, LLC'S OBJECTION TO LIQUIDATION TRUSTEE'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE THE PERMITTED PRIOR LIEN RESOLUTION PROCEDURES MOTION

Appalachian Pipe Distributors, LLC ("APD"), a Permitted Prior Lien Claimant, by and through its undersigned attorneys, hereby objects (the "Objection") to the *Liquidation Trustee's Third Motion for Entry of an Order Extending the Deadline to File the Permitted Prior Lien Resolution Procedures Motion* [Doc# 1204] (the "Motion").

In support thereof, APD respectfully incorporates by reference its *Objection to Liquidation Trustee's Motion for Entry of an Order Extending the Deadline to File the Permitted Prior Lien Resolution Procedures Motion* [Doc# 1148, filed 10/8/20] (the "Original Objection") and the applicable factual background and argument set forth therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

[2] Extended with permission of Liquidation Trustee.

After filing the Original Objection, APD entered settlement discussions with the Liquidation Trustee. To permit time for those discussions, APD on October 13, 2020 filed a *Notice of Withdrawal Without Prejudice* of its Original Objection [Doc# 1169].

APD and the Liquidation Trustee subsequently engaged in good faith settlement discussions. During that time, the Liquidation Trustee has been granted two extensions of the deadline (the "Extension Period") to file a permitted prior lien resolution procedures motion ("Permitted Prior Lien Resolution Procedures Motion") [Order at Doc# 1176, 10/16/20, and Order at Doc# 1199, 12/23/20]. The discussions between the parties during the Extension Period, while constructive, have failed to lead to a consensual resolution of APD's Permitted Prior Lien Claim.

In order to move APD's Permitted Prior Lien Claim towards resolution, APD hereby renews its Objection with respect to the Liquidation Trustee's Motion for a further extension of time to file a Permitted Prior Lien Resolution Procedures Motion. Accordingly, APD respectfully requests that the Motion be denied and that the Liquidation Trustee be required to file the Permitted Prior Lien Resolution Procedures Motion as soon as reasonably possible.

WHEREFORE, for all the foregoing reasons, and the reasons set forth in its Original Objection, Appalachian Pipe Distributors, LLC respectfully requests the Court deny the Trustee's Motion and for such other and further relief as the Court deems just and proper.

Dated: February 19, 2020                                             **ASHBY & GEDDES, P.A.**

*/s/ Benjamin W. Keenan*
Ricardo Palacio (#3765)
Benjamin W. Keenan, Esq. (#4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Telephone: (302) 654-1888
E-mail: bkeenan@ashbygeddes.com

{01663220;v1 }                                              2

and

Clay K. Keller (OH Bar No. 0072927)
Jackson Kelly PLLC
50 South Main St., Suite 201
Akron, OH  44308
Telephone: (330)252-9060
Facsimile: (330) 252-9078
E-mail:  CKKeller@JacksonKelly.com

*Counsel to Appalachian Pipe Distributors, LLC*